

May 8, 2021

Re: Shane Jenkins

To Whom It May Concern:

This letter serves to verify that I, David Trickett is of sound mind and body and offer the following as true and correct:

I am the Founding Director of Christ's Hope and Reconciliation Ministry. On March 11th I testified in federal court here in Houston on behalf of Shane Jenkins. The favorable testimony in its entirety as it relates to C.H.A.R.M. supporting Shane Jenkins still remains the same. We are here as his family and will provide a home for him and continue in discipling him in the time while he awaits his court dates and beyond.

Please feel free to contact me for any additional information. Thank you.

In His love and service,

David A. Trickett
Founding Director
C.H.A.R.M. Prison and Transitional Ministry