IN THE UNITED STATES DISTRICT COURT
                      FOR THE DISTRICT OF COLUMBIA


UNITED STATES OF AMERICA,              )
                                       )
            Plaintiff,                 )
                                       )     CR No. 21-245
                                       )     Washington, D.C.
         vs.                           )     May 25, 2021
                                       )     3:02 p.m.
SHANE JENKINS,                         )
                                       )
            Defendant.                 )
_____)



                  TRANSCRIPT OF STATUS CONFERENCE
                       VIA ZOOM PROCEEDINGS
                BEFORE THE HONORABLE AMIT P. MEHTA
                   UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Government:          Robert Craig Juman
                             U.S. ATTORNEY'S OFFICE
                             500 E. Broward Blvd.
                             Ft. Lauderdale, FL 33132
                             786-514-9990
                             Email: robert.juman@usdoj.gov


For the Defendant:           Maria Jacob
                             OFFICE OF THE
                             FEDERAL PUBLIC DEFENDER
                             625 Indiana Ave, NW
                             Washington, D.C. 20004
                             (202) 208-7500
                             Email: maria_jacob@fd.org

APPEARANCES CONTINUED:

Pretrial Service Officer:      Andre Sidbury

Court Reporter:                William P. Zaremba
                               Registered Merit Reporter
                               Certified Realtime Reporter
                               Official Court Reporter
                               E. Barrett Prettyman CH
                               333 Constitution Avenue, NW
                               Washington, D.C. 20001
                               (202) 354-3249


Proceedings recorded by mechanical stenography; transcript
produced by computer-aided transcription

1              P R O C E E D I N G S

2              COURTROOM DEPUTY:  Good afternoon, Your Honor.

3    This is Criminal Case No. 21-245, United States of America

4    versus Shane Jenkins.

5              Robert Juman for the government.

6              Maria Jacob for the defense.

7              Andre Sidbury on behalf of Pretrial Services.

8              The defendant is appearing via videoconference for

9    this hearing.

10             THE COURT:  All right, Counsel.  Good afternoon.

11             Good afternoon, Mr. Jenkins.

12             Mr. Jenkins, can you hear me, sir?

13             THE DEFENDANT:  Yes, sir, I can.

14             THE COURT:  Okay.  Very good.

15             All right.  Good afternoon to everybody.  We're

16   here for a status hearing to see where things stand in

17   Mr. Jenkins' case, and then we also have the motion that was

18   filed to reconsider his bond status.

19             So let's start with where things stand and then

20   we'll turn to the motion after we figure out where things

21   are.

22             So, Mr. Juman and Ms. Jacob, do you want to bring

23   me up to date on where things stand in terms of the

24   production of discovery and preparation for the trial or

25   otherwise resolving this matter?

1          MR. JUMAN:  Well, Your Honor, on behalf of the

2   government, I believe we've made, on an informal basis,

3   production of all the relevant discovery in the case.

4          The one exception is the contents of the

5   defendant's cell phone, which is rather large.  Ms. Jacob

6   has sent a hard drive to our facility in Houston, they are

7   in the process of downloading that on to the hard drive and

8   getting it back to her.  There are a couple of items

9   uploaded to USAfx from the cell phone, but for the full

10  phone dump, that's going to take a little time.

11         We've also had some discussions about a resolution

12  of the case.  I have not yet made a formal plea offer, but

13  -- and Ms. Jacob and I spoke today, and I think I'll be able

14  to put something like that together very shortly.

15         THE COURT:  Okay.

16         But just sort of to be clear then, is there

17  anything left, then, for the government to produce?

18         MR. JUMAN:  Your Honor, there is, as you may have

19  heard from other cases, a larger formal discovery process

20  which my office is undergoing.  That is a process by which

21  they gather all of the materials from every case, they make

22  sure that it's been vetted for *Brady* obligations, to make

23  sure that we've produced absolutely everything.  It also

24  gets Bates stamped at that point.  My production has been

25  Bates stamped.  So that process is still ongoing.

1          But as far as the fundamental essential discovery

2    in this case that relates to the charges, I think that has

3    been produced on an informal basis to Ms. Jacob through the

4    USAfx, like I said, other than the contents of his phone.

5          THE COURT:  Okay.

6          And what do you -- do you have an estimate as to

7    the timeline for producing whatever else the government is

8    going to make available?

9          MR. JUMAN:  I wish I did, Your Honor.

10          Unfortunately, as Your Honor knows, given the size

11    of this case, it's a relatively massive operation involving

12    all of the capitol riot cases, all of the body-worn cam from

13    the officers, not only in the lower west tunnel, but also

14    throughout the Capitol, all the public video that has been

15    gathered, all the security video.  So I, unfortunately,

16    don't have an estimate to give Your Honor at this time.

17          THE COURT:  Okay.

18          All right.  Ms. Jacob, your thoughts, views on

19    where things are?

20          MS. JACOB:  Yes, Your Honor.

21          So we agree with the government that what's mostly

22    outstanding is that formal production and the contents of

23    Mr. Jenkins' phone, which should be -- based on what's

24    transpired so far with us sending the hard drive and then

25    processing it, I expect to receive it soon.  And so that'll

1  be -- I think that'll take a little time for me to review.

2  But once I review that, then I think we'll be in a much

3  better place to really talk about negotiations and the

4  possibility of a plea offer.

5          Your Honor, I think what I would propose -- I've

6  talked to Mr. Juman about this and Mr. Jenkins -- is another

7  30 days so that we can really move and try to get going on

8  this as quickly as we can.

9          If for some reason there's another delay, we can

10 absolutely let the Court know in advance of that 30 days if

11 we need more time, but that's what I would propose at this

12 time.

13         THE COURT:  Okay.

14         All right.  That is certainly fine with me, to

15 continue this for another 30 days.

16         Okay.  Well, is there anything else we ought to

17 talk about before we turn to the bond review?

18         MR. JUMAN:  Not from the government's perspective,

19 Your Honor.  No, thank you.

20         MS. JACOB:  Not from the defense, Your Honor.

21         THE COURT:  Okay.

22         All right.  So I've received the motion from the

23 defendant, essentially that asks me to reconsider

24 Mr. Jenkins' bond status.  He was ordered detained by a

25 magistrate judge in the Southern District of Texas back on

1    March the 11th, and so he's asked me to reconsider that

2    decision.

3           I've read the parties' papers, I've also reviewed

4    the video evidence and other evidence that the parties have

5    submitted.  So if there's anything else anybody wants to

6    add, I'm happy to entertain those arguments now.

7           MR. JUMAN:  Your Honor, the government has nothing

8    further to submit.

9           MS. JACOB:  Your Honor, just a few things.

10          Of course, I know that we've briefed the issue.

11   And I just want to highlight that with conditions,

12   Mr. Jenkins will be able to abide by them and will --

13   basically just resume working and resume living at

14   C.H.A.R.M. Ministries like he was doing before the instant

15   arrest.

16          I think the main thing is that he's not able to

17   access social media, if he's not able to travel, then it

18   will assure the Court that he will not -- that he will not

19   be able to talk to people about what happened, will not be

20   able to travel further to other protests that may or may not

21   happen in the future.  And so, you know, without those

22   things, the Court can be assured of the community's safety.

23          Your Honor, I know that the biggest subject here

24   was his criminal history, and so I understand that, and

25   I understand the government's position on that.  But the

1   past two years, he has shown that he can be gainfully

2   employed and had a stable residence.  When he came home from

3   D.C., that's what he was doing.  He resumed working, he

4   resumed his activities at C.H.A.R.M. Ministries, and

5   I believe that's exactly what he would do if the Court

6   considered conditions of release here.

7            Without being able to access social media or

8   travel -- I mean, those things were very linked to the

9   instant arrest.  Without those things, it wouldn't have been

10  possible.

11           And so we're just asking the Court to consider

12  extremely strict conditions, including High Intensity

13  Supervision, any kind of GPS monitoring, and no access to

14  any social media whatsoever.

15           THE COURT:  So let me just provide the statutory

16  framework which I must consider under the Bail Reform Act.

17           Liberty is obviously the norm with respect to

18  pretrial status of a defendant.  However, the Bail Reform

19  Act does create certain presumptions -- both sets forth

20  circumstances under which pretrial detention is appropriate,

21  and in some cases, it includes a presumption, a statutory

22  presumption that would make pretrial detention appropriate.

23           In this case, let me just say at the outset,

24  although the government has argued -- the government

25  essentially argued two bases for detention; one is risk of

1    flight, the other one is dangerousness.

2         I reject the risk of flight as a basis to detain

3    Mr. Jenkins.  Other than the exposure of a sentence, the

4    government makes no argument to suggest he's a risk of

5    flight and he certainly isn't.  Mr. Jenkins is no stranger

6    to the criminal justice system, and there is not any

7    suggestion that he has ever failed to appear for court, or

8    possesses the means, frankly, to avoid his court duties and

9    responsibilities, and so I'm not concerned about his risk of

10   flight.

11        You know, the issue before me, as it was before

12   the magistrate judge, is dangerousness, and it's not an

13   insubstantial concern; in fact, it is a substantial concern.

