IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,           )
                                    )
            Plaintiff,              )
                                    )    CR No. 21-245
                                    )    Washington, D.C.
        vs.                         )    September 2, 2021
                                    )    12:56 p.m.
SHANE JENKINS,                      )
                                    )
            Defendant.              )
_____)


TRANSCRIPT OF STATUS CONFERENCE VIA ZOOM PROCEEDINGS
BEFORE THE HONORABLE AMIT P. MEHTA
UNITED STATES DISTRICT JUDGE


APPEARANCES:

For the Government:         Robert Craig Juman
                            U.S. ATTORNEY'S OFFICE
                            500 E. Broward Blvd.
                            Ft. Lauderdale, FL 33132
                            786-514-9990
                            Email: robert.juman@usdoj.gov


For the Defendant:          Maria Jacob
                            Michelle M. Peterson
                            OFFICE OF THE
                            FEDERAL PUBLIC DEFENDER
                            625 Indiana Ave, N.W.
                            Washington, D.C. 20004
                            (202) 208-7500
                            Email: maria_jacob@fd.org
                            Email: shelli_peterson@fd.org

                            Karyl Alderman
                            1726 Sunset Ln
                            Tallahassee, FL 32303-4451
                            (850) 566-3331
                            theartlaw@yahoo.com

APPEARANCES CONTINUED:

Also Present:                Ryan Marshall

Court Reporter:             William P. Zaremba
                             Registered Merit Reporter
                             Certified Realtime Reporter
                             Official Court Reporter
                             E. Barrett Prettyman CH
                             333 Constitution Avenue, NW
                             Washington, D.C. 20001
                             (202) 354-3249


Proceedings recorded by mechanical stenography; transcript
produced by computer-aided transcription

```
 1                    P R O C E E D I N G S
 2            COURTROOM DEPUTY:  Your Honor, this is Criminal
 3   Case No. 21-245, United States of America versus Shane
 4   Jenkins.
 5            Robert Juman for the government.
 6            Maria Jacob, Shelli Peterson, Ryan Marshall,
 7   standing in for John Pierce, and Karyl Alderman for Shane
 8   Jenkins.
 9            The defendant is appearing via videoconference for
10   this hearing.
11            THE COURT:  Okay.  Good afternoon.
12            CORPORAL:  Can you see me?
13            COURTROOM DEPUTY:  Yes, ma'am, we can see you.
14            And, Judge, I think you're frozen.
15            THE COURT:  How about now?  Is this better?
16            COURTROOM DEPUTY:  This is better, yes, we can
17   hear you.
18            THE COURT:  All right.
19            We can see Mr. Jenkins.
20            Mr. Jenkins, give us a thumbs-up if you can hear
21   me.
22            Terrific.
23            So we're back from where we were last week.  We
24   continued this matter because of Mr. Pierce, John Pierce.
25   There was an indication that he had been retained by
```

1    Mr. Jenkins and was going to enter a notice of appearance,

2    but, at least at that point, he had neither -- at least he

3    had not at that time entered a notice of appearance.

4           And we learned that Mr. Pierce was having some

5    health issues, and we learned a little bit more about what

6    those are based upon an earlier hearing we had today.

7           So the question at this point is -- so do

8    I understand, Mr. Marshall, there's someone else on the line

9    here who is barred and may be able to speak to --

10          MR. MARSHALL:  Yes, Your Honor.

11          In between hearings, one of the other attorneys

12   that we had -- the NCLU had been talking with to contract

13   out to help with some of these cases had reached out to me

14   and agreed to help step in, because she just became aware of

15   kind of the situation that we're really in.

16          THE COURT:  That's Ms. Alderman?

17          MR. MARSHALL:  Yes.

18          MS. ALDERMAN:  Yes, Your Honor.

19          THE COURT:  Hi, Ms. Alderman.  How are you?

20          MS. ALDERMAN:  I'm doing well.  Thank you,

21   Your Honor.

22          THE COURT:  And you're a barred lawyer and can you

23   just tell me where you're barred and for how long?

24          MS. ALDERMAN:  Florida, Alabama.

25          I've done a variety of bankruptcy, environmental.

1          Have experience in different areas, not as much

2    criminal, but I'm stepping in to cover this since the office

3    is sick; in fact, I am myself.

4          THE COURT:  Okay.

5          And you're a lawyer in good standing in those

6    states?

7          MS. ALDERMAN:  Yes, Your Honor.

8          THE COURT:  Okay.

9          So I don't know whether you are in a position to

10   shed any further light on sort of the basic question here,

11   and that's the retention of Mr. Jenkins, whether he's

12   retained Mr. Pierce to represent him.  There was a notice of

13   appearance filed after the hearing last week, but, of

14   course, we've also learned that Mr. Pierce has been

15   hospitalized in the interim, so it's not entirely clear to

16   me how that happened.  I mean, this stuff is often a matter

17   of routine, but it's usually not done on behalf of a lawyer

18   who, at least at the time, is not able to represent the

19   client.  So can you shed any light on where things stand in

20   terms of the representation of Mr. Jenkins?

21          MR. MARSHALL:  I am going to have to let

22   Mr. Marshall step in and speak to that, if that is all

23   right.  He did mention last week that he is without a

24   license and we needed him to step up for this limited

25   proceeding.

1          I am just coming on board, but Brian is much more

2    familiar, Mr. Marshall is much more familiar with what's

3    going on than I am.

4          THE COURT:  Okay.

5          Mr. Marshall, do you want to comment on that issue

6    further?

7          MR. MARSHALL:  Yes, Your Honor.

8          I had spoke with Mr. Jenkins, and he and I agreed

9    that if we believe John is able to represent him and will

10   get better, that he would like John to represent him.

11         I had relayed the matter to John, and, as I said

12   in the other case, John, you know, thinks he'll be able to

13   represent everybody once he gets better here shortly, and he

14   had asked for our paralegal to enter his notice of

15   appearance for him.

16         THE COURT:  Okay.

17         So, Mr. Jenkins, have you had a chance to talk

18   to -- has Mr. Jenkins been consulted about Mr. Pierce's

19   condition?

20         MR. MARSHALL:  He has been, Your Honor.

21         THE COURT:  All right.

22         Mr. Jenkins, let me just turn to you

23   momentarily -- or let me turn to you now.

24         Let me ask you:  Have you retained -- Mr. Jenkins,

25   have you retained and wish to have Mr. Pierce represent you

in this case, assuming he's in good health and can do so?

