AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| *Plaintiff* | ) |
| v. | )   Case No.   21-CR-245 (APM) |
| SHANE JENKINS | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

SHANE JENKINS                                                                                                    .

Date:      12/06/2021

/s/ Dennis E. Boyle
*Attorney's signature*

Dennis E. Boyle, Bar ID: PA0035
*Printed name and bar number*

1050 Connecticut Ave
Suite 500
Washington, D.C. 20036

*Address*

dboyle@dennisboylelegal.com
*E-mail address*

(202) 430-1900
*Telephone number*

*FAX number*