AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.   21-CR-245 (APM) |
| SHANE JENKINS | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Shane Jenkins                                                                 .

Date:   12/06/2021                                       /s/ Blerina Jasari
                                                                         *Attorney's signature*

                                                      Blerina Jasari, Bar ID: 888314723
                                                         *Printed name and bar number*

                                                              1050 Connecticut Ave
                                                                    Suite 500
                                                             Washington, D.C. 20036
                                                                      *Address*

                                                         bjasari@dennisboylelegal.com
                                                                  *E-mail address*

                                                                  (202) 430-1900
                                                                *Telephone number*

                                                                    *FAX number*