# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : Case No. 21-CR-245-APM |
| SHANE JENKINS, | : |
| Defendant. | : |

## NOTICE OF APPEARANCE

The United States of America, by and through its undersigned counsel, the United States Attorney for the District of Columbia, herby informs the Court that Assistant United States Attorney Emily Allen is entering her appearance in this matter on behalf of the United States.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No.481052

   */s/ Emily Allen*
EMILY ALLEN
CA Bar No. 234961
Assistant United States Attorney
District of Columbia
Capitol Riot Detailee
555 4th Street, NW,
Washington, D.C. 20530
Telephone No. (907) 271-4724
Emily. Allen@usdoj.gov

## CERTIFICATE OF SERVICE

On this 6th day of December 2021, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

                */s/ Emily Allen*
                Emily Allen
                Assistant United States Attorney