# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **UNITED STATES OF AMERICA** | : |
|  | : |
|  | : Case No. 21-CR-245 (APM) |
| v. | : |
|  | : |
| **SHANE JENKINS,** | : |
|  | : |
| **Defendant.** | : |
|  | : |

## [PROPOSED] ORDER

Upon consideration of Defendant Shane Jenkins' Motion to vacate the trial and pre-trial deadlines, it is

**ORDERED**, that the Motion is **GRANTED**. It is further

**ORDERED**, that a Status Conference be held in 30 to 60 days.


Date: _____          _____
                                Amit P. Mehta
                                United States Judge