UNITED STATES DISTRICT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 1:21-cr-00245-APM |
| ) | |
| SHANE JENKINS, ) | |
| ) | |
| Defendant. ) | |

## MOTION TO WITHDRAWAL AS COUNSEL OF RECORD

Comes now John N. Pierce, counsel of record for Defendant Peter Schwartz, pursuant to Local Rule of Criminal Procedure 44.5(d), and moves this Honorable Court for an Order granting Defense Counsel Pierce leave to withdraw as counsel of record in this matter, and in support thereof, respectfully states that Dennis E. Boyle and Blerina Jasari of Law Offices of Boyle and Jasari, entered their Notice of Appearance on December 6, 202,1 on behalf of Defendant Shane Jenkins.

Date: December 14, 2021              Respectfully Submitted,

                                     John M. Pierce
                                     355 S. Grand Avenue, 44th Floor
                                     Los Angeles, CA 90071
                                     Tel: (213) 400-0725
                                     Email: jpierce@piercebainbridge.com

## **CERTIFICATE OF SERVICE**

    I, John M. Pierce, hereby certify that on this day, December 14, 2021, I caused a copy of the foregoing document to be served on all counsel through the Court's CM/ECF case filing system.

                                                  /s/ John M. Pierce
                                                  John M. Pierce