# ATTACHMENT A

## Defendant's Acceptance

I have read this Protective Order and carefully reviewed every part of it with my attorney. I am fully satisfied with the legal services provided by my attorney in connection with this Protective Order and all matters relating to it. I fully understand this Protective Order and voluntarily agree to it. No threats have been made to me, nor am I under the influence of anything that could impede my ability to understand this Protective Order fully.

| | |
|---|---|
| 01/12/2022 | /s/ Dennis E. Boyle on behalf of |
| Date | SHANE JENKINS |
| | Defendant |

Acknowledgement

Counsel for Defendant Shane Jenkins has reviewed the Protective Order with Mr. Jenkins and Mr. Jenkins has authorized Counsel to sign Attachment A on his behalf.