
Case 1:21-cr-00245-APM   Document 40-2   Filed 02/28/22   Page 1 of 1