UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Case No. 21-cr-245-APM |
| v. : | |
| : | |
| SHANE JENKINS, : | |
| : | |
| Defendant. : | |

## ORDER

This matter has come before the Court pursuant to the Government's Unopposed Motion to Strike Portions of the Indictment, ECF No. 40. The Government moves to amend the charging language in Counts Seven, Eight and Nine, which charge violations of Section 1752. Specifically, the Government requests that the Court amend the references in Counts Seven, Eight and Nine to "where the Vice President and Vice President-elect were temporarily visiting" to "where the Vice President was temporarily visiting" in those three counts. Defendant does not oppose this Motion.

**IT IS HEREBY ORDERED** that the Court hereby grants the Government's Unopposed Motion to Strike Portions of the Indictment, and amend the reference to "where the Vice President and Vice President-elect were temporarily visiting" to "where the Vice President was temporarily visiting" in Counts Seven, Eight and Nine of the Indictment so that Counts Seven, Eight and Nine state as follows:

## COUNT SEVEN

On or about January 6, 2021, within the District of Columbia, **SHANE JENKINS** did unlawfully and knowingly enter and remain in a restricted building and grounds, that is, any posted, cordoned-off, and otherwise restricted area within the United States Capitol and its grounds, where the Vice President was temporarily visiting, without lawful authority to do so, and, during and in

relation to the offense, did use and carry a deadly and dangerous weapon, that is, a tomahawk axe, a flag pole, a desk drawer, and stick-like objects.

>(**Entering and Remaining in a Restricted Building or Grounds with a Deadly or Dangerous Weapon**, in violation of Title 18, United States Code, Section 1752(a)(1) and (b)(1)(A))

## COUNT EIGHT

On or about January 6, 2021, within the District of Columbia, **SHANE JENKINS** did knowingly, and with intent to impede and disrupt the orderly conduct of Government business and official functions, engage in disorderly and disruptive conduct in and within such proximity to, a restricted building and grounds, that is, any posted, cordoned-off, and otherwise restricted area within the United States Capitol and its grounds, where the Vice President was temporarily visiting, when and so that such conduct did in fact impede and disrupt the orderly conduct of Government business and official functions and, during and in relation to the offense, did use and carry a deadly and dangerous weapon, that is, a tomahawk axe, a flag pole, a desk drawer, and stick-like objects.

>(**Disorderly and Disruptive Conduct in a Restricted Building or Grounds with a Deadly or Dangerous Weapon**, in violation of Title 18, United States Code, Section 1752(a)(2) and (b)(1)(A))

## COUNT NINE

On or about January 6, 2021, within the District of Columbia, **SHANE JENKINS** did knowingly, engage in any act of physical violence against any person and property in a restricted building and grounds, that is, any posted, cordoned-off, and otherwise restricted area within the United States Capitol and its grounds, where the Vice President was temporarily visiting and,

during and in relation to the offense, did use and carry a deadly and dangerous weapon, that is, a tomahawk axe, a flag pole, a desk drawer, and stick-like objects.

> (**Engaging in Physical Violence in a Restricted Building or Grounds with a Deadly or Dangerous Weapon**, in violation of Title 18, United States Code, Section 1752(a)(4) and (b)(1)(A))

**SO ORDERED**.

DATE: _____     _____
                                                          UNITED STATES DISTRICT JUDGE