**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| | **:** | |
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | **Case No. 21-CR-245 (APM)** |
| **v.** | **:** | |
| | **:** | |
| **SHANE JENKINS,** | **:** | |
| | **:** | |
| **Defendant.** | **:** | |
| | **:** | |

**[PROPOSED] ORDER**

Upon consideration of Defendant Shane Jenkins' Motion to Change Venue, it is

**ORDERED**, that the Motion is **GRANTED**.


Date: _____          _____
                             Amit P. Mehta
                             United States Judge