# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **UNITED STATES OF AMERICA** | : |
|  | : |
|  | : Case No. 21-CR-245 (APM) |
| **v.** | : |
|  | : |
| **SHANE JENKINS,** | : |
|  | : |
| **Defendant.** | : |
|  | : |

## [PROPOSED] ORDER

Upon consideration of Defendant Shane Jenkins' Motion to Dismiss Count Two of the Second Superseding Indictment, it is

**ORDERED**, that the Motion is **GRANTED**.


Date: _____           _____
                              Amit P. Mehta
                              United States Judge