

United States Department of Justice

Matthew M. Graves
United States Attorney

*District of Columbia*

---

*Patrick Henry Building*
*601 D Street, N.W.*
*Washington, D.C.  20530*

Dennis Boyle, Esq.  January 23, 2023
Blerina Jasari, Esq.
Boyle & Jasari,
1050 Connecticut Ave., NW, Suite 500
Washington, D.C. 20036

Re: ***United States v. Shane Jenkins***       Case No.: 21-CR-245

Dear Counsel:

As you may be aware, the defendant in this case has a significant criminal history.  Among various prior offenses, it appears that he has convictions for misdemeanor Resisting Arrest/Search/Transport (Fort Worth, TX – 2014); felony Evading Arrest/Detention with Vehicle (Hurst, TX - 2008; misdemeanor (Resisting Arrest/Search/Transport (Denton, TX – 2004); misdemeanor Assault Causes Bodily Injury (Fort Worth, TX – 2001); and felony Aggravated Assault Causes Bodily Injury (Haltom City, TX – 2001).

The offenses with which the defendant is presently charged include Obstruction of Law Enforcement During Civil Disorder [18 U.S.C. § 231(a)(3)] and Assault on a Federal Officer [18 U.S.C. § 111(a)(1), (b)].

We believe the listed prior offenses will be relevant to show knowledge, motive, criminal intent, and absence of mistake in connection with the aforementioned charges stemming from the defendant's conduct on January 6th.

In accordance with the Court's Amended Pre-trial Order, and as required by F.R.E. 404(b)(3), the United States hereby provides notice that it may seek to introduce proof of these prior convictions at trial under a F.R.E. 404(b)(2) theory of admissibility.

Boyle & Jasari
January 23, 2023
P. 2

If you have any questions, please do not hesitate to ask.

                Very truly yours,

                MATTHEW M. GRAVES
                United States Attorney

      By:  */s/ David J. Perri*
            David J. Perri
            Assistant United States Attorney

            */s/ Holly F. Grosshans*
            Holly F. Grosshans
            Assistant United States Attorney

DJP/djp