# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : |
| | : **Case No. 21-CR-245 (APM)** |
| v. | : |
| | : |
| **SHANE JENKINS,** | : |
| | : |
| Defendant. | : |
| | : |

## [PROPOSED] ORDER

Upon consideration of Defendant Shane Jenkins' Unopposed Motion for Bench Trial, it is

**ORDERED**, that the Motion is **GRANTED**.  It is further

**ORDERED**, that this case be set for a bench trial.


Date: _____              _____
                                  Amit P. Mehta
                                  United States Judge