**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | |
| | : | **Case No: 21-CR-00245 (APM)** |
| | : | |
| **SHANE JENKINS,** | : | |
| | : | |
| | : | |
| **Defendant.** | : | |

**UNITED STATES' UNOPPOSED MOTION FOR EARLY RETURN**
**OF TRIAL SUBPOENA(S) PURSUANT TO FEDERAL RULE OF**
**CRIMINAL PROCEDURE 17(c)**

The United States of America, by and through undersigned counsel, respectfully moves this Court for an Order permitting it to issue subpoenas *duces tecum* inviting the subpoenaed entities to produce records prior to trial pursuant to Federal Rule of Criminal Procedure 17(c). The subpoenas, a redacted version of which are attached as Exhibits 1-9, would require GETTR USA, Inc, (Gettr), GiveSendGo, LLC (GiveSendGo.com), GoDaddy.com, LLC (GoDaddy.com), Parler, LLC (Parler.com), Rumble, Inc. (Rumble.com), Telegram Messenger, Inc. (Telegram), T Media Tech LLC (TruthSocial.com), Twitter, Inc (Twitter), and Vimeo, LLC (Vimeo.com), to produce records that the United States believes will show that these accounts are attributed to defendant Shane Jenkins. The defendant does not oppose this motion.

The subpoena would require the witnesses to produce the documents at the currently scheduled March 10, 2023 status hearing. The United States requests permission to invite the subpoenaed witnesses to produce the materials directly to the United States in lieu of appearing in Court. Upon receipt of any documents returned in this fashion, the United States will provide copies of the documents to counsel for the defendant. The United States further

requests permission to grant any necessary extensions of time to the witness for compliance with the subpoena, should such requests be made.

In support of its requests, the United States states as follows.

## I.   BACKGROUND

On September 21, 2022, a grand jury returned a second superseding indictment charging defendant Shane Jenkins with Civil Disorder under 18 U.S.C. § 231(a)(3) (Count One); Obstruction of an Official Proceeding under 18 U.S.C. § 1512(c)(2) and (2) (Count Two); Assaulting, Resisting, or Impeding Certain Officers Using a Dangerous Weapon under 18 U.S.C. § 111(a)(1) and (b) (Count Three); Theft of Government Property under 18 U.S.C. § 641 (Count Four); Destruction of Government Property under 18 U.S.C. § 1361 (Count Five);   Entering and Remaining in a Restricted Building or Grounds with a Deadly or Dangerous Weapon under 18 U.S.C. § 1752(a)(1) and (b)(1)(A) (Count Six); Disorderly and Disruptive Conduct in a Restricted Building or Grounds with a Deadly or Dangerous Weapon under 18 U.S.C. § 1752(a)(2) and (b)(1)(A) (Count Seven); Engaging in Physical Violence in a Restricted Building or Grounds with a Deadly or Dangerous Weapon under 18 U.S.C. § 1752(a)(4) and (b)(1)(A) (Count Eight); Disorderly Conduct in a Capitol Building under 40 U.S.C. § 5104(e)(2)(D) (Count Nine); and Act of Physical Violence in the Capitol Grounds or Buildings under 40 U.S.C. § 5104(e)(2)(F) (Count Ten).

The requested subpoenas request subscriber information for social media accounts believed to be used by the defendant to post about his activities at the U.S. Capitol Building on January 6, 2021.

## II.   ANALYSIS

Federal Rule of Criminal Procedure 17(c) states that a trial subpoena "may order" the production of "any books, papers, documents, data, or other objects the subpoena designates." The Rule further provides that the Court "may direct" the production of the

designated items "in court before trial." This Rule leaves advance production of a response to a document subpoena "to the court's discretion." *United States v. Binh Tango Vo*, 78 F. Supp. 3d 171, 178 (D.D.C. 2015) (quoting *United States v. Noriega*, 764 F. Supp. 1480, 1493 (S.D. Fla. 1991)). A party seeking an early-return trial subpoena must show "(1) relevancy; (2) admissibility; [and] (3) specificity." *Id.* (quoting *United States v. Nixon*, 418 U.S. 683, 700 (1974)).

In *Nixon*, 418 U.S. at 699-700, the Supreme Court adopted the Rule 17(c) analysis set forth in *United States v. Iozia*, 13 F.R.D. 335, 338 (S.D.N.Y. 1952). Pretrial production under Rule 17(c) is permissible when: (1) the documents are evidentiary and relevant; (2) they are not otherwise procurable reasonably in advance of trial by exercise of due diligence; (3) the party cannot properly prepare for trial without such production and inspection in advance of trial and that the failure to obtain such inspection may tend unreasonably to delay the trial; and (4) the application is made in good faith and is not intended as a "fishing expedition."

Here, the defendant has created a website (https://www.therealj6.com/) and provides updates and information as to this pending criminal case. Additionally, on this site, the defendant asks followers to "follow us" and/or "connect" on TruthSocial.com, Gettr, Telegram, Parler and Twitter. The username for these accounts are as follows: Truthsocial.com/@therealJ6, Gettr.com/user/therealj6, twitter.com/therealj6zaddy, telegram: The Real J6, parler.com/therealj6. There is also a video posted on rumble.com entitled "Real America's Voice: Cowboy Logic." During this interview he announces a couple of the sites where people can follow him (Truth Social and Gettr). Finally, the defendant also seeks funding on his GiveSendGo.com page (www.givesendgo.com/shanejanuary6th). Therefore, the records sought from T Media Tech LLC (Truth Social), Twitter Inc (Twitter), GETTR USA, Inc, (Gettr), Telegram, Parler LLC (Parler), GiveSendGo, LLC. (GiveSendGo),

providing subscriber information would be necessary to attribute these accounts to the defendant.  The information obtained thus far regarding these publicly available accounts have been turned over to the defendants.  The requested subpoenas seek subscriber information for the above-described accounts.

The proposed subpoenas thus meet the requirements for issuance of a Rule 17(c) subpoena.  This request is made in good faith for records which will be admissible and relevant to the offenses charged.  The information sought will assist the jury in determining the identity of the user of the social media accounts.  The United States requires the records in advance of trial to allow sufficient time to review those records and seek any additional evidence those records uncover.  Further, obtaining the records prior to the date of trial will facilitate the orderly progress of trial by allowing the parties to litigate or resolve any issues of admissibility arising from the document production before trial begins. *See Bowman Dairy Co. v. United States*, 314 U.S. 214, 219-20 (1951) (noting that an early-return trial subpoena serves the function of expediting trial by allowing for examination of the subpoenaed materials before trial begins.

As noted above, Rule 17(c)(1) requires a witness to produce the designated items "in court before trial" and states that "[w]hen the items arrive, the court may permit the parties and their attorneys to inspect all or part of them." The proposed subpoena requires the witness to produce the designated documents at the currently scheduled March 10, 2023 status hearing in this case.

The United States requests permission to invite the subpoenaed party to produce the documents to the government electronically in lieu of appearing at the status hearing. Similarly, anticipating that the subpoenaed entity may be facing logistical constraints in timely producing records, the United States further requests permission to grant any

necessary extensions of time to the witness for compliance with the subpoena, should such requests be made.

### III.   CONCLUSION

The United States respectfully requests the Court to permit service of the subpoena to obtain records sought by the subpoenas attached as Exhibits 1-9.


Respectfully submitted,


MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

*/s/ David J. Perri*
DAVID J. PERRI
WV Bar No. 9219
Assistant United States Attorney - Detailee
U.S. Attorney's Office for the District of Columbia
601 D Street, N.W.
Washington, D.C. 20530
Phone: (304) 234-0100
Email:  David.Perri@usdoj.gov

*/s/ Holly F. Grosshans*
HOLLY F. GROSSHANS
Assistant United States Attorney
D.C. Bar No. 90000361
U.S. Attorney's Office for the District of Columbia
601 D Street, N.W.
Washington, D.C. 20530
Phone: (202) 252-6737
Email: Holly.Grosshans@usdoj.gov

# EXHIBIT 1
# GETTR USA, Inc.



U.S. Department of Justice

Matthew M. Graves
United States Attorney

*District of Columbia*

*Patrick Henry Building*
*601 D Street, N.W.*
*Washington, D.C. 20530*

February 27, 2023

<u>VIA Electronic Mail</u>

GETTR USA, Inc.
Attn: Custodian of Records
3 Columbus circle, 20th Floor
New York, NY  10019
Email:  legal@gettr.com

              Re:    *U.S. v. Shane Jenkins*
                     <u>Crim. No. 21-CR-00245 (APM)</u>
                     Trial Subpoena No. TR2023022399727

Dear GETTR USA, Inc.:

       Enclosed is a subpoena that requires your appearance in the U.S. District Court for the District of Columbia in connection with a hearing in the above-referenced case.  The subpoena directs you to appear on **3/10/2023 before Judge Amit Mehta in Courtroom #10 at 3:00 P.M., 4th Floor, Main Building, 333 Constitution Avenue, N.W., Washington, D.C. 20001**.  The subpoena also requires you to produce the records described in the attachment to the subpoena at that hearing.

       In lieu of appearing at the above-referenced status hearing, you may electronically produce the documents requested in the attached subpoena, along with the completed declaration attached to that subpoena, at the contact information provided in the attachment to the subpoena.

       We appreciate your cooperation in this matter.  If you have any questions, please contact this office at the number below.

                                Sincerely,

                                Matthew M. Graves
                                United States Attorney

                    By: *David J. Perri*
                        David J. Perri
                      Assistant United States Attorney - Detailee
                      601 D Street, N.W.
                      Washington, D.C. 20530
                      Phone:  304-234-7724

AO 89 (Rev. 08/09; DC 4/10) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT

for the

## District of Columbia

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| **Shane Jenkins** | ) | Case No. 21-CR-00245 (APM) |
| | ) | |
| *Defendant* | ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:    GETTR USA, Inc.
       Attn: Custodian of Records
       3 Columbus circle, 20th Floor
       New York, NY  10019
       Email:  legal@gettr.com

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: U.S. District Courthouse for the District of Columbia<br>333 Constitution Avenue, N.W.<br>Washington, D.C. 20001 | Courtroom No.: 10, 4ᵗʰ Floor, Main Building, 333<br>Constitution Avenue, N.W., Washington, D.C. 20001 |
|---|---|
| | Date and Time: Friday, March 10, 2023 at 3:00 PM |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*

**SEE ATTTACHMENT**

*(SEAL)*

Date: February 27, 2023

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* the United States of America
_____ who requests this subpoena, are:

David J. Perri, Assistant United States Attorney
United States Attorney's Office for the District of Columbia
601 D Street, N.W., Room #2006
Washington, D.C. 20530
Phone: 304-234-7724
Email: david.perri@usdoj.gov

Subpoena #TR2023022399727
USAO #2021R00705
In re PVO:  18 U.S.C. §231
Preparer:  BHAYAKAW

**ATTACHMENT**
**SUBPOENA TO GETTR USA, INC., DATED FEBRUARY 27, 2023**
*U.S. v. Shane Jenkins*
**Crim. No. 21-CR-00245 (APM)**
**Trial Subpoena No. TR2023022399727**

All customer or subscriber account information for any and all accounts associated with the
following identifiers listed below for the period July 1, 2022 through February 9, 2023:

-Gettr.com/user/
-Shane Jenkins, DOB

In addition, for each such account, the information shall include the subscriber's:

1. Names (including subscriber names, user names, and screen names);

2. Addresses (including mailing addresses, residential addresses,
business addresses, and e-mail addresses) and registration data;

3. Local and long distance telephone connection records;

4. Records of session times and durations;

5. Length of service (including start date) and types of service utilized;

6. Telephone or instrument numbers (including MAC addresses,
Electronic Serial Numbers ("ESN"), Mobile Electronic Identity Numbers ("MEIN"),
Mobile Equipment Identifier ("MEID"), Mobile Identification Numbers ("MIN"),
Subscriber Identity Modules ("SIM"), MSISDN, Internationl Mobile Subscriber
Identifiers ("IMSI"), or International Mobil Station Equipment Identities ("IMEI"));

7. Other subscriber numbers or identities (including temporarily assigned netword
addresses and registration Internet Protocol ("IP") addresses); and

8. Means and source of payment for such service (including any credit card or bank
account number) and billing records.

**Please deliver all records via email or law enforcement portal to:**

**Noah Weko (noah.weko2@us.doj.gov) and**
**David Perri (david.perri@usdoj.gov, and 304-234-7724)**
**U.S. Attorney's Office for the District of Columbia,**
**601 D Street, N.W.,**
**Washington, D.C. 20530.**

# DECLARATION OF CUSTODIAN OF RECORDS

Pursuant to 28 U.S.C. §1746, I, the undersigned, hereby declare:

My name is _____ .
*(name of declarant)*

I am a United States citizen and I am over eighteen years of age.  I am the custodian of records of the business named below, or I am otherwise qualified as a result of my position with the business named below to make this declaration.  I have knowledge of the record keeping system used by this business; this includes how records are created and maintained.

