UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | |
| : | Case No: 21-CR-00245 (APM) |
| : | |
| SHANE JENKINS, : | |
| : | |
| : | |
| Defendant. : | |

## ORDER

Upon consideration of the United States' Motion for Early Return of Trial Subpoenas Pursuant to Federal Rule of Criminal Procedure 17(c), it is hereby ORDERED:

1. That GETTR USA, Inc, (Gettr), GiveSendGo, LLC (GiveSendGo.com), GoDaddy.com, LLC (GoDaddy.com), Parler, LLC (Parler.com), Rumble, Inc. (Rumble.com), Telegram Messenger, Inc. (Telegram), T Media Tech LLC (TruthSocial.com), Twitter, Inc (Twitter), and Vimeo, LLC (Vimeo.com), be required to comply with Trial Subpoena(s) No.  TR2023022399727 (GETTR USA, Inc.), TR2023022499759 (GiveSendGo, LLC), TR2023022399731 (GoDaddy.com, LLC), TR2023022399733 (Parler, LLC), TR2023022499754 (Rumble, Inc.), TR2023022399735 (Telegram Messenger, Inc.), TR2023022399736 (T Media Tech LLC), TR2023022399738 (Twitter, Inc.), and TR2023022399740 (Vimeo.com, Inc.), by producing records as described in the Attachments to those subpoenas, a redacted copy of which were appended to the government's motion;

2. That GETTR USA, Inc, (Gettr), GiveSendGo, LLC (GiveSendGo.com), GoDaddy.com, LLC (GoDaddy.com), Parler, LLC (Parler.com), Rumble, Inc.

(Rumble.com), Telegram Messenger, Inc. (Telegram), T Media Tech LLC (TruthSocial.com), Twitter, Inc (Twitter), and Vimeo, LLC (Vimeo.com), in lieu of appearing in court with the requested records, may provide them directly to the U.S. Attorney's Office for the District of Columbia before March 10, 2023, at 3:00 p.m.;

3. That the United States shall produce any subpoena results received promptly to the defendant through the discovery process; and

4. That the United States may grant either of the entities subpoenaed any requested necessary extensions of time to comply with the subpoenas.

So ordered.

Date: _____       _____
                                           AMIT P. MEHTA
                                           UNITED STATES DISTRICT JUDGE