# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : |
| | : **Case No. 21-CR-245 (APM)** |
| v. | : |
| | : |
| **SHANE JENKINS,** | : |
| | : |
| Defendant. | : |
| | : |

## [PROPOSED] ORDER

Upon consideration of Defendant Shane Jenkins' Motion for to Continue Trial, it is

**ORDERED**, that the Motion is **GRANTED**.


Date: _____            _____
                                 Amit P. Mehta
                                 United States Judge