IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | Case No.: 1:21-cr-245 (APM) |
| v. | |
| **SHANE JENKINS** | |
| **Defendant.** | |

# VERDICT FORM

**Count I:**     **Civil Disorder**

_____                    _____
Guilty                                              Not Guilty


**Count II:**     **Obstruction of an Official Proceeding and Aiding and Abetting**

_____                    _____
Guilty                                              Not Guilty


**Count III:**     **Assaulting, Resisting, or Impeding Certain Officers Using a Deadly or Dangerous Weapon**

_____                    _____
Guilty                                              Not Guilty


**Count IV:**     **Theft of Government Property**

_____                    _____
Guilty                                              Not Guilty

**Count V:**   **Destruction of Government Property**

_____          _____
Guilty                                             Not Guilty

If you have marked Guilty as to Count III above, proceed to Count IV.  If not, you must consider the lesser included offense:

**Entering or Remaining in a Restricted Building or Grounds**

_____          _____
Guilty                                             Not Guilty

**Count VI:**   **Entering and Remaining in a Restricted Building or Grounds with a Deadly or Dangerous Weapon**

_____          _____
Guilty                                             Not Guilty

If you have marked Guilty as to Count VI above, proceed to Count VII.  If not, you must consider the lesser included offense:

**Entering or Remaining in a Restricted Building or Grounds**

_____          _____
Guilty                                             Not Guilty

**Count VII:**   **Disorderly or Disruptive Conduct in a Restricted Building or Grounds with a Deadly or Dangerous Weapon**

_____          _____
Guilty                                             Not Guilty

If you have marked Guilty as to Count VII above, proceed to Count VIII.  If not, you must consider the lesser included offense:

**Disorderly or Disruptive Conduct in a Restricted Building or Grounds**

_____          _____
Guilty                                             Not Guilty

**Count VIII:   Engaging in Physical Violence in a Restricted Building or Grounds with a Deadly or Dangerous Weapon**

_____                                        _____
Guilty                                                                    Not Guilty

If you have marked Guilty as to Count VIII above, proceed to Count IX.  If not, you must consider the lesser included offense:

**Engaging in Physical Violence in a Restricted Building or Grounds**

_____                                        _____
Guilty                                                                    Not Guilty


**Count IX:   Disorderly Conduct in a Capitol Building**

_____                                        _____
Guilty                                                                    Not Guilty


**Count X:   Act of Physical Violence in the Capitol Grounds or Building**

_____                                        _____
Guilty                                                                    Not Guilty



Dated this _____ day of _____, 2023


_____
FOREPERSON

3