IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | : | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Case No.: 1:21-cr-245 (APM) |
| | : | |
| v. | : | |
| | : | |
| **SHANE JENKINS** | : | |
| | : | |
| **Defendant.** | : | |
| | : | |

### STIPULATION OF THE PARTIES

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, Shane Jenkins, with the concurrence of his attorneys, agree and stipulate to the following:

### *Identity of the Defendant*

The photo below is Government Exhibit XXX and is a still-shot of Government Exhibit XXX which was extracted from Defendant Shane Jenkins' cellphone. It is an image of Shane Jenkins as he appeared on January 6, 2021, while in Washington, DC.



Page **1** of 4

The photo below is Government Exhibit XXX which was taken from publicly available video footage from the United States Capitol Grounds on January 6, 2021. Circled in red is Shane Jenkins as he appeared on January 6, 2021.



The photo below is Government Exhibit XXX and is a still shot from Government Exhibit XXX which is publicly available video footage from the United States Capitol Grounds on January 6, 2021. It is an image of Shane Jenkins as he appeared on January 6, 2021, while in Washington, DC.



The photo below is Government Exhibit XXX and is a still shot of Government Exhibit <mark>XXX</mark>, which is CCTV video footage from the United States Capitol Grounds on January 6, 2021. Circled in red is Shane Jenkins as he appeared on January 6, 2021.



Respectfully submitted,

| FOR THE DEFENDANT | FOR THE UNITED STATES |
|---|---|
|  | Matthew M. Graves |
|  | United States Attorney |
|  | D.C. Bar No. 481052 |
| By: */s/ Dennis E. Boyle* | By: */s/ David J. Perri* |
| DENNIS E. BOYLE | DAVID PERRI |
| BOYLE & JASARI LLP | WV Bar No. 9219 |
| 1050 Connecticut Ave | Assistant United States Attorney - Detailee |
| Suite 500 | U.S. Attorney's Office for the District of Columbia |
| Washington, DC 20036 | 601 D Street, N.W. |
| 202-430-1900 | Washington, D.C. 20530 |
| Email: dboyle@dennisboylelegal.com | Phone: (304) 234-0100 |
|  | Email: David.perri@usdoj,gov |
| By: */s/ Blerina Jasari* | By: */s/ Holly F. Grosshans* |
| BLERINA JASARI | HOLLY F. GROSSHANS |
| BOYLE & JASARI LLP | Assistant United States Attorney |
| 1050 Connecticut Avenue | D.C. Bar No. 90000361 |
| Suite 500 | U.S. Attorney's Office for the District of Columbia |
| Washington, DC 20036 | 601 D Street, N.W. |
| 917-886-0252 | Washington, D.C. 20530 |
| Email: bjasari@dennisboylelegal.com | Phone: (202) 252-6737 |
|  | Email: Holly.Grosshans@usdoj.gov |