**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| | **:** | |
| **UNITED STATES OF AMERICA** | **:** | **Case No.: 1:21-cr-245 (APM)** |
| | **:** | |
| **v.** | **:** | |
| | **:** | |
| **SHANE JENKINS** | **:** | |
| | **:** | |
| **Defendant.** | **:** | |
| | **:** | |

## STIPULATION OF THE PARTIES

The United States of America, by and through its attorney, the United States Attorney for

the District of Columbia, and the defendant, Shane Jenkins, with the concurrence of his attorneys,

agree and stipulate to the following:

### *The Defendant's Social Media Accounts*

As part of this case, the Federal Bureau of Investigation ("FBI") has found that the defendant had accounts on various social media platforms before, on, and after January 6, 2021 as:

@redtattoo179 (Twitter)
sh.ane7428 (Instagram)
shane_jenkins (Instagram)
shane.jenkins.7 (Facebook)
Shane Jenkins (LinkedIn)
@therealj6zaddy (Twitter)
Gettr.com/user/therealj6 (Gettr.com)
@therealJ6 (TruthSocial)
Shane Jenkins (Vimeo)
www.therealj6.com (GoDaddy Website)
The Real J6 (Telegram)
Parler.com/therealj6 (Parler)
Shane Jenkins' Expenses and shanejanuary6th (givesendgo)

Government Exhibits XXX through XXX are Facebook posts and comments that were obtained through legal process and are authentic, accurate, and exact copies of data received from Facebook for the Facebook account: shane.jenkins.7, which is a Facebook account used by the defendant, Shane Jenkins.

Government Exhibits XXX through XXX are Twitter posts and comments that were obtained through legal process and are authentic, accurate, and exact copies of data received from Twitter for the Twitter account: @redtattoo179, which is a Twitter account used by the defendant, Shane Jenkins.

### *The Defendant's Podcast/Entertainment Network Appearances*

Real America's Voice, "Cowboy Logic with Donna Fiducia and Don Neuen" on 10/2/22.
Sandy Rios 24/7, "Update with J6 Prisoners: James McGrew and Shane Jenkins" on 6/3/22.

Respectfully submitted,

FOR THE DEFENDANT

FOR THE UNITED STATES
Matthew M. Graves
United States Attorney
D.C. Bar No. 481052

By: */s/ Dennis E. Boyle*
DENNIS E. BOYLE
BOYLE & JASARI LLP
1050 Connecticut Ave
Suite 500
Washington, DC 20036
202-430-1900
Email: dboyle@dennisboylelegal.com

By: */s/ David J. Perri*
DAVID PERRI
WV Bar No. 9219
Assistant United States Attorney - Detailee
U.S. Attorney's Office for the District of Columbia
601 D Street, N.W.
Washington, D.C. 20530
Phone: (304) 234-0100
Email: David.perri@usdoj,gov

By: */s/ Blerina Jasari*
BLERINA JASARI
BOYLE & JASARI LLP
1050 Connecticut Avenue
Suite 500
Washington, DC 20036
917-886-0252
Email: bjasari@dennisboylelegal.com

By: */s/ Holly F. Grosshans*
HOLLY F. GROSSHANS
Assistant United States Attorney
D.C. Bar No. 90000361
U.S. Attorney's Office for the District of Columbia
601 D Street, N.W.
Washington, D.C. 20530
Phone: (202) 252-6737
Email: Holly.Grosshans@usdoj.gov