IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No.: 1:21-cr-245 (APM) |
| v. | : | |
| SHANE JENKINS | : | |
| Defendant. | : | |

## STIPULATION OF THE PARTIES

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, Shane Jenkins, with the concurrence of his attorney, agree and stipulate to the following:

### *The Defendant's Cell Phone*

As part of this case, the Federal Bureau of Investigation ("FBI") legally obtained Defendant Shane Jenkins' cell phone and performed a download of its contents. The FBI maintained proper chain of custody for the defendant's cell phone, and the data recovered from his cell phone, throughout the pendency of this case. The FBI employed proper and reliable techniques to extract the data from the defendant's cell phone. The defendant's cell phone number was: +1 (XXX) XXX-8739. Government Exhibits XXX through XXX are accurate and authentic copies of digital content extracted from the defendant's cell phone. Any modifications of the defendant's extraction were stylistic in nature and done to aid in the visual presentation of the evidence.

Respectfully submitted,

FOR THE DEFENDANT

FOR THE UNITED STATES
Matthew M. Graves
United States Attorney
D.C. Bar No. 481052

By: */s/ Dennis E. Boyle*
DENNIS E. BOYLE
BOYLE & JASARI LLP
1050 Connecticut Ave
Suite 500
Washington, DC 20036
202-430-1900
Email: dboyle@dennisboylelegal.com

By: */s/ David J. Perri*
DAVID PERRI
WV Bar No. 9219
Assistant United States Attorney - Detailee
U.S. Attorney's Office for the District of Columbia
601 D Street, N.W.
Washington, D.C. 20530
Phone: (304) 234-0100
Email: David.perri@usdoj,gov

By: */s/ Blerina Jasari*
BLERINA JASARI
BOYLE & JASARI LLP
1050 Connecticut Avenue
Suite 500
Washington, DC 20036
917-886-0252
Email: bjasari@dennisboylelegal.com

By: */s/ Holly F. Grosshans*
HOLLY F. GROSSHANS
Assistant United States Attorney
D.C. Bar No. 90000361
U.S. Attorney's Office for the District of Columbia
601 D Street, N.W.
Washington, D.C. 20530
Phone: (202) 252-6737
Email: Holly.Grosshans@usdoj.gov