IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No.: 1:21-cr-245 (APM) |
| v. | : | |
| SHANE JENKINS | : | |
| Defendant. | : | |

## STIPULATION OF THE PARTIES

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, Shane Jenkins, with the concurrence of his attorneys, agree and stipulate to the following:

### *United States Capitol Police Closed Circuit Video Monitoring*

The United States Capitol Police (USCP) operate and maintain closed-circuit video monitoring and recording equipment that captures locations inside and outside of the U.S. Capitol building and on the Capitol grounds. The video equipment timestamps each recording with the date and time at which the footage is captured. The USCP-controlled video equipment was in good working order on January 6, 2021, and video footage recovered from the cameras and equipment with the timestamp of January 6, 2021 is footage from January 6, 2021. The events depicted in the video footage are a fair and accurate depiction of the events at the U.S. Capitol on January 6, 2021, the timestamps on the recordings are accurate, and the video footage was not altered or edited it any way.

In Government Exhibits XXX, the slight modification to the video footage highlighting the defendant with a red circle did not in any way alter the substance of what is depicted or render the

footage inaccurate.

The video footage is authentic in that it is what it purports to be.

Respectfully submitted,

| FOR THE DEFENDANT | FOR THE UNITED STATES |
|---|---|
| | Matthew M. Graves |
| | United States Attorney |
| | D.C. Bar No. 481052 |
| By: */s/ Dennis E. Boyle* | By: */s/ David J. Perri* |
| DENNIS E. BOYLE | DAVID PERRI |
| BOYLE & JASARI LLP | WV Bar No. 9219 |
| 1050 Connecticut Ave | Assistant United States Attorney - Detailee |
| Suite 500 | U.S. Attorney's Office for the District of Columbia |
| Washington, DC 20036 | 601 D Street, N.W. |
| 202-430-1900 | Washington, D.C. 20530 |
| Email: dboyle@dennisboylelegal.com | Phone: (304) 234-0100 |
| | Email: David.perri@usdoj,gov |
| By: */s/ Blerina Jasari* | By: */s/ Holly F. Grosshans* |
| BLERINA JASARI | HOLLY F. GROSSHANS |
| BOYLE & JASARI LLP | Assistant United States Attorney |
| 1050 Connecticut Avenue | D.C. Bar No. 90000361 |
| Suite 500 | U.S. Attorney's Office for the District of Columbia |
| Washington, DC 20036 | 601 D Street, N.W. |
| 917-886-0252 | Washington, D.C. 20530 |
| Email: bjasari@dennisboylelegal.com | Phone: (202) 252-6737 |
| | Email: Holly.Grosshans@usdoj.gov |