IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No.: 1:21-cr-245 (APM) |
| v. | : | |
| SHANE JENKINS | : | |
| Defendant. | : | |

## STIPULATION OF THE PARTIES

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, Shane Jenkins, with the concurrence of his attorneys, agree and stipulate to the following:

### *The Capitol Building and Grounds*

By law, the U.S. Capitol, which is located at First Street, SE, in Washington, D.C., is secured twenty-four hours a day by U.S. Capitol Police (USCP). At the U.S. Capitol, the building itself has 540 rooms covering 175,170 square feet of ground, roughly four acres. The building is 751 feet long (roughly 228 meters) from north to south and 350 feet wide (106 meters) at its widest point. The U.S. Capitol Visitor Center is 580,000 square feet and is located underground on the east side of the Capitol. On the west side of the Capitol building is the West Front, which includes variety of open concrete spaces, a fountain surrounded by a walkway, two broad staircases, and multiple terraces at each floor. On January 6, 2021, the inaugural stage scaffolding was on the West Front of the Capitol building. On the East Front are three staircases, porticos on both the House and Senate side, and two large skylights into the Visitor's Center surrounded by a concrete parkway.

### *The Certification of the Electoral College Vote*

On January 6, 2021, a joint session of the United States Congress convened at the U.S. Capitol. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in both the House and Senate chambers of the Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on Tuesday, November 3, 2020.

On January 6, 2021, the House of Representatives began its session at approximately 12:00 p.m., the Senate began its session at approximately 12:30 p.m., and the two Houses met together at approximately 1:00 p.m. in the House of Representatives chamber to begin the joint session. Vice President Mike Pence was in the Capitol building and presiding over the joint session. At approximately 1:15 p.m., the House and Senate adjourned to their separate chambers for up to two hours to resolve a particular objection.

At approximately 2:12 p.m., Vice President Pence evacuated the Senate chamber, and approximately one minute later the senator who had become the presiding officer in Vice President Pence's absence declared that the Senate would stand in recess. Senators evacuated the Senate chamber.

At approximately 2:15 p.m., Speaker Nancy Pelosi, who was presiding over the House of Representatives, evacuated the House chamber, and approximately fifteen minutes later the representative who had become the presiding officer in her absence declared that the House would stand in recess. Representatives evacuated the House chamber. Other Representative were evacuated later from the House Gallery.

The joint session was suspended.

The Senate and House resumed meeting at approximately 8:06 p.m. and 9:02 p.m., respectively. Congress's joint session continued until approximately 3:44 a.m. on January 7, 2021, when it completed the certification of the Electoral College vote.

Respectfully submitted,

| FOR THE DEFENDANT | FOR THE UNITED STATES |
|---|---|
| | Matthew M. Graves |
| | United States Attorney |
| | D.C. Bar No. 481052 |
| By: */s/ Dennis E. Boyle* | By: */s/ David J. Perri* |
| DENNIS E. BOYLE | DAVID PERRI |
| BOYLE & JASARI LLP | WV Bar No. 9219 |
| 1050 Connecticut Ave | Assistant United States Attorney - Detailee |
| Suite 500 | U.S. Attorney's Office for the District of Columbia |
| Washington, DC 20036 | 601 D Street, N.W. |
| 202-430-1900 | Washington, D.C. 20530 |
| Email: dboyle@dennisboylelegal.com | Phone: (304) 234-0100 |
| | Email: David.perri@usdoj,gov |
| By: */s/ Blerina Jasari* | By: */s/ Holly F. Grosshans* |
| BLERINA JASARI | HOLLY F. GROSSHANS |
| BOYLE & JASARI LLP | Assistant United States Attorney |
| 1050 Connecticut Avenue | D.C. Bar No. 90000361 |
| Suite 500 | U.S. Attorney's Office for the District of Columbia |
| Washington, DC 20036 | 601 D Street, N.W. |
| 917-886-0252 | Washington, D.C. 20530 |
| Email: bjasari@dennisboylelegal.com | Phone: (202) 252-6737 |
| | Email: Holly.Grosshans@usdoj.gov |