UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | : | |
| --- | --- | --- |
| | : | |
| v. | : | CASE NO. 21-cr-245 (APM) |
| | : | |
| SHANE JENKINS | : | |
| | : | |
| Defendants. | : | |

**Government Exhibits**

| 100 Series – Photographic and Video Evidence |||||
| --- | --- | --- | --- | --- |
| *Ex. No.* | *Description of Exhibit* | *Marked for I.D* | *Received in Evidence* | *Witness* | *Ex. Sent to Jury (date/time)* |
| 101 | Daily Caller Video Clip | | | | |
| 102 | Preacher Video Clip | | | | |
| 103 | Storm on US Capitol Video Clip | | | | |
| 104 | IMG_5987.mov | | | | |
| 105 | IMG_6658.mov | | | | |
| 106 | A124.mp4 | | | | |
| 106.1 | Clip of 106 | | | | |
| 106.2 | Clip of 106 | | | | |
| 107 | Twitter Feed.mp4 | | | | |
| 107.1 | Twitter Feed Screenshot | | | | |
| 107.2 | Twitter Feed Screenshot | | | | |
| 108 | Kde14bJTM56p_cvt.mp4 Clip | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 109 | Full Footage Patriots Storm the Capitol | 2 | | | | |
| 109.1 | Clip of 109 (D on ledge) | | | | | |
| 109.2 | Clip of 109 (Furniture through window) | | | | | |
| 109.3 | Clip of 109 (D throwing drawer into LWT Tunnel) | | | | | |
| 109.4 | Clip of 109 (D standing under broken window) | | | | | |
| 109.4.1 | Still of 109.4 | | | | | |
| 109.5 | Clip of 109 (D still standing under broken window) | | | | | |
| 110 | Video of Interior of ST2M | | | | | |
| 110.1 | Screenshot of Ex. 110 | | | | | |
| 111 | Ak BWC (16:03 hrs) | | | | | |
| 111.1 | Ex. 111 with D circled in red | | | | | |
| 112 | CCTV of Tunnel (13:58 hrs) | | | | | |
| 112.1 | Ex. 112 with D circled in red | | | | | |
| 113 | Leisure BWC | | | | | |
| 114 | JRobertson Video | | | | | |
| 114.1 | Ex. 114 with D circled in red (first 4 throws) | | | | | |
| 114.2 | Ex. 114 with D circled in red (throws 6-8) | | | | | |
| 114.3 | Ex. 114 and CCTV compiled to show highlight 5th throw (flag) | | | | | |
| 115 | CCTV of D throwing into Tunnel | | | | | |
| 115.1 | Ex. 115.1 with D circled in red (throws 1-4) | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 115.2 | Ex. 115.1 with D circled in red (throws 5-8) | 3 | | | |
| 116 | Washington Post Video Clip | | | | |
| 117 | DC Burning Clip | | | | |
| 118 | BWC of MPD Officer Hunter | | | | |
| 119 | CCTV and BWC compiled video of drawer throw | | | | |
| 120 | Still of Open-Source Video of drawer throw | | | | |
| 121 | Still of Open-Source Video of white flag thrown | | | | |
| 122 | ABQ Raw Video Clip | | | | |
| 122.1 | Still of Ex. 122 | | | | |
| 123 | Still of Open-Source Video | | | | |
| 124 | Still of Open-Source Video | | | | |
| 125 | BWC of MPD Officer Warren | | | | |
| 125.1 | Still of Ex. 125 | | | | |
| **200 Series – Cellphone and Social Media Evidence** | | | | | |
| 201.1-201.10 | Cellphone Text Messages | | | | |
| 202.1 – 202.30 | Cellphone Videos | | | | |
| 203.1 – 203.10 | Twitter Evidence | | | | |
| 204.1 – 204.30 | Facebook Evidence | | | | |
| 205 | Sandi Rios Interview 6/3/22 | | | | |
| 206 | Real America's Voice Interview 10/2/22 | | | | |

| | 300 Series – Physical Evidence | | | | |
|---|---|---|---|---|---|
| 301 | iPhone | | | | |
| 302.1 and 302.2 | 2 tomahawk axes | | | | |
| 303 | Glove | | | | |
| 304 | Backpack | | | | |
| 305 | Beanie | | | | |
| 306 | Black Gloves | | | | |
| 307 | Black Hooded Jacket | | | | |
| 308 | Blue Hooded Sweatshirt | | | | |
| 309 | Paper with Notes | | | | |
| 310 | Green Record Book | | | | |
| | 400 Series – Legal and Congressional Records | | | | |
| 401 | Twelfth Amendment to U.S. Constitution | | | | |
| 402.1-402.4 | 3 U.S.C. §§ 15-18 | | | | |
| 403 | Congressional Record of the Senate, Wednesday, January 6, 2021 | | | | |
| 404 | Congressional Record of the House of Representatives, Wednesday, January 6, 2021 | | | | |
| 405 | Concurrent Resolution, dated January 3, 2021 | | | | |
| 406 | US Capitol Survey Map | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 407 | Timeline of Election Cert Video | 5 | | | |
| 408.1-408.2 | Certification of Congressional Videos | | | | |
| **500 Series – Other** | | | | | |
| 501 | Capitol Riot Overview Video | | | | |
| 502.1-502.5 | Photos from Capitol Riot Overview Video | | | | |
| 503 | LWT CCTV Time-lapse Video | | | | |
| 504.1-504.2 | Photos from LWT CCTV Time-laps Video | | | | |
| 505.1-505.8 | Photographs of Area Closed Signs, barriers, security measures, and broken widows | | | | |
| 506 | Head of State Notice Email | | | | |
| 507 | Evacuation of VP Video | | | | |
| 508.1-508.2 | Evacuation of VP Photos | | | | |
| 509.1-509.4 | Safeway Business Records and Business Records Certification | | | | |
| 510 | DC Mayor Citywide Curfew Order | | | | |
| 511.1-511.2 | Model of Outside of Capitol | | | | |
| 512 | Capitol Restricted Perimeter Map | | | | |
| 513.1-513.4 | Interior of Capitol Maps | | | | |
| 514.1-514.7 | Photos of LWT crowd, barriers, riot control measures, and cert | | | | |
| 515 | Video of rioters scaling a wall | | | | |
| 516 | LWT early afternoon | | | | |
| 517 | Cost for Damage to ST-2M Window and Interior | | | | |

| 600 Series – Stipulations | |
|---|---|
| 601 | Capitol Buildings and Grounds and Electoral Certification |
| 602 | USCP and MPD Official Duties |
| 603 | Capitol CCTV Cameras |
| 604 | ID of Defendant |
| 605 | Defendant's Cell Phone |
| 606 | MPD Body Worn Camera |
| 607 | Defendant's Social Media |

Respectfully submitted,

Matthew M. Graves
United States Attorney
D.C. Bar No. 481052

## CERTIFICATE OF SERVICE

I hereby certify that on December 6, 2022, I caused a copy of the foregoing motion to be served on counsel of record via electronic filing. Copies of all exhibits except the 300 series were uploaded to USAFx and provided to defense counsel.

*/s/ David Perri*
DAVID PERRI
Assistant United States Attorney