UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | : | |
| --- | --- | --- |
| | : | |
| v. | : | CASE NO. 21-cr-245 (APM) |
| | : | |
| SHANE JENKINS | : | |
| | : | |
| Defendants. | : | |

**United States' Exhibit List - AMENDED**

| 100 Series – Photographic and Video Evidence ||||||
| --- | --- | --- | --- | --- | --- |
| *Ex. No.* | *Description of Exhibit* | *Marked for I.D* | *Received in Evidence* | *Witness* | *Ex. Sent to Jury (date/time)* |
| 101 | Daily Caller Video Clip | | | | |
| 102 | Chaos on Capitol Hill | | | | |
| 102.1 | Clip of Ex. 102 (at 6:57) | | | | |
| 103 | Storm on US Capitol Video Clip | | | | |
| 104 | IMG_5987.mov | | | | |
| 104.1 | Still of Ex. 104 (at 00:06) | | | | |
| 105 | IMG_6658.mov | | | | |
| 106 | A124.mp4 [redacted] | | | | |
| 106.1 | Clip of Ex. 106 (D breaking window at 00:29) | | | | |
| 106.2 | Clip of Ex. 106 (D talking about breaking the window at 5:47) | | | | |
| 106.3 | View of Ex. 106 from Tunnel (CCTV video at 3:41) | | | | |
| 106.4 | Clip of Ex. 106 (inside ST2M at 7:17) | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 106.5 | Screenshot from Ex. 106.4 (desk with missing drawers at 7:34) | 2 | | | |
| 107 | Twitter Feed.mp4 | | | | |
| 107.1 | Screenshot of Ex. 107 | | | | |
| 107.2 | Screenshot of Ex. 107 | | | | |
| 108 | Kde14bJTM56p_cvt.mp4 Clip | | | | |
| 108.1 | Still of Ex. 108 (at 00:21) | | | | |
| 109 | Full Footage Patriots Storm the Capitol | | | | |
| 109.1 | Clip of Ex. 109 (at 54:08 - D on ledge) | | | | |
| 109.2 | Clip of Ex. 109 (at 1:20:02 - Furniture through window) | | | | |
| 109.3 | Clip of Ex. 109 (at 1:20:42 - D throwing drawer into LWT Tunnel) | | | | |
| 109.4 | Clip of Ex. 109 (at 1:10:11 - D standing under broken window) | | | | |
| 109.5 | Clip of Ex. 109 (at 1:12:05 -D still standing under broken window) | | | | |
| 109.5.1 | Screenshot of Ex. 109.5 (at 1:12:12 - D under window) | | | | |
| 109.6 | Screenshot of Ex. 109 (at 54:12) | | | | |
| 109.7 | Screenshot of Ex. 109 (at 1:06:15) | | | | |
| 109.8 | Screenshot of Ex. 109 (at 1:06:39) | | | | |
| 109.9 | Screenshot of Ex. 109 (at 1:10:03) | | | | |
| 109.10 | Screenshot of Ex. 109 (at 1:21:14) | | | | |
| 109.11 | Still of Broken Window (at 1:11:09) | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 110 | Lev Radin Video | 3 | | | | |
| 111 | BWC of Officer Ak (at 16:03 hrs) | | | | | |
| 111.1 | Ex. 111 with D circled in red | | | | | |
| 112 | CCTV of Tunnel (15:56 hrs) D circled in red | | | | | |
| 113 | Parler Video (D hand on shield) | | | | | |
| 114 | JRobertson Video | | | | | |
| 114.1 | Ex. 114 (at 02:03 - with D circled in red) | | | | | |
| 114.2 | Ex. 114 (at 06:57 - with D circled in red) | | | | | |
| 114.3 | Ex. 114 (at 05:48) | | | | | |
| 115 | CCTV of Tunnel (16:26 hrs - D circled in red | | | | | |
| 115.1 | Ex. 115.1 with D circled in red (at 4:27:11 – throws 1-4) | | | | | |
| 115.2 | Ex. 115.1 with D circled in red (at 4:32:34 – throws 5-9) | | | | | |
| 115.3 | Still from Ex.115 (at 4:33:38) | | | | | |
| 116 | Washington Post Video Clip | | | | | |
| 117 | ABQ Raw Video | | | | | |
| 117.1 | Clip of Ex. 117 (at 00:02) | | | | | |
| 118 | BWC of MPD Officer Hunter (at 16:32 hrs) | | | | | |
| 119 | Drawer Montage Video (Ex. 109.2 at 0:40, Ex. 115.2, and Ex. 118) | | | | | |
| 120 | Image of D | | | | | |

