CO 109A - Rev. 3/2010

## UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

_____   )
                                  )
                vs.               )     Civil/Criminal No.: ___21-cr-245 (APM)___
                                  )
SHANE JENKINS                     )
_____   )

## NOTE FROM JURY

We the Jury Are requesting
To See the TANANA Axe
As Evidence

Date: March 28, 2023

Time: 4:00 pm