CO 109A - Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
)
)
vs. )  Civil/Criminal No.: 21-cr-245 (APM)
)
SHANE JENKINS )
)

## NOTE FROM JURY

We are Requesting Another Computer please to view Videos concerning the case

Date: 3/29/23
Time: 10:27 Am

CO 109A - Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

vs.

SHANE JENKINS

Civil/Criminal No.: 21-cr-245 (APM)

**NOTE FROM JURY**

~~In count one do we have~~ B.S.
~~an option~~

B.S.

~~In relation to count five~~
~~the 3rd element of the~~
~~greater charge,~~
~~the weapons listed~~ B.S.
~~Are we suppose only~~
~~Agree on only one~~
~~Weapon Deadly Weapon, used~~
~~to Convict Shane Jenkins~~

I'm requesting more
Note Forms for the Jury
to use

Date: 3/29/23
Time: 11:20 AM

CO 109A - Rev. 3/2010

## UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

vs.

SHANE JENKINS

Civil/Criminal No.: 21-cr-245 (APM)

### NOTE FROM JURY

In Relation to Element 3 of Count 5, Are We supposed to Identify any Items we see as dangerous or deadly, or Are we supposed to only list Items we identified as a deadly or dangerous Weapon(s) used/carried in Relation to the offense?

Date: 3/29/2023
Time: 11:38 Am

CO 109A - Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

vs.

SHANE JENKINS

Civil/Criminal No.: 21-cr-245 (APM)

## NOTE FROM JURY

We the Jury Are Requesting A New Verdict Form

Date: 3/29/23
Time: 2:20

CO 109A - Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

vs.

SHANE JENKINS

Civil/Criminal No.: 21-cr-245 (APM)

**NOTE FROM JURY**

We the Jury have reached our verdicts on All Counts

Date: 3/29/23

Time: 2:44 pm