IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No.: 1:21-cr-245 (APM) |
| v. | |
| SHANE JENKINS | |
| Defendant. | |

## VERDICT FORM

**Count I:** Civil Disorder

__✓__ Guilty          _____ Not Guilty

**Count II:** Obstruction of an Official Proceeding and Aiding and Abetting

__✓__ Guilty          _____ Not Guilty

**Count III:** Assaulting, Resisting, or Impeding Certain Officers Using a Deadly or Dangerous Weapon

__✓__ Guilty          _____ Not Guilty

If you have marked Guilty as to Count III above, please identify below the object(s) that you unanimously determined were a "deadly or dangerous weapon."

Flagpole          _____

Desk drawer     __✓__

Stick-like objects __✓__

If you have marked Guilty as to Count III above, proceed to Count IV. If not, you must consider the lesser offense:

**Assaulting, Resisting, or Impeding Certain Officers**

_____  _____
Guilty                   Not Guilty

**Count IV:** **Destruction of Government Property**

\_\_\_\_✓_____  _____
Guilty                   Not Guilty

**Count V:** **Entering and Remaining in a Restricted Building or Grounds with a Deadly or Dangerous Weapon**

\_\_\_\_✓_____  _____
Guilty                   Not Guilty

If you have marked Guilty as to Count V above, please identify below the object(s) that you unanimously determined were a "deadly or dangerous weapon."

Tomahawk axe        \_\_\_✓\_\_\_

Flagpole            _____

Desk drawer         _____

Stick-like objects  _____

If you have marked Guilty as to Count V above, proceed to Count VI. If not, you must consider the lesser included offense:

**Entering or Remaining in a Restricted Building or Grounds**

_____          _____
Guilty                                                        Not Guilty

**Count VI:**  **Disorderly or Disruptive Conduct in a Restricted Building or Grounds with a Deadly or Dangerous Weapon**

___✓_____          _____
Guilty                                                        Not Guilty

If you have marked Guilty as to Count VI above, please identify below the object(s) that you unanimously determined were a "deadly or dangerous weapon."

Tomahawk axe          _____

Flagpole                    _____

Desk drawer             __✓___

Stick-like objects     _____

If you have marked Guilty as to Count VI above, proceed to Count VII. If not, you must consider the lesser included offense:

**Disorderly or Disruptive Conduct in a Restricted Building or Grounds**

_____          _____
Guilty                                                        Not Guilty

**Count VII:** Engaging in Physical Violence in a Restricted Building or Grounds with a Deadly or Dangerous Weapon

__✓__ Guilty  _____ Not Guilty

If you have marked Guilty as to Count VII above, please identify below the object(s) that you unanimously determined were a "deadly or dangerous weapon."

Tomahawk axe       __✓__

Flagpole           _____

Desk drawer        __✓__

Stick-like objects __✓__

If you have marked Guilty as to Count VII above, proceed to Count VIII. If not, you must consider the lesser included offense:

**Engaging in Physical Violence in a Restricted Building or Grounds**

_____ Guilty  _____ Not Guilty

**Count VIII:** Disorderly Conduct in a Capitol Building

__✓__ Guilty  _____ Not Guilty

**Count IX:** Act of Physical Violence in the Capitol Grounds or Building

__✓__ Guilty  _____ Not Guilty

Dated this 29 day of March 2023