# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : |
| | : Case No. 21-CR-245 (APM) |
| v. | : |
| | : |
| **SHANE JENKINS,** | : |
| | : |
| **Defendant.** | : |
| | : |

## [PROPOSED] ORDER

Upon consideration of Defendant Shane Jenkins' Motion to Continue Sentencing Hearing, it is **ORDERED**, that the Motion is **GRANTED**.

Date: _____          _____
                              Amit P. Mehta
                              United States Judge