# EXHIBIT A

September 6, 2023

To Whom This May Concern,

My name is ██████████. I am 16 years old and Shane Jenkins is my father. I am writing to provide a character reference for who I know Shane to be. Despite some difficult circumstances he has endured in his life, my dad has always been a loving and positive presence in my life.

My dad is, at heart, a goofball. He has an incredible sense of humor that has been a constant source of joy and laughter in my life, even during the toughest of times. Before he returned to prison, my brothers and I used to spend many wonderful nights at his house. We'd stay up late playing video games, cooking delicious meals together, watching movies, and sharing lots of giggles. Those moments were precious to me, and I treasure them deeply. Especially now that he has been away for more than two years.

Even after he returned to prison, my dad continued to demonstrate his love and devotion to me. On my birthdays, he never failed to surprise me with flowers and a heartfelt card, reminding me of his love. He calls me every weekend, ensuring we have a meaningful conversations. During those calls, he offers me valuable advice and guidance that I hold close to my heart. His unwavering support and love makes me feel cherished, even though I haven't been able to see him in person for a while.

In my heart, I genuinely believe that my dad is a good person. His actions and words consistently reflect his love for me and his determination to be a positive influence in my life. He goes out of his way to make sure that I know I am loved and appreciated, no matter the circumstances.

I would like to thank you for considering my perspective on my dad's character. Despite the challenges he has faced, I firmly believe that he has the capacity for change and growth. Throughout his life, he has encountered numerous obstacles and adversities, each of which he has met with remarkable strength and grace. These experiences have not only shaped his character but have also inspired significant transformation. He has learned from his past, making conscious efforts to grow and evolve as an individual.

I am proud to call him my dad, not just because of the love and care he has shown me, but also because of his unwavering commitment to self-improvement and personal growth. His story is one of resilience, redemption, and the pursuit of a better life. I have witnessed his dedication to becoming the best father he can be, and I believe it is a testament to his character and his capacity to overcome adversity.

Thank you for your time and consideration.

Sincerely,

██████████

September 7, 2023

To Whom This May Concern,

I hope this letter finds you well. I am Teyton Smith, the eldest child of Shane Jenkins, and I'm writing to provide a character reference for my father. At 23 years old, I currently reside in Burleson, Texas, and work as a sales representative for one of the fastest-growing dealers of ADT. I attribute much of my success and personal growth to the wisdom and guidance I have received from my father over the years.

My younger siblings are at a pivotal stage in their lives where they need their father more than ever. They require his wealth of life experiences, his unwavering respect, his invaluable guidance, and, perhaps most importantly, the undeniable love that only a father can provide. Having experienced the profound influence of my father's presence in my own life, I firmly believe that he can make an immeasurable difference in the lives of our younger siblings.

My relationship with my father has always been exceptional, regardless of the challenges life has thrown our way. No matter the circumstances, be it rain, snow, sleet, or hail, nothing has ever come between me and my father. I would go to the ends of the Earth to support and assist my dad, just as I know he would do the same for me. When my father enters a room, he has a unique ability to brighten it with his mere presence and authenticity. His innate charisma and genuine nature draw people towards him, and his unwavering support and loyalty make him someone you'd want on your side in any situation.

I am well aware of the difficult circumstances my dad has faced in the past, but he has consistently risen above them. He is, without a doubt, one of the strongest individuals I have ever had the privilege of knowing. I am immensely proud and honored to call him my father.

In closing, I want to express my heartfelt belief that my dad has the capacity to be an extraordinary influence and a loving presence in the lives of his children. I hope you will consider his character and the positive impact he has had on our family.

Thank you for your time and consideration.

Sincerely,

Teyton Smith

September 6, 2023

My name is ████████████, and I'm 15 years old. I'm writing to share my thoughts about my dad, Shane Jenkins. There's a lot about him that people might not know, and I want to set the record straight.

First and foremost, my dad is a really nice person. I don't know what kind of image people might have of him, but it's just not true. He's actually one of the nicest, most caring, and funniest people I know. When you're around him, you can't help but feel all warm and happy inside. Yes, he might seem all serious on the outside, but trust me, he's a big kid at heart. He loves having fun, and whenever you need something, he's usually the first one to step up and help out. That's just the kind of person he is – caring and selfless.

My dad is also super respectful to others. He's always polite and uses his manners, and he's taught me to do the same. He's been through some tough times in the past, but he's always encouraged me to learn from his mistakes and make better choices. Honestly, he's a changed man, and I'm really proud of him.

You might think he looks big and scary, but that's just on the outside. In reality, he's a gentle giant. He's someone you can feel totally comfortable around, and you can talk to him about anything. He'll always try to make you feel better, no matter what's bothering you.

