# EXHIBIT B

(1) *United States v. Haynes*, No. 1:21-CR-00594-TSC  **32 months' incarceration**

- Pleaded guilty.
- Entered the Capitol Building.
- Attacked CNN reporters and destroyed video and television equipment.

(2) *United States v. Judd*, No. 1:21-CR-00040-TNM **32 months' incarceration**

- Convicted after a stipulated trial.
- Lit an object on fire and threw it at the police line in the Lower West Terrace tunnel.
- Passing riot shields to other rioters in order to breach police lines.

(3) *United States v. Strand*, No. 1:21-CR-00085-RDM **32 months' incarceration**

- Pleaded guilty.
- Illegally entered Capitol Building and made his way to House Chambers.

(4) *United States v. Miller*, No. 1:21-CR-00075-RDM **33 months' incarceration**

- While on restricted ground of the Capitol, draped in a Confederate flag, threw a full beer can at law enforcement.
- Used a bike rack to scale the Capitol wall.
- Threw batteries at officers.
- Sprayed officers located in the Lower West Terrace tunnel with the contents of a fire extinguisher as other rioters assaulted officers with bats, flagpoles and riot shields. The contents of the fire extinguisher sprayed at least a dozen police officers.

(5) *United States v. Byerly*, No. 1:21-CR-00527-RDM **34 months' incarceration**

- Purchased a stun gun and traveled with it to D.C.
- Engaged in three separate assaults; two against police and one against a news reporter.
- Used his stun gun against Capitol police and MPD officers.
- After having had the stun gun removed from his hands, he continued to charge toward and physically strike officers.
- Grabbed and wrestled an officer for his baton.

(6) *United States v. Thompson*, No. 1:21-CR-00161-RBW **36 months' incarceration**

- Came prepared wearing a bulletproof vest.
- Walked into and looted Senate Parliamentarian's office, stealing two bottles of liquor.
- Stole a coat rack, and announcer pager used by U.S. Capitol Police to send

   emergency alerts throughout the building.

- Picked up someone's cell phone off a staffer's desk.

(7) *United States v. Watson*, No. 1:21-CR-00513-RBW  **36 months' incarceration**

- Pleaded guilty.
- Traveled to D.C. armed with a pocketknife, which he used on the Capitol Building.
- Broke a windowpane and jumped through the window to enter the Capitol Building.

(8) *United States v. Williams*, No. 1:21-CR-00618-ABJ **36 months' incarceration**

- Illegally entered Capitol Building.
- Resisted USCP officers.
- Led a group of protestors into the Capitol Building and up to former Speaker of the House Pelosi's office.

(9) *United States v. Tenney*, No. 1:21-CR-00640-TFH **36 months' incarceration**

- Entered the Capitol through the West Terrace.  He then walked through the Rotunda, and personally forced open the Rotunda Doors on the east side which ultimately allowed protestors to enter the building.
- Grabbed the Sergeant at Arms from behind and pushed him into a doorframe. He also locked arms with U.S. Capitol Police Officer B.A. and shoved another U.S. Capitol Police officer.

(10) *United States v. Barnhart*, No. 1:21-CR-00035-EGS **36 months' incarceration**

- Pleaded guilty.
- Climbed over banisters and entered the Capitol Building armed with a ballistic vest.
- Assaulted officers by grabbing them and dragging officers into the crowds.

(11) *United States v. Brockhoff*, No. 1:21-CR-00524-CKK **36 months' incarceration**

- Pleaded guilty.
- Threw objects at police officers.
- Discharged two fire extinguishers on officers attempting to hold a line at the Lower West Terrace entrance.
- Illegally entered the Capitol Building through a broken window while wearing a stolen MPD helmet.

(12) *United States v. Dennis*, No. 1:21-CR-00679-JEB **36 months' incarceration**

- Convicted following a bench trial.

- Engaged in numerous physical altercations with USCP officers.
- Used USCP batons to push back against USCP officers.

(13) *United States v. Vallejo*, No. 1:22-CR-00015-CKK **36 months' incarceration**

- Convicted by jury.
- Member of the Oath Keeper group.
- Joined other Oath Keepers in illegally entering Capitol Building.

(14) *United States v. Strand*, No. 1:22-CR-00015-APM **36 months' incarceration**

- Member of the Oath Keepers
- Joined other members in storming the Capitol Building.
- Was dressed in paramilitary gear.

