UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | |
| | : | |
| SHANE JENKINS | : | Criminal No. 21-cr-245 (APM) |
| | : | |
| | : | |
| **Defendant.** | : | |

## GOVERNMENT'S NOTICE OF FILING OF EXHIBITS
## PURUSANT TO LOCAL CRIMINAL RULE 49

The United States of America, through the undersigned, hereby gives this notice pursuant to Local Criminal Rule 49, of the following exhibits and table (*See,* Attachment A) that were provided to the Court and defense counsel on September 29, 2023, via USAfx in relation to government's sentencing memorandum (ECF No. 86). These exhibits will be offered into evidence during the sentencing hearing scheduled for October 6, 2023. Several of the exhibits are video clips, therefore they are not in a format that readily permits electronic filing on CM/ECF.

If the Court accepts these proposed exhibits into evidence on October 6, 2023, the United States takes the position that the entered exhibits should be promptly released to the public.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

BY:   */s/ David J. Perri*
DAVID J. PERRI
WV Bar No. 9219
Assistant United States Attorney (Detailed)
United States Attorney's Office
Northern District of West Virginia

HOLLY F. GROSSHANS
D.C. Bar No. 90000361
Assistant United States Attorney
U.S. Attorney's Office for the
District of Columbia