**Government's List of Images and Exhibits for Sentencing**

| Image No. | Description | Trial Ex. No. |
|---|---|---|
| n/a | 12.28.20 Text Message | 201.1 |
| n/a | 1.2.21-1.3.21 FB Messages | 204.5 |
| n/a | 1.5.21 FB Message | 204.8 |
| 2 | Photo of tomahawks found during search of residence | 122.10 |
| 3 | Open Source Video entitled "Kde14bJTM56p_cvt.mp4" and screenshots (shows Jenkins observing the violence near tunnel entrance) | 108 at :20, 108.1, 109.6 |
| n/a | Open Source Video entitled "A124.mp4" (unredacted version) | 106 Note: the full Exhibit 106 was not admitted into evidence at trial, but two derivative clips (Exhibits 106.1 and 106.2) were admitted at trial. |
| n/a | Open Source Video (Storm on US Capitol Video Clip) | 103 |
| n/a | Open Source Video (IMG_6658.mov) | 105 |
| 4 | Screenshot of Open Source Video | 109.2 |
| 5 | Screenshot of Open Source Video | 106.5 |
| 6 | Screenshot of Open Source Video (Jrobertson.nyc Video.mp4) @ 8:13-30 and 10:30-11:30 | 114 Note: the full Exhibit 114 was not admitted into evidence at trial, but three derivative clips (114.1, 114.2, and 114.3) were admitted at trial. |
| 7 | Screenshot of Open Source Video (Jrobertson.nyc Video.mp4) @ 8:54-11:30 | 114 Note: the full Exhibit 114 was not admitted into evidence at trial, but three derivative clips (114.1, 114.2, and 114.3) were admitted at trial. |
| Sentencing Exhibit 1 | Open Source Video entitled "266N-HO-3485259_1_5165697148473311580_serial_34.MOV" (shows weaponization of table leg and lamp stand) | Sentencing Exhibit 1 |
| Sentencing Exhibit 2 | Open Source Video entitled "Push Push 10000000_2376448144_.mpg4" (shows Jenkins encouraging crowd to push into tunnel) | Sentencing Exhibit 2 |
| 8 | BWC of Officer Ak | 111 at :31 |
| 9 | Screenshot of Open Source Video (Jrobertson.nyc Video.mp4) | 114.2 |
| 10 | Screenshot of Open Source Video (ABQ Raw Video) | 117.1 |
| n/a | 1.7.21 IG Post | 204.25 |
| n/a | 1.7.21 Facebook Post | 204.17 Note: Exhibit 204.17 was not admitted into evidence at trial. |
| 11 | 1.7.21 Facebook Photo | 204.26 |
| n/a | 1.7.21 FB Comment (11:40:02 UTC) | 204.19 |
| n/a | 1.7.21 FB Comment (12:58:36 UTC) | 204.21 |
| n/a | 1.7.21 FB Comment (15:07:57 UTC) | 204.23 |
| n/a | 1.8.21 Text Message | 201.5 |
| n/a | Cost to ST-2M Window (redacted) | 513 Note: Exhibit 513 was not admitted into evidence at trial. |
| Sentencing Exhibit 3 | Open Source Video entitled "vlc-record-2023-02-10-15h40m40s-D.C. BURNING - Jan. 6th DC Riots.mp4" (shows rioters breaking into and ransacking rooms behind ST-2M) | Sentencing Exhibit 3 |