APPEAL,CAP,CAT B,CLOSED

# U.S. District Court
## District of Columbia (Washington, DC)
## CRIMINAL DOCKET FOR CASE #: <u>1:21−cr−00245−APM</u>−1

Case title: USA v. JENKINS

Magistrate judge case number:  1:21−mj−00271−GMH

Date Filed: 03/24/2021

Assigned to: Judge Amit P. Mehta

**<u>Defendant (1)</u>**

**SHANE JENKINS**                    represented by   **Dennis E. Boyle**
1050 Connecticut Ave
Suite 500
20036
Washington, DC 20036
202−430−1900
Email: dboyle@boylejasari.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**John M. Pierce**
JOHN PIERCE LAW P.C.
21550 Oxnard Street
Suite 3rd Floor OMB #172
Woodland Hills, CA 91367
213−400−0725
Email: jpierce@johnpiercelaw.com
*TERMINATED: 12/15/2021*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Maria Jacob**
OFFICE OF THE FEDERAL PUBLIC
DEFENDER
625 Indiana Ave, N.W.
Washington, DC 20004
(202) 208−7500
Fax: (202) 208−7515
Email: maria_jacob@fd.org
*TERMINATED: 09/16/2021*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community*

*Defender Appointment*

**Blerina Jasari**
BOYLE & JASARI LLP
1050 Connecticut Avenue
Suite 500
Washington, DC 20036
917–886–0252
Email: bjasari@boylejasari.com
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| **Pending Counts** | **Disposition** |
|---|---|
| 18 U.S.C. 231(a)(3); CIVIL DISORDER; Civil Disorder (1) | |
| 18 U.S.C. 231(a)(3); CIVIL DISORDER; Civil Disorder (1s) | |
| 18 U.S.C. 231(a)(3); CIVIL DISORDER; Civil Disorder (1ss) | Sentenced to sixty (60) months of incarceration and thirty–six (36) months of supervised release. All terms of incarceration and supervised release shall run concurrently with all other counts. Special assessment imposed on this count in the amount of $100. |
| 18 U.S.C. 111(a)(1) and (b); ASSAULTING/RESISTING/IMPEDING OFFICERS/EMPLOYEES; Assaulting, Resisting, or Impeding Certain Officers Using a Dangerous Weapon (2–4) | |
| 18 U.S.C. 111(a)(1) and (b); ASSAULTING/RESISTING/IMPEDING OFFICERS/EMPLOYEES; Assaulting, Resisting, or Impeding Certain Officers Using a Dangerous Weapon (2s–4s) | |
| 18 U.S.C. 1512(c)(2) and 2; TAMPERING WITH A WITNESS, VICTIM OR INFORMANT; Obstruction of an Official Proceeding and Aiding and Abetting (2ss) | Sentenced to eighty–four (84) months of incarceration and thirty–six (36) months of supervised release. All terms of incarceration and supervised release shall run concurrently with all other counts. Special assessment imposed on this count in the amount of $100. |
| 18 U.S.C. 111(a)(1) and (b); ASSAULTING/RESISTING/IMPEDING OFFICERS/EMPLOYEES; Assaulting, Resisting, or Impeding Certain Officers Using a Dangerous Weapon | Sentenced to eighty–four (84) months of incarceration and thirty–six (36) months of supervised release. All terms of incarceration and supervised release shall run concurrently with all other counts. Special assessment |

(3ss)

18 U.S.C. 641; PUBLIC MONEY, PROPERTY OR RECORDS; Theft of Government Property
(4ss)

18 U.S.C. 641; PUBLIC MONEY, PROPERTY OR RECORDS; Theft of Government Property
(5)

18 U.S.C. 641; PUBLIC MONEY, PROPERTY OR RECORDS; Theft of Government Property
(5s)

imposed on this count in the amount of $100.

The Court orally grants the Defendant's Rule 29 Motion. Verdict of NOT GUILTY entered.

18 U.S.C. 1361; GOVERNMENT PROPERTY OR CONTRACTS (>1000); Destruction of Government Property
(5ss)

Sentenced to eighty−four (84) months of incarceration and thirty−six (36) months of supervised release. All terms of incarceration and supervised release shall run concurrently with all other counts. Special assessment imposed on this count in the amount of $100.

18 U.S.C. 1361; GOVERNMENT PROPERTY OR CONTRACTS >; Destruction of Government Property
(6)

18 U.S.C. 1361; GOVERNMENT PROPERTY OR CONTRACTS; Destruction of Government Property
(6s)

18 U.S.C. 1752(a)(1) and (b)(1)(A); TEMPORARY RESIDENCE OF THE PRESIDENT; Entering and Remaining in a Restricted Building or Grounds with a Deadly or Dangerous Weapon
(6ss)

Sentenced to eighty−four (84) months of incarceration and thirty−six (36) months of supervised release. All terms of incarceration and supervised release shall run concurrently with all other counts. Special assessment imposed on this count in the amount of $100.

18 U.S.C. 1752(a)(1) and (b)(1)(A); TEMPORARY RESIDENCE OF THE PRESIDENT; Entering and Remaining in a Restricted Building or Grounds with a Deadly or Dangerous Weapon
(7)

18 U.S.C. 1752(a)(1) and (b)(1)(A); TEMPORARY RESIDENCE OF THE PRESIDENT; Entering and Remaining in a Restricted Building or Grounds with a Deadly or Dangerous Weapon
(7s)

18 U.S.C. 1752(a)(2) and (b)(1)(A); TEMPORARY RESIDENCE OF THE

Sentenced to eighty−four (84) months of incarceration and thirty−six (36) months of

PRESIDENT; Disorderly and Disruptive Conduct in a Restricted Building or Grounds with a Deadly or Dangerous Weapon
(7ss)

18 U.S.C. 1752(a)(2) and (b)(1)(A); TEMPORARY RESIDENCE OF THE PRESIDENT; Disorderly and Disruptive Conduct in a Restricted Building or Grounds with a Deadly or Dangerous Weapon
(8)

18 U.S.C. 1752(a)(2) and (b)(1)(A); TEMPORARY RESIDENCE OF THE PRESIDENT; Disorderly and Disruptive Conduct in a Restricted Building or Grounds with a Deadly or Dangerous Weapon
(8s)

supervised release. All terms of incarceration and supervised release shall run concurrently with all other counts. Special assessment imposed on this count in the amount of $100.

18 U.S.C. 1752(a)(4) and (b)(1)(A); TEMPORARY RESIDENCE OF THE PRESIDENT; Engaging in Physical Violence in a Restricted Building or Grounds with a Deadly or Dangerous Weapon
(8ss)

Sentenced to eighty–four (84) months of incarceration and thirty–six (36) months of supervised release. All terms of incarceration and supervised release shall run concurrently with all other counts. Special assessment imposed on this count in the amount of $100.

18 U.S.C. 1752(a)(4) and (b)(1)(A); TEMPORARY RESIDENCE OF THE PRESIDENT; Engaging in Physical Violence in a Restricted Building or Grounds, with a Deadly or Dangerous Weapon
(9)

18 U.S.C. 1752(a)(4) and (b)(1)(A); TEMPORARY RESIDENCE OF THE PRESIDENT; Engaging in Physical Violence in a Restricted Building or Grounds with a Deadly or Dangerous Weapon
(9s)

40 U.S.C. 5104(e)(2)(D); VIOLENT ENTRY AND DISORDERLY CONDUCT ON CAPITOL GROUNDS; Disorderly Conduct in a Capitol Building
(9ss)

Sentenced to six (6) months of incarceration. All terms of incarceration shall run concurrently with all other counts. Special assessment imposed on this count in the amount of $10.

40 U.S.C. 5104(e)(2)(D); VIOLENT ENTRY AND DISORDERLY CONDUCT ON CAPITOL GROUNDS; Disorderly Conduct in a Capitol Building

(10)

40 U.S.C. 5104(e)(2)(D); VIOLENT
ENTRY AND DISORDERLY CONDUCT
ON CAPITOL GROUNDS; Disorderly
Conduct in a Capitol Building
(10s)

40 U.S.C. 5104(e)(2)(F); VIOLENT
ENTRY AND DISORDERLY CONDUCT
ON CAPITOL GROUNDS; Act of
Physical Violence in a Capitol Grounds or
Buildings
(10ss)

Sentenced to six (6) months of incarceration.
All terms of incarceration shall run
concurrently with all other counts. Special
assessment imposed on this count in the
amount of $10.