14        There is a presumption of dangerousness that does

15   apply in this case, and that's because Mr. Jenkins has been

16   indicted, and, therefore, there's been probable cause found

17   with respect to felony destruction of government property

18   under 18 U.S.C. 3161.

19        The Bail Reform Act treats that particular charge,

20   among others, as giving rise to a presumption of

21   dangerousness.  It also gives rise to eligibility for

22   detention and for detention determination.

23        So with that presumption in place, the question

24   remains whether the government can demonstrate, through

25   clear and convincing evidence, that Mr. Jenkins poses such a

1    danger that there are no combination of conditions that will

2    ensure the safety of the community and any person.

3              And as I said, it's a rebuttable presumption, and

4    Mr. Jenkins has come forward with some evidence to rebut it,

5    and that is, in particular, his stay with the Ministry and a

6    letter from someone named Trickett, that's T-r-i-c-k-e-t-t,

7    and his organization that he was living with prior to his

8    arrest in this case.  And so Mr. Jenkins has met his burden

9    of at least rebutting -- or coming forward with evidence,

10   and so the burden then remains with the government to carry

11   its burden by clear and convincing evidence.

12             In making that determination, I must consider four

13   factors.  They are, of course, the nature and circumstances

14   of the offense charged, the weight of the evidence against

15   the person, history and characteristics of the person, and

16   the nature and seriousness of the danger to a person and the

17   community that would be posed by the person's release.

18             Let me start at the outset.

19             What the Court in *Munchel* made clear is that when

20   dangerousness is the basis for requesting detention, the

21   Court must identify and specify what the potential for

22   dangerousness is in the future.

23             And I think there are two, at least two here.  The

24   first is that Mr. Jenkins would engage in other politically

25   related violence in the future.  You know, the Court in

1    *Munchel* suggested that for some defendants, the offense and

2    the conduct that gave rise to their arrest on January the

3    6th, on the afternoon of January 6th, may be restricted just

4    to those events.

5              I just don't think that's the case for

6    Mr. Jenkins.  I think, not only given his conduct on the day

7    of January the 6th but also some of his statements that were

8    made in social media, which I'll touch on in a few minutes,

9    that he continues to present a danger to engage in acts of

10   violence and misconduct and disorder around politics and

11   political issues.

12             I do not think that the conditions that gave rise

13   to January 6th have completely abated.  As much as I wish

14   they had -- there are still large swaths of the country that

15   believe the election was stolen.  Mr. Jenkins certainly, as

16   of January the 6th and actually afterwards, shared in that

17   belief.  I certainly have no reason to believe that he has

18   disavowed that belief.

19             And we can see by current events that there are

20   continuing doubts and questions being raised about the

21   legitimacy of the election that could give rise to other

22   political protests and other episodes where Mr. Jenkins

23   could engage in political violence.  That's one.

24             And, two, I think just more generally given the

25   nature of his conduct on January the 6th, when combined with

1    his criminal history, he poses a risk of assaultive behavior

2    in general.  And I'll talk a little bit about his criminal

3    history in a bit, but there are, regrettably, a number of

4    prior and past conducts, most recently just, you know, in

5    2014, for either resisting arrest for assaultive behavior or

6    making threats, that I think give rise to a specific concern

7    and risk about future dangerousness.

8           The question is:  Are there conditions that would

9    ensure the safety of the community and of any other person?

10   And I must consider the four factors I've outlined earlier,

11   and let me start with the nature and circumstances of the

12   offense and the weight of the evidence against Mr. Jenkins.

13          You know, Mr. Jenkins is charged in an 11-count

14   indictment.  Those counts include following instruction of a

15   law enforcement officer during civil disorder, three counts

16   of assaulting police officers using a dangerous weapon, and

17   one count of felony destruction of government property,

18   three felony counts related to disorderly conduct and

19   violence in a restricted building or grounds with a deadly

20   or dangerous weapon, and a handful of other misdemeanor

21   counts.

22          The seriousness of those charges I don't think is

23   in real dispute.  And when you sort of take that in

24   combination with the weight of the evidence, it does favor

25   continued detention.  And what the evidence here shows --

1    and this isn't a case where I infer what that evidence is,

2    it was all very clearly laid out in the videos the

3    government has produced, and that are in evidence or that

4    are certainly part of the record.

5            What those videos show is as follows:  Is that

6    Mr. Jenkins traveled to Washington, D.C. on or before

7    January the 6th.  He traveled here with items that he later

8    would use as weapons.  That includes a sharp-bladed or what

9    appears to be a sharp-bladed tomahawk, at a minimum.

10           And then maybe there's other stuff, because it

11   looks like he does use that and his other instruments at the

12   Capitol.  Whether he had wired the other items when he was

13   in Washington, it's not clear, but we know that similar

14   tomahawks were found at -- during the search, and so it

15   stands to reason that, at a minimum, the tomahawk, he

16   actually traveled with it to Washington, D.C.  There's

17   actually a social-media message in which he essentially says

18   he will be traveling to Washington, D.C. armed, and,

19   therefore, prepared for potential violent interactions.

20           None of this is to say that Mr. Jenkins

21   necessarily intended to come to the Capitol that day.  But

22   when he did arrive in Washington, D.C., he did go to the

23   Capitol.  There's no question he did that.  And he came to

24   the Capitol with a backpack of some kind.  He didn't leave

25   his weapons behind, as has been the case with some other

1    defendants.  He actually brought them to the very front

2    facade of the Capitol building.  The first thing we see

3    Mr. Jenkins doing is regrettably using that tomahawk to

4    break a window, and he does break a window, or at least

5    causes severe damage to the window, at least a thousand

6    dollars' worth.

7            But, you know, my view of the video, it's not that

8    he's simply trying to destroy property, he's actually trying

9    to break and enter into the Capitol building.  Why else

10   would he be repeatedly taking that tomahawk to a window when

11   otherwise he's in a crowd and there's no clear path into the

12   Capitol building.

13           I think the only reasonable inference that can be

14   drawn from doing that is that he was actually trying to

15   break the window to actually try and enter the Capitol.

16   When that is unsuccessful, Mr. Jenkins moves to the front of

17   the line, so to speak, he's right at the front of the crowd,

18   engaging with police officers who have gathered in a tunnel

19   to keep the crowd out.

20           Mr. Jenkins is seen on video reaching his hand

21   across people, grabbing a police officer's riot shield.

22   That's one thing he does.  And then you can see that he

23   falls back at one point and clearly then reaches into his

24   bag and he begins throwing objects at the police officers

25   who were present, among them is a flagpole that he finds at

1    the scene, which he then hurls in the direction of the

2    police officers.

3            There are other items that he reaches into his bag

4    and pulls out.  They include a desk drawer, which I have no

5    idea where Mr. Jenkins found a desk drawer, but he had one

6    in his bag.  And then there are some stick-like objects that

7    he threw at the police officers.

8            Now, you know, if one looks at the video, to his

9    credit, you know, he didn't wield the tomahawk at the police

10   officers, he didn't throw the tomahawk at the police

11   officers.

12           And the items that he did throw toward -- in the

13   direction of the police officers weren't -- let's say --

14   it's not clear to me that the kind of items, that even if

15   they hit the police officers, would have caused real

16   physical harm to any of them.

17           But that said, you know, Mr. Jenkins was clearly

18   in a state in which he lost his -- not just lost his

19   composure, but was looking to engage in assaultive behavior

20   and did engage in assaultive behavior.

21           And, you know, I will say, thankfully -- you know,

22   Mr. Jenkins, I don't know what got into you that day, but

23   I'm glad you didn't make it inside the Capitol, because, you

24   know, given the state you were in, I'm not sure anybody's

25   safety would have been secure had you actually entered the

1   Capitol that day, given your actions on the outside that

2   day.

3            I will say, to your credit, Mr. Jenkins, you

4   did -- it looks like you do help an officer who seems to be

5   in distress.  There's an officer there who seems to have

6   difficulty breathing.  There's a video that defense has

7   submitted to the Court, I've looked at it, and it appears

8   that Mr. Jenkins is trying to sort of keep other members of

9   the crowd away from this police officer who's clearly having

10  difficulty breathing and is in a great deal of distress from

11  being in that crowd.  So you do get a little bit of credit

12  for that, Mr. Jenkins.  So I'm glad that you at least had

13  the presence of mind to help that officer, even though your

14  actions toward other officers suggested a different frame of

15  mind.

16           So in terms of the nature and circumstances and

17  the weight of the evidence, the weight of the evidence as

18  I've just described it, all certainly points to -- weighs in

19  favor of continued detention.

20           The history and characteristics of the defendant.

21  You know, Mr. Jenkins was employed, did seem to have a

22  stable residence with the Ministry.  But I've got to weigh

23  that against the fact that, unlike a lot of folks who've

24  been arrested in connection with January the 6th,

25  Mr. Jenkins does have a criminal record, and it's not one

that is insignificant.  There are arrests and convictions
for resisting arrest, drug possession in which he's served
time.  And I'm just reading the offense themselves;
I haven't been given any facts and circumstances of the
particular offenses:

2007 conviction for misdemeanor personal injury,
which I take to be assault of someone else; 2008 conviction
for evading arrest and drug possession; 2002 conviction for
terroristic threat.  I take it the label for that is a
little bit worse than what he did given that he only
received a 30-day sentence.