THE DEFENDANT:  Yes, Your Honor, that is the case.

And in the event that Mr. Pierce is not able to represent me, I am working to seek counsel as a backup plan in Texas in case he does not recover or if he's not able to represent me or whatever in that matter.

THE COURT:  Okay.

THE DEFENDANT:  I had a few things I wanted to address to the Court, if that's possible.  If this is not the right time, I can wait.

THE COURT:  Just hang on for a second.

And Ms. Jacob is on the line, she's your court-appointed lawyer, and so I want to make sure that she's brought into this discussion.

Ms. Jacob, I think the question right now is whether you should remain appointed by the Court in light of Mr. -- the uncertainty of Mr. Pierce's status at this point. I'm inclined not to relieve you of the appointment just yet. Maybe we'll have further information in a couple weeks here. But I'm not sure now is the time to relieve you of the appointment.

Ms. Jacob, have you had a chance to talk to Mr. Jenkins or do you want to share your thoughts about how you want to proceed?

MS. JACOB:  Your Honor, this is Maria Jacob on the

1    line.

2              First of all, I want to apologize, I am driving

3    right now, and so there is background noise.

4              But my understanding is that before -- I did not

5    speak to Mr. Jenkins in the last week.  But my understanding

6    is, going into last week's hearing, it was Mr. Jenkins' wish

7    to set a trial, and he did not wish to exclude any more

8    time; however, I have not spoken with him in the meantime.

9              THE COURT:  Okay.

10             MR. JUMAN:  Your Honor, may I offer the

11   government's view?

12             THE COURT:  Sure, Mr. Juman, go ahead.

13             MR. JUMAN:  Thank you.

14             Your Honor, I believe at this point, the status of

15   the case is that Mr. Jenkins would like to hire a new

16   attorney, the attorney that he, apparently, would like to

17   hire is ill.  There are other attorneys, apparently, willing

18   to help out, but none of them are members of the D.C. Bar,

19   nor have they applied for pro hac vice admission.

20             It seems to me that the appropriate thing to do is

21   to retain the public defender, Ms. Jacob, in the case until

22   such time as a D.C. barred attorney appears or a pro hac

23   vice motion is filed that the Court can address.

24             And at that point, the Court can inquire of the

25   defendant, if necessary, as to whether or not he is

1  willfully, knowingly changing counsel to whoever that

2  counsel may be.

3          THE COURT:  Well, I'd agree with that, except that

4  notice had been actually filed, and filed -- like I said, it

5  was filed after the last hearing and before today's hearing,

6  so...

7          MR. JUMAN:  Your Honor notes that, and we agree;

8  however, under the circumstances which was represented on

9  Thursday that Mr. Pierce was not responsive, there are

10  questions about how that notice came about.  And even if

11  it's true that the notice was filed at his direction, it's

12  still the case that he is not in a position to appear.

13          Until that happens --

14          THE COURT:  Yeah, I don't disagree with that.

15          And I wasn't -- look, I wasn't going to relieve

16  Ms. Jacob of her appointment at this point.  I'm not

17  prepared to do that until I have a degree of certainty that

18  Mr. Pierce is going to recover and be able to serve as

19  counsel.  So, I mean, that's sort of where we are.  And

20  Mr. Jenkins is -- it sounds like he may be insisting on a

21  speedy trial.

22          But, Mr. Jenkins, you can -- you don't have -- at

23  least the lawyer that it sounds like you've retained and

24  hired, at least as of today, is not able to represent you in

25  court.  So that's going to create some difficulties in terms

1   of getting this case to a trial, at least in the immediate

2   future.  So we find ourselves in a little bit of a sticky

3   situation.

4          Mr. Jenkins, you wanted to say something.  I'll

5   allow you to obviously address me, but I want you to just be

6   mindful that anything you say is being recorded by our court

7   reporter, it's being taken down, and so anything you say can

8   be used against you here.  So I just would ask you to be

9   mindful of that as you -- when you address me and raise the

10  issues you want to raise.

11         THE DEFENDANT:  Yes, sir.  Thank you, Your Honor.

12         I just -- I would like it noted on the record that

13  I would like to invoke my Sixth Amendment right to a speedy

14  trial.

15         I would also like to ask the Court how many days

16  I have accumulated since the initial magistrate judge

17  granted my motion for a speedy trial date on April 21st, as

18  well as, I have several questions about my discovery,

19  Your Honor.

20         I've been shown limited discovery.  I received a

21  cracked disk that worked for a period of time; it no longer

22  works.  But in that discovery, there are edited videos that

23  exclude very important information in relation to the

24  charges that I'm being charged with.  If these videos were,

25  indeed, edited and used before a Grand Jury to indict me,

1    Your Honor, I think that is the -- at a minimum, a

2    deception, because it does not -- they're taken out of

3    context, they do not show the whole story.

4         And, in fact, one of the things that they show is

5    a reaction to something that occurred previously.  And in

6    this -- it was police brutality and a murder that took place

7    on the steps of the West Terrace that has been either

8    covered up by the DOJ or being suppressed by the DOJ, and

9    I just want that noted.

10        I would love to proceed to trial, Your Honor,

11   because the fact is, the facts will prove the truth,

12   Your Honor.  They will show what happened that day on the

13   West Terrace, and I look forward to the DOJ laying their

14   cards on the table and let's just let the facts set the

15   story straight, Your Honor.

16        So, again, in that, I would also request that I be

17   given my full discovery.  I am not interested in waiving any

18   of my *Brady* rights.

19        You know, as to speedy trial, I think it should be

20   done in a timely matter.  This is not a reverse RICO

21   investigation where you round people up and then you build

22   your case and then you present it.  It should --

23        THE COURT:  So, Mr. Jenkins, if I could interrupt

24   you.  Let me just respond, because you've said a number of

25   things.

1          One, we've done a quick calculation.  It looks

2     like about six days have elapsed into your speedy trial.  So

3     we're six days into your 70-day statutory speedy trial time.

4          THE DEFENDANT:  Yes, sir.

5          THE COURT:  Insofar as your demand for a speedy

6     trial and your demand for discovery, you know, I'll ask

7     Ms. Jacob to make sure that you have the discovery that

8     she's received and that that's passed on to you in a way

9     that you can review it.  There are, obviously, difficulties

10    associated with that, but, hopefully, that's something that

11    she can do.