I am in receipt of a United States District Court Subpoena #TR2023022399727 dated February 27, 2023, signed by Assistant United States Attorney <u>David J. Perri</u>, requesting specified records of the business named below.

Attached hereto are _____ pages of records regarding _____
*(Brief description  of type of documents being subpoenaed)*
_____ responsive to the subpoena.   I understand how these responsive documents were created.  Pursuant to Rules 902(11) and 803(6) of the Federal Rules of Evidence, I hereby certify that the records attached hereto:

(1) were made at or near the time of the occurrence of the matters set forth in the records, by, or from information transmitted by, a person with knowledge of those matters;

(2) were kept in the course of regularly conducted business activity, in that the records were created and preserved pursuant to established procedures, and were relied upon by an employee or this business; and

(3) were made as part of the regularly conducted business activity as a regular practice, in that the records were created and preserved as part of routine reflections of the normal operations of this business.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
*(date)*

_____
*(signature of declarant)*

_____
*(name and title of declarant)*

_____
*(name of business)*

_____
*(business address)*

_____
*(business address)*

<u>Definitions of terms used above</u>:

As defined in Fed.R.Evid. 803(6), "record" includes a memorandum, report, record, or data compilation, in any form, of acts, events, conditions, opinions, or diagnoses.  The term "business" as used in Fed.R.Evid. 803(6) and the above declaration includes business, institution, association, profession, occupation, and calling of every kind, whether or not conducted for profit.

**U.S. Department of Justice**
Washington, D.C. 20530

Request for Communications Content, Records or Other Information Under the Electronic Communications Privacy Act (ECPA). (Authorization, Purchase Order and Receiving Report)

This form shall be used when requesting communications content, records, or other information from electronic communications or remote computing service providers under the ECPA

| 1 Tracking Number: | 2 Date Order Prepared: | 3 USAO Number: |
|---|---|---|
| TR2023022399727 | 2/27/2023 | 2021R00705 |

## Section A - Authorization and Purchase Order

4 Name and Address of Service Provider:
GETTR USA, Inc., 3 Columbus circle, 20th Floor, New York, NY 10019

Funding Certification & Authorization:

A.
Budget Official Signature     Funding Available     Date
B.
Approving Official Signature     Date

| 5 Deliver Records To:<br>Amy L. Avila, FBI Special Agent, FBI, 1 Justice Park,<br>Houston, TX 77092 | Send Completed USA-212 Form & Invoice To: | 6 Return Date:<br>3/10/2023 |
|---|---|---|

7 Remarks: Do not proceed with compliance if the total cost will exceed _____ without prior approval. To obtain approval, call the requestor listed in Item 8.
If invoicing for these services is expected to exceed 120 days, please notify the United States Attorney's Office immediately to ensure funds remain available for payment. Please see the attached Important Notice for additional information on invoicing and other requirements for reimbursement.

| 8 Name of Requestor:<br>David J. Perri/BHAYAKAW | 9 Telephone Number:<br>304-234-7724 | 10 Date of request:<br>2/27/2023 |
|---|---|---|

## Section B - ECPA Service Provider Invoice

No Payment Shall Be Made Unless Expenses Are Itemized Below Or Set Forth On Your Attached Invoice.

| 11A Invoice Number: | | Quantity | Unit Price | | Amount |
|---|---|---|---|---|---|
| 11B Tax ID Number: | | | Cost | Per | |
| 11C Service(s)/Records Provided: | | | | | |

The costs above (or on the attached invoice) represent direct costs and have been incurred in searching for, assembling, reproducing or otherwise providing the requested information

| 12 Signature of Service Provider Representative: | 13 Date Signed: | Total Amount Claimed<br>By Service Provider | |
|---|---|---|---|

## Section C - Receiving Report

| | | 16 Disallowance<br>(See Attached) | |
|---|---|---|---|
| 14 I certify that the articles and services listed were received: | 15 Date Received: | 17 Net to<br>Service<br>Provider | |

18 Electronic Communications Privacy Act - Public Law 99-508
(18 U.S.C. 2701-2712) Request Pursuant To: *(Only One Section at Left Should Be Checked)*

19 Signature of Approving Official:     Date:

| SECTION | | | OBJECT CLASS |
|---|---|---|---|
| ☐ 2702 | Voluntary Disclosure | | 2570 |
| ☐ 2703 | Compelled Disclosure | | 2570 |
| | ☐ | Search Warrant | 2570 |
| | ☐ | Grand Jury Subpoena | 2570 |
| | ☐ | Court Order | 2570 |
| | ☐ | Administrative or Judicial Subpoena | 2570 |
| ☐ 2704 | Request for Information Following Preservation | | 2570 |

20 Funding Source _____
Accounting Code:
Program _____

21 Other Accounting/Fund Information:
Program Code:     Project Code:
YREGDOC:
Call Number (if applicable):
OBL Month (YRMO):
Tax ID Number:

22 Remarks:

The costs above (or on the attached invoice) appear to be reasonably necessary and to have been directly incurred in searching for, assembling, reproducing or otherwise providing requested information

Signature of United States Attorney's Office Representative     Date

FORM USA-212
FEB 2014

# EXHIBIT 2
# GiveSendGo LLC



U.S. Department of Justice

Matthew M. Graves
United States Attorney

*District of Columbia*
*Patrick Henry Building*
*601 D Street, N.W.*
*Washington, D.C. 20530*

February 27, 2023

<u>VIA Federal Express</u>

GiveSendGo LLC
Attn: Custodian of Records, GiveSendGo Subpoena
8 The Green, Suite A
Dover, DE  19901

      Re:  *U.S. v. Shane Jenkins*
         <u>Crim. No. 21-CR-00245 (APM)</u>
         Trial Subpoena No. TR2023022499759

Dear GiveSendGo LLC:

   Enclosed is a subpoena that requires your appearance in the U.S. District Court for the District of Columbia in connection with a hearing in the above-referenced case.  The subpoena directs you to appear on **3/10/2023 before Judge Amit Mehta in Courtroom #10 at 3:00 P.M., 4th Floor, Main Building, 333 Constitution Avenue, N.W., Washington, D.C. 20001**.  The subpoena also requires you to produce the records described in the attachment to the subpoena at that hearing.

   In lieu of appearing at the above-referenced status hearing, you may electronically produce the documents requested in the attached subpoena, along with the completed declaration attached to that subpoena, at the contact information provided in the attachment to the subpoena.

   We appreciate your cooperation in this matter.  If you have any questions, please contact this office at the number below.

         Sincerely,

         Matthew M. Graves
         United States Attorney

       By: <u>*David J. Perri*</u>
         David J. Perri
         Assistant United States Attorney - Detailee
         601 D Street, N.W.
         Washington, D.C. 20530
         Phone: 304-234-7724

AO 89 (Rev. 08/09; DC 4/10) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT

for the

## District of Columbia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| **Shane Jenkins** | ) | Case No. 21-CR-00245 (APM) |
| | ) | |
| *Defendant* | ) | |

### SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:   GiveSendGo LLC
     8 The Green, Suite A
     Dover, DE  19901
     Attn: Custodian of Records, GiveSendGo Subpoena

     **YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: U.S. District Courthouse for the District of Columbia<br>333 Constitution Avenue, N.W.<br>Washington, D.C. 20001 | Courtroom No.:  10, 4th Floor, Main Building, 333<br>Constitution Avenue, N.W., Washington, D.C. 20001 |
|---|---|
| | Date and Time: Friday, March 10, 2023 at 3:00 P.M. |

     You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*

### SEE ATTTACHMENT

(SEAL)

Date: <u>February 27, 2023</u>

                                        CLERK OF COURT

                                               *Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* <u>the United States of America</u>
<u>               </u> who requests this subpoena, are:

David J. Perri, Assistant United States Attorney
United States Attorney's Office for the District of Columbia
601 D Street, N.W., Room #2006
Washington, D.C. 20530
Phone: 304-234-7724
Email: david.perri@usdoj.gov

Subpoena #TR2023022499759
USAO #2021R00705
In re PVO:  18 U.S.C.§231
Preparer:  BHAYAKAW

**ATTACHMENT**
**SUBPOENA TO GIVESENDGO LLC, DATED FEBRUARY 27, 2023**
*U.S. v. Shane Jenkins*
**Crim. No. 21-CR-00245 (APM)**
**Trial Subpoena No. TR2023022499759**

All customer or subscriber account information for any and all accounts associated with the following identifiers listed below for the period January 6, 2021 through February 24, 2023:

    - **GiveSendGo Account:** ███████████████
    - **Shane Jenkins, DOB** ████████

In addition, for each such account, the information shall include the subscriber's:

1. Names (including subscriber names, user names, and screen names);

2. Addresses (including mailing addresses, residential addresses, business addresses, and e-mail addresses) and registration data;

3. Local and long distance telephone connection records;

4. Records of session times and durations;

5. Length of service (including start date) and types of service utilized;

6. Telephone or instrument numbers (including MAC addresses, Electronic Serial Numbers ("ESN"), Mobile Electronic Identity Numbers ("MEIN"), Mobile Equipment Identifier ("MEID"), Mobile Identification Numbers ("MIN"), Subscriber Identity Modules ("SIM"), MSISDN, Internationl Mobile Subscriber Identifiers ("IMSI"), or International Mobil Station Equipment Identities ("IMEI"));

7. Other subscriber numbers or identities (including temporarily assigned netword addresses and registration Internet Protocol ("IP") addresses); and

8. Means and source of payments for such service (including any credit card or bank account number) and billing records.

**Please deliver all records via email or law enforcement portal to:**

**Noah Weko (noah.weko2@us.doj.gov) and**
**David Perri (david.perri@usdoj.gov, and 304-234-7724)**
**U.S. Attorney's Office for the District of Columbia,**
**601 D Street, N.W.,**
**Washington, D.C. 20530.**

# <u>DECLARATION OF CUSTODIAN OF RECORDS</u>

Pursuant to 28 U.S.C. §1746, I, the undersigned, hereby declare:

My name is _____ .
(name of declarant)

I am a United States citizen and I am over eighteen years of age.  I am the custodian of records of the business named below, or I am otherwise qualified as a result of my position with the business named below to make this declaration.  I have knowledge of the record keeping system used by this business; this includes how records are created and maintained.

I am in receipt of a United States District Court Subpoena #TR2023022499759 dated February 27, 2023, signed by Assistant United States Attorney <u>David J. Perri</u>, requesting specified records of the business named below.

Attached hereto are _____ pages of records regarding _____
(Brief description  of type of documents being subpoenaed)
_____ responsive to the subpoena.  I understand  how these responsive documents were created.  Pursuant to Rules 902(11) and 803(6) of the Federal Rules of Evidence, I hereby certify that the records attached hereto:

(1) were made at or near the time of the occurrence of the matters set forth in the records, by, or from information transmitted by, a person with knowledge of those matters;

(2) were kept in the course of regularly conducted business activity, in that the records were created and preserved pursuant to established procedures, and were relied upon by an employee or this business; and

(3) were made as part of the regularly conducted business activity as a regular practice, in that the records were created and preserved as part of routine reflections of the normal operations of this business.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
(date)

_____
(signature of declarant)

_____
(name and title of declarant)

_____
(name of business)

_____
(business address)

_____
(business address)

<u>Definitions of terms used above</u>:

As defined in Fed.R.Evid. 803(6), "record" includes a memorandum, report, record, or data compilation, in any form, of acts, events, conditions, opinions, or diagnoses.  The term "business" as used in Fed.R.Evid. 803(6) and the above declaration includes business, institution, association, profession, occupation, and calling of every kind, whether or not conducted for profit.