| 121 | Photo of Officer AK | 4 | | | |
| 122.1 | Bedroom photo | | | | |
| 122.2 | Backpack photo | | | | |
| 122.3 | Blue hoodie in closet photo | | | | |
| 122.4 | Table in closet photo | | | | |
| 122.5 | Red beanie photo | | | | |
| 122.6 | Camo pants in closet photo | | | | |
| 122.7 | Black jacket in closet photo | | | | |
| 122.8 | Golf bag with tomahawks photo | | | | |
| 122.9 | Tomahawks in pocket photo | | | | |
| 122.10 | Tomahawks photo | | | | |
| 122.11 | Black jacket photo | | | | |
| 122.12 | Camp pants photo | | | | |
| 122.13 | Black hooded mask photo | | | | |
| 122.14 | Red beanie photo | | | | |
| 122.15 | Blue "1776" hoodie photo | | | | |
| 122.16 | Cellphone location photo | | | | |
| 122.17 | Cellphone photo | | | | |
| 122.18 | Car door with black gloves photo | | | | |
| 122.19 | Black gloves photo | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 122.20 | Gray gloves photo | 5 | | | |
| **200 Series – Cellphone and Social Media Evidence** ||||||
| 201.1 | 12.28.20 Text Message | | | | |
| 201.2 | 1.5.21 Text Message | | | | |
| 201.3 | 1.6.21 Text Message | | | | |
| 201.4 | 1.7.21 Text Message | | | | |
| 201.5 | 1.8.21 Text Message | | | | |
| 202.1 | 11:17AM Cellphone Video | | | | |
| 202.1.1 | Still of Ex. 202.1 (at 00:06) | | | | |
| 202.2 | 11:57AM Cellphone Video | | | | |
| 202.2.1 | Clip of Ex. 202.2 (at 00:02) | | | | |
| 202.2.2 | Clip of Ex. 202.2 (at 08:19) | | | | |
| 202.2.3 | Clip of Ex. 202.2 (at 17:29) | | | | |
| 202.2.4 | Clip of Ex. 202.2 (at 22:49) | | | | |
| 202.2.5 | INTENTIONALLY SKIPPED | | | | |
| 202.2.6 | Clip of Ex. 202.2 (at 39:29) | | | | |
| 202.2.7 | Clip of Ex. 202.2 (at 51:42) | | | | |
| 202.3 | 2:57PM Cellphone Video | | | | |
| 202.4 | 2:45PM Cellphone Video | | | | |
| 202.5 | 3:25PM Cellphone Video | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 202.6 | 3:22PM Cellphone Video | | | | | |
| 202.7 | 3:15PM Cellphone Video | | | | | |
| 202.7.1 | Still of Ex. 202.7.2 (at 03:15:58) | | | | | |
| 202.7.2 | CCTV of Tunnel (at 15:15 hrs) | | | | | |
| 202.7.3 | Photo of Ds hands from 202.7 (at 00:31) | | | | | |
| 202.7.4 | Photos of Ds hands from 202.7 (at 00:24) | | | | | |
| 203.1 | 12.30.20 Tweet | | | | | |
| 203.2 | 1.7.21 Tweet | | | | | |
| 204.1 | 11.7.20 (21:17:58 UTC) FB Post | | | | | |
| 204.2 | 11.7.20 (18:32:03 UTC) FB Post | | | | | |
| 204.3 | 12.18.20 FB Message | | | | | |
| 204.4 | 12.22.20 FB Message | | | | | |
| 204.5 | 1.2.21-1.3.21 FB Messages | | | | | |
| 204.6 | 1.3.21 FB Message | | | | | |
| 204.7 | 1.4.21 FB Comment | | | | | |
| 204.8 | 1.5.21 FB Message | | | | | |
| 204.9 | 1.5.21 FB Comment | | | | | |
| 204.10 | 1.6.21 FB Post | | | | | |
| 204.10.1 | FB Video (posted with Ex. 204.10) | | | | | |
| 204.11 | 1.6.21 FB Post (12:22:02 UTC) | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 204.12 | 1.6.21 FB Post (12:22:09 UTC) | | | | |
| 204.13 | 1.7.21 FB Message (14:49:29 UTC) | | | | |
| 204.14 | 1.6.21 – 1.7.21 FB Thread | | | | |
| 204.15 | 1.9.21 FB Message (21:52:40 UTC) | | | | |
| 204.16 | 1.7.21 FB Message (11:26:21 UTC) | | | | |
| 204.17 | 1.7.21 FB Message (11:34:48 UTC) | | | | |
| 204.18 | 1.7.21 FB Thread (continuation of 204.14) | | | | |
| 204.19 | 1.7.21 FB Comment (11:40:02 UTC) | | | | |
| 204.20 | 1.7.21 FB Message (11:30:28 UTC) | | | | |
| 204.21 | 1.7.21 FB Comment (12:58:36 UTC) | | | | |