My dad is not some horrible person like some people might think. He loves everybody and is really caring. He's always been there for me and my family, and I know he'd do anything to make our lives better.

So, please, don't believe all the bad stuff you might have heard about my dad. He's a great guy, and I hope you can see that too.

Thank you for taking the time to read my letter.

Sincerely,

██████████████

September 6, 2023

To Whom This May Concern,

My name is Bethany Holcomb, and I am the mother of Shane's daughter, ████████ I have known Shane for a little over 16 years, and I would like to offer my perspective on his character.

Throughout my time knowing Shane, he has consistently demonstrated a positive outlook on life, even in the face of adversity. He possesses an innate ability to find the silver lining in challenging situations and provides words of encouragement that can uplift anyone's spirits. Even though we are currently miles apart, Shane manages to put a smile on my face and helps me maintain a positive perspective on life.

Shane is an individual of unwavering honesty and determination. He is always willing to lend a helping hand to others whenever the opportunity arises. His willingness to assist those in need showcases his compassionate and selfless nature.

When it comes to our daughter, ██████, Shane has always played a crucial and supportive role in her upbringing. His commitment to her well-being and happiness knows no bounds. He consistently strives to provide the best possible support and guidance to ensure that ██████ is growing up in a loving and nurturing environment. Her happiness and success are of paramount importance to him, and he goes above and beyond to ensure her needs are met.

In conclusion, I would like to express my gratitude for considering my thoughts on Shane's character. He is not only a positive and compassionate individual but also an excellent father and a reliable source of support for our daughter, ██████.

Thank you for allowing me to share my perspective.

Sincerely,

Bethany Holcomb

To whom it may concern,

My name is Brenna Lancaster, and Shane Jenkins is my uncle. Shane is an outstanding member of his community. He has found GOD and joined a mission group called C.H.A.R.M. He would play basketball, and teach the word of GOD to at risks youth in his community. Shane would volunteer his time to teach the word of GOD to incarcerated men who where lost and looking for a purpose. He always steps up when he sees a need. He would do anything he could to help a person who is struggling. He is a a father figure to the children of Houston, Texas. He is a father figure to all, myself included. Shane has never met a stranger. He smiles at everyone he sees, always asking if they are doing okay.

Shane is a loving father, brother, uncle, and friend. Please take into consideration the family he is leaving behind while incarcerated. Our family isn't very large anymore and he is the only uncle I have and I love him dearly. Family is everything to us. We miss him dearly.

Sincerely,
Brenna Lancaster

To whom it may concern,

My relationship to Shane is uncle by marriage.

God, Country, Family, that's Shane L. Jenkins, he is a public speaker for a Christian outreach program, also a mentor for the at risk youths through the same organization. He is a hard working father and provider for all four of his children, never leaves one feeling less than, always has a positive message and loves this country more thank anyone I ever met, Please release him to be the productive person he was, and not a costly mistake added to todays economy by leaving him in the jail system. I don't have much of a family of my own and I have grown to love Shane and I am proud to be able to call him my uncle, my family.

-Tanner Lancaster

To whom it my concern,

No one has ever not needed a second chance-

Shane is my last remaining relative of our generation. Although I always thought growing old would take longer, I'm in my 60's and failing health, seeing clearly a lengthy prison term effectively guarantees no chance to see him again in this life. He still stands out as being the best citizen, father, brother, person I have ever known. Please, please, do what's right, not what's easy, this world will never be better without him living in it, contributing so much with me, you, all of us in this country he loves so much.

Thank you,
God Bless

Mark Brynn Vanwinkle

CHARACTER REFERENCE FOR SHANE JENKINS

To whom it may concern,

Thank you for the opportunity to share a little about me, how I came to know Shane Jenkins and to give you some insight on my perspective of who he is as a person.  My primary purpose in writing you today is to provide a character reference for Shane Jenkins.

My name is Christi Skiles.  I served 20 years on active duty in the United States Air Force.  In 2018, I have retired from active duty; I am now working as a government civilian on Tyndall Air Force Base in Florida.  I am the mother of 2 beautiful girls that keep me very active with their extracurricular activities.  I am also currently serving on the Stand in the Gap foundation board.

Shane has been an integral part of my life for almost 30 years.  We have remained great friends through all of life's challenges and successes.  As you know, his record does have a few missteps, but he has always managed to make the best out of these situations.  His care for others and his friendship has never been in question.  His faith does not waver.  His previous challenges are now part of an amazing testimony and I believe is and will be the catalyst for many great things to come.  He has served in faith-based programs, worked for CHARM prison ministry, excelled in Toastmasters, volunteered as a GED tutor, and founded the Stand in the Gap foundation to name a few.   Over the years, he has continually shown what makes Shane the happiest.  It is his faith and helping others.  I have always found him to be trustworthy, hardworking and intelligent.  He has demonstrated to me to be a man of God, a good Father and son, and most of all, someone that I can depend on throughout most of my life.  I believe that Shane Jenkins is a valuable member of our society who makes a positive impact on those around him.