(15) *United States v. DeGrave*, No. 1:21-CR-00088-DLF **37 months' incarceration**

- Pleaded guilty.
- Traveled to D.C. with a plan to stop the "stolen election" and arrived with protective gear and bear spray.
- Conspired with three co-defendants.

(16) *United States v. Reid*, No. 1:21-CR-00316-DLF **37 months' incarceration**

- Among the first to rush up the steps when protestors broke through a police line under the scaffolding.
- For over an hour, he walked through the Capitol, surged through police lines, led protestors through the building, and encouraged other protestors to enter.
- Made his way to the Speaker's Lobby and damaged a television and water cooler in the nearby bathroom.

(17) *United States v. Elliot*, No. 1:21-CR-00735-RCL **37 months' incarceration**

- Member of the Proud Boys.
- Used a Flagpole to attack police officers and to breach police lines.

(18) *United States v. Owens*, No. 1:21-CR-00286-BAH **37 months' incarceration**

- Pleaded guilty.
- Assaulted Officers with a skateboard.

(19) *United States v. Miller*, No. 1:21-CR-000119-CJN **38 months' incarceration**

- Made threatening posts before and during riots.
- Threatened Representative Ocasio-Cortez.
- Encouraged crowds to join him and overrun police lines.

(20) *United States v. Hughes*, No. 1:21-CR-00106-CKK **38 months' incarceration**

- Climbed scaffolding.
- At the front of the mob that forced bike rack barriers down and breached the police line.
- Among first protestors to reach the Upper West Terrace. Ninth protestor to enter the Senate Wing Door building through smashed window.
- Chased a Capitol Police officer and yelled violent and angry threats.

(21) *United States v. Beddingfield*, No. 1:22-CR-00066-CJN **38 months' incarceration**

- Pleaded guilty.
- Used a flagpole to strike officers.
- Illegally entered the Capitol Building and engaged in vandalization of the premises.

(22) *United States v. Therres*, No. 1:22-CR-00381-JEB **40 months' incarceration**

- Pleaded guilty.
- Through a large heavy plank of wood at officers on the line, striking one in the head.
- Used an unknown chemical spray on officers.

(23) *United States v. Bilyard*, No. 1:22-CR-00024-RBW  **40 months' incarceration**

- Pleaded guilty.
- Traveled to D.C. armed with a baseball bat, used to break out a window at the Capitol Building.
- Used chemical irritant toward police officers.

(24) *United States v. Smith*, No. 1:21-CR-00567-RCL **41 months' incarceration**

- Assisted a group of protestors in hoisting and thrusting a large metal sign frame into a line of officers. The sign could have "split someone's head open."
- Encouraged protestors to keep forcing a door closed so that officers could not exit and defend the Capitol.

(25) *United States v. Rubenacker*, No. 1:21-CR-00193-BAH **41 months' incarceration**

- One of the first 50 protestors to enter the Capitol.
- Was at the front of the mob, along with other protestors, and chased a Capitol police officer up a flight of stairs, directly past where lawmakers had just retreated from conducting the joint session, yelling "Where are they counting the votes?" and "He's one person, we're thousands!"
- Exited the east side of the Capitol and reentered later through the East

- Rotunda doors as part of a mob of protestors, during which protestors surrounded and assaulted law enforcement officers attempting to prohibit entry to the East Rotunda doors.
- Smoked marijuana in the Rotunda.
- Swung a water bottle at an officer's head and threw liquid at other officers.

(26) *United States v. Fairlamb*, No. 1:21-CR-00120-RCL **41 months' incarceration**

- Shoved and Punched an MPD officer.
- Climbed the scaffolding.
- Entered the Capitol carrying a stolen police baton.

(27) *United States v. Shalvey*, No. 1:21-CR-000334-TJK  **41 months' incarceration**

- Pleaded guilty.
- Entered the Capitol Building with his wife.
- Destroyed letter written by Senator Romney.
- Destroyed other property while in the Capitol Building.

(28) *United States v. Chansley*, No. 1:21-CR-0003-RCL **41 months' incarceration** (Released early)

- "Q-Anon Shaman" and the face of the events of January 6th.
- Climbed the scaffolding.
- Entered the Capitol and roamed the second and third floors of the building.
- Entered the Senate gallery and screamed obscenities.
- Scaled the Senate dias "taking the seat that Vice President Mike Pence had occupied less than an hour before" and took pictures of himself on the dias.
- Called other protestors up to the dias and lead them in an incantation including to be thankful for the "opportunity to allow us to send a message to all the tyrants, the communists, and the globalists, that this is our nation, not theirs, that we will not allow American, the American way of the United States of America to go down."
- Gave a 60 Minutes interview falsely claiming that he was let into the Capitol by law enforcement and was merely intending to bring divinity, to bring God back into the Senate.