40 U.S.C. 5104(e)(2)(F); VIOLENT
ENTRY AND DISORDERLY CONDUCT
ON CAPITOL GROUNDS; Act of
Physical Violence in a Capitol Grounds or
Buildings
(11)

40 U.S.C. 5104(e)(2)(F); VIOLENT
ENTRY AND DISORDERLY CONDUCT
ON CAPITOL GROUNDS; Act of
Physical Violence in a Capitol Grounds or
Buildings
(11s)

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**                                    **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**                                           **Disposition**

COMPLAINT in Violation of 18:111(a)(1)
and (b), 18:231(a)(3), 18:1361,
18:1752(a)(1), 18:1752(a)(2), and
18:1752(a)(4)

---

**Plaintiff**

USA                                      represented by   **David Perri**
                                                          USAO
                                                          LRM: Weaver, Tracie

Federal Building United States Courthouse
1125 Chapline Street, Suite 3000
Wheeling, WV 26003
304–234–0100
Fax: 304–234–0111
Email: david.perri@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant U.S. Attorney*

**Emily W. Allen**
DOJ–USAO
United States Attorney's Office
222 West 7th Avenue
Room 253
Anchorage, AK 99513
(907) 271–4724
Email: emily.allen@usdoj.gov
*TERMINATED: 01/04/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant U.S. Attorney*

**Holly Fugiel Grosshans**
DOJ–USAO
601 D Street NW
Washington, DC 20001
202–252–6737
Email: holly.grosshans@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant U.S. Attorney*

**Robert Craig Juman**
U.S. ATTORNEY'S OFFICE
500 E. Broward Blvd.
Ft. Lauderdale, FL 33132
786–514–9990
Email: robert.juman@usdoj.gov
*TERMINATED: 01/04/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant U.S. Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/02/2021 | 1 | SEALED COMPLAINT as to SHANE JENKINS (1). (Attachments: # 1 Statement of Facts) (bb) [1:21–mj–00271–GMH] (Entered: 03/02/2021) |
| 03/02/2021 | 3 | MOTION to Seal Case by USA as to SHANE JENKINS. (Attachments: # 1 Text of Proposed Order)(bb) [1:21–mj–00271–GMH] (Entered: 03/02/2021) |
| 03/02/2021 | 4 | |

| | | |
|---|---|---|
| | | ORDER granting 3 Motion to Seal Case as to SHANE JENKINS (1). Signed by Magistrate Judge G. Michael Harvey on 3/2/2021. (bb) [1:21–mj–00271–GMH] (Entered: 03/02/2021) |
| 03/05/2021 | 5 | Arrest Warrant Returned Executed on 3/5/2021 in Houston, Texas as to SHANE JENKINS. (bb) [1:21–mj–00271–GMH] (Entered: 03/08/2021) |
| 03/05/2021 | | Case unsealed as to SHANE JENKINS (bb) [1:21–mj–00271–GMH] (Entered: 03/08/2021) |
| 03/05/2021 | | Arrest of SHANE JENKINS in U.S. District Court for the Southern District of Texas (Houston). (zltp) [1:21–mj–00271–GMH] (Entered: 03/25/2021) |
| 03/11/2021 | 6 | Rule 5(c)(3) Documents Received as to SHANE JENKINS from U.S. District Court for the Southern District of Texas (Houston) Case Number 4:21–mj–443 (zltp) [1:21–mj–00271–GMH] (Entered: 03/25/2021) |
| 03/24/2021 | 7 | INDICTMENT as to SHANE JENKINS (1) count(s) 1, 2–4, 5, 6, 7, 8, 9, 10, 11. (zltp) (Entered: 03/25/2021) |
| 04/15/2021 | | ORAL MOTION to Appoint Counsel by SHANE JENKINS (1). (zpt) (Entered: 04/15/2021) |
| 04/15/2021 | | ORAL MOTION for Speedy Trial Waiverby USA as to SHANE JENKINS (1). (zpt) (Entered: 04/15/2021) |
| 04/15/2021 | | Minute Entry for proceedings held before Magistrate Judge G. Michael Harvey: VTC Initial Appearance/Arraignment as to SHANE JENKINS (1) Count 1,2–4,5,6,7,8,9,10,11 held on 4/15/2021. Not Guilty Plea entered by SHANE JENKINS (1) as to all counts. Oral Motion to Appoint Counsel by SHANE JENKINS (1) Heard and Granted. Defense counsel shall be appointed from CJA panel. Court finds that the Defendant has had a Detention Hearing in the Southern District of Texas where it was ruled that the Defendant shall be held with regards to pretrial detention. Oral Motion by the Government for Speedy Trial Waiver as to SHANE JENKINS (1). Heard and Denied. Status Hearing set for 4/21/2021 at 03:00 PM in Telephonic/VTC before Judge Amit P. Mehta. Bond Status of Defendant: Defendant Committed/Committment Issued; Court Reporter: FTR–Gold FTR Time Frame: CTRM 6 [2:49:14–3:00:01]; Defense Attorney: Shelli Peterson; US Attorney: Robert Juman; Pretrial Officer: Shay Holman; (zpt) (Entered: 04/15/2021) |
| 04/16/2021 | 10 | NOTICE OF ATTORNEY APPEARANCE: Maria Jacob appearing for SHANE JENKINS (Jacob, Maria) (Entered: 04/16/2021) |
| 04/21/2021 | 11 | Unopposed MOTION for Protective Order *Governing Discovery* by USA as to SHANE JENKINS. (Attachments: # 1 Text of Proposed Order)(Juman, Robert) (Entered: 04/21/2021) |
| 04/21/2021 | 12 | ORDER granting 11 Unopposed Motion for Protective Order. See attached Order for additional details. Signed by Judge Amit P. Mehta on 4/21/2021. (lcapm3) (Entered: 04/21/2021) |
| 04/21/2021 | | Minute Entry for proceedings held before Judge Amit P. Mehta: Status Conference as to SHANE JENKINS held on 4/21/2021 via videoconference. In the interests of justice (XT), and for the reasons stated on the record, the time from 4/22/2021 through and including 5/25/2021 shall be excluded in computing the date for speedy trial in this case. Status Conference set for 5/25/2021 at 3:00 PM via videoconference before Judge |

| | | |
|---|---|---|
| | | Amit P. Mehta. Bond Status of Defendant: remains committed. Court Reporter: William Zaremba. Defense Attorney: Maria Jacob. US Attorney: Robert Juman. (zjd) (Entered: 04/21/2021) |
| 05/13/2021 | 13 | MOTION to Revoke *Detention Order* by SHANE JENKINS. (Attachments: # 1 Exhibit Transcript, # 2 Exhibit)(Jacob, Maria) (Entered: 05/13/2021) |
| 05/13/2021 | | MINUTE ORDER. The United States shall respond to Defendant's Motion to Revoke Detention Order by May 19, 2021. Defendant shall file any reply brief in support of his motion by 12:00 p.m. on May 24, 2021. Signed by Judge Amit P. Mehta on 5/13/2021. (lcapm3) (Entered: 05/13/2021) |
| 05/18/2021 | 14 | RESPONSE by USA as to SHANE JENKINS re 13 MOTION to Revoke *Detention Order* (Juman, Robert) (Entered: 05/18/2021) |
| 05/24/2021 | 15 | REPLY TO OPPOSITION to Motion by SHANE JENKINS re 13 MOTION to Revoke *Detention Order* (Jacob, Maria) (Entered: 05/24/2021) |
| 05/25/2021 | | Minute Entry for proceedings held before Judge Amit P. Mehta: Status Conference as to SHANE JENKINS held via videoconference on 5/25/2021. Defendant's 13 Motion to Revoke Detention Order was DENIED, for the reasons stated on the record. In the interests of justice (XT), the time from 5/26/2021 through and including 6/28/2021 shall be excluded in computing the date for speedy trial in this case. Status Conference set for 6/28/2021 at 10:00 AM via videoconference before Judge Amit P. Mehta. The courtroom deputy will circulate connection information to counsel. Members of the public may access the hearing by dialing the court's toll–free public access line: (877) 848–7030, access code 321–8747. Bond Status of Defendant: remains committed. Court Reporter: William Zaremba. Defense Attorney: Maria Jacob. US Attorney: Robert Juman. Pretrial Officer: Andre Sidbury. (zjd) (Entered: 05/25/2021) |
| 05/27/2021 | 16 | TRANSCRIPT OF STATUS CONFERENCE VIA ZOOM PROCEEDINGS in case as to SHANE JENKINS before Judge Amit P. Mehta held on May 25, 2021; Page Numbers: 1–29. Date of Issuance: May 27, 2021. Court Reporter/Transcriber: William Zaremba; Telephone number: (202) 354–3249. Transcripts may be ordered by submitting the Transcript Order Form  For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public termina l or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, PDF or ASCII) may be purchased from the court reporter.  **NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.  Redaction Request due 6/17/2021. Redacted Transcript Deadline set for 6/27/2021. Release of Transcript Restriction set for 8/25/2021.(wz) (Entered: 05/27/2021) |
| 06/17/2021 | 17 | Unopposed MOTION for Disclosure *of Items Protected by Federal Rule of Criminal Procedure 6(e) and Sealed Materials* by USA as to SHANE JENKINS. (Attachments: # 1 Text of Proposed Order)(Juman, Robert) (Entered: 06/17/2021) |