Misdemeanor assault in 2001; resisting arrest in
2004.  You know, all of these, I will concede, Mr. Jenkins,
you know, they seem to have happened when you were a younger
man, at least some of these.  But, you know, that kind of
behavior doesn't seem to be a thing of the past,
regrettably.  Whatever the demons are that you've been
facing in your past, Mr. Jenkins, seemed to have reared
their head on January 6th, and I think your prior
convictions are something I need to be concerned about and
that do also continue to weigh in favor of continued
detention.

In terms of the nature of the dangerousness to any
person or the community, as I said, I do think that there
are two specific dangers that Mr. Jenkins presents, and they

1    are continued political violence.  I mentioned earlier,

2    there are social-media posts that the government has cited

3    that are of concern.

4            And maybe Mr. Jenkins has had some time to

5    reflect, but certainly in the aftermath of this, he wasn't

6    at all regretting any of his conduct.  On January 7th, he

7    says, "People can take further measures."  This was a

8    message; it wasn't random.  Then again on January 7th, he

9    claims it was peaceful, that he wanted to be heard.

10   Clearly, it wasn't peaceful, and it was more than just

11   wanting to be heard.

12           And so Mr. Jenkins is not -- unfortunately in the

13   aftermath of this, it wasn't something that he reflected

14   upon and thought to himself, maybe I should not have engaged

15   in those acts.  And so I think that, along with everything

16   else I've described, gives heightened concern in my mind

17   that Mr. Jenkins is prone to and vulnerable to engaging in

18   further acts of political violence.

19           And in addition, as I said, given the nature of

20   his conduct on January the 6th in which, again, maybe he

21   lost himself for a moment, that's also happened in his past,

22   based on his criminal history; that Mr. Jenkins does present

23   as a danger to the community for continued assaultive

24   behavior.

25           Insofar as whether there are conditions that would

1   assure the safety of the community, his counsel has

2   suggested that home confinement with work release,

3   prohibiting his use of social media, could be conditions,

4   lack of travel, you know, in another case and in many cases,

5   I've imposed those very conditions, but I just don't think

6   they're appropriate for Mr. Jenkins.

7          One, as I said, he has a lengthy prior criminal

8   history, unlike many defendants, many of whom I've released

9   on similar conditions; two, he does have at least two prior

10  revocations of probation or supervision.  You're right,

11  Mr. Jenkins' most recent probationary period was completed

12  successfully or the supervision period was completed

13  successfully.  And I certainly can't ignore that even on the

14  heels of having completed his probationary period, he comes

15  to Washington, D.C., with a weapon, plainly prepared to

16  engage in violent conduct and then does engage in violent

17  conduct once he's here, and so I simply can't ignore that.

18         Insofar as keeping him off of social media, you're

19  right, it's certainly something that ought to be done, but

20  there's simply no way to monitor Mr. Jenkins' use of social

21  media or not, particularly if the proposed location of where

22  he would live is going to be in what I imagine is a group

23  home in which he could have access to social media or

24  communications devices of others and use their social media.

25  There's just simply no way to monitor that restriction in a

1    satisfactory manner.

2              And then finally in terms of travel, you know,

3    again, the concern is simply whether he'll abide by any

4    limits on travel that are set.  He's at least been twice

5    violated before.  Prior criminal history, there is some

6    indication of substance abuse.  I don't know whether it's

7    current or not.  And all of those factors, it seems to me,

8    make Mr. Jenkins a relatively low -- well, high risk, let me

9    put it that way, of someone who's likely to violate and not

10   abide by any conditions of release, particularly strict

11   conditions of release.

12             So for all those reasons -- let me just add two

13   things, because there were two additional arguments:

14             One is that there were others who have been

15   released who have engaged in violent or assaultive behavior

16   on police.  That very well may be and it's hard for me to

17   know exactly what those individuals engaged in, the type of

18   conduct they engaged in.  But certainly, Mr. Jenkins used

19   weapons on January the 6th, and so I think not only did he

20   bring them but he used them, and that puts him in a

21   different position than many defendants.

22             And then secondarily, his criminal history,

23   I think, sets him apart from others who have been cited by

24   the defense.

25             In terms of COVID, you know, I will just simply

1    say that the conditions are less than desirable; in fact,

2    they're downright awful, but they are getting better.  And I

3    know the jail has taken steps, even as recently as within

4    the last week, to open up the facility to those in the

5    general population, and I presume that Mr. Jenkins will get

6    the benefit of that opening up, and the restrictions that

7    have been in place for the last year will no longer create

8    the kind of really difficult conditions that people have

9    faced in the jail.

10           So for all those reasons, I am going to deny

11   Mr. Jenkins' request to modify his bond conditions, and I

12   will continue to hold him pending trial.

13           So let's pick a date 30 days out.  How about just

14   a little over 30 days, on June the 28th at 10:00 a.m.

15           Is that available, Mr. Douyon, with the jail?

16           DEPUTY CLERK:  Your Honor, that time is available

17   with the D.C. jail.

18           THE COURT:  All right.

19           Counsel, can everyone make 10:00 a.m?

20           MS. JACOB:  Yes, Your Honor.

21           MR. JUMAN:  That's fine with the government.

22   Thank you, Judge.

23           THE COURT:  Okay.

24           Ms. Jacob, have you spoken to your client about

25   speedy trial?

1          MS. JACOB:  Yes, I know, Your Honor, and he has

2   agreed to toll the next 30 days.

3          THE COURT:  Okay.

4          Mr. Jenkins, let me make sure you understand your

5   right to speedy trial.  What that means is that you have a

6   right, by federal statute, to a trial within 70 days of

7   first appearing in court.  Do you understand that, sir?

8          THE DEFENDANT:  Yes, Your Honor, I do.

9          THE COURT:  And in terms of how we calculate that

10  time, Mr. Jenkins, we are not going to include, that is,

11  we will exclude the time between tomorrow and your next

12  court date on June the 28th.  Do you understand?

13         THE DEFENDANT:  Yes, sir.

14         THE COURT:  And are you prepared to exclude that

15  time, Mr. Jenkins?

16         THE DEFENDANT:  Excuse me?

17         THE COURT:  Are you prepared to exclude that time,

18  sir?

19         THE DEFENDANT:  Yes, sir.

20         THE COURT:  Thank you, Mr. Jenkins.

21         So for the reasons stated here today, I will

22  exclude the time between now and June the 28th.  I will find

23  that the interests of justice outweigh the interests of the

24  defendant in a public, speedy trial.

25         And specifically, additional time is warranted to

23

```
 1   let the government complete its discovery obligations,

 2   specifically the formal discovery that Mr. Juman has

 3   referenced, as well as the production and review of

 4   Mr. Jenkins' cell phone and the contents of the cell phone,

 5   to afford the defense additional time to review that

 6   material and to prepare for trial and to possibly engage in

 7   discussions to resolve this matter.

 8              In addition, the current standing order excludes

 9   time through August the 15th due to the pandemic and the

10   difficulties associated with having a trial during the

11   pandemic.  And so for those additional reasons, I'll exclude

12   time under the Speedy Trial Act for those reasons as well.

13              Okay.  Anything further either side wishes to

14   raise?

15              MR. JUMAN:  Not from the government, Your Honor.

16   Thank you.

17              MS. JACOB:  Nothing from the defense.  Thank you,

18   Your Honor.

19              THE COURT:  All right.  Thank you, all, very much.

20   We'll see you in about 30 days.

21              (Proceedings concluded at 3:34 p.m.)

22

23

24

25
```

C E R T I F I C A T E

        I, William P. Zaremba, RMR, CRR, certify that the foregoing is a correct transcript from the record of proceedings in the above-titled matter.


Date:__May 26, 2021_____      /S/__William P. Zaremba_____

                                    William P. Zaremba, RMR, CRR

**COURTROOM DEPUTY:** [1] 3/2
**DEPUTY CLERK:** [1] 21/16
**MR. JUMAN:** [7] 4/1 4/18 5/9 6/18 7/7 21/21 23/15
**MS. JACOB:** [6] 5/20 6/20 7/9 21/20 22/1 23/17
**THE COURT:** [16] 3/10 3/14 4/15 5/5 5/17 6/13 6/21 8/15 21/18 21/23 22/3 22/9 22/14 22/17 22/20 23/19
**THE DEFENDANT:** [5] 3/13 22/8 22/13 22/16 22/19

**/**
**/S** [1] 24/7

**1**
**10:00** [2] 21/14 21/19
**11-count** [1] 12/13
**11th** [1] 7/1
**15th** [1] 23/9
**18 U.S.C** [1] 9/18

**2**
**20001** [1] 2/6
**20004** [1] 1/18
**2001** [1] 17/12
**2002** [1] 17/8
**2004** [1] 17/13
**2007** [1] 17/6
**2008** [1] 17/7
**2014** [1] 12/5
**202** [2] 1/19 2/6
**2021** [1] 1/5 24/7
**208-7500** [1] 1/19
**21-245** [2] 1/4 3/3
**245** [2] 1/4 3/3
**25** [1] 1/5
**26** [1] 24/7
**28th** [3] 21/14 22/12 22/22