12          Ms. Jacob, is that something that you can take

13    care of?

14          MS. JACOB:  Yes, Your Honor, absolutely.

15          I have also made some *Brady* requests to the

16    government.  And I know that the government, you know, is

17    sort of, you know, addressing some of them and waiting on

18    the counsel issue to really engage in a more meaningful

19    discussion about the specific *Brady* requests that we've

20    made.

21          But, yes, I know there are difficulties at the

22    jail, but we will do everything in our power to make sure

23    that he gets everything in a workable fashion.

24          THE COURT:  I appreciate that.

25          So that's the second issue.

1          And then as far as getting this case to a trial,

2     Mr. Jenkins, that is going to be difficult or -- I shouldn't

3     say difficult -- I should say that's going to be delayed a

4     little bit, because we don't know what the situation is with

5     Mr. Pierce just yet.

6          And so here's what I'm inclined to do, which is,

7     I think what we'll do is just set this down for two weeks.

8     I'm not going to have Ms. Jacob withdraw her representation

9     at this point.  We're going to wait and see what happens

10    with Mr. Pierce and maybe in a couple weeks we'll have some

11    clarity.

12         If he's recovered and able to appear in two weeks,

13    that'll give us another sense of how things are going to

14    move forward.  If he's not able to appear and still hasn't

15    recovered in two weeks, that may call for a different route.

16    But it sounds like Mr. Jenkins would like Mr. Pierce to be

17    his counsel, if he is healthy and capable enough to serve in

18    that capacity, and so let's just proceed in that fashion.

19         You know, since Ms. Jacob is still counsel of

20    record, there isn't, perhaps, the urgency of trying to

21    figure out the situation with Mr. Pierce as there was with

22    the defendant we had on earlier today.

23         So why don't we set something off for a couple of

24    weeks here.  Is everybody available on September the 16th at

25    11 a.m.?  Is that a time we have available with the jail?

1          COURTROOM DEPUTY:  Your Honor, that time is

2    available with the jail.

3          THE COURT:  Mr. Juman, are you available?

4          MR. JUMAN:  That works for the government,

5    Your Honor.  Thank you.

6          MR. MARSHALL:  Your Honor, Mr. Pierce's schedule

7    is clear that day as well.

8          THE COURT:  And what about Ms. Jacob, are you

9    available at 11:00 on the 16th?

10          MS. JACOB:  Yes, Your Honor.

11          Yes, Your Honor.

12          THE COURT:  So why don't we resume this hearing on

13    the 16th.

14          I will exclude time under the Speedy Trial Act

15    through the 16th.  That's done for two reasons:  To ensure

16    the continuation of counsel here, or at least to confirm the

17    availability of counsel, and Mr. Pierce, who, as I said, has

18    at this point entered a notice of appearance.  I also think

19    the interests of justice outweigh the interests of the

20    public and the defendant in a speedy trial.  And

21    specifically for the same reason, which is to ensure that

22    Mr. Pierce can appear and serve as counsel, the exclusion of

23    that time is warranted under the Speedy Trial Act to

24    ensure --

25          THE DEFENDANT:  I would like to object to that,

1     Your Honor.  I'm sorry.

2               THE COURT:  That's okay.

3               -- that Mr. Jenkins' counsel that he has retained

4     is actually able to serve as his counsel.

5               And so I do think the exclusion of that time is

6     warranted under the Speedy Trial Act.

7               Mr. Jenkins, I understand your objection to that

8     exclusion.  That objection will be noted on the record.

9     But, as I said, I am determining that the exclusion is

10    warranted under the Speedy Trial Act for the reasons that

11    I've stated.

12              So we'll see everybody back in two weeks and

13    hopefully we'll have some clarity on Mr. Pierce's condition.

14              MR. MARSHALL:  Your Honor, if I may for one

15    second?

16              So I want, if possible, to respond to the DOJ.

17              I have spoke with Mr. Pierce several times in the

18    past week.  He is not on a ventilator, and he is actually

19    responsive via telephone with me.  That is why his notice of

20    appearance was entered.  He instructed me to have the

21    paralegal enter it.

22              Second, given the same thing in the last hearing

23    we had, I would just ask Your Honor if the record could

24    reflect that you were aware I did not have a license but

25    allowed me to appear in the very limited capacity, given the

1   circumstances that were going on.

2          THE COURT:  Sure.

3          Yes, as I said earlier, I'm aware that

4   Mr. Marshall is not barred, licensed counsel is certainly

5   not barred in this Court, but I permitted his appearance for

6   the purposes of getting the factual information.  So

7   I allowed him to appear last week, and for that reason, I've

8   allowed him to appear today, all right?

9          So we'll see everybody in two weeks, and we'll see

10  where to go from there.

11         Thank you, everyone.

12         (Proceedings concluded at 1:14 p.m.)

13

14

15

16

17

18

19

20

21

22

23

24

25

C E R T I F I C A T E

I, William P. Zaremba, RMR, CRR, certify that the foregoing is a correct transcript from the record of proceedings in the above-titled matter.

Please note:  This hearing occurred during the COVID-19 pandemic and is therefore subject to the technological limitations of court reporting remotely.


Date:__September 22, 2021___   /S/__William P. Zaremba_____

                                William P. Zaremba, RMR, CRR

18

**CORPORAL: [1]** 3/12
**COURTROOM DEPUTY: [4]** 3/2 3/13 3/16 14/1
**MR. JUMAN: [4]** 8/10 8/13 9/7 14/4
**MR. MARSHALL: [7]** 4/10 4/17 5/21 6/7 6/20 14/6 15/14
**MS. ALDERMAN: [4]** 4/18 4/20 4/24 5/7
**MS. JACOB: [3]** 7/25 12/14 14/10
**THE COURT: [25]**
**THE DEFENDANT: [5]** 7/2 7/8 10/11 12/4 14/25

**/**

**/S [1]** 17/10

**1**

**11 [1]** 13/25
**11:00 [1]** 14/9
**12:56 [1]** 1/6
**16th [4]** 13/24 14/9 14/13 14/15
**1726 [1]** 1/22
**19 [1]** 17/6
**1:14 [1]** 16/12

**2**

**20001 [1]** 2/6
**20004 [1]** 1/19
**202 [2]** 1/19 2/6
**2021 [2]** 1/5 17/10
**208-7500 [1]** 1/19
**21-245 [2]** 1/4 3/3
**21st [1]** 10/17
**22 [1]** 17/10
**245 [2]** 1/4 3/3