**U.S. Department of Justice**
Washington, D.C. 20530

Request for Communications Content, Records or Other Information Under the Electronic Communications Privacy Act (ECPA). (Authorization, Purchase Order and Receiving Report)

This form shall be used when requesting communications content, records, or other information from electronic communications or remote computing service providers under the ECPA

| 1 Tracking Number: TR2023022499759 | 2 Date Order Prepared: 2/27/2023 | 3 USAO Number: 2021R00705 |
|---|---|---|

## Section A - Authorization and Purchase Order

| 4 Name and Address of Service Provider: GiveSendGo LLC, 8 The Green, Suite A, Dover, DE 19901 | Funding Certification & Authorization: | A. _____ Budget Official Signature    Funding Available    Date B. _____ Approving Official Signature                     Date |
|---|---|---|

| 5 Deliver Records To: Amy L. Avila, FBI Special Agent, FBI, 1 Justice Park, Houston, TX 77092 | Send Completed USA-212 Form & Invoice To: | 6 Return Date: 3/10/2023 |
|---|---|---|

7 Remarks:  Do not proceed with compliance if the total cost will exceed _____ without prior approval. To obtain approval, call the requestor listed in Item 8.
If invoicing for these services is expected to exceed 120 days, please notify the United States Attorney's Office immediately to ensure funds remain available for payment.  Please see the attached Important Notice for additional information on invoicing and other requirements for reimbursement.

| 8 Name of Requestor: David J. Perri/BHAYAKAW | 9 Telephone Number: 304-234-7724 | 10 Date of request: 2/27/2023 |
|---|---|---|

## Section B - ECPA Service Provider Invoice

No Payment Shall Be Made Unless Expenses Are Itemized Below Or Set Forth On Your Attached Invoice.

| 11A Invoice Number: | | Quantity | Unit Price | | Amount |
|---|---|---|---|---|---|
| 11B Tax ID Number: | | | Cost | Per | |
| 11C Service(s)/Records Provided: | | | | | |

The costs above (or on the attached invoice) represent direct costs and have been incurred in searching for, assembling, reproducing or otherwise providing the requested information

| 12 Signature of Service Provider Representative: | 13 Date Signed: | Total Amount Claimed By Service Provider | |
|---|---|---|---|

## Section C - Receiving Report

| 14 I certify that the articles and services listed were received: | 15 Date Received: | 16 Disallowance (See Attached) | |
|---|---|---|---|
| | | 17 Net to Service Provider | |

18 Electronic Communications Privacy Act - Public Law 99-508
(18 U.S.C. 2701-2712) Request Pursuant To:  *(Only One Section at Left Should Be Checked)*

| SECTION | | OBJECT CLASS |
|---|---|---|
| ☐ 2702 | Voluntary Disclosure | 2570 |
| ☐ 2703 | Compelled Disclosure | 2570 |
| | ☐ Search Warrant | 2570 |
| | ☐ Grand Jury Subpoena | 2570 |
| | ☐ Court Order | 2570 |
| | ☐ Administrative or Judicial Subpoena | 2570 |
| ☐ 2704 | Request for Information Following Preservation | 2570 |

19 Signature of Approving Official:          Date:

20 Funding Source _____
Accounting Code:
Program _____

21 Other Accounting/Fund Information:
Program Code:          Project Code:
YREGDOC:
Call Number (if applicable):
OBL Month (YRMO):
Tax ID Number:

22 Remarks:

The costs above (or on the attached invoice) appear to be reasonably necessary and to have been directly incurred in searching for, assembling, reproducing or otherwise providing requested information

_____
Signature of United States Attorney's Office Representative        Date

FORM USA-212
FEB 2014

# EXHIBIT 3
# GoDaddy, LLC

U.S. Department of Justice

Matthew M. Graves
United States Attorney

*District of Columbia*

*Patrick Henry Building*
*601 D Street, N.W.*
*Washington, D.C. 20530*

February 27, 2023

<u>VIA FAX</u>

GoDaddy.com, LLC
Attn:  Compliance Department
2155 E. GoDaddy Way
Tempe, AZ 85284
Fax No.:  480-624-2546

              Re:     *U.S. v. Shane Jenkins*
                           <u>Crim. No. 21-CR-00245 (APM)</u>
                           Trial Subpoena No. TR2023022399731

Dear GoDaddy.com, LLC:

       Enclosed is a subpoena that requires your appearance in the U.S. District Court for the District of Columbia in connection with a hearing in the above-referenced case.  The subpoena directs you to appear on **3/10/2023 before Judge Amit Mehta in Courtroom #10 at 3:00 P.M., 4th Floor, Main Building, 333 Constitution Avenue, N.W., Washington, D.C. 20001**.  The subpoena also requires you to produce the records described in the attachment to the subpoena at that hearing.

       In lieu of appearing at the above-referenced status hearing, you may electronically produce the documents requested in the attached subpoena, along with the completed declaration attached to that subpoena, at the contact information provided in the attachment to the subpoena.

       We appreciate your cooperation in this matter.  If you have any questions, please contact this office at the number below.

                           Sincerely,

                           Matthew M. Graves
                           United States Attorney

                  By: *David J. Perri*
                       David J. Perri
                       Assistant United States Attorney - Detailee
                       601 D Street, N.W.
                       Washington, D.C. 20530
                       Phone: 304-234-7724

# UNITED STATES DISTRICT COURT

for the

## District of Columbia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| **Shane Jenkins** | ) | Case No. 21-CR-00245 (APM) |
| | ) | |
| *Defendant* | ) | |

### SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:    GoDaddy.com, LLC
Attn: Compliance Department
2155 E. GoDaddy Way
Tempe, AZ 85284
Fax No.: 480-624-2546

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: U.S. District Courthouse for the District of Columbia<br>333 Constitution Avenue, N.W.<br>Washington, D.C. 20001 | Courtroom No.: 10, 4th Floor, Main Building, 333<br>Constitution Avenue, N.W., Washington, D.C. 20001 |
|---|---|
| | Date and Time: Friday, March 10, 2023 at 3:00 PM |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*

**SEE ATTTACHMENT**

*(SEAL)*

Date: February 24, 2023

CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* the United States of America
_____, who requests this subpoena, are:

David J. Perri, Assistant United States Attorney
United States Attorney's Office for the District of Columbia
601 D Street, N.W., Room #2006
Washington, D.C. 20530
Phone: 304-234-7724
Email: david.perri@usdoj.gov

Subpoena #TR2023022399731
USAO #2021R00705
In re PVO: 18 U.S.C.§231
Preparer: BHAYAKAW

**ATTACHMENT**
**SUBPOENA TO GoDaddy.com, LLC, DATED FEBRUARY 27, 2023**
*U.S. v. Shane Jenkins*
**Crim. No. 21-CR-00245 (APM)**
**Trial Subpoena No. TR2023022399731**

All customer or subscriber account information for any and all accounts associated with the following identifiers listed below for the period July 1, 2022 through February 9, 2023:

     -Website: ████████████████
     -Shane Jenkins, DOB ██████

In addition, for each such account, the information shall include the subscriber's:

   1.  Customer or subscriber name, customer or subscriber address, length of service (including start date), types of service utilized, telephone or instrument number or other subscriber number or identity, including any temporarily assigned network address (including IP addresses), and means and source of payment for service (including credit card or bank account number) which may be relevant to an authorized law enforcement inquiry

   2.  Addresses (including mailing addresses, residential addresses, business addres, and e-mail addresses);

   3.  All connection logs and records of user activity;

   4.  Connection information for other computers to which the user of the above-referenced account connected, by any means, during the connection period, including the destination IP address, connection time and date, disconnect time and date, method of connection to the destination computer, and all other information related to the connection;

   5.  Length of service (including start date) and types of service utilized;

   6.  Telephone or instrument numbers (including MAC addresses, Electronic Serial Numbers ("ESN"), Mobile Electronic Identity Numbers ("MEIN"), Mobile Equipment Identifier ("MEID"), Mobile Identification Numbers ("MIN"), Subscriber Identity Modules ("SIM"), MSISDN, Internationl Mobile Subscriber Identifiers ("IMSI"), or International Mobil Station Equipment Identities ("IMEI"));

   7.  Other subscriber numbers or identities (including temporarily assigned netword addresses and registration Internet Protocol ("IP") addresses); and

8.  Means and source of payment for such service (including any credit card or bank account number) and billing records.

       **Please deliver all records via email or law enforcement portal to:**

     **Noah Weko (noah.weko2@us.doj.gov) and**
     **David Perri (david.perri@usdoj.gov, and 304-234-7724)**
     **U.S. Attorney's Office for the District of Columbia,**
     **601 D Street, N.W., Washington, D.C. 20530.**

# <u>DECLARATION OF CUSTODIAN OF RECORDS</u>

      Pursuant to 28 U.S.C. §1746, I, the undersigned, hereby declare:

My name is _____ .
<i>(name of declarant)</i>

     I am a United States citizen and I am over eighteen years of age.  I am the custodian of records of the business named below, or I am otherwise qualified as a result of my position with the business named below to make this declaration.  I have knowledge of the record keeping system used by this business; this includes how records are created and maintained.

     I am in receipt of a United States District Court Subpoena #TR2023022399731 dated February 27, 2023, signed by Assistant United States Attorney <u>David J. Perri</u>, requesting specified records of the business named below.

     Attached hereto are  _____ pages of records regarding  _____
<i>(Brief description  of type of documents being subpoenaed)</i>
_____ responsive to the subpoena.   I understand how these responsive documents were created.  Pursuant to Rules 902(11) and 803(6) of the Federal Rules of Evidence, I hereby certify that the records attached hereto:

     (1) were made at or near the time of the occurrence of the matters set forth in the records, by, or from information transmitted by, a person with knowledge of those matters;

     (2) were kept in the course of regularly conducted business activity, in that the records were created and preserved pursuant to established procedures, and were relied upon by an employee or this business; and

     (3) were made as part of the regularly conducted business activity as a regular practice, in that the records were created and preserved as part of routine reflections of the normal operations of this business.

     I declare under penalty of perjury that the foregoing is true and correct.

Executed on  _____
<i>(date)</i>

_____
<i>(signature of declarant)</i>

_____
<i>(name and title of declarant)</i>

_____
<i>(name of business)</i>

_____
<i>(business address)</i>

_____
<i>(business address)</i>

<u>Definitions of terms used above</u>:

As defined in Fed.R.Evid. 803(6), "record" includes a memorandum, report, record, or data compilation, in any form, of acts, events, conditions, opinions, or diagnoses.  The term "business" as used in Fed.R.Evid. 803(6) and the above declaration includes business, institution, association, profession, occupation, and calling of every kind, whether or not conducted for profit.

**U.S. Department of Justice**
Washington, D.C. 20530

Request for Communications Content, Records or Other Information Under the Electronic Communications Privacy Act (ECPA). (Authorization, Purchase Order and Receiving Report)

This form shall be used when requesting communications content, records, or other information from electronic communications or remote computing service providers under the ECPA

| 1 Tracking Number: | 2 Date Order Prepared: | 3 USAO Number: |
|---|---|---|
| TR2023022399731 | 2/27/2023 | 2021R00705 |

## Section A - Authorization and Purchase Order

| 4 Name and Address of Service Provider:<br>GoDaddy.com, LLC, Attn: Compliance Department,<br>2155 E. GoDaddy Way, Tempe, AZ 85284 | Funding Certification &<br>Authorization: | A.<br>Budget Official Signature    Funding Available    Date<br>B.<br>Approving Official Signature        Date |
|---|---|---|

| 5 Deliver Records To:<br>Amy L. Avila, FBI Special Agent, FBI, 1 Justice Park,<br>Houston, TX 77092 | Send Completed USA-212 Form & Invoice To: | 6 Return Date:<br>3/10/2023 |
|---|---|---|

7 Remarks: Do not proceed with compliance if the total cost will exceed _____ without prior approval. To obtain approval, call the requestor listed in Item 8.
If invoicing for these services is expected to exceed 120 days, please notify the United States Attorney's Office immediately to ensure funds remain available for payment. Please see the attached Important Notice for additional information on invoicing and other requirements for reimbursement.

| 8 Name of Requestor:<br>David J. Perri/BHAYAKAW | 9 Telephone Number:<br>304-234-7724 | 10 Date of request:<br>2/27/2023 |
|---|---|---|

## Section B - ECPA Service Provider Invoice

No Payment Shall Be Made Unless Expenses Are Itemized Below Or Set Forth On Your Attached Invoice.

| | | | Unit Price | | |
|---|---|---|---|---|---|
| 11A Invoice Number: | | Quantity | Cost | Per | Amount |
| 11B Tax ID Number: | | | | | |

11C Service(s)/Records Provided:

The costs above (or on the attached invoice) represent direct costs and have been incurred in searching for, assembling, reproducing or otherwise providing the requested information

| 12 Signature of Service Provider Representative: | 13 Date Signed: | Total Amount Claimed<br>By Service Provider | |
|---|---|---|---|