| 204.22 | 1.7.21 FB Comment (13:47:06 UTC) | | | | |
| 204.23 | 1.7.21 FB Comment (15:07:57 UTC) | | | | |
| 204.24.1 | 1.7.21 FB Thread (12:12:09 UTC) | | | | |
| 204.24.2 | Ex. 204.24.1 Continued | | | | |
| 204.25 | 1.7.21 IG Post | | | | |
| 204.26 | 1.7.21 FB Photo and Comment | | | | |
| 204.27 | 1.12.21 FB Post and Photo | | | | |
| **300 Series – Physical Evidence** | | | | | |
| 301 | iPhone | | | | |
| 302.1 and 302.2 | 2 Tomahawk Axes | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 303 | Glove | | | | | |
| 304 | Backpack | | | | | |
| 305 | Beanie | | | | | |
| 306 | Black Gloves | | | | | |
| 307 | Black Hooded Jacket | | | | | |
| 308 | Blue Hooded Sweatshirt | | | | | |
| **400 Series – Legal and Congressional Records** | | | | | | |
| 401 | Twelfth Amendment to U.S. Constitution | | | | | |
| 402.1 | 3 U.S.C. §§ 15 | | | | | |
| 402.2 | 3 U.S.C. §§ 16 | | | | | |
| 402.3 | 3 U.S.C. §§ 17 | | | | | |
| 402.4 | 3 U.S.C. §§ 18 | | | | | |
| 403 | Congressional Record of the Senate, Wednesday, January 6, 2021 | | | | | |
| 404 | Congressional Record of the House of Representatives, Wednesday, January 6, 2021 | | | | | |
| 405 | Concurrent Resolution, dated January 3, 2021 | | | | | |
| 406 | Timeline of Election Cert Video | | | | | |
| 407.1 | Certification of Congressional Videos (Senate) | | | | | |
| 407.2 | Certification of Congressional Videos (House) | | | | | |
| **500 Series – Other** | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 501 | Capitol Riot Overview Video (West Front Only) | | | | | |
| 502.1 | Photo from Capitol Riot Overview Video (at 14:25) | | | | | |
| 502.2 | Photo from Capitol Riot Overview Video (at 14:29) | | | | | |
| 502.3 | Photo from Capitol Riot Overview Video (at 14:36) | | | | | |
| 502.4 | Photo from Capitol Riot Overview Video (at 14:57) | | | | | |
| 503 | Photo of the Capitol | | | | | |
| 504 | Photograph of Area Closed Signs and Bike Racking | | | | | |
| 505.1 | Photo of Area Closed Signs and Fencing | | | | | |
| 505.2 | Photo of Rioters Near Fencing and Area Closed Signs | | | | | |
| 505.3 | Photo of Rioters Breaking Down Fencing on West Front | | | | | |
| 505.4 | Photo of Rioters Tearing Down Fencing and Signage on West Front | | | | | |
| 506 | Head of State Notice Email | | | | | |
| 507 | Evacuation of VP Video | | | | | |
| 508 | 3D Rendering of the Capitol | | | | | |
| 509.1 | Safeway Business Records Certification of Authenticity | | | | | |
| 509.2 | Safeway Business Record (sales) | | | | | |
| 509.3 | Safeway Business Record (warehouse shipments) | | | | | |
| 509.4 | Safeway Business Record (email re: stores closing) | | | | | |
| 510 | DC Mayor Citywide Curfew Order | | | | | |
| 511 | Capitol Restricted Perimeter Map | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 512 | Map of Second Floor of Capitol | | | | |
| 513 | Cost of Damage of ST-2M Window | | | | |
| 514 | USCP Shield Cost Information | | | | |
| 515 | Historic Map of Capitol Grounds | | | | |
| | **600 Series – Stipulations** | | | | |
| 601 | Capitol Buildings and Grounds and Electoral Certification | | | | |
| 602 | USCP and MPD Official Duties | | | | |
| 603 | Capitol CCTV Cameras | | | | |
| 604 | ID of Defendant | | | | |
| 605 | Defendant's Cell Phone | | | | |
| 606 | MPD Body Worn Camera | | | | |
| 607 | Defendant's Social Media | | | | |
| 608 | Authentication of Video | | | | |