I appreciate your time and consideration.  I also hope this gives you some insight of Shane over the past 30 years.  If I can be of further assistance, please do not hesitate to contact me by phone at (817) 505-6137, or via email at cmskiles@yahoo.com.

Sincerely

SKILES.CHRISTI.
GAYLE.1129959
734

Digitally signed by
SKILES.CHRISTI.GAYLE.112
9959734
Date: 2023.09.09 10:34:22
-05'00'

CHRISTI G. SKILES

September 8, 2023

To Whom This May Concern,

I am writing this letter to express my unwavering support for Shane Jenkins, a person I have had the privilege of knowing for half of my life. I want to shed light on the genuine character of Shane, the kind, loving, and goofy person I have come to know.

One of Shane's most defining qualities is his unwavering devotion to his children. He has consistently shown his commitment to being a loving and supportive father, especially during their formative years when they need him the most. Shane's actions, even those that may not accurately represent his true character, do not define the essence of who he is as a person. I firmly believe that he has learned from his past mistakes and is genuinely committed to making positive changes in his life.

I am writing this letter to appeal to the court for leniency and mercy in Shane's sentencing. I firmly believe that he is a good man who has demonstrated his dedication to helping others, particularly in his work with at-risk youth within the church community. Shane has consistently dedicated his time and effort to support those who are less fortunate than others.

I implore you to consider the impact of your decision on Shane's children, who are in desperate need of their father's presence in their lives. Shane's role as a father has been an invaluable source of love, guidance, and support, and his children depend on his positive influence.

In conclusion, I kindly request that you find it within your heart to show mercy and grant Shane Jenkins the opportunity to come home to his children. I have faith that he has the capacity to continue making a positive impact on their lives and the lives of those he serves in the community.

Thank you for your time and consideration.

Sincerely,

Courtney Ashley

To whom it may concern:

My name is Patrick Aaron Kennedy, I write this in regards to my Brother/Friend Shane Jenkins. I have known Shane for most of my life. Since high school to be precise, so therefore seeing him in this position really pains me. I'm not fully acquainted with the specifics around why his case is before you now so I couldn't really speak on that. What I can speak on though is the person I know him to be in my presence. Shane has always been a reliable, loyal, trustworthy person to me.

I know first hand that he is a son/man of God and have witnessed him actually walk out his faith and not just talk about it! I am a man who myself has had struggles. Yet have been shown mercy and am now living an abundantly blessed life. One I know I would not be living if someone in your position had not chosen to shown me mercy! Shane has children, family, friends and peers I know who depend on his presence and leadership and I believe their futures will one way or another be affected by your decisions in his case just as they were by the decisions he made in which  has him standing before you now! I write this with respect and honor for you position and judgements that rest upon your shoulders! I could not imagine having that responsibility. As a believer I am instructed to respect the authority appointed over me/us. I just pray that God moves your hand to mercy for my friend Shane.  And I am looking forward to what life brings him once all this smoke clears.


And I thank you for your time and consideration in this matter.


May God keep you and bless you and move your Hand accordingly!
Patrick Aaron Kennedy

September 6, 2023

To Whom This May Concern,

I am a personal friend of Shane Jenkins. We have known each other for several years. From the first day we met, Shane has been very open and honest about his life journey. He proved himself to be very trustworthy and loyal throughout our friendship. Shane was very passionate about his work with CHARM prison ministry and his roommate, Mike. After Shane's earlier incarcerations, he had rehabilitated himself and became a productive member of society. He continues to pursue knowledge through reading  - learning about history, God, and self-improvement. Shane always availed himself to me and my family. My daughters appreciated his strong presence and added layer of protection his "rough" appearance (neck and face tattoos) provided them when in public. Shane never acted less than honorable and loyal when we were together and he was always quick to serve and sacrifice for those around him. I have been amazed by his consistent positive outlook during his incarceration in Washington, D.C. He always has something nice to say about his fellow inmates and has chosen to not take the route of bitterness despite the drawn out timeline of this situation.  He has consistently chosen to rise above the fray and serve God without hesitation, no matter where he is. I hope you will consider this father still has a purpose to fulfill and children to love and be involved with. My sincere desire is to see Shane rejoin society and continue to work as a productive member of our community where he is dearly loved and missed.