(29) *United States v. Secor*, No. 1:21-CR-00157-TNM **42 months' incarceration**

- Scaled scaffolding.
- Walked through the office suite of Nancy Pelosi.

5

- Assisted a group of protestors to push open the East Rotunda doors and helped other protestors enter the building.
- Sat in the seat that Vice President Mike Pence occupied 30 minutes earlier.

(30) *United States v. Nix*, No. 1:21-CR-00678-BAH **42 months' incarceration**

- Used a flagpole on the Capitol Building.
- Assaulted USCP officers with flagpole.
- Illegally entered the Capitol Building.

(31) *United States v. Egtvedt*, No. 1:21-CR-00177-CRC **42 months' incarceration**

- Forcibly entered the Capitol Building by pushing through numerous USCP officers.
- Needed to be physically removed from the Capitol grounds after having fallen on officers, injuring them.

(32) *United States v. Mault*, No. 1:21-CR-00657-BAH **44 months' incarceration**

- Anticipated and planned for violence in pre-riot text message conversations with co-defendant Mattice.
- Pushed against the line of police, broke the line, and forced the police barriers apart, overwhelming and surrounding the police.
- Body-surfed over members of the crowd and hung from the wooden frame beneath the arch.
- Assaulted police officers.

(33) *United States v. Mattice*, No. 1:21-CR-00657-BAH **44 months' incarceration**

- Anticipated and planned for violence in text message conversations with co-defendant Mault.
- Recorded a video conveying his intent and foreshadowing his violent conduct. He explained, "We're all getting ready to go march on Capitol Hill. We're gonna fuck some shit up. It's about to be nuts."
- Pushed against the line of police, broke the line, and forced the police barriers apart, overwhelming and surrounding the police.
- Texted family to brag about breaking police line.
- Body-surfed over members of the crowd and hung from the wooden frame beneath the arch.
- Used chemical spray against police officers.
- Lied to FBI agents claiming that he did not fight with police but, instead simply absorbed their blows without fighting back.

(34) *United States v. Languerand*, No. 1:21-CR-00353-JDB **44 months' incarceration**

- Threw a piece of wood at police.
- Just a few minutes later, threw a heavy black audio speaker at the police.
- One minute later, threw two sticks in rapid succession at officers.
- Three minutes later, threw another stick at officers.
- A few seconds later, threw a large orange traffic bollard which ricocheted off the riot shield of an officer before colliding with multiple officers inside the archway.
- A minute later, threw a pepper spray container followed by a bottle of liquid.
- Approximately 30 seconds later, threw a piece of wood.
- Then threw another stick at the police.

(35) *United States v. Thompson*, No. 1:21-CR-00461-RCL **46 months' incarceration**

- Joined protestors as they actively assaulted police.
- Armed himself with a police baton and incited violence outside of the Capitol. Also stayed in the heart of the violent zone, watching hours of attacks against law enforcement. Indeed for nearly two hours he stood "in the vicinity of some of the most violent conduct on January 6, observing, commenting and occasionally chanting while windows were smashed, and the police line was repeatedly attacked."
- Provided protestors with riot shields to use against the police which had previously been stolen from the police.
- Assisted in throwing a large audio speaker at police.
- Assaulted a police officer with a baton when the officer was trying to assist a protestor needing medical attention.

(36) *United States v. Richardson*, No. 1:21-CR-00721-CKK **46 months' incarceration**

- Struck a police officer three times with a metal flagpole, stopping only when the pole broke in his hands.
- Retreated after he was pepper sprayed. Two minutes later, he and other protestors grabbed and shoved a large metal billboard toward the police, using it as a battering ram.

(37) *United States v. Hughes*, No. 1:21-CR-000106-TJK **46 months' incarceration**

- Climbed scaffolding.
- Among first protestors to reach the Upper West Terrace.
- Eighth protestor to enter the Senate Wing Door building through smashed window.
- Kicked the Senate Wing Door open from inside with another protestor.

- Chased a Capitol Police officer and yelled violent and angry threats.
- Occupied the Senate chamber and reviewed sensitive documents that had been left behind by Senators forced to flee for their lives.