| 06/19/2021 | 18 | ORDER granting 17 Motion for Disclosure. See attached Order for details. Signed by Judge Amit P. Mehta on 6/17/2021. (lcapm3) (Entered: 06/19/2021) |
|---|---|---|
| 06/24/2021 | 19 | Joint MOTION to Continue *Status Conference* by SHANE JENKINS. (Attachments: # 1 Text of Proposed Order)(Jacob, Maria) (Entered: 06/24/2021) |
| 06/25/2021 | 20 | ORDER granting 19 Motion to Continue Status Conference. The current status hearing set for 10:00 AM on June 28, 2021 is continued to 9:15 AM on August 25, 2021. The time between June 28, 2021 and August 25, 2021 shall be excluded from calculation under the Speedy Trial Act. The court finds that the ends of justice served by the granting of such continuance outweigh the best interests of the public and the defendant in a speedy trial, as the continuance will provide the parties with additional time to engage in the discovery process and pretrial negotiations. See attached Order for details. Signed by Judge Amit P. Mehta on 6/25/2021. (lcapm3) (Entered: 06/25/2021) |
| 08/24/2021 | | NOTICE OF HEARING as to SHANE JENKINS: Status Conference set for 8/25/2021 at 9:15 AM via videoconference before Judge Amit P. Mehta. The courtroom deputy has circulated connection information to counsel. Members of the public may access the hearing by dialing the court's toll–free public access line: (877) 848–7030, access code 321–8747. (zjd) (Entered: 08/24/2021) |
| 08/24/2021 | 21 | NOTICE *of Status of Discovery* by USA as to SHANE JENKINS (Juman, Robert) (Entered: 08/24/2021) |
| 08/25/2021 | | Minute Entry for proceedings held before Judge Amit P. Mehta: Status Conference as to SHANE JENKINS held via videoconference on 8/25/2021. In the interests of justice, and for the reasons stated on the record, the time from 8/26/2021 through and including 9/2/2021 shall be excluded in computing the date for speedy trial in this case. Status Conference set for 9/2/2021 at 12:30 PM via videoconference before Judge Amit P. Mehta. The courtroom deputy has circulated connection information to counsel. Members of the public may access the hearing by dialing the court's toll–free public access line: (877) 848–7030, access code 321–8747.Bond Status of Defendant: remains in–custody; Court Reporter: Nancy Meyer; Defense Attorneys: Maria Jacob and Ryan Marshall for John Pierce; US Attorney: Robert Juman. (zjd) (Entered: 08/26/2021) |
| 08/30/2021 | 22 | NOTICE OF ATTORNEY APPEARANCE: John M. Pierce appearing for SHANE JENKINS (Pierce, John) (Entered: 08/30/2021) |
| 08/30/2021 | 23 | NOTICE *REGARDING DEFENSE COUNSEL JOHN M. PIERCE, ESQ.* by USA as to SHANE JENKINS (Juman, Robert) (Entered: 08/30/2021) |
| 08/30/2021 | 24 | TRANSCRIPT OF PROCEEDINGS in case as to SHANE JENKINS before Judge Amit P. Mehta held on 08/25/2021. Page Numbers: 1–9. Date of Issuance: 08/26/2021. Stenographic Court Reporter: Nancy J. Meyer. Telephone Number: 202–354–3118. Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the co urt reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have 21 days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five |

| | | |
|---|---|---|
| | | personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 9/20/2021. Redacted Transcript Deadline set for 9/30/2021. Release of Transcript Restriction set for 11/28/2021.(Meyer, Nancy) (Entered: 08/30/2021) |
| 09/02/2021 | | Minute Entry for proceedings held before Judge Amit P. Mehta: Status Conference as to SHANE JENKINS held via videoconference on 9/2/2021. In the interests of justice, and against the defendant's objection, the Court finds that the time from 9/3/2021 through and including 9/16/2021 shall be excluded in computing the date for speedy trial in this case. Status Conference set for 9/16/2021 at 11:00 AM via videoconference before Judge Amit P. Mehta. The courtroom deputy will circulate connection information to counsel. Members of the public may access the hearing by dialing the court's toll−free public access line: (877) 848−7030, access code 321−8747. Bond Status of Defendant: remains in−custody; Court Reporter: William Zaremba; Defense Attorneys: Maria Jacob, Karyl Alderman, Ryan Marshall for John Pierce; US Attorney: Robert Juman. (zjd) (Entered: 09/03/2021) |
| 09/09/2021 | | NOTICE OF HEARING as to SHANE JENKINS: Status Conference reset to 9/16/2021 at 9:30 AM via videoconference before Judge Amit P. Mehta. Members of the public may access the hearing by dialing the court's toll−free public access line: (877) 848−7030, access code 321−8747. (zjd) (Entered: 09/09/2021) |
| 09/15/2021 | 25 | NOTICE of United States' Memorandum Regarding Status of Discovery as of September 14, 2021 by USA as to SHANE JENKINS (Juman, Robert) (Entered: 09/15/2021) |
| 09/16/2021 | | Minute Entry for proceedings held before Judge Amit P. Mehta: Status Conference as to SHANE JENKINS held via videoconference on 9/16/2021. In interests of justice, and for the reasons stated on the record, the time from 9/17/2021 through and including 11/18/2021 shall be excluded in computing the date for speedy trial in this case. Status Conference set for 11/18/2021 at 12:30 PM via videoconference before Judge Amit P. Mehta. The courtroom deputy will circulate connection information to counsel. Members of the public may access the hearing by dialing the court's toll−free public access line: (877) 848−7030, access code 321−8747. Bond Status of Defendant: remains in−custody; Court Reporter: William Zaremba; Defense Attorney: John Pierce; US Attorney: Robert Juman. (zjd) (Entered: 09/16/2021) |
| 09/28/2021 | 26 | TRANSCRIPT OF STATUS CONFERENCE VIA ZOOM PROCEEDINGS in case as to SHANE JENKINS before Judge Amit P. Mehta held on September 2, 2021; Page Numbers: 1−21. Date of Issuance: September 28, 2021. Court Reporter/Transcriber: William Zaremba; Telephone number: (202) 354−3249. Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a pub lic terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, PDF or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made |

| | | |
|---|---|---|
| | | available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 10/19/2021. Redacted Transcript Deadline set for 10/29/2021. Release of Transcript Restriction set for 12/27/2021.(wz) (Entered: 09/28/2021) |
| 10/25/2021 | 27 | NOTICE *of United States' Memorandum Regarding Status of Discovery as of October 21, 2021* by USA as to SHANE JENKINS (Juman, Robert) (Entered: 10/25/2021) |
| 11/08/2021 | 28 | NOTICE *of United States' Memorandum Regarding Status of Discovery as of July 12, 2021* by USA as to SHANE JENKINS (Attachments: # 1 Exhibit A)(Juman, Robert) (Entered: 11/08/2021) |
| 11/08/2021 | 29 | NOTICE *of United States' Memorandum Regarding Status of Discovery as of November 5, 2021* by USA as to SHANE JENKINS (Juman, Robert) (Entered: 11/08/2021) |
| 11/10/2021 | 30 | FIRST SUPERSEDING INDICTMENT as to SHANE JENKINS (1) count(s) 1s, 2s–4s, 5s, 6s, 7s, 8s, 9s, 10s, 11s. (zltp) (Entered: 11/16/2021) |
| 11/18/2021 | | Minute Entry for proceedings held before Judge Amit P. Mehta: Arraignment as to SHANE JENKINS held via videoconference on 11/18/2021. Plea of Not Guilty as to Counts 1s–11s of the 30 First Superseding Indictment. In the interests of justice, and for the reasons stated on the record, the time from 11/19/2021 through and including 1/11/2022 shall be excluded in computing the date for speedy trial in this case. Status Conference set for 1/11/2022 at 10:00 AM via videoconference before Judge Amit P. Mehta. The courtroom deputy has circulated connection information to counsel. Members of the public may access the hearing by dialing the court's toll–free public access line: (877) 848–7030, access code 321–8747. Pretrial Conference set for 2/17/2022 at 2:00 PM before Judge Amit P. Mehta. Jury Trial set for 3/1/2022 at 9:30 AM in Courtroom 10 before Judge Amit P. Mehta. Bond Status of Defendant: remains in–custody; Court Reporter: William Zaremba; Defense Attorney: John Pierce; US Attorney: Robert Juman. (zjd) (Entered: 11/18/2021) |
| 11/22/2021 | 32 | PRETRIAL ORDER as to SHANE JENKINS. Trial is set to commence in this matter on March 1, 2022, at 9:30 a.m., in Courtroom 10. The following deadlines shall govern this matter: (1) The parties shall file any motion pursuant to Federal Rule of Criminal Procedure 12(b)(3)(A)–(D) on or before December 21, 2021; oppositions shall be filed on or before January 4, 2022; and replies shall be filed on or before January 11, 2022. (2) The United States shall notify Defendant of its intention to introduce any Rule 404(b) evidence not already disclosed on or before January 25, 2022. (3) Motions in limine, if any, shall be filed on or before February 1, 2022; oppositions, if any, shall be filed on or before February 8, 2022; and replies, if any, shall be filed on or before February 15, 2022. (4) The United States is directed to make grand jury and Jencks Act disclosures as to each of its witnesses on or before February 15, 2022. Any Brady material not already disclosed also shall be disclosed by this date. (5) On or before February 8, 2022, counsel shall file a Joint Pretrial Statement. (6) Counsel shall appear in person on January 12, 2022, at 2:00 p.m. in Courtroom 10, for a hearing on Rule 12 pretrial motions. (7) Counsel shall appear on February 17, 2022, at 2:00 p.m. in Courtroom 10, for a final Pretrial Conference. See the attached Order for additional details. Signed by Judge Amit P. Mehta on 11/22/2021. (lcapm3) (Entered: 11/22/2021) |