**3**
**30** [6] 6/10 6/15 21/13 21/14 22/2 23/20
**30 days** [1] 6/7
**30-day** [1] 17/11
**3161** [1] 9/18
**3249** [1] 2/6
**33132** [1] 1/14
**333** [1] 2/5
**354-3249** [1] 2/6
**3:02** [1] 1/6
**3:34** [1] 23/21

**5**
**500** [1] 1/14

**6**
**625** [1] 1/18
**6th** [11] 11/3 11/3 11/7

16/24 17/19 18/20 20/19

**7**
**70** [1] 22/6
**7500** [1] 1/19
**786-514-9990** [1] 1/15
**7th** [2] 18/6 18/8

**9**
**9990** [1] 1/15

**A**
**a.m** [2] 21/14 21/19
**abated** [1] 11/13
**abide** [3] 7/12 20/3 20/10
**able** [7] 4/13 7/12 7/16 7/17 7/19 7/20 8/7
**about** [13] 4/11 6/3 6/6 6/17 7/19 9/9 11/20 12/2 12/7 17/20 21/13 21/24 23/20
**above** [1] 24/4
**above-titled** [1] 24/4
**absolutely** [2] 4/23 6/10
**abuse** [1] 20/6
**access** [4] 7/17 8/7 8/13 19/23
**across** [1] 14/21
**Act** [4] 8/16 8/19 9/19 23/12
**actions** [2] 16/1 16/14
**activities** [1] 8/4
**acts** [3] 11/9 18/15 18/18
**actually** [8] 11/16 13/16 13/17 14/1 14/8 14/14 14/15 15/25
**add** [2] 7/6 20/12
**addition** [2] 18/19 23/8
**additional** [4] 20/13 22/25 23/5 23/11
**advance** [1] 6/10
**afford** [1] 23/5
**after** [1] 3/20
**aftermath** [2] 18/5 18/13
**afternoon** [5] 3/2 3/10 3/11 3/15 11/3
**afterwards** [1] 11/16
**again** [3] 18/8 18/20 20/3
**against** [3] 10/14 12/2 16/23
**agree** [1] 5/21
**agreed** [1] 22/2
**aided** [1] 2/8
**all** [21] 3/10 3/15 4/3 4/21 5/12 5/12 5/14 5/15 5/18 6/14 6/22 13/2 16/18 17/13 18/6 20/7 20/12 21/10 21/18 23/19 23/19
**All right** [2] 3/10 21/18
**along** [1] 18/15

**5/13** 7/3 9/21 11/7 17/21 18/21
**although** [1] 8/24
**am** [1] 21/10
**AMERICA** [2] 1/3 3/3
**AMIT** [1] 1/10
**among** [2] 9/20 14/25
**Andre** [2] 2/2 3/7
**another** [4] 6/6 6/9 6/15 19/4
**any** [11] 8/13 8/14 9/6 10/2 12/9 15/16 17/4 17/23 18/6 20/3 20/10
**anybody** [1] 7/5
**anybody's** [1] 15/24
**anything** [4] 4/17 6/16 7/5 23/13
**apart** [1] 20/23
**appear** [1] 9/7
**APPEARANCES** [2] 1/12 1/25
**appearing** [2] 3/8 22/7
**appears** [2] 13/9 16/7
**apply** [1] 9/15
**appropriate** [1] 8/20 8/22 19/6
**are** [29]
**argued** [2] 8/24 8/25
**argument** [1] 9/4
**arguments** [2] 7/6 20/13
**armed** [1] 13/18
**around** [1] 11/10
**arrest** [8] 7/15 8/9 10/8 11/2 12/5 17/2 17/8 17/12
**arrested** [1] 16/24
**arrests** [1] 17/1
**arrive** [1] 13/22
**as** [29]
**asked** [1] 7/1
**asking** [1] 8/11
**asks** [1] 6/23
**assault** [2] 17/7 17/12
**assaulting** [1] 12/16
**assaultive** [6] 12/1 12/5 15/19 15/20 18/23 20/15
**associated** [1] 23/10
**assure** [2] 7/18 19/1
**assured** [1] 7/22
**ATTORNEY'S** [1] 1/13
**August** [1] 23/9
**available** [2] 5/8 21/15 21/16
**Ave** [1] 1/18
**Avenue** [1] 2/5
**avoid** [1] 9/8
**away** [1] 16/9
**awful** [1] 21/2

**B**
**back** [3] 4/8 6/25 14/23
**backpack** [1] 13/24
**bag** [1] 14/24 15/3 15/6
**Bail** [3] 8/16 8/18 9/19
**Barrett** [1] 2/5

**bases** [1] 8/25
**basically** [1] 7/13
**basis** [4] 4/2 5/3 9/2 10/20
**Bates** [2] 4/24 4/25
**be** [26]
**because** [4] 9/15 13/10 15/23 20/13
**been** [16] 4/22 4/24 5/3 5/14 8/9 9/15 9/16 13/25 15/25 16/24 17/4 17/17 20/4 20/14 20/23 21/7
**before** [7] 1/10 6/17 7/14 9/11 9/11 13/6 20/5
**begins** [1] 14/24
**behalf** [2] 3/7 4/1
**behavior** [7] 12/1 12/5 15/19 15/20 17/16 18/24 20/15
**behind** [1] 13/25
**being** [3] 8/7 11/20 16/11
**belief** [2] 11/17 11/18
**believe** [4] 4/2 8/5 11/15 11/17
**benefit** [1] 21/6
**better** [2] 6/3 21/2
**between** [2] 22/11 22/22
**biggest** [1] 7/23
**bit** [4] 12/2 12/3 16/11 17/10
**bladed** [2] 13/8 13/9
**Blvd** [1] 1/14
**body** [1] 5/12
**body-worn** [1] 5/12
**bond** [3] 3/18 6/17 6/24 21/11
**both** [1] 8/19
**Brady** [1] 4/22
**break** [4] 14/4 14/4 14/9 14/15
**breathing** [2] 16/6 16/10
**briefed** [1] 7/10
**bring** [2] 3/22 20/20
**brought** [1] 14/1
**Broward** [1] 17/24
**building** [4] 12/19 14/2 14/9 14/12
**burden** [4] 10/8 10/10 10/11

**C**
**C.H.A.R.M** [2] 7/14 8/4
**calculate** [1] 22/9
**cam** [1] 5/12
**came** [2] 8/2 13/23
**can** [13] 3/12 3/13 6/7 6/8 6/9 7/22 8/1 9/24 11/19 14/13 14/22 18/7 21/19
**can't** [2] 19/13 19/17
**capitol** [12] 5/12 5/14 13/12 13/21 13/23

**bridge** 3/24 14/2 14/9 14/12 14/15 15/23 16/1
**carry** [1] 10/10
**case** [14] 3/3 3/17 4/3 4/12 4/21 5/2 5/11 8/23 9/15 10/8 11/5 13/1 13/25 19/4
**cases** [4] 4/19 5/12 8/21 19/4
**cause** [1] 9/16
**caused** [1] 15/15
**causes** [1] 14/5
**cell** [4] 4/5 4/9 23/4 23/4
**certain** [1] 8/19
**certainly** [10] 6/14 9/5 11/15 11/17 13/4 16/18 18/5 19/13 19/19 20/18
**Certified** [1] 2/4
**certify** [1] 24/2
**CH** [1] 2/5
**characteristics** [2] 10/15 16/20
**charge** [1] 9/19
**charged** [2] 10/14 12/13
**charges** [5] 5/2 12/22
**circumstances** [5] 8/20 10/13 12/11 16/16 17/4
**cited** [1] 18/2 20/23
**civil** [1] 12/15
**claims** [1] 18/9
**clear** [7] 4/16 9/25 10/11 10/19 13/13 14/11 15/14
**clearly** [5] 13/2 14/23 15/17 16/9 18/10
**client** [1] 21/24
**COLUMBIA** [1] 1/1
**combination** [2] 10/1 12/24
**combined** [1] 11/25
**come** [2] 10/4 13/21
**comes** [1] 19/14
**coming** [1] 10/9
**communications** [1] 19/24
**community** [6] 10/2 10/17 12/9 17/24 18/23 19/1
**community's** [1] 7/22
**complete** [1] 23/1
**completed** [3] 19/11 19/12 19/14
**completely** [1] 11/13
**composure** [1] 15/19
**computer** [1] 2/8
**computer-aided** [1] 2/8
**concede** [1] 17/13
**concern** [6] 9/13 9/13 12/6 18/3 18/16 20/3
**concerned** [2] 9/9 17/20
**concluded** [1] 23/21
**conditions** [15] 7/11 8/6 8/12 10/1 11/12