**3**

**32303-4451 [1]** 1/22
**3249 [1]** 2/6
**33132 [1]** 1/14
**333 [1]** 2/5
**3331 [1]** 1/23
**354-3249 [1]** 2/6

**4**

**4451 [1]** 1/22

**5**

**500 [1]** 1/14
**566-3331 [1]** 1/23

**6**

**625 [1]** 1/18

**7**

**70-day [1]** 12/3
**7500 [1]** 1/19
**786-514-9990 [1]** 1/15

**8**

**850 [1]** 1/23

**9990 [1]** 1/15

**A**

**a.m [1]** 13/25
**able [11]** 4/9 5/18 6/9 6/12 7/3 7/5 9/18 9/24 13/12 13/14 15/4
**about [10]** 3/15 4/5 6/18 7/23 9/10 9/10 10/18 12/2 12/19 14/8
**above [1]** 17/4
**above-titled [1]** 17/4
**absolutely [1]** 12/14
**accumulated [1]** 10/16
**Act [4]** 14/14 14/23 15/6 15/10
**actually [3]** 9/4 15/4 15/18
**address [4]** 7/9 8/23 10/5 10/9
**addressing [1]** 12/17
**admission [1]** 8/19
**after [2]** 5/13 9/5
**afternoon [1]** 3/11
**again [1]** 11/16
**against [1]** 10/8
**agree [2]** 9/3 9/7
**agreed [2]** 4/14 6/8
**ahead [1]** 8/12
**aided [1]** 2/8
**Alabama [1]** 4/24
**Alderman [4]** 1/21 3/7 4/16 4/19
**all [5]** 3/18 5/22 6/21 8/2 16/8
**allow [1]** 10/5
**allowed [3]** 15/25 16/7 16/8
**also [6]** 2/2 5/14 10/15 11/16 12/15 14/18
**am [8]** 5/3 5/21 6/1 6/3 7/4 8/2 11/17 15/9
**Amendment [1]** 10/13
**AMERICA [2]** 1/3 3/3
**AMIT [1]** 1/10
**another [1]** 13/13
**any [4]** 5/10 5/19 8/7 11/17
**anything [2]** 10/6 10/7
**apologize [1]** 8/2
**apparently [2]** 8/16 8/17
**appear [7]** 9/12 13/12 13/14 14/22 15/25 16/7 16/8
**appearance [7]** 4/1 4/3 5/13 6/15 14/18 15/20 16/5
**APPEARANCES [2]** 1/12 2/1
**appearing [1]** 3/9
**appears [1]** 8/22
**applied [1]** 8/19
**appointed [2]** 7/13 7/16
**appointment [3]** 7/18 7/21 9/16

**appreciate [1]** 10/6
**appropriate [1]** 8/20
**April [1]** 10/17
**are [13]** 4/6 4/19 5/9 8/17 8/18 9/9 9/19 10/22 12/9 12/21 13/13 14/3 14/8
**areas [1]** 5/1
**as [21]**
**ask [5]** 6/24 10/8 10/15 12/6 15/23
**asked [1]** 6/14
**associated [1]** 12/10
**assuming [1]** 7/1
**attorney [3]** 8/16 8/16 8/22
**ATTORNEY'S [1]** 1/13
**attorneys [2]** 4/11 8/17
**availability [1]** 14/17
**available [5]** 13/24 14/2 14/3 14/9
**Ave [1]** 1/18
**Avenue [1]** 2/5
**aware [4]** 4/14 15/24 16/3

**B**

**back [2]** 3/23 15/12
**background [1]** 8/3
**backup [1]** 7/4
**bankruptcy [1]** 4/25
**Bar [1]** 8/18
**barred [6]** 4/9 4/22 4/23 8/22 16/4 16/5
**Barrett [1]** 2/5
**based [1]** 4/6
**basic [1]** 5/10
**be [14]** 4/9 6/12 9/2 9/18 9/20 10/5 10/8 10/8 11/16 11/19 13/2 13/3 13/16 15/8
**became [1]** 4/14
**because [6]** 3/24 4/14 11/2 11/11 11/24 13/4
**been [8]** 3/25 4/12 5/14 6/18 6/20 9/4 10/20 11/7
**before [4]** 1/10 8/4 9/5 10/25
**behalf [1]** 5/17
**being [4]** 10/6 10/7 10/24 11/8
**believe [2]** 6/9 8/14
**better [4]** 3/15 3/16 6/10 6/13
**between [1]** 4/11
**bit [3]** 4/5 10/2 13/4
**Blvd [1]** 1/14
**board [1]** 6/1
**Brady [3]** 11/18 12/15 12/19
**Brian [1]** 6/1
**brought [1]** 7/14
**Broward [1]** 1/14
**brutality [1]** 11/6
**build [1]** 11/21

**calculation [1]** 12/1
**call [1]** 13/15
**came [1]** 9/10
**can [17]** 3/12 3/13 3/16 3/19 3/20 4/22 5/19 7/1 7/10 8/23 8/24 9/22 10/7 12/9 12/11 12/12 14/22
**capable [1]** 13/17
**capacity [2]** 13/18 15/25
**cards [1]** 11/14
**care [1]** 13/17
**case [11]** 3/3 6/12 7/1 7/2 7/5 8/15 8/21 9/12 10/1 11/22 13/1
**cases [1]** 4/13
**certainly [1]** 16/4
**certainty [1]** 9/17
**Certified [1]** 2/4
**certify [1]** 17/2
**CH [1]** 2/5
**chance [1]** 6/17 7/22
**changing [1]** 9/1
**charged [1]** 10/24
**charges [1]** 10/24
**circumstances [2]** 9/8 16/1
**clarity [2]** 13/11 15/13
**clear [2]** 5/15 14/7
**client [1]** 5/19
**COLUMBIA [1]** 1/1
**coming [1]** 6/1
**comment [1]** 6/5
**computer [1]** 2/8
**computer-aided [1]** 2/8
**concluded [1]** 16/12
**condition [2]** 6/19 15/13
**CONFERENCE [1]** 1/9
**confirm [1]** 14/16
**Constitution [1]** 2/5
**consulted [1]** 6/18
**context [1]** 11/3
**continuation [1]** 14/16
**continued [2]** 2/1 3/24
**contract [1]** 4/12
**correct [1]** 17/3
**could [2]** 11/23 15/23
**counsel [13]** 7/4 9/1 9/2 9/19 12/18 13/17 13/19 14/16 14/17 14/22 15/3 15/4 16/4
**couple [2]** 7/19 13/10 13/23
**course [1]** 5/14
**court [13]** 1/1 2/3 2/4 7/9 7/13 7/16 8/23 8/24 9/25 10/6 10/15 16/5 17/7
**court-appointed [1]** 7/13
**cover [1]** 5/2
**covered [1]** 11/8
**COVID [1]** 17/6
**COVID-19 [1]** 17/6