## Section C - Receiving Report

| 14 I certify that the articles and services listed were received: | 15 Date Received: | 16 Disallowance<br>*(See Attached)* | |
|---|---|---|---|
| | | 17 Net to<br>Service<br>Provider | |

| 18 Electronic Communications Privacy Act - Public Law 99-508 | | 19 Signature of Approving Official:    Date: |
|---|---|---|

18 Electronic Communications Privacy Act - Public Law 99-508
(18 U.S.C. 2701-2712) Request Pursuant To: *(Only One Section at Left Should Be Checked)*

| SECTION | | OBJECT CLASS |
|---|---|---|
| ☐ 2702 | Voluntary Disclosure | 2570 |
| ☐ 2703 | Compelled Disclosure | 2570 |
| ☐ | Search Warrant | 2570 |
| ☐ | Grand Jury Subpoena | 2570 |
| ☐ | Court Order | 2570 |
| ☐ | Administrative or Judicial Subpoena | 2570 |
| ☐ 2704 | Request for Information Following Preservation | 2570 |

19 Signature of Approving Official: Date:

20 Funding Source
Accounting Code:
Program

21 Other Accounting/Fund Information:
Program Code: Project Code:
YREGDOC:
Call Number (if applicable):
OBL Month (YRMO):
Tax ID Number:

22 Remarks:

The costs above (or on the attached invoice) appear to be reasonably necessary and to have been directly incurred in searching for, assembling, reproducing or otherwise providing requested information

Signature of United States Attorney's Office Representative    Date

FORM USA-212
FEB 2014

**EXHIBIT 4**
**Parler, LLC**



U.S. Department of Justice

Matthew M. Graves
United States Attorney

*District of Columbia*
*Patrick Henry Building*
*601 D Street, N.W.*
*Washington, D.C. 20530*

February 27, 2023

VIA Electronic Mail

Parler, LLC
209 S. Stephanie Street B135
Henderson, NV  89012
Attn: Custodian of Records

> Re:  *U.S. v. Shane Jenkins*
> Crim. No. 21-CR-00245 (APM)
> Trial Subpoena No. TR2023022399733

Dear Parler, LLC:

Enclosed is a subpoena that requires your appearance in the U.S. District Court for the District of Columbia in connection with a hearing in the above-referenced case.  The subpoena directs you to appear on **3/10/2023 before Judge Amit Mehta in Courtroom #10 at 3:00 P.M., 4ᵗʰ Floor, Main Building, 333 Constitution Avenue, N.W., Washington, D.C. 20001**.  The subpoena also requires you to produce the records described in the attachment to the subpoena at that hearing.

In lieu of appearing at the above-referenced status hearing, you may electronically produce the documents requested in the attached subpoena, along with the completed declaration attached to that subpoena, at the contact information provided in the attachment to the subpoena.

We appreciate your cooperation in this matter.  If you have any questions, please contact this office at the number below.

Sincerely,

Matthew M. Graves
United States Attorney

By: *David J. Perri*
David J. Perri
Assistant United States Attorney - Detailee
601 D Street, N.W.
Washington, D.C. 20530
Phone: 304-234-7724

AO 89 (Rev. 08/09; DC 4/10) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT

### for the

## District of Columbia

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| **Shane Jenkins** | )    Case No. 21-CR-00245 (APM) |
| | ) |
| *Defendant* | ) |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:    Parler, LLC
       Attn: Custodian of Records
       209 S. Stephanie Street B135
       Henderson, NV 89012

     **YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: U.S. District Courthouse for the District of Columbia | Courtroom No.: 10, 4th Floor, Main Building, 333 |
|---|---|
| 333 Constitution Avenue, N.W. | Constitution Avenue, N.W., Washington, D.C. 20001 |
| Washington, D.C. 20001 | Date and Time: Friday, March 10, 2023 at 3:00 P.M. |

     You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*

### SEE ATTTACHMENT

    (SEAL)

Date: <u>February 27, 2023</u>

                                              *CLERK OF COURT*

                                              *Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* the United States of America
—————————————— who requests this subpoena, are:

David J. Perri, Assistant United States Attorney
United States Attorney's Office for the District of Columbia
601 D Street, N.W., Room #2006
Washington, D.C. 20530
Phone: 304-234-7724
Email: david.perri@usdoj.gov

Subpoena #TR2023022399733
USAO #2021R00705
In re PVO: 18 U.S.C.§231
Preparer: BHAYAKAW

**ATTACHMENT**
**SUBPOENA TO PARLER, LLC, DATED FEBRUARY 24, 2023**
***U.S. v. Shane Jenkins***
**Crim. No. 21-CR-00245 (APM)**
**Trial Subpoena No. TR2023022399733**

For the time period July 1, 2022 through February 9, 2023 please produce subscriber information, records of session times and duration, recent login/logout IP addresses, cookies, length of service, additional email addresses used, and source of payment for services including any credit card or bank account information for the following:

        **- Parler.com/**████████
        **- Shane Jenkins, DOB** ████████

**Please deliver all records via email or law enforcement portal to:**

**Noah Weko (noah.weko2@us.doj.gov) and**
**David Perri (david.perri@usdoj.gov, and 304-234-7724)**
**U.S. Attorney's Office for the District of Columbia,**
**601 D Street, N.W.,**
**Washington, D.C. 20530.**

# <u>DECLARATION OF CUSTODIAN OF RECORDS</u>

Pursuant to 28 U.S.C. §1746, I, the undersigned, hereby declare:

My name is _____ .

<em>(name of declarant)</em>

I am a United States citizen and I am over eighteen years of age.  I am the custodian of records of the business named below, or I am otherwise qualified as a result of my position with the business named below to make this declaration.  I have knowledge of the record keeping system used by this business; this includes how records are created and maintained.

I am in receipt of a United States District Court Subpoena #TR2023022399733 dated February 27, 2023, signed by Assistant United States Attorney <u>David J. Perri</u>, requesting specified records of the business named below.

Attached hereto are _____ pages of records regarding _____

_____

<em>(Brief description  of type of documents being subpoenaed)</em>

_____ responsive to the subpoena.   I understand  how these responsive documents were created.  Pursuant to Rules 902(11) and 803(6) of the Federal Rules of Evidence, I hereby certify that the records attached hereto:

(1) were made at or near the time of the occurrence of the matters set forth in the records, by, or from information transmitted by, a person with knowledge of those matters;

(2) were kept in the course of regularly conducted business activity, in that the records were created and preserved pursuant to established procedures, and were relied upon by an employee or this business; and

(3) were made as part of the regularly conducted business activity as a regular practice, in that the records were created and preserved as part of routine reflections of the normal operations of this business.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____

<em>(date)</em>

_____

<em>(signature of declarant)</em>

_____

<em>(name and title of declarant)</em>

_____

<em>(name of business)</em>

_____

<em>(business address)</em>

_____

<em>(business address)</em>

<u>Definitions of terms used above</u>:

As defined in Fed.R.Evid. 803(6), "record" includes a memorandum, report, record, or data compilation, in any form, of acts, events, conditions, opinions, or diagnoses.  The term "business" as used in Fed.R.Evid. 803(6) and the above declaration includes business, institution, association, profession, occupation, and calling of every kind, whether or not conducted for profit.

**U.S. Department of Justice**
Washington, D.C. 20530

Request for Communications Content, Records or Other Information Under the Electronic Communications Privacy Act (ECPA). (Authorization, Purchase Order and Receiving Report)

This form shall be used when requesting communications content, records, or other information from electronic communications or remote computing service providers under the ECPA

| 1 Tracking Number: | 2 Date Order Prepared: | 3 USAO Number: |
|---|---|---|
| TR2023022399733 | 2/27/2023 | 2021R00705 |

## Section A - Authorization and Purchase Order

| 4 Name and Address of Service Provider: | | |
|---|---|---|
| Parler, LLC, 209 S. Stephanie Street B135, Henderson, NV 89012 | Funding Certification & Authorization: | A. _____ Budget Official Signature   Funding Available   Date B. _____ Approving Official Signature   Date |

| 5 Deliver Records To: | Send Completed USA-212 Form & Invoice To: | 6 Return Date: |
|---|---|---|
| Amy L. Avila, FBI Special Agent, FBI, 1 Justice Park, Houston, TX 77092 | | 3/10/2023 |

7 Remarks: Do not proceed with compliance if the total cost will exceed _____ without prior approval. To obtain approval, call the requestor listed in Item 8. If invoicing for these services is expected to exceed 120 days, please notify the United States Attorney's Office immediately to ensure funds remain available for payment.  Please see the attached Important Notice for additional information on invoicing and other requirements for reimbursement.

| 8 Name of Requestor: | 9 Telephone Number: | 10 Date of request: |
|---|---|---|
| David J. Perri/BHAYAKAW | 304-234-7724 | 2/27/2023 |

## Section B - ECPA Service Provider Invoice

No Payment Shall Be Made Unless Expenses Are Itemized Below Or Set Forth On Your Attached Invoice.

| 11A Invoice Number: | | Quantity | Unit Price | | Amount |
|---|---|---|---|---|---|
| | | | Cost | Per | |
| 11B Tax ID Number: | | | | | |
| 11C Service(s)/Records Provided: | | | | | |

The costs above (or on the attached invoice) represent direct costs and have been incurred in searching for, assembling, reproducing or otherwise providing the requested information

| 12 Signature of Service Provider Representative: | 13 Date Signed: | Total Amount Claimed By Service Provider | |
|---|---|---|---|

## Section C - Receiving Report

| | | 16 Disallowance (See Attached) | |
|---|---|---|---|
| 14 I certify that the articles and services listed were received: | 15 Date Received: | 17 Net to Service Provider | |

| 18 Electronic Communications Privacy Act - Public Law 99-508 (18 U.S.C. 2701-2712) Request Pursuant To: *(Only One Section at Left Should Be Checked)* | | 19 Signature of Approving Official:          Date: |
|---|---|---|

| SECTION | | OBJECT CLASS |
|---|---|---|
| ☐ 2702 | Voluntary Disclosure | 2570 |
| ☐ 2703 | Compelled Disclosure | 2570 |
| | ☐ Search Warrant | 2570 |
| | ☐ Grand Jury Subpoena | 2570 |
| | ☐ Court Order | 2570 |
| | ☐ Administrative or Judicial Subpoena | 2570 |
| ☐ 2704 | Request for Information Following Preservation | 2570 |

20 Funding Source _____
Accounting Code:
Program _____

21 Other Accounting/Fund Information:
Program Code:          Project Code:
YREGDOC:
Call Number (if applicable):
OBL Month (YRMO):
Tax ID Number:

22 Remarks:

The costs above (or on the attached invoice) appear to be reasonably necessary and to have been directly incurred in searching for, assembling, reproducing or otherwise providing requested information

_____
Signature of United States Attorney's Office Representative          Date

FORM USA-212
FEB 2014

# EXHIBIT 5
# Rumble, Inc.



U.S. Department of Justice

**Matthew M. Graves**
**United States Attorney**

*District of Columbia*
*Patrick Henry Building*
*601 D Street, N.W.*
*Washington, D.C. 20530*

February 27, 2023

VIA Electronic Mail

Rumble, Inc.
Attn: Custodian of Records
444 Gulf of Mexico Drive
Longboat Key, FL  34228
legal@rumble.com

Re:     *U.S. v. Shane Jenkins*
         Crim. No. 21-CR-00245 (APM)
         Trial Subpoena No. TR2023022499754

Dear Rumble, Inc.:

Enclosed is a subpoena that requires your appearance in the U.S. District Court for the District of Columbia in connection with a hearing in the above-referenced case.  The subpoena directs you to appear on **3/10/2023 before Judge Amit Mehta in Courtroom #10 at 3:00 P.M., 4ᵗʰ Floor, Main Building, 333 Constitution Avenue, N.W., Washington, D.C. 20001**.  The subpoena also requires you to produce the records described in the attachment to the subpoena at that hearing.

In lieu of appearing at the above-referenced status hearing, you may electronically produce the documents requested in the attached subpoena, along with the completed declaration attached to that subpoena, at the contact information provided in the attachment to the subpoena.

We appreciate your cooperation in this matter.  If you have any questions, please contact this office at the number below.