Respectfully submitted,

FOR THE UNITED STATES
Matthew M. Graves
United States Attorney
D.C. Bar No. 481052

By: */s/ David J. Perri*
DAVID PERRI
WV Bar No. 9219
Assistant United States Attorney - Detailee
U.S. Attorney's Office for the District of Columbia
601 D Street, N.W.
Washington, D.C. 20530
Phone: (304) 234-0100
Email: David.perri@usdoj,gov


By: */s/ Holly F. Grosshans*
HOLLY F. GROSSHANS
Assistant United States Attorney
D.C. Bar No. 90000361
U.S. Attorney's Office for the District of Columbia
601 D Street, N.W.
Washington, D.C. 20530
Phone: (202) 252-6737
Email: Holly.Grosshans@usdoj.gov

**CERTIFICATE OF SERVICE**

I, David J. Perri, Assistant United States Attorney for the District of Columbia, hereby certify that the foregoing **United States' Amended Jury Instructions** has been electronically filed with the clerk of the court using the cm/ecf system, which will send notifications of such filing to the following:

   Dennis Boyle, Esq.
   Blerina Jasari, Esq.
 Boyle & Jasari,
   1050 Connecticut Ave., NW, Suite 500
   Washington, D.C. 20036

Dated: March 19, 2023

                                        By:  */s/ David J. Perri*
                                                David J. Perri
                                                WV Bar Number: 9219
                                                Assistant United States Attorney Detailee
                                                United States Attorney's Office
                                                Northern District of West Virginia
                                                1125 Chapline St., Suite 3000
                                                Wheeling, WV 26003
                                                (304) 234-0100
                                                Email: David.perri@usdoj,gov

                                        By:  */s/ Holly F. Grosshans*
                                                HOLLY F. GROSSHANS
                                                Assistant United States Attorney
                                                D.C. Bar No. 90000361
                                                U.S. Attorney's Office for the District of
                                                    Columbia
                                                601 D Street, N.W.
                                                Washington, D.C. 20530
                                                Phone: (202) 252-6737
                                                Email:  Holly.Grosshans@usdoj.gov