Sincerely,
Sharon Krahn

September 2, 2023

To whom it may concern,

My name is Anita DeBorde. I am a high school French teacher from Deer Park, Texas. I have lived in the Houston area all my life, and for the last 19 years I have been an active member of Houston's First Baptist Church, where I teach a single adult Bible study class.

I met Shane Jenkins in 2018 when we attended the same Bible study class at our church. When we first met, I knew that he was involved with the C.H.A.R.M prison ministry and that he had served time, but I didn't know any details about his story. One night at a class event, he shared his testimony with me, explaining how he had come to faith while in prison. As I heard his story, I could feel the genuineness of his faith and his desire to be a godly man and live the kind of life that would be pleasing to God. I know he had a heart to serve other people and grow in his faith, but I also know from my own personal experience that making drastic changes in your life can be challenging.

I don't know the details of what happened on January 6 or the part Shane played in the events in question, but I can imagine it would be easy to get caught up in the adrenaline and emotion of the moment in a situation like what took place. I do believe people are responsible for their own decisions and choices, but I also believe you can't completely discount the power of group influence, especially when you believe those in leadership, those whom you trust, are encouraging the behavior.

I believe Shane's faith is still important to him and he still does want to live a life that is pleasing to God, even if he got off course for awhile. Everyone makes mistakes in their lives and finds themselves in need of grace and mercy, and Shane is no exception. That being the case, on his behalf, I would like to ask the court to exercise mercy in their judgment regarding Shane's case. I believe he will make the most of a second chance if it is given to him.

Thank you for your consideration in this matter.

Sincerely,

Anita DeBorde

To whom it may concern,

My name is Cory Mizell and I live in Houston, Texas. I am a business owner and a lay leader in my church. I am writing this letter to attest to the character of Shane Jenkins.

I first met Shane on the basketball court on an early weekday morning in 2018. He had come to play that morning with other members of the Christ Hope and Reconciliation Ministry (C.H.A.R.M.) as they would come and play at the church with other members of the community. Over the coming years, I interacted with Shane on the basketball court, at church, and most recently through correspondence during his incarceration. I have never known him to be anything other than a follower of Christ that was daily working to overcome the consequences of his past circumstances and choices. He has been kind, understanding, and respectful, especially on the basketball court where things can absolutely get heated. I ask that you see Shane in the same light that I see him: deeply desiring to do better and be better.

I am available to discuss this further and answer any questions about the nature of my relationship with Shane if you so desire. You can reach me by email at mizellca@gmail.com.

Sincerely,

Cory Mizell

To Whom It May Concern,

My name is David Trickett. I am the Founding Director of CHARM prison ministry, the reentry/transitional organization that Shane Jenkins paroled to after his last incarceration. I myself had 8 felony charges and served 4 different terms in Texas prisons. It was during my final incarceration that I had a come-to-Jesus realization – quite literally. I became a Christian and radically, my life began to change.

Seven years after my release for the final time, I founded Christ's Hope and Reconciliation Ministry , an evangelistic organization serving incarcerated men and their families. Over the years we have opened 7 transitional houses, providing a safe place for men to transition beck into society. We are a religious organization and believe that a true and vibrant faith life will produce the kind of behavior changes necessary for a happy and healthy reentry.

This is how I met Shane. After an application process and multiple interview with him before his release, we decided to receive him. I had the privilege of serving Shane and walking through his transition along side of him. Over the course of three years, I watch Shane move from receiving help and wise counsel to giving freely and mentoring many many men coming along behind him.

Eventually, we brought Shane on staff as his testimony, his example and his heart for others was such an asset and influence in the lives of the men we serve. During those years, I only knew Shane to be a man of integrity, faithfulness and responsible. I entrusted him with important responsibilities like collecting rent from the residents and not one time was there any issue or scandal. Personally, I brought him around my wife and two children often and developed an amazing friendship and almost father/Son relationship.

I would ask this court to exercise restraint and leniency in sentencing Shane. I know that the time he's served has impacted him immensely already. The separation from his children and loved ones has been almost unbearable, if it was not for a source of strength and hope outside himself.

Respectfully Yours,

David A.
Trickett
Founding Director
 C.H.A.R.M. Prison Ministry and Transitional House

14

Hello, my name is John A. Morales, I am a friend of Shane's. I been knowing him for almost 15yrs.I had the pleasure to be around Shane. He's a great man of God, he helped me learn about Christ. He was and is positive influence and I pray that he gets a chance to return to a world that needs positive men. I hope my words are heard because I miss my brother in Christ.