(38) *United States v. Coffman*, No. 1:21-CR-00004-CKK **46 months' incarceration**

- Drove to Washington on January 6th from Alabama in a pickup truck containing loaded firearms, including a 9mm handgun, a rifle, and a shotgun. Also, inside the pickup truck and in its covered bed were hundreds of rounds of ammunition, large-capacity ammunition feeding devices, a crossbow with bolts, machetes, camouflage smoke devices, a stun gun, cloth rags, lighters, a cooler containing eleven mason jars with holes punched in the lids, and other items. The eleven mason jars each contained a mixture of gasoline and Styrofoam. The mason jars and their contents, along with the lighters and cloth rags, made up the component parts of bottle-based improvised incendiary weapons (i.e. Molotov cocktails).
- The Styrofoam in the Molotov cocktails was designed to have a napalm effect of adhering to the skin of its victims.
- A month before January 6th, he had traveled to Washington and attempted to drive to the residence of a United States Senator.

(39) *United States v. Neefe*, No. 1:21-CR-00567-RCL **46 months' incarceration**

- Pleaded guilty.
- Traveled to D.C. armed with a wooden club, nicknamed the "Commie Knocker".
- Conspired with others to go to the Capitol Building.

(40) *United States v. Ochs*, No. 1:21-CR-00073-BAH **48 months' incarceration**

- Proud Boys member.
- Threw smoke bomb at police.
- Smoked cigarettes in Rotunda.
- Pointed protestors toward the Speaker's Office.
- Posed in front of "Murder the Media" graffiti his co-defendant had scrawled on one of the Capitol's doors.

(41) *United States v. Perkins*, No. 1:21-CR-00447-CIN **48 months' incarceration**

- Convicted after trial.
- Defendant attacked three USCP officer with a flagpole.

(42) *United States v. Herrera*, No. 1:21-CR-619-BAH **48 months' incarceration**

- Convicted after a trial.

8

- Came prepared wearing a gas mask, goggles, and a bulletproof vest.
- Climbed scaffolding and entered the Capitol through a fire door, located near the Senate Parliamentarian's Office on the Senate wing side of the building.
- Posted an Instagram photo of himself picking up a stack of papers and throwing them in the air. Later, in an exchange with someone else on Instagram, he said he had picked up the papers and had someone photograph him because he wanted a "fuck you" picture.
- Stole a bottle of liquor, which he drank and raised triumphantly as he exited the Capitol the first time.
- Reentered the Capitol through the nearby Senate Wing Doors. As he entered, he walked past shattered windows on each side of the door and spent a few minutes setting up his camera and taking photographs.
- Then he proceeded to a nearby "hideaway" office of a U.S. Senator, where he smoked a marijuana cigarette that was passed around by other protestors.
- After, he proceeded to the Crypt, and remained inside for 15 minutes while he took more photographs, before exiting the building.

(43) *United States v. Gieswein*, No. 1:21-CR-00024-TNM **48 months' incarceration**

- Pleaded guilty.
- One of the first to illegally enter Capitol Building.
- Engaged in numerous acts of vandalization.

(44) *United States v. Hale-Cusanelli*, No. 1:21-CR-37-TNM **48 months' incarceration**

- Convicted after a trial sporting a "Hitler mustache."
- Former Army reservist and security contractor who held a "Secret" level security clearance when he and others sieged the Capitol.
- At front of a mob that attacked police and smashed windows and doors to breach the Capitol.
- Unsuccessfully intervened in an arrest of a protestor by trying to pull the protestor away from the officer.

(45) *United States v. Decarlo*, No. 1:21-CR-00073-BAH **48 months' incarceration**

- Significant ties to Proud Boys.
- Threw smoke bomb at police.
- Rummaged through a Capitol police duffle bag and stole a pair of flex cuffs.
- Scrawled "Murder the Media" on one of the Capitol's doors.

(46) *United States v. Harrelson*, No. 1:22-CR-00015-CKK **48 months' incarceration**

- Convicted by jury.
- Member of the Oath Keeper group.
- Transported firearms and ammunition int D.C.
- Recruited numerous other members.
- Supplied Oath Keeper Members with tactical gear.