| 12/06/2021 | 33 | NOTICE OF ATTORNEY APPEARANCE: Dennis E. Boyle appearing for SHANE JENKINS (Boyle, Dennis) (Main Document 33 replaced on 12/6/2021) (zltp). (Entered: 12/06/2021) |
|---|---|---|
| 12/06/2021 | 34 | NOTICE OF ATTORNEY APPEARANCE: Blerina Jasari appearing for SHANE JENKINS (Jasari, Blerina) (Main Document 34 replaced on 12/6/2021) (zltp). (Entered: 12/06/2021) |
| 12/06/2021 | 35 | NOTICE OF ATTORNEY APPEARANCE Emily W. Allen appearing for USA. (Allen, Emily) (Entered: 12/06/2021) |
| 12/14/2021 | 36 | MOTION to Vacate *Trial and Pre−Trial Deadlines* by SHANE JENKINS. (Attachments: # 1 Text of Proposed Order)(Boyle, Dennis) (Entered: 12/14/2021) |
| 12/14/2021 | 37 | MOTION to Withdraw as Attorney by John M. Pierce. by SHANE JENKINS. (Pierce, John) (Entered: 12/14/2021) |
| 12/15/2021 | | MINUTE ORDER granting 37 Motion to Withdraw as Counsel of Record. John Pierce is hereby withdrawn as counsel of record for Defendant Jenkins. Signed by Judge Amit P. Mehta on 12/15/2021. (lcapm3) (Entered: 12/15/2021) |
| 12/15/2021 | | MINUTE ORDER granting Defendant's 36 Motion to Vacate Trial and Pre−Trial Deadlines. As requested by Defendant, the trial and pretrial dates in this matter are hereby vacated. The parties shall appear remotely for a status hearing on January 25, 2022, at 10:30 a.m. Time is hereby excluded under the Speedy Trial Act through January 25, 2022, as the ends of justice outweigh the interests of Defendant and the public in a speedy trial. Specifically, time is excluded to allow time for newly retained defense counsel to review discovery, prepare a defense and for trial, and consult with Defendant. Signed by Judge Amit P. Mehta on 12/15/2021. (lcapm3) (Entered: 12/15/2021) |
| 01/12/2022 | 38 | NOTICE *of Defendant's Acceptance* by SHANE JENKINS re 12 Order on Motion for Protective Order (Boyle, Dennis) (Entered: 01/12/2022) |
| 01/24/2022 | | NOTICE OF HEARING as to SHANE JENKINS: Status Conference reset to 1/25/2022 at 3:00 PM (same date, new time) via videoconference before Judge Amit P. Mehta. Members of the public may access the hearing by dialing the court's toll−free public access line: (877) 848−7030, access code 321−8747. (zjd) (Entered: 01/24/2022) |
| 01/25/2022 | | Minute Entry for proceedings held before Judge Amit P. Mehta: Status Conference as to SHANE JENKINS held via videoconference on 1/25/2022. In the interests of justice, and for the reasons stated on the record, the time from 1/26/2022 through and including 2/28/2022 shall be excluded in computing the date for speedy trial in this case. Status Conference set for 2/28/2022 at 12:30 PM via videoconference before Judge Amit P. Mehta. Members of the public may access the hearing by dialing the court's toll−free public access line: (877) 848−7030, access code 321−8747. Bond Status of Defendant: remains in−custody; Court Reporter: William Zaremba; Defense Attorneys: Dennis Boyle and Blerina Jasari; US Attorney: Robert Juman. (zjd) (Entered: 01/26/2022) |
| 02/11/2022 | 39 | NOTICE *of United States' Memorandum Regarding Status of Discovery as of February 9, 2022* by USA as to SHANE JENKINS (Juman, Robert) (Entered: 02/11/2022) |
| 02/28/2022 | 40 | Unopposed MOTION to Strike *Portions of the Indictment* by USA as to SHANE JENKINS. (Attachments: # 1 Exhibit A, # 2 Exhibit A−1, # 3 Exhibit B)(Juman, Robert) (Entered: 02/28/2022) |

| 02/28/2022 | | Minute Entry for proceedings held before Judge Amit P. Mehta: Status Conference as to SHANE JENKINS held via videoconference on 2/28/2022. In the interests of justice, and for the reasons stated on the record, the time from 3/1/2022 through and including 4/26/2022 shall be excluded in computing the date for speedy trial in this case. Status Conference set for 4/26/2022 at 10:30 AM via videoconference before Judge Amit P. Mehta. Members of the public may access the hearing by dialing the court's toll–free public access line: (877) 848–7030, access code 321–8747. Bond Status of Defendant: remains in–custody; Court Reporter: William Zaremba; Defense Attorneys: Dennis Boyle and Blerina Jasari; US Attorney: Robert Juman. (zjd) (Entered: 02/28/2022) |
| 03/02/2022 | 41 | ORDER granting the United States' 40 Unopposed Motion to Strike Portions of the Indictment as to Defendant SHANE JENKINS. Please see attached Order for further details. Signed by Judge Amit P. Mehta on 03/02/2022. (lcapm3) (Entered: 03/02/2022) |
| 04/24/2022 | | NOTICE OF HEARING as to SHANE JENKINS: The Status Conference set for April 26, 2022 will now proceed at 9:00 AM via videoconference before Judge Amit P. Mehta. Members of the public may access the hearing by dialing the court's toll–free public access line: (877) 848–7030, access code 321–8747. (zjd) (Entered: 04/24/2022) |
| 04/26/2022 | | Minute Entry for proceedings held before Judge Amit P. Mehta: Status Conference as to SHANE JENKINS held via videoconference on 4/26/2022. In the interests of justice, and for the reasons stated on the record, the time from 4/27/2022 through and including 3/13/2023 shall be excluded in computing the date for speedy trial in this case. Jury Trial set for 3/13/2023 at 9:30 AM in Courtroom 10before Judge Amit P. Mehta. Pretrial Conference set for 3/3/2023 at 2:00 PM in Courtroom 10 before Judge Amit P. Mehta. Bond Status of Defendant: remains in–custody; Court Reporter: Lisa Edwards; Defense Attorneys: Dennis Boyle and Blerina Jasari; US Attorney: Robert Juman. (zjd) (Entered: 04/26/2022) |
| 04/28/2022 | 42 | AMENDED PRETRIAL ORDER as to SHANE JENKINS. Trial is set to commence in this matter on March 21, 2023, at 9:30 a.m., in Courtroom 10. The following deadlines shall govern this matter: (1) The parties shall file any motion pursuant to Federal Rule of Criminal Procedure 12(b)(3)(A)–(D) on or before January 6, 2023; oppositions shall be filed on or before January 20, 2023; and replies shall be filed on or before January 27, 2023. (2) The United States shall make any required expert disclosures pursuant to Rule 16(a)(1)(G) by January 17, 2023. Defendant shall make any reciprocal expert disclosures by January 23, 2023. (3) The United States shall notify Defendant of its intention to introduce any Rule 404(b) evidence not already disclosed on or before January 23, 2023. (4) Motions in limine, if any, shall be filed on or before January 30, 2023; oppositions, if any, shall be filed on or before February 13, 2023; and replies, if any, shall be filed on or before February 21, 2023. If the United States wishes to file a motion in limine regarding any defense experts, it may file a motion by February 9, 2023, with any opposition filed by February 21, 2023. (5) Defendant shall satisfy his reciprocal discovery obligations, if any, under Rule 16(b) by January 20, 2023. Any resulting motion in limine shall be filed by January 30, 2023, and any opposition to such motion shall be filed by February 13, 2023. (6) The United States is directed to make grand jury and Jencks Act disclosures as to each of its witnesses on or before March 7, 2023. Any Brady material not already disclosed also shall be disclosed by this date. (7) On or before March 3, 2023, counsel shall file a Joint Pretrial Statement. (8) Counsel shall appear on February 10, 2023, at 3:00 p.m. in Courtroom 10 for a Rule 12 Hearing, if necessary. (9) Counsel shall appear on March 10, 2023, at 3:00 p.m. in Courtroom 10, for a final Pretrial Conference. See the attached Order for additional |