**C**

conditions... [10]  12/8
18/25 19/3 19/5 19/9
20/10 20/11 21/1 21/8
21/11
conduct [9]  11/2 11/6
11/25 12/18 18/6 18/20
19/16 19/17 20/18
conducts [1]  12/4
CONFERENCE [1]  1/9
confinement [1]  19/2
connection [1]  16/24
consider [4]  8/11 8/16
10/12 12/10
considered [1]  8/6
Constitution [1]  2/5
contents [1]  4/4 5/4
5/22 23/4
continue [3]  6/15
17/21 21/12
continued [6]  2/1
12/25 16/19 17/21 18/1
18/23
continues [1]  11/9
continuing [1]  11/20
conviction [3]  17/6
17/7 17/8
convictions [2]  17/1
17/20
convincing [2]  9/25
10/11
correct [1]  24/3
could [4]  11/21 11/23
19/3 19/23
counsel [3]  3/10 19/1
21/19
count [2]  12/13 12/17
country [1]  11/14
counts [2]  12/14 12/15
12/18 12/21
couple [1]  4/8
course [2]  7/10 10/13
court [16]  1/1 2/3 2/4
6/10 7/18 7/22 8/5 8/11
9/7 9/8 10/19 10/21
10/25 16/7 22/7 22/12
COVID [1]  20/25
CR [1]  1/4
Craig [1]  1/13
create [2]  8/19 21/7
credit [3]  15/9 16/3
16/11
criminal [10]  3/3 7/24
9/6 12/1 12/2 16/25
18/22 19/7 20/5 20/22
crowd [5]  14/11 14/17
14/19 16/9 16/11
CRR [2]  24/2 24/8
current [3]  11/19 20/7
23/8

**D**

D.C [10]  1/5 1/18 2/6
8/3 13/6 13/16 13/18
13/22 19/15 21/17
damage [1]  14/5
danger [4]  10/1 10/16
11/9 18/23

dangerousl[y] [2]  12/12
12/20
dangerousness [8]  9/1
9/12 9/14 9/21 10/20
10/22 12/7 17/23
dangers [1]  17/25
date [4]  3/23 21/13
22/12 24/7
day [6]  11/6 13/21
15/22 16/1 16/2 17/11
days [8]  6/7 6/10 6/15
21/13 21/14 22/2 22/6
23/20
deadly [1]  12/19
deal [1]  16/10
decision [1]  7/2
defendant [7]  1/7 1/16
3/8 6/23 8/18 16/20
22/24
defendant's [1]  4/5
defendants [4]  11/1
14/1 19/8 20/21
DEFENDER [1]  1/17
defense [6]  3/6 6/20
16/6 20/24 23/5 23/17
delay [1]  6/9
demons [1]  17/17
demonstrate [1]  9/24
deny [1]  21/10
described [2]  16/18
18/16
desirable [1]  21/1
desk [2]  15/4 15/5
destroy [1]  14/8
destruction [2]  9/17
12/17
detain [1]  9/2
detained [1]  6/24
detention [9]  8/20 8/22
8/25 9/22 9/20 10/20
12/25 16/19 17/22
determination [2]  9/22
10/12
devices [1]  19/24
did [10]  5/9 13/22
13/22 13/23 15/12
15/20 16/4 16/21 17/10
20/19
didn't [4]  13/24 15/9
15/10 15/23
different [2]  16/14
20/21
difficult [1]  21/8
difficulties [1]  23/10
difficulty [1]  16/6
16/10
direction [2]  15/1
15/13
disavowed [1]  11/18
discovery [6]  3/24 4/3
4/19 5/1 23/1 23/2
discussions [2]  4/11
23/7
disorder [2]  11/10
12/15
disorderly [1]  12/18
dispute [1]  12/23
distress [2]  16/5 16/10

**DISTRICT [4]**

do [12]  3/22 5/6 5/8
11/12 16/4 16/11 17/21
17/24 22/7 22/8 22/12
do you [2]  5/6 22/7
do you have [1]  5/6
does [10]  8/19 9/14
12/24 13/11 14/4 14/22
16/25 18/22 19/9 19/16
doesn't [1]  17/16
doing [4]  7/14 8/3 14/3
14/14
dollars' [1]  14/6
don't [6]  5/16 11/5
12/22 15/22 19/5 20/6
done [1]  19/19
doubts [1]  11/20
Douyon [1]  21/15
downloading [1]  4/7
downright [1]  21/2
drawer [2]  15/4 15/5
drawn [1]  14/4
drive [3]  4/6 4/7 5/24
drug [2]  17/2 17/8
due [1]  23/9
dump [1]  4/10
during [3]  12/15 13/14
23/10
duties [1]  9/8

**E**

earlier [2]  12/10 18/1
either [2]  12/5 23/13
election [2]  11/15
11/21
eligibility [1]  9/21
else [6]  5/7 6/16 7/5
14/9 17/7 18/16
Email [2]  1/15 1/19
employed [2]  8/2 16/21
enforcement [2]  12/15
engage [8]  10/24 11/9
11/23 15/19 15/20
19/16 19/16 23/6
engaged [4]  18/14
20/15 20/17 20/18
engaging [2]  14/18
18/17
ensure [1]  10/2 12/9
enter [2]  14/9 14/15
entered [1]  15/25
entertain [1]  7/6
episodes [1]  11/22
essential [1]  5/1
essentially [2]  6/23
8/25 13/17
estimate [2]  5/6 5/16
evading [1]  17/8
even [4]  15/14 16/13
19/13 21/3
events [2]  11/4 11/19
ever [1]  9/7
every [1]  4/21
everybody [1]  3/15
everyone [1]  21/19
everything [2]  4/23
18/15

dismiss [1]  11/1 6/25
9/25 10/4 10/9 10/11
10/14 12/12 12/24
12/25 13/1 13/3 16/17
16/17
exactly [2]  8/5 20/17
exception [1]  4/4
exclude [5]  22/11
22/14 22/17 22/22
23/11
excludes [1]  23/8
Excuse [1]  22/16
expect [1]  5/25
exposure [1]  9/3
extremely [1]  8/12

**F**

facade [1]  14/2
faced [1]  21/9
facility [2]  4/6 21/4
facing [1]  17/18
fact [3]  9/13 16/23 21/1
factors [3]  10/13 12/10
20/7
facts [1]  17/4
failed [1]  9/7
falls [1]  14/23
far [2]  5/1 5/24
favor [3]  12/24 16/19
17/21
fd.org [1]  1/19
federal [2]  1/17 22/6
felony [3]  9/17 12/17
12/25
few [2]  7/9 11/8
figure [1]  3/20
filed [1]  3/18
finally [1]  20/2
find [1]  22/22
finds [1]  14/25
fine [2]  6/14 21/21
first [3]  10/24 14/2 22/7
FL [1]  1/14
flagpole [1]  14/25
flight [4]  9/1 9/2 9/5
9/10
folks [1]  16/23
following [1]  12/14
follows [1]  13/5
foregoing [1]  24/3
formal [4]  4/12 4/19
5/22 23/2
forth [1]  8/19
forward [2]  10/4 10/9
found [3]  9/16 13/14
15/5
four [2]  10/12 12/10
frame [1]  16/14
framework [1]  8/16
frankly [1]  9/8
front [3]  14/1 14/16
14/17
Ft [1]  1/14
full [1]  4/9
fundamental [1]  5/1
further [5]  7/8 7/20
18/7 18/18 23/19
future [4]  7/21 10/22

**G**

gainfully [1]  8/1
gather [1]  4/21
gathered [2]  5/15
14/18
gave [2]  11/2 11/12
general [2]  12/2 21/5
generally [1]  11/24
get [3]  6/7 16/11 17/6
gets [1]  4/24
getting [1]  4/8 21/2
give [3]  5/16 11/21
12/6
given [8]  5/10 11/6
11/24 15/24 16/1 17/4
17/10 18/19
gives [2]  9/21 18/16
giving [1]  9/20
glad [2]  15/23 16/12
go [1]  13/22
going [6]  4/10 5/8 6/7
19/22 21/10 22/10
good [5]  3/2 3/10 3/11
3/14 3/15
got [2]  15/22 16/22
government [19]  1/13
3/5 4/2 4/17 5/7 5/21
7/7 8/24 8/24 9/4 9/17
9/24 10/10 12/17 13/3
18/2 21/21 23/1 23/15
government's [2]  6/18
7/25
GPS [1]  8/13
grabbing [1]  14/21
great [1]  16/10
grounds [1]  12/19
group [1]  19/22

**H**

had [4]  4/11 8/2 11/14
13/12 15/5 15/25 16/12
18/4
hand [1]  14/20
handful [1]  12/20
happen [1]  7/21
happened [3]  7/19
17/14 18/21
happy [1]  7/6
hard [4]  4/6 4/7 5/24
20/16
harm [1]  15/16
has [22]  4/6 4/24 5/2
5/14 7/7 8/1 8/24 9/7
9/15 10/4 10/8 11/17
13/3 13/25 16/6 18/2
18/4 19/1 19/7 21/3
22/1 23/2
have [28]
haven't [1]  17/4
having [3]  16/9 19/14
23/10
he [62]
he didn't [2]  15/9
15/10
he'll [1]  20/3
he's [11]  7/1 7/16 7/17