**CR [1]** 1/4
**cracked [1]** 10/21
**Craig [1]** 1/13
**create [1]** 9/25
**criminal [2]** 3/2 5/2
**CRR [2]** 17/2 17/11

**D**

**D.C [5]** 1/5 1/19 2/6 8/18 8/22
**date [2]** 10/17 17/10
**day [3]** 11/12 12/3 14/7
**days [3]** 10/15 12/2 12/3
**deception [1]** 11/2
**defendant [6]** 1/7 1/16 3/9 8/25 13/22 14/20
**defender [2]** 1/18 8/21
**degree [1]** 9/17
**delayed [1]** 13/3
**demand [2]** 12/5 12/6
**determining [1]** 15/9
**did [4]** 5/23 8/4 8/7 15/24
**different [2]** 5/1 13/15
**difficult [2]** 13/2 13/3
**difficulties [1]** 9/25 12/9 12/21
**direction [1]** 9/11
**disagree [1]** 9/14
**discovery [6]** 10/18 10/20 10/22 11/17 12/6 12/7
**discussion [2]** 7/14 12/19
**disk [1]** 10/21
**DISTRICT [3]** 1/1 1/1 1/10
**do [12]** 4/7 6/5 7/1 7/23 8/20 9/17 11/3 12/11 12/22 13/6 13/7 15/5
**does [2]** 7/5 11/2
**doing [1]** 4/20
**DOJ [4]** 11/8 11/8 11/13 15/16
**don't [6]** 5/9 9/14 9/22 13/4 13/23 14/12
**done [5]** 4/25 5/17 11/20 12/1 14/15
**down [2]** 10/7 13/7
**driving [1]** 8/2
**during [1]** 17/5

**E**

**earlier [3]** 4/6 13/22 16/3
**edited [2]** 10/22 10/25
**either [1]** 11/7
**elapsed [1]** 12/2
**else [1]** 4/8
**Email [3]** 1/15 1/20 1/20
**engage [1]** 12/18
**enough [1]** 13/17
**ensure [3]** 14/15 14/21 14/24
**enter [3]** 4/1 6/14 15/21
**entered [3]** 4/3 14/18

**E**

**entered...** [1] 15/20
**entirely** [1] 5/15
**environmental** [1] 4/25
**even** [1] 9/10
**event** [1] 7/3
**everybody** [4] 6/13
13/24 15/12 16/9
**everyone** [1] 16/11
**everything** [2] 12/22
12/23
**except** [1] 9/3
**exclude** [3] 8/7 10/23
14/14
**exclusion** [4] 14/22
15/5 15/8 15/9
**experience** [1] 5/1

**F**

**fact** [3] 5/3 11/4 11/11
**facts** [2] 11/11 11/14
**factual** [1] 16/6
**familiar** [2] 6/2 6/2
**far** [1] 13/1
**fashion** [2] 12/23 13/18
**fd.org** [2] 1/20 1/20
**FEDERAL** [1] 1/18
**few** [1] 7/8
**figure** [1] 13/21
**filed** [6] 5/13 8/23 9/4
9/4 9/5 9/11
**find** [1] 10/2
**First** [1] 8/2
**FL** [2] 1/14 1/22
**Florida** [1] 4/24
**foregoing** [1] 17/3
**forward** [2] 11/13
13/14
**frozen** [1] 3/14
**Ft** [1] 1/14
**full** [1] 11/17
**further** [3] 5/10 6/6
7/19
**future** [1] 10/2

**G**

**get** [1] 6/10
**gets** [2] 6/13 12/23
**getting** [3] 10/1 13/1
16/6
**give** [2] 3/20 13/13
**given** [3] 11/17 15/22
15/25
**go** [2] 8/12 16/10
**going** [13] 4/1 5/21 6/3
8/6 9/15 9/18 9/25 13/2
13/3 13/8 13/9 13/13
16/1
**good** [3] 3/11 5/5 7/1
**government** [5] 1/13
3/5 12/16 12/16 14/4
**government's** [1] 8/11
**Grand** [1] 10/25
**Grand Jury** [1] 10/25
**granted** [1] 10/17

**H**

**hac** [2] 8/19 8/22

**had** [5] 4/2 4/2 4/2
4/6 4/12 4/12 4/13 6/8
6/11 6/14 6/17 7/8 7/22
9/4 13/22 15/23
**hang** [1] 7/11
**happened** [2] 5/16
11/12
**happens** [2] 9/13 13/9
**has** [6] 5/14 6/18 6/20
11/7 14/17 15/3
**hasn't** [1] 13/14
**have** [24]
**having** [1] 4/4
**he** [22]
**he'll** [1] 6/12
**he's** [5] 5/11 7/1 7/5
13/12 13/14
**health** [2] 4/5 7/1
**healthy** [1] 13/17
**hear** [2] 3/17 3/20
**hearing** [9] 3/10 4/6
5/13 8/6 9/5 9/5 14/12
15/22 17/5
**hearings** [1] 4/11
**help** [3] 4/13 4/14 8/18
**her** [2] 9/16 13/8
**here** [7] 4/9 5/10 6/13
7/19 10/8 13/24 14/16
**here's** [1] 13/6
**Hi** [1] 4/19
**him** [8] 5/12 5/24 6/9
6/10 6/15 8/8 16/7 16/8
**hire** [2] 8/15 8/17
**hired** [1] 9/24
**his** [6] 6/14 9/11 13/7
15/4 15/19 16/5
**Honor** [27]
**HONORABLE** [1] 1/10
**hopefully** [2] 12/10
15/13
**hospitalized** [1] 5/15
**how** [8] 3/15 4/19 4/23
5/16 7/23 9/10 10/15
13/13
**however** [2] 8/8 9/8