Sincerely,

Matthew M. Graves
United States Attorney

By: *David J. Perri*
David J. Perri
Assistant United States Attorney – Detailee
601 D Street, N.W.
Washington, D.C. 20530
Phone:  304-234-7724

AO 89 (Rev. 08/09; DC 4/10) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT

for the

## District of Columbia

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| **Shane Jenkins** | )    Case No. 21-CR-00245 (APM) |
| | ) |
| *Defendant* | ) |

### SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:     Rumble, Inc.
        Attn: Custodian of Records
        444 Gulf of Mexico Drive
        Longboat Key, FL 34228

        **YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: U.S. District Courthouse for the District of Columbia | Courtroom No.: 10, 4th Floor, Main Building, 333 |
|---|---|
| 333 Constitution Avenue, N.W. | Constitution Avenue, N.W., Washington, D.C. 20001 |
| Washington, D.C. 20001 | Date and Time: Friday, 10, 2023 at 3:00 P.M. |

        You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*

**SEE ATTTACHMENT**

        *(SEAL)*

Date:   February 27, 2023

                                      *CLERK OF COURT*

                                       *Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* the United States of America
_____ who requests this subpoena, are:

David J. Perri, Assistant United States Attorney
United States Attorney's Office for the District of Columbia
601 D Street, N.W., Room #2006
Washington, D.C. 20530
Phone: 304-234-7724
Email: david.perri@usdoj.gov

Subpoena #TR2023022499754
USAO #2021R00705
In re PVO: 18 U.S.C. §231
Preparer: BHAYAKAW

**ATTACHMENT**
**SUBPOENA TO RUMBLE.COM, INC., DATED FEBRUARY 27, 2023**
*U.S. v. Shane Jenkins*
**Crim. No. 21-CR-00245 (APM)**
**Trial Subpoena No. TR2023022499754**
**Page 1 of 2**

All customer or subscriber account information for any and all accounts associated with the
following identifiers listed below for the period January 1, 2022 through February 24, 2023:

**- Shane Jenkins, DOB** ███████

**-https://rumble.com/**████████████████████████████
███████████

**-https://rumble.com/**████████████████████████████████████

**-https://rumble.com/**████████████████████████████████████
████████████

**-https://rumble.com/**███████████████████████████████████
████████████

**-https://rumble.com/**████████████████████████████████

**-https://rumble.com/**█████████████████████████████████
████████████

In addition, for each such account, the information shall include the subscriber's:

    1.  Names (including subscriber names, user names, and screen names);

    2.  Addresses (including mailing addresses, residential addresses, business addresses, and
e-mail addresses) and registration data;

    3.  Local and long distance telephone connection records;

    4.  Records of session times and durations;

    5.  Length of service (including start date) and types of service utilized;

    6.  Telephone or instrument numbers (including MAC addresses, Electronic Serial
Numbers ("ESN"), Mobile Electronic Identity Numbers ("MEIN"), Mobile Equipment
Identifier ("MEID"), Mobile Identification Numbers ("MIN"), Subscriber Identity
Modules ("SIM"), MSISDN, Internationl Mobile Subscriber Identifiers ("IMSI"), or
International Mobil Station Equipment Identities ("IMEI"));

**ATTACHMENT**
**SUBPOENA TO RUMBLE.COM, INC., DATED FEBRUARY 27, 2023**
*U.S. v. Shane Jenkins*
**Crim. No. 21-CR-00245 (APM)**
**Trial Subpoena No. TR2023022499754**
**Page 1 of 2**

7.  Other subscriber numbers or identities (including temporarily assigned netword addresses and registration Internet Protocol ("IP") addresses); and

8.  Means and source of payment for such service (including any credit card or bank account number) and billing records.

**Please deliver all records via email or law enforcement portal to:**

**Noah Weko (noah.weko2@us.doj.gov) and**
**David Perri (david.perri@usdoj.gov, and 304-234-7724)**
**U.S. Attorney's Office for the District of Columbia,**
**601 D Street, N.W.,**
**Washington, D.C. 20530.**

# <u>DECLARATION OF CUSTODIAN OF RECORDS</u>

Pursuant to 28 U.S.C. §1746, I, the undersigned, hereby declare:

My name is _____ .
<i>(name of declarant)</i>

I am a United States citizen and I am over eighteen years of age.  I am the custodian of records of the business named below, or I am otherwise qualified as a result of my position with the business named below to make this declaration.  I have knowledge of the record keeping system used by this business; this includes how records are created and maintained.

I am in receipt of a United States District Court Subpoena #TR2023022499754 dated February 27, 2023, signed by Assistant United States Attorney <u>David J. Perri</u>, requesting specified records of the business named below.

Attached hereto are _____ pages of records regarding _____
<i>(Brief description  of type of documents being subpoenaed)</i>
_____ responsive to the subpoena.  I understand  how these responsive documents were created.  Pursuant to Rules 902(11) and 803(6) of the Federal Rules of Evidence, I hereby certify that the records attached hereto:

(1) were made at or near the time of the occurrence of the matters set forth in the records, by, or from information transmitted by, a person with knowledge of those matters;

(2) were kept in the course of regularly conducted business activity, in that the records were created and preserved pursuant to established procedures, and were relied upon by an employee or this business; and

(3) were made as part of the regularly conducted business activity as a regular practice, in that the records were created and preserved as part of routine reflections of the normal operations of this business.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
<i>(date)</i>

_____
<i>(signature of declarant)</i>

_____
<i>(name and title of declarant)</i>

_____
<i>(name of business)</i>

_____
<i>(business address)</i>

_____
<i>(business address)</i>

<u>Definitions of terms used above</u>:

As defined in Fed.R.Evid. 803(6), "record" includes a memorandum, report, record, or data compilation, in any form, of acts, events, conditions, opinions, or diagnoses.  The term "business" as used in Fed.R.Evid. 803(6) and the above declaration includes business, institution, association, profession, occupation, and calling of every kind, whether or not conducted for profit.

**U.S. Department of Justice**
Washington, D.C. 20530

Request for Communications Content, Records or Other Information Under the Electronic
Communications Privacy Act (ECPA). (Authorization, Purchase Order and Receiving Report)

This form shall be used when requesting communications content, records, or other information from electronic communications or remote computing service providers under the ECPA

| 1 Tracking Number: | 2 Date Order Prepared: | 3 USAO Number: |
|---|---|---|
| TR2023022499754 | 2/27/2023 | 2021R00705 |

## Section A - Authorization and Purchase Order

| 4 Name and Address of Service Provider: | Funding Certification & Authorization: | A. | | |
|---|---|---|---|---|
| | | Budget Official Signature | Funding Available | Date |
| Rumble, Inc., 444 Gulf of Mexico Drive, Longboat Key, FL 34228 | | B. | | |
| | | Approving Official Signature | | Date |

| 5 Deliver Records To: | Send Completed USA-212 Form & Invoice To: | 6 Return Date: |
|---|---|---|
| Amy L. Avila, FBI Special Agent, FBI, 1 Justice Park, Houston, TX 77092 | | 3/10/2023 |

7 Remarks:  Do not proceed with compliance if the total cost will exceed _____ without prior approval. To obtain approval, call the requestor listed in Item 8.
If invoicing for these services is expected to exceed 120 days, please notify the United States Attorney's Office immediately to ensure funds remain available for payment.  Please see the attached Important Notice for additional information on invoicing and other requirements for reimbursement.

| 8 Name of Requestor: | 9 Telephone Number: | 10 Date of request: |
|---|---|---|
| David J. Perri/BHAYAKAW | 304-234-7724 | 2/27/2023 |

## Section B - ECPA Service Provider Invoice

No Payment Shall Be Made Unless Expenses Are Itemized Below Or Set Forth On Your Attached Invoice.

| 11A Invoice Number: | | Quantity | Unit Price | | Amount |
|---|---|---|---|---|---|
| 11B Tax ID Number: | | | Cost | Per | |
| 11C  Service(s)/Records Provided: | | | | | |

The costs above (or on the attached invoice) represent direct costs and have been incurred in searching for, assembling, reproducing or otherwise providing the requested information

| 12 Signature of Service Provider Representative: | 13 Date Signed: | Total Amount Claimed By Service Provider | |
|---|---|---|---|

## Section C - Receiving Report

| | | 16 Disallowance *(See Attached)* | |
|---|---|---|---|
| 14 I certify that the articles and services listed were received: | 15 Date Received: | 17 Net to Service Provider | |

| 18 Electronic Communications Privacy Act - Public Law 99-508 (18 U.S.C. 2701-2712) Request Pursuant To: *(Only One Section at Left Should Be Checked)* | | | 19 Signature of Approving Official:            Date: |
|---|---|---|---|

| SECTION | | OBJECT CLASS | |
|---|---|---|---|
| ☐ 2702 | Voluntary Disclosure | 2570 | 20 Funding Source _____ |
| ☐ 2703 | Compelled Disclosure | 2570 | Accounting Code: |
| | ☐  Search Warrant | 2570 | |
| | ☐  Grand Jury Subpoena | 2570 | Program _____ |
| | ☐  Court Order | 2570 | 21 Other Accounting/Fund Information: |
| | ☐  Administrative or Judicial Subpoena | 2570 | Program Code:          Project Code: |
| ☐ 2704 | Request for Information Following Preservation | 2570 | YREGDOC: |

22  Remarks:

Call Number (if applicable):

OBL Month (YRMO):

Tax ID Number:

The costs above (or on the attached invoice) appear to be reasonably necessary and to have been directly incurred in searching for, assembling, reproducing or otherwise providing requested information

_____
Signature of United States Attorney's Office Representative          Date

FORM USA-212
FEB  2014

# EXHIBIT 6
# T Media Tech LLC



U.S. Department of Justice

**Matthew M. Graves**
**United States Attorney**

_District of Columbia_
_Patrick Henry Building_
_601 D Street, N.W._
_Washington, D.C. 20530_

February 27, 2023

VIA Electronic Mail

T Media Tech LLC
Attn: Custodian of Records
legal@truthsocial.com

     Re: _U.S. v. Shane Jenkins_
       Crim. No. 21-CR-00245 (APM)
       Trial Subpoena No. TR2023022399736

Dear T Media Tech LLC:

  Enclosed is a subpoena that requires your appearance in the U.S. District Court for the District of Columbia in connection with a hearing in the above-referenced case.  The subpoena directs you to appear on **3/10/2023 before Judge Amit Mehta in Courtroom #10 at 3:00 P.M., 4th Floor, Main Building, 333 Constitution Avenue, N.W., Washington, D.C. 20001.**  The subpoena also requires you to produce the records described in the attachment to the subpoena at that hearing.

  In lieu of appearing at the above-referenced status hearing, you may electronically produce the documents requested in the attached subpoena, along with the completed declaration attached to that subpoena, at the contact information provided in the attachment to the subpoena.

  We appreciate your cooperation in this matter.  If you have any questions, please contact this office at the number below.