God Bless
        John A. Morales

My name is Justin Brownlee. I am a former resident and staff member of CHARM Prison Ministry. I met Shane while I was still incarcerated on the Darrington Unit in 2019. He had come in with the rest of the CHARM staff and volunteers that day. When I let Shane know that I had been accepted into the CHARM discipleship program he immediately began to welcome me and educate me about the ministry. We bonded immediately.  Shane became big brother in my eyes.  Like he had to many others at CHARM or anywhere he goes. He was a leader in and around CHARM. Shane has a heart for all peoples lives. I've never seen him meet someone and not be willing to help them in any way he could.  He is a devoted man of God, despite the mistakes he has recently made.  Even while incarcerated he has set out to have Bible studies with the men in his dorms, and lead many to know Christ. There were even some who left and started Bible studies of there own where they ended up because of Shane and his faithfulness to do God's will. I know Shane has mad a mistake in his actions, and there should be consequences. I believe he's truly sorry for those actions. Shane is amazingly talented individual, kind, loving, gentle, hardworking, diligent, compassionate, and very passionate at what he sets out to do. He has a heart bigger than most the people that will read or hear this letter. He is a brother to many men, and will forever be my brother and someone I look up to. I pray this will find ears that hear and hearts with compassion.  God bless.

Sincerely,
Justin Brownlee

8/26/2023

To Whom It May Concern,

My name is Tom Slagle.  My wife Lisa and I are both retired veterans of the City of Houston Fire Department.  I retired as a District Chief with 36 years of Service and Lisa as an Engineer Operator with 20 years of Service.  We are members of and actively involved with Houston's First Baptist Church.  We also have frequent interaction and involvement with CHARM (Christ Hope and Reconciliation Ministry).

We met Shane Jenkins at Houston's First shortly after his arrival at CHARM.  We have experienced Shane in social/church settings as well as in the CHARM Transition houses and events with other members of that Ministry.  We have witnessed Shane's positive impact and the effect it has had on those around him.  Most notably the caring and compassionate way he interacted with some of the "older" guys as he was helping them to reintegrate into today's society.  Although our relationship with Shane may have been relatively brief, we have witnessed a lot of good in him.

Thank You for the opportunity to share this with you.


Respectively,

Tom & Lisa Slagle

September 4, 2023

To whom it may concern:

My name is Ann Dolbee. I am a high school librarian in Pasadena, Texas. I have worked for Pasadena ISD for ten years. I have lived and worked in the Houston area for over twenty years. I have been a member of Houston's First Baptist Church for eighteen years. I am a well-established member of this community.

I first met Shane Jenkins in August of 2018. I was attending a Bible study class for single adults at Houston's First Baptist. Shane had been attending the Selah class for a few months with other men from the CHARM Prison Ministry when I met him. My roommate and I visited that class one Sunday in August. I noticed Shane right away. He has a welcoming smile that reaches all the way to his eyes. Over the course of a couple Sundays, we were introduced and connected as friends immediately.

In March 2019, a group of us from the Bible study class went camping in Texas. I had never been camping as an adult. I was a little nervous. A couple other women and I weren't physically up to the hikes that some of the other people did, so we stayed back at camp a couple times. I was born with Tetrology of Fallot, a congenital heart defect. Because of this, I have always been slower than everyone around me. I was always bringing up the rear. And I hate to have people wait for me. I would always say, "Go ahead. Don't wait for me. I'm fine." And people would usually go ahead without me. One day, the whole group ventured down to the river to swim and hang out. It was a bit of a walk from our cars to reach the river. After a couple of hours there, we packed up to go back to the campsite. I was slowly putting my shoes on and getting my stuff together. Most of the people had packed up and headed out already. I looked up and Shane was patiently waiting for me. I said what I always said, "Go ahead. You don't have to wait for me." He said, "No, you don't leave a man behind." He waited patiently while I got my stuff together and then walked with me at my pace back to the car. We were the last two to reach the cars. He never made me feel like I was inconveniencing him in anyway by waiting for me or walking with me. We used that time to get to know each other better. Although Shane has never been in the military, he wishes he had gone into the military, and I think he lives his life with that philosophy: you never leave a man behind.

In April of 2019, Shane and another member of CHARM came to my high school English class to speak to my students. That group of students was challenging. I felt like they could potentially go down a bad path if someone didn't reach them soon. Shane and his friend Brian came and spoke to all six of my classes that day. The students listened attentively while Shane shared his testimony. He shared honestly with the students about what he had done in the past, from drugs to eventually taking the life of his stepfather. He didn't tell them this to shock them or to glamorize what he did. He explained to them that one thing in his life had been so devastating that it threw him drastically off course. He quickly wound up in prison and had been in and out since he was a teenager. Shane wanted the students to understand that bad things are going to

happen in their lives, but it is up to them how they react to those things. They have to make wise choices and surround themselves with people who are lifting them up not tearing them down. Practically all of my students told me later that that day was the best day of the entire school year. I can't say that my students were completely different after that day, but I do believe it made them think twice about misbehaving at school or disrespecting authority, because they realized that things could go bad quickly.