(47) *United States v. Bledsoe*, No. 1:21-CR-00204-BAH **48 months' incarceration**

- Convicted after a trial. Moreover, his PSR recommended a sentencing enhancement based on his false testimony at trial.
- Scaled a wall to access the upper northwest terrace.
- Climbed statue of President Gerald Ford and planted a Trump flag on his arm.
- Remained inside the Capitol for 22 minutes and wandered through the Statuary Hall before joining another crowd of protestors circling the House Chamber while members of Congress were trapped inside and unable to evacuate.

(48) *United States v. Speed*, No. 1:22-CR-000244-TNM **48 months' incarceration**

- Convicted after a bench trial.
- Possessed illegally obtained silencers for firearms.
- Marched to Capitol Building with members of the Proud Boys.

(49) *United States v. Wright*, No. 1:21-CR-00341-CKK **49 months' incarceration**

- Pleaded guilty.
- Organized two charter buses to transport himself and 100 other people to Washington, D.C. on January 6.
- Illegally entered the Capitol Building.

(50) *United States v. Manley*, No. 1:21-CR-00691-TSC **50 months' incarceration**

- Pleaded guilty.
- Traveled to Capitol Building grounds with pepper spray and protective gear.
- Sprayed officers with multiple cans of pepper spray.
- Illegally entered the Capitol Building.

(51) *United States v. Sibick*, No. 1:21-CR-00291-ABJ **50 months' incarceration**

- Pleaded guilty.
- Stole riot shield and assaulted multiple MPD and USCP officers.

- Stole police equipment such as a radio.

(52) *United States v. Lyons*, No. 1:21-CR-00079-BAH **51 months' incarceration**

- Convicted following a bench trial.
- Illegally entered the Capitol Building armed with tactical gear.

(53) *United States v. Wilson*, No. 1:21-CR-00345-RCL **51 months' incarceration**

- Physically engaged with officers by punching, shoving and kicking them, as well as attempting to steal their riot shields.
- Picked up a several feet long white cylindrical object, believed to be a thin polyvinyl chloride (PVC) pipe, and indiscriminately struck officers with it.
- "[E]ngaged multiple officers with whatever means he had available."

(54) *United States v. Jersey*, No. 1:21-CR-00035-EGS **51 months' incarceration**

- Pleaded guilty.
- Assaulted numerous officers with batons and large sticks causing numerous injuries.

(55) *United States v. Mink*, No. 1:21-CR-00025-RDM **51 months' incarceration**

- Pleaded guilty.
- Used a metal bat to break Capitol Building windows.
- Illegally entered Capitol Building and removed chairs and other items from the building.
- Threw numerous objects at police officers such as a traffic cone and a stick.

(56) *United States v. Stager*, No. 1:21-CR-00035-CRC **52 months' incarceration**

- Pleaded guilty.
- Defendant used a flagpole to beat an officer while the officer had been removed from his police line position.
- Illegally entered Capitol Building.

(57) *United States v. Denney*, No. 1:22-CR-00070-RDM **52 months' incarceration**

- Former military police officer.
- Used Facebook to recruit for his militia group called the Patriot Boys of North Texas and fundraised for weapons, gear, lodging, and travel.
- Arrived eager for violence in full battle attire wearing a helmet, knuckled gloves, and a ballistic vest with body armor under hiacket.
- Deployed pepper spray at the line of Capitol police officers.
- Grabbed and shoved a police officer.

11

- Threw a pepper spray cannister in the direction of the line of officers.
- Assaulted officers with a pole and attempted to disarm them.
- Along with another protestor, he launched a large tube at the line of police officers guarding the west side of the Capitol building.
- Swung his arm and fist at an officer in an attempt at pulling him down the stairs.
- Lied to FBI agents about his knowledge of the assault.

(58) *United States v. Sanford*, No. 1:21-CR-00086-PLF **52 months' incarceration**

- Pleaded guilty.
- Struck USCP officers in the head with a fire extinguisher.
- Hurdled numerous items at other officers while they attempted to hold the line.

(59) *United States v. Sills*, No. 1:21-CR-00040-TNM **52 months' incarceration**

- Convicted after a stipulated trial.
- Stole a police baton from an MPD officer.
- Struck multiple officers with the stolen baton.
- Flashed a strobe light at the police line in order to disorient police officers.

(60) *United States v. Brown*, No. 1:21-CR-00178-APM **54 months' incarceration**

- Convicted following a trial.
- Stole police pepper spray and used it against officers in an attempt to storm the building.

(61) *United States v. Minuta*, No. 1:22-CR-00015-CKK **54 months' incarceration**

- Convicted by jury.
- Member of the Oath Keeper group.
- Transported firearms and ammunition int D.C.
- Recruited numerous other members.
- Supplied Oath Keeper Members with tactical gear.