| | | |
|---|---|---|
| | | details. Signed by Judge Amit P. Mehta on 04/28/2022. (lcapm3) (Entered: 04/28/2022) |
| 09/21/2022 | 43 | SECOND SUPERSEDING INDICTMENT as to SHANE JENKINS (1) count(s) 1ss, 2ss, 3ss, 4ss, 5ss, 6ss, 7ss, 8ss, 9ss, 10ss. (zltp) (Entered: 09/26/2022) |
| 10/05/2022 | | NOTICE OF HEARING as to SHANE JENKINS: Arraignment set for 10/6/2022 at 1:00 PM via videoconference before Judge Amit P. Mehta. Members of the public may access the hearing by dialing the court's toll–free public access line: (877) 848–7030, access code 321–8747.(zjd) (Entered: 10/05/2022) |
| 10/06/2022 | | Minute Entry for proceedings held before Judge Amit P. Mehta: Arraignment as to SHANE JENKINS held via videoconference on 10/6/2022. Plea of Not Guilty entered as to Counts 1–10 of the 43 Second Superseding Indictment. Bond Status of Defendant: remains in–custody; Court Reporter: William Zaremba; Defense Attorney: Blerina Jasari; US Attorney: Robert Juman. (zjd) (Entered: 11/13/2022) |
| 01/04/2023 | 45 | NOTICE OF SUBSTITUTION OF COUNSEL as to USA. Attorney Grosshans, Holly Fugiel added. Substituting for attorney Emily W. Allen (Grosshans, Holly) (Entered: 01/04/2023) |
| 01/04/2023 | 46 | NOTICE OF SUBSTITUTION OF COUNSEL as to USA. Attorney Perri, David added. Substituting for attorney Robert Craig Juman (Perri, David) (Entered: 01/04/2023) |
| 01/06/2023 | 47 | MOTION to Change Venue by SHANE JENKINS. (Attachments: # 1 Text of Proposed Order, # 2 Exhibit)(Boyle, Dennis) (Entered: 01/06/2023) |
| 01/06/2023 | 48 | MOTION to Dismiss Count by SHANE JENKINS. (Attachments: # 1 Text of Proposed Order, # 2 Exhibit)(Boyle, Dennis) (Entered: 01/06/2023) |
| 01/20/2023 | 49 | Memorandum in Opposition by USA as to SHANE JENKINS re 48 Motion to dismiss count(s) *Two* (Perri, David) (Entered: 01/20/2023) |
| 01/20/2023 | 50 | Memorandum in Opposition by USA as to SHANE JENKINS re 47 Motion to Change Venue (Perri, David) (Entered: 01/20/2023) |
| 01/25/2023 | 51 | REPLY in Support by SHANE JENKINS re 48 MOTION to Dismiss Count (Boyle, Dennis) (Entered: 01/25/2023) |
| 01/25/2023 | 52 | REPLY in Support by SHANE JENKINS re 47 MOTION to Change Venue (Boyle, Dennis) (Entered: 01/25/2023) |
| 01/30/2023 | 53 | MOTION in Limine by SHANE JENKINS. (Attachments: # 1 Exhibit)(Boyle, Dennis) (Entered: 01/30/2023) |
| 01/30/2023 | 54 | MOTION in Limine *Defense–of–Others Evidence and Argument* by USA as to SHANE JENKINS. (Perri, David) (Entered: 01/30/2023) |
| 01/30/2023 | 55 | MOTION in Limine *USSS Witness* by USA as to SHANE JENKINS. (Perri, David) (Entered: 01/30/2023) |
| 01/30/2023 | 56 | MOTION in Limine *U.S Capitol Camera Locations* by USA as to SHANE JENKINS. (Perri, David) (Entered: 01/30/2023) |
| 02/08/2023 | | NOTICE OF HEARING as to SHANE JENKINS: The Rule 12 Motions Hearing set for February 10, 2023 is hereby vacated. (zsmc) (Entered: 02/08/2023) |

| 02/13/2023 | 57 | Memorandum in Opposition by SHANE JENKINS re 54 Motion in Limine (Boyle, Dennis) (Entered: 02/13/2023) |
|---|---|---|
| 02/13/2023 | 58 | Memorandum in Opposition by SHANE JENKINS re 56 Motion in Limine (Boyle, Dennis) (Entered: 02/13/2023) |
| 02/13/2023 | 59 | Memorandum in Opposition by SHANE JENKINS re 55 Motion in Limine (Boyle, Dennis) (Entered: 02/13/2023) |
| 02/13/2023 | | NOTICE OF HEARING as to SHANE JENKINS: Status Conference set for 2/14/2023 at 9:00 AM via videoconference before Judge Amit P. Mehta. (zjd) (Entered: 02/13/2023) |
| 02/13/2023 | 60 | Memorandum in Opposition by USA as to SHANE JENKINS re 53 Motion in Limine *as to 404(b) evidence* (Perri, David) (Entered: 02/13/2023) |
| 02/14/2023 | | Minute Entry for proceedings held before Judge Amit P. Mehta: Status Conference as to SHANE JENKINS held via videoconference on 2/14/2023. Bond Status of Defendant: remains in–custody; Court Reporter: William Zaremba; Defense Attorneys: Dennis Boyle and Blerina Jasari; US Attorneys: David Perri and Holly Grosshans. (zjd) (Entered: 02/14/2023) |
| 02/20/2023 | 61 | REPLY in Support by SHANE JENKINS re 53 MOTION in Limine *to preclude 404(b) evidence* (Boyle, Dennis) (Entered: 02/20/2023) |
| 02/21/2023 | 62 | REPLY in Support by USA as to SHANE JENKINS re 54 MOTION in Limine *Defense–of–Others Evidence and Argument* (Perri, David) (Entered: 02/21/2023) |
| 02/24/2023 | 63 | MOTION for Bench Trial by SHANE JENKINS. (Attachments: # 1 Text of Proposed Order)(Boyle, Dennis) (Entered: 02/24/2023) |
| 02/28/2023 | 64 | Unopposed MOTION for Order by USA as to SHANE JENKINS. (Attachments: # 1 Text of Proposed Order)(Grosshans, Holly) (Entered: 02/28/2023) |
| 02/28/2023 | 65 | ORDER granting 64 Unopposed Motion for Early Return of Trial Subpoenas Pursuant to Federal Rule of Criminal Procedure 17(c). It is hereby ordered that GETTR USA, Inc, (Gettr), GiveSendGo, LLC (GiveSendGo.com), GoDaddy.com, LLC (GoDaddy.com), Parler, LLC (Parler.com), Rumble, Inc.(Rumble.com), Telegram Messenger, Inc. (Telegram), T Media Tech LLC (TruthSocial.com), Twitter, Inc (Twitter), and Vimeo, LLC (Vimeo.com), be required to comply with Trial Subpoena(s) No. TR2023022399727 (GETTR USA, Inc.), TR2023022499759 (GiveSendGo, LLC), TR2023022399731 (GoDaddy.com, LLC), TR2023022399733 (Parler, LLC), TR2023022499754 (Rumble, Inc.), TR2023022399735 (Telegram Messenger, Inc.), TR2023022399736 (T Media TechLLC), TR2023022399738 (Twitter, Inc.), and TR2023022399740 (Vimeo.com, Inc.), by producing records as described in the Attachments to those subpoenas, a redacted copy of which were appended to the government's motion. See attached Order for additional details. Signed by Judge Amit P. Mehta on 02/28/2023. (lcapm1) (Entered: 02/28/2023) |
| 03/03/2023 | 66 | MOTION to Continue *Trial* by SHANE JENKINS. (Attachments: # 1 Text of Proposed Order)(Boyle, Dennis) (Entered: 03/03/2023) |
| 03/03/2023 | 67 | JOINT PRETRIAL STATEMENT by USA as to SHANE JENKINS (Attachments: # 1 Proposed Jury Instructions, # 2 Proposed Verdict Form, # 3 Stipulation as to ID as Depicted, # 4 Stipulation as to Authenticity of Social Media Accounts, # 5 Stipulation as to Cell Phone Content, # 6 Stipulation as to CCTV, # 7 Stipulation at to BWC, # 8 |

| | | |
|---|---|---|
| | | Stipulation as to Restricted Grounds & Certification of Vote, # 9 United States Exhibit List)(Perri, David) Modified text on 3/6/2023 (zstd). (Entered: 03/03/2023) |
| 03/07/2023 | 68 | Memorandum in Opposition by USA as to SHANE JENKINS re 66 Motion to Continue *Trial* (Perri, David) (Entered: 03/07/2023) |
| 03/09/2023 | 69 | REPLY in Support by SHANE JENKINS re 66 MOTION to Continue *Trial* (Boyle, Dennis) (Entered: 03/09/2023) |
| 03/09/2023 | | NOTICE OF HEARING as to SHANE JENKINS: The Pretrial Conference set for March 10, 2023 in Courtroom 10 before Judge Amit P. Mehta shall now proceed at 4:00 p.m. (same date, new time). (zjd) (Entered: 03/09/2023) |
| 03/10/2023 | | Minute Entry for proceedings held before Judge Amit P. Mehta: Pretrial Conference as to SHANE JENKINS held on 3/10/2023. Jury Trial shall proceed on Tuesday, March 21, 2023 at 9:00 AM in Courtroom 10 before Judge Amit P. Mehta. Bond Status of Defendant: remains in–custody; Court Reporter: William Zaremba; Defense Attorney: Dennis Boyle and Blerina Jasari; US Attorney: David Perri and Holly Grosshans. (zjd) (Entered: 03/14/2023) |
| 03/13/2023 | | MINUTE ORDER denying 66 Motion to Continue for the reasons stated on the record during the pretrial conference held on March 10, 2023. Signed by Judge Amit P. Mehta on 03/13/2023. (lcapm1) (Entered: 03/13/2023) |
| 03/13/2023 | | MINUTE ORDER denying 63 Motion for the Bench Trial for the reasons stated on the record during the pretrial conference held on March 10, 2023. Signed by Judge Amit P. Mehta on 03/13/2023. (lcapm1) (Entered: 03/13/2023) |
| 03/13/2023 | | MINUTE ORDER denying 47 Motion for Change of Venue for the reasons stated on the record during the pretrial conference held on March 10, 2023. Signed by Judge Amit P. Mehta on 03/13/2023. (lcapm1) (Entered: 03/13/2023) |
| 03/13/2023 | | MINUTE ORDER denying 48 Motion to Dismiss Count(s) for the reasons stated on the record during the pretrial conference held on March 10, 2023. Signed by Judge Amit P. Mehta on 03/13/2023. (lcapm1) (Entered: 03/13/2023) |
| 03/13/2023 | | MINUTE ORDER denying 54 Motion in Limine Defense–of–Others Evidence for the reasons stated on the record during the pretrial conference held on March 10, 2023. Signed by Judge Amit P. Mehta on 03/13/2023. (lcapm1) (Entered: 03/13/2023) |
| 03/13/2023 | | MINUTE ORDER denying 55 Motion in Limine regarding U.S. Secret Service Witness for the reasons stated on the record during the pretrial conference held on March 10, 2023. Signed by Judge Amit P. Mehta on 03/13/2023. (lcapm1) (Entered: 03/13/2023) |
| 03/13/2023 | | MINUTE ORDER denying 56 Motion in Limine regarding U.S. Capitol Surveillance Cameras for the reasons stated on the record during the pretrial conference held on March 10, 2023. Signed by Judge Amit P. Mehta on 03/13/2023. (lcapm1) (Entered: 03/13/2023) |
| 03/13/2023 | | MINUTE ORDER granting 53 Motion in Limine to Preclude Admission of 404(b) Evidence for the reasons stated on the record during the pretrial conference held on March 10, 2023. Signed by Judge Amit P. Mehta on 03/13/2023. (lcapm1) (Entered: 03/13/2023) |
| 03/19/2023 | 70 | |