**H**

he's... [8] 9/4 14/8 14/8 14/11 14/17 17/2 19/17 20/4
head [1] 17/19
hear [1] 3/12
heard [3] 4/19 18/9 18/11
hearing [2] 3/9 3/16
heels [1] 19/14
heightened [1] 18/16
help [2] 16/4 16/13
her [1] 4/8
here [8] 3/16 7/23 8/6 10/23 12/25 13/7 19/17 22/21
high [2] 8/12 20/8
highlight [1] 7/11
him [4] 19/18 20/20 20/23 21/12
himself [2] 18/14 18/21
his [33]
history [9] 7/24 10/15 12/1 12/3 16/20 18/22 19/8 20/5 20/22
hit [1] 15/15
hold [1] 21/12
home [3] 8/2 19/2 19/23
Honor [19] 3/2 4/1 4/18 5/9 5/10 5/16 5/20 6/5 6/19 6/20 7/7 7/9 7/23 21/16 21/20 22/1 22/8 23/15 23/18
HONORABLE [1] 1/10
Houston [1] 4/6
how [2] 21/13 22/9
However [1] 8/18
hurls [1] 15/1

**I**

I am [1] 21/10
I believe [2] 4/2 8/5
I can [1] 3/13
I did [1] 5/9
I don't think [1] 12/22
I have [2] 4/12 15/4
I haven't [1] 17/4
I just [2] 11/5 19/5
I know [2] 7/10 7/23
I mean [1] 8/8
I think [13] 4/13 5/2 6/1 6/2 6/5 7/16 10/23 11/6 11/24 12/6 14/13 17/19 20/23
I understand [1] 7/25
I will [6] 15/21 16/3 17/13 20/25 22/21 22/22
I'll [4] 4/13 11/8 12/2 23/11
I'm [6] 7/6 9/9 15/23 15/24 16/12 17/3
I'm not [1] 9/9
I've [11] 6/5 6/22 7/3 7/3 12/10 16/7 16/18 16/22 18/16 19/5 19/8
idea [1] 15/5

**I** (cont.)

ignore [2] 19/13 19/17
imagine [1] 19/22
imposed [1] 19/5
include [3] 12/14 15/4 22/10
includes [2] 8/21 13/8
including [1] 8/12
Indiana [1] 1/18
indication [1] 20/6
indicted [1] 9/16
indictment [1] 12/14
individuals [1] 20/17
infer [1] 13/1
inference [1] 14/13
informal [2] 4/2 5/3
injury [1] 17/6
inside [1] 15/23
insignificant [1] 17/1
Insofar [2] 18/25 19/18
instant [2] 7/14 8/9
instruction [1] 12/14
instruments [1] 13/11
insubstantial [1] 9/13
intended [1] 13/21
Intensity [1] 8/12
interactions [1] 13/19
interests [2] 22/23 22/23
involving [1] 5/11
is [58]
is there [1] 6/16
isn't [2] 9/5 13/1
issue [2] 7/10 9/11
issues [1] 11/11
it [29]
it's [11] 4/22 5/11 9/12 10/3 13/13 14/7 15/14 16/25 19/19 20/6 20/16
items [6] 4/8 13/7 13/12 15/3 15/12 15/14
its [2] 10/11 23/1

**J**

jacob [9] 1/16 1/19 3/6 3/22 4/5 4/13 5/3 5/18 21/24
jail [4] 21/3 21/9 21/15 21/17
January [13] 11/2 11/3 11/7 11/13 11/16 11/25 13/7 16/24 17/19 18/6 18/8 18/20 20/19
JENKINS [46]
Jenkins' [7] 3/17 5/23 6/24 19/11 19/20 21/11 23/4
judge [4] 1/11 6/25 9/12 21/22
Juman [5] 1/13 3/5 3/22 6/6 23/2
June [3] 21/14 22/12 22/22
just [20] 4/16 7/9 7/11 7/13 8/11 8/15 8/23 11/3 11/5 11/24 12/4 15/18 16/18 17/3 18/10 19/5 19/25 20/12 20/25

**J** (cont.)

justice [2] 9/6 22/23

**K**

keep [2] 14/19 16/8
keeping [1] 19/25
kind [5] 8/13 13/24 15/14 17/15 21/8
know [28]
knows [1] 5/10

**L**

label [1] 17/9
lack [1] 19/4
laid [1] 13/2
large [2] 4/5 11/14
larger [1] 4/19
last [2] 21/4 21/7
later [1] 13/7
Lauderdale [1] 1/14
law [1] 12/15
least [8] 10/9 10/23 14/4 14/5 16/12 17/15 19/9 20/4
leave [1] 13/24
left [1] 4/17
legitimacy [1] 11/21
lengthy [1] 19/7
less [1] 21/1
let [9] 6/10 8/15 8/23 10/18 12/11 20/8 20/12 22/4 23/1
let's [3] 3/19 15/13 21/13
letter [1] 10/6
Liberty [1] 8/17
like [6] 4/14 5/4 7/14 13/11 15/6 16/4
likely [1] 20/9
limits [1] 20/4
line [1] 14/17
linked [1] 8/8
little [6] 4/10 6/1 12/2 16/11 17/10 21/14
live [1] 19/22
living [2] 7/13 10/7
location [1] 19/21
longer [1] 21/7
looked [1] 16/7
looking [1] 15/19
looks [3] 13/11 15/8 16/4
lost [3] 15/18 15/18 18/21
lot [1] 16/23
low [1] 20/8
lower [1] 5/13

**M**

made [4] 4/2 4/12 10/19 11/8
magistrate [2] 6/25 9/12
magistrate judge [1] 6/25
main [1] 7/16
make [8] 4/21 4/22 5/8 8/22 15/23 20/8 21/24

**M** (cont.)

makes [1] 9/4
making [2] 10/12 12/6
man [1] 17/15
manner [1] 20/1
many [4] 19/4 19/8 19/8 20/21
March [1] 7/1
maria [1] 1/16 1/19 3/6
massive [1] 5/11
material [1] 23/6
materials [1] 4/21
matter [3] 3/25 23/7 24/4
may [7] 1/5 4/18 7/20 7/20 11/3 20/16 24/7
maybe [4] 13/10 18/4 18/14 18/20
me [18] 3/12 3/23 6/1 6/14 6/23 7/1 8/15 8/23 9/11 10/18 12/11 15/14 20/7 20/8 20/12 20/16 22/4 22/16
mean [1] 8/8
means [2] 9/8 22/5
measures [1] 18/7
mechanical [1] 2/7
media [11] 7/17 8/7 8/14 11/8 13/17 18/2 19/3 19/18 19/21 19/23 19/24
MEHTA [1] 1/10
members [1] 16/8
mentioned [1] 18/1
Merit [1] 2/3
message [2] 13/17 18/8
met [1] 10/8
mind [3] 16/13 16/15 18/16
minimum [2] 13/9 13/15
Ministries [2] 7/14 8/4
Ministry [2] 10/5 16/22
minutes [1] 11/8
misconduct [1] 11/10
misdemeanor [3] 12/20 17/6 17/12
modify [1] 21/11
moment [1] 18/21
monitor [2] 19/20 19/25
monitoring [1] 8/13
more [3] 6/11 11/24 18/10
most [2] 12/4 19/11
mostly [1] 5/21
motion [3] 3/17 3/20 6/22
move [1] 6/7
moves [1] 14/16
Mr. [55]
Mr. Douyon [1] 21/15
Mr. Jenkins [44]
Mr. Jenkins' [7] 3/17 5/23 6/24 19/11 19/20 21/11 23/4
Mr. Juman [3] 3/22 6/6

**M** (cont.)

Ms. [6] 3/22 4/5 4/13 5/3 5/18 21/24
Ms. Jacob [6] 3/22 4/5 4/13 5/3 5/18 21/24
much [3] 6/2 11/13 23/19
Munchel [2] 10/19 11/1
must [4] 8/16 10/12 10/21 12/10
my [4] 4/20 4/24 14/7 18/16

**N**

named [1] 10/6
nature [9] 10/13 10/16 11/25 12/11 16/16 17/23 18/19
necessarily [1] 13/21
need [2] 6/11 17/20
negotiations [1] 6/3
next [2] 22/2 22/11
no [14] 1/4 3/3 6/19 8/13 9/4 9/5 10/1 11/17 13/23 14/11 15/4 19/20 19/25 21/7
None [1] 13/20
norm [1] 8/17
not [29]
nothing [2] 7/7 23/17
now [3] 7/6 15/8 22/22
number [1] 12/3
NW [2] 1/18 2/5

**O**

objects [2] 14/24 15/6
obligations [2] 4/22 23/1
obviously [1] 8/17
off [1] 19/18
offense [4] 10/14 11/1 12/12 17/3
offenses [1] 17/5
offer [2] 4/12 6/4
office [1] 1/13 1/17 4/20
officer [6] 2/2 12/15 16/4 16/5 16/9 16/13
officer's [1] 14/21
officers [1] 5/13 12/16 14/18 14/24 15/2 15/7 15/10 15/11 15/13 15/15 16/14
Official [1] 2/4
Okay [10] 3/14 4/15 5/5 5/17 6/13 6/16 6/21 21/23 22/3 23/13
once [2] 6/2 19/17
one [12] 4/4 8/25 9/1 11/23 12/17 14/22 14/23 15/5 15/8 16/25 19/7 20/14
ongoing [1] 4/25
only [5] 5/13 11/6 14/13 17/10 20/19
open [1] 21/4
opening [1] 21/6
operation [1] 5/11