**I**

**I allowed** [1] 16/7
**I also** [1] 14/18
**I am** [7] 5/3 5/21 6/1
6/3 7/4 8/2 15/9
**I believe** [1] 8/14
**I can** [1] 7/10
**I did** [2] 8/4 15/24
**I don't** [1] 9/14
**I have** [6] 8/8 9/17
10/16 10/18 12/15
15/17
**I just** [1] 10/8 10/12
11/9
**I know** [2] 12/16 12/21
**I mean** [1] 9/19
**I should** [1] 13/3
**I think** [4] 7/15 11/1
11/19 13/7
**I understand** [1] 4/8
**I want** [3] 7/13 8/2
15/16

**I will** [1] 14/14
**I would** [1] 10/12
**I'd** [1] 9/3
**I'll** [2] 10/4 12/6
**I'm** [10] 4/20 5/2 7/18
7/20 9/16 10/24 13/6
13/8 15/1 16/3
**I'm not** [7] 7/20 9/16
13/8
**I'm sorry** [1] 15/1
**I've** [4] 4/25 10/20
15/11 16/7
**ill** [1] 8/17
**immediate** [1] 10/1
**important** [1] 10/23
**inclined** [2] 7/18 13/6
**indeed** [1] 10/25
**Indiana** [1] 1/18
**indication** [1] 3/25
**indict** [1] 10/25
**information** [3] 7/19
10/23 16/6
**initial** [1] 10/16
**inquire** [1] 8/24
**insisting** [1] 9/20
**Insofar** [1] 12/5
**instructed** [1] 15/20
**interested** [1] 11/17
**interests** [2] 14/19
14/19
**interim** [1] 5/15
**interrupt** [1] 11/23
**investigation** [1] 11/21
**invoke** [1] 10/13
**is** [62]
**isn't** [1] 13/20
**issue** [3] 6/5 12/18
12/25
**issues** [2] 4/5 10/10
**it** [16] 8/6 8/20 9/4 9/20
9/23 10/12 10/21 11/2
11/6 11/19 11/22 11/22
12/1 12/9 13/16 15/21
**it's** [5] 5/15 5/17 9/11
9/11 10/7

**J**

**jacob** [14] 1/16 1/20
3/6 7/12 7/15 7/22 7/25
8/21 9/16 12/7 12/12
13/8 13/19 14/8
**jail** [3] 12/22 13/25
14/2
**JENKINS** [23]
**Jenkins'** [2] 8/6 15/3
**John** [6] 3/7 3/24 6/9
6/10 6/11 6/12
**judge** [3] 1/10 3/14
10/16
**Juman** [4] 1/13 3/5
8/12 14/3
**Jury** [1] 10/25
**just** [16] 4/14 4/23 6/1
6/22 7/11 7/18 10/5
10/8 10/12 11/9 11/14
11/24 13/5 13/7 13/18
15/23

**K**

**Karyl** [2] 1/21 3/7
**kind** [1] 4/15
**know** [10] 5/9 6/12
11/19 12/6 12/16 12/16
12/17 12/21 13/4 13/19
**knowingly** [1] 9/1

**L**

**last** [8] 3/23 5/13 5/23
8/5 8/6 9/5 15/22 16/7
**Lauderdale** [1] 1/14
**lawyer** [5] 4/22 5/5
5/17 7/13 9/23
**laying** [1] 11/13
**learned** [2] 4/4 4/5 5/14
**least** [7] 4/2 4/2 5/18
9/23 9/24 10/1 14/16
**let** [6] 5/21 6/22 6/23
6/24 11/14 11/24
**let's** [2] 11/14 13/18
**license** [5] 5/24 15/24
**licensed** [1] 16/4
**light** [3] 5/10 5/19 7/16
**like** [13] 6/10 8/15 8/16
9/4 9/20 9/23 10/12
10/13 10/15 12/2 13/16
13/16 14/25
**limitations** [1] 17/7
**limited** [3] 5/24 10/20
10/25
**line** [3] 4/8 7/12 8/1
**little** [3] 4/5 10/2 13/4
**Ln** [1] 1/22
**long** [1] 4/23
**longer** [1] 10/21
**look** [2] 9/15 11/13
**looks** [1] 12/1
**love** [1] 11/10

**M**

**ma'am** [1] 3/13
**made** [2] 12/15 12/20
**magistrate** [1] 10/16
**magistrate judge** [1]
10/16
**make** [3] 7/13 12/7
12/22
**many** [1] 10/15
**maria** [4] 1/16 1/20 3/6
7/25
**Marshall** [7] 2/2 3/6 4/8
5/22 6/2 6/5 16/4
**matter** [6] 3/24 5/16
6/11 7/6 11/20 17/4
**may** [6] 4/9 8/10 9/2
9/20 13/15 15/14
**maybe** [2] 7/19 13/10
**me** [18]
**mean** [2] 5/16 9/19
**meaningful** [1] 12/18
**meantime** [1] 8/8
**mechanical** [1] 2/7
**MEHTA** [1] 1/10
**members** [1] 8/18
**mention** [1] 5/23

**Merit** [1] 2/3
**Michelle** [1] 1/17
**mindful** [2] 10/6 10/9
**minimum** [1] 11/1
**momentarily** [1] 6/23
**more** [5] 4/5 6/1 6/2 8/7
12/18
**motion** [2] 8/23 10/17
**move** [1] 13/14
**Mr** [1] 7/17
**Mr.** [48]
**Mr. Jenkins** [20]
**Mr. Jenkins'** [2] 8/6
15/3
**Mr. Juman** [2] 8/12
14/3
**Mr. Marshall** [5] 4/8
5/22 6/2 6/5 16/4
**Mr. Pierce** [15] 3/24
4/4 5/12 5/14 6/25 7/3
9/9 9/18 13/5 13/10
13/16 13/21 14/17
14/22 15/17
**Mr. Pierce's** [4] 6/18
7/17 14/6 15/13
**Ms.** [12] 4/16 4/19 7/12
7/15 7/22 8/21 9/16
12/7 12/12 13/8 13/19
14/8
**Ms. Alderman** [2] 4/16
4/19
**Ms. Jacob** [10] 7/12
7/15 7/22 8/21 9/16
12/7 12/12 13/8 13/19
14/8
**much** [3] 5/1 6/1 6/2
**murder** [1] 11/6
**my** [7] 8/4 8/5 10/13
10/17 10/18 11/17
11/18
**myself** [1] 5/3