       Sincerely,

       Matthew M. Graves
       United States Attorney

     By: _David J. Perri_
       David J. Perri
       Assistant United States Attorney - Detailee
       601 D Street, N.W.
       Washington, D.C. 20530
       Phone:  304-234-7724

AO 89 (Rev. 08/09; DC 4/10) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
### for the

## District of Columbia

| United States of America | ) |
|---|---|
| v. | ) |
| **Shane Jenkins** | ) |
| | ) |
| *Defendant* | ) |

Case No. 21-CR-00245 (APM)

### SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:   T Media Tech LLC
       Attn: Custodian of Records
       legal@truthsocial.com

    **YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: U.S. District Courthouse for the District of Columbia<br>333 Constitution Avenue, N.W.<br>Washington, D.C. 20001 | Courtroom No.: 10, 4th Floor, Main Building, 333 Constitution Avenue, N.W., Washington, D.C. 20001 |
|---|---|
| | Date and Time: Friday, March 10, 2023 at 3:00 PM |

    You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*

### SEE ATTTACHMENT

    *(SEAL)*

Date:  February 27, 2023

                              CLERK OF COURT

                                     *Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* the United States of America
————————— who requests this subpoena, are:

David J. Perri, Assistant United States Attorney
United States Attorney's Office for the District of Columbia
601 D Street, N.W., Room #2006
Washington, D.C. 20530
Phone: 304-234-7724
Email: david.perri@usdoj.gov

Subpoena #TR2023022399736
USAO #2021R00705
In re PVO:  18 U.S.C.§231
Preparer:  BHAYAKAW

**ATTACHMENT**
**SUBPOENA TO T MEDIA TECH LLC, DATED FEBRUARY 27, 2023**
*U.S. v. Shane Jenkins*
**Crim. No. 21-CR-00245 (APM)**
**Trial Subpoena No. TR2023022399736**

All customer or subscriber account information for any and all accounts associated with the following identifiers listed below for the period July 1, 2022 through February 9, 2023:

> **- TruthSocial Account:** ██████████
> **- Shane Jenkins, DOB** ██████████

In addition, for each such account, the information shall include the subscriber's:

1. Names (including subscriber names, user names, and screen names);

2. Addresses (including mailing addresses, residential addresses, business addresses, and e-mail addresses) and registration data;

3. Local and long distance telephone connection records;

4. Records of session times and durations;

5. Length of service (including start date) and types of service utilized;

6. Telephone or instrument numbers (including MAC addresses, Electronic Serial Numbers ("ESN"), Mobile Electronic Identity Numbers ("MEIN"), Mobile Equipment Identifier ("MEID"), Mobile Identification Numbers ("MIN"), Subscriber Identity Modules ("SIM"), MSISDN, Internationl Mobile Subscriber Identifiers ("IMSI"), or International Mobil Station Equipment Identities ("IMEI"));

7. Other subscriber numbers or identities (including temporarily assigned netword addresses and registration Internet Protocol ("IP") addresses); and

8. Means and source of payment for such service (including any credit card or bank account number) and billing records.

**Please deliver all records via email or law enforcement portal to:**

**Noah Weko (noah.weko2@us.doj.gov) and**
**David Perri (david.perri@usdoj.gov, and 304-234-7724)**
**U.S. Attorney's Office for the District of Columbia,**
**601 D Street, N.W.,**
**Washington, D.C. 20530.**

# DECLARATION OF CUSTODIAN OF RECORDS

Pursuant to 28 U.S.C. §1746, I, the undersigned, hereby declare:

My name is _____ .
*(name of declarant)*

I am a United States citizen and I am over eighteen years of age.  I am the custodian of records of the business named below, or I am otherwise qualified as a result of my position with the business named below to make this declaration.  I have knowledge of the record keeping system used by this business; this includes how records are created and maintained.

I am in receipt of a United States District Court Subpoena #TR2023022399736 dated February 27, 2023, signed by Assistant United States Attorney <u>David J. Perri</u>, requesting specified records of the business named below.

Attached hereto are _____ pages of records regarding _____
*(Brief description of type of documents being subpoenaed)*
_____ responsive to the subpoena.  I understand  how these responsive documents were created.  Pursuant to Rules 902(11) and 803(6) of the Federal Rules of Evidence, I hereby certify that the records attached hereto:

(1) were made at or near the time of the occurrence of the matters set forth in the records, by, or from information transmitted by, a person with knowledge of those matters;

(2) were kept in the course of regularly conducted business activity, in that the records were created and preserved pursuant to established procedures, and were relied upon by an employee or this business; and

(3) were made as part of the regularly conducted business activity as a regular practice, in that the records were created and preserved as part of routine reflections of the normal operations of this business.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
*(date)*

_____
*(signature of declarant)*

_____
*(name and title of declarant)*

_____
*(name of business)*

_____
*(business address)*

_____
*(business address)*

<u>Definitions of terms used above</u>:

As defined in Fed.R.Evid. 803(6), "record" includes a memorandum, report, record, or data compilation, in any form, of acts, events, conditions, opinions, or diagnoses.  The term "business" as used in Fed.R.Evid. 803(6) and the above declaration includes business, institution, association, profession, occupation, and calling of every kind, whether or not conducted for profit.

**U.S. Department of Justice**
Washington, D.C. 20530

Request for Communications Content, Records or Other Information Under the Electronic
Communications Privacy Act (ECPA). (Authorization, Purchase Order and Receiving Report)

This form shall be used when requesting communications content, records, or other information from electronic communications or remote computing service providers under the ECPA

| 1 Tracking Number: | 2 Date Order Prepared: | 3 USAO Number: |
|---|---|---|
| TR2023022399736 | 2/27/2023 | 2021R00705 |

## Section A - Authorization and Purchase Order

| 4 Name and Address of Service Provider: | Funding Certification & Authorization: | A. |
|---|---|---|
| T Media Tech LLC, legal@truthsocial.com, | | Budget Official Signature    Funding Available    Date |
| | | B. |
| | | Approving Official Signature    Date |

| 5 Deliver Records To: | Send Completed USA-212 Form & Invoice To: | 6 Return Date: |
|---|---|---|
| Amy L. Avila, FBI Special Agent, FBI, 1 Justice Park, Houston, TX 77092 | | |

7 Remarks:   Do not proceed with compliance if the total cost will exceed _____ without prior approval. To obtain approval, call the requestor listed in Item 8.
If invoicing for these services is expected to exceed 120 days, please notify the United States Attorney's Office immediately to ensure funds remain available for payment.  Please see the attached Important Notice for additional information on invoicing and other requirements for reimbursement.

| 8 Name of Requestor: | 9 Telephone Number: | 10 Date of request: |
|---|---|---|
| David J. Perri/BHAYAKAW | 304-234-7724 | 2/27/2023 |

## Section B - ECPA Service Provider Invoice

No Payment Shall Be Made Unless Expenses Are Itemized Below Or Set Forth On Your Attached Invoice.

| 11A Invoice Number: | | Quantity | Unit Price | | Amount |
|---|---|---|---|---|---|
| | | | Cost | Per | |
| 11B Tax ID Number: | | | | | |
| 11C Service(s)/Records Provided: | | | | | |

The costs above (or on the attached invoice) represent direct costs and have been incurred in searching for, assembling, reproducing or otherwise providing the requested information

| 12 Signature of Service Provider Representative: | 13 Date Signed: | Total Amount Claimed By Service Provider | |
|---|---|---|---|

## Section C - Receiving Report

| | | 16 Disallowance *(See Attached)* | |
|---|---|---|---|
| 14 I certify that the articles and services listed were received: | 15 Date Received: | 17 Net to Service Provider | |

18 Electronic Communications Privacy Act - Public Law 99-508
   (18 U.S.C. 2701-2712) Request Pursuant To:  *(Only One Section at Left Should Be Checked)*

| SECTION | | OBJECT CLASS |
|---|---|---|
| ☐ 2702 | Voluntary Disclosure | 2570 |
| ☐ 2703 | Compelled Disclosure | 2570 |
| | ☐   Search Warrant | 2570 |
| | ☐   Grand Jury Subpoena | 2570 |
| | ☐   Court Order | 2570 |
| | ☐   Administrative or Judicial Subpoena | 2570 |
| ☐ 2704 | Request for Information Following Preservation | 2570 |

19 Signature of Approving Official:          Date:

20 Funding Source
Accounting Code:
Program

21 Other Accounting/Fund Information:
Program Code:          Project Code:
YREGDOC:
Call Number (if applicable):
OBL Month (YRMO):
Tax ID Number:

22 Remarks:

The costs above (or on the attached invoice) appear to be reasonably necessary and to have been directly incurred in searching for, assembling, reproducing or otherwise providing requested information

_____
Signature of United States Attorney's Office Representative          Date

FORM USA-212
FEB  2014

# EXHIBIT 7
# Telegram Messenger, Inc.



U.S. Department of Justice

Matthew M. Graves
United States Attorney

_District of Columbia_
_Patrick Henry Building_
_601 D Street, N.W._
_Washington, D.C. 20530_

February 27, 2023

<u>VIA Electronic Mail</u>

Telegram Messenger, Inc.
Attn: Custodian of Records
abuse@telegram.org
support@telegram.org

           Re:    _U.S. v. Shane Jenkins_
                  <u>Crim. No. 21-CR-00245 (APM)</u>
                  Trial Subpoena No. TR2023022399735

Dear Telegram Messenger, Inc.:

       Enclosed is a subpoena that requires your appearance in the U.S. District Court for the District of Columbia in connection with a hearing in the above-referenced case.  The subpoena directs you to appear on **3/10/2023 before Judge Amit Mehta in Courtroom #10 at 3:00 P.M., 4th Floor, Main Building, 333 Constitution Avenue, N.W., Washington, D.C. 20001**.  The subpoena also requires you to produce the records described in the attachment to the subpoena at that hearing.

       In lieu of appearing at the above-referenced status hearing, you may electronically produce the documents requested in the attached subpoena, along with the completed declaration attached to that subpoena, at the contact information provided in the attachment to the subpoena.

We appreciate your cooperation in this matter.  If you have any questions, please contact this office at the number below.

                    Sincerely,

                    Matthew M. Graves
                    United States Attorney

        By:    _David J. Perri_
                David J. Perri
                Assistant United States Attorney - Detailee
                601 D Street, N.W.
                Washington, D.C. 20530
                Phone:  304-234-7724

AO 89 (Rev. 08/09; DC 4/10) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT

for the

## District of Columbia

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Shane Jenkins | )   Case No. 21-CR-00245 (APM) |
| | ) |
| *Defendant* | ) |

### SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:    Telegram Messenger, Inc.
        Attn: Custodian of Records
        abuse@telegram.org
        support@telegram.org

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: U.S. District Courthouse for the District of Columbia | Courtroom No.: 10, 4ᵗʰ Floor, Main Building, 333 |
|---|---|
| 333 Constitution Avenue, N.W. | Constitution Avenue, N.W., Washington, D.C. 20001 |
| Washington, D.C. 20001 | Date and Time: Friday, March 10, 2023 at 3:00 P.M. |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*

**SEE ATTTACHMENT**

*(SEAL)*

Date:  February 27, 2023

                                        CLERK OF COURT

                                        _____
                                        *Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* the United States of America
_____ who requests this subpoena, are:

David J. Perri, Assistant United States Attorney
United States Attorney's Office for the District of Columbia
601 D Street, N.W., Room #2006
Washington, D.C. 20530
Phone: 304-234-7724
Email: david.perri@usdoj.gov

Subpoena #TR2023022399735
USAO #2021R00705
In re PVO:  18 U.S.C.§231
Preparer:  BHAYAKAW

**ATTACHMENT**
**SUBPOENA TO TELEGRAM MESSENGER, INC., DATED FEBRUARY 24, 2023**
*U.S. v. Shane Jenkins*
**Crim. No. 21-CR-00245 (APM)**
**Trial Subpoena No. TR2023022399735**

All customer or subscriber account information for any and all accounts associated with the following identifiers listed below for the period July 1, 2022 through February 9, 2023:

 - **Telegram User:** ███████
 - **Shane Jenkins, DOB** ███████

In addition, for each such account, the information shall include the subscriber's:

1. Names (including subscriber names, user names, and screen names);

2. Addresses (including mailing addresses, residential addresses, business addresses, and e-mail addresses);

3. Local and long distance telephone connection records;

4. Records of session times and durations;

5. Length of service (including start date) and types of service utilized;

6. Telephone or instrument numbers (including MAC addresses, Electronic Serial Numbers ("ESN"), Mobile Electronic Identity Numbers ("MEIN"), Mobile Equipment Identifier ("MEID"), Mobile Identification Numbers ("MIN"), Subscriber Identity Modules ("SIM"), MSISDN, Internationl Mobile Subscriber Identifiers ("IMSI"), or International Mobil Station Equipment Identities ("IMEI"));

7. Other subscriber numbers or identities (including temporarily assigned netword addresses and registration Internet Protocol ("IP") addresses); and

8. Means and source of payment for such service (including any credit card or bank account number) and billing records.

**Please deliver all records via email or law enforcement portal to:**

**Noah Weko (noah.weko2@us.doj.gov) and**
**David Perri (david.perri@usdoj.gov, and 304-234-7724)**
**U.S. Attorney's Office for the District of Columbia,**
**601 D Street, N.W.,**
**Washington, D.C. 20530.**

# <u>DECLARATION OF CUSTODIAN OF RECORDS</u>

Pursuant to 28 U.S.C. §1746, I, the undersigned, hereby declare:

My name is _____,
*(name of declarant)*

I am a United States citizen and I am over eighteen years of age.  I am the custodian of records of the business named below, or I am otherwise qualified as a result of my position with the business named below to make this declaration.  I have knowledge of the record keeping system used by this business; this includes how records are created and maintained.

I am in receipt of a United States District Court Subpoena #TR2023022399735 dated February 27, 2023, signed by Assistant United States Attorney <u>David J. Perri</u>, requesting specified records of the business named below.