This is the kind of man Shane is. He is kind and caring. He takes care of the people around him. Even while he's been in prison awaiting trial and now sentencing since March 2021, he has been paying his child support, buying presents for his kids' birthdays and Christmases. He has been tithing his money, with most of it going back to the CHARM Prison Ministry that helped him so much when he got out of prison in 2018. He has even paid for some of his fellow inmates to receive Bibles. He is still taking care of people from behind bars.

I think the "you don't leave a man behind" philosophy led Shane to do what he did on January 6th. I wasn't there. I don't know what really happened on that day. But I do know Shane. I know he would not willfully destroy anyone's property or harm anyone unless he believed he was defending someone else. He has told me that when he got to the Capitol Building, he saw people lying on the steps, hurt and bloody. It wasn't until he saw an old man lying there with an obvious head injury that he got involved. Like I said, I don't know all of what Shane did on January 6th; he's only told me a fraction of what happened, but I believe that he did what he thought was right to protect the women and the older people who were around him on the steps of the Capitol.

I do believe Shane did what he thought was right in the moment. I also believe he feels remorse for his actions. He has been in prison for two year and a half years at this point. He misses his children. He misses working and providing for his family. He misses attending church.

I humbly ask you to give Shane Jenkins a shorter sentence. His friends and family need him back home.

Thank you for your time. I know that the whole January 6th event has not been easy on anyone involved.


Sincerely,

Ann Dolbee

My name is Aimon Allouache. I am a petroleum engineer in Houston and have known Shane for about 5 years now. I know Shane through Houston's First Baptist Church where we were in a Bible study together that I led. We originally met in 2018 when Shane was serving with me at the Texas House, a drug and alcohol rehabilitation center. Shane helped to foster relationships with the guys there and encourage them as they worked through the program. He was recommended to us by a leader at the CHARM (Christ's hope and reconciliation) ministry that he was a part of at the time, someone that would be a great leader and influence on those around him. He had spent some time with CHARM and was a leader in his class there. He was consistent, would foster deep relationships with people around him, and was always joyful and spread cheer and joy to those around him. To me, our friendship was especially meaningful because he became a trusted friend when I went through a period of depression and as I sought meaning in my life. Shane prayed for me on numerous occasions and was very instrumental in me eventually becoming a Christian. He would often share the stories from his past and his testimony, about the shame he felt in being adopted and the tough relationship he had with his stepfather, and the story of moving from brokenness to healing was very influential to me. It was amazing to see the juxtaposition of this person with tattoos all over his body that I would have assumed I'd have nothing in common with, yet such a gentle and caring person who was truly changed by his relationship with God and spent so much time caring for me as well.

Over the course of the next 3 years, Shane and I grew our friendship, especially when he returned from working in West Texas (I think in 2020?). He joined our Bible study, Renewed, and was a part of the fabric of the class. He would lend his help in setting up for events, he would always be around to encourage and would contribute to both our Sunday classes and our Thursday Bible study. One of my best memories with Shane is the ski trip we took in 2021. I have a memory of us going down a run together and Shane totally eating it, and as he slid down the mountain he was laughing and played it off. This was typical of Shane.

I can honestly tell you that Shane is one of the most positive and joyful people I've ever been around. In his years at Houston's First Baptist, he was well known among the congregation for being someone that was always spreading joy, peace, and positivity. But he is also deeply caring, and willing to have serious conversations or encourage those around him. He was involved as a mentor type figure at CHARM even after he went through the program, and would develop relationships with guys that came out of prison because he wanted to help them get back on their feet like he had. We had several people in our Bible study that were current or former members of CHARM, and Shane was always around to help them and provide support.

We are all flawed as human beings, and Shane knows this better than anyone. His story of redemption from his broken past inspired so many of us in the congregation, and we all see him as a gentle, loving person. I can tell you that the character that I witnessed in Shane is one of honesty, care, respect, and love for those around him. I can also say that his faith in Christ had tangible positive results on his character. I've never even seen Shane raise his voice to anyone. I am not sure what the state of the trial is, but I can tell you that Shane is someone of high character that has demonstrated this in his years at our church. I hope that it may be possible to take some of these things into consideration as sentencing is deliberated.