(62) *United States v. Gardner*, No. 1:21-CR-00622-APM **55 months' incarceration**

- Pleaded guilty.
- Used a pepper spray device against officers in the West Terrace Tunnel.
- Used a pepper spray device on Capitol Building windows.
- Encouraged others to storm the Capitol Building.

(63) *United States v. Pruitt*, No. 1:21-CR-00023-TJK **55 months' incarceration**

12

- Proud Boys member
- Wore a tactical glove with knuckle pads and a cut-off t-shirt with the logo of the "Punisher"–an anti-hero known for dispensing violent vigilante justice.
- Wore an electronic ankle monitor for being arrested recently.
- Climbed a bike rack as a ladder to be at the front of the mob that breached the building.
- Tossed a chair in the direction of officers in the Visitor Center.
- Came face to face with then-Senate Minority Leader Chuck Schumer, who was trying to evacuate.

(64) *United States v. Courson*, No. 1:21-CR-00035-RD **57 months' incarceration**

- Pleaded guilty.
- Stole a police baton and pummeled an MPD officer that was being dragged down a flight of stairs.

(65) *United States v. Williams*, No. 1:21-CR-00377-BAH **60 months' incarceration**

- Convicted after a trial.
- Helped protestors climb bicycle racks so that they could overrun the police on the Northwest stairs.
- Stole water bottles that Capitol police officers had stored to be used for decontamination if they were hit with chemical irritants.
- Entered the Capitol through the Senate door with the first large wave of protestors to breach the Capitol.
- Celebrated and smoked marijuana with other protestors in the Rotunda.

(66) *United States v. Mazza*, No. 1:21-CR-00736-JEB **60 months' incarceration**

- Traveled to D.C. with two loaded handguns: a Smith and Wesson, .40 caliber semi-automatic handgun, and a .45 caliber/.410 caliber revolver ("Taurus Judge").
- Dropped or lost the Taurus Judge revolver on the steps leading up to the West Front Terrace.
- After entering the Capitol, he joined mob of other protestors who were trying to break through the police line to gain entry into the lower level of the Capitol.
- Armed himself with a stolen police baton and used it to assault police officers.
- Filed false police report about how he had lost the Taurus Judge and provided false information to Capitol Police.

(67) *United States v. Scott*, No. 1:21-CR-00292-DLF **60 months' incarceration**

- Member of the Proud Boys.
- Assaulted numerous officers with his body.
- Led numerous individuals in storming a police line which led to a police perimeter to collapse entirely.

(68) *United States v. Jensen*, No. 1:21-CR-00006-TJK **60 months' incarceration**

- Convicted after trial.
- Ringleader during the attack on the U.S. Capitol, working to rile up the crowd and encourage others to follow him into and through the building.
- Scaled a twenty-plus-foot wall to be one of the first protestors to break into the building and disrupt the proceedings in Congress.
- Tenth protestor to enter the Capitol.
- Led a group of armed protestors in pursuit of an officer up a staircase, steps away from the Senate Chamber, where members of Congress were sheltering at the very moment.

(69) *United States v. Ramey*, No. 1:21-CR-00184-DLF **60 months' incarceration**

- Convicted following a bench trial.
- Sprayed numerous officers with Chemical Irritant.

(70) *United States v. Stevens*, No. 1:21-CR-00040-TNM **60 months' incarceration**

- Convicted following a bench trial.
- Stole riot gear from police and used it against officers in attempts to breach the Capitol Building.

(71) *United States v. Sandlin*, No. 1:21-CR-00088-DLF **63 months' incarceration**

- Traveled to D.C. along with two co-conspirators in a car full of weapons, including several knives, bear spray, Glock 43 pistol, two magazines of ammunition, gas masks, stun gun, slingshot, military-style vests/body armor, two helmets, a baton, walkie-talkies and Sandlin's M&P pocket pistol.
- Made his way through the East Rotunda doors with his co-conspirators and shoved officers to force the door behind them open, allowing the mob outside to begin streaming in.
- Attempted to rip the helmet off an officer.
- Along with his co-conspirators, he engaged in a shoving match with officers in an attempt to keep the doors to the Senate Gallery open, striking an officer's head in the process.
- Wandered through the Capitol in pursuit of members of Congress, asking

- an unknown individual, "is that where the Senators are at?"
- Smoked a marijuana joint in the Rotunda of the Capitol while stating, "we made history" and "this is our house."