| | | |
|---|---|---|
| | | Proposed Jury Instructions by USA as to SHANE JENKINS (Perri, David) (Entered: 03/19/2023) |
| 03/19/2023 | <u>71</u> | EXHIBIT LIST by USA as to SHANE JENKINS (Perri, David) (Entered: 03/19/2023) |
| 03/21/2023 | | Minute Entry for proceedings held before Judge Amit P. Mehta: Jury Selection as to SHANE JENKINS held on 3/21/2023. A panel of twelve (12) jurors and two (2) alternates was selected but not sworn. Jury Trial set for 3/22/2023 at 9:30 AM in Courtroom 10 before Judge Amit P. Mehta. Bond Status of Defendant: remains in–custody; Court Reporter: William Zaremba; Defense Attorneys: Dennis Boyle and Blerina Jasari; US Attorneys: David Perri and Holly Grosshans. (zjd) (Entered: 03/21/2023) |
| 03/22/2023 | | Minute Entry for proceedings held before Judge Amit P. Mehta: Jury Trial on all counts as to SHANE JENKINS held on 3/22/2023. Panel of twelve (12) jurors and two (2) alternates was sworn. Jury Trial shall resume on 3/22/2023 at 9:30 AM in Courtroom 10 before Judge Amit P. Mehta. Bond Status of Defendant: remains in–custody; Court Reporter: William Zaremba; Defense Attorneys: Dennis Boyle and Blerina Jasari; US Attorneys: David Perri and Holly Grosshans; Government Witnesses: Lt. George McCree, Inspector Lanelle Hawa, Special Agent Amy Avila. (zjd) (Entered: 03/22/2023) |
| 03/22/2023 | | MINUTE ORDER as to SHANE JENKINS: The Court having impaneled the jury in this action, it is hereby ORDERED that during trial and deliberations all meals for said jury shall be paid by the Clerk of the Court for the U.S. District Court for the District of Columbia. Approved by Judge Amit P. Mehta on 3/22/2023. (zjd) (Entered: 03/22/2023) |
| 03/23/2023 | | Minute Entry for proceedings held before Judge Amit P. Mehta: Jury Trial as to SHANE JENKINS held on 3/23/2023. Same panel of twelve (12) jurors and two (2) alternates. Jury Trial shall resume on 3/27/2023 at 09:30 AM in Courtroom 10 before Judge Amit P. Mehta. Bond Status of Defendant: remains in–custody; Court Reporter: William Zaremba; Defense Attorneys: Dennis Boyle and Blerina Jasari; US Attorneys: David Perri and Holly Grosshans; Government Witnesses: Special Agent Amy Avila, Former Special Agent Craig Storemski, Jason McIntyre, Officer Mustafa Ak. (zjd) (Entered: 03/23/2023) |
| 03/27/2023 | | Set/Reset Hearings as to SHANE JENKINS: Jury Deliberation set for 3/28/2023 at 9:30 AM. (zjd) (Entered: 03/27/2023) |
| 03/27/2023 | | Minute Entry for proceedings held before Judge Amit P. Mehta: Jury Trial as to SHANE JENKINS held on 3/27/2023. The juror in seat 7 (#1429) was excused and replaced by the first alternate juror in seat 10 (#1372). A panel of twelve (12) jurors and one (1) alternate juror remains. All parties rest their cases. The remaining alternate juror was dismissed. Defendant's Rule 29 Motion for Judgment of Acquittal and Renewed Motion were granted only as to Count 4ss of the <u>43</u> Second Superseding Indictment. The Court denies the Defendant's motions as to the remaining counts. Jury Deliberation set for 3/28/2023 at 9:30 AM. Any proceedings will take place in Courtroom 10 before Judge Amit P. Mehta. Bond Status of Defendant: remains in–custody; Court Reporter: William Zaremba; Defense Attorneys: Dennis Boyle and Blerina Jasari; US Attorneys: David Perri and Holly Grosshans; Government Witnesses: Officer Aaron Hunter. (zjd) (Entered: 03/28/2023) |
| 03/28/2023 | | Minute Entry for proceedings held before Judge Amit P. Mehta: Jury Deliberation as to SHANE JENKINS held on 3/28/2023. Same panel of twelve (12) deliberating jurors. |

| | | No court proceedings took place on this date. Jury Deliberation shall resume on 3/29/2023 at 9:30 AM. Any proceedings will take place in Courtroom 10 before Judge Amit P. Mehta. (zjd) (Entered: 03/28/2023) |
|---|---|---|
| 03/28/2023 | 72 | Jury Note as to SHANE JENKINS. (zjd) (Entered: 03/28/2023) |
| 03/28/2023 | 73 | **Signature Page of Foreperson**<br><br>as to SHANE JENKINS in Jury Note. (Access to the PDF Document is restricted pursuant to the E–Government Act. Access is limited to Counsel of Record and the Court.) (zjd) (Entered: 03/28/2023) |
| 03/29/2023 | | Minute Entry for proceedings held before Judge Amit P. Mehta: Jury Trial as to SHANE JENKINS held on 3/29/2023. Same panel of twelve (12) deliberating jurors. Jury Verdict of GUILTY as to Counts 1ss, 2ss, 3ss, 5ss, 6ss, 7ss, 8ss, 9ss, and 10ss of the 43 Second Superseding Indictment. REFERRAL TO PROBATION OFFICE for Presentence Investigation as to SHANE JENKINS. Sentencing set for 7/28/2023 at 1:30 PM in Courtroom 10 before Judge Amit P. Mehta. Bond Status of Defendant: remains in–custody; Court Reporter: William Zaremba; Defense Attorneys: Dennis Boyle and Blerina Jasari; US Attorneys: David Perri and Holly Grosshans. (zjd) (Entered: 03/29/2023) |
| 03/29/2023 | 74 | Jury Notes (5) as to SHANE JENKINS. (zjd) (Entered: 03/29/2023) |
| 03/29/2023 | 75 | **Signature Page of Foreperson**<br><br>as to SHANE JENKINS in Jury Notes (5). (Access to the PDF Document is restricted pursuant to the E–Government Act. Access is limited to Counsel of Record and the Court.) (zjd) (Entered: 03/29/2023) |
| 03/29/2023 | 76 | JURY VERDICT as to SHANE JENKINS. (zjd) (Entered: 03/29/2023) |
| 03/29/2023 | 77 | **Signature Page of Foreperson**<br><br>as to SHANE JENKINS in Jury Verdict. (Access to the PDF Document is restricted pursuant to the E–Government Act. Access is limited to Counsel of Record and the Court.) (zjd) (Entered: 03/29/2023) |
| 03/30/2023 | | MINUTE ORDER setting deadlines for sentencing memoranda for Defendant SHANE JENKINS: This case is hereby referred to the Probation Office for a Presentence Investigation as to SHANE JENKINS. The Final Presentence Investigation Report shall be due on or before July 12, 2023. The Parties' Sentencing Memoranda shall be due on or before July 19, 2023. Replies, if any, shall be due on or before July 21, 2023. Reply briefs shall be limited to five pages. Sentencing for SHANE JENKINS is set for July 28, 2023, at 1:30 p.m. in Courtroom 10 before Judge Amit P. Mehta. Signed by Judge Amit P. Mehta on 03/30/2023. (lcapm1) (Entered: 03/30/2023) |
| 04/26/2023 | 78 | FINAL JURY INSTRUCTIONS. (lcapm1) (Entered: 04/26/2023) |
| 06/23/2023 | 80 | MOTION to Continue *Sentencing Hearing* by SHANE JENKINS. (Attachments: # 1 Text of Proposed Order)(Boyle, Dennis) (Entered: 06/23/2023) |
| 06/26/2023 | | MINUTE ORDER granting 80 Defendant's Motion to Continue Sentencing Hearing. The sentencing hearing scheduled for July 28, 2023, and all related deadlines are hereby vacated. The sentencing hearing is rescheduled for October 6, 2023, at 3:00 p.m. The final presentence investigation report shall be due by September 20, 2023. |