## O

order [1] 23/8
ordered [1] 6/24
organization [1] 10/7
other [18] 4/19 5/4 7/4 7/20 9/1 9/3 10/24 11/21 11/22 12/9 12/20 13/10 13/11 13/12 13/25 15/3 16/8 16/14
others [4] 9/20 19/24 20/14 20/23
otherwise [2] 3/25 14/11
ought [2] 6/16 19/19
our [1] 4/6
out [5] 3/20 13/2 14/19 15/4 21/13
outlined [1] 12/10
outset [2] 8/23 10/18
outside [1] 16/1
outstanding [1] 5/22
outweigh [2] 22/23
over [1] 21/14

## P

p.m [2] 1/6 23/21
pandemic [2] 23/9 23/11
papers [1] 7/3
part [1] 13/4
particular [3] 9/19 10/5 17/5
particularly [2] 19/21 20/10
parties [1] 7/4
parties' [1] 7/3
past [5] 8/1 12/4 17/16 17/18 18/21
path [1] 14/11
peaceful [2] 18/9 18/10
pending [1] 21/12
people [4] 7/19 14/21 18/7 21/8
period [3] 19/11 19/12 19/14
person [6] 10/2 10/15 10/15 10/16 12/9 17/24
person's [1] 10/17
personal [1] 17/6
perspective [1] 6/18
phone [7] 4/5 4/9 4/10 5/4 5/23 23/4 23/4
physical [1] 15/16
pick [1] 21/13
place [3] 6/3 9/23 21/7
plainly [1] 19/15
Plaintiff [1] 1/4
plea [2] 4/12 6/4
point [2] 4/24 14/23
points [1] 16/18
police [12] 12/16 14/18 14/21 14/24 15/2 15/7 15/9 15/10 15/13 15/15 16/9 20/16
political [5] 11/11 11/22 11/23 18/1 18/18
politically [1] 10/24
politics [1] 11/10

posed [1] 10/17
poses [2] 9/25 12/1
position [2] 7/25 20/21
possesses [1] 9/8
possession [2] 17/2 17/8
possibility [1] 6/4
possible [1] 8/10
possibly [1] 23/6
posts [1] 18/2
potential [2] 10/21 13/19
preparation [1] 3/24
prepare [1] 23/6
prepared [4] 13/19 19/15 22/14 22/17
presence [1] 16/13
present [3] 11/9 14/25 18/22
presents [1] 17/25
presume [1] 21/5
presumption [6] 8/21 8/22 9/14 9/20 9/23 10/3
presumptions [1] 8/19
pretrial [5] 2/2 3/7 8/18 8/20 8/22
Prettyman [1] 2/5
prior [6] 10/7 12/4 17/19 19/7 19/9 20/5
probable [1] 9/16
probation [1] 19/10
probationary [2] 19/11 19/14
proceedings [4] 1/10 2/7 23/21 24/4
process [4] 4/7 4/19 4/20 4/25
processing [1] 5/25
produce [1] 4/17
produced [4] 2/8 4/23 5/3 13/3
producing [1] 5/7
production [5] 3/24 4/3 4/24 5/22 23/3
prohibiting [1] 19/3
prone [1] 18/17
property [3] 9/17 12/17 14/8
propose [2] 6/5 6/11
proposed [1] 19/21
protests [2] 7/20 11/22
provide [1] 8/15
public [3] 1/17 5/14 22/24
pulls [1] 15/4
put [2] 4/14 20/9
puts [1] 20/20

## Q

question [3] 9/23 12/8 13/23
questions [1] 11/20
quickly [1] 6/8

## R

raise [1] 23/14

random [1] 18/8
rather [1] 4/5
reaches [2] 14/23 15/3
reaching [1] 14/20
read [1] 7/3
reading [1] 17/3
real [2] 12/23 15/15
really [3] 6/3 6/7 21/8
Realtime [1] 2/4
reared [1] 17/18
reason [3] 6/9 11/17 13/15
reasonable [1] 14/13
reasons [5] 20/12 21/10 22/21 23/11 23/12
rebut [1] 10/4
rebuttable [1] 10/3
rebutting [1] 10/9
receive [1] 5/25
received [2] 6/22 17/11
recent [1] 19/11
recently [2] 12/4 21/3
reconsider [3] 3/18 6/23 7/1
record [2] 13/4 16/25 24/3
recorded [1] 2/7
referenced [1] 23/3
reflect [1] 18/5
reflected [1] 18/13
Reform [3] 8/16 8/18 9/19
Registered [1] 2/3
regrettably [3] 12/3 14/3 17/17
regretting [1] 18/6
reject [1] 9/2
related [2] 10/25 12/18
relates [1] 5/2
relatively [2] 5/11 20/8
release [5] 8/6 10/17 19/2 20/10 20/11
released [2] 19/8 20/15
relevant [1] 4/3
remains [2] 9/24 10/10
repeatedly [1] 14/10
Reporter [4] 2/3 2/3 2/4 2/4
request [1] 21/11
requesting [1] 10/20
residence [2] 8/2 16/22
resisting [3] 12/5 17/2 17/12
resolution [1] 4/11
resolve [1] 23/7
resolving [1] 3/25
respect [2] 8/17 9/17
responsibilities [1] 9/9
restricted [2] 11/3 12/19
restriction [1] 19/25
restrictions [1] 21/6
resume [2] 7/13 7/13
resumed [2] 8/3 8/4
review [5] 6/1 6/2 6/17 23/3 23/5

revocations [1] 19/10
right [12] 3/10 3/15 5/18 6/14 6/22 14/17 19/10 19/19 21/18 22/5 22/6 23/19
riot [2] 5/12 14/21
rise [6] 9/20 9/21 11/2 11/12 11/21 12/6
risk [7] 8/25 9/2 9/4 9/9 12/1 12/7 20/8
RMR [2] 24/2 24/8
Robert [2] 1/13 3/5
robert.juman [1] 1/15

## S

safety [5] 7/22 10/2 12/9 15/25 19/1
said [6] 5/4 10/3 15/17 17/24 18/19 19/7
satisfactory [1] 20/1
say [6] 8/23 13/20 15/13 15/21 16/3 21/1
says [2] 13/17 18/7
scene [1] 15/1
search [1] 13/14
secondarily [1] 20/22
secure [1] 15/25
security [1] 5/15
see [5] 3/16 11/19 14/2 14/22 23/20
seem [3] 16/21 17/14 17/16
seemed [1] 17/18
seems [3] 16/4 16/5 20/7
seen [1] 14/20
sending [1] 5/24
sent [1] 4/6
sentence [2] 9/3 17/11
seriousness [2] 10/16 12/22
served [1] 17/2
Service [1] 2/2
Services [1] 3/7
set [1] 20/4
sets [2] 8/19 20/23
severe [1] 14/5
SHANE [2] 1/6 3/4
shared [1] 11/16
sharp [2] 13/8 13/9
sharp-bladed [2] 13/8 13/9
shield [1] 14/21
shortly [1] 4/14
should [2] 5/23 18/14
show [1] 13/5
shown [1] 8/1
shows [1] 12/25
Sidbury [2] 2/2 3/7
side [1] 23/13
similar [2] 13/13 19/9
simply [6] 14/8 19/17 19/20 19/25 20/3 20/25
sir [6] 3/12 3/13 22/7 22/13 22/18 22/19
size [1] 5/10
so [33]

so I think [2] 18/15 20/19
social [11] 7/17 8/7 8/14 11/8 13/17 18/2 19/3 19/18 19/20 19/23 19/24
social-media [1] 13/17 18/2
some [12] 4/11 6/9 8/21 10/4 11/1 11/7 13/24 13/25 15/6 17/15 18/4 20/5
someone [3] 10/6 17/7 20/9
something [4] 4/14 17/20 18/13 19/19
soon [1] 5/25
sort [3] 4/16 12/23 16/8
Southern [1] 6/25
speak [1] 14/17
specific [2] 12/6 17/25
specifically [2] 22/25 23/2
specify [1] 10/21
speedy [4] 21/25 22/5 22/24 23/12
Speedy Trial Act [1] 23/12
spoke [1] 4/13
spoken [1] 21/24
stable [2] 8/2 16/22
stamped [2] 4/24 4/25
stand [3] 3/16 3/19 3/23
standing [1] 23/8
stands [1] 13/15
start [3] 3/19 10/18 12/11
state [2] 15/18 15/24
stated [1] 22/21
statements [1] 1/1
STATES [4] 1/1 1/3 1/11 3/3
status [5] 1/9 3/16 3/18 6/24 8/18
statute [1] 22/6
statutory [2] 8/15 8/21
stay [1] 10/5
stenography [1] 2/7
steps [1] 21/3
stick [1] 15/6
stick-like [1] 15/6
still [2] 4/25 11/14
stolen [1] 11/15
stranger [1] 9/5
strict [2] 8/12 20/10
stuff [1] 13/10
subject [1] 7/23
submit [1] 7/8
submitted [2] 7/5 16/7
substance [1] 20/6
substantial [1] 9/13
successfully [2] 19/12 19/13
such [1] 9/25
suggest [1] 9/4
suggested [3] 11/1 16/14 19/2