**N**

**N.W** [1] 1/18
**NCLU** [1] 4/12
**necessary** [1] 8/25
**needed** [1] 5/24
**neither** [1] 4/2
**new** [1] 8/15
**no** [3] 1/4 3/3 10/21
**noise** [1] 8/3
**none** [1] 8/18
**not** [29]
**note** [1] 17/5
**noted** [3] 10/12 11/9
15/8
**notes** [1] 9/7
**notice** [9] 4/1 4/3 5/12
6/14 9/4 9/10 9/11
14/18 15/19
**now** [5] 3/15 6/23 7/15
7/20 8/3
**number** [1] 11/24
**NW** [1] 2/5

**O**

**object** [1] 14/25
**objection** [2] 15/7 15/8

**O**

obviously [2]   10/5 12/9
occurred [2]   11/5 17/5
off [1]   13/23
offer [1]   8/10
office [3]   1/13 1/17 5/2
Official [1]   2/4
often [1]   5/16
okay [8]   3/11 5/4 5/8
6/4 6/16 7/7 8/9 15/2
once [1]   6/13
one [4]   4/11 11/4 12/1
15/14
other [3]   4/11 6/12
8/17
our [3]   6/14 10/6 12/22
ourselves [1]   10/2
out [5]   4/13 4/13 8/18
11/2 13/21
outweigh [1]   14/19

**P**

p.m [2]   1/6 16/12
pandemic [1]   17/6
paralegal [2]   6/14
15/21
passed [1]   12/8
past [1]   15/18
people [1]   11/21
perhaps [1]   13/20
period [1]   10/21
permitted [1]   16/5
peterson [3]   1/17 1/20
3/6
Pierce [17]   3/7 3/24
3/24 4/4 5/12 5/14 6/25
7/3 9/9 9/18 13/5 13/10
13/16 13/21 14/17
14/22 15/17
Pierce's [4]   6/18 7/17
14/6 15/13
place [1]   11/6
Plaintiff [1]   1/4
plan [1]   7/4
Please [1]   17/5
point [8]   4/2 4/7 7/17
8/14 8/24 9/16 13/9
14/18
police [1]   11/6
position [2]   5/9 9/12
possible [2]   7/9 15/16
power [1]   12/22
prepared [1]   9/17
present [2]   2/2 11/22
Prettyman [1]   2/5
previously [1]   11/5
pro [2]   8/19 8/22
proceed [3]   7/24 11/10
13/18
proceeding [1]   5/25
proceedings [4]   1/9
2/7 16/12 17/4
produced [1]   2/8
prove [1]   11/11
public [3]   1/18 8/21
14/20
purposes [1]   16/6

**Q**

question [3]   4/7 5/10
7/15
questions [2]   9/10
10/18
quick [1]   12/1

**R**

raise [2]   10/9 10/10
reached [1]   4/13
reaction [1]   11/5
really [2]   4/15 12/18
Realtime [1]   2/4
reason [2]   14/21 16/7
reasons [2]   14/15
15/10
received [2]   10/20 12/8
record [5]   10/12 13/20
15/8 15/23 17/3
recorded [2]   2/7 10/6
recover [2]   7/5 9/18
recovered [2]   13/12
13/15
reflect [1]   15/24
Registered [1]   2/3
relation [1]   10/23
relayed [1]   6/11
relieve [3]   7/18 7/20
9/15
remain [1]   7/16
remotely [1]   17/7
reporter [5]   2/3 2/3 2/4
2/4 10/7
reporting [1]   17/7
represent [9]   5/12 5/18
6/9 6/10 6/13 6/25 7/4
7/6 9/24
representation [2]
5/20 13/8
represented [1]   9/8
request [1]   11/16
requests [2]   12/15
12/19
respond [2]   11/24
15/16
responsive [1]   9/9
15/19
resume [1]   14/12
retain [1]   8/21
retained [6]   3/25 5/12
6/24 6/25 9/23 15/3
retention [1]   5/11
reverse [1]   11/20
review [1]   12/9
RICO [1]   11/20
right [8]   3/18 5/23 6/21
7/10 7/15 8/3 10/13
16/8
rights [1]   11/18
RMR [2]   17/2 17/11
Robert [2]   1/13 3/5
robert.juman [1]   1/15
round [1]   11/21
route [1]   13/15
routine [1]   5/17
Ryan [2]   2/2 3/6

said [6]   6/11 9/4 11/24
14/17 15/9 16/3
same [2]   14/21 15/22
say [5]   10/4 10/6 10/7
13/3 13/3
schedule [1]   14/6
second [4]   7/11 12/25
15/15 15/22
see [7]   3/12 3/13 3/19
13/9 15/12 16/9 16/9
seek [1]   7/4
seems [1]   8/20
sense [1]   13/13
September [1]   1/5
13/24 17/10
serve [4]   9/18 13/17
14/22 15/4
set [4]   8/7 11/14 13/7
13/23
several [2]   10/18 15/17
SHANE [3]   1/6 3/3 3/7
share [1]   7/23
she [2]   4/14 12/11
she's [3]   7/12 7/14
12/8
shed [2]   5/10 5/19
shelli [1]   1/20 3/6
shortly [1]   6/13
should [4]   7/16 11/19
11/22 13/3
shouldn't [1]   13/2
show [3]   11/3 11/4
11/12
shown [1]   10/20
sick [1]   5/3
since [3]   5/2 10/16
13/19
sir [2]   10/11 12/4
situation [4]   4/15 10/3
13/4 13/21
six [2]   12/2 12/3
Sixth [1]   10/13
Sixth Amendment [1]
10/13
so [29]
so it's [1]   5/15
some [7]   4/4 4/13 9/25
12/15 12/17 13/10
15/13
someone [1]   4/8
something [5]   10/4
11/5 12/10 12/12 13/23
sorry [1]   15/1
sort [3]   5/10 9/19 12/17
sounds [3]   9/20 9/23
13/16
speak [3]   4/9 5/22 8/5
specific [1]   12/19
specifically [1]   14/21
speedy [12]   9/21 10/13
10/17 11/19 12/2 12/3
12/5 14/14 14/20 14/23
15/6 15/10
Speedy Trial Act [3]
14/23 15/6 15/10
spoke [2]   6/8 15/17
spoken [1]   8/8

standing [2]   3/7 5/5
stated [1]   15/11
states [5]   1/1 1/3 1/10
3/3 5/6
status [3]   1/9 7/17 8/14
statutory [1]   12/3
stenography [1]   2/7
step [3]   4/14 5/22 5/24
stepping [1]   5/2
steps [1]   11/7
sticky [1]   10/2
still [3]   9/12 13/14
13/19
story [2]   11/3 11/15
straight [1]   11/15
stuff [1]   5/16
subject [1]   17/6
such [1]   8/22
Sunset [1]   1/22
suppressed [1]   11/8
sure [6]   7/13 7/20 8/12
12/7 12/22 16/2