Attached hereto are _____ pages of records regarding _____
*(Brief description  of type of documents being subpoenaed)*
_____ responsive to the subpoena.  I understand how these responsive documents were created.  Pursuant to Rules 902(11) and 803(6) of the Federal Rules of Evidence, I hereby certify that the records attached hereto:

(1) were made at or near the time of the occurrence of the matters set forth in the records, by, or from information transmitted by, a person with knowledge of those matters;

(2) were kept in the course of regularly conducted business activity, in that the records were created and preserved pursuant to established procedures, and were relied upon by an employee or this business; and

(3) were made as part of the regularly conducted business activity as a regular practice, in that the records were created and preserved as part of routine reflections of the normal operations of this business.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
*(date)*

_____
*(signature of declarant)*

_____
*(name and title of declarant)*

_____
*(name of business)*

_____
*(business address)*

_____
*(business address)*

<u>Definitions of terms used above</u>:

As defined in Fed.R.Evid. 803(6), "record" includes a memorandum, report, record, or data compilation, in any form, of acts, events, conditions, opinions, or diagnoses.  The term "business" as used in Fed.R.Evid. 803(6) and the above declaration includes business, institution, association, profession, occupation, and calling of every kind, whether or not conducted for profit.

**U.S. Department of Justice**
Washington, D.C. 20530

Request for Communications Content, Records or Other Information Under the Electronic
Communications Privacy Act (ECPA). (Authorization, Purchase Order and Receiving Report)

This form shall be used when requesting communications content, records, or other information from electronic communications or remote computing service providers under the ECPA

| 1 Tracking Number: | 2 Date Order Prepared: | 3 USAO Number: |
|---|---|---|
| TR2023022399735 | 2/27/2023 | 2021R00705 |

## Section A - Authorization and Purchase Order

| 4 Name and Address of Service Provider: | | |
|---|---|---|
| Telegram Messenger, Inc., abuse@telegram.org, support@telegram.org | Funding Certification & Authorization: | A. _____<br>Budget Official Signature    Funding Available    Date<br>B. _____<br>Approving Official Signature            Date |

| 5 Deliver Records To: | | 6 Return Date: |
|---|---|---|
| Amy L. Avila, FBI Special Agent, FBI, 1 Justice Park, Houston, TX 77092 | Send Completed USA-212 Form & Invoice To: | |

7 Remarks:  Do not proceed with compliance if the total cost will exceed _____ without prior approval. To obtain approval, call the requestor listed in Item 8.
If invoicing for these services is expected to exceed 120 days, please notify the United States Attorney's Office immediately to ensure funds remain available for payment.  Please see the attached Important Notice for additional information on invoicing and other requirements for reimbursement.

| 8 Name of Requestor: | 9 Telephone Number: | 10 Date of request: |
|---|---|---|
| David J. Perri/BHAYAKAW | 304-234-7724 | 2/27/2023 |

## Section B - ECPA Service Provider Invoice

No Payment Shall Be Made Unless Expenses Are Itemized Below Or Set Forth On Your Attached Invoice.

| 11A Invoice Number: | | Quantity | Unit Price | | Amount |
|---|---|---|---|---|---|
| | | | Cost | Per | |
| 11B Tax ID Number: | | | | | |
| 11C  Service(s)/Records Provided: | | | | | |

The costs above (or on the attached invoice) represent direct costs and have been incurred in searching for, assembling, reproducing or otherwise providing the requested information

| 12 Signature of Service Provider Representative: | 13 Date Signed: | Total Amount Claimed By Service Provider | |
|---|---|---|---|

| | **Section C - Receiving Report** | 16 Disallowance *(See Attached)* | |
|---|---|---|---|
| 14 I certify that the articles and services listed were received: | 15 Date Received: | 17 Net to Service Provider | |

18 Electronic Communications Privacy Act - Public Law 99-508
(18 U.S.C. 2701-2712) Request Pursuant To:  *(Only One Section at Left Should Be Checked)*

| SECTION | | | OBJECT CLASS |
|---|---|---|---|
| ☐ 2702 | Voluntary Disclosure | | 2570 |
| ☐ 2703 | Compelled Disclosure | | 2570 |
| | | ☐ Search Warrant | 2570 |
| | | ☐ Grand Jury Subpoena | 2570 |
| | | ☐ Court Order | 2570 |
| | | ☐ Administrative or Judicial Subpoena | 2570 |
| ☐ 2704 | Request for Information Following Preservation | | 2570 |

19 Signature of Approving Official:         Date:

20 Funding Source _____
Accounting Code:
Program _____

21 Other Accounting/Fund Information:
Program Code:         Project Code:
YREGDOC:
Call Number (if applicable):
OBL Month (YRMO):
Tax ID Number:

22 Remarks:

The costs above (or on the attached invoice) appear to be reasonably necessary and to have been directly incurred in searching for, assembling, reproducing or otherwise providing requested information

_____   _____
Signature of United States Attorney's Office Representative     Date

FORM USA-212
FEB 2014

**EXHIBIT 8**
**Twitter, Inc.**



U.S. Department of Justice

**Matthew M. Graves**
**United States Attorney**

*District of Columbia*
*Patrick Henry Building*
*601 D Street, N.W.*
*Washington, D.C. 20530*

February 27, 2023

VIA Electronic Mail

Twitter, Inc.
1355 Market Street, Suite 900
San Francisco, CA  94103

       Re:   *U.S. v. Shane Jenkins*
               Crim. No. 21-CR-00245 (APM)
               Trial Subpoena No. TR2023022399738

Dear Twitter, Inc.:

       Enclosed is a subpoena that requires your appearance in the U.S. District Court for the District of Columbia in connection with a hearing in the above-referenced case.  The subpoena directs you to appear on **3/10/2023 before Judge Amit Mehta in Courtroom #10 at 3:00 P.M., 4th Floor, Main Building, 333 Constitution Avenue, N.W., Washington, D.C. 20001**.  The subpoena also requires you to produce the records described in the attachment to the subpoena at that hearing.

       In lieu of appearing at the above-referenced status hearing, you may electronically produce the documents requested in the attached subpoena, along with the completed declaration attached to that subpoena, at the contact information provided in the attachment to the subpoena.

       We appreciate your cooperation in this matter.  If you have any questions, please contact this office at the number below.

                      Sincerely,

                      Matthew M. Graves
                      United States Attorney

             By:  *David J. Perri*
                    David J. Perri
                    Assistant United States Attorney - Detailee
                    601 D Street, N.W.
                    Washington, D.C. 20530
                    Phone:  304-234-7724

AO 89 (Rev. 08/09; DC 4/10) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT

### for the

## District of Columbia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| **Shane Jenkins** | ) | Case No. 21-CR-00245 (APM) |
| | ) | |
| *Defendant* | ) | |

### SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:    Twitter, Inc.
       1355 Market Street, Suite 900
       San Francisco, CA 94103

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| | |
|---|---|
| Place of Appearance: U.S. District Courthouse for the District of Columbia<br>333 Constitution Avenue, N.W.<br>Washington, D.C. 20001 | Courtroom No.: 10, 4th Floor, Main Building, 333<br>Constitution Avenue, N.W., Washington, D.C. 20001 |
| | Date and Time: Friday, March 10, 2023 at 3:00 P.M. |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*

### SEE ATTTACHMENT

(SEAL)

Date:  February 27, 2023

CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* the United States of America
_____ who requests this subpoena, are:

David J. Perri, Assistant United States Attorney
United States Attorney's Office for the District of Columbia
601 D Street, N.W.  Room #2006
Washington, D.C. 20530
Phone: 304-234-7724
Email: david.perri@usdoj.gov

Subpoena #TR2023022399738
USAO #2021R00705
In re PVO:  18 U.S.C.§231
Preparer:  BHAYAKAW

**ATTACHMENT**
**SUBPOENA TO TWITTER, INC., DATED FEBRUARY 27, 2023**
*U.S. v. Shane Jenkins*
**Crim. No. 21-CR-00245 (APM)**
**Trial Subpoena No. TR2023022399738**

All customer or subscriber account information for any and all accounts associated with the following identifiers listed below for the period July 1, 2022 through February 9, 2023:

> - **Twitter Handle:** ███████████
> - **Shane Jenkins, DOB** ███████

In addition, for each such account, the information shall include the subscriber's:

1. Names (including subscriber names, user names, and screen names);

2. Addresses (including mailing addresses, residential addresses, business addresses, and e-mail addresses);

3. Local and long distance telephone connection records;

4. Records of session times and durations;

5. Length of service (including start date) and types of service utilized;

6. Telephone or instrument numbers (including MAC addresses, Electronic Serial Numbers ("ESN"), Mobile Electronic Identity Numbers ("MEIN"), Mobile Equipment Identifier ("MEID"), Mobile Identification Numbers ("MIN"), Subscriber Identity Modules ("SIM"), MSISDN, Internationl Mobile Subscriber Identifiers ("IMSI"), or International Mobil Station Equipment Identities ("IMEI"));

7. Other subscriber numbers or identities (including temporarily assigned netword addresses and registration Internet Protocol ("IP") addresses); and

8. Means and source of payment for such service (including any credit card or bank account number) and billing records.

**Please deliver all records via email or law enforcement portal to:**

**Noah Weko (noah.weko2@us.doj.gov) and**
**David Perri (david.perri@usdoj.gov, and 304-234-7724)**
**U.S. Attorney's Office for the District of Columbia,**
**601 D Street, N.W.,**
**Washington, D.C. 20530.**

# <u>DECLARATION OF CUSTODIAN OF RECORDS</u>

Pursuant to 28 U.S.C. §1746, I, the undersigned, hereby declare:

My name is _____ .
<em>(name of declarant)</em>

I am a United States citizen and I am over eighteen years of age.  I am the custodian of records of the business named below, or I am otherwise qualified as a result of my position with the business named below to make this declaration.  I have knowledge of the record keeping system used by this business; this includes how records are created and maintained.

I am in receipt of a United States District Court Subpoena #TR2023022399738 dated
February 27, 2023, signed by Assistant United States Attorney <u>David J. Perri</u>, requesting specified records of the business named below.

Attached hereto are _____ pages of records regarding _____
<em>(Brief description  of type of documents being subpoenaed)</em>
_____ responsive to the subpoena.   I understand  how these responsive documents were created.  Pursuant to Rules 902(11) and 803(6) of the Federal Rules of Evidence, I hereby certify that the records attached hereto:

(1) were made at or near the time of the occurrence of the matters set forth in the records, by, or from information transmitted by, a person with knowledge of those matters;

(2) were kept in the course of regularly conducted business activity, in that the records were created and preserved pursuant to established procedures, and were relied upon by an employee or this business; and

(3) were made as part of the regularly conducted business activity as a regular practice, in that the records were created and preserved as part of routine reflections of the normal operations of this business.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  _____
<em>(date)</em>

_____
<em>(signature of declarant)</em>

_____
<em>(name and title of declarant)</em>

_____
<em>(name of business)</em>

_____
<em>(business address)</em>

_____
<em>(business address)</em>

<u>Definitions of terms used above</u>:

As defined in Fed.R.Evid. 803(6), "record" includes a memorandum, report, record, or data compilation, in any form, of acts, events, conditions, opinions, or diagnoses.  The term "business" as used in Fed.R.Evid. 803(6) and the above declaration includes business, institution, association, profession, occupation, and calling of every kind, whether or not conducted for profit.