# BARROW

September 4, 2023

Kara and Hunter Barrow
12630 Rocky Meadow Drive
Houston, Texas 77024

To Whom it May Concern,

      Our names are Kara and Hunter Barrow.  We live in Houston, Texas and are members of Houston's First Baptist Church.  We are both attorneys, Hunter is a commercial litigator and Kara is an adoption attorney.  We have known Shane Jenkins since 2019 when we met him through a friend of ours, Dave Trickett, who is the founding director of C.H.A.R.M. Prison Ministry.  At the time, Shane was living in one of C.H.A.R.M.'s transitional houses and attending church at Houston's First Baptist.

      Shortly after meeting him, we started to spend some time with Shane, getting to know and understand his story, background, and past.  Shane had a deep desire to connect with and provide for his children and started to do that.  He sought and actively worked to deepen his faith.  He attended Bible studies, volunteered, and spoke to several different groups, including a local high school, giving his testimony and sharing his love of Jesus.

      We know Shane to be kind, helpful, and sincere.  When Shane was in Houston, we allowed our children to know him and be around through church activities our family attended.  Shane was a hard worker and desired something better and different for his life.

      Some chapters of Shane's life have been filled with sin, heartache, and bad decisions, but we do not believe those chapters define Shane's story or who he is.  We have no knowledge of Shane's involvement on January 6, 2022, but we do know Shane to be a strong Christian and call him our friend.

Sincerely,

Kara Barrow

Hunter Barrow

To Whom This May Concern:

I am writing this letter on behalf of my good friend Shane Jenkins.  I have had the honor of knowing Shane many years as not only a friend but as a significant contributor in our First Baptist Church group and in society.

I have had the privilege of witnessing Shane's unremarkable qualities firsthand. His unwavering loyalty, compassion and kindness have left an indelible mark on so many that are fortunate to know him.  He has an innate way to uplift and inspire those around even in challenging situations.  I have seen Shane spend numerous hours giving his time and guidance to underprivileged children in Houston TX and to the lost looking to find Jesus.  Not only is Shane needed in society for those children he has mentored to, but he is needed for the nurturing of his own children.

Shane has had to overcome many obstacles from his childhood, but he uses it as a motivator to give back and help others in need.  He has a spirit of generosity in all that he does.  He also has a deep sense of responsibility and personal growth.  He has taken any steps needed to address any mistakes he may have had and learn from them.  Shane has an amazing testimony of redemption and it shows in everything he does.  The world is a better more positive place with Shane in it.

I know Shane is needed in this world to continue making a positive impact on so many people's life before he was incarcerated. I hope that you will find it in your hearts to offer a chance of redemption and a path towards a brighter future.

Best Regards,

Melissa Highberg

PO BOX 479,Katy,Texas, 77492

*Franco Teffault*
*CEO*
*Imagine Gratitude*
*Phone: 832-542-3614*
*ImagineGratitude@Gmail.Com*

*[9/08/2023]*

To Whom It May Concern,

I hope this letter finds you in good health. I am writing to provide a heartfelt character reference for Mr. Shane Jenkins, a remarkable individual I have had the privilege of knowing for many years.

My association with Shane extends beyond our professional lives. While we did work together at a roofing company, our connection goes far beyond our shared workplace. Over the years, I have come to know Shane as a person of exceptional character and integrity.

Shane Jenkins is, without a doubt, one of the most outstanding individuals I have ever encountered. He possesses an unwavering commitment to making a positive impact on the lives of those around him. Shane's character is marked by honesty, compassion, and a deep sense of responsibility.

Professionally, Shane is a dedicated and hardworking individual who consistently goes above and beyond. During our time at the roofing company, he demonstrated a strong work ethic and an innate ability to tackle complex tasks with precision and efficiency.

However, what truly distinguishes Shane is his genuine concern for the well-being of others. He has a remarkable capacity to uplift those around him with his positivity and unwavering support. Shane has an innate talent for fostering collaboration and creating harmonious environments wherever he goes.



23

P.O. Box 479 KATY TEXAS 77492

# IMAGINE GRATITUDE

PO BOX 479,Katy,Texas, 77492

Beyond the workplace, Shane's commitment to serving his community and advocating for the greater good is truly admirable. He has a passionate drive to help others, and this selflessness is a defining aspect of his character.

In conclusion, I wholeheartedly endorse Shane Jenkins as an exceptional individual of impeccable character. His integrity, dedication, and compassion make him a valuable asset to any community, organization, or cause.

If you require any further information or have additional questions, please feel free to reach out to me at 832-542-3614. I am more than willing to provide any assistance necessary.

Thank you for considering my recommendation for Shane Jenkins. He is a person who has left a positive mark on everyone fortunate enough to know him.