(72) *United States v. Ponder*, No. 1:21-CR-00259-TSC **63 months' incarceration**

- Convicted after trial.
- Recruited co-defendants.
- Swung a pole at an officer and after his pole broke against the officer's shield, he re-armed himself with a sturdier pole and assaulted another officer.
- 15 minutes after the first two assaults, he assaulted another officer with the same sturdier pole.

(73) *United States v. Palmer*, No. 1:21-CR-0328-TSC **63 months' incarceration**

- Was on the steps leading to the LWT tunnel, and having acquired a wooden plank, he threw the plank like a spear at police officers.
- He picked up a fire extinguisher, and sprayed police with its contents. Then, once it was empty, he threw it at police officers.
- He then "cast around for additional items with which he could assault the police." He took hold of a long piece of scaffolding wrapped in canvas and pushed it at the legs of the police.
- He then picked up the fire extinguisher he previously used to assault police and again threw it at police.
- Also, at some point, he picked up an orange traffic barrier and threw it towards the police.

(74) *United States v. Caldwell*, No. 1:21-CR-181-CKK **68 months' incarceration**

- Marine veteran.
- Armed himself with bear spray, outfitted himself with glasses that could protect himself from some of the effects of pepper spray, and brought a hand-held two-way radio.
- Sprayed a line of officers protecting the Lower West Terrace Place with a canister of gaseous chemical irritant.
- Confronted and taunted police officers by asking them to spray, and asking if they were "scared."
- Present on the front lines of the main assault for almost the entire duration of the confrontation.

(75) *United States v. Gillespie*, No. 1:22-CR-00060-BAH **68 months' incarceration**

- Convicted by jury.

15

- Used a stolen riot shield to "ram" police officers.
- Grabbed an MPD Officer by the arm and yanked him toward the crowd.

(76) *United States v. Kenyon*, No. 1:21-CR-00726-CJN **72 months' incarceration**

- Pleaded guilty.
- Attempted to break a window with his fists and a flagpole.
- Used a variety of objects to assault officers in the Lower West Terrace tunnel, throwing large plastic pylons towards officers.
- Used a table leg to strike an officer.

(77) *United States v. Maly*, No. 1:21-CR-00178-BAH **72 months' incarceration**

- Convicted after a jury trial.
- Stole police pepper spray and used it against officers in an attempt to storm the building.

(78) *United States v. Southard-Rumsey*, No. 1:21-CR-00387-APM **72 months' incarceration**

- Broke through police barricades to illegally enter Capitol Building.
- Grabbed an officer's riot shield and used it to push against officers.
- Used a flagpole to strike officers in the head.

(79) *United States v. McGrew*, No. 1:21-CR-00398-BAH **78 months' incarceration**

- Former U.S. Marine.
- Flew with bear mace to D.C.
- Entered the Capitol through the unguarded Upper West Terrace doorway. Prior to entering, he encouraged other rioters, repeatedly yelling, "Let's Go!"
- Struck an MPD officer within seconds of entering the Capitol.
- Screamed at officers and refused to follow instructions to leave the building.
- Struck several more officers, attempted to and successfully grabbed officers' batons, and locked arms with other protestors, in defiance of officer's commands that protestors leave the building.

(80) *United States v. Khater*, No. 1:21-CR-00222-TFH **80 months' incarceration**

- Arrived in D.C. with two containers of bear spray and two containers of hand-held pepper spray.
- Pepper sprayed any police officer he could find for nearly half a minute. He sprayed at least three officers at close range on the Lower West Terrace.

(81) *United States v. Grider*, No. 1:21-CR-00022-KKK **83 months' incarceration**

- Grider assisted others in dismantling police barricades and turning bike racks into ladders.
- Illegally entered the Capitol Building.
- Led others into the Chamber and used police officer equipment to break windows.

(82) *United States v. Alberts*, No. 1:21-CR-00026-CRC **84 months' incarceration**

- Pleaded guilty.
- Entered the Capitol Building while armed with a loaded firearm.