| | | |
|---|---|---|
| | | Sentencing memoranda shall be due by September 27, 2023. Any reply memorandum not to exceed five pages shall be due by October 3, 2023. Signed by Judge Amit P. Mehta on 06/26/2023. (lcapm3) (Entered: 06/26/2023) |
| 09/27/2023 | 85 | SENTENCING MEMORANDUM by SHANE JENKINS (Attachments: # 1 Exhibit, # 2 Exhibit)(Boyle, Dennis) (Entered: 09/27/2023) |
| 09/28/2023 | 86 | SENTENCING MEMORANDUM by USA as to SHANE JENKINS (Grosshans, Holly) (Entered: 09/28/2023) |
| 10/02/2023 | 87 | NOTICE OF FILING TRIAL EXHIBITS INTRODUCED INTO EVIDENCE by USA as to SHANE JENKINS (Attachments: # 1 Attachment)(Grosshans, Holly) (Entered: 10/02/2023) |
| 10/05/2023 | | NOTICE OF HEARING as to SHANE JENKINS: The sentencing hearing scheduled for October 6, 2023 at 3:00 PM before Judge Amit P. Mehta shall proceed in Courtroom 24 (fourth floor, annex building). (zjd) (Entered: 10/05/2023) |
| 10/06/2023 | | Minute Entry for proceedings held before Judge Amit P. Mehta: Sentencing held on 10/6/2023 as to SHANE JENKINS. As to Count 1 of the 43 Second Superseding Indictment, Defendant is sentenced to sixty (60) months of incarceration and thirty−six (36) months of supervised release. As to Counts 2, 3, 5, 6, 7, and 8 of the 43 Second Superseding Indictment, Defendant is sentenced to eighty−four (84) months of incarceration and thirty−six (36) months of supervised release. As to Counts 9 and 10 of the 43 Second Superseding Indictment, Defendant is sentenced to six (6) months of incarceration. All terms of incarceration and supervised release shall run concurrently with all other counts. Bond Status of Defendant: remains in−custody; Court Reporter: William Zaremba; Defense Attorney: Dennis Boyle; US Attorneys: David Perri and Holly Grosshans; Probation Officer: Aidee Gavito. (zjd) (Entered: 10/10/2023) |
| 10/19/2023 | 88 | ENTERED IN ERROR.....NOTICE OF APPEAL – Final Judgment by SHANE JENKINS Filing fee $ 505, receipt number ADCDC−10432717. Fee Status: Fee Paid. Parties have been notified. (Boyle, Dennis) Modified on 10/23/2023 (zstd). (Entered: 10/19/2023) |
| 10/19/2023 | | NOTICE OF ERROR as to SHANE JENKINS regarding 88 Notice of Appeal – Final Judgment. The following error(s) need correction: The Notice of appeal is missing the signature of the appellant. (zstd) (Entered: 10/23/2023) |
| 10/23/2023 | 89 | NOTICE OF APPEAL – Final Judgment by SHANE JENKINS Filing fee $ 505, receipt number ADCDC−10432717 (paid in DE # 88 ) Parties have been notified. (Boyle, Dennis) Modified on 10/27/2023 to add in payment information.(ztnr) (Entered: 10/23/2023) |
| 10/27/2023 | 90 | Transmission of the Notice of Appeal, Sentencing Appealed, and Docket Sheet to US Court of Appeals. The Court of Appeals fee was paid as to SHANE JENKINS re 89 Notice of Appeal – Final Judgment. (ztnr) (Entered: 10/27/2023) |
| 10/27/2023 | 91 | JUDGMENT as to SHANE JENKINS. Statement of Reasons Not Included. Signed by Judge Amit P. Mehta on 10/27/2023. (zltp) (Entered: 10/27/2023) |
| 10/27/2023 | 92 | STATEMENT OF REASONS as to SHANE JENKINS. re 91 Judgment Access to the PDF Document is restricted per Judicial Conference Policy. Access is limited to Counsel of Record and the Court. Signed by Judge Amit P. Mehta on 10/27/2023. (zltp) (Entered: 10/27/2023) |

CO-290
Rev. 3/88

Notice of Appeal Criminal

## United States District Court for the District of Columbia

UNITED STATES OF AMERICA )
)
vs. )    Criminal No. ___21-CR-245___
)
SHANE JENKINS )
)

### NOTICE OF APPEAL

Name and address of appellant:    Shane Jenkins
D.C. Correctional Treatment Facility

Name and address of appellant's attorney:    Dennis E. Boyle
Boyle & Jasari
1050 Connecticut Ave NW, Suite 500
Washington, DC 20036
dboyle@boylejasari.com
(202) 798-7600

Offense: 18 U.S.C. § 231(a)(3), 18 U.S.C. § 1512(c)(2) and 2, 18 U.S.C. § 111(a)(1) and (b), 18 U.S.C. § 361, 18 U.S.C. § 1752(a)(1) and (b)(1)(A), 18 U.S.C. § 1752(a)(2) and (b)(1)(A), 18 U.S.C. § 1752(a)(4) and (b)(1)(A), 40 U.S.C. § 5104(e)(2)(D), 40 U.S.C. § 5104(e)(2)(F)

Concise statement of judgment or order, giving date, and any sentence:

Defendant was found guilty on counts 1, 2, 3, 5, 6, 7, 8, 9, and 10 of the Second Superseding Indictment. He was sentenced to 60 months' incarceration and 36 months' supervised release as to count 1, 84 months' incarceration as to counts 2, 3, 5, 6, 7, and 8, and 6 months' incarceration as to counts 9 and 10. All terms of incarceration and supervised release are to run concurrently.

Name and institution where now confined, if not on bail:  D.C. Correctional Treatment Facility

    I, the above named appellant, hereby appeal to the United States Court of Appeals for the District of
Columbia Circuit from the above-stated judgment.

___10 / 19 / 2023___              *Shane Jenkins by Ann Dolbee*
DATE                             APPELLANT

                                 *Dennis Boyle*
                                 ATTORNEY FOR APPELLANT

GOVT. APPEAL, NO FEE  [  ]
CJA, NO FEE           [  ]
PAID USDC FEE         [  ]
PAID USCA FEE         [  ]
Does counsel wish to appear on appeal?                      YES [✓]    NO [  ]
Has counsel ordered transcripts?                           YES [  ]    NO [✓]
Is this appeal pursuant to the 1984 Sentencing Reform Act? YES [  ]    NO [✓]

AO 245B (Rev. 09/19)    Judgment in a Criminal Case
Sheet 1

# UNITED STATES DISTRICT COURT

District of Columbia

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>v. )<br>SHANE JENKINS ) | **JUDGMENT IN A CRIMINAL CASE**<br><br>Case Number:  21-cr-00245-APM<br><br>USM Number:  33130-509<br><br>Dennis Boyle<br>Defendant's Attorney |

## THE DEFENDANT:

☐ pleaded guilty to count(s)

☐ pleaded nolo contendere to count(s)
  which was accepted by the court.

☑ was found guilty on count(s)   1, 2, 3, 5, 6, 7, 8, 9, and 10 of the Second Superseding Indictment (ECF No. 43)
  after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 U.S.C. § 231(a)(3) | Civil Disorder | 1/6/2021 | 1 |
| 18 USC 1512(c)(2) & 2 | Obstruction of Official Proceeding and Aiding and Abetting | 1/6/2021 | 2 |

    The defendant is sentenced as provided in pages 2 through   9   of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☑ The defendant has been found not guilty on count(s)   4 of the Second Superseding Indictment (ECF No. 43)

☐ Count(s)         ☐ is  ☐ are dismissed on the motion of the United States.

    It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

10/6/2023
Date of Imposition of Judgment

Signature of Judge
                          2023.10.27
                          08:14:24 -04'00'

Amit P. Mehta, U.S. District Judge
Name and Title of Judge

Date

AO 245B (Rev. 09/19)   Judgment in a Criminal Case
Sheet 1A

Judgment—Page   2   of   9

DEFENDANT:   SHANE JENKINS
CASE NUMBER:   21-cr-00245-APM

## ADDITIONAL COUNTS OF CONVICTION

| Title & Section | Nature of Offense | Offense Ended | Count |
| --- | --- | --- | --- |
| 18 U.S.C. §§ 111(a)(1) and (b) | Assaulting, Resisting, or Impeding Certain Officers Using a Dangerous Weapon | 1/6/2021 | 3 |
| 18 U.S.C. § 1361 | Destruction of Government Property | 1/6/2021 | 5 |
| 18 U.S.C. §§ 1752(a)(1) and (b)(1)(A) | Entering and Remaining in a Restricted Building or Grounds with a Deadly or Dangerous Weapon | 1/6/2021 | 6 |
| 18 U.S.C. §§ 1752(a)(2) and (b)(1)(A) | Disorderly and Disruptive Conduct in a Restricted Building or Grounds with a Deadly or Dangerous Weapon | 1/6/2021 | 7 |
| 18 U.S.C. §§ 1752(a)(4) and (b)(1)(A) | Engaging in Physical Violence in a Restricted Building or Grounds with a Deadly or Dangerous Weapon | 1/6/2021 | 8 |
| 40 USC § 5104(e)(2)(D) | Disorderly Conduct in a Capitol Building | 1/6/2021 | 9 |
| 40 USC § 5104(e)(2)(F) | Act of Physical Violence in a Capitol Grounds or Buildings | 1/6/2021 | 10 |

AO 245B (Rev. 09/19) Judgment in Criminal Case
Sheet 2 — Imprisonment

Judgment — Page <u>3</u> of <u>9</u>

DEFENDANT:   SHANE JENKINS
CASE NUMBER:   21-cr-00245-APM

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a
total term of:
eighty-four (84) months**.** This is comprised of concurrent terms of sixty (60) months as to Count 1ss, eighty-four (84) months as
to each of Counts 2ss, 3ss, 5ss, 6ss, 7ss, and 8ss, and six (6) months as to each of counts 9ss and 10ss.