**S**

suggestion [1] 9/7
supervision [3] 8/13 19/10 19/12
sure [4] 4/22 4/23 15/24 22/4
swaths [1] 11/14
system [1] 9/6

**T**

T-r-i-c-k-e-t-t [1] 10/6
take [6] 4/10 6/1 12/23 17/7 17/9 18/7
taken [1] 21/3
taking [1] 14/10
talk [4] 6/3 6/17 7/19 12/2
talked [1] 6/6
terms [6] 3/23 16/16 17/23 20/2 20/25 22/9
terroristic [1] 17/9
Texas [1] 6/25
than [6] 5/4 9/3 17/10 18/10 20/21 21/1
thank [6] 6/19 21/22 22/20 23/16 23/17 23/19
Thank you [3] 22/20 23/16 23/17
thankfully [1] 15/21
that [141]
that'll [2] 5/25 6/1
that's [11] 4/10 6/11 8/3 8/5 9/15 10/6 11/5 11/23 14/22 18/21 21/21
their [3] 11/2 17/19 19/24
them [6] 7/12 14/1 14/25 15/16 20/20 20/20
themselves [1] 17/3
then [17] 3/17 3/19 4/16 4/17 5/24 6/2 7/17 10/10 13/10 14/22 14/23 15/1 15/6 18/8 19/16 20/2 20/22
there [22] 4/8 4/16 4/18 6/16 9/6 9/14 10/1 10/23 11/14 11/19 12/3 12/8 15/3 15/6 16/5 17/1 17/24 18/2 18/25 20/5 20/13 20/14
there's [11] 6/9 7/5 9/16 13/10 13/16 13/23 14/11 16/5 16/6 19/20 19/25
therefore [2] 9/16 13/19
these [2] 17/13 17/15
they [11] 4/6 4/21 4/21 10/13 11/14 15/4 15/15 17/14 17/25 20/18 21/2
they're [2] 19/6 21/2
thing [4] 7/16 14/2 14/22 17/16
things [10] 3/16 3/19 3/20 3/23 5/19 7/9 7/22

think [20] 4/13 5/2 6/1 6/2 6/5 7/16 10/23 11/5 11/6 11/12 11/24 12/6 12/22 14/13 17/19 17/24 18/15 19/5 20/19 20/23
this [20] 3/3 3/9 3/25 5/2 5/11 5/16 6/6 6/8 6/11 6/15 8/23 9/15 10/8 13/1 13/20 16/9 18/5 18/7 18/13 23/7
those [17] 7/6 7/21 8/8 8/9 11/4 12/14 12/22 13/5 18/15 19/5 20/7 20/12 20/17 21/4 21/10 23/11 23/12
though [1] 16/13
thought [1] 18/14
thoughts [1] 5/18
thousand [1] 14/5
threat [1] 17/9
threats [1] 12/6
three [2] 12/15 12/18
threw [1] 15/7
through [3] 5/3 9/24 23/9
throughout [1] 5/14
throw [2] 15/10 15/12
throwing [1] 14/24
time [17] 4/10 5/16 6/1 6/11 6/12 17/3 18/4 21/16 22/10 22/11 22/15 22/17 22/22 22/25 23/5 23/9 23/12
timeline [1] 5/7
titled [1] 24/4
today [2] 4/13 22/21
together [1] 4/14
toll [1] 22/2
tomahawk [6] 13/9 13/15 14/3 14/10 15/9 15/10
tomahawks [1] 13/14
tomorrow [1] 22/11
touch [1] 11/8
toward [2] 15/12 16/14
transcript [3] 1/9 2/7 24/3
transcription [1] 2/8
transpired [1] 5/24
travel [6] 7/17 7/20 8/8 19/4 20/2 20/4
traveled [3] 13/6 13/7 13/16
traveling [1] 13/18
treats [1] 9/19
trial [9] 3/24 21/12 21/25 22/5 22/6 22/24 23/6 23/10 23/12
Trickett [1] 10/6
try [2] 6/7 14/15
trying [4] 14/8 14/8 14/14 16/8
tunnel [2] 5/13 14/18
turn [2] 3/20 6/17
twice [1] 20/4
two [10] 8/1 8/25 10/23

type [1] 20/17

**U**

U.S [1] 1/13
U.S.C [1] 9/18
under [4] 8/16 8/20 9/18 23/12
undergoing [1] 4/20
understand [5] 7/24 7/25 22/4 22/7 22/12
unfortunately [3] 5/10 5/15 18/12
UNITED [4] 1/1 1/3 1/11 3/3
United States of [1] 3/3
unlike [2] 16/23 19/8
unsuccessful [1] 14/16
up [3] 3/23 21/4 21/6
uploaded [1] 4/9
upon [1] 18/14
us [1] 5/24
USAfx [2] 4/9 5/4
usdoj.gov [1] 1/15
use [5] 13/8 13/11 19/3 19/20 19/24
used [2] 20/18 20/20
using [2] 12/16 14/3

**V**

versus [1] 3/4
very [8] 3/14 4/14 8/8 13/2 14/1 19/5 20/16 23/19
vetted [1] 4/22
via [2] 1/10 3/8
video [7] 5/14 5/15 7/4 14/7 14/20 15/8 16/6
videoconference [1] 3/8
videos [2] 13/2 13/5
view [1] 14/7
views [1] 5/18
violate [1] 20/9
violated [1] 20/5
violence [6] 10/25 11/10 11/23 12/19 18/1 18/18
violent [4] 13/19 19/16 19/16 20/15
vs [1] 1/5
vulnerable [1] 18/17

**W**

want [2] 3/22 7/11
wanted [1] 18/9
wanting [1] 18/11
wants [1] 7/5
warranted [1] 22/25
was [19] 3/17 6/24 7/14 7/24 8/3 9/11 10/7 11/15 13/2 13/12 14/14 15/17 15/19 16/21 18/7 18/9 18/10 19/11 19/12
Washington [9] 1/5

19/9 20/12 20/13
type [1] 20/17

3/16 13/18 13/22 19/15
wasn't [4] 18/5 18/8 18/10 18/13
way [3] 19/20 19/25 20/9
we [15] 3/17 3/20 5/21 6/7 6/8 6/9 6/11 6/16 6/17 11/19 13/13 14/2 22/9 22/10 22/22
we will [1] 22/11
we'll [3] 3/20 6/2 23/20
we're [2] 3/15 8/11
we've [4] 4/2 4/11 4/23 7/10
weapon [3] 12/16 12/20 19/15
weapons [1] 13/8 13/25 20/19
week [1] 21/4
weigh [2] 16/22 17/21
weighs [1] 16/18
weight [5] 10/14 12/12 12/24 16/17 16/17
well [6] 4/1 6/16 20/8 20/16 23/3 23/12
were [8] 8/8 11/7 13/14 14/25 15/24 17/14 20/13 20/14
weren't [1] 15/13
west [1] 5/13
what [17] 5/6 6/5 6/11 7/19 8/3 8/5 10/19 10/21 12/25 13/1 13/5 13/8 15/22 17/10 19/22 20/17 22/5
what's [2] 5/21 5/23
whatever [2] 5/7 17/17
whatsoever [1] 8/14
when [9] 8/2 10/19 11/25 12/23 13/12 13/22 14/10 14/16 17/14
where [9] 3/16 3/19 3/20 3/23 5/19 11/22 13/1 15/5 19/21
whether [5] 9/24 13/12 18/25 20/3 20/6
which [15] 4/5 4/20 4/20 5/23 8/16 8/20 11/8 13/17 15/1 15/4 15/18 17/2 17/7 18/20 19/23
who [7] 14/18 14/25 16/4 16/5 20/14 20/15 20/23
who's [2] 16/9 20/9
who've [1] 16/23
whom [1] 19/8
Why [1] 14/9
wield [1] 15/9
will [18] 7/12 7/12 7/18 7/18 7/18 7/19 10/1 13/18 15/21 16/3 17/13 20/25 21/5 21/7 21/12 22/11 22/21 22/22

window [5] 14/4 14/4 14/5 14/10 14/15
wired [1] 13/12
wish [2] 5/9 11/13
wishes [1] 23/13
within [2] 21/3 22/6
without [3] 7/21 8/7 8/9
work [1] 19/2
working [2] 7/13 8/3
worn [1] 5/12
worse [1] 17/10
worth [1] 14/6
would [13] 6/5 6/11 8/5 8/22 10/17 10/24 12/8 13/8 14/10 15/15 15/25 18/25 19/22
wouldn't [1] 8/9

**Y**

year [1] 21/7
years [1] 8/1
Yes [7] 3/13 5/20 21/20 22/1 22/8 22/13 22/19
yet [1] 4/12
you [49]
you're [2] 19/10 19/18
you've [1] 17/17
younger [1] 17/14
your [28]
Your Honor [18] 3/2 4/1 4/18 5/9 5/10 5/16 5/20 6/5 6/20 7/7 7/9 7/23 21/16 21/20 22/1 22/8 23/15 23/18

**Z**

Zaremba [4] 2/3 24/2 24/7 24/8
ZOOM [1] 1/10