**T**

table [1]   11/14
take [1]   12/12
taken [2]   10/7 11/2
talk [2]   6/17 7/22
talking [1]   4/12
Tallahassee [1]   1/22
technological [1]   17/7
telephone [1]   15/19
tell [1]   4/23
terms [1]   5/20 9/25
Terrace [2]   11/7 11/13
Terrific [1]   3/22
Texas [1]   7/5
than [1]   6/3
Thank [5]   4/20 8/13
10/11 14/5 16/11
Thank you [3]   8/13
10/11 14/5
that [89]
that'll [1]   13/13
that's [11]   4/16 5/11
7/9 9/19 9/25 12/8
12/10 12/25 13/3 14/15
15/2
theartlaw [1]   1/23
their [1]   11/13
them [2]   8/18 12/17
then [3]   11/21 11/22
13/1
there [11]   3/25 5/12 8/3
8/17 9/9 10/22 12/9
12/21 13/20 13/21
16/10
there's [1]   4/8
therefore [1]   17/6
these [2]   4/13 10/24
they [4]   8/19 11/3 11/4
11/12
they're [1]   11/2
thing [2]   8/20 15/22
things [5]   5/19 7/8
11/4 11/25 13/13
think [7]   3/14 7/15 11/1

thinks [1]   6/12
this [26]
those [2]   4/6 5/5
thoughts [1]   7/23
through [1]   14/15
thumbs [1]   3/20
thumbs-up [1]   3/20
Thursday [1]   9/9
time [13]   4/3 5/18 7/10
7/20 8/8 8/22 10/21
12/3 13/25 14/1 14/14
14/23 15/5
timely [1]   11/20
times [1]   15/17
titled [1]   17/4
today [4]   4/6 9/24
13/22 16/8
today's [1]   9/5
took [1]   11/6
transcript [3]   1/9 2/7
17/3
transcription [1]   2/8
trial [16]   8/7 9/21 10/1
10/14 10/17 11/10
11/19 12/2 12/3 12/6
13/1 14/14 14/20 14/23
15/6 15/10
true [1]   9/11
truth [1]   11/11
trying [1]   13/2
turn [2]   6/22 6/23
two [6]   13/7 13/12
13/15 14/15 15/12 16/9

**U**

U.S [1]   1/13
uncertainty [1]   7/17
under [5]   9/8 14/14
14/23 15/6 15/10
understand [2]   4/8
15/7
understanding [2]   8/4
8/5
UNITED [4]   1/1 1/3
1/10 3/3
United States of [1]
3/3
until [3]   8/21 9/13 9/17
up [4]   3/20 5/24 11/8
11/21
upon [1]   4/6
urgency [1]   13/20
us [2]   3/20 13/13
usdoj.gov [1]   1/15
used [2]   10/8 10/25
usually [1]   5/17

**V**

variety [1]   4/25
ventilator [1]   15/18
versus [1]   3/3
very [2]   10/23 15/25
via [3]   1/9 3/9 15/19
vice [2]   8/19 8/23
videoconference [1]
3/9
videos [2]   10/22 10/24

**V**

**view [1]** 8/11
**vs [1]** 1/5

**W**

**wait [2]** 7/10 13/9
**waiting [1]** 12/17
**waiving [1]** 11/17
**want [9]** 6/5 7/13 7/23
7/24 8/2 10/5 10/10
11/9 15/16
**wanted [2]** 7/8 10/4
**warranted [3]** 14/23
15/6 15/10
**was [12]** 3/25 4/1 4/4
5/12 8/6 9/5 9/8 9/9
9/11 11/6 13/21 15/20
**Washington [3]** 1/5
1/19 2/6
**wasn't [2]** 9/15 9/15
**way [1]** 12/8
**we [21]**
**we believe [1]** 6/9
**we will [1]** 12/22
**we'll [7]** 7/19 13/7
13/10 15/12 15/13 16/9
16/9
**we're [4]** 3/23 4/15
12/3 13/9
**we've [3]** 5/14 12/1
12/19
**week [6]** 3/23 5/13
5/23 8/5 15/18 16/7
**week's [1]** 8/6
**weeks [8]** 7/19 13/7
13/10 13/12 13/15
13/24 15/12 16/9
**well [4]** 4/20 9/3 10/18
14/7
**were [4]** 3/23 10/24
15/24 16/1
**West [2]** 11/7 11/13
**what [7]** 4/5 11/12 13/4
13/6 13/7 13/9 14/8
**what's [1]** 6/2
**whatever [1]** 7/6
**when [1]** 10/9
**where [6]** 3/23 4/23
5/19 9/19 11/21 16/10
**whether [4]** 5/9 5/11
7/16 8/25
**which [3]** 9/8 13/6
14/21
**who [3]** 4/9 5/18 14/17
**whoever [1]** 9/1
**whole [1]** 11/3
**why [3]** 13/23 14/12
15/19
**will [6]** 6/9 11/11 11/12
12/22 14/14 15/8
**willfully [1]** 9/1
**William [4]** 2/3 17/2
17/10 17/11
**willing [1]** 8/17
**wish [3]** 6/25 8/6 8/7
**withdraw [1]** 13/8
**without [1]** 5/23
**workable [1]** 12/23
**worked [1]** 11/10
**working [1]** 7/4
**works [2]** 10/22 14/4
**would [12]** 6/10 8/15
8/16 10/8 10/12 10/13
10/15 11/10 11/16
13/16 14/25 15/23

**Y**

**yahoo.com [1]** 1/23
**Yeah [1]** 9/14
**yes [15]** 3/13 3/16 4/10
4/17 4/18 5/7 6/7 7/2
10/11 12/4 12/14 12/21
14/10 14/11 16/3
**yet [2]** 7/18 13/5
**you [57]**
**you're [4]** 3/14 4/22
4/23 5/5
**you've [2]** 9/23 11/24
**your [35]**
**Your Honor [26]**

**Z**

**Zaremba [4]** 2/3 17/2
17/10 17/11
**ZOOM [1]** 1/9