**U.S. Department of Justice**
Washington, D.C. 20530

Request for Communications Content, Records or Other Information Under the Electronic
Communications Privacy Act (ECPA). (Authorization, Purchase Order and Receiving Report)

This form shall be used when requesting communications content, records, or other information from electronic communications or remote computing service providers under the ECPA

| 1 Tracking Number: | 2 Date Order Prepared: | 3 USAO Number: |
|---|---|---|
| TR2023022399738 | 2/27/2023 | 2021R00705 |

## Section A - Authorization and Purchase Order

| 4 Name and Address of Service Provider: | | |
|---|---|---|
| Twitter, Inc., 1355 Market Street, Suite 900, San Francisco, CA 94103 | Funding Certification & Authorization: | A. _____ Budget Official Signature   Funding Available   Date B. _____ Approving Official Signature   Date |

| 5 Deliver Records To: | | 6 Return Date: |
|---|---|---|
| Amy L. Avila, FBI Special Agent, FBI, 1 Justice Park, Houston, TX 77092 | Send Completed USA-212 Form & Invoice To: | 3/10/2023 |

7 Remarks:   Do not proceed with compliance if the total cost will exceed _____ without prior approval. To obtain approval, call the requestor listed in Item 8.
If invoicing for these services is expected to exceed 120 days, please notify the United States Attorney's Office immediately to ensure funds remain available for payment.  Please see the attached Important Notice for additional information on invoicing and other requirements for reimbursement.

| 8 Name of Requestor: | 9 Telephone Number: | 10 Date of request: |
|---|---|---|
| David J. Perri/BHAYAKAW | 304-234-7724 | 2/27/2023 |

## Section B - ECPA Service Provider Invoice

No Payment Shall Be Made Unless Expenses Are Itemized Below Or Set Forth On Your Attached Invoice.

| 11A Invoice Number: | | Quantity | Unit Price | | Amount |
|---|---|---|---|---|---|
| 11B Tax ID Number: | | | Cost | Per | |
| 11C Service(s)/Records Provided: | | | | | |

The costs above (or on the attached invoice) represent direct costs and have been incurred in searching for, assembling, reproducing or otherwise providing the requested information

| 12 Signature of Service Provider Representative: | 13 Date Signed: | Total Amount Claimed By Service Provider | |
|---|---|---|---|

## Section C - Receiving Report

| | | 16 Disallowance (See Attached) | |
|---|---|---|---|
| 14 I certify that the articles and services listed were received: | 15 Date Received: | 17 Net to Service Provider | |

18 Electronic Communications Privacy Act - Public Law 99-508
(18 U.S.C. 2701-2712) Request Pursuant To:  *(Only One Section at Left Should Be Checked)*

| SECTION | | OBJECT CLASS |
|---|---|---|
| ☐ 2702 | Voluntary Disclosure | 2570 |
| ☐ 2703 | Compelled Disclosure | 2570 |
| ☐ | Search Warrant | 2570 |
| ☐ | Grand Jury Subpoena | 2570 |
| ☐ | Court Order | 2570 |
| ☐ | Administrative or Judicial Subpoena | 2570 |
| ☐ 2704 | Request for Information Following Preservation | 2570 |

19 Signature of Approving Official:        Date:

20 Funding Source _____
Accounting Code:
Program _____

21 Other Accounting/Fund Information:
Program Code:        Project Code:
YREGDOC:
Call Number (if applicable):
OBL Month (YRMO):
Tax ID Number:

22 Remarks:

The costs above (or on the attached invoice) appear to be reasonably necessary and to have been directly incurred in searching for, assembling, reproducing or otherwise providing requested information

_____        _____
Signature of United States Attorney's Office Representative        Date

FORM USA-212
FEB 2014

# EXHIBIT 9
# Vimeo.com, Inc.

U.S. Department of Justice

Matthew M. Graves
United States Attorney

*District of Columbia*
*Patrick Henry Building*
*601 D Street, N.W.*
*Washington, D.C. 20530*

February 27, 2023

VIA Electronic Mail

Vimeo.com, Inc.
Attn:  Custodian of Records
555 West 18th Street
New York, NY  10011
Email:  legal@vimeo.com

              Re:     *U.S. v. Shane Jenkins*
                        Crim. No. 21-CR-00245 (APM)
                        Trial Subpoena No. TR2023022399740

Dear Vimeo.com, Inc.:

Enclosed is a subpoena that requires your appearance in the U.S. District Court for the District of Columbia in connection with a hearing in the above-referenced case.  The subpoena directs you to appear on **3/10/2023 before Judge Amit Mehta in Courtroom #10 at 3:00 P.M., 4th Floor, Main Building, 333 Constitution Avenue, N.W., Washington, D.C. 20001**. The subpoena also requires you to produce the records described in the attachment to the subpoena at that hearing.

In lieu of appearing at the above-referenced status hearing, you may electronically produce the documents requested in the attached subpoena, along with the completed declaration attached to that subpoena, at the contact information provided in the attachment to the subpoena.

We appreciate your cooperation in this matter.  If you have any questions, please contact this office at the number below.

Sincerely,

Matthew M. Graves
United States Attorney

By:    *David J. Perri*
         David J. Perri
         Assistant United States Attorney - Detailee
         601 D Street, N.W.
         Washington, D.C. 20530
         Phone:  304-234-7724

# UNITED STATES DISTRICT COURT

for the

## District of Columbia

United States of America )
v. )
Shane Jenkins ) Case No. 21-CR-00245 (APM)
)
*Defendant* )

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:     Vimeo.com, Inc.
        Attn:  Custodian of Records
        555 West 18th Street
        New York, NY 10011
        Email:  legal@vimeo.com

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: U.S. District Courthouse for the District of Columbia 333 Constitution Avenue, N.W. Washington, D.C. 20001 | Courtroom No.: 10, 4th Floor, Main Building, 333 Constitution Avenue, N.W. Washington, D.C. 20001 |
|---|---|
| | Date and Time: Friday, March 10, 2023 at 3:00 PM |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*

### SEE ATTTACHMENT

*(SEAL)*

Date:  February 27, 2023

CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* the United States of America
_____, who requests this subpoena, are:

David J. Perri, Assistant United States Attorney
United States Attorney's Office for the District of Columbia
601 D Street, N.W., Room #2006
Washington, D.C. 20530
Phone: 304-234-7724
Email: david.perri@usdoj.gov

Subpoena #TR2023022399740
USAO #2021R00705
In re PVO:  18 U.S.C.§231
Preparer:  BHAYAKAW

**ATTACHMENT**
**SUBPOENA TO VIMEO.COM, INC., DATED FEBRUARY 27, 2023**
*U.S. v. Shane Jenkins*
**Crim. No. 21-CR-00245 (APM)**
**Trial Subpoena No. TR2023022399740**

All customer or subscriber account information for any and all accounts associated with the following identifiers listed below for the period July 1, 2022 through February 9, 2023:

- **Vimeo account:**  **, DOB**

In addition, for each such account, the information shall include the subscriber's:

1. Names (including subscriber names, user names, and screen names);

2. Addresses (including mailing addresses, residential addresses, business addresses, and e-mail addresses) and registration data;

3. Emails, attachments or other content information including videos;

4. Records of session times and durations;

5. Length of service (including start date) and types of service utilized;

6. Telephone or instrument numbers (including MAC addresses, Electronic Serial Numbers ("ESN"), Mobile Electronic Identity Numbers ("MEIN"), Mobile Equipment Identifier ("MEID"), Mobile Identification Numbers ("MIN"), Subscriber Identity Modules ("SIM"), MSISDN, Internationl Mobile Subscriber Identifiers ("IMSI"), or International Mobil Station Equipment Identities ("IMEI"));

7. Other subscriber numbers or identities (including temporarily assigned netword addresses and registration Internet Protocol ("IP") addresses); and

8. Means and source of payment for such service (including any credit card or bank account number) and billing records.

**Please deliver all records via email or law enforcement portal to:**

**Noah Weko (noah.weko2@us.doj.gov) and**
**David Perri (david.perri@usdoj.gov, and 304-234-7724)**
**U.S. Attorney's Office for the District of Columbia,**
**601 D Street, N.W.,**
**Washington, D.C. 20530.**

# <u>DECLARATION OF CUSTODIAN OF RECORDS</u>

Pursuant to 28 U.S.C. §1746, I, the undersigned, hereby declare:

My name is _____ .
<em>(name of declarant)</em>

I am a United States citizen and I am over eighteen years of age.  I am the custodian of records of the business named below, or I am otherwise qualified as a result of my position with the business named below to make this declaration.  I have knowledge of the record keeping system used by this business; this includes how records are created and maintained.

I am in receipt of a United States District Court Subpoena #TR2023022399740 dated
 February 27, 2023, signed by Assistant United States Attorney <u>David J. Perri</u>, requesting specified records of the business named below.

Attached hereto are _____ pages of records regarding _____
<em>(Brief description  of type of documents being subpoenaed)</em>
_____ responsive to the subpoena.  I understand  how these responsive documents were created.  Pursuant to Rules 902(11) and 803(6) of the Federal Rules of Evidence, I hereby certify that the records attached hereto:

(1) were made at or near the time of the occurrence of the matters set forth in the records, by, or from information transmitted by, a person with knowledge of those matters;

(2) were kept in the course of regularly conducted business activity, in that the records were created and preserved pursuant to established procedures, and were relied upon by an employee or this business; and

(3) were made as part of the regularly conducted business activity as a regular practice, in that the records were created and preserved as part of routine reflections of the normal operations of this business.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
<em>(date)</em>

_____
<em>(signature of declarant)</em>

_____
<em>(name and title of declarant)</em>

_____
<em>(name of business)</em>

_____
<em>(business address)</em>

_____
<em>(business address)</em>

<u>Definitions of terms used above</u>:

As defined in Fed.R.Evid. 803(6), "record" includes a memorandum, report, record, or data compilation, in any form, of acts, events, conditions, opinions, or diagnoses.  The term "business" as used in Fed.R.Evid. 803(6) and the above declaration includes business, institution, association, profession, occupation, and calling of every kind, whether or not conducted for profit.

**U.S. Department of Justice**
Washington, D.C. 20530

Request for Communications Content, Records or Other Information Under the Electronic
Communications Privacy Act (ECPA). (Authorization, Purchase Order and Receiving Report)

This form shall be used when requesting communications content, records, or other information from electronic communications or remote computing service providers under the ECPA

| 1 Tracking Number: | 2 Date Order Prepared: | 3 USAO Number: |
|---|---|---|
| TR2023022399740 | 2/27/2023 | 2021R00705 |

### Section A - Authorization and Purchase Order

| 4 Name and Address of Service Provider: | | A. | |
|---|---|---|---|
| Vimeo.com, Inc., Attn: Custodian of Records, 555 West 18th Street, New York, NY 10011 | Funding Certification & Authorization: | Budget Official Signature     Funding Available     Date | |
| | | B. | |
| | | Approving Official Signature               Date | |

| 5 Deliver Records To: | Send Completed USA-212 Form & Invoice To: | 6 Return Date: |
|---|---|---|
| Amy L. Avila, FBI Special Agent, FBI, 1 Justice Park, Houston, TX 77092 | | 3/10/2023 |

7 Remarks:    Do not proceed with compliance if the total cost will exceed _____ without prior approval. To obtain approval, call the requestor listed in Item 8.
If invoicing for these services is expected to exceed 120 days, please notify the United States Attorney's Office immediately to ensure funds remain available for payment.  Please see the attached Important Notice for additional information on invoicing and other requirements for reimbursement.

| 8 Name of Requestor: | 9 Telephone Number: | 10 Date of request: |
|---|---|---|
| David J. Perri/BHAYAKAW | 304-234-7724 | 2/27/2023 |

### Section B - ECPA Service Provider Invoice

No Payment Shall Be Made Unless Expenses Are Itemized Below Or Set Forth On Your Attached Invoice.

| 11A Invoice Number: | | Quantity | Unit Price | | Amount |
|---|---|---|---|---|---|
| 11B Tax ID Number: | | | Cost | Per | |
| 11C  Service(s)/Records Provided: | | | | | |

The costs above (or on the attached invoice) represent direct costs and have been incurred in searching for, assembling, reproducing or otherwise providing the requested information

| 12 Signature of Service Provider Representative: | 13 Date Signed: | Total Amount Claimed By Service Provider | |
|---|---|---|---|

### Section C - Receiving Report

| | | 16 Disallowance *(See Attached)* | |
|---|---|---|---|
| 14 I certify that the articles and services listed were received: | 15 Date Received: | 17 Net to Service Provider | |

| 18  Electronic Communications Privacy Act - Public Law 99-508 (18 U.S.C. 2701-2712) Request Pursuant To: *(Only One Section at Left Should Be Checked)* | | 19  Signature of Approving Official:          Date: |
|---|---|---|

| SECTION | | OBJECT CLASS | |
|---|---|---|---|
| ☐ 2702 | Voluntary Disclosure | 2570 | |
| ☐ 2703 | Compelled Disclosure | 2570 | |
| | ☐ Search Warrant | 2570 | |
| | ☐ Grand Jury Subpoena | 2570 | |
| | ☐ Court Order | 2570 | |
| | ☐ Administrative or Judicial Subpoena | 2570 | |
| ☐ 2704 | Request for Information Following Preservation | 2570 | |

20  Funding Source _____

Accounting Code:

Program _____

21  Other Accounting/Fund Information:
Program Code:          Project Code:
YREGDOC:
Call Number (if applicable):
OBL Month (YRMO):
Tax ID Number:

22  Remarks:

The costs above (or on the attached invoice) appear to be reasonably necessary and to have been directly incurred in searching for, assembling, reproducing or otherwise providing requested information

_____          _____
Signature of United States Attorney's Office Representative          Date

FORM USA-212
FEB  2014