Sincerely,

*Franco Teffault*

Franco Teffault
CEO
Imagine Gratitude
Phone: 832-542-3614
ImagineGratitude@Gmail.Com



IMAGINE GRATITUDE LLC

DREAM, BELIEVE SUCCEED

24

P.O. Box 479 KATY TEXAS 77492

IMAGINE GRATITUDE

P.O. Box 479 KATY TEXAS 77492

```
Michael Giuliano
President
Imagine Gratitude
8038 Suffield Glen Lane
Humble, Texas, 77338
Phone: 281-876-7352
```

`[9/08/2023]`

`Subject: Character Reference for Shane Jenkins`

`To Whom It May Concern,`

I am writing this letter to provide an extensive character reference for Mr. Shane Jenkins, whom I have had the privilege of knowing for several years. My name is [Your Name], and I currently serve as the President of Imagine Gratitude, an organization committed to promoting positivity, community engagement, and personal growth.

My initial encounter with Shane Jenkins occurred during his tenure as a Sales Representative and Roof Inspector for a reputable roofing company. While our paths crossed professionally, it quickly became evident that Shane was not just a colleague but a person of remarkable character and exceptional qualities.

Shane possesses a unique blend of qualities that sets him apart. His demeanor is consistently marked by kindness, compassion, and genuine concern for others. Throughout the time I have known him, Shane has demonstrated an unwavering commitment to making a positive impact on the lives of those around him.

One of Shane's most remarkable qualities is his deep-rooted passion for the well-being of others. He is not content with merely offering assistance; he actively seeks out opportunities to uplift and support those facing adversity. Shane's empathy extends to everyone he encounters, making him a valuable and trusted friend to many.

In addition to his compassion, Shane is also known for his ability to foster a motivational and positive atmosphere wherever he goes. His enthusiasm for life and dedication to personal growth are infectious, inspiring those in his presence to aim higher and pursue their goals with determination.



25

IMAGINE GRATITUDE

P.O. Box 479 KATY TEXAS 77492

It is with a heavy heart that I acknowledge Shane's current circumstances. While I am not privy to the specifics of his legal situation, I firmly believe that an individual's character should be assessed in its entirety. Shane Jenkins is a person who has consistently demonstrated kindness, integrity, and a commitment to the principles of community and personal development.

In closing, I hope that this comprehensive character reference paints a vivid picture of the outstanding individual that Shane Jenkins is. I believe that his positive attributes and unwavering dedication to the well-being of others make him a valuable asset to any community. If you require any further information or clarification, please do not hesitate to contact me at 281-876-7352 or Mike@Imagine-Gratitude.com

Thank you for your time and attention.

Sincerely,

Michael Giuliano
President
Imagine Gratitude
8038 Suffield Glen Lane
Humble, Texas, 77338
Phone: 281-876-7352



To Whom It May Concern,

I am writing this letter in support of Shane Jenkins, an individual whom I've had the pleasure of knowing both personally and professionally. As the owner of Integrity Roofing, I had the opportunity to work closely with Shane during his tenure as a Roof Inspector with our company.

From the moment Shane joined our team, it was evident that he possessed remarkable qualities that set him apart. He approached his role with an unwavering commitment to learning and excellence. Shane's dedication to understanding the intricacies of roof inspections was truly commendable. He quickly became one of the most proficient Roof Inspectors we've ever had, demonstrating a remarkable aptitude for the trade.

What truly sets Shane apart, however, is his willingness to share his knowledge and expertise with others. He willingly and selflessly assisted his colleagues, helping them improve their skills and excel in their roles. Shane's ability to foster growth and teamwork within our organization was a tremendous asset to Integrity Roofing. His approachable demeanor and strong work ethic made him a joy to work with, and he quickly became an integral part of our close-knit team.

I have always been deeply impressed by Shane's character, his commitment to personal growth, and his dedication to helping others succeed. He is a person of integrity and a true team player. His unwavering positivity and motivation contributed to a positive atmosphere within our company, and he was an inspiration to those around him.

While I understand that Shane is currently facing a challenging situation, I fervently pray that the courts will see the remarkable individual that I have come to know. I believe in his potential to contribute positively to society and to make the most of the opportunities that come his way.

Should Shane be granted the opportunity to resume a productive

life in the future, I want to make it clear that he will always have a place at Integrity Roofing. I have no doubt that he will continue to excel and positively impact those around him.

In closing, I would like to express my sincere hope that the court will consider the remarkable character of Shane Jenkins and the potential for him to continue making a positive difference in our community. I am more than willing to provide any additional information or support to aid in this regard.

Sincerely,


Tiffiny Gregory
Owner, Integrity Roofing
Phone: 713-534-3939