(83) *United States v. Young*, No. 1:21-CR-00291-ABJ **86 months' incarceration**

- Brought 16-year-old son with him.
- Stormed the police line in the tunnel on the Lower West Terrace.
- Handed fellow protestor a taser.
- Worked with another protestor to throw a large audio speaker toward the police line, which missed the officers and struck a fellow protestor on the head, drawing blood.
- Used a long pole or stick to jab towards the police line.
- Joined an attack on an officer by restraining his wrist while a co-defendant removed his police badge and police radio. The officer's wrist was broken by a riot shield moving through the crowd above the protestors' heads.
- Assaulted an officer who was temporarily disoriented and blinded by bear spray by grabbing at his helmet and body, pushing him, and hitting him.

(84) *United States v. Robertson*, No. 1:21-CR-00034-CRC **87 months' incarceration**

- Brought a gas mask and large wooden stick.
- Raised up his wooden stick in "port arms," a tactical position used by the military and law enforcement to push others away and blocked the path of officers attempting to hold back the mob.
- Destroyed evidence from him and a co-defendant prior to arrest.

(85) *United States v. Guy Reffitt*, No. 1:21-CR-00032-DLF **87 months' incarceration**

- Recruiter for an antigovernment movement.
- Stormed the Capitol Building with a firearm.

(86) *United States v. Sandoval*, No. 1:21-CR-00195-CKK **88 months' incarceration**

- Pleaded guilty.
- Illegally entered Capitol Building.

- Stole riot shields from two officers and shoved two others.

(87) *United States v. Head*, No. 1:21-CR-00291-ABJ **90 months' incarceration**

- Carried knife on hip.
- Repeatedly struck towards police line with a riot shield.
- Pushed the shield against an officer for nearly three minutes. After a continued struggle with the officer, he wrapped his arm around the officer's neck and yelled, "I've got one!" He then dragged the officer into the mob, isolating him as the crowd violently assaulted the officer.

(88) *United States v. McCaughey*, No. 1:21-CR-00040-TNM **90 months' incarceration**

- Convicted after trial.
- Assisted in overwhelming a police line, taunted and assaulted police officers.
- Used a stolen riot shield to push against Law enforcement officers, trapping them against a door frame.

(89) *United States v. Watkins*, No. 1:22-CR-00015-CKK **102 months' incarceration**

- Convicted by jury.
- Member of the Oath Keeper group.
- Led a group from Ohio to Washington, D.C. armed with tactical gear in order to breach the Capitol Building.

(90) *United States v. Webster*, No. 1:21-CR-00208-APM **120 months' incarceration**

- Convicted after trial.
- Former Marine and a 22-year veteran of the New York City Police Department
- Traveled to D.C. with an NYPD bulletproof vest and a Smith and Wesson Model 640 revolver, small enough to conceal inside a jacket pocket.
- Carried a large metal flagpole.
- He forcefully pushed against a bike rack. The officer reached across to shove him away but in doing so, struck Webster on his face. Webster then swung the flagpole against the bike rack with enough force to break the metal pole in half. He charged at the officer and tackled the officer to the ground after the officer wrestled the flagpole out of his grip. He then dragged the officer by his helmet, pinned him to the ground, and tried to rip his gas mask off. This caused tear gas to become trapped inside the officer's mask, and his throat and nose began to burn. While he restrained the officer on the ground, other protestors began kicking the officer. He left the officer on the ground and continued toward the Capitol.

(91) *United States v. Rodriguez*, No. 1:21-CR-00246-ABJ **151 months' incarceration**

- Pleaded guilty.
- Used a stun gun and drove it into the neck of an MPD officer.

(92) *United States v. Schwartz*, No. 1:21-CR-00178-APM **170 months' incarceration**

- Convicted after a jury trial.
- Traveled to D.C. armed with a tire knocker.
- Hurled a chair at police officers.
- Used pepper spray on multiple officers.

(93) *United States v. Meggs*, No. 1:22-CR-00015-CKK **188 months' incarceration**

- Convicted by jury.
- Leader of the Oath Keeper group.
- Organized into teams to breach the Capitol Building.
- Transported firearms and ammunition into Washington, D.C.
- Recruited and trained members in combat tactics.
- Supplying weapons, gear, and supplies such as knives, batons, uniforms, tactical vests, helmets, and eye protection.

(94) *United States v. Rhodes*, No. 1:22-CR-00015-CKK **216 months' incarceration**

- Convicted by jury.
- Leader of the Oath Keeper group.
- Organized into teams to breach the Capitol Building.
- Transported firearms and ammunition into Washington, D.C.
- Recruited and trained members in combat tactics.
- Supplying weapons, gear, and supplies such as knives, batons, uniforms, tactical vests, helmets, and eye protection.