☑  The court makes the following recommendations to the Bureau of Prisons:
    placement at FCI El Reno or FCI Seagoville.

☑  The defendant is remanded to the custody of the United States Marshal.

☐  The defendant shall surrender to the United States Marshal for this district:

   ☐  at _____ ☐ a.m. ☐ p.m.   on _____ .

   ☐  as notified by the United States Marshal.

☐  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   ☐  before 2 p.m. on _____ .

   ☐  as notified by the United States Marshal.

   ☐  as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245B (Rev. 09/19)   Judgment in a Criminal Case
               Sheet 3 — Supervised Release

Judgment—Page   **4**   of   **9**

DEFENDANT:   SHANE JENKINS
CASE NUMBER:   21-cr-00245-APM

# SUPERVISED RELEASE

Upon release from imprisonment, you will be on supervised release for a term of:

 thirty-six (36) months as to each of counts 1ss, 2ss, 3ss, 5ss, 6ss, 7ss, and 8ss, to run concurrently.

# MANDATORY CONDITIONS

1. You must not commit another federal, state or local crime.
2. You must not unlawfully possess a controlled substance.
3. You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.
   - ☐ The above drug testing condition is suspended, based on the court's determination that you pose a low risk of future substance abuse. *(check if applicable)*
4. ☑ You must make restitution in accordance with 18 U.S.C. §§ 3663 and 3663A or any other statute authorizing a sentence of restitution. *(check if applicable)*
5. ☑ You must cooperate in the collection of DNA as directed by the probation officer. *(check if applicable)*
6. ☐ You must comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, *et seq.*) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in the location where you reside, work, are a student, or were convicted of a qualifying offense. *(check if applicable)*
7. ☐ You must participate in an approved program for domestic violence. *(check if applicable)*

You must comply with the standard conditions that have been adopted by this court as well as with any other conditions on the attached page.

AO 245B (Rev. 09/19)    Judgment in a Criminal Case
                        Sheet 3A — Supervised Release

Judgment—Page    5    of    9

DEFENDANT:  SHANE JENKINS
CASE NUMBER:  21-cr-00245-APM

# STANDARD CONDITIONS OF SUPERVISION

As part of your supervised release, you must comply with the following standard conditions of supervision. These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court about, and bring about improvements in your conduct and condition.

1.  You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of your release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame.
2.  After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.
3.  You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.
4.  You must answer truthfully the questions asked by your probation officer.
5.  You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
6.  You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.
7.  You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
8.  You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.
9.  If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.
10. You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).
11. You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.
12. If the probation officer determines that you pose a risk to another person (including an organization), the probation officer may require you to notify the person about the risk and you must comply with that instruction. The probation officer may contact the person and confirm that you have notified the person about the risk.
13. You must follow the instructions of the probation officer related to the conditions of supervision.

## U.S. Probation Office Use Only

A U.S. probation officer has instructed me on the conditions specified by the court and has provided me with a written copy of this judgment containing these conditions. For further information regarding these conditions, see *Overview of Probation and Supervised Release Conditions*, available at: www.uscourts.gov.

Defendant's Signature _____    Date _____

AO 245B (Rev. 09/19)   Judgment in a Criminal Case
                       Sheet 3B — Supervised Release

Judgment—Page   6   of   9

DEFENDANT:   SHANE JENKINS
CASE NUMBER:   21-cr-00245-APM

## ADDITIONAL SUPERVISED RELEASE TERMS

The Court authorizes transfer of supervision to the district of residence. Judge Mehta will retain jurisdiction.

Judgment—Page   7   of   9

DEFENDANT:  SHANE JENKINS
CASE NUMBER:  21-cr-00245-APM

## SPECIAL CONDITIONS OF SUPERVISION

**Substance Abuse Testing -** You must submit to substance abuse testing to determine if you have used a prohibited substance. You must not attempt to obstruct or tamper with the testing methods.

**Substance Abuse Treatment -**You must participate in an inpatient and/or outpatient substance abuse treatment program and follow the rules and regulations of that program. The probation officer will supervise your participation in the program (provider, location, modality, duration, intensity, etc.).

**Alcohol Abuse Treatment -** You must participate in an inpatient and/or outpatient alcohol abuse treatment program and follow the rules and regulations of that program. The probation officer will supervise your participation in the program (provider, location, modality, duration, intensity, etc.).

**Mental Health Treatment and Counseling -** You must participate in a mental health treatment program, as recommended by the probation office, and follow the rules and regulations of that program. The probation officer, in consultation with the treatment provider, will supervise your participation in the program (provider, location, modality, duration, intensity, etc.).

**Financial Information Disclosure -** You must provide the probation officer with access to any requested financial information and authorize the release of any financial information. The probation office may share financial information with the United States Attorney's Office.

AO 245B (Rev. 09/19)   Judgment in a Criminal Case
Sheet 5 — Criminal Monetary Penalties

Judgment — Page __8__ of __9__

DEFENDANT: SHANE JENKINS
CASE NUMBER: 21-cr-00245-APM

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

| | Assessment | Restitution | Fine | AVAA Assessment* | JVTA Assessment** |
|---|---|---|---|---|---|
| **TOTALS** | $ 720.00 | $ 5,176.00 | $ | $ | $ |

☐ The determination of restitution is deferred until _____ . An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☑ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss*** | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| Clerk of the Court for the United States | | | |
| District Court for the District of Columbia | | | |
| for disbursement to the following victims: | | | |
| | | | |
| Architect of the Capitol | | $5,176.00 | |
| Office of the Chief Financial Officer | | | |
| Ford House Office Building | | | |
| Room H2-205B | | | |
| Washington, DC 20515 | | | |
| | | | |
| **TOTALS** | $ 0.00 | $ 5,176.00 | |

☐ Restitution amount ordered pursuant to plea agreement $ _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

☐ the interest requirement is waived for the   ☐ fine   ☐ restitution.

☐ the interest requirement for the   ☐ fine   ☐ restitution is modified as follows:

* Amy, Vicky, and Andy Child Pornography Victim Assistance Act of 2018, Pub. L. No. 115-299.
** Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.
*** Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B (Rev. 09/19)   Judgment in a Criminal Case
Sheet 6 — Schedule of Payments

Judgment — Page __9__ of __9__

DEFENDANT:  SHANE JENKINS
CASE NUMBER:   21-cr-00245-APM

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

**A** ☑ Lump sum payment of $ __720.00__ due immediately, balance due

     ☐ not later than _____ , or
     ☑ in accordance with ☐ C,   ☑ D,   ☐ E, or   ☐ F below; or

**B** ☐ Payment to begin immediately (may be combined with   ☐ C,   ☐ D, or   ☐ F below); or

**C** ☐ Payment in equal _____ *(e.g., weekly, monthly, quarterly)* installments of $ _____ over a period of
     _____ *(e.g., months or years),* to commence _____ *(e.g., 30 or 60 days)* after the date of this judgment; or

**D** ☑ Payment in equal __monthly__ *(e.g., weekly, monthly, quarterly)* installments of $ __TBD__ over a period of
     _____ *(e.g., months or years),* to commence _____ *(e.g., 30 or 60 days)* after release from imprisonment to a
     term of supervision; or

**E** ☐ Payment during the term of supervised release will commence within _____ *(e.g., 30 or 60 days)* after release from
     imprisonment.  The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

**F** ☐ Special instructions regarding the payment of criminal monetary penalties:
     The special assessment is immediately payable to the Clerk of the Court for the U.S. District Court,
     333 Constitution Ave NW, Washington, DC 20001. Within 30 days of any change of address, you shall notify the
     Clerk of the Court of the change until such time as the financial obligation is paid in full.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during the period of imprisonment.  All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐ Joint and Several

| Case Number Defendant and Co-Defendant Names *(including defendant number)* | Total Amount | Joint and Several Amount | Corresponding Payee, if appropriate |
|---|---|---|---|
| | | | |

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following court cost(s):

☐ The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) AVAA assessment, (5) fine principal, (6) fine interest, (7) community restitution, (8) JVTA assessment, (9) penalties, and (10) costs, including cost of prosecution and court costs.