IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,           )
                                    )
            Plaintiff,              )
                                    )       CR No. 21-245
                                    )       Washington, D.C.
        vs.                         )       March 22, 2023
                                    )       9:31 a.m.
SHANE JENKINS,                      )
                                    )       Day 2
            Defendant.              )
_____)


TRANSCRIPT OF JURY TRIAL PROCEEDINGS
BEFORE THE HONORABLE AMIT P. MEHTA
UNITED STATES DISTRICT JUDGE


APPEARANCES:

For the Government:              David Perri
                                USAO
                                LRM: Weaver, Tracie
                                Federal Building
                                United States Courthouse
                                1125 Chapline Street,
                                Suite 3000
                                Wheeling, WV 26003
                                (304) 234-0100
                                Email: david.perri@usdoj.gov

                                Holly Fugiel Grosshans
                                DOJ-USAO
                                601 D Street NW
                                Washington, D.C. 20001
                                (202) 252-6737
                                Email:
                                holly.grosshans@usdoj.gov

APPEARANCES CONTINUED:

For the Defendant:              Dennis E. Boyle
                                Blerina Jasari
                                BOYLE & JASARI LLP
                                1050 Connecticut Ave
                                Suite 500
                                Washington, D.C. 20036
                                (202) 430-1900
                                Email:
                                dboyle@dennisboylelegal.com
                                Email:
                                bjasari@dennisboylelegal.com

Court Reporter:                 William P. Zaremba
                                Registered Merit Reporter
                                Certified Realtime Reporter
                                Official Court Reporter
                                E. Barrett Prettyman CH
                                333 Constitution Avenue, NW
                                Washington, D.C. 20001
                                (202) 354-3249


Proceedings recorded by mechanical stenography; transcript
produced by computer-aided transcription

– – –

WITNESS INDEX

– – –

WITNESSES          DIRECT CROSS REDIRECT RECROSS

GOVERNMENT'S:

LT. GEORGE McCREE    371          465
LANELLE HAWA         468
AMY AVILA            495

– – –

INDEX OF EXHIBITS

– – –

GOVERNMENT'S                              ADMITTED

406                                       391

401, 402.1 THRU 4                         403

403 THRU 405                              406

601                                       409

508                                       415

511                                       419

515                                       423

603                                       427

501                                       429

502.1 THRU –.4                            446

602                                       456

506                                       474

512                                       480

507                                       488

| | |
|---|---|
| 606 | 502 |
| 605 | 522 |
| 204.10 | 531 |
| 204.10.1 | 533 |
| 204.11 | 535 |
| 204.12 | 536 |
| 202.1 | 537 |
| 202.1.1 | 539 |
| 202.2 | 541 |
| 202.2.1 | 542 |
| 202.2.2 | 543 |
| 202.2.3 | 543 |
| 202.2.4 | 543 |
| 202.3 | 544 |
| 202.4 | 545 |
| 202.7 | 546 |
| 202.7.3 | 548 |
| 202.7.4 | 549 |
| 202.7.1 | 550 |
| 202.7.2 | 553 |
| 202.5 | 560 |
| 202.6 | 562 |
| 102.1 | 566 |
| 110 | 567 |
| 109.1 | 569 |

| 108 | 571 |
| 108.1 | 572 |
| 106.1 | 574 |
| 106.3 | 580 |
| 106.2 | 582 |
| 101 | 583 |
| 103 | 586 |
| 104 | 588 |
| 104.1 | 588 |
| 105 | 589 |

```
1                    P R O C E E D I N G S

2          COURTROOM DEPUTY:  All rise.  The Court is now in

3    session; the Honorable Amit P. Mehta now presiding.

4          THE COURT:  Good morning.  Please be seated,

5    everyone.

6          COURTROOM DEPUTY:  Good morning, Your Honor.

7    This is Criminal Case No. 21-245, United States of America

8    versus Shane Jenkins.

9          David Perri and Holly Grosshans for the

10   government.

11         Dennis Boyle and Blerina Jasari for the defense.

12         The defendant is appearing in person for these

13   proceedings.

14         THE COURT:  All right, Counsel, good morning.

15         Mr. Jenkins, good morning too, sir.

16         All right.  So anything we need to discuss before

17   we get started?

18         MR. BOYLE:  Nothing from the defendant,

19   Your Honor.

20         MS. GROSSHANS:  Nothing from the government,

21   Your Honor.  Thank you.

22         THE COURT:  All right.  Okay.

23         All of our jurors are here, they're being lined

24   up, and so we'll be ready to start momentarily.

25         MS. GROSSHANS:  I apologize.  We do have exhibit
```

1    binders for you and your clerk.

2              (Pause)

3              COURTROOM DEPUTY:  Jury panel.

4              (Jury entered the courtroom.)

5              THE COURT:  All right.  Please be seated,

6    everyone, and good morning, everyone.  Welcome back.  It's

7    nice to have all of you here this morning.  And thank you

8    very much for being on time.

9              So we are ready to get started this morning.

10   Before we do that, now that you've been seated, I'm going to

11   ask you to stand one more time and ask you to raise your

12   hands because we do need to have you sworn in once more.

13             (Jurors placed under oath.)

14             THE COURT:  All right.  Please be seated,

15   everyone.

16             Okay.  So before we begin the trial, I want to

17   spend a few minutes, I'm going to explain some of the legal

18   rules that will be important in the trial.  These remarks

19   are not meant to be a substitute for the detailed

20   instructions that I will give at the end of the case.  They

21   are intended to give you a sense of what will be going on in

22   the courtroom and your responsibilities as jurors.

23             Now before I continue, just one thing of note,

24   which is that with respect to masking, the courthouse no

25   longer requires it, it is your individual choice, given the

1    length of the trial, whether you wish to mask or not.  So

2    I'll leave that entirely up to you, and I'm not requiring

3    either the lawyers or the parties to do so.

4            All right.  So when you took your seats, you

5    probably noticed that each of you had a notebook and pencil

6    or a writing instrument waiting for you.  That is because I

7    permit jurors to take notes during trial if they wish.

8            Whether or not you take notes is entirely up to

9    you.  Many people find that taking notes helps them remember

10   testimony and evidence; others find it distracts them from

11   listening to the witnesses.

12           You will not be able to take your notebooks with

13   you as you come and go.  You will be able to consult your

14   notebooks during your deliberations.  At all other times,

15   however, the notebooks will remain locked in the courtroom,

16   including during recesses and overnight.  At the end of the

17   trial after you have delivered your verdict, your notebooks

18   will be collected and the pages torn out and destroyed.  No

19   one, including me, will ever look at any notes you have

20   taken, so you may feel free to write whatever you wish.

21           You've probably noticed that there are 14 of you

22   sitting in the jury box.  Only 12 of you will retire to

23   deliberate in this matter.  That means two of you are

24   alternate jurors.  We have alternate jurors in the event

25   that a juror is unable to continue his or her service for

1   whatever reason.

2          Before any of you even entered the courtroom, we

3   randomly selected the alternate seats.  Now, I will not

4   disclose who the alternate jurors are until the end of my

5   final instructions.  As any seat might turn out to be an

6   alternate seat, it is important that each of you think of

7   yourselves as regular jurors during this trial and that all

8   of you give this case your fullest and most serious

9   attention.

10         At the beginning of the jury selection process, I

11  asked the parties to identify themselves and to announce the

12  names of their possible witnesses.  If at any time during

13  the trial you suddenly realize that you recognize or might

14  know any witness, lawyer, or someone who is mentioned in the

15  testimony or evidence or anyone else connected with this

16  case in any way, please raise your hand immediately and ask

17  to speak with me.

18         Now, I will briefly provide you with some

19  additional details about this case.

20         This is a criminal case that began when the grand

21  jury returned a ten-count indictment.  The United States

22  alleges that Mr. Shane Jenkins, while carrying a deadly or

23  dangerous weapon, unlawfully entered a restricted area

24  within the United States Capitol and its grounds on January

25  6th of 2021.  While on the grounds, he allegedly

1    participated in a civil disorder that affected commerce and

2    the performance of a federally protected function.

3    Mr. Jenkins has also allegedly obstructed, influenced,

4    impeded Congress's certification of the Electoral College

5    vote.

6              Additionally, the United States alleges that

7    Mr. Jenkins, while using an object that was a deadly or

8    dangerous weapon, assaulted, resisted, opposed, or impeded

9    an officer of the United States while such officer was

10   engaged in the performance of the officer's official duties.

11   He also allegedly participated in disorderly and disruptive

12   conduct and physical violence within the United States

13   Capitol Grounds and at the Capitol Building.

14             Furthermore, the United States alleges that

15   Mr. Jenkins stole, conveyed, or converted for his own use a

16   riot shield with a value of under $1,000, and that he

17   destroyed a window, which was property of the United States,

18   causing damage in an amount that was more than $1,000.

19   Mr. Jenkins has pleaded not guilty to all charges.

20             Now, you should understand clearly that the

21   indictment that I've just summarized, it is not evidence.

22   The indictment is just a formal way of charging a person

23   with a crime in order to bring him to trial.  You must not

24   think of the indictment as any evidence of the guilt of the

25   defendant or draw any conclusion about the guilt of the

1    defendant just because he has been indicted.

2          Now, I will turn briefly to explain some of the

3    procedures we will follow and some of the rules of law that

4    will be important in this case.

5          As I explain how the trial will proceed, I will

6    refer to the government or to the defense or to the

7    defendant.

8          When I mention the government, I am referring to

9    Mr. Perri and Ms. Grosshans, who are attorneys with the

10   U.S. Attorney's Office.

11         When I mention the defendant or the defense, I'm

12   referring either to Mr. Jenkins or his attorneys, who are

13   Mr. Boyle and Ms. Jasari.

14         After I finish these preliminary instructions as

15   the first step in this trial, the government and the

16   defendant will have the opportunity to make opening

17   statements.

18         The defendant may make an opening statement

19   immediately after the government's opening statement or he

20   may wait until the beginning of the defendant's case or he

21   may choose not to make an opening statement at all.

22         You should understand that the opening statements

23   are not evidence, they are only intended to help you

24   understand the evidence that the lawyers expect will be

25   introduced.

1          After the opening statement or statements, the

2    government will put on what is called its case-in-chief.

3    This means that the government will call witnesses and ask

4    them questions.  This is called direct examination.  When

5    the government is finished, the defense may ask questions.

6    This is called cross-examination.  When the defense is

7    finished, the government may have a brief redirect

8    examination.

9          After the government presents its evidence, the

10   defendant may present evidence, but he is not required to do

11   so.  The law does not require a defendant to prove his

12   innocence or to produce any evidence.  If, however, the

13   defense does put on evidence, the defense attorneys will

14   call witnesses to the stand and ask questions on direct

15   examination, government counsel will cross-examine, and

16   defense counsel may have redirect examination.  When the

17   defense is finished, the government may offer a rebuttal

18   case which would operate along the same lines as its

19   case-in-chief.

20         At the end of all the evidence, I will instruct

21   you once more on the rules of law that you are to apply in

22   your deliberations when you retire to consider your verdict

23   in this case.  Then each side will have a chance to present

24   closing argument in support of its case.  Statements of the

25   lawyers in their closing arguments, just as in their

1  questions and in their opening statements, are not evidence

2  in the case, they're only intended to help you understand

3  the evidence and what each side claims the evidence shows.

4         Finally, at the end of the closing arguments,

5  I will have a few additional instructions for you before you

6  begin your deliberations.

7         Now, I want to briefly describe my

8  responsibilities as the judge and your responsibility as the

9  jury.

10        My responsibility is to conduct this trial in an

11 orderly, fair, and an efficient manner, to rule on legal

12 questions that come up in the course of the trial, and to

13 instruct you about the law that applies to this case.

14        It is your sworn duty as jurors to accept and

15 apply the law as I state it to you.  Your responsibility as

16 jurors is to determine the facts of the case.  You and only

17 you are the judge of the facts.  You alone determine the

18 weight, the effect, and the value of the evidence, as well

19 as the credibility or believability of the witnesses.  You

20 must consider and weigh the testimony of all witnesses who

21 appear before you.  You alone must decide the extent to

22 which you believe any witness.

23        During this trial, I may rule on motions and

24 objections by the lawyers, make comments to lawyers,

25 question the witnesses, and instruct you on the law.  You

1    should not take any of my statements or actions as any

2    indication of my opinion about how you should decide the

3    facts.  If you think that somehow I have expressed or even

4    hinted at any opinion as to the facts in this case, you

5    should disregard it.  The verdict in this case is your sole

6    and exclusive responsibility.

7              Now, the lawyers in the case may object when the

8    other side asks a question, makes an argument, or offers

9    evidence that an objecting lawyer believes is not properly

10   admissible.  I will respond by saying either "sustained" or

11   "overruled."

12             If I sustain an objection to a question asked by a

13   lawyer, the question must be withdrawn and you must not

14   guess or speculate what the answer to the question would

15   have been.  If I overrule an objection, the question may

16   stand and the witness may answer.

17             Every defendant in a criminal case is presumed to

18   be innocent.  That presumption of innocence remains with the

19   defendant throughout the trial unless and until he is proven

20   guilty beyond a reasonable doubt.

21             The burden is on the government to prove the

22   defendant guilty beyond a reasonable doubt, and that burden

23   of proof never shifts throughout the trial.

24             If you find that the government has proven beyond

25   a reasonable doubt every element of the particular offense

1   with which the defendant is charged, it is your duty to find

2   him guilty of that offense.  On the other hand, if you find

3   that the government has failed to prove any element of a

4   particular offense beyond a reasonable doubt, you must find

5   the defendant not guilty of that offense.

6           You are not permitted to discuss this case with

7   anyone until this case is submitted to you for your decision

8   at the end of my final instructions.  This means that until

9   the case is submitted to you, you may not talk about it even

10  with your fellow jurors.

11          Let me repeat that.  This means that until the

12  case is submitted to you, you may not talk about the case

13  even with your fellow jurors.  This is because we do not

14  want you making decisions until you've heard all of the

15  evidence and the instructions of law.

16          In addition, you may not talk about the case with

17  anyone else.  It should go without saying, you may not also

18  write about the case electronically, that is, through a

19  blog, any posting, or any social media communication, such

20  as Facebook or Twitter, until you have delivered your

21  verdict and the case is over.  This is because you must

22  decide the case based on what happens here in the courtroom,

23  not on what someone may or may not tell you outside the

24  courtroom.

25          Now, you, of course, may tell family and friends

1    that you're serving as a juror, as well as your employer,

2    and you may even tell them that you are serving as a juror

3    in a criminal case.  But I ask you to say nothing more than

4    that.  When the case is over, you may discuss any part of it

5    with anyone you wish, but until then, you may not do so.

6            Although it is a natural human tendency to talk

7    with people whom you may come into contact with, you must

8    not talk to any of the parties, their attorneys, or any

9    witnesses in this case during the time you serve on the

10   jury.  If you encounter anyone connected with the case

11   outside the courtroom, you should avoid having any

12   conversation with them, overhearing their conversation, or

13   having any contact with them at all.

14           For example, if you find yourself in a courthouse

15   corridor, elevator, or any other location where the case is

16   being discussed by attorneys, parties, witnesses, or anyone

17   else, you should immediately leave the area to avoid hearing

18   such discussions.  If you do overhear a discussion about the

19   case, you should report that to me as soon as you can.

20           Finally, if you see any of the attorneys or

21   witnesses involved in the case and they turn and walk away

22   from you, they are not being rude, they're merely following

23   the same instruction that I have given to you.

24           It is very unlikely but if someone does try to

25   talk to you about the case, you should refuse to do so and

1    immediately let me know by telling the clerk or the marshal,

2    that is, the courtroom security officer.  Do not tell your

3    fellow jurors, just let me know and I'll bring you in to

4    discuss it.

5              Because you must decide this case based only on

6    what occurs in the courtroom, you may not conduct any

7    independent investigation of the law or the facts of the

8    case.

9              That used to mean that you could not conduct any

10   research in book or newspapers or visit the scene of the

11   alleged offense.  In this electronic age, however, it also

12   means you cannot conduct any kind of research; for example,

13   researching any issue on the Internet, asking any questions

14   of anyone via email or text, or otherwise communicating

15   about or investigating facts of law or law connected to the

16   case.

17             Let me explain a little further why there's a ban

18   on Internet communications and research concerning the case.

19   Unfortunately courts around the country have occasionally

20   experienced problems with jurors ignoring this rule,

21   sometimes resulting in costly re-trials.  Generally

22   speaking, these jurors have not sought to corrupt the

23   process; rather, they have been seeking additional

24   information to aid them in what is undoubtedly a heavy and

25   solemn responsibility.  Nonetheless, there are sound reasons

1    for the rule.

2         In the first place, obviously not everything one

3    sees online is true.  This includes not only persons

4    responding to whatever postings you may make about the case,

5    but also can involve established websites.  For example, a

6    mapping site might not reflect the way a location appeared

7    at the time that is at issue in the case.  Furthermore, even

8    items that are technically true can change their meaning and

9    significance based upon context.

10        Both sides are entitled to have the chance to not

11   only dispute or rebut evidence presented by the other side

12   but also to argue to you how that evidence should be

13   considered within the factual and legal confines of the

14   case.  Any secret communications or research by you robs

15   them of those opportunities and can distort the process,

16   sometimes with negative results.  It is for those reasons

17   that I instruct you that you should not use the Internet to

18   communicate about the case or do any research about the

19   case.

20        Finally, we have a terrific court reporter here

21   who is taking down testimony but you will not have a

22   transcript with you during your deliberations.  So you must

23   rely on your memory, and, if you take them, your notes, as

24   an aid to your memory.  So I ask you to please pay close

25   attention and we will begin with the opening statement by

1    the government.

2              Ms. Grosshans.

3              MS. GROSSHANS:  Thank you, Your Honor.

4              This is the real Shane Jenkins.

5              This is the Defendant Shane Jenkins on

6    January 6th, 2021.

7              A JUROR:  I can't see the screen.

8              THE COURT:  So in the back row, that screen can be

9    pushed out so that both -- so that two jurors can see it at

10   the same time.

11             All right.  Everybody have their screens on?

12             A JUROR:  Yes.

13             THE COURT:  Okay.  Thank you very much.

14             Sorry for the interruption, Counsel.

15             MS. GROSSHANS:  No problem.

16             This is Shane Jenkins on January 6th, 2021, when

17   he went to the United States Capitol.  He was angry, he was

18   determined, and he was violent.

19             Throughout this trial, you are going to learn a

20   lot about January 6th, 2021.  You are going to learn about

21   all of the preparations that were going into the Capitol to

22   make the Capitol safe and secure, its building, its grounds,

23   and the people inside.  They were being made safe and secure

24   by agencies whose mission it was to do so.

25             You see, January 6th, 2021, was always going to be

1    an important day at the Capitol even if there wasn't a riot.

2            This was the day that Congress was going to

3    certify the 2020 Presidential election, the election that

4    was ultimately decided in favor of President Joe Biden.

5            On this day because of the certification of the

6    Presidential election, the certification of the Electoral

7    College votes, the Vice President, and his family, his wife

8    and his daughter Charlotte, would be visiting the Capitol.

9    And because of their visit and because of COVID, the Capitol

10   Grounds and the building were restricted; the public was not

11   allowed to be there.

12           You are also going to hear about the preparations

13   that were being made by this defendant, Shane Jenkins,

14   leading up to January 6th, 2021.  He was preparing to go to

15   the Capitol.  And you are going to see social media activity

16   from him, from his accounts, starting on November 7th, 2020,

17   the night the election was called in favor of President

18   Biden, all the way up to and through January 6th, 2021.

19           You are going to see his anger about the election

20   results, his determination to stop the certification of the

21   Electoral College vote, and his violence, the violence he

22   was planning and enacted at the Capitol.

23           This is one of the posts that you'll see.  This is

24   a post that the defendant made on November 7th, 2020, the

25   night the election was called in favor of Joe Biden.

1          "I'm so mad right now about the election."

2          You're going to see evidence of the defendant's

3   knowledge of the Electoral College certification process.

4   You're going to see a few messages about this.  This is one

5   of them.

6          This was a site that he posted to his Facebook

7   account.  "Official home of January 6 protest at Congress.

8   Click for event details about the protest happening outside

9   of Congress where the #DoNotCertify caucus will object to

10  the botched Electoral College.  Stop the steal!"  The

11  defendant added:  "Let's go.  See you all there.  I'm ready

12  to go."

13         The evidence will show that the defendant was

14  prepared for war at the Capitol.  He posted this on January

15  3rd, 2021:  "LOL I don't like the idea of a war popping off

16  and all I can do is punch LOL."

17         He was preparing to bring weapons to the Capitol

18  on January 6th.

19         He posted this on January 5th, the day before the

20  Electoral College certification.

21         "I'm taking tomahawks and knives.  I'm going full

22  brave heart."

23         In referencing *Braveheart*, the defendant was

24  referencing a gruesome war movie from the 1990s that

25  featured medieval melee violence.

1          The defendant was also encouraging others to come

2   to Washington, D.C. for the Stop the Steal protest on

3   January 6th.

4          He knew it was going to be a wild protest.  He

5   posted on December 30th, 2020:  "Who is coming with me, man?

6   WildProtest.com.  January 6th, D.C.  WildProtest.com."

7          On the morning of January 6th, 2021, the defendant

8   went to the Mall.  He went to the Mall to watch former

9   President Trump speak.

10          But, ladies and gentlemen, prior to hearing the

11   President speak, he was already planning for the violence at

12   the Capitol.

13          And after hearing the President speak, he joined

14   that angry mob of rioters that descended upon the Capitol

15   Grounds.  He was a part of that mob.

16          The restricted grounds that were set up due to the

17   visit of the vice president, his daughter and his wife,

18   those restricted grounds were disregarded by these rioters.

19   The rioters overcame the police.  They overcame police

20   lines, they broke down bike racking and fencing.  Even tear

21   gas wouldn't keep them away.  The defendant was a part of

22   this mob.

23          The defendant and this mob with angry rioters

24   forced their way on to the Capitol Grounds.  Most of the

25   rioters approached from the west front of the Capitol.

1          This before you is a 3D rendering of approximately

2   what the west front of the Capitol looked like on

3   January 6th, 2021.  You'll notice, if you're familiar with

4   the Capitol, that it looks a little bit different than it

5   does today, because it had the inauguration stage set up on

6   it.  That's why you're looking at a 3D rendering.

7          The defendant was standing approximately here when

8   he took a video of himself on the grounds on January 6th.

9          (Video played)

10          MS. GROSSHANS:  The defendant showed himself in

11   that video.  He showed himself, he pulled down his mask, and

12   he said, "Let's go baby."

13          "Let's go" is exactly what he did.

14          The defendant continued in his determination to

15   get into the Capitol Building, and he continued further on

16   to the Capitol Grounds.

17          The defendant was standing approximately here on

18   this window ledge of the Capitol Building on January 6th.

19          He was proud of what he was doing.  He took a

20   video of the crowds, the sea of people that were descending

21   upon the Capitol Grounds.  This is a screenshot from that

22   video.

23          You are going to hear from officers about how the

24   sea of rioters completely overtook the police lines, and the

25   police were overwhelmed.

1          The defendant was standing on that exact same

2    ledge when this video was taken of him.

3          This is Shane Jenkins, pointed to with the arrow.

4          The defendant in this video used one of those

5    tomahawk axes that he bragged about bringing to the Capitol

6    with him on Facebook.  He took that axe out of his bag and

7    he struck the window of the Capitol Building.  He didn't

8    strike it once with that tomahawk axe, he didn't strike it

9    twice with that tomahawk axe.  Watch for yourselves how many

10   times he struck that window.

11         (Video played)

12         MS. GROSSHANS:  Six times, ladies and gentlemen.

13   The defendant struck that window six times with that

14   tomahawk axe.

15         His strikes of that window put large cracks in the

16   window.  It was those cracks that led other rioters to also

17   knock out that window.

18         Eventually the rioters were able to knock in that

19   window completely.  Rioters entered the office of the

20   Capitol Building on January 6th.  They entered that office,

21   they looted that office, they broke apart furniture.  And

22   then they used that exact same window that this initial

23   defendant put those initial six cracks in, and they handed

24   furniture back outside the window.  That furniture was

25   handed to other rioters that then used the furniture as

1    weapons against the police.

2            After causing extensive damage to the Capitol

3    Building, the defendant was not done with his work at the

4    Capitol.  He was determined to get into that building.

5            Next, he went to the lower West Terrace tunnel.

6    That is the tunnel that is located here where the red X is

7    on this 3D rendering.

8            If you ever have seen an inauguration or any of

9    the footage of the inauguration, you're familiar with this

10   tunnel.  This is the door through which the dignitaries, the

11   elected officials, they enter onto the inauguration stage

12   during the inauguration.

13           You are going to hear from police officers that

14   were fighting valiantly to protect the Capitol that day.

15   You are going to hear from an officer that fought in that

16   tunnel with rioters for over an hour to protect the Capitol

17   Building.

18           This tunnel, the tunnel that many of the officers

19   that protected it that day refer to it as, the tunnel was a

20   place where some of the most dangerous and violent conduct

21   on January 6th took place, and the defendant was a part of

22   that violence.

23           You are going to hear from not only an officer

24   that was in that tunnel battling with the rioters for over

25   an hour, you're going to hear from another officer that's

1    going to tell you about all of the items that were being

2    thrown into the tunnel by the rioters, these weapons that

3    were being thrown into the tunnel.

4            You're also going to hear and see video footage of

5    the tunnel.  You're going to see that the defendant took a

6    riot shield, he converted it for his own use.  You can see

7    the defendant circled in red in this video.  And you're

8    going to have an opportunity to see this video many times

9    throughout the trial.  But in this portion of the video, the

10   defendant has his hand on that riot shield.

11           You're going to see another video; this is a

12   publicly available video.  In this video, the defendant is

13   walking up the stairs to battle with the officers in the

14   tunnel.  He's holding that riot shield and using it as a

15   shield against the police officers, preventing the police

16   officers from doing their jobs in protecting the Capitol.

17           The defendant was so determined to get into that

18   tunnel, nothing was going to stop him.  He eventually made

19   his way into the tunnel.

20           You'll see a video, and the defendant, again, is

21   highlighted here with the red circle, where the defendant

22   uses his arms as leverage against the police so he can back

23   his way further into the tunnel.

24           Even after the defendant damaged the Capitol

25   Building, stole a riot shield, pushed his way into the

1    tunnel, he still wasn't done.  He was still angry, he was

2    still determined, and he was still violent.

3            So next, the defendant took nine items, nine, and

4    used them as weapons against the police, hurling them into

5    the tunnel.

6            One of those weapons was a drawer from a desk from

7    that office that was looted after the defendant cracked the

8    window.  This desk drawer came out of that window, and

9    you'll see a video of that.  And the defendant took that

10   drawer and he hurled it into the tunnel, along with eight

11   other items.

12           Some of those items were sticks and poles and

13   pieces of piping.  He was using everything he could find to

14   pick off the ground and throw into the tunnel.

15           You're going to see this CCTV video,

16   closed-circuit-television video, from inside the tunnel.

17   Now, this doesn't have sound, but pay attention.  You are

18   going to see the items on the fifth, sixth -- I'm sorry --

19   sixth, seventh, eighth, and ninth throw, that the defendant

20   throws into the tunnel.

21           (Video played)

22           MS. GROSSHANS:  Ladies and gentlemen, he threw

23   those weapons into the tunnel at police officers that were

24   just trying to do their jobs.  They were just trying to keep

25   the Capitol Building, that had our Congress sitting in it,

1    our Vice President in it.  He was trying to keep -- these

2    officers were trying to keep the rioters from entering that

3    building, and those officers were just doing their jobs, and

4    this defendant threw nine weapons at them when they were

5    trying to do that.

6            Ladies and gentlemen, you are going to hear

7    testimony from a lieutenant from the United States Capitol

8    police, from an inspector from the United States Secret

9    Service.  You are going to hear from them about how it was

10   their mission that day to keep the Capitol Building and its

11   grounds and the people inside safe.

12           You are going to hear that, because of this

13   defendant and the other rioters on January 6th, they had to

14   stop the certification of the Electoral College vote.  They

15   had to stop it.  They had to stop it for several hours.  The

16   certification of the Electoral College vote could not take

17   place until every single one of those rioters had been

18   cleared from the grounds and the building of the Capitol;

19   until it was made safe for Congress, our Vice President and

20   his family to enter back into the building and resume their

21   very important work that day.

22           You will hear how on this very important day, the

23   certification of the Electoral College vote, this defendant

24   and the other rioters prevented Congress from doing their

25   job.

1          You will see an overview video that shows a big

2     picture of the day and how each and every one of those

3     rioters contributed to the halting of the Electoral College

4     certification process.

5          You will hear from FBI agents that worked the

6     investigation of the defendant.  You'll see more of the

7     social media and electronic evidence that was recovered in

8     this case.

9          You're going to see physical items that were

10    recovered from the defendant's home:  That distinctive blue

11    hoodie that he was wearing, the red beanie that he was

12    wearing, the backpack he was carrying, the jacket he was

13    wearing, those tomahawk axes that he bragged about on

14    Facebook were recovered from the defendant's home.

15         You are going to see evidence of the defendant's

16    conduct.  You're going to see evidence of the anger, the

17    determination and the violence with which he came to the

18    Capitol on January 6th, 2021.

19         The defendant has been charged with multiple

20    offenses.  And the judge has already told you about this,

21    but I'm going to go through each and every one of those

22    counts.

23         He's been charged with civil disorder; obstruction

24    of an official proceeding; assaulting, resisting, or

25    impeding certain officers using a dangerous weapon; theft of

1    government property; destruction of government property;

2    entering and remaining in a restricted building or grounds

3    with a deadly or dangerous weapon; disorderly and disruptive

4    conduct in a restricted building or grounds with a deadly or

5    dangerous weapon; engaging in physical violence in a

6    restricted building or grounds with a deadly or dangerous

7    weapon; disorderly conduct in a Capitol Building; and an act

8    of physical violence in the Capitol Grounds or buildings.

9          Undoubtedly, the government's evidence will prove

10   to you beyond a reasonable doubt that the defendant

11   committed each and every one of these charges that he's been

12   charged with.

13         This case and the presentation of the evidence

14   will show you the anger, determination, and violence that

15   the defendant came to the Capitol with on January 6th, 2021.

16         At the end of this trial, my partner and are going

17   to come before you and we are going to ask that you return

18   the only verdict that the evidence supports and that justice

19   demands:  A verdict of guilty on all counts.  Thank you.

20         THE COURT:  All right.  Thank you, Counsel.

21         Mr. Boyle, Ms. Jasari, any opening from the

22   defense?

23         MR. BOYLE:  Thank you, Your Honor.  I will open

24   now.

25         THE COURT:  All right.

1        MR. BOYLE:  May it please the Court, Counsel,

2   ladies and gentlemen of the jury.

3        Lawyers are drawn to the law because they believe

4   in the law.  We believe in what the law says, and we believe

5   in the profound purposes that the law serves.

6        The law is what separates civilization from

7   anarchy.  The law is what enables commerce to thrive and

8   grow.  The law allows for the peaceful settlement of

9   disputes between parties.  And when one is charged with a

10  crime, the law provides a fair and reasonable system to

11  protect those accused of a crime.

12       Laws apply equally to everyone.  They apply

13  regardless of race or gender, rich or poor.  Whether you

14  come from cities or you come from rural areas, the law

15  applies to everybody the same.

16       And those of us who practice the law, and have

17  practiced it for a while, find that the law is our master.

18  We become servants of the law.  And the law is a tough

19  master because it's inflexible.  It requires us to apply

20  that law, as it's written, to the facts and circumstances we

21  encounter.

22       There's no flexibility to disregard parts of the

23  law that we don't like.  There's no ability to skip elements

24  of an offense because we don't like conduct that we see.

25  The law is the law.  The law has to be the law.  And if ever

1    we start to bend or break or twist the law for purposes that

2    seem right or seem expedient or just seem like they should

3    be done, we have violated our oath to the law and we've

4    failed to do that which we're called upon to do.

5              Citizens, when they're called to a court to sit as

6    jurors, they, too, become servants of the law.  They too

7    take an oath to defend the law, to apply the law fairly, to

8    listen to the evidence, and to make sure that the system of

9    justice works.

10             I've done this for many, many years, and it's an

11   honor always to be part of this system.  It's not always

12   easy, but it is always the right thing to do.

13             The criminal laws in this country are established

14   by Congress, and each of the ten laws that the government

15   showed you has elements.  It's not the title of the law that

16   we convict people upon, it's what the text of the law says

17   and what the specific law requires.

18             The government has the burden of proving every

19   single one of those elements.  An element is a set of facts

20   that fit the law in order to -- for a person to be convicted

21   of a criminal violation.  It's not enough for the government

22   to prove almost all of the elements or most of the elements

23   or to prove even that other members of the crowd committed

24   some elements that this defendant did not.  No, the

25   government has to prove every single element, and it has to

1    prove every single element before -- beyond a reasonable

2    doubt.

3            And you'll hear a lot about reasonable doubt in

4    closing argument.  But let me just say for now that a

5    reasonable doubt requires a certain degree of certainty to

6    establish somebody's guilt.  A reasonable doubt is the

7    highest burden known under the law, and we believe that

8    would be applicable in this case.

9            So what does all this have to do with Shane

10   Jenkins?  We submit to you, ladies and gentlemen, that it

11   has everything to do with Shane Jenkins.

12           You will see videos, you will read electronic

13   communications.  You will hear from police officers that

14   were involved in January 6th.  You'll hear of the chaotic

15   events which the police and the protesters -- wherein police

16   and protesters alike were beaten, were sprayed with pepper

17   spray, were sprayed with tear gas and other chemical agents.

18           It will be difficult to watch these videos.  Even

19   now more than two years later, it's still difficult to look

20   at what happened on those days and not experience an

21   emotional response.

22           The events of that day should never have happened.

23   It was a terrible day in the history of this country, and

24   it's a day that we hope will never be repeated.  But it's

25   the emotional response, the visceral reaction to what we see

1    that causes the greatest problems.

2         Great injustices occur when people rely upon

3    emotion to act.  There's a tendency to be swept up in the

4    emotion of the moment, to want to seek retribution or

5    revenge.  But that's not -- emotion is not what we serve,

6    it's the law.  And the law simply does not permit us to do

7    that.  It requires calm and deliberate thought, it requires

8    an analysis of the facts that are there and the facts that

9    are not there.  It requires us to dispassionately look at

10   the videos.  Not to be caught up in what happened but to

11   look specifically at what one particular individual did.

12        There are, as the government noted, a number of

13   offenses that want to be charged.  I only want to mention

14   two in my closing argument.  This is not to say there are

15   arguments against the others.  But Judge Mehta will instruct

16   you at the end of the trial that certain offenses, the

17   assaultive conduct, the obstruction of Congress, require a

18   particular intent.  They require a specific intent to commit

19   these crimes.  You haven't heard -- and it's not appropriate

20   to argue that at this point in time because you haven't

21   received any evidence, but we will argue that at the end of

22   the case.

23        Shane Jenkins came to Washington, D.C. on

24   January 6th, 2021.  He came here to hear the President

25   speak.

1            Donald Trump had called for a rally for all true

2     Americans to come to Washington to Stop the Steal.  Trump

3     was peddling a lie, a big lie.  The lie was that he had won

4     the election and that Joe Biden had lost.  Trump was not the

5     only person telling this lie.  News networks, political

6     leaders, social media influences repeated this lie over and

7     over and over again, from election night until January 6th

8     and afterwards, and some people still repeat it to this day.

9            People like Shane Jenkins and the thousands of

10    others that heard the lie, tens of thousands of others,

11    hundreds of thousands of others, believed what they heard.

12    They were motivated by the lies coming from the highest

13    levels of government.  Their country was under attack and

14    they responded to Donald Trump's call.  Some became

15    combative with police, some tried to obstruct Congress.  You

16    will hear that that was not in any way Mr. Jenkins as you

17    listen to all the evidence.  Some came because they just --

18    they were told to go to the Congress by the President.  Some

19    were just swept up in the crowd and went.  And some probably

20    don't even know why they went.

21            The government will show you videos, as we

22    discussed, that will be difficult to watch.  But the one

23    thing the videos can't show is intent.  The videos can't

24    show you what was going on inside any individual's head.

25    Was Shane there to obstruct Congress or was he there because

1   the President told him to go there or was he swept up in the

2   mob and simply lost track of what was going on?  Did he even

3   know why he was there or what he was trying to do or was it

4   something entirely different?  These are the issues that

5   will have to be addressed.

6          Did Shane Jenkins go to the Capitol to assault

7   police officers or did he find himself in a difficult and

8   untenable position?  Was he simply swept up in the emotion

9   of the time and not giving any real thought as to what

10  happened -- what was happening?

11         It is possible that amid the chaos and confusion

12  of the events of January 6th -- no one knows the intent of

13  any individual that was there.

14         Is it possible that, once, the speeches and lies

15  by the President and other political leaders about stolen

16  elections and fighting to take back your country blinded

17  Shane?

18         Is it possible that repeated reports about Antifa,

19  other groups, conspiracy theories, poisoned people's minds,

20  led them to believe things that weren't true and caused them

21  to act in ways they never intended or never wanted to?

22         Is it possible that the chaos, the confusion, the

23  screaming and yelling, the pepper spray, the tear gas, the

24  other chemical agents that were used, the clubs, the

25  striking, is it possible that there was confusion and nobody

1  knew what happened?

2       The evidence will show you that there was a

3  witch's brew of misinformation, lies, and desire to serve a

4  President and the nation, a never-ending media environment

5  aimed at creating chaos and confusion about the truth, a

6  constant media -- social media firestorm that manipulated

7  people into doing things that they never should have done

8  and that they never intended.

9       There are things that Shane undoubtedly did.  He

10 believed the President.  He traveled to Washington.  He even

11 took a couple of tomahawks with him.  But none of these

12 things were illegal in and of themselves.

13      These are not crimes.  The offenses charged

14 require a specific intent to do specific acts.  The law

15 requires the government prove each and every one of these

16 elements beyond a reasonable doubt.

17      The government in this case must extract from the

18 chaos of that day, proof of specific intent to commit a

19 crime.  And we submit to you, ladies and gentlemen, that

20 after you see all of the evidence in this case, you will be

21 left with just confusion and chaos just as everybody else

22 was on January 6th.  You can't assume an intent, there has

23 to be proof, and you will see when we get to the end of this

24 case that there is no proof.

25      Once all the evidence has been presented, it will

1  be clear that the government has failed to establish every

2  element of every offense beyond a reasonable doubt.  At that

3  time, it will be my opportunity to come back and talk to you

4  once again and explain to you exactly why Shane Jenkins is

5  not guilty.  Thank you.

6          THE COURT:  All right.  Thank you, Mr. Boyle.

7          All right.  With that, we've heard the parties'

8  opening statements.  We'll now turn to the government and

9  call its first witness.

10          MR. PERRI:  Your Honor, at this time, the

11  United States calls Lieutenant George McCree.

12          COURTROOM DEPUTY:  Please raise your right hand.

13          (Witness is placed under oath.)

14          COURTROOM DEPUTY:  Thank you.

15          THE COURT:  Please have a seat.

16          Lieutenant McCree, welcome.

17          Whenever you're ready, Counsel.

18          MR. PERRI:  Good morning, Lieutenant.

19          THE WITNESS:  Good morning.

20          MR. PERRI:  And good morning, ladies and

21  gentlemen.  My name is David Perri.  Along with

22  Ms. Grosshans, I represent the United States of America in

23  this matter.

24

25

```
 1                              - - -

 2   LT. GEORGE McCREE, WITNESS FOR THE GOVERNMENT, SWORN

 3                        DIRECT EXAMINATION

 4                              - - -

 5   BY MR. PERRI:

 6        Q    Sir, would you please tell us what your name is.

 7        A    Lieutenant George McCree.

 8        Q    And where do you work?

 9        A    United States Capitol police.

10        Q    What is your title or rank there?

11        A    I'm a lieutenant.  Section commander.

12        Q    And as lieutenant, what are your responsibilities?

13        A    I oversee the activities of the men and women that

14   work for me being provided security for the -- for Congress.

15        Q    How long have you been with the United States

16   Capitol police?

17        A    I've been with the Capitol police since 1993.

18        Q    Okay.  So do the math for me.  How many years is

19   that?

20        A    Coming on 30 years.

21        Q    Okay.

22             You know, you use it or lose it, and I don't use

23   my math skills every day.  So thank you.

24             Were you working and so employed on January 6th,

25   2021?
```

1    A    I was working for the Capitol police, yes.

2    Q    And what was your title at that time?

3    A    I was a sergeant.

4    Q    All right.

5         Was there a riot at the Capitol that day?

6    A    There was, sir.

7    Q    January 6th.

8         Where were you exactly at the time that it broke

9    out?

10    A    I was working in the House chambers, specifically

11   in the Galleries.

12    Q    Okay.

13         And what were your responsibilities there as a

14   sergeant?

15    A    I was the assistant commander that day.  And so I

16   had plain clothes and uniformed officers that were securing

17   the House chamber and the Galleries, which on that day were

18   an extension of the House chamber.

19    Q    So when you talk about the House chamber, that's

20   like a fancy word.  What do you mean by that?

21    A    So the House of Representatives has a chamber in

22   the Capitol Building as well as the Senate.  So it's

23   bicameral Congress.  So those are the -- so that's the

24   chamber.

25    Q    So is that like the big room that we see on TV

1    with all the seats kind of in a semicircle and everything?

2         A    Exactly.

3              So if you've ever seen the State of the Union and

4    the gentleman comes down and says "Ladies and gentlemen,"

5    that's the House chamber.

6         Q    Okay.

7              And they all have fancy leather seats, right?

8         A    Yes.

9         Q    And there's a speaker that's kind of elevated?

10        A    There's a dais in the front of the room, yes.

11        Q    And there's one of those for each House of

12   Congress, right?

13        A    Correct.

14        Q    So the two Houses of Congress are what?

15        A    The House of Representatives and the Senate.

16        Q    Okay.

17             And you were in which one?

18        A    The House chamber.

19        Q    All right.

20             You also mentioned something called the Gallery.

21   What's the Gallery?

22        A    So above the chamber, above the floor itself on

23   the third floor of the building, there's a gallery that

24   allows people to see into the gallery and observe the

25   proceedings.

1    Q    Is it like seating?

2    A    It is seating, yes.

3    Q    And is it on the same floor as where the members

4  of Congress are seated in their fancy chairs by their little

5  desks?

6    A    It's one floor above.

7         But on that day, members were assigned to sit in

8  the Galleries rather than on the floor for social distancing

9  during COVID.

10   Q    Oh, I'm glad you mentioned that.

11        So were you operating that day under special

12 circumstances due to the COVID pandemic?

13   A    Yes.  The building on that day was closed to the

14 public.  And to provide enough access for the members to

15 conduct their business, they were seated in the -- on the

16 floor and in the Galleries with assigned areas to keep -- to

17 maintain social distancing.

18   Q    So that they could be spaced out at six-feet

19 distance or whatever?

20   A    Exactly.

21   Q    But normally they would all be on the floor?

22   A    That is correct.

23   Q    What do you mean by "not open to the public"?

24   A    So the building, due to COVID restrictions, was

25 not open to the public as it normally would be.  In normal

1    circumstances, the Galleries would be used to provide access

2    to the public to observe congressional proceedings.

3          During COVID, they closed the building to provide

4    a secure atmosphere so that the members of Congress, then

5    the individuals working in the building, could have enough

6    social distance to provide safe distancing for health

7    reasons.

8    Q    So the public could not come in, they did not have

9    access?

10   A    That's correct.

11         On that day, the Capitol was closed to anyone

12   except for members of Congress and anyone that was working

13   in the building.

14   Q    When did you start work that day?

15   A    Around 7:30 in the morning.

16   Q    And tell us a little bit about your day.  How does

17   the day start off for a sergeant in the Capitol Police at

18   that point in time?

19   A    So the day typically would start, and as well as

20   it did that day, with a roll call, where we provide the

21   officers and our civilian staff a rundown of what's going to

22   happen that day, what their assignments are, what they're

23   expected to do that day.

24   Q    And what were your expectations about what was

25   going to happen, what was supposed to happen that day?

1    A    On that day, there was -- in addition to the

2  routine business, the votes, et cetera, there was a

3  congressional -- there was an election verification for the

4  Electoral College for the Presidential vote.

5    Q    Okay.

6         Is that the certification process?

7    A    That's the certification process for the Electoral

8  College.

9    Q    All right.

10         So did you say there was a special proceeding that

11  was going to be happening that day?

12    A    Yes.

13         That day would be a joint session.

14         Normally, the House of Representatives meet on one

15  side, the Senate meets on the other side.

16         On this particular day, they were going to have a

17  joint session for the certification.  So the Senate members

18  come to the House side to conduct that proceeding.

19    Q    So all the members of Congress get together in one

20  chamber?

21    A    Correct.

22    Q    And which chamber is that?

23    A    The House chamber.

24    Q    Where you are?

25    A    Yes, sir.

1    Q    And did you have then security and oversight

2    responsibilities with respect to the joint session that was

3    going to happen that day?

4    A    I did.

5    Q    Have you helped provide security for other joint

6    sessions of Congress in the past?

7    A    Many, sir.

8         Annually, there's the State of the Union for the

9    President, which I'm sure you're familiar with, in addition,

10   any other joint session, such as the Pope's visit or another

11   head of state addressing Congress.  So over the years, I've

12   done any number of them.

13   Q    Now, all those examples you just gave seem to

14   suggest occasions of importance.  Is it always a big deal

15   when there's a joint session?

16   A    It is.

17        It's very -- procedurally, it's a very nuanced

18   event where the Senate has to come to the House side.

19        And generally they share the presiding.  So the

20   President of the Senate, who's the Vice President of the

21   United States, will come and share the presidings with the

22   Speaker of the House.

23   Q    So the Vice President of the United States is

24   physically present then in the House chamber?

25   A    Yes.

1       Q    And he helps to preside over what's going on,

2    along with the Speaker of the House?

3       A    That's correct.

4            MR. BOYLE:  Your Honor, I'm going to object to

5    leading.

6            THE COURT:  Sustained.

7            Please be mindful of the questions, please.

8    BY MR. PERRI:

9       Q    Who was the Vice President at that time?

10      A    The Vice President at that time was Mr. Pence.

11      Q    Mike Pence?

12      A    Yeah.  Mr. Pence, yeah.

13      Q    And who was the Speaker of the House?

14      A    Nancy Pelosi.

15      Q    Okay.

16           Did you witness them both there that day?

17      A    I did.

18      Q    So if you could, please, tell us what the purpose

19   was of the convening of the joint session on January 6th,

20   2021?

21      A    The purpose was to verify the Electoral -- the

22   vote of the Electoral College.  The -- certify the votes.

23      Q    Okay.

24           And generally speaking, what happens in that

25   process?

1    A    They -- so both houses will come together.  The

2  Senate will come to the House of Representatives.

3        They physically bring in the votes in boxes.

4  They'll carry them physically in from boxes as they're

5  provided from the states.  And they will present to each

6  state, and the states have the opportunity to verify,

7  object, or whatever they're inclined to do.

8    Q    Okay.

9        Have you ever been present for one of those before

10 January 6th, 2021?

11   A    Yes.  I've probably seen about three or four of

12 these.

13   Q    And this happens each time we have a change of a

14 President?

15   A    Correct.

16       Every time there's a -- well, every time there's a

17 Presidential election, the Electoral College has to vote,

18 and so those get certified in Congress.

19   Q    Okay.

20       Did this one go as planned?

21   A    It did not.

22   Q    What was the first indication that came to your

23 attention that something was wrong?

24   A    So throughout the day, I had my radio on and I can

25 hear the radio traffic, the procedures that are happening in

1    and around the Capitol.

2          And as I heard the protesters approaching the

3    Capitol Building and then they breached the security

4    perimeter that was there, I knew that something was amiss.

5    Q    And so to what extent is the radio system

6    connected for all the Capitol police officers?

7    A    We're all required to listen throughout the day to

8    monitor what's going on.

9    Q    And what does that allow you to do?

10   A    Yeah, I can -- I have a sense of what the

11   activities are.

12         We have different channels -- inside channels,

13   outside channels, a channel for the chamber -- and I scanned

14   them all so that if there's a traffic stop or some outside

15   incident, I know what's going on inside the building.  I

16   generally work inside.  I know what's going on outside the

17   building, as well as inside the building.  And if I need to

18   communicate something to my colleagues, then I can certainly

19   use the radio to do that as well.

20   Q    To what extent is it important, if at all, for you

21   to be aware and in touch with what might be going on outside

22   of the building even though you're inside?

23   A    Well, it's essentially important if there's a

24   threat or some activity that would disrupt any activity

25   that's going on inside, then I need to know prior to it

1   coming inside.

2       Q    Okay.

3            At the moment when it appeared to you that

4   something was wrong, where were you and what were you doing?

5       A    So I was in the House chamber and I went upstairs

6   when I had taken command of the third floor, the Gallery

7   area.

8            And so I was aware that if something were to

9   happen, we may lock down due to our emergency procedures.

10  So I needed to be ready and make sure that my officers were

11  ready to secure the chamber -- excuse me, to secure the

12  Galleries if that happened.

13      Q    Okay.

14           Did you indicate in your testimony that you had

15  heard that perimeters had been breached?

16      A    I did.

17      Q    All right.

18           So you're getting updates about what's going on

19  outside.  And as you get more and more information, does it

20  have any effect on you and cause any concerns for you?

21      A    Certainly.

22           We have standard operating procedures for

23  different emergency protocols.

24           And so as the threat, as I perceived it, was

25  coming towards the building, I was preparing my officers for

1    a potential lockdown or indoor evacuation of the House

2    Gallery.

3         Q    So you just mentioned something called a lockdown.

4    And that causes me to ask you:  Are there any special

5    procedures or measures that you have to implement in a

6    situation which you perceive danger?

7         A    Absolutely.

8              So we have emergency procedures for all the

9    manners of incidents.  If there's a fire, we have an

10   evacuation plan.  If there's a threat, a physical threat

11   coming towards the building, then we have the measures to

12   address that.

13             So in this case, knowing that the members may be

14   in danger if they were outside walking through the corridors

15   because the building had been breached, we would lock them

16   down in the chambers.

17        Q    What does that practically mean for the members if

18   they're locked down?  Like what physically happens when you

19   do a lockdown in the chamber?

20        A    So in the chamber if we determine that there's a

21   threat, we will address the Parliamentarian, who will tell

22   whoever is on the chair, the Speaker, whoever is on the

23   chair, to put the chamber into recess.

24             Then we will take command of the floor, give

25   direction to whoever is on the floor to, in this case, lock

1   down the floor, we lock all the doors, and take a security

2   posture around the Galleries and in the chamber.

3        Q    So who makes that decision?  Is that the Capitol

4   Police decision or is it the Secret Service decision or is

5   it the Parliamentarian's decision or is it the Speaker's

6   decision?

7        A    It's the Capitol Police decision.  We provide

8   security for Congress, and so we would make that

9   determination that, for safety reasons, we will implement

10  whatever needs to be happening.

11       Q    Okay.

12            I don't know if I asked you:  What is the overall

13  mission of the United States Capitol police?

14       A    The mission of the Capitol Police is to provide

15  security for Congress, the congressional members, the

16  visitors, the staff, and its property.

17       Q    And is that something that is -- is that mission

18  something that only applies when you have one of these fancy

19  joint sessions?

20       A    No.  That's our -- that is our mission as Capitol

21  Police.

22            So we --

23       Q    Day to day?

24       A    Day to day.

25       Q    Tuesday, Wednesday, Thursday?

```
 1        A    24/7.

 2        Q    24/7 all year long?

 3        A    Yes, sir.

 4        Q    So did you, in fact, implement an emergency plan?

 5        A    We did.

 6             We locked down when we realized that the building

 7   had been breached.

 8        Q    All right.

 9             Was Congress able to continue going about its

10   business once you did this lockdown?

11        A    No.

12             When we lock down, we direct Congress to recess

13   all proceedings immediately, and then we take over and

14   implement whatever procedures are necessary.

15        Q    Okay.

16             Was it determined in advance how long this recess

17   was going to take?

18        A    No.  No.

19             The resuming of Congress is done by the police

20   board, the leadership of Congress, the House -- or the

21   Senate sergeant-at-arms.  It's more of a decision that's

22   made jointly, whereas for security reasons, we can stop and

23   implement a recess.

24        Q    Okay.

25             So you indicate that it's the United States
```

1    Capitol Police decision as to whether or not a recess will

2    be implemented.  Is it also your decision to determine when

3    the recess will be ended?

4        A    In conjunction with the sergeant-at-arms, the

5    Senate or House leadership and our police board, the

6    decision will be made that it's safe enough to resume.  So

7    that's our role in that determination.

8        Q    So what was the first thing that happened during

9    the recess?  What did you actually do, practically speaking?

10       A    So for Capitol Police, we will address the

11   Parliamentarian who's standing alongside on the dais with

12   whoever is presiding.

13            And they will give them instruction that there's

14   an emergency, we need to place the House into recess.

15            And whoever is on the dais will bang the gavel at

16   that time, placing it into recess, all the cameras go down,

17   we step on to the dais and give direction as to whatever the

18   security measures that are about to take -- will be done.

19       Q    Is that when the person bangs the hammer thing and

20   he says, okay, "the House is now in recess"?

21       A    Absolutely, yes.

22       Q    All right.

23            What else did you do?

24       A    So I was specifically on the third floor.

25   So I gave directions to the members that were at that

1    location to lock down by location.  The officers secured all

2    the doors in that location, and we then determined -- we

3    stood by to determine what measures would be taken next once

4    everybody was locked down.

5         Q    Throughout this time, are you getting additional

6    updates about what's going on outside?

7         A    Yes, outside and inside the building.

8         Q    And at some point, did you feel a need to actually

9    evacuate the members of Congress?

10        A    Yes.

11             The desire was to remove them from the dangerous

12   location due to the rioters and everything that was going

13   on.  So we have procedures in place to do that.

14             And so once the area or the paths were secured, I

15   was able to move them to an even further secure location.

16        Q    But I thought you said that you had implemented a

17   lockdown and that would secure all the doors to make sure

18   that they were safe?

19        A    I did.

20        Q    Why --

21        A    And that's what we did.

22        Q    Why was it necessary to do anything else?

23        A    Well, the building had been overrun by rioters.

24   And we didn't feel it was safe for them to remain in that

25   location and so we wanted to remove them to a

1    pre-determined, safer location.

2        Q    At that point in time, were you aware of what or

3    how much progress the rioters had made into the building?

4        A    I was, yes.

5        Q    How is that?

6        A    Through the radio contact that I'd had during the

7    time, I could hear the reports of officers and their

8    interactions with the rioters as they moved and throughout

9    the building.

10       Q    So you're in the process of evacuating the members

11   of Congress?

12       A    Yes.

13       Q    How close a call was it?

14       A    It was a very close call, sir.

15            There was -- they were on the other side of the

16   wall, if you will.  They were right there.

17       Q    How do you know that?

18       A    Well, I could, not just on the radio, but I could

19   actually hear them on the other side of the wall.  I could

20   hear the radio traffic with the officers that were combating

21   them on the other side of the wall, and they were there to

22   provide us -- to provide the members on the floor and the

23   officers that were securing them on the floor access to

24   another location.  So they were interacting with them at

25   those locations.

1       Q    So you could personally hear the noise?

2       A    I could personally hear the noise.

3       Q    Were any extraordinary steps taken to reinforce

4    the doors?

5       A    Yes, the doors were barricaded with whatever

6    furniture was available at those particular locations.  So

7    they used chairs, desks, credenzas, whatever they could push

8    in front of the doors to sort of further bolster the

9    security of those doors.

10      Q    So what's on -- so if you have a barricaded door,

11   are there any staff people there at the barricade inside?

12      A    Yeah, there's congressional staff, there's armed

13   police officers, both plain clothes and uniform.

14           And, of course, the members would be pushed to a

15   secure location away from the doors as possible, but, yeah.

16      Q    Did any of those staff people have their guns

17   drawn?

18           THE COURT:  Counsel, can I ask you to get on the

19   phone, please?

20           (Bench conference)

21           THE COURT:  Can everybody hear me okay?

22           Okay.  I've allowed a little bit of this as way of

23   background of what happened during the day.  But, you know,

24   questions about barricades, guns being drawn, et cetera...

25           Mr. Jenkins is not alleged to have actually

1   entered the building.  And I understand this was a riot, but

2   he's not charged with a riot, he's charged with his own

3   individual conduct.

4           So I understand why we're discussing what happened

5   and what -- why the proceedings were dismissed because he's

6   charged with 1512(c)(2), but let's limit it to what we need

7   to so there's not unduly prejudicial information coming out,

8   okay?

9           I can't hear you.  You have to click the -- yeah,

10  there you go.

11          MR. PERRI:  Yes, Your Honor.

12          I'm planning to move forward.  We're just trying

13  to establish that there was --

14          THE COURT:  Okay.  Now you've just --

15          (Open court)

16          THE COURT:  The phones just went down.

17          The phones went down.  So I'll just ask you to

18  move forward, consistent with what we've just discussed.

19          MR. PERRI:  Your Honor, may we do a sidebar on

20  that?  Is that possible?

21          THE COURT:  Sure.  Come on up quickly, please.

22          (Bench conference)

23          MR. PERRI:  I totally understand your point; we're

24  going to be moving forward.  We're just trying to establish

25  that there was an official proceeding that was disrupted.

1          THE COURT:  I think you've done that.  I don't

2    think you need to establish that guns were drawn, okay?

3          MR. PERRI:  Okay; we're going to move forward.

4          THE COURT:  So let's move forward.  Thank you.

5          (Open court)

6    BY MR. PERRI:

7          Q    So, Lieutenant McCree, you've testified a little

8    bit about this proceeding that was taking place in the

9    House, a joint session, correct?

10         A    That's correct.

11         Q    And about how it was disrupted, correct?

12         A    Yes.

13         Q    At this time, have you had a chance, in connection

14    with preparation for your testimony today, to view a

15    timeline exhibit that shows the progress of the proceeding

16    in the House for the joint session as it pertains to the

17    certification of the vote?

18         A    Yes, sir.

19         Q    And is it a fair, accurate, and correct

20    representation of how things went there, which you're

21    familiar because you were there?

22         A    Yes, sir.

23         Q    Okay.

24         MR. PERRI:  At this point, Your Honor,

25    United States would seek to admit United States Exhibit 406,

```
1   which is a timeline of the official proceeding time lapsed.

2             MR. BOYLE:  No objection, Your Honor.

3             THE COURT:  406 will be admitted.

4                               (Government's Exhibit 406
                                 received into evidence.)
5

6             MR. PERRI:  And the United States would ask for

7   permission to publish it to the jury.

8   BY MR. PERRI:

9        Q    Now, Lieutenant McCree, I may ask our paralegal to

10  stop that at certain points and ask you what's happening,

11  ask you to explain what we're seeing, okay?

12       A    Yes, sir.

13            (Video played)

14            MR. PERRI:  Okay.  Stop it, please.

15  BY MR. PERRI:

16       Q    Which House of Congress is being depicted here,

17  Lieutenant?

18       A    This is the House of Representatives.

19       Q    All right.

20            And what is this text that we're seeing on the

21  screen here?

22       A    This is the counting of the Electoral votes.  This

23  is the Congressional Record, part of the Congressional

24  Record.

25       Q    It's explaining in text what's going on, correct?
```

1        A     Correct.

2        Q     Is there something called a Congressional Record?

3        A     Yes, the Congressional Record for both sides, the

4   House and the Senate, provide an exact record of what

5   occurred on any given date at a particular time.  So that

6   they have -- they have dictation taken, and so that's

7   transposed into the document.

8        Q     And is that what we're seeing here, part of that?

9        A     Yes, yes.

10             MR. PERRI:  Okay.

11             Continue, please.

12             (Video played)

13             MR. PERRI:  Stop it, please.

14   BY MR. PERRI:

15        Q     So in the video, we see something being carried

16   into the chamber.  Can you tell us what that is, please?

17        A     Those are the actual vote tabulations from the

18   states being provided to Congress.

19        Q     Are those the boxes that you talked about earlier

20   in your testimony?

21        A     They are.

22        Q     And those contain the actual Electoral votes?

23        A     That is correct.

24             MR. PERRI:  Continue, please.

25             (Video played)

1           MR. PERRI:  Stop it there, please.

2    BY MR. PERRI:

3        Q    Is that explanation consistent with what you

4    observed in the past about how the process goes?

5        A    It is.

6           MR. PERRI:  Continue, please.

7           (Video played)

8           MR. PERRI:  Stop it, please.

9    BY MR. PERRI:

10       Q    So what's happened there?

11       A    They are recessing the Senate due to threats.

12           The Parliamentarian has just been notified by

13   Capitol Police that there's a threat in the building and

14   asked to recess Congress.

15           So the Senate pro tem was presiding over the

16   Senate.  Then put the Senate into recess.

17       Q    And that was at approximately 2:13 p.m.?

18       A    Correct.

19           MR. PERRI:  Continue, please.

20           (Video played)

21           MR. PERRI:  Stop it.

22   BY MR. PERRI:

23       Q    Lieutenant McCree, what just happened there?

24       A    So as I explained, they just put it into recess

25   due to an emergency.

1    So you'll see the gentleman that's stepping to the

2  chairs, Capitol police officer who will, once the cameras go

3  down, take the -- take charge of the floor and give

4  direction to whoever is leaving.

5    The Senate pro tem -- the leadership is being

6  escorted off the dais.  He's a part of the Presidential

7  secession team.  So he has a security team.  So you saw the

8  gentleman take him physically and remove him to another

9  location.

10    Q    Are those some of your officers?

11    A    They are our officers, yes.

12    Q    They're not wearing uniforms?

13    A    No.

14    On the floor of both the House and the Senate,

15  unless there's an emergency, we don't have uniformed

16  officers, we have plain-clothes officers.

17    The officer that's about to take the dais is a

18  plain-clothes officer.  So the agents and the officers will

19  traverse through the area in their suits, rather than in

20  uniform.

21    Q    And to be clear, are you in the room when this is

22  happening?

23    A    This is the Senate.  I was on the House side.  The

24  same thing happened on the House side, and I was present for

25  that.

1       Q     Thank you for clarifying.

2             MR. PERRI:  Continue, please.

3             (Video played)

4             MR. PERRY:  Stop, please.

5   BY MR. PERRI:

6       Q     So when does the recess occur in the House?

7       A     At 2:29.  About 15 minutes' difference between the

8   two.

9             MR. PERRI:  Continue, please.

10            (Video played)

11            MR. PERRI:  Can we stop it there, please.

12  BY MR. PERRI:

13      Q     We've kind of jumped ahead in time, haven't we?

14      A     Yes, sir.

15      Q     What is the jury seeing now?

16      A     They're seeing that the Congress is brought back

17  into session about 9:00.

18            The building had been secured by that point.  The

19  protesters had been evacuated from the building.  And so

20  they resecured the building, the leadership and the members

21  came back and continued with the proceedings.

22            MR. PERRI:  Continue, please.

23            (Video played)

24            MR. PERRI:  Thank you.

25  BY MR. PERRI:

1    Q    So if the recess is over at approximately 9:00,

2    why are we now talking about 3:44 a.m. on the 7th?

3    A    That's the amount of time it took to actually go

4    through the Electoral votes on both sides, come together,

5    and verify that the President -- Presidential vote --

6    declaring President of the United States.

7    Q    So then they didn't finish the certification

8    process until 3:44, is that what you're saying?

9    A    That's correct.

10    Q    Okay.

11         Lieutenant McCree, I would just like to ask you a

12    few questions.

13         THE COURT:  Counsel, can I interrupt you?  If I

14    may.

15         Why don't we take our morning break.  It's 11:00

16    now and it sounds like you're transitioning here.

17         Let's take our morning break.  It's 11:00.  We'll

18    take a 15-minute break and we'll resume at 11:15.  See you

19    all shortly.  Thank you very much.

20         COURTROOM DEPUTY:  All rise.

21

22         (Jury exited the courtroom.)

23         THE COURT:  All right.  Lieutenant McCree, I'll

24    just ask you to step down.  I'll ask you not to discuss your

25    testimony with anyone during the break, sir.

1              THE WITNESS:  Thank you.

2              THE COURT:  Just a couple things before we take

3      our break.

4              The first is -- I'll just wait for the lieutenant

5      to step out.

6              Everybody can have a seat.

7              I think we need to just -- I think we just need to

8      explain to the jury why the joint session had -- why the two

9      Houses were separately in session.  I don't know whether

10     he's in a position to say that the House is separated in

11     order to consider votes -- I mean objections and that's why

12     they weren't still in the joint session at the time, at

13     2:13:29.  Just for clarification, I just think that would be

14     helpful.

15             The other question is, there have been -- and

16     I should have raised this pretrial -- but is the government

17     intending to play -- in prior trials, there have been one of

18     these sort of overview exhibits about what happened, a

19     timeline of what happened in terms of the rioters breaching

20     the Capitol and images of that.  Are you all intending to

21     play that at some point?

22             MR. PERRI:  Judge, we have obtained a pared-down

23     version of -- it's not the entire riot, it's just what

24     happened on the west side, because that's the only part --

25             THE COURT:  Okay.

1            MR. PERRI:  -- that involves this defendant.

2            THE COURT:  Okay.

3            MR. PERRI:  So we are going to show, like a

4    sped-up time-lapse thing of the progression of the rioters

5    on the west side, and that's going to kind of splice into

6    what we're presenting about this defendant's --

7            THE COURT:  Okay.

8            MR. PERRI:  -- approach to the Capitol on that

9    day.

10           THE COURT:  All right.

11           Just make sure --

12           MR. PERRI:  And we're not showing anything about

13   the inside.

14           THE COURT:  Okay.

15           I just wanted to make sure, because I think -- I

16   can't remember whether we had this discussion in the

17   Schwartz case or not, Mr. Boyle, but I have looked at the

18   montage in prior trials and not allowed the government to

19   present everything that it initially contained because

20   I thought it was...

21           MR. BOYLE:  Your Honor, we have worked with the

22   government to ensure that there would be no objections.

23           THE COURT:  Okay.  Great.

24           MR. BOYLE:  And we certainly took the Court's

25   guidance in Schwartz into consideration in the positions we

1   took.

2          THE COURT:  Terrific.

3          Okay.  Wonderful.  Thank you, all.  We'll see you

4   shortly.

5          MS. GROSSHANS:  I think that the video that we're

6   showing is the video that was shown in the Schwartz trial.

7          THE COURT:  Okay.  Great.  Thank you.  That takes

8   care of the issue.

9          COURTROOM DEPUTY:  This Court stands in recess.

10         (Recess from 11:05 a.m. to 11:19 a.m.)

11         MR. BOYLE:  Your Honor, could we have a second --

12   I'm sorry.

13         THE COURT:  Yes.  Go ahead, Mr. Boyle.

14         MR. BOYLE:  We just wanted a second before the

15   jury comes back in.

16         We have maybe a minor issue that's arisen

17   concerning one of the exhibits.

18         THE COURT:  Okay.

19         MR. BOYLE:  The government intends to introduce

20   the tomahawks that were mentioned in opening statement.  We

21   don't have a problem with the admission of the tomahawks;

22   however, we don't think they should be given to the jury or

23   go back to the -- with the jury.

24         THE COURT:  So I mean, here's what I do with

25   physical evidence like that.

1          What we tell the jury is we don't send it back

2     along with all the other evidence.  We simply say, if you'd

3     like to see it, let the Marshals know and we'll bring it in

4     so you can inspect it and then we'll remove it.

5          MR. BOYLE:  Okay.  I withdraw any objection.

6          THE COURT:  I mean, it's the same process we use

7     with firearms and any other physical evidence that fits in

8     that category.

9          MR. BOYLE:  Okay.  Thank you, Your Honor.

10          THE COURT:  So one of the jurors sort of leaked in

11     here unexpectedly during the break.  It looked like she was

12     just here to grab her coat.

13          Does anybody -- well, first things first, she

14     didn't see that Mr. Jenkins was being walked in from the

15     back, importantly, number one; two, does anybody have any

16     reason to think that she may have overheard any

17     conversations, particularly at the government's desk since

18     she would have been closest to you all?

19          MS. GROSSHANS:  I think when we realized that she

20     was in the room, we were talking to counsel --

21          THE COURT:  Okay.

22          MS. GROSSHANS:  And he drew our attention to it.

23          MR. BOYLE:  Your Honor, I think we were talking

24     quietly enough --

25          THE COURT:  Okay.

1          MR. BOYLE:  -- that the jury would not have heard

2   anything.

3          THE COURT:  Okay.

4          Well, we'll just remind her that she shouldn't

5   come into the courtroom without the other jurors.  And sorry

6   about that.  I've actually never had that happen before.

7          All right.  Why don't we have Lieutenant McCree to

8   come on back in and we'll continue his testimony.

9          COURTROOM DEPUTY:  Jury panel.

10          (Jury entered the courtroom.)

11          THE COURT:  All right.  Welcome back, everybody.

12   Please be seated, everyone.

13          We will continue with Lieutenant McCree's

14   testimony.

15          Counsel, whenever you're ready.

16          MR. PERRI:  Thank you, Your Honor.

17   BY MR. PERRI:

18     Q    Lieutenant, I just want to ask you one or more two

19   questions about that timeline exhibit that we watched.

20          That exhibit shows stuff going on in the House and

21   it shows stuff going on in the Senate.

22          Given that you were talking about a joint session

23   where everybody is together, what were the circumstances

24   such that the Houses had to separate?

25     A    It's part of the process.

1          They vote and certify the states' Electoral votes

2    separately, and then they come together and verify that

3    everything has been certified.

4          Q    And if anybody has an objection, what happens?

5          A    They're given the opportunity to object with a

6    specific time frame.  I'm not exactly sure.  I believe it's

7    about two minutes of debate that they can do.  I'm not

8    100 percent sure on that.  But each state would have an

9    opportunity to object to the validity of the vote.

10         Q    And does that require the two Houses to split up?

11         A    Yes.

12         Q    Okay.

13              I want to ask you -- rather, I want to present to

14   you some exhibits that relate to the legal basis for the

15   official proceeding of the certification of the vote, okay?

16              MR. PERRI:  Specifically, I would like to admit --

17   move for admission of United States Exhibit No. 401, and

18   that is a copy of the 12th Amendment.  We would ask the

19   Court to take judicial notice of what the 12th Amendment

20   says.

21              THE COURT:  Is there any objection to either the

22   Constitution or the statutory provisions?

23              MR. BOYLE:  There's no objection.

24              THE COURT:  All right.

25              So we'll admit 401 through -- excuse me, 401 and

```
 1    then 402.1 through 4, is that what you're intending to
 2    admit?
 3               MR. PERRI:  That's exactly right.
 4               THE COURT:  All right.
 5               So those will all be admitted.
 6                         (Government's Exhibits 401, 402.1 thru 4
 7                                    received into evidence.)
 8               MR. PERRI:  With those being admitted, we will ask
 9    that those be published, Your Honor.
10               THE COURT:  You may do so.
11               MR. PERRI:  Okay.
12               This is United States Exhibit 401.
13               Can we show the text, please.
14               And if you could zoom in on that first line.
15    BY MR. PERRI:
16       Q    Lieutenant, I would ask you to read that first
17    line.
18       A    "The electors shall meet in their respective
19    states and vote by ballot for President and Vice-President."
20       Q    And this is from the 12th Amendment to the
21    Constitution, correct?
22       A    Yes, sir.
23       Q    Could we then please see United States Exhibit
24    402.1, which is a copy of a law entitled 3 U.S.C.A. Section
25    15.
```

1           And I would ask that the witness please read the

2    first line.

3        A    "Congress shall be in session on the 6th day of

4    January" --

5              THE COURT:  Hang on.

6              Can you magnify it so both the witness and the

7    jurors can follow along.

8              Go ahead.

9              MR. PERRI:  Thank you.

10             THE WITNESS:  Thank you.

11             May I?

12             THE COURT:  Yes.  Please.  Go ahead.  Thank you.

13             THE WITNESS:  "Congress shall be in session on the

14   6th day of January succeeding every meeting of the electors.

15             "the Senate and House of Representatives shall

16   meet in the hall of the House of Representatives at the hour

17   of 1:00 in the afternoon on that day, and the President of

18   the Senate shall be their presiding officer."

19   BY MR. PERRI:

20       Q    Okay.  Thank you.

21             Could we please go to Exhibit 402.2.

22             And that purports to be a copy of United States

23   Code -- I'm sorry, 3 U.S.C.A. Section 16.

24             Would you please read the first -- well, actually,

25   just go ahead and read that paragraph if it's possible to

1    blow it up.

2        A    "At such joint meeting of the two Houses' seats

3    shall be provided as follows:  For the President of the

4    Senate, the Speaker's chair; for the Speaker, immediately

5    upon his left; the Senators, in the body of the hall upon

6    the right of the presiding officer; for the Representatives,

7    in the body of the hall not provided for the Senators; for

8    the tellers, Secretary of the Senate, and Clerk of the House

9    of Representatives, at the Clerk's desk; for the other

10   officers of the two Houses, in front of the Clerk's desk and

11   upon each side of the Speaker's platform."

12       Q    Okay.  Stop there.

13            Does that basically just lay out the seating

14   arrangement and the layout of the proceeding?

15       A    Yes, sir.

16            MR. PERRI:  Could we please go to 3 U.S.C.A.

17   Section 17, which is United States Exhibit 402.3.

18   BY MR. PERRI:

19       Q    And would you please, Lieutenant McCree, read the

20   sentence that's been blown up.

21       A    "When the two Houses separate to decide upon an

22   objection that may have been made to the counting of any

23   electoral vote."

24       Q    Thank you.

25            And United States Exhibit 402.4, and that is a

1    copy of 3 U.S.C.A. Section 18.  Would you please read that

2    line.

3         A     "While the two Houses shall be in meeting as

4    provided in this chapter, the President of the Senate shall

5    have power to preserve order."

6         Q     Thank you.

7               And you testified while we were playing that

8    timeline exhibit that there were little excerpts of the

9    Congressional Record being displayed for the jury, correct?

10        A     Correct.

11              MR. PERRI:  At this point, I would like to move

12   for the admission of United States Exhibit 403, 404, and

13   405, which talked about the Congressional Record and the

14   concurrent resolution.

15              MR. BOYLE:  No objection, Your Honor.

16              THE COURT:  403 through 405 are admitted.

17                        (Government's Exhibits 403 thru 405
                              received into evidence.)
18

19              MR. PERRI:  Thank you, Your Honor.

20              And may we publish those to the jury?

21              THE COURT:  Yes.  You don't need to ask.  Once

22   they're admitted, go ahead and just -- they can be

23   published.

24              MR. PERRI:  Okay.  Thank you, Your Honor.

25

```
 1   BY MR. PERRI:

 2        Q    All right.

 3             So is this a copy of the Congressional Record for

 4   January 6th, 2021?

 5        A    It is.

 6        Q    And it explains what happened during that

 7   proceeding, correct?

 8        A    It does.

 9             MR. PERRI:  And can we see the next one, 404,

10   please.

11   BY MR. PERRI:

12        Q    And, again, that's the same kind of theme, another

13   bit of the Congressional Record for January 6th, 2021?

14        A    It is.

15        Q    Okay.

16             MR. PERRI:  And 405, please.

17   BY MR. PERRI:

18        Q    And this is the concurrent resolution.

19             MR. PERRI:  Could you please blow up that section

20   there.

21

22

23

24

25
```

1    BY MR. PERRI:

2        Q    And would you please read that, Lieutenant McCree.

3        A    Yes.

4             "Resolved by the Senate (the House of

5    Representatives concurring), that the two Houses of Congress

6    shall meet in the hall of the House of Representatives on

7    Wednesday, the 6th day of January, 2021, at 1:00

8    postmeridian, pursuant to the requirements of the

9    Constitution and laws relating to the election of President

10   and Vice-President of the United States, and the President

11   of the Senate shall be their presiding officer."

12       Q    Thank you.

13            All right.  So, Lieutenant McCree, I've asked you

14   a lot of questions about what was going on in Congress.

15   I now want to ask you about the exterior building and

16   grounds.

17            MR. PERRI:  And I think this would be a good

18   opportunity, Your Honor, to introduce United States Exhibit

19   601, which is a stipulation as to the physical layout of the

20   Capitol Building and grounds and also the chronological

21   process of the certification of the electoral vote.

22            THE COURT:  Okay.  6- --

23            MR. BOYLE:  It's certified, Your Honor.

24            THE COURT:  So 601 is admitted.

25

1                                    (Government's Exhibit 601
                                      received into evidence.)
2              MR. PERRI:  And I have a printout for the Clerk,
3    Your Honor.
4              So, Judge, do you typically read that into the
5    record at this point?  We would ask for that.
6              THE COURT:  I'll ask you to read it.
7              MR. PERRI:  Okay.  Thank you.
8              "Stipulation of the parties.
9              "The United States of America, by and through its
10   attorney, the United States Attorney for the
11   District of Columbia and the Defendant Shane Jenkins, with
12   the concurrence of his attorneys, agree and stipulate to the
13   following:
14             "The Capitol building and grounds:  By law, the
15   U.S. Capitol, which is located at First Street, Southeast,
16   in Washington, D.C., is secured 24 hours a day by U.S.
17   Capitol police.
18             "At the U.S. Capitol, the building itself has 540
19   rooms covering 175,170 square feet of ground, roughly four
20   acres.  The building is 751 feet long, roughly 228 meters,
21   from north to south, and 350 feet wide, 106 meters, at its
22   widest point.
23             "The U.S. Capitol Visitor Center is 580,000 square
24   feet and is located underground on the east side of the
25   Capitol.

1          "On the west side of the Capitol is the west

2   front, which includes a variety of open concrete spaces, a

3   fountain surrounded by a walkway, two broad staircases, and

4   multiple terraces at each floor.

5          "On January 6th, 2021, the inaugural stage

6   scaffolding was on the west front of the Capitol Building.

7   On the east front are three staircases, porticos on both the

8   House and Senate side, and two large skylights into the

9   visitor center, surrounded by a concrete parkway.

10         "The certification of the Electoral College vote.

11         "On January 6th, 2021, a joint session of

12  United States Congress convened at the U.S. Capitol.

13         "During the joint session, elected members of the

14  United States House of Representatives and the United States

15  Senate were meeting in both the House and the Senate

16  chambers of the Capitol to certify the vote count of the

17  Electoral College of the 2020 presidential election which

18  had taken place on Tuesday, November 3rd, 2020.

19         "On January 6th, 2021, the House of

20  Representatives began its session at approximately

21  12:00 p.m., the Senate began its session at approximately

22  12:30 p.m., and the two Houses met together at approximately

23  1:00 p.m. in the House of Representatives chamber to begin

24  the joint session.

25         "Vice President Mike Pence was in the Capitol

1    Building and presiding over the joint session.

2         "At approximately 1:15 p.m., the House and Senate

3    adjourned to their separate chambers for up to two hours to

4    resolve a particular objection.

5         "At approximately 2:12 p.m., the Vice President,

6    Vice President Pence, evacuated the Senate chamber.  And

7    approximately one minute later, the Senator who had become

8    the presiding officer in Vice President Pence's absence

9    declared that the Senate would stand in recess.

10        "Senators evacuated the Senate chamber.

11        "At approximately 2:15 p.m., Speaker Nancy Pelosi,

12   who was presiding over the House of Representatives,

13   evacuated the House chamber, and approximately 15 minutes

14   later, the Representative who had become the presiding

15   officer in her absence declared that the House would stand

16   in recess.

17        "Representatives evacuated the House chamber.

18   Other Representatives were evacuated later from the House

19   Gallery.  The joint session was suspended.

20        "The Senate and House resumed meeting at

21   approximately 8:06 p.m. and 9:02 p.m. respectively.

22        "Congress's joint session continued until

23   approximately 3:44 a.m. on January 7th, 2021, when it

24   completed the certification of the Electoral College vote."

25              THE COURT:  All right.

1          Ladies and gentlemen, what you've just heard is

2   what's called a stipulation.

3          The government and a defendant may stipulate, that

4   is, they may agree to certain facts.  You should consider

5   any stipulation of fact that you hear in this case to be

6   undisputed evidence.

7          MR. PERRI:  Thank you, Your Honor.

8   BY MR. PERRI:

9      Q    Okay.

10         Lieutenant McCree, as I said, I want to ask you

11  some questions about the exterior building and grounds.

12         Were there any special circumstances going into

13  January 6th that implicated the peculiar [sic]

14  responsibilities of the United States Capitol police?

15     A    Yes, sir.

16         We had been advised that there would be a protest

17  or demonstration at the White House that would be coming to

18  the Capitol afterward.

19         And so we took security measures to provide

20  security for the grounds around Capitol Hill, which included

21  bike racks, snow fencing, signage, and as well there was

22  pre-existing security on the grounds for the construction of

23  the inaugural stage, which is constructed prior to the

24  President coming to give the inauguration on the Capitol,

25  and that's a several-week -- several-month project, physical

1    project to build that.

2        Q    Okay.

3            And what was your understanding going into

4    January 6th about what protest was this that was expected

5    that day?

6        A    It was a protest against the certification of the

7    Presidential election that would begin at the White House

8    that morning and come down to the Capitol to protest the

9    certification of the Electoral College.

10       Q    Okay.

11           So you talked about some of the fencing and things

12   like that.

13           You also talked about construction for the

14   inauguration.  Specifically, what types of preparations were

15   being made or changes to the Capitol Building physically to

16   prepare for the inauguration?

17       A    On the west front of the Capitol, the -- so

18   there's the upper West Terrace, which is sort of the

19   building level.  And there's another level, sort of the

20   mezzanine level, we call that the lower West Terrace.  And

21   then there's the west front, the plaza that stood at the

22   ground level.

23           So the construction for the speech happens

24   primarily on that center level, where there's a fountain

25   that comes out of the -- that's directly behind the lower

1    West Terrace door, that gets covered to build a stage.

2            And along the stage is stadium-style seating that

3    goes straight up either side to the north and to the south

4    of the stage.  And that goes up about two stories to provide

5    seating for dignitaries and guests during the inauguration.

6            That whole area is secured during the entire

7    construction process.  And it's fenced around with snow

8    fencing and bike racks as well that the public is not

9    allowed in there even when the grounds are open during that

10   time.

11       Q    So is there like a special perimeter then for the

12   construction, to protect the construction?

13       A    Exactly.

14       Q    And where is that perimeter?

15       A    That perimeter is mostly around the west side of

16   that -- or all around the west side of that from the

17   building extending out, and it probably goes about 20 yards

18   out from the actual construction.

19       Q    And that's the construction perimeter?

20       A    That's the construction perimeter.

21       Q    And are people allowed to cross to the other side

22   of that?

23       A    No.  They would have to go around that perimeter

24   unless, you know, they're working there.

25       Q    All right.

1           Was the construction finished on January 6th?

2      A    No.  It was about 14 days away.  So it was fairly

3  close to being done but it was not done.

4      Q    And what types of things weren't done yet?  What

5  wasn't completed?

6      A    Mostly the facades were not done.

7           The structural seating was there, the stage was

8  structurally there.  But there were areas that had not

9  been -- had not been completely covered, so you could see

10  underneath some of the seating or that type of thing.

11      Q    So because they weren't covered, what could you

12  actually see?

13      A    You could see sort of the scaffolding that

14  constructed the seats for the most part.

15      Q    It's holding up the seating?

16      A    Exactly.

17      Q    Okay.

18           In order for you to better explain what you're

19  talking about and to present you with something visual that

20  you can point out different features, the United States

21  would like to show you Exhibit 508 which is a 3D rendering,

22  and we would move in the admission of that exhibit.

23           MR. BOYLE:  No objection, Your Honor.

24           THE COURT:  508 will be admitted.

25                                  (Government's Exhibit 508

                                     received into evidence.)

1

2      BY MR. PERRI:

3          Q    Okay.

4               Lieutenant McCree, I think that if you actually

5      touch the screen, you can circle stuff and point out what

6      you're talking about by circling it.

7          A    Certainly.

8          Q    And I would ask if you would please point out the

9      inaugural stage that you were talking about.

10         A    The inaugural stage is circled here.  That bubble

11     that's there.

12         Q    What's normally there?

13         A    That would normally be a fountain that's covered

14     over by the stage and construction there.

15         Q    And what takes place on that stage during the

16     inauguration?

17         A    That's where the President is inaugurated to -- he

18     gives his speech and all the various programs that go around

19     it.

20         Q    And where does the President-Elect come out to

21     access that stage?

22         A    He comes out of the lower West Terrace door, which

23     is the area that I circled there.

24         Q    Okay.

25              I think if you hit the corner, it disappears.

1    Thank you.

2            I'm going to ask you some more questions about

3    that precise location later.  But, first of all, could you

4    tell us where the seating is that you were talking about on

5    both sides of the stage?

6        A    Certainly.

7            The seating on the south side is here, you can see

8    that the construction had not covered over the seating as it

9    did on to the north side here.  So it was partially

10    constructed at that point.

11       Q    Okay.

12            And everything that we're seeing here, what side

13    of the Capitol is, what front do we call this?

14       A    This is the west front.

15       Q    All right.

16            And is this a fair and accurate and correct

17    depiction of what the west front of the Capitol Building

18    would have looked like on January 6th?

19       A    It is.

20            It does not depict the snow fencing that was

21    closer to the building, but otherwise, yes.

22       Q    Okay.  So mostly correct?

23       A    Yes, sir.

24       Q    All right.

25            And does it do a pretty good job of showing the

1    partial status of construction at that time?

2         A    Very accurate, yes.

3         Q    Okay.

4              So, Lieutenant McCree, are you familiar with the

5    term "restricted perimeter"?

6         A    Yes, sir.

7         Q    And what does that mean as it pertains to areas of

8    access, public access, on the Capitol Grounds?

9         A    Well, it means that those areas are restricted to

10   only those individuals that have a need to be there.

11             For security reasons, we will restrict areas to

12   give a buffer between our protectees or anything that we're

13   trying to protect and the general public.

14        Q    Okay.

15             Are you familiar with what the parameters of the

16   restricted perimeter were on the morning of January 6th,

17   2021?

18        A    I am.

19        Q    And would you be able to recognize it if you saw

20   it?

21        A    Yes, sir.

22             MR. PERRI:  We would like to present the witness

23   with United States Exhibit 511, which is a map of the

24   restricted perimeter.

25             And we would move for admission of that exhibit.

1          MR. BOYLE:  No objection, Your Honor.

2          THE COURT:  511 is admitted.

3                              (Government's Exhibit 511
                                received into evidence.)

4    BY MR. PERRI:

5          Q    Lieutenant McCree, do you recognize United States

6    Exhibit 511?

7          A    I do.

8          Q    How do you recognize that?

9          A    It's been presented to me before.  And it was --

10   there was a slight error on it, so I helped correct that

11   error on the north side of it.

12              But it depicts the perimeter that was set up on

13   the 6th.

14         Q    So is this a fair and accurate and correct

15   depiction of what the restricted perimeter looked like and

16   where it was located on the Capitol Grounds on January 6th,

17   2021?

18         A    Yes, sir.

19         Q    Was it already in place?

20         A    Yes, it had been in place the day before -- in the

21   days before.

22         Q    Okay.

23              So that red line, is that the perimeter you're

24   talking about?

25         A    That is the perimeter, yes.

1    Q    Could you point out, please, the west side of the

2    Capitol.

3    A    This is the west side.

4    Q    And can you circle the fountain where the

5    inaugural stage was placed?

6    A    Certainly.

7         (Witness complied.)

8    Q    All right.

9         Did you actually have the opportunity to see the

10   perimeters on January 6th?

11   A    I did.

12        My parking was -- at that time, my parking was

13   just north of the Capitol, so I had to circumvent the

14   perimeter to get into the building, entering through the

15   north barricade.

16   Q    And what would the -- what would be the physical

17   manifestation that corresponds with this red line on

18   January 6th?

19   A    It would be a combination of mostly bike racks but

20   also snow fencing, with signage approximately 3 feet apart

21   that restricted the area by order of the Capitol Police.

22   Q    And all of this -- did you say all of this was in

23   place as of at least the day before?

24   A    Yes.

25   Q    What is snow fencing?

1    A    Snow fencing is sort of a flexible mesh, if you

2    will, large mesh that was used to connect -- or provide

3    fencing in quick order.

4    Q    And what are bike racks?

5    A    Bike racks are the metal bike racks that stand

6    about 3 feet tall, 3 and a half feet tall, that are probably

7    about 6 feet -- 6, 7 feet long.  They're metal and they can

8    be joined together to provide a quick fencing situation.

9    Q    Okay.

10    And is it a solid perimeter?

11    A    It is a -- I mean, it was -- yes, it's a solid

12    perimeter in that they were connected and joined all the way

13    around, yes.

14    Q    Okay.

15    So based on the fact that you actually saw it,

16    would a person approaching the Capitol Grounds from the

17    west, would they necessarily encounter some of these

18    barriers?

19    A    Absolutely.

20    MR. BOYLE:  I'm going to object, Your Honor, and

21    ask at what time we're talking about.

22    BY MR. PERRI:

23    Q    As of January 5th?

24    A    January 5th, they would encounter it in the

25    evening as they were setting it up, yes.

1        Q    And how about 6:00 a.m. on the 6th?

2        A    6:00 a.m. on the 6th, it was already set up, and

3    so they would certainly see that.

4        Q    Okay.

5             I would like to show you -- and so this is the

6    outer perimeter, but you testified there was an inner

7    perimeter as well for the construction; is that right?

8        A    That's correct.

9        Q    Could you say -- could you show us approximately

10   where that was?

11       A    Certainly.

12            It would be something like that.

13       Q    So how many perimeters would a person approaching

14   the Capitol Grounds from the west have to get through?

15       A    Physical perimeters, at least two on that day, in

16   addition to the officers that were giving guidance to --

17   that this was a secure area and not to violate it.

18       Q    Orally giving guidance?

19       A    Yeah.

20       Q    And how about the perimeters themselves, like the

21   snow fencing and the bike racks?  Are they marked with any

22   kind of signage to let people know the significance of that

23   barrier?

24       A    Yes.

25            There were signs on both of those perimeters that

1    prohibited the area by order of the Capitol Police board,

2    and they were placed about 3 and a half feet apart all the

3    way around the perimeter.

4         Q    3 and a half feet apart all the way around that

5    red line that we saw?

6         A    Yes, sir.

7              MR. PERRI:  Okay.  Thank you.

8              We would like to present the witness with

9    United States Exhibit 515, which is a historical layout of

10   the Capitol Grounds from 1946.

11             MR. BOYLE:  Your Honor, could we just see the

12   exhibit a second.

13             No objection, Your Honor.

14             THE COURT:  515 is admitted.

15                                  (Government's Exhibit 515

                                       received into evidence.)

16

17             MR. PERRI:  Thank you, Your Honor.

18   BY MR. PERRI:

19        Q    Sir, do you recognize this exhibit, United States

20   Exhibit 515?

21        A    Yes, sir.

22        Q    What is it?

23        A    This is a -- this is a map of the Capitol Grounds.

24        Q    As it was established way back, correct?

25        A    Yes.

1    Q    So this is not a new thing, right?

2    A    No, sir.

3    Q    Okay.  Thank you.

4         Lieutenant McCree, I now want to ask you some

5    questions about whether or not there's a camera system that

6    the United States Capitol police maintains at the Capitol

7    Building.

8         Could you tell me a little bit about that, please,

9    sir.

10   A    Certainly.

11        The Capitol and the grounds are monitored 24/7 by

12   a secure camera system as part of our security system.

13   Q    There are cameras that overlook pretty much every

14   exterior direction on the grounds itself and the blocks as

15   it enters; covers most of the entrances into the Capitol and

16   the office buildings and some of the corridors as you

17   traverse the building.

18        So you're familiar with the camera system?

19   A    Very much so, yes.

20   Q    And does this camera system operate 24 hours a

21   day, 7 days a week, 365 days a year?

22   A    It does.

23   Q    And does the United States Capitol police take

24   significant measures to ensure that it is running properly

25   and functioning accurately?

1      A      Absolutely.

2      Q      And it records all the time?

3      A      Yes, sir.

4      Q      Are the time stamps reliable?

5      A      Very much.

6      Q      So if the video says that it was happening at, you

7  know, such-and-such time, you know, hours, minutes, seconds;

8  is that correct?

9      A      That is correct.

10     Q      Who operates the cameras?

11     A      We have a physical security division that operates

12  the cameras.  They do the installs, they monitor, and they

13  maintain the integrity of it.

14     Q      And are they all over the Capitol Building?

15     A      Absolutely, yeah.

16     Q      How about are there any that point outside on

17  to -- like, outward from the building?

18     A      Yes, so that we can monitor the comings and goings

19  and what activities are around the Capitol and the Capitol

20  buildings, the office buildings, House and Senate office

21  buildings, as well as the -- some of the roadways that come

22  toward the Capitol.

23     Q      Okay.

24            How about on the west front of the Capitol, are

25  there cameras there?

1    A    Yes, sir.

2    Q    Were they working on January 6th, 2021?

3    A    They were, sir.

4    Q    Were they working properly?

5    A    Yes, sir.

6    Q    Did they, in fact, make video recordings?

7    A    They did.

8    Q    Do these cameras have the ability to move and pan

9  in and out?

10    A    They do.

11    Q    And do these recordings, the footage made by these

12  cameras, does it have audio and video or just video?

13    A    They're just video.

14    Q    Is it part of the Capitol Police's regular

15  business to keep and maintain the functioning of these

16  cameras?

17    A    It is.

18    Q    And to maintain the footage that they record?

19    A    It is.

20    Q    Have you had a chance to observe some Capitol

21  Police footage in connection with your preparation for your

22  testimony?

23    A    I have.

24    Q    And does it appear to be fair, accurate, and

25  correct recordings?

1          A     It does.

2               MR. PERRI:  Your Honor, at this point, I think it

3     would be a good time to introduce United States Exhibit 603,

4     which is a stipulation as to United States Capitol Police

5     closed-circuit video monitoring.

6               THE COURT:  Okay.

7               MR. PERRI:  And we would request permission to

8     read it.

9               THE COURT:  Okay.  So 603 is admitted.

10              And just a reminder about what a stipulation is,

11    ladies and gentlemen.

12              Go ahead.

13                                   (Government's Exhibit 603
                                       received into evidence.)
14

15              MR. PERRI:  "Stipulation of the parties amended.

16              "United States of America, by and through its

17    attorney, United States Attorney for the

18    District of Columbia and the Defendant Shane Jenkins, with

19    the concurrence of his attorneys, agree and stipulate to the

20    following:

21              "United States Capitol Police closed-circuit video

22    monitoring.

23              "United States Capitol Police operate and maintain

24    closed-circuit video monitoring and recording equipment that

25    captures locations inside and outside of the U.S. Capitol

1    building and on the Capitol Grounds.

2         "The video equipment time stamps each recording

3    with a date and time at which the footage is captured.

4         "The USCP-controlled video equipment was in good

5    working ordered on January 6th, 2021, and video footage

6    recovered from the cameras and equipment with the time stamp

7    of January 6, 2021, is footage from January 6th, 2021.

8         "The events depicted in the video footage are

9    fair, accurate -- a fair and accurate depiction of the

10   events at the U.S. Capitol on January 6th, 2021.  The time

11   stamps on the recordings are accurate and the video footage

12   was not altered or edited in any way.

13        "In Government's Exhibits 112, 115, 115.1, and

14   115.2, the slight modifications to the video footage

15   highlighting the defendant did not in any way alter the

16   substance of what is depicted or rendered the footage

17   inaccurate.

18        "The video footage is authentic in that it is what

19   it purports to be."

20   BY MR. PERRI:

21        Q    Okay.

22             Lieutenant McCree, are you familiar with the

23   progression of the riot on the west front of the Capitol on

24   January 6th, 2021?

25        A    I am.

1    Q    Are you familiar with the process that it took in

2    terms of how the rioters got closer and closer and closer to

3    the Capitol Building and ultimately entered the building?

4    A    I am.

5    Q    Okay.

6         Have you had a chance to review United States

7    Exhibit 501 in preparation for your testimony today?

8    A    I have.

9    Q    And is it a fair and accurate depiction of the

10   progress that the rioters made through the grounds to the

11   Capitol Building on the west front?

12   A    It is.

13        MR. PERRI:  Your Honor, at this time, we would

14   like to show the west front montage exhibit, that's

15   United States Exhibit 501, and we would move for the

16   admission of that exhibit.

17        MR. BOYLE:  We have no objection to the admission,

18   Your Honor.

19        THE COURT:  Okay.  Exhibit 501 will be admitted.

20                              (Government's Exhibit 501

21                                 received into evidence.)

22   BY MR. PERRI:

23   Q    And, Lieutenant, I may ask our paralegal to stop

24   this from time to time for you to explain what's happening

25   at a precise moment.

1          MR. BOYLE:  Your Honor, may we approach a second?

2          (Bench conference)

3          MR. BOYLE:  Your Honor, we've stipulated to the

4    authenticity, admissibility of the exhibits; however, we

5    don't think this witness has sufficient firsthand knowledge

6    to narrate the exhibits or explain what's going on.

7          His testimony was that he was not -- he was not in

8    the area that he's going to be describing.

9          MR. PERRI:  So, Your Honor, this witness, we think

10   we have laid some foundation in this regard.  We're not

11   going to ask him to narrate it.  We just want him to point

12   out certain things like a line of officers that hasn't been

13   broken, a line of officers that has been broken.  He -- the

14   locations that are portrayed in the exhibit.

15         THE COURT:  I guess I'll take it as it comes,

16   Mr. Boyle.

17         And, you know, things like pointing out objects

18   that he recognizes, or a police line, I think that's fine.

19         If it's something more subjective, then perhaps

20   the objection will be warranted.  But let's take it up and

21   if there's an objection to a specific question that falls in

22   that line or category, happy to hear it.

23         MR. BOYLE:  Thank you, Your Honor.

24         THE COURT:  Thank you.

25         (Open court)

1    BY MR. PERRI:

2        Q    Okay.

3             With this exhibit having been admitted, I would

4    ask to go ahead and play it at this time.

5             (Video played)

6             MR. PERRI:  You can stop it, please.

7    BY MR. PERRI:

8        Q    What is the Peace Circle?

9        A    The Peace Circle is the -- so radiating from the

10   Capitol are several avenues, Pennsylvania Avenue coming from

11   the northwest, basically from the White House to the Capitol

12   Building, and Peace Circle is the last circle before you

13   actually enter onto Capitol Grounds.

14       Q    So it really is on the edge, right?

15       A    It is.

16       Q    Okay.

17            In this screen here, are we seeing any of that

18   perimeter that you were talking about?

19       A    Yes.

20            If you'll notice, there are snow fencing in the

21   foreground here and the white signs you see the back of.

22            As you move forward to see the officers on the

23   walkway, the Pennsylvania Avenue walkway, you'll see that

24   there's snow fencing there, and then the officers are there

25   to sort of reinforce the rules at that point.

1      Q    What is the stone structure that you can see in

2  the bottom and the left corner of the screen?

3      A    The white stone there is actually the Peace

4  Circle.

5      Q    The Peace Circle?

6      A    Yes.

7      Q    Okay.

8           THE COURT:  You can actually touch that screen and

9  mark things.

10          THE WITNESS:  That's the Peace Circle, and there's

11  a statue that goes up at this point.

12  BY MR. PERRI:

13     Q    So which side of the perimeter are the rioters

14  on -- are these individuals on right now?

15     A    They're on the west side of the perimeter at this

16  point.

17     Q    Are they authorized to be there?

18     A    They are authorized to be there.

19     Q    Okay.

20          MR. PERRI:  All right.  Continue, please.

21          (Video played continuously)

22          MR. PERRI:  I'm sorry, can you go back just a

23  couple seconds.  I apologize.

24          Stop right there, please.

25  BY MR. PERRI:

433

1    Q    Lieutenant McCree, is there any other fencing

2  visible in this particular picture?

3    A    There is.

4          It's difficult to see.  You can see some of the

5  snow fencing here.  But it goes all the way across here, and

6  that's why the protesters are staying on that side of it.

7          But you can't see through their bodies that the

8  snow fencing, that's the same as what you see here on the

9  other side of them there.

10    Q    And is there something at the base of those

11  stairs?

12    A    The snow fencing and the bike racks?

13    Q    Yes.

14    A    Or -- yeah.

15    Q    Do you see bike racks?

16    A    You can see a little bit more where I put the

17  circle on the right-hand side there.

18          And then there's a secondary set of snow fencing

19  along the walkway.

20    Q    What are those square white things?

21    A    The signs are area-closed signs that are -- that

22  tell you not to enter by order of the Capitol Police.

23    Q    Are those the signs that you were talking about

24  that are ever-so-many feet all the way around the Capitol?

25    A    Yes, sir.

1    Q    And why are those officers there at the top?

2    A    They are there to -- they're a CDU squad, civil

3    disturbance unit squad, to maintain the order of that

4    location, make sure that people don't violate or breach

5    those secured areas.

6    Q    Okay.

7         And do you see any other fencing in the

8    background?

9    A    Should be able to see the snow fencing.

10        It's a little bit obstructed with the trees, but

11   there should be snow fencing somewhere along that line that

12   keeps people from going further, and that would have been

13   pre-existing for the construction of the inaugural stage.

14   Q    Okay.

15        Thank you.

16        MR. PERRI:  Could we please erase those.

17        Continue.

18        (Video played)

19   BY MR. PERRI:

20   Q    Lieutenant McCree, can you orient us to some of

21   these structures, please, that we see in this picture?

22   A    Certainly.

23        The white structure in the middle is the -- that

24   is Peace Circle.

25        So we're looking from the other direction.  Before

1    we were looking from the northwest towards the Capitol, now

2    we're looking from the Capitol towards the northwest.

3           The protesters were behind these lines here.

4    They've overrun that -- those areas, and so our officers are

5    retreating back to provide security towards the Capitol at a

6    closer proximity.

7    Q    So all those people in the green space, are they

8    permitted to be there?

9    A    No, they're not.

10          They've crossed over the snow fencing and the bike

11   racks, et cetera, that were there.

12   Q    How about the people that are proceeding up the

13   paved pathway, are they permitted to be there?

14   A    They are not.

15          MR. PERRI:  Continue, please.

16          (Video played)

17          MR. PERRI:  Can you stop it, please.

18   BY MR. PERRI:

19   Q    What are we seeing here and from what vantage

20   point?

21   A    This vantage point would be from the Rotunda

22   looking west, down to the west front of the Capitol.

23          So you're seeing the inaugural stage and under

24   whatever level of construction at that point.

25   Q    Can you circle the inaugural stage for us?

1    A    Certainly.

2          This is the stage that's there.

3          There's the seating that's being constructed on

4    either side of it.

5          And so this is that mid-level that I pointed out

6    before, it was where the stage is.

7          Underneath it, there is the fountain, and

8    everything is constructed around that.

9    Q    So that white part there is the stage that's

10   constructed over top of the fountain?

11   A    Correct.

12   Q    And that's where the President is going to -- the

13   President-Elect is going to sit?

14   A    Yes.

15   Q    All right.

16         Do you see any fencing in that image?

17   A    Yes.

18         So there's the existing fencing along here that

19   was set up for the construction.  And so that security

20   fencing existed prior to any additional fencing for the

21   protests.

22         Also, there's bike racks that are set up along

23   that area that provide an additional standoff for anything

24   that may happen or just -- generally, we can let the general

25   public through there.  Obviously we would not have during

437

1    that construction area but that would be where the general

2    public would stop.  They wouldn't be allowed to go up the

3    fourth Terrace to the Capitol.

4         Q    Were people allowed to be in between those two

5    lines of fencing?

6         A    No, sir.

7         Q    And, in fact, they weren't even allowed to be up

8    to the point of that second line of fencing?

9         A    That's correct.

10             MR. BOYLE:  Objection; leading.

11             THE COURT:  It's overruled.

12             MR. PERRI:  Can we erase those marks, please?

13   BY MR. PERRI:

14        Q    What are those white dots that you see along the

15   line of the fencing toward the top?

16        A    Those are the signs prohibiting you from entering

17   that area.

18             MR. PERRI:  Continue, please.

19             (Video played)

20             MR. PERRI:  Stop, please.

21   BY MR. PERRI:

22        Q    All right.

23             Do you see people on the -- what is this flat area

24   that looks kind of gray in the picture?  Can you circle it?

25        A    Yes, that is the -- that's the West Terrace.  That

```
 1    is -- so the stage is a level up.  This area here is a level
 2    up from that area.
 3              And so the terrace level is what you're seeing
 4    that's the gray area.
 5         Q    Okay.
 6              And are there protesters there?
 7         A    There are protesters.  There are over -- they've
 8    overrun the police line that they put in place.
 9         Q    Are they permitted to be there?
10         A    No, sir.
11              MR. PERRI:  Okay.  Continue.
12              (Video played)
13              MR. PERRI:  Stop, please.
14    BY MR. PERRI:
15         Q    What is this depicting in terms of structures of
16    the building?
17         A    So the stairwell that is pre-existing on the
18    Capitol on either side of the fountain, that's on the west
19    side, and the stairwell's on the north and the south of the
20    fountain, have been overrun -- they've come through the
21    construction site and up the portion of the stairs that's
22    still accessible to the upper West Terrace.  So they're
23    rushing up towards the Capitol at this point.
24         Q    At the beginning, did you see some officers on the
25    stairs?
```

1      A    Yes.

2      Q    Do you see them now?

3      A    No.  They've fallen back to try to protect the

4  Capitol itself.

5           MR. PERRI:  Please continue.

6           (Video played)

7           MR. PERRI:  Stop, please.

8  BY MR. PERRI:

9      Q    What part of the Capitol Building are we talking

10 about now?

11     A    This is the -- again, on the west front, this is

12 the upper West Terrace.

13          This -- the area to your left that sort of

14 projects out is where the Senate wing is, and so the Senate

15 chamber is on the second floor of that structure.

16          The area directly in front of you is the breezeway

17 that connects the old part of the Capitol to the new part of

18 the Capitol.  And so that's what we're looking at there.

19     Q    Are protesters permitted to be on the upper West

20 Terrace?

21     A    No.

22          MR. PERRI:  Please continue.

23          (Video played)

24          MR. PERRI:  Stop it, please.

25 BY MR. PERRI:

1    Q    Lieutenant McCree, can you see any of the

2    structures that you talked about earlier?

3    A    Yes.

4         So we're looking from the Rotunda down on to the

5    stage, and then forward of that is the lower West Terrace

6    area.

7         So this is -- this area on the right is the stage

8    where the President will give his election -- and then the

9    stairs going to the seating going up around the left-hand

10   side.

11   Q    Lieutenant, do you see some officers uniformed all

12   in black?

13   A    Yes.

14   Q    Can you draw circle around them?

15   A    This is an example of one here.

16   Q    Are there a group of them?

17   A    Pardon me?

18   Q    Do you see a group of them?

19   A    I do.

20        Directly in front of that is a CDU squad trying to

21   push the crowd back.

22   Q    Do you see any Capitol police officers?

23   A    Yes.  I see both Capitol Police and Metropolitan.

24   Metropolitan was providing additional assistance in terms of

25   manpower for the demonstration and later the protest.

1          The discriminating factor visually would be that

2    the Metropolitan have yellow on the uniform, and our

3    uniforms are black.

4          Q    Okay.

5               So in this particular picture, how physically

6    close are the protesters to the exterior wall of the

7    Capitol?

8          A    They are very close.

9               At the lower level, they were right up against it.

10              This is kind of an awkward angle to show it, but

11   the -- sort of right in here is the wall, the lower West

12   Terrace wall of the Capitol.

13         Q    You mentioned something called the Rotunda.  What

14   part of the Capitol Building is the Rotunda?

15         A    It's the center of the building, and it's sort of

16   the dominant feature of the Capitol itself.

17         Q    What does it look like from the outside?

18         A    It's a ten-story white marble structure, dome.

19         Q    Dome?

20         A    Yeah.

21              MR. PERRI:  Okay.

22              Continue, please.

23              (Video played)

24              MR. PERRI:  Stop it.

25              Now continue.

1           (Video played)

2           MR. PERRI:  Stop it, please.

3    BY MR. PERRI:

4      Q    What is that bulge that we see there on the

5    left-hand side?

6      A    So over the past hours, you saw the protesters

7    came and the CDU squads were able to push them back to

8    provide a more secure perimeter, keep it there.

9           At this point, we're about to be overrun by the

10   sheer volume of people.

11          MR. PERRI:  Okay.

12          Continue.

13          (Video played)

14          MR. PERRI:  Can you stop it for a second.

15   BY MR. PERRI:

16     Q    We just saw something on the screen that referred

17   to a lower West Terrace tunnel.  Can you explain what that

18   is?

19     A    Yes.

20          That is the tunnel that exits the building at the

21   lower West Terrace level.  That's the location where the

22   President-Elect goes out to give his speech, his inaugural

23   speech, on the stage.  That door on that date was closed,

24   and so it was, you know, absolutely not a public entrance.

25          As well, the construction that you see around it

1    was made to modify it for the election that you see -- the

2    wood and such that's there, it's normally just a stone

3    structure.

4             And that door leads into the Capitol.  It goes

5    into the center of the Capitol.

6             And the stairs that are directly in front of that,

7    that tunnel goes directly into the Crypt, which is the room

8    that's just beneath the Rotunda.  So it's the center of the

9    building.

10        Q    Okay.

11             What is the lower West Terrace tunnel, so to

12   speak, used for normally?

13        A    Normally -- we don't use it on a normal basis.

14   It's just -- it's an exit out to the lower West Terrace.

15   And since that area is closed, we don't normally use it.

16             But for the inauguration, it is used for the

17   President to go out to the stage and all the VIPs to go out

18   to their seats during that occasion.

19        Q    Okay.

20             Are you familiar with this camera angle?

21        A    I am.

22        Q    And is this one of the United States Capitol

23   police building cameras?

24        A    It is.  It looks out from the lower West Terrace

25   door.

444

1    Q    So it's a view from inside the tunnel looking out

2  onto what part of the building?

3    A    At this point, it's the inaugural stage.  And near

4  the time, it would just be the west front.

5    Q    Even under normal circumstances, are people

6  allowed to come in that entrance?

7    A    No.

8    Q    How far in does it go, this tunnel?

9    A    The tunnel goes into the center of the building.

10  And that center of the building gives access to a stairwell

11  that goes directly up to the Crypt, which is the center of

12  the building.

13    Q    And the Crypt is under what part of the building?

14    A    The Rotunda.

15        MR. PERRI:  Okay.  Continue, please.

16        (Video played)

17  BY MR. PERRI:

18    Q    Are there protesters in the tunnel at this point;

19  is that what we're seeing?

20    A    Yes, sir.

21    Q    And what time of day is this?

22    A    It is 3:14.

23        (Video played)

24        MR. PERRI:  Stop it, please.

25

1    BY MR. PERRI:

2        Q    Lieutenant McCree, do you recognize those uniforms

3    there?

4        A    Yes.

5        Q    What are we seeing?

6        A    It's a mixture of United States Capitol Police and

7    Metro Transit Police, CDU squads pushing their way from the

8    lower West Terrace door to push the protesters out.

9        Q    Which officers are the ones that have MPDC on

10    their helmets?

11        A    It's Metropolitan Police Department.

12        Q    And which are the officers that have U.S. Capitol

13    police?

14        A    That's United States Capitol Police.

15            MR. PERRI:  Continue.

16            (Video played)

17            MR. PERRI:  Stop it, please.

18    BY MR. PERRI:

19        Q    Do you recognize the -- why it's blocked just

20    there?

21        A    Yes, I've seen this before, yes.

22        Q    And what's your understanding of what that is?

23        A    It was the damage to the camera, as well as people

24    spitting and whatever on the screen.

25        Q    I'm sorry, can you speak up?

1    A    That they were spitting on the screen and doing

2  whatever.

3              MR. PERRI:  Continue.

4              (Video played)

5              MR. PERRI:  Thank you.

6              So we have a few screenshots of that montage, and

7  those are United States Exhibits 502.1, 502.2, 502.3, and

8  502.4.  We would move for the admission of those screen

9  captures at this time.

10             MR. BOYLE:  No objection, Your Honor.

11             THE COURT:  All right.  They'll be admitted.

12                            (Government's Exhibits 502.1 thru -.4
                                received into evidence.)
13

14             MR. PERRI:  Could we please show 502.1.

15  BY MR. PERRI:

16     Q    So I just want to ask you:  What is that black

17  line that you see there?  Can you circle it, the line of

18  officers?

19     A    This line here?

20     Q    Yes.

21     A    Those are the CDU squads that are attempting to

22  push back the protesters.

23     Q    What do you mean by CDU?

24     A    Civil disturbance units that are specially trained

25  officers that, in this case, a combination of Capitol Police

1    and Metropolitan Police that are attempting to regain peace

2    and control in that area.

3        Q    And do you see some of your officers in that?

4        A    I do.

5        Q    Where do you see them?

6        A    Where do I see them?  Mixed throughout there.

7            It's a combination -- the yellow uniforms are

8    Metropolitans, and the ones in black are ours.

9        Q    The ones in black are yours?

10       A    Yeah.

11       Q    Or the ones in black are Metropolitan PD?

12       A    We're all wearing black, but the ones with the

13   yellow in the uniform is Metropolitan.

14       Q    Okay.

15           All right.  The next one please, United States

16   Exhibit 502.2.

17           And that's the bulge that you talked about before

18   in your testimony; is that correct?

19       A    Yes, sir.

20       Q    Can we see 502.3.

21           And could you call that a breach of the line?

22       A    Absolutely, yes.

23       Q    And in this picture, what happened to the line?

24       A    They -- it was overrun.  It was just overrun by

25   the protesters and so...

1       Q    Can you see it anymore?

2       A    No.  The line is gone.

3       Q    502.4.

4            In this picture, can you even see where the line

5    was?

6       A    You cannot.

7            MR. PERRI:  Thank you.

8            At this time, I would like to show the witness

9    United States Exhibit 202.3.  And that's for the witness

10   only, Your Honor.  This is to lay foundation.  202.3.

11           THE COURT:  Sorry, can we mute this until it's

12   admitted?

13           (Video played)

14   BY MR. PERRI:

15      Q    Lieutenant McCree, do you recognize the location

16   where the protesters are in this particular video?

17      A    I do.

18      Q    Where is it?

19      A    This is the west front of the Capitol.  The

20   similar area to what was seen before.  This is --

21      Q    And is it close to any structures?

22      A    We're on the -- it's on the stage, the

23   Presidential inaugural stage, just to the north side of it.

24      Q    Is it on the stage itself or is it on the terrace

25   below?

1    A    The lower West Terrace is where it's shooting

2    from.

3    Q    Okay.

4         MR. PERRI:  And can we please see, again, for the

5    witness only.

6         A JUROR:  The jury can't see the evidence.

7         THE COURT:  It hasn't been -- there hasn't been a

8    request to admit it yet, so you'll see it only once it's

9    been admitted.

10        MR. PERRI:  This is also for the witness only,

11   Your Honor.  This is 202.4.

12        THE COURT:  But thank you for letting us know,

13   because if you can't see something, that's important.

14        (Video played)

15   BY MR. PERRI:

16   Q    Lieutenant McCree, do you recognize that location?

17   A    I do.

18   Q    And where is that?

19   A    That looks to be from the ground level of the

20   lower West Terrace looking up into the scaffolding.

21   Q    Okay.  Thank you.

22        Lieutenant McCree, are you familiar with whether

23   or not any violence occurred at the lower West Terrace

24   tunnel during the riot of January 6th, 2021?

25        MR. BOYLE:  I'm going to object, Your Honor.

1          MR. PERRI:  I'm not going to get into it, I just

2    want to...

3          THE COURT:  I'm going to sustain the objection.

4    There hasn't been a foundation laid of his actual being able

5    to observe it.

6    BY MR. PERRI:

7          Q    Lieutenant McCree, were any of your officers

8    injured on January 6th, 2021?

9          A    Yes, sir.

10         Q    Were any of them injured at the lower West Terrace

11   tunnel?

12         A    Yes, sir.

13         THE COURT:  That's sustained.

14   BY MR. PERRI:

15         Q    Are you aware of whether officers were ordered to

16   hold that position?

17         MR. BOYLE:  Objection.

18         THE COURT:  Sustained.

19   BY MR. PERRI:

20         Q    Are you familiar with the orders that were given

21   to officers with respect to the lower West Terrace tunnel?

22         MR. BOYLE:  Objection.

23         THE COURT:  Again, there's lack of foundation for

24   him to answer that other than through hearsay testimony, it

25   seems to me.

 1          MR. PERRI:  I'm sorry, Your Honor?

 2          THE COURT:  It seems to be a lack of foundation

 3   for that other than through hearsay.

 4          MR. PERRI:  Okay.

 5   BY MR. PERRI:

 6     Q    Lieutenant McCree, so we've showed you some --

 7          THE COURT:  Counsel --

 8   BY MR. PERRI:

 9     Q    We've showed you some exhibits and you've

10   testified about the duties that the United States Capitol

11   Police are responsible for performing and would have

12   performed that day.

13          As a result of what happened at the riot on the

14   west front and the east front, was the United States Capitol

15   Police able to perform its federally protected functions and

16   duties on January 6th?

17          MR. BOYLE:  Objection.

18          THE COURT:  That's sustained.

19   BY MR. PERRI:

20     Q    Were you able to perform your duties --

21          THE COURT:  Counsel, can you get on the phone,

22   please?

23          (Bench conference)

24          THE COURT:  Can you hear me?

25          MR. PERRI:  Yes.

1          THE COURT:  Look, the objection is that he wasn't

2     there.  I mean, if he would have observed it, that's one

3     thing, but you're just asking him to interpret video and

4     comment particularly on legal elements of the video, legal

5     elements of one of the counts.

6          I understand you're bringing in other officers who

7     were in and around the tunnel, so you'll get that evidence

8     in through them, you don't need it through this witness

9     who's not the appropriate person to do it with.

10         MR. PERRI:  I understand what you're saying,

11     Your Honor.

12         I think he can testify about certainly the

13     officers that were -- that he was responsible for in the

14     chamber.

15         THE COURT:  He cannot.

16         Oh, in chambers.  When you say "in the chamber,"

17     you mean in the actual House chamber?

18         MR. PERRI:  With respect to the official

19     proceeding, he can certainly testify about that.

20         THE COURT:  Sure, but that's not what I understood

21     you to ask him.  You were asking him about the lower West

22     Terrace.

23         MR. PERRI:  Okay.  I'll confine it to that

24     location.

25         MR. BOYLE:  Your Honor, we would object to any

1    conversation of officers injured in the chambers.  Our

2    client wasn't there.  It seems irrelevant, too, and

3    prejudicial.

4              THE COURT:  Look, I guess the question is, remind

5    me again what time Mr. Jenkins gets to the lower West

6    Terrace?

7              MR. BOYLE:  I believe it's around 4:00 p.m.,

8    Your Honor.

9              I'm sorry, 3:00 p.m., Your Honor.

10             THE COURT:  Okay.

11             MR. PERRI:  We're checking that.

12             THE COURT:  So it's not clear to me that if that's

13   when he arrives there, that it's relevant that the officers

14   inside the chamber were able to perform their duties at that

15   time, because the chambers were evacuated, I think, at 2:30,

16   right?  Am I right about that?  Let's see.

17             Right.  So the House chambers were evacuated at

18   2:29, so that's 30 minutes before Mr. Jenkins arrives at the

19   lower West Terrace.  So whether officers were able to carry

20   out their functions inside the chambers, it's really not

21   relevant to charges against this defendant.

22             MR. PERRI:  So, Your Honor, of course we have to

23   prove that there's a civil disorder, and the civil disorder

24   is bigger than Mr. Jenkins and his personal conduct.

25             THE COURT:  I don't disagree with that.

1          But it's pretty plain from what you've shown, and

2   this is why I've allowed the lower -- this sort of west side

3   video montage to be played, is because you do have to

4   establish a civil disorder, and what you just showed was, by

5   any stretch of the imagination, a civil disorder.

6          So it's appropriate for that purpose, but you're

7   now trying to get him to answer questions about either

8   things he didn't observe or, B, things he did observe that

9   happened 30 minutes before Mr. Jenkins even arrived.

10          MR. PERRI:  So I think where I was coming from is

11   that his official duties had to do with the official

12   proceeding that was happening in the Senate.  But because of

13   the civil disorder, that was disrupted, and he was not able

14   to carry out his duties with respect to this day.

15          THE COURT:  I get all that.

16          You've established that -- for the 1512(c)(2)

17   charge, you've established that the proceeding had to be

18   adjourned and was interfered with.  That's been established.

19          In terms of interfering with a federal function

20   and in particular with interfering with officers, that

21   charge, I believe, is specific -- let's put it this way:

22   Whatever official functions that particular element or that

23   count that you're seeking to establish that Mr. Jenkins

24   impeded, he can't testify about what happened at 2:30 or

25   even at 2:45 until he actually gets there.

1          So, you know, it's fair that he can be charged

2    with 1512(c)(2) in the sense that the proceeding was

3    adjourned for hours and didn't commence again until 8:00.

4    And so it's not as if the proceedings were disrupted for a

5    single moment in time, and that's appropriate.

6          But you're asking him to comment about a specific

7    time at which somebody was unable to perform their police

8    duties.  And I don't think it's appropriate to ask him about

9    the inability to perform police duties at a time that

10   Mr. Jenkins was not even on the Capitol Grounds, so far as

11   we know; and even if he was, he was at some distance away.

12         MR. PERRI:  I'll move on, Your Honor.

13         THE COURT:  Okay.

14         Why don't we go ahead -- hang on.

15         Counsel, can you get back on?

16         How much longer do you have in direct examination?

17         MR. PERRI:  Not much with this witness, no.

18         THE COURT:  How much is "not much"?

19         MR. PERRI:  Probably just a couple minutes.

20         THE COURT:  Okay.  All right.

21         Then we'll continue and then we'll break for

22   lunch.

23         (Open court)

24         MR. PERRI:  One moment, Your Honor.

25

1          So at this time, Your Honor, the United States

2    would move for the admission of United States Exhibit 602,

3    which is a stipulation of the parties as to officer duties.

4          THE COURT:  Okay.  602 will be admitted as a

5    stipulation.

6          MR. BOYLE:  Your Honor, I'm just trying to look at

7    it a second.

8          THE COURT:  Okay.

9          MR. BOYLE:  Oh, I'm sorry, Your Honor, there's no

10   objection.

11         THE COURT:  All right.  So 602 is admitted.

12                              (Government's Exhibit 602
                                    received into evidence.)
13

14         MR. PERRI:  And I would request permission to read

15   this, Your Honor.

16         THE COURT:  Please, go ahead.

17         MR. PERRI:  "Stipulation of the parties.

18         "The United States of America, by and through its

19   attorney, the United States Attorney for the

20   District of Columbia, and the Defendant Shane Jenkins, with

21   the concurrence of his attorneys, agree and stipulate to the

22   following:"

23         "Officers from the United States Capitol Police

24   and Washington, D.C., Metropolitan Police Department.

25         "On January 6, 2021, officers from the

1    United States Capitol Police (USCP) on the U.S. Capitol

2    Grounds and in the U.S. Capitol building were engaged in

3    their official duties as officers or employees of the

4    United States or any agency in any branch of the

5    United States Government as those terms are used in Title 18

6    United States Code Section 1114.

7            "On January 6th, 2021, officers from the

8    Washington, D.C., Metropolitan Police Department on the

9    U.S. Capitol Grounds and in the U.S. Capitol building were

10   assisting officers from USCP who were engaged in their

11   official duties as officers or employees of the

12   United States or of any agency in any branch of the

13   United States Government as those terms are used in Title 18

14   United States Code Section 1114."

15   BY MR. PERRI:

16       Q     Okay.

17             Sir, as a ranking member of the United States

18   Capitol Police, are you familiar with the type of equipment

19   that a Capitol police officer has?

20       A     Yes, sir.

21       Q     And you yourself have been an officer for quite

22   some time, correct?

23       A     Yes, sir.

24       Q     Are you aware of what equipment gets issued to

25   this unit?  What do you call this unit?

1    A    CDU.

2    Q    CDU?

3         Are you familiar with the equipment they get

4    issued?

5    A    Yes, sir.

6    Q    And can you describe that equipment?

7    A    It's protective equipment, in addition to our

8    normal police-issued equipment.

9         So we would have everything from a shield to, we

10   call it turtle gear.  Basically, it's hardening elements for

11   all of our extremities.  And additional helmets, those type

12   of things.

13   Q    All right.

14        Through your employment then, are you familiar

15   with the cost of the equipment?

16   A    Some of them, yes.

17   Q    And what approximately does a shield cost?

18   A    A shield, depending on the type, can run from a

19   little over 100 to several hundred, maybe 2-, $300.

20   Q    So at least $100?

21   A    Yes, sir.

22   Q    And were, in fact, the officers of the CDU

23   equipped with shields on January 6th, 2021?

24   A    They were.

25   Q    And, in fact, we saw some shields in the tunnel in

```
 1    the video, correct?

 2         A    Correct.

 3         Q    Are those the shields that you're talking about?

 4         A    Yes, sir.

 5              MR. PERRI:  One moment, Your Honor.

 6              (Government counsel conferred off the record.)

 7              THE COURT:  Mr. Perri, do we have anything further

 8    on direct examination?

 9              MR. PERRI:  Just checking, Your Honor.

10              Thank you.  I just wanted to make sure I hadn't

11    forgotten anything.

12              Nothing further.

13              THE COURT:  All right.  Terrific.

14              All right.  Ladies and gentlemen, so we have

15    reached the end of the direct examination.  But before we

16    continue with the cross-examination, let's have our lunch

17    hour.  So it is now 12:40.  We will resume testimony at

18    1:40.

19              Just reminders about not using social media, doing

20    anything on the Internet about this case or January 6th.

21    And importantly, not discussing the case with anyone

22    including amongst yourselves.

23              We look forward to seeing you after the lunch

24    hour.  Thank you, all, very much.

25              COURTROOM DEPUTY:  All rise.
```

1           (Jury exited the courtroom.)

2           THE COURT:  All right.  We'll see you after the

3    break.  And I'll ask you not to discuss your testimony

4    during the lunch hour.  Thank you, sir.

5           THE WITNESS:  Thank you.

6           THE COURT:  Okay.  Anything before we adjourn?

7           All right.  See you all after lunch.

8           (Recess from 12:43 p.m. to 1:45 p.m.)

9           THE COURT:  Please be seated, everyone.

10   Thank you.

11          All right.  Real quick before the jury enters.

12   The juror in seat 7 approached Mr. Douyon during the break

13   and just said to him that he sort of walks home and walks by

14   the Capitol in doing so, and he was just mindful of the

15   instruction not to go out to the scene, for example.

16          Is it okay if I just tell him it's okay to walk by

17   the Capitol Grounds but that we ask him not to approach sort

18   of the immediate vicinity of the building itself?  Is

19   that --

20          MR. BOYLE:  We have no objection to that,

21   Your Honor.

22          MR. PERRI:  Sounds good, Your Honor.

23          THE COURT:  All right.

24          COURTROOM DEPUTY:  Jury panel.

25          (Jury entered the courtroom.)

1          THE COURT:  All right.  Welcome back, everyone.

2    Have a seat, please.  I hope everybody had a nice lunch

3    break.

4          We are ready to continue with the

5    cross-examination.  So we have the lieutenant approaching in

6    a moment.

7          Lieutenant McCree, come on back up.

8          All right.  Mr. Boyle, ready when you are.

9          MR. BOYLE:  Thank you, Your Honor.

10   BY MR. BOYLE:

11   Q    Good afternoon, Lieutenant.

12   A    Good afternoon.

13   Q    Just a few questions for you.

14        First of all, you do not know who Shane Jenkins

15   is, do you?

16   A    I do not know the gentleman, no.

17   Q    You never came in contact with him on January 6th

18   or at any other time, correct?

19   A    I did not.

20   Q    Okay.

21        I'd like to take a second and look at Government's

22   Exhibit No. 511 if they could pull that up.

23        This is the perimeter that you described.  And you

24   indicated that at 6:00 a.m. in the morning, the perimeter

25   was intact on January 6th?

```
 1        A     Yes, uh-huh.

 2        Q     Did you see it after that at all?

 3        A     Yes, I did.

 4        Q     Okay.

 5              When was the last time you saw it intact?

 6        A     Probably around 10:00, 11:00.

 7        Q     In the morning?

 8        A     Uh-huh.

 9        Q     Okay.

10              Do you know if there's a time when the perimeter

11   failed?

12        A     Yes.

13        Q     Okay.

14              Now, let's talk about this perimeter.  You

15   described snow fencing as being part of the perimeter.

16              Snow fencing is like a thin plastic mesh, is it

17   not?

18        A     It is.

19        Q     It's not a very substantial barrier?

20        A     No, sir.

21        Q     Okay.

22              And do you know if that snow fencing came down?

23        A     I know that the snow fencing was there to

24   reinforce the bike racks and that the whole -- at various

25   points in the perimeter, they did fail, yes.
```

1    Q    And the bike racks are simply metal devices used

2    to warn people that they're not allowed to pass, correct?

3    A    Yes, sir.

4    Q    Okay.

5         But they're not that hard to take apart and move,

6    are they?

7    A    They do take a little bit of effort.  They're

8    somewhat heavy but...

9    Q    Do you know who took the bike racks apart and

10   moved them?

11   A    The protesters overran them.

12   Q    Do you know which protesters?

13   A    Specifically?  No.

14   Q    Okay.

15        And the signs, the no-trespassing signs, they were

16   attached to both the bike racks and the snow fencing,

17   correct?

18   A    Yes, sir.

19   Q    And they were gone when those barriers were gone;

20   is that fair to say?

21   A    They would have been on the ground, yes.

22   Q    Okay.

23        So not easily visible?

24   A    It depends on where you are.

25   Q    Okay.

1      Now, did the barriers fail at multiple points

2  or -- if you know, or just at one point?

3      A    They were failed at several points, yes.

4      Q    Okay.

5           Do you know where they failed on this map?  Can

6  you tell us or...

7      A    From the video footage that I've seen -- may I

8  mark the map?

9      Q    Sure.

10     A    I know that this area failed.  It's one of the

11  first areas to fail.

12     Q    And did any other barriers fail?

13     A    Yes.  At whatever point that the protesters

14  entered, they had to overcome the barriers, so, yes.

15     Q    Okay.

16          And I'm not trying to ask an unfair question, but

17  do you know where those points were as you sit here today?

18     A    I do know where several of those points were, yes.

19     Q    Can you point to all the places or draw circles at

20  all the places where they failed?

21     A    To all the places that were failed, sir?

22     Q    Yes.

23     A    Probably not, but I could give you some

24  indication.

25     Q    If you could, that would be helpful.

1      A     As I mentioned before, there was snow fencing here

2    for the stage perimeter, that security.

3      Q     Yeah.

4      A     I know that most of that was trampled over, as you

5    can see, through that -- all the grassy areas and through

6    wherever they crossed the walkway.   That's probably one of

7    the larger areas where there was damage.

8      Q     Do you know what time they were trampled over?

9      A     Exactly, no.

10          I know that most of the breach occurred between

11   1:00 or -- 1:00 in the afternoon and 3:00 or 4:00 in the

12   afternoon.

13     Q     Okay.

14          So a lot of the breaches occurred shortly after

15   1:00?

16     A     Between that three-, four-hour period, yes.

17          MR. BOYLE:  Okay.

18          If I could just have a second to confer with my

19   partner, Your Honor.

20          (Defense counsel conferred off the record.)

21          MR. BOYLE:  No further questions, Your Honor.

22          THE COURT:  All right.  Thank you, Mr. Boyle.

23          Any redirect examination?

24                         - - -

25                   REDIRECT EXAMINATION

```
 1  BY MR. PERRI:
 2      Q    Lieutenant McCree, I think you may have talked
 3  about this in your direct testimony, but prior to
 4  January 6th, these same bike racks and snow fencing had been
 5  used to indicate this perimeter and restrict the grounds;
 6  is that correct?
 7      A    That is true.
 8      Q    And prior to January 6th, were these types of
 9  physical barriers sufficient to protect the grounds?
10          MR. BOYLE:  I'm going to object.  Beyond the
11  scope.
12          THE COURT:  Sustained.
13          MR. PERRI:  Thank you, Your Honor.  Nothing
14  further.
15          THE COURT:  Lieutenant McCree, thank you very much
16  for your time and your testimony, sir.  You may step down.
17          THE WITNESS:  Thank you.
18          THE COURT:  All right.  Government ready to call
19  its next witness.
20          MS. GROSSHANS:  Yes, Your Honor.
21          Your Honor, the government calls Inspector Lanelle
22  Hawa.
23          COURTROOM DEPUTY:  Please raise your right hand.
24          (Witness is placed under oath.)
25          COURTROOM DEPUTY:  Thank you.  Please have a seat.
```

1            THE COURT:  Ms. Hawa, welcome.

2        Ready when you are, Counsel.

3        MS. GROSSHANS:  Thank you, Your Honor.

1                            - - -

2   LANELLE HAWA, WITNESS FOR THE GOVERNMENT, SWORN

3                      DIRECT EXAMINATION

4                            - - -

5   BY MS. GROSSHANS:

6        Q    Good afternoon, ma'am.

7        A    Good afternoon.

8        Q    Can you please introduce yourself to the ladies

9   and gentlemen of the jury and spell your last name.

10       A    Sure.

11            Inspector Lanelle Hawa, H-a-w-a.

12       Q    And, Inspector Hawa, where do you work?

13       A    The United States Secret Service.

14       Q    What is your title with the United States Secret

15   Service?

16       A    Inspector.

17       Q    What is the mission of the United States Secret

18   Service?

19       A    The United States Secret Service is tasked with

20   protecting some of the nation's highest leaders:  The

21   President, the Vice President, former Presidents, their

22   families, heads of state who are visiting the United States,

23   as well as protecting the financial infrastructure of the

24   United States.

25       Q    Is the United States Secret Service part of the

1    executive division?

2        A    Yes.

3        Q    Which part of the executive division is the

4    United States Secret Service part of?

5        A    The United States Secret Service is part of the

6    Department of Homeland Security under the Executive Branch.

7        Q    Does the United States Secret Service protect the

8    Vice President of the United States?

9        A    Yes.

10       Q    Does the United States Secret Service also protect

11   the family members of the Vice President?

12       A    Yes.

13       Q    And is that the immediate family of the Vice

14   President?

15       A    Yes.

16       Q    How long have you been employed with the

17   United States Secret Service?

18       A    24 years.

19       Q    Does the United States Secret Service have

20   different divisions in it?

21       A    Yes.

22       Q    What division are you a part of?

23       A    I'm currently part of the inspection division.

24       Q    And what does the inspection division do?

25       A    We currently are tasked with carrying out Internal

1    Affairs investigations, as well as compliance investigations

2    of our field offices throughout the country and throughout

3    the world.  We have some international offices as well.

4         Q     Were you working on January 6th, 2021?

5         A     Yes.

6         Q     And which -- were you with the inspection division

7    at that time?

8         A     I was not.

9         Q     Which division were you with on January 6th, 2021?

10        A     The liaison division.

11        Q     And what does the liaison division do?

12        A     The liaison division is tasked with handling

13   visits of our protectees at various locations.

14             As part of the liaison division, we typically have

15   agents assigned to various agencies throughout the National

16   Capital Region.  We'd be partnered with different agencies.

17             In this instance, I was partnered with the U.S.

18   Capitol, I was assigned to the U.S. Capitol with some other

19   agents.  And we were tasked with handling visits of our

20   protectees at the U.S. Capitol complex, meaning we would

21   handle access of the motorcades to the U.S. Capitol, we

22   would help and assist with the movements of our protectees

23   throughout the Capitol on the Capitol complex, getting them

24   to and from their meetings or events while they're at the

25   Capitol complex.

1    Q    All right.

2         And I want to talk to you specifically about your

3    work on January 6th, 2021.

4         Were you working that particular day at the

5    Capitol?

6    A    Yes, I was.

7    Q    What was your role on January 6th, 2021?

8    A    I was assigned as the site agent or the supervisor

9    handling the visit of Vice President Pence to the U.S.

10   Capitol that day.

11   Q    Okay.

12        And as the site agent or the supervisor, what, in

13   particular, was your role?

14   A    Again, to coordinate the Vice President's

15   movements to the Capitol that day.  In particular, he was

16   coming for the certification of the Electoral College votes.

17   Q    Okay.

18        Was Vice President -- who was the Vice President

19   that day?

20   A    Michael Pence.

21   Q    And was Vice President Michael Pence a United

22   States Secret Service protectee on January 6th, 2021?

23   A    Yes, he was.

24   Q    Was he visiting the Capitol alone that day or with

25   other people?

1    A    He was with other people.

2    Q    Okay.

3         Were those members of his family?

4    A    Some of them, yes.

5    Q    Okay.

6         Who were the family members that were visiting

7    with Vice President Pence?

8    A    His wife and his daughter Charlotte.

9    Q    And as the immediate family of the Vice President,

10   were they protectees of the Secret Service that day as well?

11   A    Yes.

12   Q    In preparation for the visit of the Vice President

13   to the Capitol on January 6th, was there a security

14   perimeter established?

15   A    Yes, there was.

16   Q    And who established that security perimeter?

17   A    The Capitol Police established it in conjunction

18   with us, with the Secret Service.

19   Q    And when a protectee is visiting the Capitol or a

20   protected place, can you tell me what the secure perimeter

21   means?

22   A    Sure.

23        In general on any site that we would have?

24   Q    At the Capitol that day, what does it mean that

25   there was a secure perimeter?

1    A    Sure.

2         A secure perimeter was established, meaning we had

3    set up an established perimeter utilizing fencing, bike rack

4    to designate or be able to show that unauthorized or

5    uninvited individuals would not be permitted inside of the

6    established perimeter.

7         It was also posted with signage identifying that

8    it was closed off to the general public, and, again, those

9    who weren't invited to the event.

10    Q    And this secure perimeter that was established,

11    and you mentioned that it was established by the Capitol

12    Police, was that adopted by the United States Secret

13    Service?

14    A    Correct, we adopted that plan.

15    Q    On January 6th, 2021, who was protecting the

16    secure perimeter?

17    A    Capitol Police.

18    Q    Okay.

19         Was there a plan established by the United States

20    Secret Service for the visit of the Vice President to the

21    Capitol?

22    A    Yes.

23    Q    Okay.

24         And if I can show Lieutenant Hawa -- I'm sorry,

25    Inspector Hawa Government's Exhibit 506 without showing it

1    to the jury, please.

2            Inspector Hawa, I'm showing you what has been

3    marked as Government's Exhibit 506.  Do you recognize this?

4    A    I do.

5    Q    Okay.

6            And what do you recognize it to be?

7    A    This is the head-of-state worksheet that we

8    utilize at the U.S. Capitol.

9    Q    And is it a fair and accurate copy of the

10   worksheet that was created for the visit of the Vice

11   President on January 6th, 2021?

12   A    Yes, it is.

13           MS. GROSSHANS:  Your Honor, at this time, we seek

14   to strike any identification marks and enter 506 into

15   evidence.

16           MR. BOYLE:  No objection, Your Honor.

17           THE COURT:  All right.  506 will be admitted.

18                                   (Government's Exhibit 506
                                          received into evidence.)
19

20           THE COURT:  Ladies and gentlemen, when this

21   exhibit comes up, you'll notice that there are some black

22   markings.  Those are called redactions.

23           From time to time, exhibits may contain such black

24   marks or redactions.  There are multiple reasons for why

25   there may be redactions, including it contains irrelevant

1    evidence or information relating to someone's personal

2    privacy.  You should not speculate as to the reasons for the

3    redactions or what is being redacted.

4              MS. GROSSHANS:  Thank you, Your Honor.

5    BY MS. GROSSHANS:

6         Q    Inspector Hawa, can you tell the jury how this

7    form is used.

8         A    Sure.

9              So those of us who are assigned to the Capitol,

10   Secret Service uses this form to notify the Capitol Police

11   and our partners at the Senate sergeant-at-arms protocol

12   office, as well as the House sergeant at arms protocol

13   office.

14             It provides them with additional information

15   regarding our visits.  Typically, we would use it for a

16   visit of the President, the Vice President, visiting heads

17   of state.

18             Provides them with information with regards to the

19   motorcade, points of contact from the Secret Service from

20   our detail with the liaison division, detail from the

21   Presidents or Vice Presidents or dignitary protective

22   division.  Again, motorcade information, where they're

23   coming from, where they will arrive, as well as an itinerary

24   and pertinent information that would be relevant to the

25   visit at the Capitol.

1    Q    All right.

2         So going from the top line of this form -- well,

3    first of all, is this a form that you completed?

4    A    Yes, it is.

5    Q    Okay.

6         And going from the first line of the form, it

7    indicates the date of the visit --

8    A    Correct.

9    Q    -- being which?

10   A    It was Wednesday, January 6th, 2021.

11   Q    All right.

12        And it indicates the names of the visitors?

13   A    Correct.

14   Q    And who are those?

15   A    Vice President Michael Pence, Mrs. Pence, and

16   their daughter Charlotte Pence.

17   Q    Okay.

18        And was this the form that you then sent to your

19   counterparts within the Capitol?

20   A    That is correct.

21   Q    Okay.

22        How did you send this form?

23   A    Via email.

24        MS. GROSSHANS:  And, Mr. Weko, could we please

25   zoom in on the itinerary section of the form.  Thank you.

1    BY MS. GROSSHANS:

2        Q    And so, Inspector Hawa, this itinerary section,

3    you indicated that this is something that you sent prior to

4    January 6th.  So this was the general plan for their

5    itinerary for the visit of the Vice President?

6        A    Correct.

7        Q    In going through the itinerary, what time was the

8    Vice President and his family supposed to arrive at the

9    Capitol on January 6th?

10       A    12:30 p.m.

11       Q    And upon the arrival at the Capitol, where were

12   they to go?

13       A    They were to arrive at the Senate carriage.  And

14   upon arrival, they would move to S-214, which is also known

15   as the Vice President's ceremonial office, which is located

16   on the second floor on the Senate side of the Capitol

17   Building.

18       Q    And so the Vice President has a ceremonial office

19   at the Capitol?

20       A    Correct.

21       Q    Okay.

22            And it might be in the name, but what is that used

23   for?

24       A    Official government business.

25            Just as an officer, typically the Vice President

1    being the President of the Senate will often come over to

2    assist with votes.  He's the tiebreaker, as I understand it,

3    so he will stand by in his office.  If there's a vote on the

4    Senate floor, he uses it, again, for official business when

5    needed.

6         Q    So he uses it when he visits the Capitol?

7         A    Correct.

8         Q    Okay.

9              But does he work from that ceremonial office on a

10   daily basis?

11        A    Not to my knowledge.

12        Q    Okay.

13             Going back to the itinerary, where was the Vice

14   President supposed to go after arriving at his office S-214?

15        A    So from the Vice Presidential ceremonial office,

16   he was then expected to and did move to the Senate chamber,

17   where he met up with other members of the Senate.

18             And then from there, the Vice President and the

19   Senators walked over to the House chamber.

20        Q    Okay.

21             And S-214, where is that located within the

22   Capitol Building, what floor?

23        A    Second floor.

24        Q    Okay.

25             And how about the Senate chamber, what floor is

1    that located on?

2        A    Second floor.

3        Q    On January 6th, 2021, did Vice President Pence, in

4    fact, come to the United States Capitol?

5        A    Yes.

6        Q    And approximately what time did he arrive?

7        A    It was right around 12:30 p.m.

8        Q    And did his wife and daughter accompany him as

9    they had planned?

10        A    Yes, they did.

11        Q    When they arrived at the United States Capitol,

12    where did they go?

13        A    They proceeded up what we refer to as the member

14    staircase to the second floor to the Vice President's

15    ceremonial office.

16        Q    Okay.

17            And so up to that point, did everything go as

18    planned?

19        A    Yes.

20            MS. GROSSHANS:   Okay.

21            If I could please ask Mr. Weko if you can pull up

22    512 to be shown just to the witness.

23            Thank you.

24    BY MS. GROSSHANS:

25        Q    Inspector, I'm pulling up what I marked as

1    Government's Exhibit 512.  Can you tell -- or what is

2    Exhibit 512?

3         A    It appears to be a blueprint of the main Capitol

4    Building.

5         Q    Okay.

6              And is it a fair and accurate representation of

7    the blueprint of the second floor of the Capitol Building?

8         A    It appears to be, yes.

9         Q    Okay.

10              And at this time, I'm seeking to strike the

11    previous identification marks and enter Exhibit 512 into

12    evidence.

13              MR. BOYLE:  No objection, Your Honor.

14              THE COURT:  Okay.  512 will be admitted.

15              MS. GROSSHANS:  Thank you.

16                                    (Government's Exhibit 512
                                        received into evidence.)
17

18              MS. GROSSHANS:  We're asking to publish it to the

19    jury.

20    BY MS. GROSSHANS:

21         Q    Inspector Hawa, on this map, can you briefly tell

22    the ladies and gentlemen of the jury, when you're referring

23    to the Senate side, the Senate chamber and the House

24    chamber, where those are on this map?

25         A    Sure.

481

1          So this one represents the Senate chamber, and

2    this would represent the House chamber.

3      Q     Marking with blue circles around each of the

4    chambers.

5          And so when you referred to the Senate side and

6    the House side, is that what you're referring to, where the

7    Senate chamber is and where the House chamber is?

8      A     Correct.

9      Q     Okay.

10          And the Vice President ceremonial office, where is

11    that located, approximately?

12     A     So it would be in this area back in here.

13     Q     Okay.

14     A     Sorry, it's not very great.

15     Q     So just outside of the Senate chamber?

16     A     Correct.

17     Q     Inspector Hawa, what, if anything, happened

18    when -- well, I'm sorry -- strike that.

19          Inspector Hawa, when -- Vice President Pence

20    eventually moved to the House chamber; is that correct?

21     A     Correct.

22     Q     Okay.

23          And when he was in the House chamber, what, if

24    anything, happened?

25     A     So as planned, the Vice President and Senators

1    made their way over to the House chamber.

2              Approximately 1:00 p.m. is when the official

3    business began, the certification of the Electoral College

4    votes.

5              About 1:15 p.m., there was a pause in the official

6    business, because, as I understood it, there was an

7    objection to one of the states, I believe it was Arizona.

8              And what occurs at that point is the members of

9    the House of Representatives stay on the House side of the

10   Capitol, and the Senators and Vice President move back over

11   to the Senate side and gather in the Senate chamber and they

12   go through the votes again and carry on their official

13   business.

14             As we proceeded back over to the Senate side, we

15   being the Vice President, Senators, and the other people in

16   the entourage move back over to the Senate side, I was

17   getting information from the -- my Capitol Police officers,

18   the counterparts who were assigned to me for the visit, that

19   there had been a security breach on the west side of the

20   Capitol complex, the west lawn area, and that some

21   unauthorized individuals had made their way all the way to

22   the main Capitol Building and were up on the inauguration

23   platform, it's a stage that was being built in preparation

24   for the upcoming inauguration, and were causing a ruckus, if

25   you will, and were fighting with the Capitol police officers

 1   who were trying to hold them back and get them back outside

 2   of the secure --

 3            MR. BOYLE:  Your Honor, I'm going to object to

 4   hearsay.  It goes beyond notice.

 5            THE COURT:  All right.

 6            Ladies and gentlemen, let me just provide you with

 7   a limitation of what you've just heard.

 8            The testimony you just heard from Inspector Hawa

 9   is not being admitted for the truth of what she heard, but,

10   rather, is being provided to you as an explanation for why

11   she did what she did subsequent to hearing what she heard,

12   okay?

13            MS. GROSSHANS:  Thank you, Your Honor.

14   BY MS. GROSSHANS:

15      Q    Lieutenant Hawa, you had mentioned that you were

16   traveling with the Vice President's entourage and the Vice

17   President and his family?

18      A    Correct.

19      Q    Okay.

20            So as they were moving from the House chamber to

21   the Senate chamber, you were with them?

22      A    I was with the Vice President.

23            Mrs. Pence and his daughter Charlotte were on the

24   third floor.

25      Q    And so you were with the Vice President and you

1    were with your counterparts from the United States Capitol

2    Police?

3        A    Correct.

4        Q    Okay.

5             And you were able to hear about these unauthorized

6    people, I think you used the term, entering the secured

7    perimeter.

8             Based on hearing that, what did you do?

9        A    So we -- I made some phone calls, some phone calls

10   were coming in to me.

11            Again, they were -- Capitol Police was passing

12   information to me.  I was gathering information, sharing of

13   information.

14            Again, I could hear some of what was happening on

15   the Capitol police officers' radios because they wear them

16   on their uniform, so I could hear some of the radio traffic

17   as well.

18            And then we were -- once we got the Vice President

19   to the Senate chamber and then eventually into his

20   ceremonial office, we started to come up with an alternate

21   plan or enact what we refer to as our emergency action plan,

22   which is just determining if we need to engage in our

23   alternate plan, meaning that there's been a need to deviate

24   from the original plan of the day, because there's been, in

25   this instance, a breach in the security plan based on the

1    information we were receiving.

2         Q    All right.

3              So the security plan was what was established with

4    the head-of-state notification?

5         A    Correct.

6         Q    Okay.

7              And the emergency action plan that you just

8    described, is that something also that was prepared in

9    advance in case an emergency came up?

10        A    Correct.

11        Q    Okay.

12             And you indicated that you had to enact the

13   emergency action plan?

14        A    Correct.

15        Q    The information that you had heard, was that about

16   rioters that were gathering on the east plaza, as well as

17   the west lawn?

18        A    Yes, it was both.

19             We were getting information, again, there was a

20   breach on the west side on the inaugural platform.

21             We were getting information that they had actually

22   breached the building.  I could hear the glass breaking and

23   we could hear the rioters in the main Capitol Building.

24             At one point, I had gone down to run the path for

25   the location where I wanted to move the Vice President.

1    And I came upon rioters in the building on the

2    Senate side, and, again, could see them, could hear them.

3    We knew that there was various locations they were making

4    their way into the building.

5    And then I was getting information from the agents

6    who were in the Vice President's motorcade, which was staged

7    on the east plaza, that there was rioters gathering on the

8    east lawn and east plaza area and that there was concern

9    they were going to breach the bike rack that was out there.

10   And there was concern that they were going to get to

11   motorcade, which is a situation we never want to be placed

12   in, having, again, unauthorized individuals near the

13   motorcade.  So we were making a plan to move the motorcade

14   off of the plaza as well.

15   Q    Okay.

16   So the motorcade had been on the plaza?

17   A    Correct.

18   Q    And because of these breaches on the east plaza,

19   the motorcade was moved to another location?

20   A    Correct.

21   Q    Okay.

22   And because of the information that you were

23   receiving and you saw for yourself rioters in the building?

24   A    Correct.

25   Q    The rioters that you saw in the building, what was

1    their demeanor?

2        A    Unruly.

3             Not what you would typically see in the Capitol.

4             Loud.

5             I don't know.  They were -- some had signs, some

6    had sticks, some were dressed in interesting attire.  Again,

7    not what you would typically see in the U.S. Capitol.

8             Just screaming.  All of them were screaming

9    different things.  And just kind of making their way around.

10       Q    Okay.

11            And on January 6th, the Capitol Building was

12   restricted, so those people should not have been in the

13   building?

14       A    Correct.

15       Q    Were you able to secure that -- I think you said

16   you went on a run, that run that you were attempting to

17   secure so that you could move the Vice President?

18       A    Yes.

19       Q    Okay.

20            And that means that all of the rioters had been

21   removed from that area or were asked to move from that area?

22       A    Correct.

23       Q    And once that area had been secured, that run had

24   been secured, what were you able to do?

25       A    We moved the Vice President, Mrs. Pence, and their

1    daughter Charlotte to a secure location.

2        Q    Okay.

3            And was that secure location still within the

4    Capitol complex?

5        A    Yes, it was.

6            MS. GROSSHANS:  Your Honor, at this time, I am

7    seeking to admit Government's Exhibit 507.

8            MR. BOYLE:  No objection, Your Honor.

9            THE COURT:  All right.  507 is admitted.

10           MS. GROSSHANS:  Thank you, Your Honor.

11                              (Government's Exhibit 507
                                 received into evidence.)

12   BY MS. GROSSHANS:

13       Q    Inspector Hawa, what is Government's Exhibit 507?

14       A    So this is the area just outside of the Senate

15   chamber and the Vice President's ceremonial office, the top

16   of the stairs that I mentioned that we used to access the

17   second floor.

18           So if you were to go in the double doors, you see

19   on the right side of your screen, the Vice President's

20   office would be on the right, and the backside of the Senate

21   chamber would be on your left.  It would lead you into a

22   long hallway, if you will, that runs along the backside of

23   the Senate chamber.

24       Q    And in this still shot right now, you can see a

25   person standing at the top of the stairs.  Do you know who

1    that person is?

2         A     Yes, that's one of the agents assigned to the Vice

3    President's detail.

4                MS. GROSSHANS:  All right.

5                And if you could please play it.

6                (Video played)

7    BY MS. GROSSHANS:

8         Q     And, Inspector Hawa, can you see anyone else that

9    you can identify in this still shot?

10        A     Yes.  I'm in the shot on the, I guess, the middle

11   landing up the stairs there.

12        Q     Can you circle yourself for the ladies and

13   gentlemen of the jury, please.

14        A     (Witness complied.)

15        Q     All right.

16                And, Inspector Hawa, what time was this?

17        A     It was just before 2:30.  2:25, according to the

18   time stamp.

19        Q     And so is this after you completed that run that

20   you described for the ladies and gentlemen of the jury?

21        A     Yes, it was.

22                MS. GROSSHANS:  Okay.

23                If you could please play.

24                (Video played)

25

 1  BY MS. GROSSHANS:

 2      Q    Inspector Hawa, what are we seeing in Exhibit 507?

 3      A    So this is the time when we continued with our

 4  emergency action plan.  And we are leading the Vice

 5  President, Mrs. Pence, and their daughter to a more secure

 6  location.

 7           The reason we did so was we were getting to the

 8  point where we were concerned that if we didn't move them at

 9  this time, we risked being trapped by these unauthorized

10  individuals who had breached at this point multiple sides of

11  the Capitol main building.  And we knew they were in there

12  and we didn't want to get to a point where we didn't have

13  alternate ways to get out of the Senate chamber area and the

14  office area.

15           MS. GROSSHANS:  If you could please play again and

16  stop in three seconds, so at 13 seconds.

17           (Video played)

18  BY MS. GROSSHANS:

19      Q    Inspector Hawa, stopping the video at 13 seconds,

20  are there now people that you can identify that were

21  protectees of yours on January 6th, 2021?

22      A    Yes.  Vice President Pence, Mrs. Pence, and their

23  daughter Charlotte are in the screen now.

24      Q    And can you circle Vice President Pence?

25      A    Sure.

1    Q    Thank you.

2         (Video played)

3   BY MS. GROSSHANS:

4    Q    Inspector Hawa, you had mentioned that the Vice

5   President was traveling with an entourage and staff.  Were

6   those the people that you also saw coming out of the

7   doors --

8    A    Yes.

9    Q    -- in that video?

10        And eventually, were you able to safely move the

11  Vice President and his family and those -- that entourage to

12  the secure location?

13   A    Yes.

14   Q    What is your understanding of what happened to

15  this Electoral College certification during the time that

16  Vice President Pence was at the secure location?

17   A    My understanding is it was halted, because not

18  only did we move Vice President Pence -- or remove him from

19  the Senate chamber, but other members of Congress were

20  removed from the chambers, as well as the congressional

21  leadership was removed from the chambers as well.

22   Q    How long was it that the Vice President was in

23  that secure location?

24   A    We were in the secure location for approximately

25  five hours.

1      Q    Okay.

2           And during those five hours, did you hear of other

3   security breaches within the Capitol complex and the

4   grounds?

5      A    We were getting --

6           MR. BOYLE:  Objection.

7           THE COURT:  Just answer yes or no.  I don't know

8   what the follow-up question is.

9           THE WITNESS:  Yes.

10  BY MS. GROSSHANS:

11     Q    And based on that, is that why Vice President

12  Pence remained in the secure location for almost five hours?

13     A    Yes.

14     Q    Okay.

15          And before the Vice President could be moved from

16  that secure location, what needed to happen?

17     A    We needed to ensure that the unauthorized

18  individuals who had breached the Capitol had been removed

19  and that there was nothing that could cause harm to

20  individuals who were returning to the Senate House chamber,

21  the main Capitol building, that there was nothing that could

22  harm them, or no explosives or anything that could be

23  dangerous to those returning.

24     Q    Okay.

25          So how exactly was that determined that the

1    building was safe?

2         A     There was a call for multiple federal, state, and

3    local law enforcement counterparts to respond to the Capitol

4    to assist in the security sweep of the Capitol Building.

5         Q     Okay.

6               And did that also include the removal of people

7    from the restricted grounds?

8         A     Yes.

9         Q     And eventually, was the security sweep conducted

10   to your satisfaction?

11        A     Yes.

12        Q     And was the Vice President eventually able to

13   return back to the Senate chamber?

14        A     Yes.

15        Q     And at approximately what time was that?

16        A     Sometime between 7:00 and 8:00 p.m.

17        Q     And what is your understanding of what happened

18   after he returned to the Senate chamber?

19        A     At some point, the decision was made to continue

20   with the certification of the Electoral College votes, and

21   the official business started back up.

22        Q     Would it have been possible or permissible for the

23   Vice President to have returned back to the certification

24   proceedings while there were still rioters inside of the

25   building?

1    A    It would not have been recommended.

2    Q    Without the thorough sweep of the building and the

3  grounds, would it have been possible or permissible for the

4  VP to return to the chamber?

5    A    Again, it would not have been recommended.

6    Q    Eventually, was the certification of the 2020

7  election completed?

8    A    Yes, it was.

9         MS. GROSSHANS:  May I have a moment, Your Honor?

10         (Government counsel conferred off the record.)

11         MS. GROSSHANS:  I have nothing further,

12  Your Honor.  Thank you.

13         THE COURT:  All right.  Thank you.

14         Any cross?

15         MR. BOYLE:  If I could just have one second,

16  Your Honor.

17         (Defense counsel conferred off the record.)

18         MR. BOYLE:  No cross, Your Honor.

19         THE COURT:  Okay.

20         Inspector Hawa, thank you very much for your time

21  and your testimony.

22         THE WITNESS:  Thank you, Your Honor.

23         THE COURT:  All right.  Is the government ready

24  with its next witness?

25         MR. PERRI:  United States calls Special Agent Amy

```
 1   Avila.

 2              COURTROOM DEPUTY:  Please.

 3              (Witness is placed under oath.)

 4              THE COURT:  All right.  Welcome.

 5                          -  -  -

 6   AMY AVILA, WITNESS FOR THE GOVERNMENT, SWORN

 7                     DIRECT EXAMINATION

 8                          -  -  -

 9   BY MR. PERRI:

10       Q    Good afternoon.

11       A    Good afternoon.

12       Q    Would you please state your name for the record.

13       A    Sure.

14            Amy Avila.

15       Q    And how do you spell your last name?

16       A    A-v-i-l-a.

17       Q    And where do you work?

18       A    For the FBI.

19       Q    How long have you been an FBI agent?

20       A    For almost 19 years now.

21       Q    And what is your field office?

22       A    Houston.

23       Q    Okay.

24            So were you, in fact, an agent assigned to the

25   investigation of January 6th cases?
```

1      A      Yes, I was.

2             THE COURT:  Mr. Perri, I'm sorry to interrupt you.

3             I'll ask you either to move the microphone a

4      little closer to you or stay in front of it so that the jury

5      can hear you.

6      BY MR. PERRI:

7      Q      And are you, in fact, the case agent for this

8      particular case?

9      A      Yes, I am.

10     Q      Have you been the case agent from the very

11     beginning?

12     A      I have.

13     Q      All right.

14            I want to ask you some questions about how this

15     particular person, as opposed to the other 150 million in

16     this country, came to the attention of the FBI as a subject

17     for investigation in relation to possible illegal activities

18     at the riot at January 6th, 2021.

19     A      Okay.

20     Q      So can you tell me how he came to your attention

21     and how you approached your investigation in this matter?

22     A      Yes.

23            We got -- during the -- right after January 6th,

24     we were getting a lot of tips sent in by different people.

25            So we got a tip sent in about Shane Jenkins being

1    at the riot.

2        Q    Can I stop you there.

3            What is the process by which people send in tips

4    for this kind of thing?

5            Did the FBI facilitate that in any way or kind of

6    do anything special to either make it known that these tips

7    would be appreciated and welcome or make it easier for

8    people to submit them?  Anything like that?

9        A    Yes.  The FBI set up basically like a tip line

10   just for the Capitol riots.

11           And by "tip line," I mean more like an email box

12   that they -- people could send in, you know, information

13   about whoever they knew that was for -- that might have been

14   involved in criminal activity.

15       Q    And typically, how many of these cases have you

16   worked on?

17       A    Probably like ten.

18       Q    Okay.

19           So typically, how does it happen that somebody has

20   this information and is able to provide it?

21           THE COURT:  Hang on.

22           I don't know that she can generalize that answer.

23           MR. PERRI:  Okay.

24   BY MR. PERRI:

25       Q    So is this case typical in terms of how tip

1    information came in with respect to a particular suspect?

2         A     Yes.

3         Q     And can you explain to us how it happened in this

4    particular case?

5         A     Yes.

6               We get online tips from different people.

7               And in this case, it was not necessarily --

8               THE COURT:  I'm sorry.

9               Is there any issue with identifying who this

10   person is or describing it?

11              MR. BOYLE:  Your Honor, we don't know who this

12   individual is.

13              THE COURT:  Okay.  Let's avoid identifying who it

14   is.

15              And if you could just say the tip came in and go

16   from there.

17              MR. PERRI:  Correct, Your Honor.  I wasn't going

18   to get into any names or anything like that.

19              THE COURT:  Okay.

20              MR. PERRI:  We're just describing the process.

21   BY MR. PERRI:

22        Q     So without specifying, you know, particular people

23   who provided these tips, can you explain the process by

24   which you gathered information little by little to determine

25   that you had a suspect --

```
 1        A     Yes.

 2        Q     -- and that the suspect was this defendant?

 3        A     I think -- it was like an online sleuth

 4   organization, or like people who are online looking just for

 5   certain --

 6              THE COURT:  I'm sorry, can we just move forward.

 7              THE WITNESS:  I'm sorry.

 8              THE COURT:  That's okay.  It's not your --

 9              You received a tip.  What did you do next?

10              THE WITNESS:  Okay.

11              I received a tip.  And then I reviewed the

12   information within the tip, which included some information

13   about his Facebook account or social media accounts.  So at

14   that point, I start looking at his social media accounts to

15   identify him.

16              At the same time, I am requesting information from

17   our -- well, it's -- we have some agents that are at the

18   airport.  So I request information from the agents at the

19   airport to determine or corroborate the tip information to

20   make sure that Shane Jenkins did, in fact, travel to the

21   U.S. Capitol or to D.C. during that period of time during

22   the January 6th riots.

23   BY MR. PERRI:

24        Q     And were you able to corroborate that in this

25   instance?
```

1      A    I was.

2      Q    Okay.

3           And were you able to corroborate the tips you

4    received in other ways by interviews or whatever?

5      A    I was.

6      Q    Okay.

7           All right.  So what's the next thing that you do?

8      A    The next thing that I do, well, I also will run a

9    background check or a background investigation on the

10   subject.  That would include things like getting his

11   driver's license picture, address.

12     Q    And how about, is face recognition part of your

13   investigation?

14     A    Yes.  We'll run his face through

15   facial-recognition software to determine if any videos that

16   have already been provided identify -- or that match the

17   face that we give them regarding, like, for Mr. Jenkins.

18     Q    Did the tips in this instance involve providing

19   you with any pictures or videos that purportedly showed the

20   defendant?

21     A    Yes.

22     Q    Okay.

23          So you had something to go on?

24     A    Yes.

25     Q    In addition to that, was the facial recognition

1    search fruitful?

2         A    Yes.

3         Q    Did that provide you with anything else to further

4    your investigation?

5         A    Yes, it did.

6         Q    What did you get?

7         A    We got additional videos.

8              Specifically, we got some body-worn camera off of

9    police officers that came back, both --

10        Q    What is body-worn camera?

11        A    So a body-worn camera -- almost all local police

12   officers will wear a video camera on their actual uniform

13   that take video of whatever is happening, whatever arrest

14   they make or whatever stop they make.

15        Q    And did you obtain body-worn camera from any

16   Metropolitan Police Department witnesses in this case?

17        A    Yes, I did.

18        Q    And was this an officer who was present in the

19   tunnel?

20        A    Yes.

21        Q    At the same time as the defendant?

22        A    Yes.

23             MR. PERRI:  Okay.

24             Your Honor, at this time, we would seek to admit

25   United States Exhibit No. 606.  It's entitled Metropolitan

1    Police Department body-worn camera.

2            MR. BOYLE:  No objection, Your Honor.

3            THE COURT:  Get on the phone for a moment.

4            (Bench conference)

5            THE COURT:  So I presume she is simply going to

6    confirm this is what she received?

7            MR. PERRI:  She's going to talk about videos soon,

8    and that will include some videos that she is going to match

9    to open-source videos, and that'll include some video that

10   is body-worn camera.  So I just felt that this would be an

11   appropriate time to enter the stipulation which goes to

12   authenticity.

13           THE COURT:  Okay.

14           All right.  Is there any objection, Mr. Boyle?

15           MR. BOYLE:  Your Honor, we don't have an issue

16   with identity.  But to the extent the witness attempts to

17   narrate any of these videos or anything, we would object.

18           THE COURT:  Right.  We've been vigilant about

19   that, I think, so far.

20           Okay.  All right.

21           (Open court)

22           THE COURT:  All right.  So 606 is admitted.

23                                   (Government's Exhibit 606
                                        received into evidence.)

24

25           MR. PERRI:  Your Honor, I request permission to

```
 1   read that.
 2             THE COURT:  Sure.
 3             Oh, so this is a stip?
 4             MR. PERRI:  Yes.
 5             THE COURT:  Oh, I see.
 6             All right.  Go ahead.
 7             MR. PERRI:  "Stipulation of the parties amended.
 8             "The United States of America, by and through its
 9   attorney, the United States Attorney for the
10   District of Columbia and the Defendant Shane Jenkins with
11   the concurrence of this attorneys, agree and stipulate to
12   the following:
13             "Metropolitan Police Department body-worn camera.
14             "Members of the Metropolitan Police Department
15   utilize equipment known as body-worn camera.  Body-worn
16   camera records audio and video.  The equipment time stamps
17   each recording with the date and time at which the footage
18   is captured.  The body-worn camera equipment was in good
19   working order on January 6th, 2021, and video footage
20   recovered from the cameras and equipment with the time stamp
21   of January 6th, 2021, is footage from January 6th, 2021.
22             "The events depicted in the video footage are a
23   fair and accurate depiction of the event at the Capitol on
24   January 6th, 2021.
25             "The time stamps on the recordings are accurate,
```

1    and with the exception of the following exhibits, the video

2    footage was not altered or edited in any way.

3              "In Government's Exhibit 111.1, the slight

4    modification to the video footage highlighting the defendant

5    with a red circle did not in any way alter the substance of

6    what is depicted or render the footage inaccurate."

7    BY MR. PERRI:

8        Q    So I think where we left off is, you were telling

9    us how, as part of your investigation, you obtained video

10   from the Metropolitan Police Department.

11       A    Yes, I did.

12       Q    And how is it that they came up with the video for

13   you?

14       A    Through facial recognition.

15       Q    So they have their own facial recognition system?

16       A    Yes, they do.

17       Q    And you provided them with photographs?

18       A    Yes, I did.

19       Q    And they were able to match it to some video?

20       A    Yes.

21       Q    And then what did they do with that video?

22   Did they gave it to you?

23       A    Yes, they gave it me.

24       Q    All right.

25            In particular, was this the video of any

1    particular officer?

2         A     Yes.  Officer Hunter.

3         Q     Okay.

4         A     And Officer Ak.

5         Q     Okay.

6               And Ak is spelled A-k?

7         A     Yes.

8         Q     All right.

9               Were both of those officers in the tunnel?

10        A     Yes, they were.

11        Q     Have you had a chance to review this video?

12        A     Yes, I have.

13        Q     And did you, in fact, see the defendant depicted

14   in both the videos?

15        A     Yes, I did.

16        Q     Okay.

17              And did you, in a similar way, request a search

18   for United States Capitol Police video?

19        A     Yes, I did.

20        Q     And how did they run a search for that?

21        A     They also do a facial recognition system.

22        Q     And was it fruitful?

23        A     Yes.

24        Q     And were they able to provide you with anything?

25        A     Yes, they did.

1    Q    And what was that?

2    A    Additional CCTV video.

3    Q    And did you have a chance to review it?

4    A    Yes, I did.

5    Q    Did it, in fact, depict the defendant?

6    A    Yes.

7         THE COURT:  Counsel, can you just get on the

8    phone, please?

9         (Bench conference)

10        THE COURT:  Look, I understood Mr. Boyle said he's

11   not objecting to identification, but I need you to lay the

12   identification, lay the foundation for how she can actually

13   identify him.

14        Ultimately it will be the jury's determination

15   whether, in fact, he's depicted in the videos.  But I think

16   before I can go much further here in which she's going to

17   start making IDs of your client, I need to make sure there's

18   some foundation from which she can do it, okay?

19        MS. GROSSHANS:  We do have a stipulation ID that

20   we can enter.

21        THE COURT:  Okay.  Is that a stipulation as to all

22   of the exhibits in which she's going to say that's him?

23        MR. PERRI:  We have some of the exhibits

24   identified in the stipulation.  But I think --

25        THE COURT:  Okay.  I think this is pretty simple.

1          I mean, if she has seen photographs of him, has

2   she met him and interviewed him?

3          MR. PERRI:  She wasn't there, Your Honor.

4          THE COURT:  So you can ask those questions now and

5   say, you know:

6          Have you seen photographs of him?

7          Yes, I have.

8          You know, have you met him before?

9          Yes, I have.

10          Did that assist you?

11          And then whatever additional facts that can be

12   used as foundation for her to say, this is him, okay?

13          MR. PERRI:  Yes, Your Honor.

14          (Open court)

15   BY MR. PERRI:

16       Q    Okay.  Agent Avila, have you had a chance to meet

17   this defendant?

18       A    To meet him in person?

19       Q    Have you had a chance to see him in person?

20       A    Yes.

21       Q    Okay.

22          And as a result of that, you know what he looks

23   like?

24       A    Yes.

25       Q    And have you seen, for example, his driver's

1    license photograph?

2        A    Yes, I have.

3        Q    Have you seen other forms of identification for

4    him?

5        A    Yes, I have.

6        Q    And as a result of that, are you able to recognize

7    him when you see him in a picture or a video?

8        A    Yes.

9        Q    Does he have distinctive characteristics that will

10   assist in that process?

11       A    He does.

12       Q    Can you tell us about that, please.

13       A    Sure.

14            He has a fleur-de-lis tattoo under his right eye.

15            And he has a "Mama tried" tattoo across the front

16   of his neck.

17       Q    What is it on his neck?

18       A    "Mama tried."

19       Q    And did you have the opportunity to see those

20   tattoos in person?

21       A    Yes, I did.

22       Q    Okay.

23            And we'll get to that in just a minute.

24            THE COURT:  Hang on for a second.

25            Ladies and gentlemen, I just want to make one --

1    provide you with one instruction and that is:  With respect

2    to testimony about Mr. Jenkins being depicted in videos,

3    ultimately it will by your decision whether, in fact, that

4    is Mr. Jenkins depicted in the video and whether the

5    foundation for the testimony is sufficient for you to

6    believe that the identification of him in the video is

7    accurate.

8    BY MR. PERRI:

9        Q    So in regards to your investigation, we were

10   talking about how you obtained a video from both the Capitol

11   Police and from the Metropolitan Police Department, correct?

12       A    Correct.

13       Q    And did that further your investigation?

14       A    It did.

15       Q    All right.

16            What did you do next?

17       A    I was also looking at videos online available to

18   the public --

19       Q    Okay.

20       A    -- to try to find...

21       Q    How about did you, in the course of your

22   investigation, issue any subpoenas?

23       A    I did.

24            I issued subpoenas to all his social media

25   accounts, as well as the airlines.

1    Q    And how did you know that he had certain social

2  media accounts?

3    A    Partly from the tips and also from just looking

4  online myself.

5    Q    Okay.

6         And which social media platforms did you request

7  subpoena information from?

8    A    I'll name a few, probably not all of them, but...

9         Facebook, Instagram, Twitter, TikTok, Parler.

10         And I'm probably missing a few, but a lot.

11    Q    Were you able to go online yourself, just as any

12  other person would, and find some of those accounts?

13    A    Yes.  They were open to the public.

14    Q    They were open to the public?

15    A    Yes.  They weren't private accounts.

16    Q    And when you went on there, were you able to find

17  any images of the defendant?

18    A    I was.

19    Q    And were they consistent with what you had already

20  had in your investigation?

21    A    Yes.

22    Q    And did you obtain subscriber information as a

23  result of your subpoenas?

24    A    I did.

25    Q    And what were you hoping to learn from the

1    subscriber information?

2    A    To find out if, in fact, Shane Jenkins was the one

3    who created the accounts.

4    Q    Okay.

5         Were you able to confirm that?

6    A    I was.

7    Q    All right.

8         How about search warrants, did you do any search

9    warrants?

10    A    Yes.  I did a search warrant on his house.

11        Well, first, I did some surveillance as well, but

12    then I did a search warrant on his house, and Twitter,

13    Instagram, and Facebook.

14    Q    Okay.

15        And were you able to get anything of value for

16    your investigation from those Internet service providers,

17    those social media platforms, in response to the search

18    warrant?

19    A    Yes.

20        THE COURT:  I'll just ask you to --

21        Sorry.  Can you just rephrase the question without

22    with the subjective term?

23        Just ask her whether she received evidence or

24    items in return.

25

1    BY MR. PERRI:

2        Q    Did you receive anything in return?

3        A    Yes, I did.

4        Q    What did you receive?

5        A    I received all of the posts, messages, private

6    messages, pictures, videos.  Everything within those

7    accounts, the Facebook, Instagram, and Twitter accounts.

8        Q    Did you find anything pertinent to your

9    investigation?

10       A    I did.

11       Q    And we're going to get into the specific posts and

12   the specific messages and the specific videos later, but did

13   this further your investigation, what you found?

14       A    Yes, it did.

15       Q    And what, if anything, did it corroborate in

16   connection with your investigation?

17       A    It corroborated his activities and presence at the

18   January 6th riot.

19           MR. PERRI:  Your Honor, at this time, we would

20   seek to admit United States Government's Exhibit No. 608.

21   It is a stipulation as to video authenticity.

22           THE COURT:  Okay.

23           MR. PERRI:  "Stipulation of the parties amended.

24           "Video authenticity.

25           "The United States of America, by and through its

1    attorney, the United States Attorney for the

2    District of Columbia and the Defendant Shane Jenkins, with

3    the concurrence of his attorneys, agree and stipulate to the

4    following:

5              "United States Exhibit 101 through 120 fairly and

6    accurately depict scenes and events which took place during

7    the Capitol riot on January 6th, 2021, at the lower West

8    Terrace tunnel and at a window immediately to the left of

9    that tunnel and on the west plaza at times when the

10   defendant was physically present at those locations."

11   BY MR. PERRI:

12       Q    Okay.

13            So as part after your investigation, you started

14   to tell us earlier when I interrupted you, that you looked

15   on the Internet?

16       A    Yes, I looked on the Internet.

17       Q    Okay.

18            Are you using any kind of special FBI agent

19   magical access or anything like that?

20       A    No.  Just publicly available information.  Anyone

21   can look on it.

22       Q    So is this literally you sitting in front of a

23   computer typing in searches and looking for stuff?

24       A    Yes.

25       Q    Okay.

1        And was that ultimately helpful to your

2   investigation?

3        A    Yes, it was.

4        Q    What do we call -- does the FBI have an

5   investigative term that it uses for publicly available

6   video?

7        A    Open-source video.

8        Q    Okay.

9        And that means that everybody can have access to

10  it?

11       A    Yes.

12       Q    All right.

13       Can you give us an idea of how much time you spent

14  looking for videos that involve this defendant and his

15  activities at the Capitol?

16            MR. BOYLE:  Objection; relevance.

17            THE COURT:  It's overruled.

18            THE WITNESS:  I spent, I don't know, probably

19  weeks, months maybe looking through videos, just typing in

20  "January 6th riot" or something similar to that and looking

21  through videos, hours and hours and hours of videos.

22  BY MR. PERRI:

23       Q    Okay.

24       And so when you type in a search, what would be,

25  you know, the type of search?  Can you give us an example.

1      A    Like I would just type in "U.S. Capitol riot" or

2  "January 6th riot" or just "January 6th events in D.C." and

3  I would get hundreds of videos and go through.

4      Q    Okay.

5           Does one get familiar with the depictions after a

6  while and the locations that are being depicted and the

7  subject matter that's being depicted?

8      A    Yes.

9      Q    Were you looking for a particular area of the

10  Capitol?

11      A    I was.

12           The west plaza.

13      Q    All right.

14           And that is why?

15      A    Because that's where -- the location where I was

16  looking for my subject, Shane Jenkins.

17      Q    Can you say that a little bit louder?

18      A    Sorry.

19           That's where I was looking for my subject, Shane

20  Jenkins.

21      Q    Okay.

22           When you get a response to your search, you know,

23  your Google search or whatever, do these files, these video

24  files that Google provides you, do they have captions or

25  titles or anything like that?

1      A    Yes, they usually have some type of title or

2   caption, what the video's named.

3      Q    Is that title to an extent reflective of the

4   content?

5      A    Yes.

6      Q    And did you find a lot of videos?

7      A    Yes, I did.

8      Q    Were you able to recognize the defendant in the

9   videos?

10     A    Yes.

11     Q    And, in fact, are all the videos that we're going

12  to attempt to present through your testimony today, are you

13  able to say that each and every one of them is a video that

14  you found online or that you obtained from his phone or that

15  you obtained from either the USCP or Metropolitan Police

16  Department?

17     A    Yes.

18     Q    At some point, did the FBI feel that it had

19  sufficient information to seek a search warrant for a

20  resident?

21     A    Yes, we did.

22     Q    And can you tell me about when that was and how

23  that happened?

24     A    Yes.

25          We received the search warrant and arrest warrant

1    on March 2nd, I believe.  And then March 5th of 2021, we

2    executed the search on his house.

3         Q    Okay.  Were you there for that?

4         A    Yes, I was.

5         Q    And were there any other agents with you?

6         A    Yes, there were.

7         Q    Who were they?

8         A    There's a big long list of them.

9         Q    Okay.

10             How about --

11        A    But specifically --

12        Q    -- Agent Craig Storemski?

13        A    Craig Storemski, yes.

14        Q    Was he there with you?

15        A    Yes, collecting evidence.

16        Q    Okay.

17             Is that when you had the opportunity to observe

18   the defendant, his face and his tattoos?

19        A    Yes.  And we took pictures.

20        Q    In particular, did you have an opportunity to

21   observe his neck?

22        A    I did.

23        Q    And his hands?

24        A    Yes, I did.

25        Q    And did he have unique tattoos in both those

1    locations?

2        A    Yes, he does.

3            THE COURT:  Ladies and gentlemen, let me just

4    advise you of one matter and that is:  You've heard some

5    testimony from the agent here about arrest warrants and

6    search warrants.  You are learning that information, being

7    told that information simply to advise you about the way in

8    which the evidence was acquired and that it was legally

9    required.  You should draw no inference regarding the

10   defendant's guilt from the mere fact that the FBI obtained

11   those search warrants and arrest warrants.

12           MR. PERRI:  So at this time, we would seek to

13   admit United States Exhibit No. 604, and that is a

14   stipulation as to identity of the defendant.

15           THE COURT:  Okay.

16           MR. PERRI:  "Stipulation of the parties amended.

17   United States of America, by and through its attorney, the

18   United States Attorney for the District of Columbia and the

19   Defendant Shane Jenkins, with the concurrence of his

20   attorneys, agree and stipulate to the following:

21           "Identity of the defendant."

22           And I think we should publish this, Your Honor,

23   because it does have some pictures on it.

24           THE COURT:  Okay.

25           MR. PERRI:  "The photo below is Government's

1    Exhibit 202.1.1 and is a still shot of Government's Exhibit

2    202.1, which was extracted from Defendant Shane Jenkins'

3    cell phone.  It is an image of Shane Jenkins as he appeared

4    on January 6th, 2021, while in Washington, D.C.

5            "The below photo is Government's Exhibit 120,

6    which was publicly available -- which was a publicly

7    available photograph from the United States Capitol Grounds

8    on January 6th, 2021.  Circled in red is Shane Jenkins as he

9    appeared on January 6th, 2021.

10           "The photo below is Government's Exhibit 108.1 and

11   it is a still shot from Government's Exhibit 108, which is

12   publicly available video footage from the United States

13   Capitol Grounds on January 6th, 2021.  It is an image of

14   Shane Jenkins as he appeared on January 6th, 2021, while in

15   Washington, D.C.

16           "The photo below is Government's Exhibit 115.3 and

17   is a still shot of Government's Exhibit 115.2, which is a

18   CCTV video footage from the United States Capitol Grounds on

19   January 6th, 2021.  Circled in red is Shane Jenkins as he

20   appeared on January 6th, 2021."

21   BY MR. PERRI:

22       Q    Agent Avila, are these depictions fair and

23   accurate examples of how the defendant appears in the videos

24   that you found?

25       A    Yes.

1      Q    And are they useful to you in terms of

2  ascertaining him in videos that you find again and again?

3      A    Yes.

4      Q    Where was the search conducted, the residential

5  search?

6      A    What address?

7      Q    If you know, or what town?

8      A    It's in Houston.  I think it was off of Hillcrest.

9      Q    Okay.

10          And did the items that were recovered include a

11  phone?

12     A    Yes.

13     Q    All right.

14          And were you personally involved in that, either

15  packaging it up or whatever?

16     A    Yes.

17          MR. PERRI:  I'd like to present the witness with

18  United States Exhibit 301.

19          May I approach, Your Honor?

20  BY MR. PERRI:

21     Q    I'd like to show you what's been marked for

22  identification purposes as United States Exhibit 301.

23  Please take a moment to inspect the markings and any

24  stickers affixed to that package.

25     A    (Witness complied.)

1      Q    Do you recognize it?

2      A    Yes, I do.

3      Q    How do you recognize it?

4      A    This is the phone that we found at his residence

5   on his side of the room.

6      Q    Okay.

7           And was it found in his living space?

8      A    Yes, it was.

9      Q    In the course of your investigation, did you or

10  any other agent have the opportunity to conduct forensic

11  analysis of the phone?

12     A    Yes, I did.

13     Q    And were you the one that did that or was another

14  agent?

15     A    I was the one who reviewed everything.

16     Q    Okay.

17          But did you do the...

18     A    The phone download?  No.  We have something called

19  RCFL, they handle it, our CART agents handle it.

20     Q    Like a lab?

21     A    Like a lab, yeah.

22     Q    Okay.

23          And is that, in fact, the phone that was

24  forensically analyzed?

25     A    Yes.

1      Q    And it's your understanding that is the

2    defendant's phone?

3      A    Yes.

4          MR. PERRI:  Your Honor, at this time, we'd move

5    for the admission of United States Exhibit 605, which was

6    entitled the Defendant's Cell Phone.

7          THE COURT:  Okay.  605 will be admitted.

8                              (Government's Exhibit 605
                                 received into evidence.)
9

10         MR. PERRI:  "The United States of America, by and

11   through" -- I'm sorry, the title is "Stipulation of the

12   Parties - Amended."

13         "The United States of America, by and through its

14   attorney, the United States Attorney for the

15   District of Columbia and the Defendant Shane Jenkins, with

16   the concurrence of his attorney, agree and stipulate to the

17   following:

18         "The defendant's cell phone.  As part of this

19   case, the Federal Bureau of Investigation legally obtained

20   Defendant Shane Jenkins' cell phone and performed a download

21   of its contents.

22         "The FBI maintained proper chain of custody for

23   the defendant's cell phone and the data recovered from his

24   cell phone throughout the pendency of this case.

25         "The FBI employed proper and reliable techniques

1    to extract the data from the defendant's cell phone.  The

2    defendant's cell phone number was +1 XXX-XXX-8739.

3            "Government's Exhibits 202.1 through 202.7 are

4    accurate and authentic copies of digital content extracted

5    from the defendant's cell phone."

6    BY MR. PERRI:

7        Q    So with respect to the forensic analysis of the

8    phone, you indicated that you had the opportunity as the

9    case agent to go through the extraction of that phone, what

10   was extracted from that phone; is that correct?

11       A    Yes.

12       Q    And did that extraction include videos?

13       A    Yes, it did.

14       Q    Did it include photographs?

15       A    Yes.

16       Q    Did it include social media messages?

17       A    Yes.

18       Q    Did it include text messages?

19       A    Yes.

20       Q    Did you find any videos or pictures on the phone

21   of this defendant?

22       A    Yes.

23       Q    Did you find any videos or pictures on the phone

24   that could be characterized as selfies?

25       A    Yes.

1      Q     Did you recognize those selfie depictions as this

2   defendant?

3      A     Yes, I did.

4      Q     So on the date of the search, was that the same

5   date of the arrest?

6      A     Yes.

7      Q     Okay.

8            So March 5th?

9      A     March 5th, 2021.

10     Q     I just asked you about search warrants that you

11  did for social media accounts, and then you also testified

12  about finding social media messages on the phone, correct?

13     A     Yes.

14           MR. PERRI:  At this time, we would seek to admit

15  United States Exhibit No. 607, which is another stipulation,

16  Your Honor.  It's a stipulation as to the defendant's social

17  media accounts.

18           May I read that?

19           THE COURT:  Sure.

20           (Pause)

21           THE COURT:  Counsel, is there an issue with this

22  or can we move forward or is it something you need to

23  discuss with Mr. Boyle?

24           MR. PERRI:  If we might have a moment to discuss

25  with defense counsel.

1            THE COURT:  It would be an appropriate time to

2    take our afternoon break.

3            So it's a little bit before 3:00.  We will resume

4    at 3:15.  We will see you all shortly -- a little bit before

5    3:00.  We will resume at 3:15.  Thank you.

6            COURTROOM DEPUTY:  All rise.

7            (Jury exited the courtroom.)

8            THE COURT:  All right, Special Agent.  You may

9    step down.  I'll ask you not to discuss your testimony

10   during the break.  Thank you.

11           See everyone shortly.

12           Oh, before we adjourn, actually, just one quick

13   question, and I don't know that we need to resolve this now.

14           The government opened on the intent to present

15   evidence that items that came out of the room that

16   Mr. Jenkins -- which the window he allegedly hit with the

17   axe, that items of furniture came out of that window and

18   then were used to assault police officers.

19           MR. PERRI:  There is a drawer, Your Honor, that

20   came out of the window that this defendant used to assault a

21   police officer.

22           THE COURT:  Okay.  Is that what you intended in

23   your opening?

24           MR. PERRI:  So there will be some video, yes,

25   that's what we --

 1              THE COURT:  All right.  Fine.  I just wanted to

 2    confirm or ask whether you are intending to try and get in

 3    evidence of others using those items.

 4              MR. PERRI:  No, not directly, Your Honor.

 5              But you can see other items coming out of the

 6    window at the same time as the door, and you can see other

 7    items being used as weapons at the same time that the

 8    defendant is doing his thing.  So it's impossible to

 9    separate it.

10              THE COURT:  Okay.  All right.

11              All right.  Well -- okay.  I've articulated my

12    concern.  I just want to make sure that the government is

13    not suggesting that Mr. Jenkins is also responsible for

14    somebody else's --

15              MR. PERRI:  No, definitely not.

16              THE COURT:  -- of these items.

17              Sentenced somebody else just the other day who was

18    using one of those items.

19              Thank you, everyone.

20              COURTROOM DEPUTY:  This Court stands in recess.

21              (Recess from 3:01 p.m. to 3:17 p.m.)

22              COURTROOM DEPUTY:  Jury panel.

23              (Jury entered the courtroom.)

24              THE COURT:  Welcome back, ladies and gentlemen.

25    We're in the home stretch, have a seat, please, home stretch

1    until the end of the day, so we'll continue with Agent

2    Avila's direct examination.

3    BY MR. PERRI:

4        Q    Agent Avila, you were talking earlier about having

5    viewed a lot of open-source videos, correct?

6        A    Yes.

7        Q    And searched, spent a lot of time searching,

8    right?

9        A    Yes, I did.

10       Q    Did that include YouTube?

11       A    Yes.

12       Q    Again, how would you approach your searches on

13   YouTube?

14       A    I would type in whatever search I'm looking for,

15   again, something like "Washington D.C., riot," or "January

16   6th," or "Stop the Steal riot" or something like that.

17       Q    Okay.

18            And how did these videos get on the Internet,

19   generally speaking?

20       A    Publicly posted.  Anybody can post on YouTube.

21       Q    Okay.

22            And did you, in fact, find videos depicting this

23   defendant at the riot at the Capitol on the west front

24   during January 6th?

25       A    Yes, I did.

1    Q    As a result of -- or maybe it's better to say, in

2  the process of reviewing all these videos, did you develop a

3  familiarity with these locations on the west front of the

4  Capitol and what was happening there during the riot?

5    A    Yes, I did.

6    Q    In fact, you're seeing it from multiple angles,

7  right?

8    A    Yes.

9    Q    Because every person that's taking a video takes

10  it from a slightly different angle?

11    A    That's correct.

12    Q    And, of course, this includes times where the

13  defendant was actually present at those locations on the

14  west front?

15    A    Yes, it does.

16    Q    With respect to the social media that you talked

17  about earlier, having found social media messages both on

18  the phone and also gotten them from search warrant

19  compliance?

20    A    Yes.

21        MR. PERRI:  I would like to at this time move for

22  the admission of United States Exhibit 607, Your Honor.

23  It's another stipulation.

24        May I read it?

25        THE COURT:  You may.

1          MR. PERRI:  "Stipulation of the parties – Amended.

2          "United States of America, by and through its

3     attorney, the United States Attorney for the

4     District of Columbia and the Defendant Shane Jenkins, with

5     the concurrence of his attorneys, agree and stipulate to the

6     following:

7          "The defendant's social media accounts.

8          "As part of this case, the Federal Bureau of

9     Investigation has found that the defendant had accounts on

10    various social media platforms before, on, and after

11    January 6th, 2021," as -- and I'm going to read a list --

12    maybe we can publish this list so it makes more sense as I'm

13    reading it.

14         607, please.  Thank you.

15         COURTROOM DEPUTY:  Thanks.

16         MR. PERRI:  Thank you.

17         Reading the list now, Your Honor:

18         "@redtatoo179 (Twitter);

19         "Sh.ane7428 (Instagram);

20         "Shane_Jenkins (Instagram);

21         "Shane.Jenkins.7 (Facebook);

22         "Shane Jenkins (LinkedIn);

23         "@the realJ6Zaddy (Twitter);

24         "Gettr.com/user/therealJ6 (Gettr.com);

25         "@therealJ6 (Truth Social);

1          "Shane Jenkins (Vimeo);

2          "WWW.the realJ6.com (GoDaddy website);

3          "TheRealJ6 (Telegram);

4          "Parler.com/therealJ6Parler.  Shane/Jenkins'

5    expenses and Shane January 6th GiveSendGo).

6          "Government's Exhibits 204.1 through 204.27 are

7    Facebook posts, comments, and messages that were obtained

8    through legal process, and are authentic, accurate, and

9    exact copies of data received from Facebook for the Facebook

10   account:  Shane.Jenkins.7, which is a Facebook account used

11   by the Defendant Shane Jenkins.

12         "Government's Exhibits 203.1 through 203.2 are

13   Twitter posts and comments that were obtained through legal

14   process and are authentic, accurate, and exact copies of

15   data received from Twitter for the Twitter account

16   @redtattoo179, which is a Twitter account used by the

17   Defendant Shane Jenkins."

18         And there was a redaction there, Your Honor, which

19   we've initialed for the record.

20         THE COURT:  Okay.

21   BY MR. PERRI:

22      Q    Okay.

23         I'd now like to ask you some questions with

24   respect to particular videos and pictures, and I'm going to

25   go through them in order that is approximately

1     chronological; is that okay?

2          A     Yep, that's tine.

3          Q     In terms of the defendant's presence at -- alleged

4     presence at January 6th.

5          A     Okay.

6                MR. PERRI:  Okay.

7                So the first video is 204.10.

8                And if we could show that to the witness only.

9                THE COURT:  Mr. Boyle, is there any objection?

10               MR. BOYLE:  There's no objection to this exhibit.

11               THE COURT:  All right.  So it will be admitted and

12    published.

13                                   (Government's Exhibit 204.10
                                        received into evidence.)

14

15    BY MR. PERRI:

16         Q     Do you recognize this?

17         A     I do.

18         Q     And what is that?

19         A     That's a posting on Facebook by --

20         Q     I don't think we need to go through this for every

21    single one, but if you could, at least for this one, explain

22    those categories on the left-hand side there.

23         A     They're just, like, the description of what, like,

24    the subject matter, whatever.

25               Like, the author is Shane Jenkins.

1            Then his ID number on Facebook, or an ID of the

2    posting.

3            Title.

4            Description.  It's just a description of the post

5    that he can put in there.  Like, you know, whenever you post

6    something on Facebook, you can type in whatever you want to

7    in that subject line or whatever.  So that's the title

8    description.

9            The link of the video.

10           And then your upload IP, and the date it's

11   uploaded.

12       Q    What is the date on there?

13       A    January 6th, 2021.

14       Q    And we see a time signature after that?

15       A    Yes.

16       Q    Can you explain what UTC is?

17       A    Yes.

18           That means coordinated -- wait, hold on, let me

19   think.  I can't remember what it stands for.

20           But the bottom line is, it's a basis for -- it's a

21   common basis that we use to convert incremental time to

22   local time.  So it's like Greenwich Mean Time.

23           Coordinated Universal Time.  That's what it stands

24   for.

25       Q    So is this like worldwide standard time?

1    A    This is like the worldwide standard time.

2    Q    And it sort of transcends things like time

3  zones --

4    A    Yes.

5    Q    -- and daylight savings and all that stuff?

6    A    Yes.  It never changes.

7    Q    So what time then, if you could translate that UTC

8  time?

9    A    So we would take away five hours.  It would be

10  7:01 a.m.

11    Q    Okay.

12        So then this is his post at 7:01 a.m.?

13    A    A.m.

14    Q    And could you read that, please.

15    A    "Patriots out in full force it's just now

16  7:00 a.m."

17        MR. PERRI:  All right.

18        So this next exhibit that I would like the witness

19  to be presented with is 204.10.1, the witness only, please.

20        THE COURT:  Any objection, Mr. Boyle?

21        MR. BOYLE:  If I could just have a second.

22        (Defense counsel conferred off the record.)

23        MR. BOYLE:  No objection, Your Honor.

24        THE COURT:  Okay.  It twill be admitted.

25                           (Government's Exhibit 204.10.1
                              received into evidence.)

1          MR. PERRI:  Okay.  May we publish that,

2    Your Honor?

3          THE COURT:  You may.

4          (Video played)

5    BY MR. PERRI:

6    Q    Okay.  Where did you find that video?

7    A    That video was found through Facebook.

8    Q    In his Facebook account?

9    A    Yes.

10   Q    And how about the previous exhibit, 204.10, the

11   posting?

12   A    Also through Facebook.  That was the caption of

13   that video.

14   Q    Through your investigation, have you had the

15   opportunity to become familiar with the defendant's voice?

16   A    Yes, I have.

17   Q    In 204.10.1, do you hear his voice?

18   A    I do.

19   Q    And would you describe this as a self-made video?

20   A    Yes.

21   Q    Okay.

22        And do you recognize the location in that video?

23   A    Yes, that's the Washington Monument.

24   Q    Okay.

25        And the -- it kind of pans, doesn't it?

```
 1        A     Yes.

 2        Q     What is it that's being followed?

 3        A     The line of people that are around the

 4   Washington Monument.

 5        Q     Okay.

 6              MR. PERRI:  At this time, we would like to present

 7   you with Exhibit No. 204.11.

 8              THE COURT:  Mr. Boyle?

 9              MR. BOYLE:  No objection.

10              THE COURT:  204.11 is admitted.

11                                  (Government's Exhibit 204.11
                                       received into evidence.)
12

13   BY MR. PERRI:

14        Q     Okay.

15              What is this exhibit?

16        A     It's a picture of Mr. Jenkins in front of the

17   Washington Monument.

18        Q     And where did you find this?

19        A     From Facebook.

20        Q     And for the record, does it have any information

21   with it?

22        A     Yes.  I can't really see it.

23              MR. PERRI:  Is there any way to expand that.

24   BY MR. PERRI:

25        Q     Are you able to read it?
```

1        A     Yeah, I'm able to read it.

2        Q     Okay.

3              Is there a message associated with that?

4        A     He did not -- it doesn't look like he posted a

5   message with it.

6        Q     Okay.

7              All right.  Can you tell me anything about the

8   background in terms of the light there?

9        A     It looks like dawn or early morning.

10       Q     And did you -- are you able to tell when that was

11  posted?

12       A     7:22 a.m.

13       Q     Okay.

14       A     On January 6th.

15       Q     Thank you.

16             Now, I would like to show you United States

17  Exhibit 204.12.

18             MR. BOYLE:  No objection.

19             THE COURT:  It will be admitted.

20                              (Government's Exhibit 204.12
                                    received into evidence.)
21

22  BY MR. PERRI:

23       Q     What is this exhibit, Agent Avila?

24       A     It's another, like, selfie-type picture that he

25  took and posted on Facebook.

```
 1        Q    And what is the location?

 2        A    The Washington Monument.

 3        Q    What is the date and time?

 4        A    January 6th, 2021, at 7:22 in the morning.

 5        Q    And do you see the defendant in that posting?

 6        A    Yes, I do.

 7        Q    Can you describe what he has on his head?

 8        A    Like a furry hat.

 9             And he's got that blue hoodie and black jacket.

10        Q    Do you see any of his tattoos?

11        A    Yes, you can see the tattoo under his right eye.

12        Q    Is that the fleur-de-lis tattoo you talked about?

13        A    Yes.

14        Q    Okay.

15             I would now like to show you what's been marked

16   for identification as 202.1.

17             THE COURT:  Sorry, what was the number, 204 what?

18             MR. PERRI:  I'm sorry, it's 202.1.

19             THE COURT:  202.1.

20             MR. PERRI:  Yes.

21             THE COURT:  Okay.

22             MR. BOYLE:  We have no objection, Your Honor.

23             THE COURT:  202.1 is admitted.

24                              (Government's Exhibit 202.1
                                    received into evidence.)
25
```

```
 1              (Video played)
 2    BY MR. PERRI:
 3         Q    Do you see any landmarks in that video?
 4         A    Yes, I do.
 5         Q    What do you see?
 6         A    The Washington Monument again.
 7         Q    Okay.
 8              Where did you find this?
 9         A    On his Facebook account.
10              That video was actually open to the public.
11         Q    So anybody could go and see that?
12         A    Yes.
13              MR. PERRI:  Could we play that back just a little
14    bit.  I want to ask the agent if she can point out something
15    else.
16              (Video played)
17    BY MR. PERRI:
18         Q    Do you recognize that structure that's there?
19         A    Yeah, it's the screen that was put out.
20         Q    Okay.
21              And what was the purpose of the screen?
22         A    To view Trump's speech that day.
23         Q    Okay.
24              So is this the location where the rally took
25    place?
```

1      A     I think, yes and no.

2             It took place in that area, as well as north of it

3      in the Ellipse.

4      Q     Okay.  Thank you.

5             All right.  I would now like to show you 202.1.1,

6      which is a screenshot of that video.

7             MR. BOYLE:  No objection.

8             THE COURT:  202.1.1 is admitted.

9                              (Government's Exhibit 202.1.1
                                     received into evidence.)

10

11            MR. PERRI:  Thank you, Your Honor.

12     BY MR. PERRI:

13     Q     Do you recognize that?

14     A     I do.

15     Q     Do you recognize that from one of the pictures

16     used in the stipulation?

17     A     Yes.

18     Q     Okay.

19            And that's a screenshot of the video we just saw?

20     A     Yes, it is.

21     Q     Are there any distinctive clothing features that

22     appear in this?

23     A     Yes, he has the red Nautica beanie on.

24            He has his blue hoodie sweatshirt on.

25            You can also see the gaiters that he wore that

1   day, which was like a gray camo, like digital camo gaiter, a

2   black one, and then it's like a red, white, and blue one at

3   the bottom.

4        Q    Okay.

5             When was this taken?

6        A    That was -- I believe that was 11:57 or maybe a

7   little bit before that.

8        Q    Okay.

9             I don't think I asked you, but the selfie video

10  with the music in the background, do you know what time that

11  was done or would it refresh your recollection to see it?

12       A    Yes, it would.

13            MR. PERRI:  Okay.

14            I'm sorry, Your Honor.  Could we please go back to

15  202.1?  I neglected to ask her that question.

16            (Video played)

17            THE WITNESS:  That was also around the same time,

18  I guess, before Trump started speaking that day.

19  BY MR. PERRI:

20       Q    So we're still talking morning?

21       A    Still talking morning.

22       Q    I'd like to show you what's been marked as

23  United States Exhibit 202.2.

24            MR. PERRI:  Witness only, please.

25

541

BY MR. PERRI:

Q    Do you recognize that?

A    Yes, I do.

Q    And what is that?

A    That's in that same location.  And it's whenever
Trump started speaking and they were broadcasting it.

Q    Okay.

     Where did you obtain that video?

A    From his phone.

Q    So he's making that recording?

A    Yes.

Q    Okay.

     THE COURT:  Is there any objection, Mr. Boyle?

     MR. BOYLE:  No, Your Honor.

     THE COURT:  All right.  202.2 will be admitted.

                         (Government's Exhibit 202.2
                            received into evidence.)

     MR. PERRI:  And we are not seeking to publish that
thing because we are going to introduce some clips of it.

     THE COURT:  Okay.

     Did you want it admitted then?

     MR. PERRI:  I'm sorry?

     THE COURT:  Do you want the full exhibit admitted?

     MR. PERRI:  I would like it admitted but we don't
intend to publish it because it's quite long.

1          THE COURT:  Okay.

2          MR. PERRI:  All right.  May we see United States

3   Exhibit 202.2.1.

4   BY MR. PERRI:

5      Q    Is this a clip of United States Exhibit 202.2?

6      A    Yes, it is.

7          MR. PERRI:  We would move for the admission of

8   this clip.

9          MR. BOYLE:  No objection.

10          THE COURT:  It will be admitted.

11          MR. PERRI:  And we would like to publish this one,

12   Your Honor.

13          THE COURT:  Go ahead.

14                              (Government's Exhibit 202.2.1
                                    received into evidence.)
15

16          (Video played)

17   BY MR. PERRI:

18      Q    Agent Avila, did you recognize the defendant in

19   that picture?

20      A    Yes, I did.

21      Q    In that video, I'm sorry.

22          And does it show the President on the stage in the

23   screen that you identified before?

24      A    Yes, it does.

25      Q    I would like to present you with United States

1    Exhibit 202.2.2, which is another clip of 202.2.

2              MR. BOYLE:  No objection, Your Honor.

3              THE COURT:  Admitted, please.

4                              (Government's Exhibit 202.2.2
                                   received into evidence.)
5

6              (Video played)

7    BY MR. PERRI:

8        Q    I would like to show you another clip of that same

9    speech, and that is United States Exhibit 202.2.3.

10             MR. BOYLE:  No objection.

11                             (Government's Exhibit 202.2.3
                                   received into evidence.)
12

13             (Video played)

14   BY MR. PERRI:

15       Q    Okay.

16             I would like to show you what has been marked as

17   United States Exhibit 202.2.4, which is another clip of the

18   video that the defendant filmed.

19             MR. BOYLE:  No objection, Your Honor.

20             THE COURT:  It will be admitted.

21                             (Government's Exhibit 202.2.4
                                   received into evidence.)
22

23             (Video played)

24   BY MR. PERRI:

25       Q    Now I'd like to show you United States Exhibit

1    202.2.6 -- there is no 2.5, Your Honor -- 202.2.6, which is

2    another clip.

3                    (Video played)

4                    MR. PERRI:  And the last one I would like to show

5    you is 202.2.7, another clip of 202.1.

6                    (Video played)

7    BY MR. PERRI:

8        Q    Now, I want to present to you some videos about a

9    different area, and specifically United States Exhibit

10   202.3.

11                   And I was wondering if you could tell us what this

12   is, how you recognize it, and what time it relates to.

13                   (Video played)

14                   THE COURT:  Mr. Boyle, is there any objection?

15                   MR. BOYLE:  No objection, Your Honor.

16                   THE COURT:  202.3 can be admitted and shown to the

17   jury.

18                                        (Government's Exhibit 202.3
                                            received into evidence.)
19

20                   (Video played)

21   BY MR. PERRI:

22       Q    Agent, do you recognize the defendant in that

23   video?

24       A    I do.

25       Q    Is this what you would call a selfie video?

```
 1      A    Yes.

 2      Q    And how did you find this?

 3      A    That was on his phone.

 4      Q    And do you know approximately when this is being

 5  taken, this video?

 6      A    Around 2:45 that afternoon.

 7      Q    Okay.

 8           And now I want to show you a similar video, it's

 9  202.4.

10           (Video played)

11           MR. BOYLE:  No objection, Your Honor.

12           THE COURT:  All right.  202.4 is admitted.

13                              (Government's Exhibit 202.4
                                  received into evidence.)
14

15           (Video played)

16  BY MR. PERRI:

17      Q    Do you recognize that one?

18      A    Yes.

19      Q    Where did you find that?

20      A    From his phone.

21      Q    It was actually on his phone?

22      A    Uh-huh.

23      Q    And the one before it as well?

24      A    Yes.

25      Q    And does the defendant appear in this one?
```

```
 1      A    No, he does not.

 2      Q    Okay.

 3           But do you see any similarities to the other?

 4      A    Yes, same location.

 5      Q    Okay.

 6           What location, how would you describe that?

 7      A    That was on the west side of the Capitol, the

 8 lower west plaza, I guess it's called.

 9      Q    So like the ground floor?

10      A    The ground floor, yeah, near the scaffolding that

11 was covered on that left side.

12      Q    I was just going to ask you if you see any of the

13 structures that Lieutenant McCree talked about?

14      A    Yes, I do.

15      Q    I'd like to show you what's been marked as

16 United States Exhibit 202.7.

17           MR. PERRI:  Could we show the witness that -- or

18 part of that video.

19           (Video played)

20           MR. BOYLE:  No objection, Your Honor.

21           THE COURT:  Okay.  202.7 will be admitted.

22                                (Government's Exhibit 202.7

23                                   received into evidence.)

24

25
```

1    BY MR. PERRI:

2        Q    Do you recognize this one, Agent?

3        A    Yes, I do.

4        Q    And how did you find this video?

5        A    This was also on his phone.  I believe it was also

6    published on Instagram as well.

7              MR. PERRI:  Okay.

8              I would ask permission to publish this video,

9    Your Honor.  It's about a minute and 27 seconds.

10             THE COURT:  Okay.

11             (Video played)

12   BY MR. PERRI:

13       Q    Agent, do you have an explanation through your

14   investigation of why a portion of that video seems black?

15       A    Yes.  I believe he forgot to stop recording and

16   put it in his backpack or something like that.

17       Q    Okay.

18             So we have some screenshots of that video,

19   correct?

20       A    Yes.

21       Q    And I would like to show you those to facilitate

22   having you point out a few things that appear.

23             MR. PERRI:  202.7.3, United States Exhibit, could

24   we show the witness that.

25

1    BY MR. PERRI:

2         Q    Do you recognize that as a screenshot of the

3    video?

4         A    Yes, I do.

5              THE COURT:  Mr. Boyle, any objection?

6              MR. BOYLE:  Oh, I'm sorry.  No objection.

7              THE COURT:  All right.  202.7.3 will be admitted.

8                              (Government's Exhibit 202.7.3
                                   received into evidence.)

9

10   BY MR. PERRI:

11        Q    Okay.

12             What do you see in this picture?

13        A    His left hand and a tattoo.

14        Q    Do you recognize the tattoo?

15        A    I do.

16        Q    And how do you recognize it?

17        A    Well, on the day of the arrest, we took pictures

18   of his -- most of his tattoos, not all of them, but on his

19   upper extremity, and his arms and his hands.

20        Q    Okay.

21             Are those letters on his fingers there?

22        A    Yes.  The beginning of "love."

23        Q    Okay.

24             And are there letters on the hand there?

25        A    Yes, "L-u" for luck, I believe.

1          MR. PERRI:  Okay.

2          Similarly, may we show the witness 202.7.4.

3          THE COURT:  Mr. Boyle?

4          MR. BOYLE:  No objection.  I'm sorry.

5          THE COURT:  202.7.4 is admitted.

6                              (Government's Exhibit 202.7.4
                               received into evidence.)
7

8    BY MR. PERRI:

9      Q    Do you recognize that as a screenshot of 202.7?

10     A    Yes, I do.

11     Q    And what does it show?

12     A    The last two letters on his knuckle is "v-e."

13     Q    Okay.

14          The last few letters of the word "love"?

15     A    "Love," uh-huh.

16          MR. PERRI:  Could we please play the video at

17   1:09.

18   BY MR. PERRI:

19     Q    Oh, first of all, let me ask you:  Did you hear or

20   recognize the defendant's voice in this video?

21     A    Yes, I did.

22     Q    Do you hear it at 1:09?

23     A    Yes, I do.

24          (Video played)

25   BY MR. PERRI:

1    Q    What do you hear him say there?

2    A    "We're just trying to get in.  I'm not vandalizing

3    for the sake of vandalizing.  We're trying to get in" or

4    "I'm trying to get in."

5    Q    Were you able to match this video with any CCTV

6    video that you obtained in connection with the tunnel?

7    A    Yes, I did.

8    Q    All right.

9         In relation to that, I would like to show you

10   another screenshot which is 202.7.1.

11        MR. BOYLE:  No objection.

12        THE COURT:  Okay.  It will be admitted.

13                              (Government's Exhibit 202.7.1
                                      received into evidence.)

14

15   BY MR. PERRI:

16   Q    Did you find -- or notice anything in this video

17   that corresponds with something that you saw in what I call

18   the black video where there's --

19   A    Yes.  Yes, I did.

20   Q    Can you tell us about that?

21   A    Yes.

22        Can I write on here, like circle the person that

23   I can --

24        MR. PERRI:  May she circle on the screen?

25        THE COURT:  She can, sure.

1          THE WITNESS:  This person right here walks in at

2    about that time.

3          And you can't really see him very well, but this

4    guy right here, he's got long hair, and he's got a dark

5    brown jacket on.  He's walking out and this guy is walking

6    in, in this light tan jacket.

7          So if you go back to the other video, you can see

8    exactly at that point.

9    BY MR. PERRI:

10    Q    All right.

11         Is there a time signature on this?

12    A    There is.

13    Q    Because it's CCTV video, as Lieutenant McCree

14    testified, there's time associated with it, right?

15    A    Yes.

16    Q    So do we know exactly what time this is?

17    A    3:15 p.m.

18    Q    As a result, can you make a conclusion about what

19    time the events that you saw in the black video also

20    occurred?

21    A    Yes.

22    Q    And what time is that?

23    A    3:15 p.m.

24    Q    Okay.

25         MR. PERRI:  Could we go back to 202.7, please, and

```
 1   play it at about 7 seconds.
 2               (Video played)
 3   BY MR. PERRI:
 4       Q    Okay.
 5            Did you see something there?
 6       A    Yeah.
 7            You have to go a little bit further forward.
 8       Q    A little bit forward.
 9       A    Right there.
10            Stop.  Yeah.
11       Q    Did you see anything there?
12       A    Yes, you could see this person walking in.  And
13   then the guy with the dark coat, which is behind the flag
14   now, but you have to back it up a little bit to see.
15            MR. PERRI:  Back it up just a little, please.
16            THE WITNESS:  Okay.  So there it is.
17            There's the guy in the brown coat with the long
18   hair walking out, and here's the tan facing into the tunnel
19   area.
20   BY MR. PERRI:
21       Q    Okay.
22            And is that what we saw on the CCTV footage?
23       A    Yes, it is.
24       Q    Along the same lines talking about things that you
25   could point out in comparison to know what time things are
```

1   happening, I would like to show you 202.7.2.

2              (Video played)

3              MR. PERRI:  We would move for admission of that,

4   Your Honor, and we'd like to play it at a certain point.

5              MR. BOYLE:  No objection.

6              THE COURT:  202.7.2 is admitted.

7                           (Government's Exhibit 202.7.2

8                              received into evidence.)

9              MR. PERRI:  Okay.

10             This is a very long video; we'd like to play it at

11  3:15:58.

12             (Video played)

13  BY MR. PERRI:

14       Q    Okay.

15             Do you recognize anything right now before we play

16  it?

17       A    Yes.

18             It's that same time.  And you can see the guy in

19  the dark brown jacket going out with long hair, and then

20  that one guy with the tan coat coming in.

21       Q    Can you circle the time --

22       A    Oh, sorry, yeah.

23             That guy going out and this guy coming in.

24       Q    Can you circle the time, please, in the corner.

25       A    Oh.  3:15:58.

1      Q     Great.

2            Now, finally, with respect to United States

3      Exhibit 202.7, do you recall seeing a white pole in that

4      video pole?

5      A     Yes, I do.

6            (Video played)

7      BY MR. PERRI:

8      Q     I may have asked you to look at the wrong one.

9      A     Yeah, it wasn't that one.

10     Q     Sorry.  That's my fault.

11           THE COURT:  Before you continue, Counsel.

12           Ladies and gentlemen, if I could just provide a

13     quick instruction.

14           You had heard some testimony about the agent

15     having heard some audio on the video that was recently

16     played.  Ultimately it will by your determination as to what

17     is on the audio.  It is the audio that is the evidence, not

18     the agent's hearing of what's on the audio.  If you notice

19     any difference between the audio and the agent's testimony,

20     it is the audio that controls.

21           Go ahead, Counsel.

22           MR. PERRI:  Thank you, Your Honor.

23     BY MR. PERRI:

24     Q     So I would like to now show you United States

25     Exhibit 102.

1           MR. PERRI:  The witness only, please.

2    BY MR. PERRI:

3      Q    And I'm going to ask you if you recognize it.

4           (Video played)

5      A    Yes, I do.

6      Q    Okay.

7           And this is a 15-minutes long video, correct?

8      A    Yes, it is.  It's a long video.

9      Q    All right.

10          And generally speaking, this one shows events on

11   the west plaza and officers retreating, correct?

12     A    Yes, it does.

13          MR. PERRI:  All right.

14          We would like to play a clip from this

15   particular -- well, we would move for admission of the

16   exhibit, Your Honor, but we're not going to play the whole

17   thing, we just want to play a clip.

18          THE COURT:  Without further foundation, I'm not

19   going to admit the whole thing at this point.

20          MR. PERRI:  Okay.

21   BY MR. PERRI:

22     Q    What is featured in this particular video that

23   pertains to this defendant?

24     A    The chaos and what happens on the west plaza.

25     Q    Okay.

1          A    The lower West Terrace.

2          Q    Does it pertain to a time when he was present?

3          A    Yes, it does.

4          Q    And does it indicate some chants that he was

5     present for?

6          A    Yes.

7          Q    And does it relate to some other videos that you

8     found from the defendant's phone that show the same thing?

9          A    Yes.

10          Q    And does it show the events that occurred at the

11     tunnel?

12          A    Yes, it does.

13          Q    Does it also show events that occurred at the

14     window, both of which at times when the defendant was

15     present?

16          A    Yes, it does.

17          Q    And do you recognize the defendant in that video?

18          A    I do.

19               THE COURT:  I'm sorry, in this video or a

20     different one?

21               MR. PERRI:  102.

22               MR. BOYLE:  Your Honor, if I could just have a

23     second.

24               (Defense counsel conferred off the record.)

25               MR. BOYLE:  Your Honor, it's our understanding

1    that this video is not near the window or in the tunnel.

2              THE COURT:  Hang on.

3              Can I just ask you to get on the phone, please?

4              (Bench conference)

5              THE COURT:  Counsel, what does this depict?

6              I mean, this is -- at least this first image is of

7    an aerial view of the lower West Terrace.  This is where

8    Mr. Jenkins sort of began but then eventually moved up

9    toward the tunnel, right?  And I don't think the tunnel is

10   on -- it's not on this level.

11             And so are you meaning to say that the image or

12   the video is going to move up toward the tunnel?

13             MR. PERRI:  This is a 15-minute long video,

14   Your Honor, and it shows the lines breaking at the west

15   plaza and the officers retreating.

16             We're not intending to show that.  We just want to

17   show clips of it that have him already in the area of the

18   tunnel and the window, at which point he hears some chants,

19   he participants in some chants, and those chants are also

20   portrayed on some open-source video that we have.

21             THE COURT:  Okay.

22             I'm still not sure you're answering my question,

23   which is that what portion -- let me back up and make this

24   real simple:  Is he depicted in this video?

25             MR. PERRI:  He is.

1          THE COURT:  At what point in this video is he

2   depicted?

3          MR. PERRI:  I can't give you an exact, but

4   I believe that it's at around the -- let's see -- I believe

5   it's around seven -- at the seven-minute mark, but I would

6   have to check to be sure.

7          THE COURT:  All right.

8          So does the video then pan up to a higher level,

9   up to the upper level here?

10          MR. PERRI:  Yeah, so this is an open-source video

11   and it does kind of move around a little bit.

12          THE COURT:  All right.

13          Well, I'm not going to let in all this stuff on

14   the lower West Terrace if he's not there at the time, so...

15          MR. PERRI:  Okay.

16          Well, maybe we'll just seek admission of the clips

17   only.

18          THE COURT:  That's fine.

19          I mean, if the clips depict him, that's okay.  But

20   I'm not going to let a full video of 15 minutes of fighting

21   on the lower West Terrace come in unless he's actually

22   present for it and is able to observe it or participating in

23   it.

24          MR. PERRI:  Understood.

25          THE COURT:  Okay.

1          (Open court)

2          THE COURT:  So the request to admit that exhibit

3    will be denied subject to the discussions at the bench.

4          MR. PERRI:  Your Honor, perhaps it would make more

5    sense if I start with a different exhibit and then go back

6    to that one.

7          THE COURT:  Okay.

8          We'd like to show the witness United States

9    Exhibit 202.5.

10          The witness only, please.

11          (Video played)

12    BY MR. PERRI:

13    Q    Okay.

14          Do you recognize that?

15    A    Yes.

16    Q    And where did you find that?

17    A    On his phone.

18    Q    That was on the defendant's cell phone and you

19    obtained that through the forensic examination of the phone?

20    A    Yes.

21    Q    Does it, in fact, depict the defendant?

22    A    No.

23    Q    It does not.  Okay.

24          And is it a video that you -- it's your

25    understanding that he took?

1      A      Yes.

2             MR. PERRI:  Okay.

3             We would move for admission of that.

4             MR. BOYLE:  No objection, Your Honor.

5             THE COURT:  All right.  202.5 is admitted.

6                                  (Government's Exhibit 202.5
                                    received into evidence.)
7

8             (Video played)

9   BY MR. PERRI:

10     Q      In that video, Agent, did you notice things that

11  you were able to use for comparison purposes with other

12  videos?

13     A      Yes, I did.

14     Q      Can you point out any?

15     A      This guy right here, as well as this guy.

16            MR. PERRI:  Okay.  All right.

17            Continue.

18            (Video played)

19  BY MR. PERRI:

20     Q      Now, we see the wall there, right?

21     A      Yeah.

22     Q      Based on your investigation, where is the

23  defendant standing as he takes this video?

24     A      He's standing on the window ledge looking down at

25  the west -- lower West Terrace tunnel.

1          Q     Okay.

2                And based on your familiarity from having seen so

3    many videos, where is this window in relation to the tunnel?

4          A     It's to the left side of the tunnel.

5          Q     Is that the same ledge that he filmed the black

6    video?

7          A     Yes, it is.

8                MR. PERRI:  Okay.  Continue.

9                (Video played)

10   BY MR. PERRI:

11         Q     Okay.

12               Similarly, I would like to show you United States

13   Exhibit 202.6.

14               Do you recognize that?

15         A     Yeah.

16         Q     How do you recognize it?

17         A     That's also a video that he took.  So it's off of

18   his phone.

19         Q     Where did you get it?

20         A     His phone.

21               MR. PERRI:  Okay.

22               We would move for admission of this exhibit.

23               MR. BOYLE:  No objection, Your Honor.

24               THE COURT:  All right.  202.6 is admitted.

25

562

```
 1                                      (Government's Exhibit 202.6
                                          received into evidence.)
 2                (Video played)
 3   BY MR. PERRI:
 4        Q    What do you hear -- for comparison purposes,
 5   do you hear a chant there?
 6        A    Yes.  "Police, stand down."
 7        Q    Okay.
 8             Is that something that you heard and been able to
 9   use for comparison purposes with other videos?
10        A    I have been able to use different chants for
11   comparison.
12        Q    Okay.
13             You said there's more than one chat?
14        A    Yes.
15             MR. PERRI:  Let's continue to play then.
16             (Video played)
17   BY MR. PERRI:
18        Q    Do you recognize any person that you've been able
19   to use for comparison purposes?
20        A    Yes.
21        Q    Can you circle that person?
22        A    (Witness complied.)
23             MR. PERRI:  All right.  Continue.
24             (Video played)
25
```

```
 1    BY MR. PERRI:
 2        Q    Do you see anyone else?
 3        A    Yes.  This one person right here as well.
 4             MR. PERRI:  Continue.
 5             (Video played)
 6    BY MR. PERRI:
 7        Q    Based on your investigation, do you recognize that
 8    chant?
 9        A    Yes.  "No peace, no Trump."
10             MR. PERRI:  Continue.
11             (Video played)
12    BY MR. PERRI:
13        Q    Do you hear any of those same chants in
14    United States Exhibit Number 102?
15             MR. PERRI:  Let's please show the witness Exhibit
16    102.1.
17             (Video played)
18             THE WITNESS:  Yes.
19             MR. PERRI:  Stop it, please.
20    BY MR. PERRI:
21        Q    Do you recognize anybody?
22        A    Yes.
23        Q    Can you circle?
24        A    (Witness complied.)
25             This guy.
```

```
 1              MR. PERRI:  Okay.

 2              Continue.

 3              THE WITNESS:  Oh, and that one right there.

 4              MR. PERRI:  Stop it.

 5              THE WITNESS:  The tunnel commander.

 6              MR. PERRI:  Okay.

 7              And could you continue, please.

 8              THE COURT:  I'm sorry, is there any objection

 9    to --

10              MR. BOYLE:  I'm sorry.  There's no objection,

11    Your Honor.

12              THE COURT:  Okay.

13              So 102.1 --

14              MR. PERRI:  Which is a clip of 102, Your Honor,

15    which was not admitted.

16              THE COURT:  So can I just ask you to get on the

17    phone for just a second?

18              (Bench conference)

19              THE COURT:  Just to be clear, the exhibit list

20    says at 6:75.  That's the counter stamp, correct, and not

21    the length of the video?

22              MR. PERRI:  At 6:75 is the point at which it

23    starts to play.

24              THE COURT:  All right.

25              But that would be the counter stamp on the 102
```

1    exhibit if I'd admitted that, right?

2            MS. GROSSHANS:  Yes.

3            MR. PERRI:  Yes, Your Honor.

4            THE COURT:  All right.

5            I just wanted -- Mr. Boyle, you've seen the

6    entirety of what they want to admit on 102.1?

7            Mr. Boyle?

8            MR. BOYLE:  Your Honor, we don't have an objection

9    at this point; however, we believe these videos speak for

10   themselves and the witness does not need to describe what's

11   being said or shown.

12           THE COURT:  Well, I assume the reason she's doing

13   what she's doing is that there's an incomplete video of your

14   client's actions and they're trying to match up other video

15   to suggest that your client did things that are on certain

16   video that are otherwise captured on -- at the same time and

17   place where he himself was filming video.

18           MR. PERRI:  That's correct, Your Honor.

19           And we're trying to be very careful not to narrate

20   or describe.  She's really just pointing things out.

21           THE COURT:  Right.

22           That's all she's done, and ultimately those

23   comparisons will be made by the jury.

24           MR. BOYLE:  Thank you, Your Honor.

25           Just to be clear, though, we would object to

1     things that are obvious to the jury.

2              THE COURT:  All right.

3              Well, she hasn't said anything that is improper.

4     So far, she's simply pointed out individuals or identified

5     chants that are being highlighted for the jury so that they

6     can ultimately make the comparison themselves that the

7     government is attempting to elicit here, it seems to me.

8              MR. BOYLE:  Understood, Your Honor.

9              THE COURT:  Okay?

10              (Open court)

11              THE COURT:  So 102.1 will be admitted, and you can

12     show that to the jury.

13                                 (Government's Exhibit 102.1
                                      received into evidence.)

14

15              (Video played)

16     BY MR. PERRI:

17         Q    Is that the same chant that you heard in one of

18     the videos that we presented to you, 2.2.5, from the

19     defendant's phone?

20         A    Yes.

21              MR. PERRI:  Okay.  Continue.

22              (Video played)

23              MR. PERRI:  I would like to show the witness

24     United States Exhibit 110.

25              (Video played)

1            THE WITNESS:  Yep, I recognize that.

2    BY MR. PERRI:

3        Q    Do you recognize that one?

4        A    Yes.

5        Q    Okay.

6             Where did you find that video?

7        A    Open source or publicly available.

8        Q    Does that, in fact, depict the defendant?

9        A    Yes, it does.

10       Q    At what location?

11       A    On the window ledge.

12       Q    At about the same time as the videos we've just

13   been looking at?

14       A    Yes.

15            MR. PERRI:  We would move for the admission and

16   publishing of 110.

17            MR. BOYLE:  No objection.

18            THE COURT:  All right.  110 is admitted.

19                                (Government's Exhibit 110

20                                  received into evidence.)

21            (Video played)

22            THE WITNESS:  You could see him at the beginning

23   there.  I don't know if you saw it.

24            MR. PERRI:  Okay.

25            THE COURT:  I'm sorry, can we wind that back so

1    she can identify --

2              MR. PERRI:  Yes.

3    BY MR. PERRI:

4         Q    And where is he?

5         A    Standing on the window ledge.

6         Q    And is that the location where he would be hearing

7    the chants that you identified in the other videos?

8         A    Yes.

9              On the video before, you can see it, but it was

10   blurry, you could see him.

11        Q    Okay.

12             And what is the structure that's kind of obscured

13   by the individual in the red jacket immediately to the

14   right?

15        A    Lower West Terrace tunnel.

16        Q    That's the opening to the tunnel?

17        A    Yes.

18        Q    Can you circle it?

19        A    (Witness complied.)

20        Q    And which direction is he facing?

21        A    Towards the tunnel.

22        Q    I would like to present the witness with

23   United States Exhibit 109.1.

24        A    I recognize it.

25        Q    Can you tell us where you found this one?

1      A      Open source again.

2      Q      Through your searches online?

3      A      Yes.

4      Q      And does it, in fact, show the defendant?

5      A      It does.

6      Q      Does it show him at approximately the same time as

7  these videos we've been just watching?

8      A      Yes.

9      Q      And at what location?

10     A      On that windowsill, standing on the windowsill.

11            MR. PERRI:  Okay.

12            We would ask to admit and publish this video,

13  Your Honor.

14            MR. BOYLE:  No objection.

15            THE COURT:  Okay.  109.1 will be admitted.

16                              (Government's Exhibit 109.1
                                   received into evidence.)
17

18          (Video played)

19            THE WITNESS:  There he is right there.

20            MR. PERRI:  I'm sorry, I'm a little bit late on

21  it.

22            THE WITNESS:  He's right here with his cell phone

23  in his hand recording.

24            You can also see this guy with the bag, which was

25  in his -- the video that we got of off his phone.

1    BY MR. PERRI:

2        Q    Okay.

3             So in the previous exhibits which you identified

4    as videos that he was taking from the ledge --

5        A    Yes.

6        Q    -- is this the opposite view of him making that

7    video with his phone?

8        A    Yes, it is.

9        Q    And, again, where is that window located?

10       A    Just to the left of the lower west tunnel.

11       Q    All right.

12       A    Lower West Terrace tunnel, sorry.

13       Q    We'd like to show the defendant United States

14   Exhibit 108.

15            (Video played)

16       A    Yeah, I recognize it.

17       Q    Please tell me where you found that video.

18       A    Open source again.

19       Q    Does it, in fact, depict the defendant?

20       A    It does.

21       Q    At the same location and same time that we've been

22   talking about?

23       A    Yes, on the window ledge.

24            MR. PERRI:  We would move for the admission and

25   publishing of this photograph.  It's 21 seconds long.  Not

1    photograph, Your Honor.  Video.

2              MR. BOYLE:  No objection.

3              THE COURT:  All right.  108 is admitted.

4                                   (Government's Exhibit 108
                                        received into evidence.)
5

6              (Video played)

7              THE WITNESS:  There he is.

8    BY MR. PERRI:

9         Q    Do you recognize the defendant in that video?

10        A    Yes, I do.

11        Q    Where is he standing?

12        A    On the window ledge to the left of the West

13   Terrace -- lower West Terrace tunnel.

14        Q    And is that approximately one of the images that

15   was included in the stipulation for identification?

16        A    Yes, it is.

17             MR. PERRI:  Continue.

18             (Video played)

19   BY MR. PERRI:

20        Q    Can you identify for the record some -- any unique

21   items of clothing that he's wearing?

22        A    Yes.

23             He has a black jacket on.  He has a blue hoodie

24   with -- it's got 1776 across the front and stars around it.

25             And he's got his red Nautica beanie on and the

1    balaclava.

2        Q    Can you see any of his pants?

3        A    Oh, yeah.  He's got the camouflage pants on.

4            MR. PERRI:  Okay.  Continue.

5            (Video played)

6    BY MR. PERRI:

7        Q    And with respect to that same exhibit, there is a

8    screenshot, correct, 108.1.  Can we show the witness?

9        A    Yes, screenshot from the video.

10           MR. PERRI:  Move for admission of this.  This is

11   one of the images from the ID stipulation, Your Honor.

12           MR. BOYLE:  No objection, Your Honor.  I thought

13   it was already admitted.

14           THE COURT:  108.1 is admitted.

15                                  (Government's Exhibit 108.1
                                        received into evidence.)
16

17           MR. PERRI:  Okay.

18           I would like to show the witness United States

19   Exhibit 106.1.

20           (Video played)

21           THE WITNESS:  I recognize it.

22   BY MR. PERRI:

23       Q    Okay.

24           Is this the A124 video?

25       A    Yes.

1     Q     And how do you recognize this one?

2     A     How do I recognize it?

3     Q     (Nodding head.)

4     A     As being an open-source video with Gina.

5     Q     Okay.

6           Did you find this online?

7     A     Yes, I did.

8     Q     And does it, in fact, show the defendant?

9     A     Yes, it does.

10    Q     Okay.

11          And have you had a chance to review this entire

12    video in preparation for your testimony?

13    A     Yes, I have.

14    Q     Were any redactions made to this particular video?

15    A     Yes, they were.

16    Q     And why was that necessary?

17    A     Because whoever posted the video put his own

18    personal commentary on it, like wrote it across the screen

19    in fiery letters.

20    Q     Fiery letters.

21          And that was redacted out?

22    A     Yes, that was redacted.

23    Q     So you see some black lines?

24    A     Uh-huh.

25    Q     Okay.

1           All right.  I would like to show you United States

2    Exhibit 106.1, which is a clip of that.

3        A    Okay.

4           (Video played)

5           THE WITNESS:  I recognize that.

6           THE COURT:  I'm sorry, is there any objection to

7    the clip?

8           MR. BOYLE:  No, Your Honor.

9           THE COURT:  Let's go ahead and admit 106.1.

10                          (Government's Exhibit 106.1
                                 received into evidence.)
11

12   BY MR. PERRI:

13       Q    Do you, in fact, see the defendant in this one at

14   118?

15       A    Yes.

16          MR. PERRI:  All right.

17          We would like to play United States Exhibit 106.1,

18   Your Honor, which is a clip of 106.

19          (Video played)

20          MR. PERRI:  Stop, please.

21   BY MR. PERRI:

22       Q    Do you recognize anyone there?

23       A    Yes.  These same people right here.

24          And then back here is the tunnel commander.

25       Q    Okay.  That's his nickname, right?

```
 1        A    That's his nickname.

 2             MR. PERRI:  Go ahead.

 3             (Video played)

 4   BY MR. PERRI:

 5        Q    What do you hear him say right there?

 6             Is that the person you referred to as Gina?

 7        A    Yeah, she says "Break the window."

 8             MR. PERRI:  Go ahead.

 9             (Video played)

10   BY MR. PERRI:

11        Q    Do you recognize that clothing there?

12        A    Yes.

13        Q    Can you circle?

14        A    Sure.

15             That's Mr. Jenkins right here, his camouflage

16   pants and his backpack.

17        Q    What is that black thing at the top there?

18        A    His backpack.

19             MR. PERRI:  All right.  Continue.

20             (Video played)

21   BY MR. PERRI:

22        Q    Do you hear himself say anything there?

23        A    "Are we going in or not?"

24        Q    And how many times did you hear the window get

25   struck?
```

1    A    I think it was six times.

2         (Video played)

3    BY MR. PERRI:

4    Q    Do you see anybody that you recognize?

5    A    Shane Jenkins and then that other guy at the end.

6    Q    Okay.

7         THE COURT:  Just get on the phone.

8         (Bench conference)

9         THE COURT:  Mr. Boyle, I just want to confirm that

10   you're not at this point disputing that -- who she's

11   identified as Mr. Jenkins is, in fact, your client on that

12   video?

13        MR. BOYLE:  Your Honor, we've already stipulated

14   to that.

15        THE COURT:  To -- on that particular video?

16        MR. BOYLE:  Well, to one of the frames from that

17   particular video.

18        THE COURT:  Okay.

19        All right.  I just wanted to confirm that;

20   otherwise, I was going to instruct the jury to make that

21   determination on its own.  But if you've stipulated to it, I

22   won't do that.

23        MR. BOYLE:  We have, Your Honor.

24        THE COURT:  Okay.  All right.  Thank you.

25        MR. BOYLE:  Thank you.

1         (Open court)

2         MR. PERRI:  May we please see -- could you please

3    play that at the eight-second mark, please.

4         Maybe a few seconds before.

5    BY MR. PERRI:

6    Q    I want to ask you if you recognize anything in

7    particular that has helped you for comparison purposes with

8    the other video.

9    A    Okay.

10   Q    Specifically CCTV video.

11   A    Okay.

12        (Video played)

13        MR. PERRI:  Stop.

14        THE WITNESS:  Yep.

15        So behind Gina is this pole going into the tunnel

16   area.

17   BY MR. PERRI:

18   Q    And where else did you see that?

19   A    On the CCTV video.

20   Q    Okay.

21        From a different angle?

22   A    From a different angle.  From inside the tunnel.

23   Q    So was that helpful to you to be able to determine

24   the times of things that are happening?

25   A    Yes.

1    Q    And could we see it, please, at the 48-second

2    mark.

3              MR. PERRI:  Play.

4              (Video played)

5              THE WITNESS:  And so --

6              MR. PERRI:  Stop.

7    BY MR. PERRI:

8    Q    Do you see anybody in the background there?

9    A    So I see this guy with the eagle mask on.

10   Q    Do you have a name for him?

11   A    Eagle head guy.

12   Q    Eagle head guy.  Very creative.

13   A    Very creative.

14             (Video played)

15   BY MR. PERRI:

16   Q    And then at 58 seconds.

17   A    And then -- well, you can't see him very well, but

18   there's this tunnel commander right there.

19             You can see him better there.

20   Q    Can you circle?

21   A    (Witness complied.)

22   Q    Thank you.

23             All right.

24             I'd like to show you what's been marked for

25   identification as 106.3.

```
 1                    MR. PERRI:  I'm sorry, stop.

 2              Can I show you one more thing on 106.1.

 3              Could you please play 106.1 at 1:29.

 4              (Video played)

 5                    MR. PERRI:  Stop.

 6    BY MR. PERRI:

 7         Q    Can you tell me anything about the window in that

 8    particular picture?

 9         A    It's intact; it has not been broken yet.

10         Q    Okay.

11              So at this point at least, the window is good?

12         A    The window is good right now.

13                    MR. PERRI:  All right.

14              Now I would like to move to United States Exhibit

15    106.3.

16              Please show that to the witness only.

17              (Video played)

18                    THE WITNESS:  I recognize it.

19    BY MR. PERRI:

20         Q    Where did you find that?

21         A    That's from the Capitol video, CCTV.

22         Q    So you got that from the Capitol Police?

23         A    Yes, the Capitol Police.

24         Q    And is there a time signature there?

25         A    There is.
```

1    Q    What is it?

2    A    3:42 p.m.

3    Q    Okay.

4         And is there anything of significance there that

5    you were able to use for comparison purposes, in particular

6    with respect to the pole or some of these people that you've

7    been talking about?

8    A    Yes.

9         THE COURT:  Is there any objection to showing it?

10        MR. BOYLE:  There's no objection to showing it.

11        THE COURT:  106.3 will be admitted.

12                              (Government's Exhibit 106.3
                                  received into evidence.)
13

14        (Video played)

15        THE WITNESS:  So there's the pole coming in.

16        MR. PERRI:  Stop.

17   BY MR. PERRI:

18   Q    Can you circle it?

19   A    (Witness complied.)

20   Q    Is that the pole that we saw going behind Gina's

21   head?

22   A    Yes.

23   Q    And are you able to see any of the characters that

24   you've mentioned in other videos?

25   A    Yeah.  If you go forward a little bit more, you

1    can see them better.

2              So you can see the eagle head guy back there.

3              And a little bit further, you'll be able to see

4    the tunnel commander.

5              MR. PERRI:  Okay.  Stop.

6    BY MR. PERRI:

7         Q    Can you point them out?

8         A    So here's the eagle head guy and there's the

9    tunnel commander.

10             MR. PERRI:  And similarly, can we show

11   United States Exhibit 106.2 to the witness only.

12             THE WITNESS:  I recognize that video.

13   BY MR. PERRI:

14        Q    Where did you find that one?

15        A    That's another open-source video.

16        Q    Does that video, in fact, show the defendant?

17        A    Yes, it does.

18        Q    At approximately the same time?

19        A    Yes.

20        Q    As the video we just saw?

21        A    Yes.  Not exactly the same time, but yeah.

22        Q    Similar?

23        A    Similar.

24        Q    Okay.

25             And do you hear his voice in that one?

1    THE COURT:  All right.  Is there any objection to

2    106.2?

3    MR. BOYLE:  No, Your Honor.

4    THE COURT:  All right.  Let's go ahead and show it

5    and play it.

6    (Video played)

7                                    (Government's Exhibit 106.2
                                        received into evidence.)
8

9    BY MR. PERRI:

10   Q    Now, is that -- maybe not exactly, but is that

11   similar to one of the images we used for purposes of

12   identification?

13   A    Yes, it is.

14   Q    Can you point out any tattoos there?

15   A    There's the tattoo under his right eye.

16        You might be able to see this "Mama tried" as well

17   a little bit further into it.

18        MR. PERRI:  Okay.  Continue.

19        (Video played)

20        MR. PERRI:  I'd like to present you with

21   United States Exhibit 101.

22        (Video played)

23        THE WITNESS:  I recognize that.

24   BY MR. PERRI:

25   Q    Okay.

```
 1                Where did you find that one?

 2      A    Open source.

 3      Q    Does it, in fact, show the defendant?

 4      A    Yes, it does.

 5      Q    At what location?

 6      A    On the window ledge, right after he broke the

 7  window.

 8      Q    Okay.

 9           So we've seen the video of him actually hitting

10  the window.  And is this -- which -- how does this fall in

11  time in relation to that?

12      A    This is immediately after.

13      Q    From a different angle?

14      A    From a different angle.

15           MR. PERRI:  Okay.

16           We would move for admission of this exhibit.

17           MR. BOYLE:  No objection.

18           THE COURT:  Okay.  So 101 will be admitted.

19                                  (Government's Exhibit 101
                                       received into evidence.)
20

21           (Video played)

22           MR. PERRI:  Stop.

23  BY MR. PERRI:

24      Q    Are you able to see the damage caused by the

25  strikes?
```

```
1        A     Yes.

2        Q     Can you circle it?

3        A     (Witness complied.)

4              MR. PERRI:  All right.  Continue.

5              (Video played)

6   BY MR. PERRI:

7        Q     Do you see Gina in that video?

8        A     Who?

9        Q     Gina.

10       A     Gina?

11             I didn't see her right then.

12             I was watching the defendant.  I'm sorry.

13             MR. PERRI:  Okay.  Stop.

14             THE WITNESS:  Oh.  Yes.  I'm sorry.  She's up here

15  on the window ledge.

16  BY MR. PERRI:

17       Q     Okay.

18             And now with respect to the window, is it the same

19  amount of damage as before or more?

20       A     More.

21       Q     And that's due to somebody else, right?

22       A     Yes.

23             MR. PERRI:  Okay.  Continue.

24             (Video played)

25             MR. PERRI:  Stop there.
```

```
 1    BY MR. PERRI:
 2         Q    Are you able to see the defendant at this point?
 3         A    Yes.
 4         Q    Where is he?
 5         A    (Witness indicated.)
 6              MR. PERRI:  Okay.
 7              Continue.
 8              (Video played)
 9    BY MR. PERRI:
10         Q    Okay.
11              At 2:13 -- first of all, do you hear him say
12    anything in that?
13         A    Yes.
14         Q    Could we please play it once more at 2:13 or maybe
15    2:10.
16              (Video played)
17              THE WITNESS:  "Give me liberty or give me death."
18    BY MR. PERRI:
19         Q    Moving on, I'd like to show you United States
20    Exhibit 103 in connection with that same event at that same
21    location.
22         A    Okay.
23              THE COURT:  Mr. Perri, just time-wise, about a
24    little over five minutes before we have to stop for the day.
25              MR. PERRI:  That'll be good, Your Honor.
```

586

1              United States 103.

2              (Video played)

3   BY MR. PERRI:

4        Q    Do you recognize this one?

5        A    I do.

6        Q    Is it a slightly different view?

7        A    It is.  Closer-up.

8        Q    And where did you find it?

9        A    Open source.

10       Q    Does it, in fact, show the defendant?

11       A    It does.

12             MR. PERRI:  Move for admission of United States

13  Exhibit 103.

14             MR. BOYLE:  No objection, Your Honor.

15             THE COURT:  103 will be admitted.

16                                  (Government's Exhibit 103
                                      received into evidence.)
17

18             (Video played)

19  BY MR. PERRI:

20       Q    Is that just a different view of the same tussle

21  at the window?

22       A    Yes, it is.

23       Q    And the defendant's personally involved in that?

24       A    He is.

25             MR. PERRI:  I'd like to show you United States

```
 1   Exhibit 104.

 2            (Video played)

 3            THE WITNESS:  Yep, I recognize that.

 4   BY MR. PERRI:

 5        Q    Okay.

 6            Based on your investigation, who's taking this

 7   video?

 8        A    Gina.

 9        Q    And where is she when she's taking it?

10        A    Up on that windowsill again.

11        Q    And is that the same location we saw her in the

12   other video?

13        A    Yes, it is.

14        Q    And where did you find this one?

15        A    It was provided to us from her phone from a

16   different case.

17            MR. PERRI:  Okay.

18            All right.  We would move for admission of this

19   and ask permission to publish.

20            MR. BOYLE:  No objection, Your Honor.

21            THE COURT:  Okay.  104 will be admitted.

22

23

24

25
```

1                                    (Government's Exhibit 104
                                      received into evidence.)

2

3            (Video played)

4    BY MR. PERRI:

5       Q    And is that the same tussle that we saw in the

6    previous couple videos?

7       A    Yes, it is.

8       Q    From a different direction?

9       A    From a different angle.

10      Q    So the next exhibit is a screenshot of 104; it's

11   called 104.1.

12           Do you recognize that?

13      A    Yes, I do.

14      Q    And we just saw that as part of the video,

15   correct?

16      A    Yes.

17      Q    And what can you say about the amount of damage

18   that's occurred to the window now?

19      A    It's extensive.

20           THE COURT:  All right.  Do you want to publish

21   104.1?

22           MR. PERRI:  Yes, please, Your Honor.

23                                  (Government's Exhibit 104.1
                                      received into evidence.)

24

25           MR. PERRI:  Thank you.

1              And finally I would like to show United States

2    Exhibit 105.  Finally before the break at least.

3              (Video played)

4              THE WITNESS:  I recognize that.

5    BY MR. PERRI:

6        Q    Okay.

7              And how does that compare to the last several

8    videos we've seen?

9        A    Same place.

10       Q    And how is it different?

11       A    It's even closer, it seems like.

12       Q    Okay.

13             An even closer view?

14       A    An even closer view.

15       Q    Of the same tussle?

16       A    Yes.

17       Q    All right.

18             And does it show the defendant?

19       A    It does.

20             MR. PERRI:  We would move for admission of 105,

21   Your Honor.

22             MR. BOYLE:  No objection, Your Honor.

23             THE COURT:  105 will be admitted.

24                              (Government's Exhibit 105
                                   received into evidence.)
25

1          (Video played)

2    BY MR. PERRI:

3        Q    Agent, based on the various videos that you've

4    seen of that tussle from different directions, what is his

5    role in that tussle?

6              MR. BOYLE:  Objection.

7              THE COURT:  That's sustained.

8              The jury can determine what role, if any, he has

9    in it.

10             MR. PERRI:  I would like to replay the video at

11   32 seconds, please, and ask the witness if she heard him say

12   something at that point.

13             (Video played)

14             THE WITNESS:  He says, "We're going in that

15   building one way or the other."

16   BY MR. PERRI:

17       Q    I'm sorry, could you say that again?

18       A    "We're going in that building one way or the

19   other."

20             MR. PERRI:  All right.

21             And at 43 seconds.

22             (Video played)

23             MR. PERRI:  Stop, please.

24             Could you back up just a couple seconds.

25             (Video played)

1          THE WITNESS:  "We paid for it; it's our fucking

2    building."

3          MR. PERRI:  Okay.

4    BY MR. PERRI:

5    Q    And in the corner there, you see an individual

6    who's, like, pointing to his chest as we hear the statement.

7    Who's that?

8    A    Yes, Jenkins.

9    Q    Do you recognize that person?

10         Who is that?

11   A    Shane Jenkins.

12         THE COURT:  All right.  Mr. Perri, is this a good

13   place?  Why don't we stop for the day.

14         All right.  Ladies and gentlemen, thank you very

15   much for your time and attention today, we are very

16   appreciative and grateful.

17         Just the same reminders I've been giving you from

18   the beginning:  Please don't communicate about the case, no

19   independent research, and no discussions even amongst

20   yourselves.  We will begin tomorrow at 9:30.  And if you are

21   all timely as you were this morning, we can hopefully get

22   started on time.  Thank you, all, very much.  Have a good

23   evening.

24         COURTROOM DEPUTY:  All rise.

25         (Jury exited the courtroom.)

1              THE COURT:  All right.  Have a seat.

2              Agent, you can step down.

3              So just a sense from the government in terms of

4    timing of your case; just thinking about jury instructions.

5              MS. GROSSHANS:  At this time, Your Honor, we're

6    about halfway through Agent Avila's testimony.

7              THE COURT:  Okay.

8              MS. GROSSHANS:  And then we do have four

9    additional witnesses, but they are not as long as hers.  So

10   I anticipate maybe probably we can get them in in half a

11   day.

12             THE COURT:  Okay.

13             So there is theoretically the possibility of

14   resting tomorrow, it sounds like.

15             MR. PERRI:  There is.

16             THE COURT:  Okay.

17             All right.  That's helpful to know.

18             And of course we won't be sitting Friday, although

19   let's see where we are.

20             I'm out of pocket from about 9:00 to 1:00, give or

21   take, maybe 1:30.  Let's just see where we are tomorrow, and

22   maybe we can have a charge conference on Friday afternoon if

23   we can get you the instructions tomorrow, by end of day

24   tomorrow ideally.  But let's see where we are; otherwise, we

25   can do it on Monday.

1              One thing to think about -- and I was just looking

2    back at the indictment and the verdict form.  Query whether

3    we need to have some -- two things; whether the instructions

4    should reflect unanimity about the item that is alleged to

5    be used and that the jury concludes is a deadly or dangerous

6    device -- excuse me, deadly or dangerous weapon.

7              In any event, because I think in Count 3, there

8    are three different items identified.  There is the

9    flagpole, the drawer, and, I think, wooden sticks.  I think

10   the jury needs to be unanimous as to which of those three

11   items it believes constitutes a deadly or dangerous weapon,

12   and so I think -- or at least I would submit to you all that

13   we need to have the jury instructions reflect that they need

14   to be unanimous.  They don't need to reach unanimity as to

15   all three, they only need to reach unanimity as to one, I

16   believe, unless you think otherwise, Mr. Boyle.

17             But that they then need to -- I think we should

18   have them identify which object it is that they have reached

19   unanimity on.  And it can be more than one, but, at a

20   minimum, has to be one, and it has to be one of the three

21   that's identified in that count.  So just keep that in mind

22   and I think we'll need to modify that.

23             I'm going to include some additional instructions

24   just in light of the agent's testimony about ensuring that

25   the jury understands that her testimony about what she's

1  hearing on the video is merely to assist them in -- what

2  I'll do is essentially modify the transcript instruction,

3  which makes clear that, you know, transcripts, or in this

4  case, the agent's testimony is purely to assist the jury in

5  trying to understand, but ultimately it's the audio that

6  controls and that's the evidence.

7        And I'll probably try and fashion something

8  similarly with respect to the comparisons that she's been

9  making.  I think it's appropriate for the testimony, but

10  ultimately the jury should know that it's their

11  determinations in the end that control.

12        So anyway, just those -- and these are just things

13  I've been thinking about as I've heard the testimony unfold

14  and watched the evidence.

15        So in any event -- all right.  Anything else

16  before we adjourn for the day?

17        MR. PERRI:  No, thank you, Your Honor.

18        MR. BOYLE:  Nothing from the defense.

19        THE COURT:  Thank you, all, very much.

20        We will see you -- as I said, if there are matters

21  to take up, please let Mr. Douyon know so we can get started

22  early; otherwise, we'll get started at 9:30.

23        Thank you, everyone.

24        COURTROOM DEPUTY:  The Court stands in recess.

25        (Proceedings concluded at 5:03 p.m.)

C E R T I F I C A T E

        I, William P. Zaremba, RMR, CRR, certify that
the foregoing is a correct transcript from the record of
proceedings in the above-titled matter.


Date:__April 28, 2023_____    

                                 William P. Zaremba, RMR, CRR

**A JUROR: [3]** 351/7
351/12 449/6
**BY MR. BOYLE: [1]**
461/10
**BY MR. PERRI: [153]**
371/5 378/8 390/6
391/8 391/15 392/14
393/2 393/9 393/22
395/5 395/12 395/25
401/17 403/15 404/19
405/18 406/25 407/11
407/17 407/21 412/8
416/2 419/4 421/22
423/18 428/20 429/22
431/1 431/7 432/12
432/25 434/19 435/18
437/13 437/21 438/14
439/8 439/25 442/3
442/15 444/17 444/25
445/18 446/15 448/14
449/15 450/6 450/14
450/19 451/5 451/8
451/19 457/15 466/1
495/9 496/6 497/24
498/21 499/23 504/7
507/15 509/8 511/25
513/11 514/22 519/21
520/20 523/6 527/3
530/21 531/15 534/5
535/13 535/24 536/22
538/2 538/17 539/12
540/19 540/25 542/4
542/17 543/7 543/14
543/24 544/7 544/21
545/16 546/24 547/12
547/25 548/10 549/8
549/18 549/25 550/15
551/9 552/3 552/20
553/13 554/7 554/23
555/2 555/21 559/12
560/9 560/19 561/10
562/3 562/17 562/25
563/6 563/12 563/20
566/16 567/2 568/3
570/1 571/8 571/19
572/6 572/22 574/12
574/21 575/4 575/10
575/21 576/3 577/5
577/17 578/7 578/15
579/6 579/19 580/17
581/6 581/13 582/9
582/24 583/23 584/6
584/16 585/1 585/9
585/18 586/3 586/19
587/4 588/4 589/5
590/2 590/16 591/4
**BY MS. GROSSHANS:**
**[12]** 468/5 475/5 477/1
479/24 480/20 483/14
488/12 489/7 489/25
490/18 491/3 492/10
**COURTROOM**
**DEPUTY: [19]** 338/2
338/6 339/3 370/12
370/14 396/20 399/9
401/9 459/25 460/24
466/23 466/25 495/2

529/15 591/24 594/24
**MR. BOYLE: [95]**
338/18 362/23 363/1
378/4 391/2 398/21
398/24 399/11 399/14
399/19 400/5 400/9
400/23 401/1 402/23
406/15 408/23 415/23
419/1 421/20 423/11
429/17 430/1 430/3
430/23 437/10 446/10
449/25 450/17 450/22
451/17 452/25 453/7
456/6 456/9 460/20
461/9 465/17 465/21
466/10 474/16 480/13
483/3 488/8 492/6
494/15 494/18 498/11
502/2 502/15 514/16
531/10 533/21 533/23
535/9 536/18 537/22
539/7 541/14 542/9
543/2 543/10 543/19
544/15 545/11 546/20
548/6 549/4 550/11
553/5 556/22 556/25
560/4 561/23 564/10
565/8 565/24 566/8
567/17 569/14 571/2
572/12 574/8 576/13
576/16 576/23 576/25
580/10 582/3 583/17
586/14 587/20 589/22
590/6 594/18
**MR. PERRI: [238]**
370/10 370/18 370/20
389/11 389/19 389/23
390/3 390/24 391/6
391/14 392/10 392/13
392/24 393/1 393/6
393/8 393/19 393/21
395/2 395/9 395/11
395/22 395/24 397/22
398/1 398/3 398/8
398/12 401/16 402/16
403/3 403/8 403/11
404/9 405/16 406/11
406/19 406/24 407/9
407/16 407/19 408/17
409/2 409/7 412/7
418/22 423/7 423/17
427/2 427/7 427/15
429/13 430/9 431/6
432/20 432/22 434/16
435/15 435/17 437/12
437/18 437/20 438/11
438/13 439/5 439/7
439/22 439/24 441/21
441/24 442/2 442/11
442/14 444/15 444/24
445/15 445/17 446/3
446/5 446/14 448/7
449/4 449/10 450/1
451/1 451/4 451/25
452/10 452/18 452/23
453/11 453/22 454/10
455/12 455/17 455/19

459/5 459/9 460/22
466/13 494/25 497/23
498/17 498/20 501/23
502/7 502/25 503/4
503/7 506/23 507/3
507/13 512/19 512/23
518/12 518/16 518/25
520/17 522/4 522/10
524/14 524/24 525/19
525/24 526/4 526/15
528/21 529/1 529/16
531/6 533/17 534/1
535/6 535/23 537/18
537/20 538/13 539/11
540/13 540/24 541/18
541/22 541/24 542/2
542/7 542/11 544/4
546/17 547/7 547/23
549/1 549/16 550/24
551/25 552/15 553/3
553/9 554/22 555/1
555/13 555/20 556/21
557/13 557/25 558/3
558/10 558/15 558/24
559/4 560/2 560/16
561/8 561/21 562/15
562/23 563/4 563/10
563/15 563/19 564/1
564/4 564/6 564/14
564/22 565/3 565/18
566/21 566/23 567/15
567/24 568/2 569/11
569/20 570/24 571/17
572/4 572/10 572/17
574/16 574/20 575/2
575/8 575/19 577/2
577/13 578/3 578/6
579/1 579/5 579/13
580/16 581/5 581/10
582/18 582/20 583/15
583/22 584/4 584/13
584/23 584/25 585/6
585/25 586/12 586/25
587/17 588/22 588/25
589/20 590/10 590/20
590/23 591/3 592/15
594/17
**MR. PERRY: [1]** 395/4
**MS. GROSSHANS:**
**[30]** 338/20 338/25
351/3 351/15 355/10
356/12 359/22 399/5
400/19 400/22 466/20
467/3 474/13 475/4
476/24 479/20 480/15
480/18 483/13 488/6
488/10 489/4 489/22
490/15 494/9 494/11
506/19 565/2 592/5
592/8
**THE COURT: [239]**
338/4 338/14 338/22
339/5 339/14 351/8
351/13 362/20 362/25
370/6 370/15 378/6
388/18 388/21 389/14
389/16 389/21 390/1

396/23 397/2 397/25
398/2 398/7 398/10
398/14 398/23 399/2
399/7 399/13 399/18
399/24 400/6 400/10
400/21 400/25 401/3
401/11 402/21 402/24
403/4 403/10 404/5
404/12 406/16 406/21
408/22 408/24 409/6
411/25 415/24 419/2
423/14 427/6 427/9
429/19 430/15 430/24
432/8 437/11 446/11
448/11 449/7 449/12
450/3 450/13 450/18
450/23 451/2 451/7
451/18 451/21 451/24
452/1 452/15 452/20
453/4 453/10 453/12
453/25 454/15 455/13
455/18 455/20 456/4
456/8 456/11 456/16
459/7 459/13 460/2
460/6 460/9 460/23
461/1 465/22 466/12
466/15 466/18 467/1
474/17 474/20 480/14
483/5 488/9 492/7
494/13 494/19 494/23
495/4 496/2 497/21
498/8 498/13 498/19
499/6 499/8 502/3
502/5 502/13 502/18
502/22 503/2 503/5
506/7 506/10 506/21
506/25 507/4 508/24
511/20 512/22 514/17
518/3 518/15 518/24
522/7 524/19 524/21
525/1 525/8 525/22
526/1 526/10 526/16
526/24 528/25 530/20
531/9 531/11 533/20
533/24 534/3 535/8
535/10 536/19 537/17
537/19 537/21 537/23
539/8 541/13 541/15
541/20 541/23 542/1
542/10 542/13 543/3
543/20 544/14 544/16
545/12 546/21 547/10
548/5 548/7 549/3
549/5 550/12 550/25
553/6 554/11 555/18
556/19 557/2 557/5
557/21 558/1 558/7
558/12 558/18 558/25
559/2 559/7 560/5
561/24 564/8 564/12
564/16 564/19 564/24
565/4 565/12 565/21
566/2 566/9 566/11
567/18 567/25 569/15
571/3 572/14 574/6
574/9 576/7 576/9
576/15 576/18 576/24

576/25 580/11 582/1
582/4 583/18 585/23
586/15 587/21 588/20
589/23 590/7 591/12
592/1 592/7 592/12
592/16 594/19
**THE WITNESS: [37]**
370/19 397/1 404/10
404/13 432/10 460/5
466/17 492/9 494/22
499/7 499/10 514/18
540/17 551/1 552/16
563/18 564/3 564/5
567/1 567/22 569/19
569/22 571/7 572/21
574/5 577/14 578/5
579/18 580/15 581/12
582/23 584/14 585/17
587/3 589/4 590/14
591/1

**$** _____
**$1,000 [2]** 342/16
342/18
**$100 [1]** 458/20
**$300 [1]** 458/19

**-.4 [1]** 446/12

**.4 [1]** 446/12

**0** _____
**0100 [1]** 333/17

**1** _____
**100 [1]** 458/19
**100 percent [1]** 402/8
**101 [4]** 513/5 582/21
583/18 583/19
**102 [5]** 554/25 556/21
564/11 564/14 564/25
**102.1 [5]** 563/16
564/13 565/6 566/11
566/13
**103 [5]** 585/20 586/1
586/13 586/15 586/16
**104 [4]** 587/1 587/21
588/1 588/10
**104.1 [3]** 588/11
588/21 588/23
**105 [4]** 589/2 589/20
589/23 589/24
**1050 [1]** 334/3
**106 [2]** 409/21 574/18
**106.1 [7]** 572/19 574/2
574/9 574/10 574/17
579/2 579/3
**106.2 [3]** 581/11 582/2
582/7
**106.3 [4]** 578/25
579/15 580/11 580/12
**108 [4]** 519/11 570/14
571/3 571/4
**108.1 [4]** 519/10 572/8
572/14 572/15
**109.1 [3]** 568/23
569/15 569/16

597

**1**

**10:00** [1] 462/6
**110** [4] 566/24 567/16
567/18 567/19
**111.1** [1] 504/3
**1114** [2] 457/6 457/14
**112** [1] 428/13
**1125** [1] 333/15
**115** [1] 428/13
**115.1** [1] 428/13
**115.2** [2] 428/14
519/17
**115.3** [1] 519/16
**118** [1] 574/14
**11:00** [3] 396/15
396/17 462/6
**11:05** [1] 399/10
**11:15** [1] 396/18
**11:19** [1] 399/10
**11:57** [1] 540/6
**12** [1] 340/22
**120** [2] 513/5 519/5
**12:00 p.m** [1] 410/21
**12:30** [3] 410/22
477/10 479/7
**12:40** [1] 459/17
**12:43** [1] 460/8
**12th** [2] 402/18 402/19
**12th Amendment** [1]
403/20
**13** [2] 490/16 490/19
**14** [2] 340/21 415/2
**15** [4] 395/7 403/25
411/13 558/20
**15-minute** [2] 396/18
557/13
**15-minutes** [1] 555/7
**150** [1] 496/15
**1512** [3] 389/6 454/16
455/2
**16** [1] 404/23
**17** [1] 405/17
**175,170** [1] 409/19
**1776** [1] 571/24
**18** [3] 406/1 457/5
457/13
**19** [1] 495/20
**1900** [1] 334/5
**1946** [1] 423/10
**1990s** [1] 353/24
**1993** [1] 371/17
**1:00** [8] 404/17 408/7
410/23 465/11 465/11
465/15 482/2 592/20
**1:09** [2] 549/17 549/24
**1:15** [2] 411/2 482/5
**1:29** [1] 579/3
**1:30** [1] 592/21
**1:40** [1] 459/18
**1:45** [1] 460/8

**2**

**2.2.5** [1] 566/18
**2.5** [1] 544/1
**20** [1] 414/17
**20001** [2] 333/20
334/11
**20036** [1] 334/4

**202**53/4 353/20 340/10
334/11
**202.1** [9] 519/2 523/3
537/16 537/18 537/19
537/23 537/24 540/15
544/5
**202.1.1** [4] 519/1 539/5
539/8 539/9
**202.2** [5] 540/23
541/15 541/16 542/5
543/1
**202.2.1** [2] 542/3
542/14
**202.2.2** [2] 543/1 543/4
**202.2.3** [2] 543/9
543/11
**202.2.4** [2] 543/17
543/21
**202.2.6** [2] 544/1 544/1
**202.2.7** [1] 544/5
**202.3** [5] 448/9 448/10
544/10 544/16 544/18
**202.4** [4] 449/11 545/9
545/12 545/13
**202.5** [3] 559/9 560/5
560/6
**202.6** [3] 561/13
561/24 562/1
**202.7** [7] 523/3 546/16
546/21 546/22 549/9
551/25 554/3
**202.7.1** [2] 550/10
550/13
**202.7.2** [3] 553/1 553/6
553/7
**202.7.3** [3] 547/23
548/7 548/8
**202.7.4** [3] 549/2 549/5
549/6
**2020** [7] 352/3 352/16
352/24 354/5 410/17
410/18 494/6
**2021** [64] 341/25 351/6
351/16 351/20 351/25
352/14 352/18 353/15
354/7 355/3 361/18
362/15 366/24 371/25
378/20 379/10 407/4
407/13 408/7 410/5
410/11 410/19 411/23
418/17 419/17 426/2
428/5 428/7 428/7
428/10 428/24 449/24
450/8 456/25 457/7
458/23 470/4 470/9
471/3 471/7 471/22
473/15 474/11 476/10
479/3 490/21 496/18
503/19 503/21 503/21
503/24 513/7 517/1
519/4 519/8 519/9
519/13 519/14 519/19
519/20 524/9 529/11
532/13 537/4
**2023** [2] 333/5 595/7
**203.1** [1] 530/12
**203.2** [1] 530/12
**204** [1] 537/17

**204.197** 536/6
334/11
**204.10** [3] 531/7
531/13 534/10
**204.10.1** [3] 533/19
533/25 534/17
**204.11** [3] 535/7
535/10 535/11
**204.12** [2] 536/17
536/20
**204.27** [1] 530/6
**21** [1] 570/25
**21-245** [2] 333/4 338/7
**214** [3] 477/14 478/14
478/21
**22** [1] 333/5
**228** [1] 409/20
**234-0100** [1] 333/17
**24** [3] 409/16 424/20
469/18
**24/7** [3] 384/1 384/2
424/11
**245** [2] 333/4 338/7
**252-6737** [1] 333/20
**26003** [1] 333/16
**27** [1] 547/9
**28** [1] 595/7
**2:10** [1] 585/15
**2:12** [1] 411/5
**2:13** [3] 393/17 585/11
585/14
**2:13:29** [1] 397/13
**2:15** [1] 411/11
**2:25** [1] 489/17
**2:29** [2] 395/7 453/18
**2:30** [3] 453/15 454/24
489/17
**2:45** [2] 454/25 545/6
**2nd** [1] 517/1

**3**

**30** [3] 371/20 453/18
454/9
**3000** [1] 333/16
**301** [2] 520/18 520/22
**304** [1] 333/17
**30th** [1] 354/5
**32 seconds** [1] 590/11
**3249** [1] 334/11
**333** [1] 334/10
**350** [1] 409/21
**354-3249** [1] 334/11
**365** [1] 424/21
**3:00** [4] 453/9 465/11
525/3 525/5
**3:01** [1] 526/21
**3:14** [1] 444/22
**3:15** [4] 525/4 525/5
551/17 551/23
**3:15:58** [2] 553/11
553/25
**3:17** [1] 526/21
**3:42** [1] 580/2
**3:44** [3] 396/2 396/8
411/23
**3D** [4] 355/1 355/6
357/7 415/21
**3rd** [2] 353/15 410/18

**204.10** [3] 531/7
531/13 534/10
**401** [5] 402/17 402/25
402/25 403/6 403/12
**402.1** [3] 403/1 403/6
403/24
**402.2** [1] 404/21
**402.3** [1] 405/17
**402.4** [1] 405/25
**403** [3] 406/12 406/16
406/17
**404** [2] 406/12 407/9
**405** [4] 406/13 406/16
406/17 407/16
**406** [3] 390/25 391/3
391/4
**43** [1] 590/21
**430-1900** [1] 334/5
**48-second** [1] 578/1
**4:00** [2] 453/7 465/11

**5**

**500** [1] 334/4
**501** [4] 429/7 429/15
429/19 429/20
**502.1** [3] 446/7 446/12
446/14
**502.2** [2] 446/7 447/16
**502.3** [2] 446/7 447/20
**502.4** [2] 446/8 448/3
**506** [5] 473/25 474/3
474/14 474/17 474/18
**507** [5] 488/7 488/9
488/11 488/13 490/2
**508** [3] 415/21 415/24
415/25
**511** [5] 418/23 419/2
419/3 419/6 461/22
**512** [6] 479/22 480/1
480/2 480/11 480/14
480/16
**515** [4] 423/9 423/14
423/15 423/20
**540** [1] 409/18
**58** [1] 578/16
**580,000** [1] 409/23
**5:03** [1] 594/25
**5th** [6] 353/19 421/23
421/24 517/1 524/8
524/9

**6**

**601** [4] 333/19 408/19
408/24 409/1
**602** [4] 456/2 456/4
456/11 456/12
**603** [3] 427/3 427/9
427/13
**604** [1] 518/13
**605** [3] 522/5 522/7
522/8
**606** [3] 501/25 502/22
502/23
**607** [3] 524/15 528/22
529/14
**608** [1] 512/20
**6737** [1] 333/20
**6:00** [3] 422/1 422/2
461/24

**6**72 [2] 564/20 564/22
**6th** [104] 341/25 351/6
351/16 351/20 351/25
352/14 352/18 353/18
354/3 354/6 354/7
355/3 355/8 355/18
356/20 357/21 360/13
361/18 362/15 365/14
366/24 367/7 368/12
369/22 371/24 372/7
378/19 379/10 404/3
404/14 407/4 407/13
408/7 410/5 410/11
410/19 412/13 413/4
415/1 417/18 418/16
419/13 419/16 420/10
420/18 422/1 422/2
426/2 428/5 428/7
428/10 428/24 449/24
450/8 451/16 457/7
458/23 459/20 461/17
461/25 466/4 466/8
470/4 470/9 471/3
471/7 471/22 472/13
473/15 474/11 476/10
477/4 477/9 479/3
487/11 490/21 495/25
496/18 496/23 499/22
503/19 503/21 503/21
503/24 512/18 513/7
514/20 515/2 515/2
519/4 519/8 519/9
519/13 519/14 519/19
519/20 527/16 527/24
529/11 530/5 531/4
532/13 536/14 537/4

**7**

**751** [1] 409/20
**7:00** [1] 493/16
**7:00 a.m** [1] 533/16
**7:01** [2] 533/10 533/12
**7:22** [2] 536/12 537/4
**7:30** [1] 375/15
**7th** [4] 352/16 352/24
396/2 411/23

**8**

**8739** [1] 523/2
**8:00** [2] 455/3 493/16
**8:06** [1] 411/21

**9**

**9:00** [3] 395/17 396/1
592/20
**9:02** [1] 411/21
**9:30** [2] 591/20 594/22
**9:31** [1] 333/6

**A**

**a.m** [13] 333/6 396/2
399/10 399/10 411/23
422/1 422/2 461/24
533/10 533/12 533/13
533/16 536/12
**A124** [1] 572/24
**ability** [2] 363/23 426/8
**able** [48] 340/12
340/13 356/18 384/9

**A**

**able... [44]** 386/15
418/19 434/9 442/7
450/4 451/15 451/20
453/14 453/19 454/13
473/4 484/5 487/15
487/24 491/10 493/12
497/20 499/24 500/3
504/19 505/24 508/6
510/11 510/16 511/5
511/15 516/8 516/13
535/25 536/1 536/10
550/5 558/22 560/11
562/8 562/10 562/18
577/23 580/5 580/23
581/3 582/16 583/24
585/2

**about [155]** 341/19
342/25 345/13 346/2
347/9 347/12 347/16
347/18 348/18 348/25
349/15 350/4 350/18
350/18 351/20 351/20
352/12 352/19 353/1
353/4 353/8 355/23
356/5 358/1 360/9
361/13 361/20 365/3
368/15 368/18 369/5
372/19 375/16 375/24
379/11 381/18 384/9
385/18 386/6 388/24
390/8 390/11 392/19
393/4 394/17 395/7
395/17 396/2 397/18
398/6 398/12 401/6
401/19 401/22 402/7
406/13 408/14 408/15
412/11 413/4 413/11
413/13 414/4 414/17
415/2 415/19 416/6
416/9 417/2 417/4
419/24 421/6 421/7
421/21 422/1 422/20
423/2 424/5 424/8
425/16 425/24 427/10
431/18 433/23 435/12
439/10 440/2 442/9
447/17 451/10 452/12
452/19 452/21 453/16
454/7 454/24 455/6
455/8 459/3 459/19
459/20 462/14 466/3
471/2 478/25 482/5
484/5 485/15 496/14
496/25 497/13 499/13
500/12 502/7 502/18
508/12 509/2 509/10
509/21 511/8 516/22
517/10 518/5 518/7
524/10 524/12 527/4
528/17 534/10 536/7
537/12 544/8 546/13
547/9 550/20 551/2
551/18 552/1 552/24
554/14 567/12 570/22
579/7 580/7 585/23
588/17 591/18 592/4
592/6 592/20 593/1

594/13

**above [4]** 373/22
373/22 374/6 595/4

**above-titled [1]** 595/4

**absence [2]** 411/8
411/15

**absolutely [7]** 382/7
385/21 421/19 425/1
425/15 442/24 447/22

**accept [5]** 346/12

**access [12]** 374/14
375/1 375/9 387/23
416/21 418/8 418/8
444/10 470/21 488/16
513/19 514/9

**accessible [1]** 438/22

**accompany [1]** 479/8

**according [1]** 489/17

**account [8]** 353/7
499/13 530/10 530/10
530/15 530/16 534/8
538/9

**accounts [14]** 352/16
499/13 499/14 509/25
510/2 510/12 510/15
511/3 512/7 512/7
524/11 524/17 529/7
529/9

**accurate [18]** 390/19
417/16 418/2 419/14
426/24 428/9 428/9
428/11 429/9 474/9
480/6 503/23 503/25
509/7 519/23 523/4
530/8 530/14

**accurately [2]** 424/25
513/6

**accused [1]** 363/11

**acquired [1]** 518/8

**acres [1]** 409/20

**across [4]** 433/5
508/15 571/24 573/18

**act [3]** 362/7 366/3
368/21

**action [4]** 484/21 485/7
485/13 490/4

**actions [2]** 346/1
565/14

**activities [6]** 371/13
380/11 425/19 496/17
512/17 514/15

**activity [4]** 352/15
380/24 380/24 497/14

**acts [1]** 369/14

**actual [6]** 392/17
392/22 414/18 450/4
452/17 501/12

**actually [23]** 385/9
386/8 387/19 388/25
396/3 401/6 404/24
415/12 416/4 420/9
421/15 431/13 432/3
432/8 454/25 485/21
506/12 525/12 528/13
538/10 545/21 558/21
583/9

**added [1]** 353/11

addition [6] 341/17
376/1 377/9 422/16
458/7 500/25

**additional [14]** 341/19
345/5 349/23 386/5
436/20 436/23 440/24
458/11 475/14 501/7
506/2 507/11 592/9
593/23

**Additionally [1]** 342/6

**address [5]** 382/12
382/21 385/10 500/11
520/6

**addressed [1]** 368/5

**addressing [1]** 377/11

**adjourn [3]** 460/6
525/12 594/16

**adjourned [3]** 411/3
454/18 455/3

**admissibility [1]** 430/4

**admissible [1]** 346/10

**admission [24]** 399/21
402/17 406/12 415/22
418/25 429/16 429/17
446/8 456/2 522/5
528/22 542/7 553/3
555/15 558/16 560/3
561/22 567/15 570/24
572/10 583/16 586/12
587/18 589/20

**admit [15]** 390/25
402/16 402/25 403/2
449/8 488/7 501/24
512/20 518/13 524/14
555/19 559/2 565/6
569/12 574/9

**admitted [59]** 335/11
391/3 403/5 403/8
406/16 406/22 408/24
415/24 419/2 423/14
427/9 429/19 431/3
446/11 448/12 449/9
456/4 456/11 474/17
480/14 483/9 488/9
502/22 522/7 531/11
533/24 535/10 536/19
537/23 539/8 541/15
541/21 541/23 541/24
542/10 543/3 543/20
544/16 545/12 546/21
548/7 549/5 550/12
553/6 560/5 561/24
564/15 565/1 566/11
567/18 569/15 571/3
572/13 572/14 580/11
583/18 586/15 587/21
589/23

**adopted [2]** 473/12
473/14

**advance [2]** 384/16
485/9

**advise [2]** 518/4 518/7

**advised [1]** 412/16

**aerial [1]** 557/7

**Affairs [1]** 470/1

**affected [1]** 342/1

**affixed [1]** 520/24

**after [25]** 340/17

344/9 354/13 357/2
358/24 359/7 369/20
459/23 460/2 460/7
462/2 465/14 478/14
489/19 493/18 496/23
513/13 515/5 529/10
532/14 583/6 583/12

**afternoon [12]** 404/17
461/11 461/12 465/11
465/12 468/6 468/7
495/10 495/11 525/2
545/6 592/22

**afterward [1]** 412/18

**afterwards [1]** 367/8

**again [32]** 358/20
367/7 370/4 407/12
439/11 449/4 450/23
453/5 455/3 471/14
473/8 475/22 478/4
482/12 484/11 484/14
485/19 486/2 486/12
487/6 490/15 494/5
520/2 520/2 527/12
527/15 538/6 569/1
570/9 570/18 587/10
590/17

**against [8]** 357/1
358/15 358/22 359/4
366/15 413/6 441/9
453/21

**age [1]** 349/11

**agencies [3]** 351/24
470/15 470/16

**agency [2]** 457/4
457/12

**agent [29]** 471/8
471/12 494/25 495/19
495/24 496/7 496/10
507/16 513/18 517/12
518/5 519/22 521/10
521/14 523/9 525/8
527/1 527/4 536/23
538/14 542/18 544/22
547/2 547/13 554/14
560/10 590/3 592/2
592/6

**agent's [4]** 554/18
554/19 593/24 594/4

**agents [12]** 361/5
365/17 368/24 394/18
470/15 470/19 486/5
489/2 499/17 499/18
517/5 521/19

**agree [9]** 409/12 412/4
427/19 456/21 503/11
513/3 518/20 522/16
529/5

**ahead [17]** 395/13
399/13 404/8 404/12
404/25 406/22 427/12
431/4 455/14 456/16
503/6 542/13 554/21
574/9 575/2 575/8
582/4

**aid [2]** 349/24 350/24

**aided [1]** 334/13

**aimed [1]** 369/5

344/9 354/13 357/2
358/24 359/7 369/20
459/23 460/2 460/7
462/2 465/14 478/14
489/19 493/18 496/23
513/13 515/5 529/10
532/14 583/6 583/12

344/9 354/13 357/2
358/24 359/7 369/20
459/23 460/2 460/7

**airport [2]** 499/18
499/19

**Ak [2]** 505/4 505/6

**alike [1]** 365/16

**all [219]** 338/2 338/14
338/16 338/22 338/23
339/5 339/7 339/14
340/4 340/14 341/7
342/19 343/21 344/20
345/20 347/14 348/13
351/11 351/21 352/18
353/11 353/16 358/1
362/19 362/20 362/25
364/22 365/9 367/1
367/17 369/20 369/25
370/6 370/7 372/4
373/1 373/7 373/19
374/21 376/9 376/19
377/13 380/6 380/7
380/14 380/20 381/17
382/8 383/1 384/2
384/8 384/13 385/16
385/22 386/1 386/17
391/19 396/19 396/20
396/23 397/20 398/10
399/3 400/2 400/18
401/7 401/11 402/24
403/4 403/5 407/2
408/13 411/25 414/16
414/25 416/18 417/3
417/15 417/24 420/8
420/22 420/22 421/12
423/2 423/4 425/2
425/14 432/20 433/5
433/24 435/7 436/15
437/22 440/11 443/17
446/11 447/12 447/15
454/15 455/20 456/11
458/11 458/13 459/13
459/14 459/24 459/25
460/2 460/7 460/7
460/11 460/23 461/1
461/8 461/14 462/2
464/19 464/20 464/21
465/5 465/22 466/18
471/1 474/17 476/1
476/3 476/11 482/21
483/5 485/2 487/8
487/20 488/9 489/4
489/15 494/13 494/23
495/4 496/13 500/7
501/11 502/14 502/20
502/22 503/6 504/24
505/8 506/21 509/15
509/24 510/8 511/7
512/5 514/12 515/13
516/11 520/13 525/4
525/6 525/8 526/1
526/10 526/11 528/2
531/11 533/5 533/17
536/7 539/5 541/15
542/2 545/12 548/7
548/18 549/19 550/8
551/10 555/9 555/13
557/5 558/12 558/13
560/5 560/16 561/24
562/23 564/24 565/4

**all... [31]** 565/22 566/2 567/18 570/11 571/3 574/1 574/16 575/19 576/19 576/24 578/23 579/13 582/1 582/4 584/4 585/11 587/18 588/20 589/17 590/20 591/12 591/14 591/21 591/22 591/24 592/1 592/17 593/12 593/15 594/15 594/19

**All right [13]** 338/14 338/22 398/10 460/2 460/7 488/9 502/14 502/20 503/6 505/8 558/7 567/18 587/18

**alleged [4]** 349/11 388/25 531/3 593/4

**allegedly [4]** 341/25 342/3 342/11 525/16

**alleges [3]** 341/22 342/6 342/14

**allow [1]** 380/9

**allowed [11]** 352/11 388/22 398/18 414/9 414/21 437/2 437/4 437/7 444/6 454/2 463/2

**allows [2]** 363/8 373/24

**almost [4]** 364/22 492/12 495/20 501/11

**alone [3]** 345/17 345/21 471/24

**along [14]** 344/18 359/10 370/21 378/2 400/2 404/7 414/2 433/19 434/11 436/18 436/22 437/14 488/22 552/24

**alongside [1]** 385/11

**already [9]** 354/11 361/20 419/19 422/2 500/16 510/19 557/17 572/13 576/13

**also [40]** 342/3 342/11 347/17 349/11 350/5 350/12 352/12 354/1 356/16 358/4 373/20 385/2 408/20 413/13 420/20 436/22 449/10 469/10 473/7 477/14 485/8 491/6 493/6 500/8 505/21 509/17 510/3 524/11 526/13 528/18 534/12 539/25 540/17 547/5 547/5 551/19 556/13 557/19 561/17 569/24

**alter [2]** 428/15 504/5

**altered [2]** 428/12 504/2

**alternate [8]** 340/24 340/24 341/3 341/4 341/6 484/20 484/23 490/13

**although [2]** 348/6

**always [5]** 351/25 364/11 364/11 364/12 377/14

**am [9]** 343/8 418/18 428/25 429/4 443/21 453/16 488/6 496/9 499/16

**amended [6]** 427/15 503/7 512/23 518/16 522/12 529/1

**Amendment [3]** 402/18 402/19 403/20

**AMERICA [12]** 333/3 338/7 370/22 409/9 427/16 456/18 503/8 512/25 518/17 522/10 522/13 529/2

**Americans [1]** 367/2

**amid [1]** 368/11

**amiss [1]** 380/4

**AMIT [2]** 333/10 338/3

**amongst [2]** 459/22 591/19

**amount [4]** 342/18 396/3 584/19 588/17

**Amy [3]** 494/25 495/6 495/14

**analysis [3]** 366/8 521/11 523/7

**analyzed [1]** 521/24

**anarchy [1]** 363/7

**anger [3]** 352/19 361/16 362/14

**angle [8]** 441/10 443/20 528/10 577/21 577/22 583/13 583/14 588/9

**angles [1]** 528/6

**angry [4]** 351/17 354/14 354/23 359/1

**announce [1]** 341/11

**Annually [1]** 377/8

**another [19]** 357/25 358/11 377/10 387/24 394/8 407/12 413/19 486/19 521/13 524/15 528/23 536/24 543/1 543/8 543/17 544/2 544/5 550/10 581/15

**answer [6]** 346/14 346/16 450/24 454/7 492/7 497/22

**answering [1]** 557/22

**anticipate [1]** 592/10

**Antifa [1]** 368/18

**any [132]** 340/19 341/2 341/5 341/12 341/14 341/16 342/24 342/25 344/12 345/22 346/1 346/1 346/4 347/3 347/19 347/19 348/4 348/8 348/8 348/11 348/13 348/15 348/20 349/6 349/9 349/12 349/13 349/13 350/14 350/18 357/8 362/21 366/21 367/16 367/24

**anybody [8]** 400/13 400/15 402/4 527/20 538/11 563/21 576/4 578/8

**anymore [1]** 448/1

**anyone [15]** 341/15 347/7 347/17 348/5 348/10 348/16 349/14 375/11 375/12 396/25 459/21 489/8 513/20 563/2 574/22

**anything [36]** 338/16 386/22 398/12 401/2 418/12 436/23 459/7 459/11 459/20 460/6 481/17 481/24 492/22 497/6 497/8 498/18 501/3 502/17 505/24 511/15 512/2 512/8 512/15 513/19 515/25 536/7 550/16 552/11 553/15 566/3 575/22 577/6 579/7 580/4 585/12 594/15

**anyway [1]** 594/12

**apart [6]** 356/21 420/20 423/2 423/4 463/5 463/9

**apologize [2]** 338/25 432/23

**appear [5]** 345/21 426/24 539/22 545/25 547/22

**APPEARANCES [2]** 333/12 333/22

**appeared [2]** 381/3 519/3 519/9 519/14 519/20

**appearing [1]** 338/12

**appears [3]** 480/3 480/8 519/23

**applicable [1]** 365/8

**applies [3]** 345/13 363/15 383/18

**apply [6]** 344/21 345/15 363/12 363/12 363/19 364/7

**appreciated [1]** 497/7

**appreciative [1]** 591/16

**approach [5]** 398/8 430/1 460/17 520/19 527/12

**approached [3]** 354/25 460/12 496/21

**approaching [4]** 380/2 421/16 422/13 461/5

**appropriate [8]** 366/19 452/9 454/6 455/5 455/8 502/11 525/1 594/9

**approximately [28]** 355/1 355/7 355/17 393/17 396/1 410/20 410/21 410/22 411/2 411/5 411/7 411/11 411/13 411/21 411/23 420/20 422/9 458/17 479/6 481/11 482/2 491/24 493/15 530/25 545/4 569/6 571/14 581/18

**April [1]** 595/7

**are [221]** 338/23 339/9 339/19 339/21 340/21 340/23 341/4 343/9 343/12 343/23 343/23 344/21 345/1 345/17 347/6 348/2 348/22 349/25 350/8 350/10 351/19 351/20 352/12 352/15 352/19 355/23 357/13 357/15 357/23 359/17 360/6 360/9 360/12 361/15 362/16 362/17 363/3 364/13 366/8 366/9 366/12 366/14 368/4 369/9 369/13 371/12 372/23 373/14 374/4 375/22 376/24 379/25 380/11 382/4 384/14 385/18 386/5 388/11 392/17 392/19 392/21 393/11 394/10 394/11 394/21 396/2 397/20 398/3 406/16 410/7 414/9 414/21 418/4 418/9 418/15 421/4 421/5 421/6 422/21 424/11 424/13 425/4 425/14 425/16 425/19 425/24 428/8 428/11 428/22

**anything [36]** 338/16

**area [42]** 341/23 348/17 381/7 386/14 394/19 414/6 416/23 420/21 422/17 423/1 430/8 433/21 436/23 437/1 437/17 437/23 438/1 438/2 438/4 439/13 439/16 440/6 440/7 443/15 447/2 448/20 464/10 481/12 482/20 486/8 487/21 487/21 487/23 488/14 490/13 490/14 515/9 557/17 577/16

**area-closed [1]** 433/21

**areas [11]** 363/14 374/16 415/8 418/7 418/9 418/11 434/5 435/4 464/11 465/5 465/7

**argue [3]** 350/12 366/20 366/21

**argument [4]** 344/24

**appeared [2]** 381/3 519/3 519/9 519/14 519/20

**are [221]** 430/14 431/20 431/17 431/20 431/24 432/13 432/14 432/17 432/18 433/6 433/20 433/21 433/21 433/23 433/24 434/1 434/2 435/4 435/7 435/12 435/13 435/14 435/19 436/22 437/14 437/16 438/6 438/7 438/7 438/9 439/19 439/19 440/16 441/3 441/6 441/8 443/6 443/20 444/5 444/18 445/5 445/9 445/12 446/7 446/21 446/21 446/24 447/1 447/7 447/8 447/9 447/11 448/16 449/22 450/15 450/20 451/11 457/5 457/13 457/18 457/24 458/3 458/14 459/3 461/4 461/8 463/1 463/6 463/24 467/2 468/22 469/22 469/25 474/21 474/22 474/24 475/9 476/14 480/24 490/2 490/4 490/20 490/23 496/7 499/4 499/17 503/22 503/25 508/6 513/18 515/6 516/11 516/12 518/6 519/22 520/1 523/3 526/2 530/6 530/8 530/12 530/14 535/3 535/25 536/10 539/21 541/18 541/19 548/21 548/24 552/25 557/11 557/19 565/15 565/16 566/1 566/5 575/23 577/24 580/23 583/24 585/2 591/15 591/20 592/9 592/19 592/21 592/24 593/8 594/12 594/20

600

**A**

argument... [3] 346/8
365/4 366/14
arguments [3] 344/25
345/4 366/15
arisen [1] 399/16
Arizona [1] 482/7
armed [1] 388/12
arms [6] 358/22 384/21
385/4 475/11 475/12
548/19
around [32] 349/19
375/15 380/1 383/2
412/20 414/7 414/15
414/16 414/23 416/18
421/13 423/3 423/4
425/19 433/24 436/8
440/9 440/14 442/25
452/7 453/7 462/6
479/7 481/3 487/9
535/3 540/17 545/6
558/4 558/5 558/11
571/24
arrangement [1]
405/14
arrest [6] 501/13
516/25 518/5 518/11
524/5 548/17
arrival [2] 477/11
477/14
arrive [4] 475/23 477/8
477/13 479/6
arrived [2] 454/9
479/11
arrives [2] 453/13
453/18
arriving [1] 478/14
arrow [1] 356/3
articulated [1] 526/11
as [210] 339/22 340/13
341/5 341/7 342/24
343/5 343/14 344/18
344/25 345/8 345/8
345/14 345/15 345/15
345/18 345/19 346/1
346/4 347/20 348/1
348/1 348/1 348/2
348/19 348/19 350/23
356/25 357/19 358/14
358/22 359/4 363/20
364/5 366/12 367/16
367/21 368/9 369/21
371/12 372/13 372/22
372/22 374/3 374/25
375/19 375/19 377/10
379/4 379/20 380/2
380/17 380/17 380/19
381/19 381/24 381/24
383/20 385/1 385/17
387/8 388/15 388/22
390/16 393/24 405/3
406/3 408/19 412/10
412/21 414/8 417/8
418/7 420/23 421/23
421/25 422/7 423/24
424/12 424/14 424/16
425/21 425/21 427/4
430/15 431/22 433/8
451/13 455/4 455/10
456/3 456/4 457/3
457/5 457/11 457/13
457/17 462/15 464/17
465/1 465/4 468/23
468/23 470/1 470/1
470/3 470/14 471/8
471/12 472/9 472/10
474/3 475/2 475/12
475/12 475/23 475/23
477/15 477/25 478/2
479/8 479/13 479/17
479/25 481/25 482/6
482/14 483/10 483/20
484/17 484/21 485/16
485/16 486/14 491/20
491/20 491/21 496/15
496/16 501/21 503/15
504/9 506/21 507/12
507/22 508/6 509/25
509/25 510/11 510/22
511/11 512/21 513/13
518/14 519/3 519/8
519/14 519/19 520/22
522/18 523/8 523/24
524/1 524/16 526/6
526/7 528/1 529/8
529/11 529/12 534/19
537/16 539/2 539/2
540/22 543/16 545/23
546/15 547/6 548/2
549/9 551/13 551/18
554/16 560/15 560/15
560/23 563/3 567/12
569/6 570/4 573/4
575/6 576/11 578/25
581/20 582/16 584/19
588/14 591/6 591/21
592/9 592/9 593/10
593/14 593/15 594/13
594/20
ascertaining [1] 520/2
ask [64] 339/11 339/11
341/16 344/3 344/5
344/14 348/3 350/24
362/17 382/4 388/18
389/17 391/6 391/9
391/10 391/11 396/11
396/24 396/24 401/18
402/13 402/18 403/8
403/16 404/1 406/21
408/15 409/5 409/6
412/10 416/8 417/2
421/21 424/4 429/23
430/11 431/4 446/16
452/21 455/8 460/3
460/17 464/16 479/21
496/3 496/14 507/4
511/20 511/23 525/9
526/2 530/23 538/14
540/15 546/12 547/8
549/19 555/3 557/3
564/16 569/12 577/6
587/19 590/11
asked [9] 341/11
346/12 383/12 393/14
408/13 487/21 524/10
asking [5] 349/13
452/3 452/21 455/6
480/18
asks [1] 346/8
assault [3] 368/6
525/18 525/20
assaulted [1] 342/8
assaulting [1] 361/24
assaultive [1] 366/17
assigned [9] 374/7
374/16 470/15 470/18
471/8 475/9 482/18
489/2 495/24
assignments [1]
375/22
assist [7] 470/22 478/2
493/4 507/10 508/10
594/1 594/4
assistance [1] 440/24
assistant [1] 372/15
assisting [1] 457/10
associated [2] 536/3
551/14
assume [2] 369/22
565/12
atmosphere [1] 375/4
attached [1] 463/16
attack [1] 367/13
attempt [1] 516/12
attempting [4] 446/21
447/1 487/16 566/7
attempts [1] 502/16
attention [8] 341/9
350/25 359/17 379/23
400/22 496/16 496/20
591/15
attire [1] 487/6
attorney [17] 409/10
409/10 427/17 427/17
456/19 456/19 503/9
503/9 513/1 513/1
518/17 518/18 522/14
522/14 522/16 529/3
529/3
Attorney's [1] 343/10
attorneys [13] 343/9
343/12 344/13 348/8
348/16 348/20 409/12
427/19 456/21 503/11
513/3 518/20 529/5
audio [9] 426/12
503/16 554/15 554/17
554/17 554/18 554/19
554/20 594/5
authentic [4] 428/18
523/4 530/8 530/14
authenticity [4] 430/4
502/12 512/21 512/24
author [1] 531/25
authorized [2] 432/17
432/18
available [9] 358/12
388/6 509/17 513/20
514/5 519/6 519/7
519/12 567/7
Ave [1] 334/3
Avenue [3] 334/10
avenues [1] 431/10
Avila [8] 495/1 495/6
495/14 507/16 519/22
527/4 536/23 542/18
Avila's [2] 527/2 592/6
avoid [3] 348/11
348/17 498/13
aware [5] 380/21 381/8
387/2 450/15 457/24
away [6] 348/21 354/21
388/15 415/2 455/11
533/9
awkward [1] 441/10
axe [5] 356/6 356/8
356/9 356/14 525/17
axes [2] 356/5 361/13

**B**

baby [1] 355/12
back [51] 339/6 351/8
356/24 358/22 360/20
368/16 370/3 395/16
395/21 399/15 399/23
400/1 400/15 401/8
401/11 423/24 431/21
432/22 435/5 439/3
440/21 442/7 446/22
455/15 461/1 461/7
478/13 481/12 482/10
482/14 482/16 483/1
483/1 493/13 493/21
493/23 501/9 526/24
538/13 540/14 551/7
551/25 552/14 552/15
557/23 559/5 567/25
574/24 581/2 590/24
593/2
background [7] 388/23
434/8 500/9 500/9
536/8 540/10 578/8
backpack [4] 361/12
547/16 575/16 575/18
backside [2] 488/20
488/22
bag [2] 356/6 569/24
balaclava [1] 572/1
ballot [1] 403/19
ban [1] 349/17
bang [1] 385/15
bangs [1] 385/19
Barrett [1] 334/10
barricade [2] 388/11
420/15
barricaded [2] 388/5
388/10
barricades [1] 388/24
barrier [2] 422/23
462/19
barriers [6] 421/18
463/9 464/1 464/12
464/14 466/9
base [1] 433/10
based [12] 347/22
349/5 350/9 421/15
484/8 484/25 492/11
560/22 561/2 563/7
587/6 590/3
basically [4] 405/13
431/11 458/10 497/9
basis [2] 402/14
443/13 478/10 532/20
532/21
battle [1] 358/13
battling [10] 357/24
be [180] 338/4 338/24
339/5 339/14 339/18
339/19 339/21 340/12
340/13 340/18 341/5
343/4 343/24 346/13
346/18 350/12 351/8
351/25 352/8 352/11
354/4 363/25 364/3
364/11 364/20 365/8
365/18 365/24 366/3
366/10 366/13 367/22
368/5 369/20 369/23
370/1 370/3 374/18
374/21 374/25 375/1
376/11 376/13 378/7
380/21 380/21 381/10
382/13 383/10 385/2
385/3 385/6 385/18
386/3 388/14 389/24
391/3 394/21 397/13
398/22 399/22 401/12
403/5 403/9 404/3
404/13 404/18 404/22
405/3 406/3 406/22
408/11 408/17 412/5
412/16 412/17 415/24
416/13 418/10 418/19
420/16 420/19 421/8
422/12 426/24 427/3
428/19 429/19 430/8
430/20 432/17 432/18
434/9 434/11 435/8
435/13 435/21 437/1
437/2 437/4 437/7
438/9 439/19 441/1
442/9 444/4 446/11
449/19 451/2 454/3
454/17 455/1 456/4
460/9 464/25 470/16
473/4 473/5 474/6
474/17 474/25 475/24
477/22 479/22 480/3
480/8 480/14 481/12
486/11 488/20 488/21
492/15 492/22 497/7
502/10 506/14 507/11
514/24 522/7 523/24
525/1 525/24 531/11
533/9 533/19 533/24
536/19 541/15 542/10
543/20 544/16 546/21
548/7 550/12 558/6
559/3 564/19 564/25
565/19 565/23 565/25
566/11 568/6 569/15
577/23 580/11 581/3
582/16 583/18 585/25
586/15 587/21 589/23
592/18 593/5 593/10
593/14 593/19 593/20
593/20

**B**

**beanie [3]** 361/11
539/23 571/25
**beaten [1]** 365/16
**became [1]** 367/14
**because [42]** 339/12
340/6 343/1 347/13
347/21 349/5 352/5
352/9 352/9 355/5
360/12 363/3 363/19
363/24 366/20 367/17
367/25 382/15 389/5
390/21 397/24 398/15
398/19 415/11 449/13
453/15 454/3 454/12
482/6 484/15 484/24
486/18 486/22 491/17
515/15 518/23 528/9
541/19 541/25 551/13
573/17 593/7
**become [5]** 363/18
364/6 411/7 411/14
534/15
**been [80]** 339/10 343/1
346/15 349/23 360/17
361/19 361/23 362/11
369/25 371/15 371/17
379/9 381/15 382/15
384/7 386/23 393/12
395/18 395/19 397/15
397/17 400/18 402/3
405/20 405/22 412/16
415/9 415/9 419/9
419/20 430/12 430/13
431/3 434/12 438/20
449/7 449/7 449/9
450/4 454/18 457/21
463/21 466/4 469/16
474/2 482/19 484/23
484/24 486/16 487/12
487/20 487/23 487/24
492/18 493/22 494/1
494/3 494/5 495/19
496/10 497/13 500/16
502/18 520/21 537/15
540/22 543/16 546/15
562/8 562/10 562/18
567/13 569/7 570/21
578/24 579/9 580/7
591/17 594/8 594/13
**before [52]** 333/10
338/16 339/10 339/16
339/23 341/2 345/5
345/21 353/19 355/1
362/17 365/1 379/9
397/2 399/14 401/6
419/9 419/20 419/21
420/23 431/12 434/25
436/6 445/21 447/17
448/20 453/18 454/9
459/15 460/6 460/11
465/1 489/17 492/15
506/16 507/8 525/3
525/4 525/12 529/10
540/7 540/18 542/23
545/23 553/15 554/11
568/9 577/4 584/19
585/24 589/2 594/16

**began [45]** 341/2
410/20 410/21 482/3
557/8
**begin [6]** 339/16 345/6
350/25 410/23 413/7
591/20
**beginning [7]** 341/10
343/20 438/24 496/11
548/22 567/22 591/18
**behind [5]** 413/25
435/3 552/13 577/15
580/20
**being [41]** 338/23
339/8 348/16 348/22
351/23 352/13 358/1
358/3 371/14 388/24
391/16 392/15 392/18
394/5 400/14 403/8
406/9 413/15 415/3
436/3 450/4 462/15
475/3 476/9 478/1
482/15 482/23 483/9
483/10 490/9 496/25
509/2 515/6 515/7
518/6 526/7 535/2
545/4 565/11 566/5
573/4
**believability [1]** 345/19
**believe [20]** 345/22
363/3 363/4 363/4
365/7 368/20 402/6
453/7 454/21 482/7
509/6 517/1 540/6
547/5 547/15 548/25
558/4 558/4 565/9
593/16
**believed [2]** 367/11
369/10
**believes [2]** 346/9
593/11
**below [5]** 448/25
518/25 519/5 519/10
519/16
**bench [10]** 388/20
389/22 430/2 451/23
502/4 506/9 557/4
559/3 564/18 576/8
**bend [1]** 364/1
**beneath [1]** 443/8
**better [4]** 415/18 528/1
578/19 581/1
**between [8]** 363/9
395/7 418/12 437/4
465/10 465/16 493/16
554/19
**beyond [10]** 346/20
346/22 346/24 347/4
362/10 365/1 369/16
370/2 466/10 483/4
**bicameral [1]** 372/23
**Biden [4]** 352/4 352/18
352/25 367/4
**big [5]** 361/1 367/3
372/25 377/14 517/8
**bigger [1]** 453/24
**bike [19]** 354/20
412/21 414/8 420/19
421/4 421/5 421/5

**begin [45]** 341/2
410/20 410/21 482/3
557/8
435/10 436/22 462/24
463/1 463/9 463/16
466/4 473/3 486/9
**binders [1]** 339/1
**bit [22]** 355/4 375/16
388/22 390/8 407/13
424/8 433/16 434/10
463/7 515/17 525/3
525/4 538/14 540/7
552/7 552/8 552/14
558/11 569/20 580/25
581/3 582/17
**bjasari [1]** 334/7
**black [18]** 440/12
441/3 446/16 447/8
447/9 447/11 447/12
474/21 474/23 537/9
540/2 547/14 550/18
551/19 561/5 571/23
573/23 575/17
**Blerina [2]** 334/2
338/11
**blinded [1]** 368/16
**blocked [1]** 445/19
**blocks [1]** 424/14
**blog [1]** 347/19
**blow [2]** 405/1 407/19
**blown [1]** 405/20
**blue [6]** 361/10 481/3
537/9 539/24 540/2
571/23
**blueprint [2]** 480/3
480/7
**blurry [1]** 568/10
**board [3]** 384/20 385/5
423/1
**bodies [1]** 433/7
**body [12]** 405/5 405/7
501/8 501/10 501/11
501/15 502/1 502/10
503/13 503/15 503/15
503/18
**body-worn [10]** 501/8
501/10 501/11 501/15
502/1 502/10 503/13
503/15 503/15 503/18
**bolster [1]** 388/8
**book [1]** 349/10
**botched [1]** 353/10
**both [23]** 350/10 351/9
378/16 379/1 388/13
392/3 394/14 396/4
404/6 410/7 410/15
417/5 422/25 440/23
463/16 485/18 501/9
505/9 505/14 509/10
517/25 528/17 556/14
**bottom [3]** 432/2
532/20 540/3
**box [2]** 340/22 497/11
**boxes [3]** 379/3 379/4
392/19
**Boyle [25]** 334/2 334/3
338/11 343/13 362/21
370/6 398/17 399/13
430/16 461/8 465/22
502/14 506/10 524/23

541/13 544/14 548/5
549/3 565/5 565/7
576/9 593/16
**bragged [2]** 356/5
361/13
**branch [3]** 457/4
457/12 469/6
**brave [1]** 353/22
**Braveheart [1]** 353/23
**breach [7]** 434/4
447/21 465/10 482/19
484/25 485/20 486/9
**breached [7]** 380/3
381/15 382/15 384/7
485/22 490/10 492/18
**breaches [3]** 465/14
486/18 492/3
**breaching [1]** 397/19
**break [15]** 364/1
396/15 396/17 396/18
396/25 397/3 400/11
455/21 460/3 460/12
461/3 525/2 525/10
575/7 589/2
**breaking [2]** 485/22
557/14
**breezeway [1]** 439/16
**brew [1]** 369/3
**brief [1]** 344/7
**briefly [4]** 341/18 343/2
345/7 480/21
**bring [5]** 342/23 349/3
353/17 379/3 400/3
**bringing [2]** 356/5
452/6
**broad [1]** 410/3
**broadcasting [1]** 541/6
**broke [4]** 354/20
356/21 372/8 583/6
**broken [3]** 430/13
430/13 579/9
**brought [1]** 395/16
**brown [3]** 551/5
552/17 553/19
**bubble [1]** 416/10
**buffer [1]** 418/12
**build [2]** 413/1 414/1
**building [106]** 333/14
342/13 351/22 352/10
355/15 355/18 356/7
356/20 357/3 357/4
357/17 358/25 359/25
360/3 360/10 360/18
360/20 362/2 362/4
362/6 362/7 372/22
373/23 374/13 374/24
375/3 375/5 375/13
380/3 380/15 380/17
380/17 380/22 381/25
382/11 382/15 384/6
386/7 386/23 387/3
387/9 389/1 393/13
395/18 395/19 395/20
408/15 408/20 409/14
409/18 409/20 410/6
411/1 412/11 413/15
413/19 414/17 417/17

541/13 544/14 548/5
424/11 425/14 425/17
428/1 429/3 429/3
429/11 431/12 438/16
439/9 441/14 441/15
442/20 443/9 443/23
444/2 444/9 444/10
444/12 444/13 457/2
457/9 460/18 477/17
478/22 480/4 480/7
482/22 485/22 485/23
486/1 486/4 486/23
486/25 487/11 487/13
490/11 492/21 493/1
493/4 493/25 494/2
590/15 590/18 591/2
**buildings [5]** 362/8
424/16 425/20 425/20
425/21
**built [1]** 482/23
**bulge [2]** 442/4 447/17
**burden [4]** 346/21
346/22 364/18 365/7
**Bureau [2]** 522/19
529/8
**business [10]** 374/15
376/2 384/10 426/15
477/24 478/4 482/3
482/6 482/13 493/21

**C**

**call [17]** 344/3 344/14
367/14 370/9 375/20
387/13 387/14 413/20
417/13 447/21 457/25
458/10 466/18 493/2
514/4 544/25 550/17
**called [11]** 344/2 344/4
344/6 352/17 352/25
364/4 364/5 367/1
373/20 382/3 392/2
412/2 441/13 474/22
521/18 546/8 588/11
**calls [5]** 370/11 466/21
484/9 484/9 494/25
**calm [1]** 366/7
**came [22]** 359/8
361/17 362/15 366/23
366/24 367/17 379/22
395/21 442/7 461/17
462/22 485/9 486/1
496/16 496/20 498/1
498/15 501/9 504/12
525/15 525/17 525/20
**camera [17]** 424/5
424/12 424/18 424/20
443/20 445/23 501/8
501/10 501/11 501/12
501/15 502/1 502/10
503/13 503/15 503/16
503/18
**cameras [12]** 385/16
394/2 424/13 425/10
425/12 425/25 426/8
426/12 426/16 428/6
443/23 503/20
**camo [2]** 540/1 540/1
**camouflage [2]** 572/3

**camouflage... [1]** 575/15

**can [162]** 348/19 350/5 350/8 350/15 351/8 351/9 353/16 358/6 358/22 379/24 380/10 380/18 384/22 388/18 388/21 392/16 395/11 396/13 397/6 400/4 402/7 403/13 404/6 404/7 406/22 407/9 415/20 416/5 417/7 420/4 421/7 425/18 431/6 432/1 432/8 432/22 433/4 433/16 434/20 435/17 435/25 436/24 437/12 437/24 440/1 440/14 442/14 442/17 445/25 446/17 447/20 448/1 448/4 448/11 449/4 451/21 451/24 452/12 452/19 455/1 455/15 458/6 458/18 464/5 464/19 465/5 468/8 472/20 473/24 475/6 479/21 480/1 480/21 488/24 489/8 489/9 489/12 490/20 490/24 496/5 496/20 497/2 497/22 498/3 498/23 499/6 506/7 506/12 506/16 506/18 506/20 507/4 507/11 508/12 511/21 513/21 514/9 514/13 514/25 515/17 516/22 524/22 526/5 526/6 527/20 529/12 532/5 532/6 532/16 536/7 537/7 537/11 538/14 539/25 544/16 550/20 550/22 550/23 550/25 551/7 551/18 553/18 553/21 553/24 557/3 560/14 562/21 563/23 564/16 566/6 566/11 567/25 568/1 568/9 568/18 568/25 569/24 571/20 572/2 572/8 575/13 578/19 578/20 579/2 579/7 580/18 581/1 581/2 581/7 581/10 582/14 584/2 588/17 590/8 591/21 592/2 592/10 592/22 592/23 592/25 593/19 594/21

**can't [15]** 351/7 367/23 367/23 369/22 389/9 398/16 433/7 449/6 449/13 454/24 532/19 535/22 551/3 558/3 578/17

**cannot [3]** 349/12 448/6 452/15

**Capital [1]** 470/16

**Capitol [228]** 341/24
351/21 351/22 352/1 352/8 352/9 352/15 352/22 353/14 353/17 354/12 354/14 354/24 354/25 355/2 355/4 355/15 355/16 355/18 355/21 356/5 356/7 356/20 357/2 357/4 357/14 357/16 358/16 358/24 359/25 360/7 360/10 360/18 361/18 362/7 362/8 362/15 368/6 371/9 371/16 371/17 372/1 372/5 372/22 375/11 375/17 380/1 380/3 380/6 383/3 383/7 383/13 383/14 383/20 385/1 385/10 393/13 394/2 397/20 398/8 408/20 409/14 409/15 409/17 409/18 409/23 409/25 410/1 410/6 410/12 410/16 410/25 412/14 412/18 412/20 412/24 413/8 413/15 413/17 417/13 417/17 417/18 419/16 420/2 420/13 420/21 421/16 422/14 423/1 423/10 423/23 424/6 424/6 424/11 424/15 424/23 425/14 425/19 425/19 425/22 425/24 426/14 426/20 427/4 427/21 427/23 427/25 428/1 428/10 428/23 429/3 429/11 431/10 431/11 431/13 433/22 433/24 435/1 435/2 435/5 435/22 437/3 438/18 438/23 439/4 439/9 439/17 439/18 440/22 440/23 441/7 441/12 441/14 441/16 443/4 443/5 443/22 445/6 445/12 445/14 446/25 448/19 451/10 451/14 455/10 456/23 457/1 457/1 457/2 457/9 457/9 457/18 457/19 460/14 460/17 470/18 470/18 470/20 470/21 470/23 470/23 470/25 471/5 471/10 471/15 471/24 472/13 472/17 472/19 472/24 473/11 473/17 473/21 474/8 475/9 475/10 475/25 476/19 477/9 477/11 477/16 477/19 478/6 478/22 479/4 479/11 480/3 480/7 482/10 482/17 482/20 482/22 482/25 484/1 484/11 484/15 485/23 487/3 487/7 487/11 488/4 490/11
493/3 493/4 497/10 499/21 503/23 505/18 509/10 513/7 514/15 515/1 515/10 519/7 519/13 519/18 527/23 528/4 546/7 579/21 579/22 579/23

**Capitol Grounds [10]** 342/13 354/24 355/16 418/8 419/16 422/14 423/10 423/23 428/1 431/13

**caption [2]** 516/2 534/12

**captions [1]** 515/24

**captured [3]** 428/3 503/18 565/16

**captures [1]** 427/25 446/9

**care [1]** 399/8

**careful [1]** 565/19

**carriage [1]** 477/13

**carried [1]** 392/15

**carry [4]** 379/4 453/19 454/14 482/12

**carrying [3]** 341/22 361/12 469/25

**CART [1]** 521/19

**case [76]** 338/7 339/20 341/8 341/16 341/19 341/20 343/4 343/20 344/2 344/18 344/19 344/23 344/24 345/2 345/13 345/16 346/4 346/5 346/7 346/17 347/6 347/7 347/9 347/12 347/12 347/16 347/18 347/21 347/22 348/3 348/4 348/9 348/10 348/15 348/19 348/21 348/25 349/5 349/8 349/16 349/18 350/4 350/7 350/14 350/18 350/19 361/8 362/13 365/8 366/22 369/17 369/20 369/24 382/13 382/25 398/17 412/5 446/25 459/20 459/21 485/9 496/7 496/8 496/10 497/25 498/4 498/7 501/16 522/19 522/24 523/9 529/8 587/16 591/18 592/4 594/4

**cases [2]** 495/25 497/15

**categories [1]** 531/22

**category [2]** 400/8 430/22

**caucus [1]** 353/9

**caught [1]** 366/10

**cause [2]** 381/20 492/19

**caused [2]** 368/20 583/24

**causes [2]** 366/1 382/4

**causing [3]** 342/18
CCTV [9] 359/15 506/2 519/18 550/5 551/13 552/22 577/10 577/19 579/21

**CDU [9]** 434/2 440/20 442/7 445/7 446/21 446/23 458/1 458/2 458/22

**cell [11]** 519/3 522/6 522/18 522/20 522/23 522/24 523/1 523/2 523/5 559/18 569/22

**center [9]** 409/23 410/9 413/24 441/15 443/5 443/8 444/9 444/10 444/11

**ceremonial [8]** 477/15 477/18 478/9 478/15 479/15 481/10 484/20 488/15

**certain [10]** 361/25 365/5 366/16 391/10 412/4 430/12 499/5 510/1 553/4 565/15

**certainly [13]** 380/18 381/21 398/24 416/7 417/6 420/6 422/3 422/11 424/10 434/22 436/1 452/12 452/19

**certainty [1]** 365/5

**certification [27]** 342/4 352/5 352/6 352/20 353/3 353/20 360/14 360/16 360/23 361/4 376/6 376/7 376/17 390/17 396/7 402/15 408/21 410/10 411/24 413/6 413/9 471/16 482/3 491/15 493/20 493/23 494/6

**certified [4]** 334/9 379/18 402/3 408/23

**certify [5]** 352/3 378/22 402/1 410/16 595/2

**cetera [3]** 376/2 388/24 435/11

**CH [1]** 334/10

**chain [1]** 522/22

**chair [3]** 382/22 382/23 405/4

**chairs [3]** 374/4 388/7 394/2

**chamber [56]** 372/17 372/18 372/19 372/21 372/24 373/5 373/18 373/22 376/20 376/22 376/23 377/24 380/13 381/5 381/11 382/19 382/20 382/23 383/2 392/16 410/23 411/6 411/10 411/13 411/17 439/15 452/14 452/16 452/17 453/14 478/16 478/18 478/25 480/23 480/24 481/1 481/2 481/7 481/7 481/15 481/20 481/23 482/1
CCTV [9] 359/15 506/2 519/18 550/5 551/13 552/22 577/10 577/19 579/21

**chambers [12]** 372/10 382/16 410/16 411/3 452/16 453/1 453/15 453/17 453/20 481/4 491/20 491/21

**chance [10]** 344/23 350/10 390/13 426/20 429/6 505/11 506/3 507/16 507/19 573/11

**change [2]** 350/8 379/13

**changes [2]** 413/15 533/6

**channel [1]** 380/12

**channels [3]** 380/12 380/12 380/13

**chant [3]** 562/5 563/8 566/17

**chants [8]** 556/4 557/18 557/19 557/19 562/10 563/13 566/5 568/7

**chaos [6]** 368/11 368/22 369/5 369/18 369/21 555/24

**chaotic [1]** 365/14

**Chapline [1]** 333/15

**chapter [1]** 406/4

**characteristics [1]** 508/9

**characterized [1]** 523/24

**characters [1]** 580/23

**charge [4]** 394/3 454/17 454/21 592/22

**charged [11]** 347/1 361/19 361/23 362/12 363/9 366/13 369/13 389/2 389/2 389/6 455/1

**charges [3]** 342/19 362/11 453/21

**charging [1]** 342/22

**Charlotte [6]** 352/8 472/8 476/16 483/23 488/1 490/23

**chat [1]** 562/13

**check [2]** 500/9 558/6

**checking [1]** 453/11 459/9

**chemical [2]** 365/17 368/24

**chest [1]** 591/6

**chief [2]** 344/2 344/19

**choice [1]** 339/25

**choose [1]** 343/21

**chronological [2]** 408/20 531/1

**circle [30]** 358/21 416/5 420/4 431/8 431/9 431/12 431/12 432/4 432/5 432/10 433/17 434/24 435/25

**circle... [17]** 437/24 440/14 446/17 489/10 490/24 504/5 550/22 550/24 553/21 553/24 562/21 563/23 568/18 575/13 578/20 580/18 584/2

**circled [5]** 358/7 416/10 416/23 519/8 519/19

**circles [2]** 464/19 481/3

**circling [1]** 416/6

**circuit [4]** 359/16 427/5 427/21 427/24

**circumstances [6]** 363/20 374/12 375/1 401/23 412/12 444/5

**circumvent [1]** 420/13

**cities [1]** 363/14

**Citizens [1]** 364/5

**civil [9]** 342/1 361/23 434/2 446/24 453/23 453/23 454/4 454/5 454/13

**civilian [1]** 375/21

**civilization [1]** 363/6

**claims [1]** 345/3

**clarification [1]** 397/13

**clarifying [1]** 395/1

**clear [6]** 370/1 394/21 453/12 564/19 565/25 594/3

**cleared [1]** 360/18

**clearly [1]** 342/20

**clerk [4]** 339/1 349/1 405/8 409/2

**Clerk's [2]** 405/9 405/10

**click [2]** 353/8 389/9

**client [4]** 453/2 506/17 565/15 576/11

**client's [1]** 565/14

**clip [13]** 542/5 542/8 543/1 543/8 543/17 544/2 544/5 555/14 555/17 564/14 574/2 574/7 574/18

**clips [4]** 541/19 557/17 558/16 558/19

**close [7]** 350/24 387/13 387/14 415/3 441/6 441/8 448/21

**closed [11]** 359/16 374/13 375/3 375/11 427/5 427/21 427/24 433/21 442/23 443/15 473/8

**closed-circuit [3]** 427/5 427/21 427/24

**closed-circuit-television [1]** 359/16

**closer [10]** 417/21 429/2 429/2 429/2 435/6 496/4 586/7 589/11 589/13 589/14

**Closer-up [1]** 586/7

**closing [5]** 344/24 344/25 345/4 365/4 366/14

**clothes [4]** 372/16 388/13 394/16 394/18

**clothing [3]** 539/21 571/21 575/11

**clubs [1]** 368/24

**coat [4]** 400/12 552/13 552/17 553/20

**Code [3]** 404/23 457/6 457/14

**colleagues [1]** 380/18

**collected [1]** 340/18

**collecting [1]** 517/15

**College [22]** 342/4 352/7 352/21 353/3 353/10 353/20 360/14 360/16 360/23 361/3 376/4 376/8 378/22 379/17 410/10 410/17 411/24 413/9 471/16 482/3 491/15 493/20

**COLUMBIA [9]** 333/1 409/11 427/18 456/20 503/10 513/2 518/18 522/15 529/4

**combating [1]** 387/20

**combative [1]** 367/15

**combination [3]** 420/19 446/25 447/7

**come [30]** 340/13 345/12 348/7 354/1 362/17 363/14 363/14 367/2 370/3 375/8 376/18 377/18 377/21 379/1 379/2 389/21 396/4 401/5 401/8 402/2 413/8 416/20 425/21 438/20 444/6 461/7 478/1 479/4 484/20 558/21

**comes [6]** 373/4 399/15 413/25 416/22 430/15 474/21

**coming [19]** 354/5 367/12 371/20 381/1 381/25 382/11 389/7 412/17 412/24 431/10 454/10 471/16 475/23 484/10 491/6 526/5 553/20 553/23 580/15

**comings [1]** 425/18

**command [2]** 381/6 382/24

**commander [7]** 371/11 372/15 564/5 574/24 578/18 581/4 581/9

**commence [1]** 455/3

**comment [2]** 452/4 455/6

**commentary [1]** 573/18

**comments [3]** 345/24 530/7 530/13

**commerce [2]** 342/1 363/7

**commit [2]** 361/3 369/18

**committed [2]** 362/11 364/23

**common [1]** 532/21

**communicate [3]** 350/18 380/18 591/18

**communicating [1]** 349/14

**communication [1]** 347/19

**communications [3]** 349/18 350/14 365/13

**compare [1]** 589/7

**comparison [9]** 552/25 560/11 562/4 562/9 562/11 562/19 566/6 577/7 580/5

**comparisons [2]** 565/23 594/8

**completed [5]** 411/24 415/5 476/3 489/19 494/7

**completely [3]** 355/24 356/19 415/9

**complex [6]** 470/20 470/23 470/25 482/20 488/4 492/3

**compliance [2]** 470/1 528/19

**complied [9]** 420/7 489/14 520/25 562/22 563/24 568/19 578/21 580/19 584/3

**computer [2]** 334/13 513/23

**computer-aided [1]** 334/13

**concern [3]** 486/8 486/10 526/12

**concerned [1]** 490/8

**concerning [2]** 349/18 399/17

**concerns [1]** 381/20

**concluded [1]** 594/25

**concludes [1]** 593/5

**conclusion [2]** 342/25 551/18

**concrete [2]** 410/2 410/9

**concurrence [8]** 409/12 427/19 456/21 503/11 513/3 518/19 522/16 529/5

**concurrent [2]** 406/14 407/18

**concurring [1]** 408/5

**conduct [16]** 342/12 345/10 349/6 349/9 349/12 357/20 361/16 362/4 362/7 363/24 366/17 374/15 376/18 389/3 453/24 521/10

**conducted [2]** 493/9 520/4

**confer [1]** 465/18

**conference [10]** 388/20 389/22 430/2

**confirm [2]** 361/10 369/18

**conferred [6]** 459/6 465/20 494/10 494/17 533/22 556/24

**confine [1]** 452/23

**confines [1]** 350/13

**confirm [5]** 502/6 511/5 526/2 576/9 576/19

**confusion [5]** 368/11 368/22 368/25 369/5 369/21

**Congress [40]** 352/2 353/7 353/9 359/25 360/19 360/24 364/14 366/17 367/15 367/18 367/25 371/14 372/23 373/12 373/14 374/4 375/4 375/12 376/19 377/6 377/11 379/18 383/8 383/15 384/9 384/12 384/19 384/20 386/9 387/11 391/16 392/18 393/14 395/16 404/3 404/13 408/5 408/14 410/12 491/19

**Congress's [2]** 342/4 411/22

**congressional [13]** 375/2 376/3 383/15 388/12 391/23 391/23 392/2 392/3 406/9 406/13 407/3 407/13 491/20

**conjunction [2]** 385/4 472/17

**connect [1]** 421/2

**connected [5]** 341/15 348/10 349/15 380/6 421/12

**Connecticut [1]** 334/3

**connection [5]** 390/13 426/21 512/16 550/6 585/20

**connects [1]** 439/17

**consider [4]** 344/22 345/20 397/11 412/4

**consideration [1]** 398/25

**considered [1]** 350/13

**consistent [3]** 389/18 393/3 510/19

**conspiracy [1]** 368/19

**constant [1]** 369/6

**constitutes [1]** 593/11

**Constitution [4]** 334/10 402/22 403/21 408/9

**constructed [6]** 412/23 415/14 417/10 436/3 436/8 436/10

**construction [20]** 412/22 413/13 413/23 414/7 414/12 414/12 414/18 414/19 414/20 415/1 416/14 417/8

**557/4 564/18 576/8 592/22**

**consult [1]** 340/13

**contact [5]** 348/7 348/13 387/6 461/17 475/19

**contain [2]** 392/22 474/23

**contained [1]** 398/19

**contains [1]** 474/25

**content [2]** 516/4 523/4

**contents [1]** 522/21

**context [1]** 350/9

**continue [47]** 339/23 340/25 384/9 392/11 392/24 393/6 393/19 395/2 395/9 395/22 401/8 401/13 432/20 434/17 435/15 437/18 438/11 439/5 439/22 441/22 441/25 442/12 444/15 445/15 446/3 455/21 459/16 461/4 493/19 527/1 554/1 560/17 561/8 562/15 562/23 563/4 563/10 564/2 564/7 566/21 571/17 572/4 575/19 582/18 584/4 584/23 585/7

**continued [6]** 334/1 355/14 355/15 395/21 411/22 490/3

**continuously [1]** 432/21

**contributed [1]** 361/3

**control [2]** 447/2 594/11

**controlled [1]** 428/4

**controls [2]** 554/20 594/6

**convened [1]** 410/12

**convening [1]** 378/19

**conversation [3]** 348/12 348/12 453/1

**conversations [1]** 400/17

**convert [1]** 532/21

**converted [2]** 342/15 358/6

**conveyed [1]** 342/15

**convict [1]** 364/16

**convicted [1]** 364/20

**coordinate [1]** 471/14

**coordinated [2]** 532/18 532/23

**copies [1]** 523/4 530/9 530/14

**copy [6]** 402/18 403/24 404/22 406/1 407/3 474/9

**corner [1]** 416/25 432/2 553/24 591/5

**correct [74]** 373/13 374/22 375/10 376/21 378/3 379/15 390/9

## C

correct... [67] 390/10
390/11 390/19 391/25
392/1 392/23 393/18
396/9 403/21 406/9
406/10 407/7 417/16
417/22 419/10 419/14
422/8 423/24 425/8
425/9 426/25 436/11
437/9 447/18 457/22
459/1 459/2 461/18
463/2 463/17 466/6
473/14 476/8 476/13
476/20 477/6 477/20
478/7 481/8 481/16
481/20 481/21 483/18
484/3 485/5 485/10
485/14 486/17 486/20
486/24 487/14 487/22
498/17 509/11 509/12
523/10 524/12 527/5
528/11 547/19 555/7
555/11 564/20 565/18
572/8 588/15 595/3
corresponds [2]
420/17 550/17
corridor [1] 348/15
corridors [2] 382/14
424/16
corroborate [4] 499/19
499/24 500/3 512/15
corroborated [1]
512/17
corrupt [1] 349/22
cost [2] 458/15 458/17
costly [1] 349/21
could [82] 349/9
359/13 360/16 374/18
375/5 375/8 378/18
387/7 387/18 387/18
387/19 388/1 388/2
388/7 399/11 403/14
403/23 404/21 405/16
407/19 415/9 415/11
415/13 417/3 420/1
422/9 422/9 423/11
424/8 434/16 446/14
447/21 461/22 464/23
464/25 465/18 476/24
479/21 484/14 484/16
485/22 485/23 486/2
486/2 487/17 489/5
489/23 490/15 492/15
492/19 492/21 492/22
494/15 497/12 498/15
523/24 531/8 531/21
533/7 533/14 533/21
538/11 538/13 540/14
544/11 546/17 547/23
549/16 551/25 552/12
552/25 554/12 556/22
564/7 567/22 568/10
577/2 578/1 579/3
585/14 590/17 590/24
counsel [75] 338/14
344/15 344/16 351/14
362/20 363/1 370/17
388/18 396/13 400/20
455/20 455/22 455/22
455/15 459/6 465/20
467/2 494/10 494/17
506/7 524/21 524/25
533/22 554/11 554/21
556/24 557/5
count [5] 341/21
410/16 454/23 593/7
593/21
Count 3 [1] 593/7
counter [2] 564/20
564/25
counterparts [4]
476/19 482/18 484/1
493/3
counting [2] 391/22
405/22
country [7] 349/19
364/13 365/23 367/13
368/16 470/2 496/16
counts [3] 361/22
362/19 452/5
couple [6] 369/11
397/2 432/23 455/19
588/6 590/24
course [8] 345/12
347/25 388/14 453/22
509/21 521/9 528/12
592/18
court [20] 333/1 334/8
334/9 338/2 350/20
363/1 364/5 389/15
390/5 399/9 402/19
430/25 455/23 502/21
507/14 526/20 559/1
566/10 577/1 594/24
Court's [1] 398/24
courthouse [3] 333/15
339/24 348/14
courtroom [17] 339/4
339/22 340/15 341/2
347/22 347/24 348/11
349/2 349/6 396/22
401/5 401/10 460/1
460/25 525/7 526/23
591/25
courts [1] 349/19
covered [6] 414/1
415/9 415/11 416/13
417/8 546/11
covering [1] 409/19
covers [1] 424/15
COVID [5] 352/9 374/9
374/12 374/24 375/3
CR [1] 333/4
cracked [1] 359/7
cracks [3] 356/15
356/16 356/23
Craig [2] 517/12
517/13
created [2] 474/10
511/3
creating [1] 369/5
creative [2] 578/12
578/13
credenzas [1] 388/7
credibility [1] 345/19
crime [4] 342/23
crimes [2] 366/19
369/13
criminal [7] 338/7
341/20 346/17 348/3
364/13 364/21 497/14
cross [8] 335/4 344/6
344/15 414/21 459/16
461/5 494/14 494/18
cross-examination [3]
344/6 459/16 461/5
cross-examine [1]
344/15
crossed [2] 435/10
465/6
crowd [3] 364/23
367/19 440/21
crowds [1] 355/20
CRR [2] 595/2 595/8
Crypt [3] 443/7 444/11
444/13
currently [2] 469/23
469/25
custody [1] 522/22

## D

D.C [15] 333/5 333/20
334/4 334/11 354/2
354/6 366/23 409/16
456/24 457/8 499/21
515/2 519/4 519/15
527/15
daily [1] 478/10
dais [6] 373/10 385/11
385/15 385/17 394/6
394/17
damage [7] 342/18
372/2 445/23 465/7
583/24 584/19 588/17
damaged [1] 358/24
danger [2] 382/6
382/14
dangerous [12] 341/23
342/8 357/20 361/25
362/3 362/5 362/6
386/11 492/23 593/5
593/6 593/11
dark [3] 551/4 552/13
553/19
data [4] 522/23 523/1
530/9 530/15
date [11] 392/5 428/3
442/23 476/7 503/17
524/4 524/5 532/10
532/12 537/3 595/7
daughter [9] 352/8
354/17 472/8 476/16
479/8 483/23 488/1
490/5 490/23
David [3] 333/13 338/9
370/21
david.perri [1] 333/17
dawn [1] 536/9
day [78] 333/7 352/1
352/2 352/5 353/19
357/14 357/19 360/10
360/21 360/22 361/2
365/22 365/23 365/24
372/5 372/15 372/17
374/7 374/11 374/13
375/11 375/14 375/16
375/17 375/19 375/20
375/22 375/23 375/25
376/1 376/11 376/13
376/16 377/3 378/16
379/24 380/7 383/23
383/23 383/24 383/24
388/23 398/9 404/3
404/14 404/17 408/7
409/16 413/5 419/20
420/23 422/15 424/21
444/21 451/12 454/14
471/4 471/10 471/15
471/19 471/24 472/10
472/24 484/24 526/17
527/1 538/22 540/1
540/18 548/17 585/24
591/13 592/11 592/23
594/16
daylight [1] 533/5
days [5] 365/20 415/2
419/21 424/21 424/21
dboyle [1] 334/6
de [2] 508/14 537/12
deadly [8] 341/22
342/7 362/3 362/4
362/6 593/5 593/6
593/11
deal [1] 377/14
death [1] 585/17
debate [1] 402/7
December [1] 354/5
decide [5] 345/21
346/2 347/22 349/5
405/21
decided [1] 352/4
decision [13] 347/7
383/3 383/4 383/4
383/5 383/6 383/7
384/21 385/1 385/2
385/6 493/19 509/3
decisions [1] 347/14
declared [2] 411/9
411/15
declaring [1] 396/6
defend [1] 364/7
defendant [118] 333/7
334/2 338/12 338/18
342/25 343/1 343/7
343/11 343/16 343/18
344/10 344/11 346/17
346/19 346/22 347/1
347/5 351/5 352/13
352/24 353/11 353/13
353/23 354/1 354/7
355/10 355/14 355/17
356/1 356/4 356/13
356/23 357/3 357/21
358/5 358/7 358/10
358/12 358/17 358/20
358/21 358/24 359/3
359/7 359/9 359/19
360/4 360/13 360/23
360/6 361/19 362/10
372/5 372/13 372/17
374/7 374/11 374/13
375/11 375/14 375/16
375/17 375/19 375/20
375/22 375/23 375/25
409/11 412/3 427/18
428/15 453/21 456/20
499/2 500/20 501/21
503/10 504/4 505/13
506/5 507/17 510/17
513/2 513/10 514/14
516/8 517/18 518/14
518/19 518/21 519/2
519/23 522/15 522/20
523/21 524/2 525/20
526/8 527/23 528/13
529/4 529/9 530/11
530/17 537/5 542/18
543/18 544/22 545/25
555/23 556/14 556/17
559/21 560/23 567/8
569/4 570/13 570/19
571/9 573/8 574/13
581/16 583/3 584/12
585/2 586/10 589/18
defendant's [23]
343/20 353/2 361/10
361/14 361/15 398/6
518/10 522/2 522/6
522/18 522/23 523/1
523/2 523/5 524/16
529/7 531/3 534/15
549/20 556/8 559/18
566/19 586/23
defense [16] 338/11
343/6 343/11 344/5
344/6 344/13 344/13
344/16 344/17 362/22
465/20 494/17 524/25
533/22 556/24 594/18
definitely [1] 526/15
degree [1] 365/5
deliberate [2] 340/23
366/7
deliberations [4]
340/14 344/22 345/6
350/22
delivered [2] 340/17
347/20
demands [1] 362/19
demeanor [1] 487/1
demonstration [2]
412/17 440/25
denied [1] 559/3
Dennis [2] 334/2
338/11
dennisboylelegal.com
[2] 334/6 334/7
Department [11]
445/11 456/24 457/8
469/6 501/16 502/1
503/13 503/14 504/10
509/11 516/16
depending [1] 458/18
depends [1] 463/24
depict [8] 417/20 506/5
513/6 557/5 558/19
559/21 567/8 570/19
depicted [13] 391/16
428/8 428/16 503/22
504/6 505/13 506/15
509/2 509/4 515/6

**depicted... [3]** 515/7
557/24 558/2

**depicting [2]** 438/15
527/22

**depiction [5]** 417/17
419/15 428/9 429/9
503/23

**depictions [3]** 515/5
519/22 524/1

**depicts [1]** 419/12

**descended [1]** 354/14

**descending [1]** 355/20

**describe [7]** 345/7
458/6 534/19 537/7
546/6 565/10 565/20

**described [4]** 461/23
462/15 485/8 489/20

**describing [3]** 430/8
498/10 498/20

**description [4]** 531/23
532/4 532/4 532/8

**designate [1]** 473/4

**desire [2]** 369/3 386/11

**desk [5]** 359/6 359/8
400/17 405/9 405/10

**desks [2]** 374/5 388/7

**destroyed [2]** 340/18
342/17

**destruction [1]** 362/1

**detail [3]** 475/20
475/20 489/3

**detailed [1]** 339/19

**details [2]** 341/19
353/8

**determination [9]**
352/20 355/14 361/17
362/14 383/9 385/7
506/14 554/16 576/21

**determinations [1]**
594/11

**determine [10]** 345/16
345/17 382/20 385/2
386/3 498/24 499/19
500/15 577/23 590/8

**determined [8]** 351/18
357/4 358/17 359/2
384/16 386/2 387/1
492/25

**determining [1]** 484/22

**develop [1]** 528/2

**deviate [1]** 484/23

**device [1]** 593/6

**devices [1]** 463/1

**dictation [1]** 392/6

**did [169]** 355/13
364/24 366/11 368/2
368/6 368/7 369/9
375/8 375/14 375/20
376/10 377/1 377/4
378/16 378/17 379/20
379/21 381/14 381/16
384/4 384/5 384/10
385/9 385/23 386/8
386/19 386/21 388/16
417/9 420/9 420/11
420/22 426/6 426/7
428/15 438/24 454/8

462/25 464/1 464/12
476/22 478/16 479/3
479/6 479/8 479/10
479/12 479/17 483/11
483/11 484/8 490/7
491/18 492/2 493/6
497/5 499/9 499/20
500/18 501/3 501/5
501/6 501/15 501/17
504/5 504/11 504/18
504/21 504/22 505/13
505/15 505/17 505/19
505/20 505/25 506/3
506/4 506/5 507/10
508/19 508/21 509/13
509/14 509/16 509/21
509/23 510/1 510/6
510/22 510/24 511/8
511/10 511/11 511/12
512/2 512/3 512/4
512/8 512/10 512/12
512/14 512/15 516/6
516/7 516/18 516/21
517/20 517/22 517/24
517/25 520/10 521/9
521/12 521/13 521/17
523/12 523/13 523/14
523/16 523/18 523/20
523/23 524/1 524/3
524/11 527/9 527/10
527/18 527/22 527/25
528/2 528/5 534/6
535/18 536/4 536/10
538/8 541/8 541/21
542/18 542/20 545/2
545/19 547/4 549/19
549/21 550/7 550/16
550/19 552/5 552/11
559/16 560/10 560/13
561/19 565/15 567/6
573/6 573/7 575/24
577/18 579/20 581/14
583/1 586/8 587/14

**Did they [1]** 504/22

**did you [21]** 375/14
378/16 381/14 384/4
385/9 476/22 501/6
501/15 505/13 505/17
509/21 510/6 510/22
512/4 521/9 527/22
528/2 536/10 541/8
560/10 561/19

**did you recognize [1]**
542/18

**didn't [11]** 356/7 356/8
386/24 396/7 400/14
454/8 455/3 490/8
490/12 490/12 584/11

**difference [2]** 395/7
554/19

**different [27]** 355/4
368/4 380/12 381/23
415/20 469/20 470/16
487/9 496/24 498/6
528/10 544/9 556/20
559/5 562/10 577/21
577/22 583/13 583/14

588/8 588/9 589/10
590/4 593/8

**difficult [5]** 365/18
365/19 367/22 368/7
433/4

**digital [2]** 523/4 540/1

**dignitaries [2]** 357/10
414/5

**dignitary [1]** 475/21

**direct [12]** 335/4 344/4
344/14 371/3 384/12
455/16 459/8 459/15
466/3 468/3 495/7
527/2

**direction [7]** 382/25
385/17 394/4 424/14
434/25 568/20 588/8

**directions [2]** 385/25
590/4

**directly [7]** 413/25
439/16 440/20 443/6
443/7 444/11 526/4

**disagree [1]** 453/25

**disappears [1]** 416/25

**disclose [1]** 341/4

**discriminating [1]**
441/1

**discuss [9]** 338/16
347/6 348/4 349/4
396/24 460/3 524/23
524/24 525/9

**discussed [3]** 348/16
367/22 389/18

**discussing [2]** 389/4
459/21

**discussion [2]** 348/18
398/16

**discussions [3]** 348/18
559/3 591/19

**dismissed [1]** 389/5

**disorder [7]** 342/1
361/23 453/23 453/23
454/4 454/5 454/13

**disorderly [3]** 342/11
362/3 362/7

**dispassionately [1]**
366/9

**displayed [1]** 406/9

**dispute [1]** 350/11

**disputes [1]** 363/9

**disputing [1]** 576/10

**disregard [2]** 346/5
363/22

**disregarded [1]** 354/18

**disrupt [1]** 380/24

**disrupted [4]** 389/25
390/11 454/13 455/4

**disruptive [2]** 342/11
362/3

**distance [2]** 374/19
375/6 455/11

**distancing [3]** 374/8
374/17 375/6

**distinctive [1]** 361/10
508/9 539/21

**distort [1]** 350/15

**distracts [1]** 340/10

DISTRICT [2] 337/5
333/1 333/10 409/11
427/18 456/20 503/10
513/2 518/18 522/15
529/4

**disturbance [2]** 434/3
446/24

**division [14]** 425/11
469/1 469/3 469/22
469/23 469/24 470/6
470/9 470/10 470/11
470/12 470/14 475/20
475/22

**divisions [1]** 469/20

**do [201]** 338/25 339/10
339/12 340/3 344/10
347/13 348/5 348/18
348/25 349/2 350/18
351/24 353/16 359/24
360/5 364/4 364/4
364/12 365/9 365/11
366/6 368/3 369/14
371/8 371/18 372/20
374/23 375/23 379/7
380/9 380/19 382/19
385/9 385/23 386/13
386/22 387/17 389/19
399/24 402/7 403/10
409/4 417/13 417/25
419/5 419/7 419/8
423/19 425/12 426/8
426/10 426/11 433/15
434/7 436/16 437/23
439/2 440/11 440/18
440/19 440/22 445/2
445/19 446/23 447/3
447/4 447/5 447/6
448/15 448/17 449/16
449/17 452/9 454/3
454/1 455/16 457/25
459/7 461/14 461/15
461/16 462/10 462/22
463/7 463/9 463/12
464/5 464/17 464/18
465/8 468/12 469/24
470/11 474/3 474/4
474/6 484/8 487/24
488/25 495/15 495/17
497/6 499/9 500/7
500/8 504/16 504/21
505/21 506/18 506/19
509/16 511/8 514/4
515/23 515/24 521/1
521/2 521/3 521/17
531/16 531/17 534/17
534/18 534/22 537/5
537/6 537/10 538/3
538/4 538/5 538/18
539/13 539/14 539/15
540/10 541/2 541/3
541/23 544/22 544/24
545/4 545/17 546/3
546/14 547/2 547/3
547/13 548/2 548/4
548/12 548/14 548/15
548/16 549/9 549/10
548/22 549/23 550/1
549/22 549/23 550/1
510/16 553/15 554/3

**do you [20]** 371/8
409/4 457/25 461/15
495/15 495/17 521/1
534/17 549/22 550/1
554/3 559/14 562/4
562/5 563/13 574/13
575/5 575/22 581/25
585/11

**do you have [3]**
455/16 547/13 578/10

**do you know [9]**
387/17 462/10 462/22
463/9 464/5 464/17
488/25 540/10 545/4

**do you recognize [38]**
419/5 419/8 423/19
445/2 445/19 448/15
449/16 474/3 474/6
521/3 531/16 534/22
538/18 539/13 539/15
541/2 544/22 545/17
547/2 548/2 548/14
548/16 549/9 553/15
556/17 561/14 561/16
562/18 563/7 563/21
567/3 571/9 573/1
574/22 575/11 586/4
588/12 591/9

**do you see [20]** 433/15
434/7 436/16 437/23
439/2 440/11 440/18
440/22 447/3 447/5
537/5 537/10 538/3
538/5 546/3 548/12
563/2 576/4 578/8
584/7

**document [1]** 392/7

**does [84]** 344/11
344/13 348/24 355/5
365/9 366/6 375/16
380/9 381/19 382/17
395/6 400/13 400/15
402/10 405/13 407/8
416/20 417/20 417/25
418/7 424/20 424/22
424/23 426/12 426/24
427/1 441/17 444/8
458/17 469/7 469/10
469/19 469/24 470/11
472/24 478/9 497/19
508/9 508/11 514/4
515/5 518/2 518/23
528/15 535/20 542/22
542/24 545/25 546/1

606

**D**

**does...** **[35]** 549/11
555/12 556/2 556/3
556/4 556/7 556/10
556/12 556/13 556/16
557/5 558/8 558/11
559/21 559/23 565/10
567/8 567/9 569/4
569/5 569/6 570/19
570/20 573/8 573/9
581/16 581/17 583/3
583/4 583/10 586/10
586/11 589/7 589/18
589/19
**doesn't** **[3]** 359/17
534/25 536/4
**doing** **[12]** 355/19
358/16 360/3 360/24
369/7 381/4 446/1
459/19 460/14 526/8
565/12 565/13
**DOJ** **[1]** 333/19
**DOJ-USAO** **[1]** 333/19
**dome** **[2]** 441/18
441/19
**dominant** **[1]** 441/16
**don't** **[39]** 353/15
363/23 363/24 367/20
371/22 383/12 390/1
394/15 396/15 397/9
399/21 399/22 400/1
401/7 406/21 430/5
434/4 443/13 443/15
452/8 453/25 455/8
455/14 487/5 492/7
497/22 498/11 502/15
514/18 525/13 531/20
540/9 541/24 557/9
565/8 567/23 591/13
591/18 593/14
**Donald** **[2]** 367/1
367/14
**Donald Trump** **[1]**
367/1
**Donald Trump's** **[1]**
367/14
**done** **[15]** 357/3 359/1
364/3 364/10 369/7
377/12 384/19 385/18
390/1 415/3 415/3
415/4 415/6 540/11
565/22
**DoNotCertify** **[1]** 353/9
**door** **[9]** 357/10 388/10
414/1 416/22 442/23
443/4 443/25 445/8
526/6
**doors** **[10]** 383/1 386/2
386/17 388/4 388/5
388/8 388/9 388/15
488/18 491/7
**dots** **[1]** 437/14
**double** **[1]** 488/18
**doubt** **[11]** 346/20
346/22 346/25 347/4
362/10 365/2 365/3
365/5 365/6 369/16
370/2

**down** **[28]** 350/21
354/20 355/11 373/4
381/9 382/16 382/18
383/1 384/6 384/12
385/16 386/1 386/4
389/16 389/17 394/3
396/24 397/22 413/8
435/22 440/4 462/22
466/16 485/24 525/9
560/24 562/6 592/2
**download** **[2]** 521/18
522/20
**draw** **[4]** 342/25 440/14
464/19 518/9
**drawer** **[5]** 359/6 359/8
359/10 525/19 593/9
**drawn** **[4]** 363/3 388/17
388/24 390/2
**dressed** **[1]** 487/6
**drew** **[1]** 400/22
**driver's** **[2]** 500/11
507/25
**due** **[8]** 354/16 374/12
374/24 381/9 386/12
393/11 393/25 584/21
**during** **[36]** 340/7
340/14 340/16 341/7
341/12 345/23 348/9
350/22 357/12 374/9
375/3 385/8 387/6
388/23 396/25 400/11
407/6 410/13 414/5
414/6 414/9 416/15
436/25 443/18 449/24
460/4 460/12 491/15
492/2 496/23 499/21
499/21 513/6 525/10
527/24 528/4
**duties** **[12]** 342/10
451/10 451/16 451/20
453/14 454/11 454/14
455/8 455/9 456/3
457/3 457/11
**duty** **[2]** 345/14 347/1

**E**

**each** **[19]** 340/5 341/6
344/23 345/3 361/2
361/21 362/11 364/14
369/15 373/11 379/5
379/13 402/8 405/11
410/4 428/2 481/3
503/17 516/13
**eagle** **[5]** 578/9 578/11
578/12 581/2 581/8
**earlier** **[5]** 392/19 440/2
513/14 527/4 528/17
**early** **[2]** 536/9 594/22
**easier** **[1]** 497/7
**easily** **[1]** 463/23
**east** **[8]** 409/24 410/7
451/14 485/16 486/7
486/8 486/8 486/18
**easy** **[1]** 364/12
**edge** **[1]** 431/14
**edited** **[2]** 428/12 504/2

**e-mail** **[2]** 460/24
594/21
**efficient** **[1]** 345/11
**effort** **[1]** 463/7
**eight** **[2]** 359/10 577/3
**eight-second** **[1]** 577/3
**eighth** **[1]** 359/19
**either** **[12]** 340/3
343/12 346/10 402/21
414/3 436/4 438/18
454/7 496/3 497/6
516/15 520/14
**Elect** **[3]** 416/20 436/13
442/22
**elected** **[2]** 357/11
410/13
**election** **[17]** 352/3
352/3 352/6 352/17
352/19 352/25 353/1
367/4 367/7 376/3
379/17 408/9 410/17
413/7 440/8 443/1
494/7
**elections** **[1]** 368/16
**electoral** **[29]** 342/4
352/6 352/21 353/3
353/10 353/20 360/14
360/16 360/23 361/3
376/4 376/7 378/21
378/22 379/17 391/22
392/22 396/4 402/1
405/23 408/21 410/10
410/17 411/24 413/9
471/16 482/3 491/15
493/20
**electors** **[2]** 403/18
404/14
**electronic** **[3]** 349/11
361/7 365/12
**electronically** **[1]**
347/18
**element** **[7]** 346/25
347/3 364/19 364/25
365/1 370/2 454/22
**elements** **[10]** 363/23
364/15 364/19 364/22
364/22 364/24 369/16
452/4 452/5 458/10
**elevated** **[1]** 373/9
**elevator** **[1]** 348/15
**elicit** **[1]** 566/7
**Ellipse** **[1]** 539/3
**else** **[14]** 341/15
347/17 348/17 369/21
385/23 386/22 489/8
501/3 526/17 538/15
563/2 577/18 584/21
594/15
**else's** **[1]** 526/14
**email** **[7]** 333/17
333/21 334/5 334/6
349/14 476/23 497/11
**emergency** **[12]** 381/9
381/23 382/8 384/4
385/14 393/25 394/15
484/21 485/7 485/9
485/13 490/4
**emotion** **[4]** 366/3

**emotional** **[2]** 365/21
365/25
**employed** **[3]** 371/24
469/16 522/25
**employees** **[2]** 457/3
457/11
**employer** **[1]** 348/1
**employment** **[1]**
458/14
**enables** **[1]** 363/7
**enact** **[2]** 484/21
485/12
**enacted** **[1]** 352/22
**encounter** **[4]** 348/10
363/21 421/17 421/24
**encouraging** **[1]** 354/1
**end** **[15]** 339/20 340/16
341/4 344/20 345/4
347/8 362/16 366/16
366/21 369/23 459/15
527/1 576/5 592/23
594/11
**ended** **[1]** 385/3
**ending** **[1]** 369/4
**enforcement** **[1]** 493/3
**engage** **[1]** 484/22
**engaged** **[3]** 342/10
457/2 457/10
**engaging** **[1]** 362/5
**enough** **[5]** 364/21
374/14 375/5 385/6
400/24
**ensure** **[3]** 398/22
424/24 492/17
**ensuring** **[1]** 593/24
**enter** **[8]** 357/11 360/20
431/13 433/22 474/14
480/11 502/11 506/20
**entered** **[11]** 339/4
341/2 341/23 356/19
356/20 389/1 401/10
429/3 460/25 464/14
526/23
**entering** **[5]** 360/2
362/2 420/14 437/16
484/6
**enters** **[2]** 424/15
460/11
**entire** **[3]** 397/23 414/6
573/11
**entirely** **[1]** 340/2 340/8
368/4
**entirety** **[1]** 565/6
**entitled** **[4]** 350/10
403/24 501/25 522/6
**entourage** **[4]** 482/16
483/16 491/5 491/11
**entrance** **[2]** 442/24
444/6
**entrances** **[1]** 424/15
**environment** **[1]** 369/4
**equally** **[1]** 363/12
**equipment** **[15]** 427/24
428/2 428/4 428/6
457/18 457/24 458/3
458/6 458/7 458/8
458/15 503/15 503/16

**equipped** **[1]** 458/23
**erase** **[2]** 434/16
437/12
**error** **[2]** 419/10 419/11
**escorted** **[1]** 394/6
**essentially** **[2]** 380/23
594/2
**establish** **[7]** 365/6
370/1 389/13 389/24
390/2 454/4 454/23
**established** **[16]** 350/5
364/13 423/24 454/16
454/17 454/18 472/14
472/16 472/17 473/2
473/3 473/6 473/10
473/11 473/19 485/3
**et** **[3]** 376/2 388/24
435/11
**et cetera** **[2]** 376/2
388/24
**evacuate** **[1]** 386/9
**evacuated** **[8]** 395/19
411/6 411/10 411/13
411/17 411/18 453/15
453/17
**evacuating** **[1]** 387/10
**evacuation** **[2]** 382/1
382/10
**even** **[28]** 341/2 346/3
347/9 347/13 348/2
350/7 352/1 354/20
358/24 364/23 365/18
367/20 368/2 369/10
380/22 386/15 414/9
437/7 444/5 448/4
454/9 454/25 455/10
455/11 589/11 589/13
589/14 591/19
**evening** **[2]** 421/25
591/23
**event** **[8]** 340/24 353/8
377/18 473/9 503/23
585/20 593/7 594/15
**events** **[13]** 365/15
365/22 368/12 428/8
428/10 470/24 503/22
513/6 515/2 551/19
555/10 556/10 556/13
**eventually** **[9]** 356/18
358/18 481/20 484/19
491/10 493/9 493/12
494/6 557/8
**ever** **[6]** 340/19 357/8
363/25 373/3 379/9
433/24
**ever-so-many** **[1]**
433/24
**every** **[20]** 346/17
346/25 360/17 361/2
361/21 362/11 364/18
364/25 365/1 369/15
370/1 370/2 371/23
379/16 379/16 404/14
424/13 516/13 528/9
531/20
**everybody** **[10]** 351/11
363/15 369/21 386/4

**E**

**everybody... [6]** 388/21
397/6 401/11 401/23
461/2 514/9

**everyone [11]** 338/5
339/6 339/6 339/15
363/12 401/12 460/9
461/1 525/11 526/19
594/23

**everything [13]** 350/2
359/13 365/11 373/1
386/12 398/19 402/3
417/12 436/8 458/9
479/17 512/6 521/15

**evidence [99]** 340/10
341/15 342/21 342/24
343/23 343/24 344/9
344/10 344/12 344/13
344/20 345/1 345/3
345/3 345/18 346/9
347/15 350/11 350/12
353/2 353/13 361/7
361/15 361/16 362/9
362/13 362/18 364/8
366/21 367/17 369/2
369/20 369/25 391/4
399/25 400/2 400/7
403/6 406/17 409/1
412/6 415/25 419/3
423/15 427/13 429/20
446/12 449/6 452/7
456/12 474/15 474/18
475/1 480/12 480/16
488/11 502/23 511/23
517/15 518/8 522/8
525/15 526/3 531/13
533/25 535/11 536/20
537/24 539/9 541/16
542/14 543/4 543/11
543/21 544/18 545/13
546/22 548/8 549/6
550/13 553/7 554/17
560/6 562/1 566/13
567/19 569/16 571/4
572/15 574/10 580/12
582/7 583/19 586/16
588/1 588/23 589/24
594/6 594/14

**exact [6]** 356/1 356/22
392/4 530/9 530/14
558/3

**exactly [15]** 355/13
370/4 372/8 373/2
374/20 402/6 403/3
414/13 415/16 465/9
492/25 551/8 551/16
581/21 582/10

**examination [17]**
344/4 344/6 344/8
344/15 344/16 371/3
455/16 459/8 459/15
459/16 461/5 465/23
465/25 468/3 495/7
527/2 559/19

**examine [1]** 344/15

**example [7]** 348/14
349/12 350/5 440/15
460/15 507/25 514/25

**examples [2]** 370/13
519/23

**except [1]** 375/12

**exception [1]** 504/1

**excerpts [1]** 406/8

**exclusive [1]** 346/6

**excuse [3]** 381/11
402/25 593/6

**executed [1]** 517/2

**executive [3]** 469/1
469/3 469/6

**exhibit [153]** 338/25
390/15 390/25 391/4
401/19 401/20 402/17
403/12 403/23 404/21
405/17 405/25 406/8
406/12 408/18 409/1
415/21 415/22 415/25
418/23 418/25 419/3
419/6 423/9 423/12
423/15 423/19 423/20
427/3 427/13 429/7
429/14 429/15 429/16
429/19 429/20 430/14
431/3 447/16 448/9
456/2 456/12 461/22
473/25 474/3 474/18
474/21 480/1 480/2
480/11 480/16 488/7
488/11 488/13 490/2
501/25 502/23 504/3
512/20 513/5 518/13
519/1 519/1 519/5
519/10 519/11 519/16
519/17 520/18 520/22
522/5 522/8 524/15
528/22 531/10 531/13
533/18 533/25 534/10
535/7 535/11 535/15
536/17 536/20 536/23
537/24 539/9 540/23
541/16 541/23 542/3
542/5 542/14 543/1
543/4 543/9 543/11
543/17 543/21 543/25
544/9 544/18 545/13
546/16 546/22 547/23
548/8 549/6 550/13
553/7 554/3 554/25
555/16 559/2 559/5
559/9 560/6 561/13
561/22 562/1 563/14
563/15 564/19 565/1
566/13 566/24 567/19
568/23 569/16 570/14
571/4 572/7 572/15
572/19 574/2 574/10
574/17 579/14 580/12
581/11 582/7 582/21
583/16 583/19 585/20
586/13 586/16 587/1
588/1 588/10 588/23
589/2 589/24

**Exhibit No. 204.11 [1]**
535/7

**exhibits [20]** 335/9
397/18 399/17 402/14
403/6 406/17 428/13

**exists [1]** 436/20

**existing [4]** 412/22
434/13 436/18 438/17

**exit [1]** 443/14

**exited [4]** 396/22 460/1
525/7 591/25

**exits [1]** 442/20

**expand [1]** 535/23

**expect [1]** 343/24

**expectations [1]**
375/24

**expected [3]** 375/23
413/4 478/16

**expedient [1]** 364/2

**expenses [1]** 530/5

**experience [1]** 365/20

**experienced [1]**
349/20

**explain [15]** 339/17
343/2 343/5 349/17
370/4 391/11 397/8
415/18 429/24 430/6
442/17 498/3 498/23
531/21 532/16

**explained [1]** 393/24

**explaining [1]** 391/25

**explains [1]** 407/6

**explanation [3]** 393/3
483/10 547/13

**explosives [1]** 492/22

**expressed [1]** 346/3

**extending [1]** 414/17

**extension [1]** 372/18

**extensive [2]** 357/2
588/19

**extent [5]** 345/21 380/5
380/20 502/16 516/3

**exterior [4]** 408/15
412/11 424/14 441/6

**extract [2]** 369/17
523/1

**extracted [3]** 519/2
523/4 523/10

**extraction [2]** 523/9
523/12

**extraordinary [1]**
388/3

**extremities [1]** 458/11

**extremity [1]** 548/19

**eye [3]** 508/14 537/11
582/15

**F**

**facades [1]** 415/6

**face [4]** 500/12 500/14
500/17 517/18

**Facebook [22]** 347/20
353/6 356/6 361/14
499/13 510/9 511/13
512/7 529/21 530/7
530/9 530/9 530/10
531/19 532/1 532/6
534/7 534/8 534/12

**facial [5]** 500/15
500/25 504/14 504/15
505/21

**facial-recognition [1]**
500/15

**facilitate [2]** 497/5
547/21

**facing [2]** 552/18
568/20

**fact [31]** 384/4 412/5
421/15 426/6 437/7
458/22 458/25 479/4
495/24 496/7 499/20
505/13 506/5 506/15
509/3 511/2 516/11
518/10 521/23 527/22
528/6 559/21 567/8
569/4 570/19 573/8
574/13 576/11 581/16
583/3 586/10

**factor [1]** 441/1

**facts [12]** 345/16
345/17 346/3 346/4
349/7 349/15 363/20
364/19 366/8 366/8
412/4 507/11

**factual [1]** 350/13

**fail [4]** 462/25 464/1
464/11 464/12

**failed [9]** 347/3 364/4
370/1 462/11 464/3
464/5 464/10 464/20
464/21

**fair [15]** 345/11 363/10
390/19 417/16 419/14
426/24 428/9 428/9
429/9 455/1 463/20
474/9 480/6 503/23
519/22

**fairly [3]** 364/7 415/2
513/5

**fall [1]** 583/10

**fallen [1]** 439/3

**falls [1]** 430/21

**familiar [17]** 355/3
357/9 377/9 390/21
418/4 418/15 424/18
428/22 429/1 443/20
449/22 450/20 457/18
458/3 458/14 515/5
534/15

**familiarity [2]** 528/3
561/2

**families [1]** 468/22

**family [11]** 347/25
352/7 360/20 469/11
469/13 472/3 472/6
472/9 477/8 483/17
491/11

**fancy [4]** 372/20 373/7
374/4 383/18

**far [4]** 444/8 455/10
502/19 566/4

**fashion [1]** 594/7

**fault [1]** 554/10

**favor [3]** 352/4 352/17
352/25

**F-89 [12]** 361/5 495/18
495/19 496/16 497/5
497/9 513/18 514/4
516/18 518/10 522/22
522/25

**feature [1]** 441/16

**featured [2]** 353/25
555/22

**features [2]** 415/20
539/21

**federal [5]** 333/14
454/19 493/2 522/19
529/8

**federally [2]** 342/2
451/15

**feel [4]** 340/20 386/8
386/24 516/18

**feet [19]** 374/18 409/19
409/20 409/21 409/24
420/20 421/6 421/6
421/7 421/7 423/2
423/4 433/24

**fellow [1]** 347/10
347/13 349/3

**felt [1]** 502/10

**fenced [1]** 414/7

**fencing [37]** 354/20
412/21 413/11 414/8
417/20 420/20 420/25
421/1 421/3 421/8
422/21 431/20 431/24
433/1 433/5 433/8
433/12 433/18 434/7
434/9 434/11 435/10
436/16 436/18 436/20
436/20 437/5 437/8
437/15 462/15 462/16
462/22 462/23 463/16
465/1 466/4 473/3

**few [11]** 339/17 345/5
353/4 396/12 446/6
461/13 510/8 510/10
547/22 549/14 577/4

**field [2]** 470/2 495/21

**fiery [2]** 573/19 573/20

**fifth [1]** 359/18

**fighting [1]** 357/14
368/16 482/25 558/20

**files [2]** 515/23 515/24

**filmed [1]** 543/18 561/5

**filming [1]** 565/17

**final [2]** 341/5 347/8

**finally [6]** 345/4 348/20
350/20 554/2 589/1
589/2

**financial [1]** 468/23

**find [35]** 340/9 340/10
346/24 347/1 347/2
347/4 348/14 359/13
363/17 368/7 509/20
510/12 510/16 511/2
512/8 516/6 520/2
523/20 523/23 527/22
534/6 535/18 538/8
545/2 545/19 547/4
550/16 559/16 567/6
573/6 579/20 581/14
583/1 586/8 587/14

**F**

finding [1] 524/12
fine [3] 430/18 526/1
558/18
fingers [1] 548/21
finish [2] 343/14 396/7
finished [4] 344/5
344/7 344/17 415/1
fire [1] 382/9
firearms [1] 400/7
firestorm [1] 400/7
first [23] 343/15 350/2
370/9 379/22 385/8
397/4 400/13 400/13
403/14 403/16 404/2
404/24 409/15 417/3
461/14 464/11 476/3
476/6 511/11 531/7
549/19 557/6 585/11
firsthand [1] 430/5
fit [1] 364/20
fits [1] 400/7
five [5] 491/25 492/2
492/12 533/9 585/24
flag [1] 552/13
flagpole [1] 593/9
flat [1] 437/23
fleur [2] 508/14 537/12
fleur-de-lis [2] 508/14
537/12
flexibility [1] 363/22
flexible [1] 421/1
floor [30] 373/22
373/23 374/3 374/6
374/8 374/16 374/21
381/6 382/24 382/25
383/1 385/24 387/22
387/23 394/3 394/14
410/4 439/15 477/16
478/4 478/22 478/23
478/25 479/2 479/14
480/7 483/24 488/17
546/9 546/10
follow [3] 343/3 404/7
492/8
follow-up [1] 492/8
followed [1] 535/2
following [10] 348/22
409/13 427/20 456/22
503/12 504/1 513/4
518/20 522/17 529/6
follows [1] 405/3
footage [24] 357/9
358/4 426/11 426/18
426/21 428/3 428/5
428/7 428/8 428/11
428/14 428/16 428/18
464/7 503/17 503/19
503/21 503/22 504/2
504/4 504/6 519/12
519/18 552/22
force [1] 533/15
forced [1] 354/24
foregoing [1] 595/3
foreground [1] 431/21
forensic [3] 521/10
523/7 559/19
forensically [1] 521/24

forgotten [1] 459/11
form [9] 475/7 475/10
476/2 476/3 476/6
476/18 476/22 476/25
593/2
formal [1] 342/22
former [2] 354/8
468/21
forms [1] 508/3
forward [13] 389/12
389/18 389/24 390/3
390/4 431/22 440/5
459/23 499/6 524/22
552/7 552/8 580/25
fought [1] 357/15
found [11] 512/13
516/14 519/24 521/4
521/7 528/17 529/9
534/7 556/8 568/25
570/17
foundation [10] 430/10
448/10 450/4 450/23
451/2 506/12 506/18
507/12 509/5 555/18
fountain [8] 410/3
413/24 416/13 420/4
436/7 436/10 438/18
438/20
four [4] 379/11 409/19
465/16 592/8
four-hour [1] 465/16
fourth [1] 437/3
frame [1] 402/6
frames [1] 576/16
free [1] 340/20
Friday [2] 592/18
592/22
friends [1] 347/25
front [34] 354/25 355/2
373/10 388/8 405/10
410/2 410/6 410/7
413/17 413/21 417/13
417/14 417/17 425/24
428/23 429/11 429/14
435/22 439/11 439/16
440/20 443/6 444/4
448/19 451/14 451/14
496/4 508/15 513/22
527/23 528/3 528/14
535/16 571/24
fruitful [2] 501/1
505/22
fucking [1] 591/1
Fugiel [1] 333/18
full [3] 353/21 533/15
541/23 558/20
fullest [1] 341/8
function [2] 342/2
454/19
functioning [2] 424/25
426/15
functions [3] 451/15
453/20 454/22
furniture [6] 356/21
356/24 356/24 356/25
388/6 525/17
furry [1] 537/8

father [19] 362/14 363/8
355/15 358/23 386/15
388/8 434/12 459/7
459/12 465/21 466/14
494/11 501/3 506/16
509/13 512/13 552/7
555/18 581/3 582/17
Furthermore [2]
342/14 350/7

**G**

gaiter [1] 540/1
gaiters [1] 539/25
Galleries [7] 372/11
372/17 374/8 374/16
375/1 381/12 383/2
gallery [7] 373/20
373/21 373/23 373/24
381/6 382/2 411/19
gas [3] 354/21 365/17
368/23
gather [1] 482/11
gathered [1] 498/24
gathering [3] 484/12
485/16 486/7
gave [4] 377/13 385/25
504/22 504/23
gavel [1] 385/15
gear [1] 458/10
gender [1] 363/13
general [6] 418/13
436/24 437/1 472/23
473/8 477/4
generalize [1] 497/22
generally [7] 349/21
377/19 378/24 380/16
436/24 527/19 555/10
gentleman [4] 373/4
394/1 394/8 461/16
gentlemen [23] 354/10
356/12 359/22 360/6
363/2 365/10 369/19
370/21 373/4 412/1
427/11 459/14 468/9
474/20 480/22 483/6
489/13 489/20 508/25
518/3 526/24 554/12
591/14
George [3] 370/11
371/2 371/7
get [49] 338/17 339/9
355/15 357/4 358/17
369/23 376/19 379/18
381/19 388/18 420/14
422/14 450/1 451/21
452/7 454/7 454/15
455/15 458/3 483/1
486/10 490/12 490/13
498/6 498/18 501/6
502/3 506/7 508/23
511/15 512/11 515/3
515/5 515/22 526/2
527/18 550/2 550/3
550/4 557/3 561/19
564/16 575/24 576/7
591/21 592/10 592/23
594/21 594/22
gets [4] 414/1 453/5

getting [11] 381/18
386/5 470/23 482/17
485/19 485/21 486/5
490/7 492/5 496/24
500/10
Gettr.com [2] 529/24
529/24
Gettr.com/user/thereal
J6 [1] 529/24
Gina [7] 573/4 575/6
577/15 584/7 584/9
584/10 587/8
Gina's [1] 580/20
give [19] 339/20
339/21 341/8 382/24
385/13 385/17 394/3
412/24 418/12 440/8
442/22 464/23 500/17
514/13 514/25 558/3
585/17 585/17 592/20
given [7] 339/25
348/23 392/5 399/22
401/22 402/5 450/20
gives [2] 416/18
444/10
GiveSendGo [1] 530/5
giving [4] 368/9 422/16
422/18 591/17
glad [1] 374/10
glass [1] 485/22
go [64] 340/13 347/17
352/14 353/11 353/12
355/12 355/13 361/21
367/18 368/1 368/6
379/20 385/16 389/10
394/2 396/3 399/13
399/23 404/8 404/12
404/21 404/25 405/16
406/22 414/23 416/18
427/12 431/4 432/22
437/2 443/17 443/17
444/8 455/14 456/16
460/15 477/12 478/14
479/12 479/17 482/12
488/18 498/15 500/23
503/6 506/16 510/11
515/3 523/9 530/25
531/20 538/11 540/14
542/13 551/7 551/25
552/7 554/21 559/5
574/9 575/2 575/8
580/25 582/4
go ahead [12] 399/13
404/8 404/12 406/22
427/12 456/16 503/6
542/13 554/21 574/9
575/2 582/4
GoDaddy [1] 530/2
goes [13] 393/4 414/3
414/4 414/17 432/11
433/5 442/22 443/4
443/7 444/9 444/11
483/4 502/11
going [114] 339/10
339/17 339/21 351/19
351/20 351/21 351/25
352/2 352/12 352/15

353/2 353/4
353/21 354/4 355/23
357/13 357/15 357/23
357/25 358/1 358/4
358/5 358/8 358/11
358/18 359/15 359/18
360/6 360/9 360/12
361/9 361/15 361/16
361/21 362/16 362/17
367/24 368/2 375/21
375/25 376/11 376/16
377/3 378/1 378/4
380/8 380/15 380/16
380/21 380/25 381/18
384/9 384/17 386/6
386/12 389/24 390/3
391/25 398/3 398/5
401/20 401/21 408/14
412/12 413/3 417/2
421/20 430/6 430/8
430/11 434/12 436/12
436/13 440/9 440/9
449/25 450/1 450/3
466/10 476/2 476/6
477/7 478/13 483/3
486/9 486/10 498/17
502/5 502/7 502/8
506/16 506/22 512/11
516/11 529/11 530/24
541/19 546/12 553/19
553/23 555/3 555/16
555/19 557/12 558/13
558/20 575/23 576/20
577/15 580/20 590/14
590/18 593/23
goings [1] 425/18
gone [4] 448/2 463/19
463/19 485/24
good [25] 338/4 338/6
338/14 338/15 339/6
370/18 370/19 370/20
408/17 417/25 427/3
428/4 460/22 461/11
461/12 468/6 468/7
495/10 495/11 503/18
579/11 579/12 585/25
591/12 591/22
good morning [5]
338/14 338/15 339/6
370/18 370/20
Google [2] 515/23
515/24
got [14] 429/2 484/18
496/23 496/25 501/7
501/8 537/9 551/4
551/4 569/25 571/24
571/25 572/3 579/22
gotten [1] 528/18
government [50]
333/13 338/10 338/20
343/6 343/8 343/15
344/2 344/3 344/5
344/7 344/9 344/15
344/17 346/21 346/24
347/3 351/1 362/1
362/1 364/14 364/18
364/21 364/25 366/12
367/13 367/21 369/15

609

**government... [23]** 369/17 370/1 370/8 371/2 397/16 398/18 398/22 399/19 412/3 457/5 457/13 459/6 466/18 466/21 468/2 477/24 494/10 494/23 495/6 525/14 526/12 566/7 592/3

**government's [73]** 335/5 335/11 343/19 362/9 391/4 400/17 403/6 406/17 409/1 415/25 419/3 423/15 427/13 428/13 429/20 446/12 456/12 461/21 473/25 474/3 474/18 480/1 480/16 488/7 488/11 488/13 502/23 504/3 512/20 518/25 519/1 519/5 519/10 519/11 519/16 519/17 522/8 523/3 530/6 530/12 531/13 533/25 535/11 536/20 537/24 539/9 541/16 542/14 543/4 543/11 543/21 544/18 545/13 546/22 548/8 549/6 550/13 553/7 560/6 562/1 566/13 567/19 569/16 571/4 572/15 574/10 580/12 582/7 583/19 586/16 588/1 588/23 589/24

**Government's Exhibit 506 [1]** 474/3

**Government's Exhibit 507 [2]** 488/7 488/13

**Government's Exhibit 512 [1]** 480/1

**grab [1]** 400/12

**grand [1]** 341/20

**grassy [1]** 465/5

**grateful [1]** 591/16

**gray [3]** 437/24 438/4 540/1

**great [5]** 366/2 398/23 399/7 481/14 554/1

**greatest [1]** 366/1

**green [1]** 435/7

**Greenwich [1]** 532/22

**Grosshans [5]** 333/18 338/9 343/9 351/2 370/22

**ground [7]** 359/14 409/19 413/22 449/19 463/21 546/9 546/10

**grounds [48]** 341/24 341/25 342/13 351/22 352/10 354/15 354/16 354/18 354/24 355/8 355/16 355/21 360/11 360/18 362/2 362/4 362/6 362/8 408/16 408/20 409/14 412/11 412/20 412/22 414/9 422/14 423/10 423/23 424/11 424/14 428/1 429/10 431/13 455/10 457/2 457/9 460/17 466/5 466/9 492/4 493/7 494/3 519/7 519/13 519/18

**group [2]** 440/16 440/18

**groups [1]** 368/19

**grow [1]** 363/8

**gruesome [1]** 353/24

**guess [6]** 346/14 430/15 453/4 489/10 540/18 546/8

**guests [1]** 414/5

**guidance [3]** 398/25 422/16 422/18

**guilt [4]** 342/24 342/25 365/6 518/10

**guilty [7]** 342/19 346/20 346/22 347/2 347/5 362/19 370/5

**guns [3]** 388/16 388/24 390/2

**guy [18]** 551/4 551/5 552/13 552/17 553/18 553/20 553/23 553/23 560/15 560/15 563/25 569/24 576/5 578/9 578/11 578/12 581/2 581/8

## H

**H-a-w-a [1]** 468/11

**had [78]** 340/5 355/5 359/25 360/13 360/15 360/15 360/17 367/1 367/3 367/4 372/16 379/24 381/6 381/14 381/15 382/15 384/7 386/16 386/23 387/3 387/6 390/13 395/18 395/19 397/8 398/16 401/6 401/24 410/18 411/7 411/14 412/16 415/8 415/9 417/8 419/20 420/13 426/20 429/6 454/11 454/17 461/2 464/14 466/4 473/2 479/9 482/19 482/21 483/15 485/12 485/15 485/21 485/24 486/16 487/5 487/6 487/20 487/23 487/23 490/10 491/4 492/18 492/18 498/25 500/23 505/11 507/16 507/19 510/1 510/19 510/20 516/18 517/17 523/8 529/9 534/14 554/14 573/11

**hadn't [1]** 459/10

**hair [3]** 551/4 552/18 553/19

**half [4]** 421/6 423/2 423/4 592/10

**hall [4]** 404/16 405/5 405/7 408/6

**hallway [1]** 488/22

**halted [1]** 491/17

**halting [1]** 361/3

**hammer [1]** 385/19

**hand [12]** 341/16 347/2 358/10 370/12 433/17 440/9 442/5 466/23 531/22 548/13 548/24 569/23

**handed [2]** 356/23 356/25

**handle [3]** 470/21 521/19 521/19

**handling [1]** 470/12 470/19 471/9

**hands [3]** 339/12 517/23 548/19

**hang [5]** 404/5 455/14 497/21 508/24 557/2

**happen [9]** 375/22 375/25 375/25 377/3 381/9 401/6 436/24 492/16 497/19

**happened [26]** 365/20 365/22 366/10 368/10 369/1 381/12 385/8 388/23 389/4 393/10 393/23 394/24 397/18 397/19 397/24 407/6 447/23 451/13 454/9 454/24 481/17 481/24 491/14 493/17 498/3 516/23

**happening [15]** 353/8 368/10 376/11 379/25 383/10 391/10 394/22 425/6 429/24 454/12 484/14 501/13 528/4 553/1 577/24

**happens [7]** 347/22 378/24 379/13 382/18 402/4 413/23 555/24

**happy [1]** 430/22

**hard [1]** 463/5

**hardening [1]** 458/10

**harm [2]** 492/19 492/22

**has [47]** 342/3 342/19 343/1 346/24 347/3 358/10 361/19 361/20 363/25 364/15 364/18 364/25 364/25 365/11 369/22 369/25 370/1 372/21 377/18 379/17 393/12 394/7 402/3 402/4 409/18 430/5 430/13 457/19 474/2 477/18 497/19 507/1 507/1 508/14 508/15 529/9 537/7 539/23 539/24 543/16 571/23 571/23 577/7 579/9 590/8 593/20 593/20

**hasn't [5]** 430/12 449/7 449/7 450/4 566/3

**hat [1]** 537/8

**have [199]** 337/6 338/22 339/7 339/12 340/17 340/19 340/24 343/16 344/7 344/16 344/23 345/5 346/3 346/15 347/20 348/23 349/19 349/22 349/23 350/10 350/20 350/21 351/11 357/8 358/8 359/17 363/16 364/3 365/9 365/22 368/5 369/7 370/15 371/15 373/7 375/5 375/8 376/16 377/1 377/5 379/6 379/9 379/13 380/10 380/12 381/20 381/22 382/5 382/8 382/9 382/11 383/18 386/13 388/10 388/16 388/25 389/9 390/13 392/6 392/6 394/15 394/16 396/9 397/15 397/16 397/17 397/22 398/17 398/21 399/11 399/16 399/21 400/15 400/16 400/18 401/1 401/7 402/8 405/22 406/5 409/2 414/23 417/18 418/10 420/9 422/14 425/11 426/8 426/12 426/20 426/23 426/9 429/8 429/17 430/10 434/12 436/25 438/20 441/2 445/9 445/12 446/6 451/11 452/2 453/22 454/3 455/16 457/21 458/9 459/7 459/14 459/16 460/20 461/2 461/5 463/21 465/18 466/2 466/25 469/6 469/19 470/3 470/14 472/23 487/12 490/12 493/22 493/23 494/1 494/3 494/5 494/9 494/11 494/15 495/19 496/10 496/12 497/13 497/15 499/17 500/16 502/15 504/15 505/11 505/12 506/3 506/19 506/23 507/6 507/7 507/8 507/9 507/16 507/19 507/25 508/2 508/3 508/5 508/9 508/19 514/4 514/9 515/24 516/1 517/20 517/25 518/23 521/10 521/18 524/24 526/25 533/21 534/14 534/16 535/20 537/22 547/13 547/18 552/7 552/14 554/8 556/22 557/17 557/20 558/6 562/10 565/8 573/11 573/13 576/23 578/10 585/24 591/22 592/1 592/8 592/22 593/3 593/13 593/18 593/18

**haven't [3]** 366/19

**having [9]** 348/11 348/13 431/3 486/12 527/4 528/17 547/22 554/15 561/2

**Hawa [2]** 466/22 467/1 468/2 468/11 468/12 473/24 473/25 474/2 475/6 477/2 480/21 481/17 481/19 483/8 483/15 488/13 489/8 489/16 490/2 490/19 491/4 494/20

**he [163]** 341/25 342/11 342/16 343/1 343/19 343/20 344/10 346/19 351/17 351/17 351/17 351/18 352/14 352/21 353/6 353/14 353/17 353/19 354/4 354/8 354/11 354/13 354/15 355/8 355/11 355/11 355/12 355/13 355/15 355/19 355/19 355/19 356/5 356/6 356/7 356/7 356/8 356/10 357/4 357/5 358/6 358/18 358/22 359/1 359/1 359/1 359/2 359/10 359/13 359/13 359/22 360/1 361/11 361/11 361/12 361/12 361/13 361/17 366/24 367/3 367/25 368/1 368/2 368/3 368/3 368/7 368/8 369/9 369/10 369/10 378/1 385/20 394/7 400/22 416/17 416/22 430/7 430/7 430/13 430/18 452/1 452/2 452/12 452/13 452/15 452/19 453/13 454/8 454/8 454/13 454/24 454/25 455/1 455/11 455/11 460/13 460/14 471/15 471/23 471/24 472/1 478/3 478/4 478/6 478/6 478/9 478/16 478/17 479/6 481/23 493/18 496/20 507/22 508/9 508/11 508/14 508/15 510/1 517/14 517/25 518/2 519/3 519/8 519/14 519/19 525/16 532/5 536/4 536/4 536/24 537/7 539/23 539/24 539/25 546/1 547/15 556/2 556/4 557/18 557/19 557/24 557/25 558/1 559/25 560/23 561/5 561/17 565/17 568/4 568/6 568/20 569/19 570/4 571/7 571/11 571/23 571/23 583/6 585/4 586/24 590/8 590/14

he didn't [3]  356/7 356/8 454/8

he said [1]  355/12

he's [24]  358/14 361/23 362/11 389/2 389/2 389/5 394/6 397/10 430/8 478/2 506/10 506/15 537/9 541/10 551/4 551/4 551/5 558/14 558/21 560/24 569/22 571/21 571/25 572/3

head [11]  367/24 377/11 474/7 485/4 537/7 573/3 578/11 578/12 580/21 581/2 581/8

heads [2]  468/22 475/16

health [1]  375/6

hear [49]  352/12 355/23 357/13 357/15 357/23 357/25 358/4 360/6 360/9 360/12 360/22 361/5 365/3 365/13 365/14 366/24 367/16 379/25 387/7 387/19 387/20 388/1 388/2 388/21 389/9 412/5 430/22 451/24 484/5 484/14 484/16 485/22 485/23 486/2 492/2 496/5 534/17 549/19 549/22 550/1 562/4 562/5 563/13 575/5 575/22 575/24 581/25 585/11 591/6

heard [21]  347/14 366/19 367/10 367/11 370/7 380/2 381/15 401/1 412/1 483/7 483/8 483/9 483/11 485/15 518/4 554/14 554/15 562/8 566/17 590/11 594/13

hearing [8]  348/17 354/10 354/13 483/11 484/8 554/18 568/6 594/1

hears [1]  557/18

hearsay [3]  450/24 451/3 483/4

heart [1]  353/22

heavy [2]  349/24 463/8

helmets [2]  445/10 458/11

help [3]  343/23 345/2 470/22

helped [3]  377/5 419/10 577/7

helpful [5]  397/14 464/25 514/1 577/23 592/17

helps [2]  340/9 378/1

her [11]  340/25 400/12 401/4 411/15 507/12 511/23 540/15 584/11

here [48]  338/23 339/7 347/22 350/20 355/7 355/17 357/6 358/21 366/24 391/16 391/21 392/8 396/16 400/11 400/12 416/10 417/7 417/9 417/12 431/17 431/21 433/5 433/5 433/8 435/3 435/19 436/18 438/1 440/15 441/11 446/19 464/17 465/1 481/12 506/16 518/5 550/22 551/1 551/4 558/9 560/15 563/3 566/7 569/22 574/23 574/24 575/15 584/14

here's [3]  399/24 552/18 581/8

hers [1]  592/9

higher [1]  558/8

highest [3]  365/7 367/12 468/20

highlighted [2]  358/21 566/5

highlighting [2]  428/15 504/4

Hill [1]  412/20

Hillcrest [1]  520/8

him [56]  342/23 347/22 352/16 356/2 356/6 358/18 368/1 369/11 394/8 394/8 430/11 430/11 450/24 452/3 452/21 452/21 454/7 455/6 455/8 460/13 460/16 460/17 461/17 479/8 491/18 499/15 506/13 506/22 507/1 507/2 507/2 507/6 507/8 507/12 507/18 507/19 508/4 508/7 508/7 509/6 520/2 550/1 551/3 557/17 558/19 567/22 568/10 569/6 570/6 575/5 578/10 578/17 578/19 583/9 585/11 590/11

himself [6]  355/8 355/10 355/11 368/7 565/17 575/22

hinted [1]  346/4

his [123]  340/25 342/15 343/12 344/11 352/7 352/7 352/8 352/16 352/19 352/20 352/21 353/6 354/17 354/17 355/11 355/14 356/6 356/15 357/3 358/6 358/10 358/19 358/22 358/23 358/25 360/20 389/2 401/8 405/5 409/12 416/18 427/19 430/7 440/8 442/22 442/22 450/4 453/24 454/11 454/14 456/21 473/2 472/8

478/14 479/8 483/17 483/23 484/19 491/11 499/13 499/14 500/10 500/14 507/25 508/14 508/16 508/17 509/24 511/10 511/12 512/17 513/3 514/14 516/14 517/2 517/18 517/18 517/21 517/23 518/19 521/4 521/5 521/7 522/16 522/23 526/8 529/5 532/1 533/12 534/8 534/17 537/7 537/10 537/11 538/9 539/24 541/9 545/3 545/20 545/21 545/7 547/16 548/13 548/18 548/18 548/18 548/19 548/19 548/21 549/12 559/17 561/18 561/20 569/22 569/23 569/25 569/25 570/7 571/25 572/2 573/17 574/25 575/1 575/15 575/16 575/18 581/25 582/15 590/4 591/6

historical [1]  423/9

history [1]  365/23

hit [2]  416/25 525/16

hitting [1]  583/9

hold [3]  450/16 483/1 532/18

holding [2]  358/14 415/15

Holly [2]  333/18 338/9

holly.grosshans [1]  333/21

home [6]  353/7 361/10 361/14 460/13 526/25 526/25

Homeland [1]  469/6

honor [144]  338/6 338/19 338/21 351/3 362/23 364/11 370/10 378/4 389/11 389/19 390/24 391/2 398/21 399/11 400/9 400/23 401/16 403/9 406/15 406/19 406/24 408/18 408/23 409/3 412/7 415/23 419/1 421/20 423/11 423/13 423/17 427/2 429/13 429/18 430/1 430/3 430/9 430/23 446/10 448/10 449/11 449/25 451/1 452/11 452/25 453/8 453/9 453/22 455/12 455/24 456/1 456/6 456/9 456/15 459/5 459/9 460/21 460/22 461/9 465/19 465/21 466/13 466/20 466/21 467/3 474/13 474/16 475/4 480/13 483/3 483/13 488/6 488/8 488/10 494/9 494/12

498/11 498/17 501/24 502/2 502/15 502/25 507/3 507/13 512/19 518/22 520/19 522/4 524/16 525/19 526/4 528/22 529/17 530/18 533/23 534/2 537/22 539/11 540/14 541/14 542/12 543/2 543/19 544/1 544/15 545/11 546/20 547/9 553/4 554/22 555/16 556/22 556/25 557/14 559/4 560/4 561/23 564/11 564/14 565/3 565/8 565/18 565/24 566/8 569/13 571/1 572/11 572/12 574/8 574/18 576/13 576/23 582/3 585/25 586/14 587/20 588/22 589/21 589/22 592/5 594/17

HONORABLE [2]  333/10 338/3

hoodie [4]  361/11 537/9 539/24 571/23

hope [2]  365/24 461/2

hopefully [1]  591/21

hoping [1]  510/25

hour [7]  357/16 357/25 404/16 459/17 459/24 460/4 465/16

hours [14]  360/15 409/16 411/3 424/20 425/7 442/6 455/3 491/25 492/2 492/12 514/21 514/21 514/21 533/9

house [74]  372/10 372/17 372/18 372/19 372/21 373/5 373/11 373/15 373/18 376/14 376/18 376/23 377/18 377/22 377/24 378/2 378/13 379/2 381/5 382/1 384/20 385/5 385/14 385/20 390/9 390/16 391/16 391/18 392/4 394/14 394/23 394/24 395/6 397/10 401/20 404/15 404/16 405/8 408/4 408/6 410/8 410/14 410/15 410/19 410/23 411/2 411/12 411/13 411/15 411/17 411/18 411/20 412/17 413/7 425/20 431/11 452/17 453/17 475/12 478/19 480/23 481/2 481/6 481/7 481/20 481/23 482/1 482/9 482/9 483/20 492/20 511/10 511/12 517/2

houses [10]  373/14 379/1 397/9 401/24 402/10 405/10 405/21

Houses' [1]  405/2

Houston [2]  495/22 520/8

how [75]  343/5 346/2 350/12 355/23 356/9 360/9 360/22 361/2 371/15 371/18 375/16 384/16 387/3 387/5 387/13 387/17 390/11 390/20 393/4 419/8 422/1 422/13 422/20 425/16 425/24 429/2 435/12 441/5 444/8 455/16 455/18 469/16 475/6 476/22 478/25 491/22 492/25 495/15 495/19 496/14 496/20 496/21 497/15 497/19 497/25 498/3 500/12 504/9 504/12 505/20 506/12 509/10 509/21 510/1 511/8 514/13 516/22 517/10 519/23 521/3 527/12 527/18 534/10 544/12 545/2 546/6 547/4 548/16 561/16 573/1 573/2 575/24 583/10 589/7 589/10

however [6]  340/15 344/12 349/11 399/22 430/4 565/9

huh [5]  462/1 462/8 545/22 549/15 573/24

human [1]  348/6

hundred [1]  458/19

hundreds [2]  367/11 515/3

Hunter [1]  505/2

hurled [1]  359/10

hurling [1]  359/4

**I**

I also [1]  500/8

I am [7]  343/8 418/18 428/25 429/4 443/21 488/6 499/16

I apologize [2]  338/25 432/23

I believe [11]  402/6 453/7 454/21 482/7 517/1 540/6 547/5 547/15 548/25 558/4 558/4

I can [6]  353/16 379/24 380/10 380/18 506/16 550/23

I can't [3]  389/9 535/22 558/3

I did [14]  377/4 378/17 381/16 386/19 420/11 461/19 508/21 509/23 510/24 511/11 511/12 512/10 517/22 550/7

I didn't see [1]  584/11

I don't [7]  353/15 371/22 453/25 455/8

611

**I**

**I don't...** [3] 531/20 540/9 557/9
**I guess** [5] 430/15 453/4 489/10 540/18 546/8
**I have** [11] 346/3 348/23 380/10 398/17 409/2 426/23 429/8 494/9 494/11 496/12 562/10
**I hope** [1] 461/2
**I just** [13] 397/13 398/15 401/18 446/16 459/10 502/10 508/25 524/10 526/1 526/12 565/5 576/9 576/19
**I know** [6] 380/15 380/16 462/23 464/10 465/4 465/10
**I mean** [7] 397/11 421/11 452/2 497/11 507/1 557/6 558/19
**I now** [1] 408/15
**I should** [1] 397/16
**I think** [28] 397/7 397/7 398/15 399/5 400/19 400/23 408/17 416/4 416/25 427/2 430/18 452/12 453/15 466/2 484/6 487/15 499/3 502/19 506/15 506/25 518/22 520/8 539/1 593/7 593/9 593/17 593/22 594/9
**I thought** [3] 386/16 398/20 572/12
**I understand** [4] 389/1 389/4 452/6 478/2
**I understood** [1] 506/10
**I want** [10] 339/16 345/7 402/13 402/13 412/10 471/2 496/14 538/14 544/8 577/6
**I wanted** [1] 485/25
**I was** [26] 372/10 372/15 381/5 381/25 385/24 387/4 394/24 454/10 470/8 470/17 470/18 471/8 482/16 483/22 484/12 486/5 500/1 500/5 509/17 510/18 511/6 515/11 515/15 544/11 584/12 593/1
**I went** [1] 381/5
**I will** [9] 339/20 341/3 341/18 343/2 343/5 344/20 345/5 346/10 362/23
**I would** [1] 544/4
**I'd** [13] 387/6 461/21 520/17 520/21 530/23 540/22 543/25 546/15 565/1 578/24 582/20 585/19 586/25
**I'll** [17] 340/2 349/3 397/4 409/6 430/15 452/23 455/12 460/3 496/5 510/8 511/20 525/9 594/2 594/7
**I'm** [77] 339/17 340/2 343/11 353/1 353/11 353/21 353/21 359/18 361/21 371/11 374/10 377/9 378/4 389/12 399/12 402/6 402/7 404/23 417/2 421/20 432/22 445/25 449/25 450/1 450/3 451/1 453/9 456/6 456/9 464/16 466/10 469/23 473/24 474/2 479/25 480/10 481/18 483/3 489/10 496/2 498/8 499/6 499/7 510/10 522/11 527/14 529/11 529/12 530/24 536/1 537/18 540/14 541/22 542/21 548/6 549/4 550/2 550/4 555/3 555/18 556/19 557/22 558/13 558/20 564/8 564/10 567/25 569/20 569/20 574/6 579/1 584/12 584/14 590/17 592/20 593/23
**I'm going** [1] 339/10 339/17 353/21 361/21 421/20 449/25 450/3 530/24 593/23
**I'm just** [1] 456/6
**I'm not** [9] 340/2 402/6 402/7 450/1 464/16 550/2 555/18 558/13 558/20
**I'm sorry** [7] 359/18 399/12 404/23 432/22 445/25 453/9 456/9 496/2 498/8 499/6 522/11 537/18 540/14 541/22 542/21 548/6 549/4 556/19 564/8 564/10 567/25 569/20 574/6 579/1 584/12 584/14 590/17
**I'm sorry -- strike** [1] 481/18
**I'm sure** [1] 377/9
**I've** [15] 342/21 364/10 371/17 377/11 379/11 388/22 401/6 408/13 445/21 454/2 464/7 526/11 591/17 594/13 594/13
**ID** [4] 506/19 532/1 532/1 572/11
**idea** [2] 353/15 514/13
**ideally** [1] 592/24
**identification** [11] 474/14 480/11 506/11 506/12 508/3 509/6 522/22 537/16 571/15 578/25 582/12

**identified** [8] 542/23 566/4 568/7 570/3 576/11 593/8 593/21
**identify** [9] 341/11 489/9 490/20 499/15 500/16 506/13 568/1 571/20 593/18
**identifying** [3] 473/7 498/9 498/13
**identity** [3] 502/16 518/14 518/21
**IDs** [1] 506/17
**ignoring** [1] 349/20
**illegal** [2] 369/12 496/17
**image** [5] 436/16 519/3 519/13 557/6 557/11
**images** [5] 397/20 510/17 571/14 572/11 582/11
**imagination** [1] 454/5
**immediate** [3] 460/18 469/13 472/9
**immediately** [9] 341/16 343/19 348/17 349/1 384/13 405/4 513/8 568/13 583/12
**impeded** [3] 342/4 342/8 454/24
**impeding** [1] 361/25
**implement** [5] 382/5 383/9 384/4 384/14 384/23
**implemented** [2] 385/2 386/16
**implicated** [1] 412/13
**importance** [1] 377/14
**important** [9] 339/18 341/6 343/4 352/1 360/21 360/22 380/20 380/23 449/13
**importantly** [2] 400/15 459/21
**impossible** [1] 526/8
**improper** [1] 566/3
**inability** [1] 455/9
**inaccurate** [2] 428/17 504/6
**inaugural** [12] 410/5 412/23 416/9 416/10 420/5 434/13 435/23 435/25 442/22 444/3 448/23 485/20
**inaugurated** [1] 416/17
**inauguration** [13] 355/5 357/8 357/9 357/11 357/12 412/24 413/14 413/16 414/5 416/16 443/16 482/22 482/24
**incident** [1] 380/15
**incidents** [1] 382/9
**inclined** [1] 379/7
**include** [11] 493/6 500/10 502/8 502/9 520/10 523/12 523/14 523/16 523/18 527/10

**included** [3] 412/20 499/12 571/15
**includes** [3] 350/3 410/2 528/12
**including** [4] 340/16 340/19 459/22 474/25
**incomplete** [1] 565/13
**incremental** [1] 532/21
**independent** [2] 349/7 591/19
**INDEX** [2] 335/2 335/9
**indicate** [4] 381/14 384/25 466/5 556/4
**indicated** [5] 461/24 477/3 485/12 523/8 585/5
**indicates** [2] 476/7 476/12
**indication** [3] 346/2 379/22 464/24
**indicted** [1] 343/1
**indictment** [5] 341/21 342/21 342/22 342/24 593/2
**individual** [7] 339/25 366/11 368/13 389/3 498/12 568/13 591/5
**individual's** [1] 367/24
**individuals** [10] 375/5 418/10 432/14 473/5 482/21 486/12 490/10 492/18 492/20 566/4
**indoor** [1] 382/1
**inference** [1] 518/9
**inflexible** [1] 363/19
**influenced** [1] 342/3
**influences** [1] 367/6
**information** [35] 349/24 381/19 389/7 475/1 475/14 475/18 475/22 475/24 482/17 484/12 484/12 484/13 485/1 485/15 485/19 485/21 486/5 486/22 497/12 497/20 498/1 498/24 499/12 499/12 499/16 499/18 499/19 510/7 510/22 511/1 513/20 516/19 518/6 518/7 535/20
**infrastructure** [1] 468/23
**initial** [2] 356/22 356/23
**initialed** [1] 530/19
**initially** [1] 398/19
**injured** [3] 450/8 450/10 453/1
**injustices** [1] 366/2
**inner** [1] 422/6
**innocence** [2] 344/12 346/18
**innocent** [1] 346/18
**inside** [21] 351/23 359/16 360/11 367/24 380/12 380/15 380/16 380/17 380/22 380/25

**included** [3] 412/20 499/12 571/15
... (column 5)
**INDEX** ...

**included** column 5:
**included** [3] 398/13 427/25 444/11 453/14 453/20 473/5 493/24 577/22
**inspect** [2] 400/4 520/23
**inspection** [3] 469/23 469/24 470/6
**inspector** [21] 360/8 466/21 468/11 468/12 468/16 473/25 474/2 475/6 477/2 479/25 480/21 481/17 481/19 483/8 488/13 489/8 489/16 490/2 490/19 491/4 494/20
**Instagram** [6] 510/9 511/13 512/7 529/19 529/20 547/6
**installs** [1] 425/12
**instance** [4] 470/17 484/25 499/25 500/18
**instruct** [6] 344/20 345/13 345/25 350/17 366/15 576/20
**instruction** [6] 348/23 385/13 460/15 509/1 554/13 594/2
**instructions** [11] 339/20 341/5 343/14 345/5 347/8 347/15 592/4 592/23 593/3 593/13 593/23
**instrument** [1] 340/6
**intact** [3] 461/25 462/5 579/9
**integrity** [1] 425/13
**intend** [1] 541/25
**intended** [6] 339/21 343/23 345/2 368/21 369/8 525/22
**intending** [5] 397/17 397/20 403/1 526/2 557/16
**intends** [1] 399/19
**intent** [8] 366/18 366/18 367/23 368/12 369/14 369/18 369/22 525/14
**interacting** [1] 387/24
**interactions** [1] 387/8
**interesting** [1] 487/6
**interfered** [1] 454/18
**interfering** [2] 454/18 454/20
**Internal** [1] 469/25
**international** [1] 470/3
**Internet** [8] 349/13 349/18 350/17 459/20 511/16 513/15 513/16 527/18
**interpret** [1] 452/3
**interrupt** [2] 396/13 496/2
**interrupted** [1] 513/14
**interruption** [1] 351/14
**interviewed** [1] 507/2
**interviews** [1] 500/4

**I**

introduce [5] 399/19
408/18 427/3 468/8
541/19
introduced [1] 343/25
investigating [1]
349/15
investigation [27]
349/7 361/6 495/25
496/17 496/21 500/9
500/13 501/4 504/9
509/9 509/13 509/22
510/20 511/16 512/9
512/13 512/16 513/13
514/2 521/9 522/19
529/9 534/14 547/14
560/22 563/7 587/6
investigations [2]
470/1 470/1
investigative [1] 514/5
invited [1] 473/9
involve [3] 350/5
500/18 514/14
involved [5] 348/21
365/14 497/14 520/14
586/23
involves [1] 398/1
IP [1] 532/10
irrelevant [2] 453/2
474/25
is [597]
is that correct [4]
425/8 466/6 481/20
523/10
is there [17] 392/2
402/21 414/11 433/1
433/10 498/9 524/21
535/23 536/3 544/14
551/11 564/8 574/6
579/24 580/4 580/9
582/1
issue [8] 349/13 350/7
399/8 399/16 498/9
502/15 509/22 524/21
issued [4] 457/24
458/4 458/8 509/24
issues [1] 368/4
it [494]
it happened [1] 498/3
it would be [4] 422/12
481/12 525/1 533/9
it would just [1] 444/4
it's [120] 339/6 363/19
363/20 364/10 364/11
364/15 364/16 364/21
365/19 365/24 365/24
366/6 366/19 372/22
374/6 377/17 377/17
380/23 383/7 384/21
384/25 385/6 391/25
396/15 396/17 397/23
397/23 400/6 401/25
402/6 404/25 408/23
414/7 415/15 419/9
421/11 430/19 433/4
434/10 437/11 441/15
441/15 441/18 443/2
443/8 443/14 443/14

445/11 445/19 447/7
448/11 448/22 449/1
449/8 453/7 453/12
453/13 453/20 454/1
454/6 455/1 455/4
455/8 458/7 458/10
460/16 462/19 464/10
481/14 482/23 499/8
499/17 501/25 514/17
520/8 522/1 524/16
525/3 526/8 528/1
528/23 532/4 532/10
532/20 532/20 532/22
533/15 535/16 536/24
537/18 538/19 540/2
541/5 541/25 545/8
546/8 547/9 551/13
553/18 555/8 556/25
557/10 558/4 558/5
559/24 561/4 561/17
570/25 571/24 579/9
588/10 588/19 589/11
591/1 594/5 594/9
594/10
item [1] 593/4
items [19] 350/8 358/1
359/3 359/11 359/12
359/18 361/9 511/24
520/10 525/15 525/17
526/3 526/5 526/7
526/16 526/18 571/21
593/8 593/11
itinerary [6] 475/23
476/25 477/2 477/5
477/7 478/13
its [27] 341/24 344/2
344/9 344/18 344/24
351/22 351/22 360/10
370/9 383/16 384/9
409/9 409/21 410/20
410/21 427/16 451/15
456/18 466/19 494/24
503/8 512/25 518/17
522/13 522/21 529/2
576/21
itself [7] 373/22 409/18
424/14 439/4 441/16
448/24 460/18

**J**

jacket [7] 361/12 537/9
551/5 551/6 553/19
568/13 571/23
January [109] 341/24
351/6 351/16 351/20
351/25 352/14 352/18
353/7 353/14 353/18
353/19 354/3 354/6
354/7 355/3 355/8
355/18 356/20 357/21
360/13 361/18 362/15
365/14 366/24 367/7
368/12 369/22 371/24
372/7 378/19 379/10
404/4 404/14 407/4
407/13 408/7 410/5
410/11 410/19 411/23

417/18 418/16 419/16
420/10 420/18 421/23
421/24 426/2 428/5
428/7 428/7 428/10
428/24 449/24 450/8
451/16 456/25 457/7
458/23 459/20 461/17
461/25 466/4 466/8
470/4 470/9 471/3
471/7 471/22 472/13
473/15 474/11 476/10
477/4 477/9 479/3
487/11 490/21 495/25
496/18 496/23 499/22
503/19 503/21 503/21
503/24 512/18 513/7
514/20 515/2 515/2
519/4 519/8 519/9
519/13 519/14 519/19
519/20 527/15 527/24
529/11 530/5 531/4
532/13 536/14 537/4

January 6 [3] 353/7
428/7 456/25
January 6th [83] 351/6
351/16 351/20 352/14
352/18 353/18 354/6
355/3 355/8 355/18
356/20 357/21 360/13
361/18 362/15 365/14
366/24 367/7 368/12
369/22 371/24 372/7
378/19 379/10 407/13
410/5 410/19 412/13
413/4 415/1 417/18
418/16 420/10 420/18
426/2 428/5 428/7
428/10 428/24 450/8
451/16 457/7 458/23
461/17 466/4 466/8
470/9 471/3 471/7
471/22 472/13 473/15
474/11 476/10 477/4
477/9 479/3 487/11
490/21 495/25 496/18
496/23 499/22 503/19
503/21 503/21 503/24
512/18 513/7 514/20
515/2 515/2 519/4
519/13 519/14 519/19
519/20 527/24 529/11
530/5 531/4 532/13
536/14
Jasari [5] 334/2 334/3
338/11 343/13 362/21
JENKINS [65] 333/6
338/8 338/15 341/22
342/3 342/7 342/15
342/19 343/12 351/4
351/5 351/16 352/13
356/3 365/10 365/11
366/23 367/9 367/16
368/6 370/4 388/25
400/14 409/11 427/18
453/5 453/18 453/24
454/9 454/23 455/10
456/20 461/14 496/25

509/2 509/4 511/2
513/2 515/16 515/20
518/19 519/3 519/8
519/14 519/19 522/15
525/16 526/13 529/4
529/20 529/22 530/1
530/11 530/17 531/25
535/16 557/8 575/15
576/5 576/11 591/8
591/11
Jenkins' [3] 519/2
522/20 530/4
job [2] 360/25 417/25
jobs [3] 358/16 359/24
360/3
Joe [3] 352/4 352/25
367/4
Joe Biden [3] 352/4
352/25 367/4
joined [3] 354/13 421/8
421/12
joint [20] 376/13
376/17 377/2 377/5
377/10 377/15 378/19
383/19 390/9 390/16
397/8 397/12 401/22
405/2 410/11 410/13
410/24 411/1 411/19
411/22
jointly [1] 384/22
judge [7] 333/10 345/8
345/17 361/20 366/15
397/22 409/4
Judge Mehta [1]
366/15
judicial [1] 402/19
jumped [1] 395/13
juror [4] 340/25 348/1
348/2 460/12
jurors [20] 338/23
339/13 339/22 340/7
340/24 340/24 341/4
341/7 345/14 345/16
347/10 347/13 349/3
349/20 349/22 351/9
364/6 400/10 401/5
404/7
jury [53] 333/9 339/3
339/4 340/22 341/10
341/21 345/9 348/10
363/2 391/7 395/15
396/22 397/8 399/15
399/22 399/23 400/1
401/1 401/9 401/10
406/9 406/20 449/6
460/1 460/11 460/24
460/25 468/9 474/1
475/6 480/19 480/22
489/13 489/20 496/4
525/7 526/22 526/23
544/17 565/23 566/1
566/5 566/12 576/20
590/8 591/25 592/4
593/5 593/10 593/13
593/25 594/4 594/10
jury's [1] 506/14
just [156] 339/23

509/2 509/4 511/2 (dupe?)

344/25 349/3 359/24
359/24 360/3 364/2
365/4 367/17 367/19
369/21 369/21 377/13
382/3 387/18 389/12
389/14 389/16 389/17
389/18 389/24 393/12
393/23 393/24 396/11
396/24 397/2 397/4
397/7 397/7 397/13
397/13 397/23 398/11
398/15 399/14 400/12
401/4 401/18 404/25
405/13 406/22 412/1
420/13 423/11 426/12
426/13 427/10 430/11
432/22 436/24 442/16
443/2 443/8 443/14
444/4 445/19 446/16
447/24 448/23 450/1
452/3 454/4 455/19
456/6 459/9 459/10
459/19 460/13 460/14
460/16 461/13 464/2
465/18 477/25 479/22
481/15 483/6 483/7
483/8 484/22 485/7
487/8 487/9 488/14
489/17 492/7 494/15
497/10 498/15 498/20
499/4 499/6 502/10
506/7 508/23 508/25
510/3 510/11 511/20
511/21 511/23 513/20
514/19 515/1 515/2
518/3 524/10 525/12
526/1 526/12 526/17
531/23 532/4 533/15
533/21 538/13 539/19
546/12 550/2 552/15
554/12 555/17 556/22
557/3 557/16 558/16
564/16 564/17 564/19
565/5 565/20 565/25
567/12 569/7 570/10
576/7 576/9 576/19
581/20 585/23 586/20
588/14 590/24 591/17
592/3 592/4 592/21
593/1 593/21 593/24
594/12 594/12
justice [2] 362/18
364/9

**K**

keep [9] 354/21 359/24
360/1 360/2 360/10
374/16 426/15 442/8
593/21
keeps [1] 434/12
kind [16] 349/12 373/1
373/9 395/13 398/5
407/12 422/22 437/24
441/10 487/9 497/4
497/5 513/18 534/25
558/11 568/12
knew [6] 354/4 369/1

**K**

knew... [4] 380/4 486/3
490/11 497/13
knives [1] 353/21
knock [2] 356/17
356/18
know [64] 341/14
349/1 349/3 367/20
368/3 371/22 380/15
380/16 380/25 383/12
387/17 388/23 397/19
400/3 414/24 422/22
425/7 425/7 430/17
442/24 449/12 455/1
455/11 461/14 461/16
462/10 462/22 462/23
463/9 463/12 464/2
464/5 464/10 464/17
464/18 465/4 465/8
465/10 487/5 488/25
492/7 497/12 497/22
498/11 498/22 507/5
507/8 507/22 510/1
514/18 514/25 515/22
520/7 525/13 532/5
540/10 545/4 551/16
552/25 567/23 592/17
594/3 594/10 594/21
knowing [1] 382/13
knowledge [3] 353/3
430/5 478/11
known [4] 365/7
477/14 497/6 503/15
knows [1] 368/12
knuckle [1] 549/12

**L**

L-u [1] 548/25
lab [2] 521/20 521/21
lack [2] 450/23 451/2
ladies [23] 354/10
356/12 359/22 360/6
363/2 365/10 369/19
370/20 373/4 412/1
427/11 459/14 468/8
474/20 480/22 483/6
489/12 489/20 508/25
518/3 526/24 554/12
591/14
laid [2] 430/10 450/4
landing [1] 489/11
landmarks [1] 538/3
lapse [1] 398/4
lapsed [1] 391/1
large [3] 356/15 410/8
421/2
larger [1] 465/7
last [8] 431/12 462/5
468/9 495/15 544/4
549/12 549/14 589/7
late [1] 569/20
later [7] 365/19 411/7
411/14 411/18 417/3
440/25 512/12
law [45] 343/3 344/11
344/21 345/13 345/15

349/15 349/15 363/3
363/4 363/4 363/5
363/6 363/7 363/8
363/10 363/14 363/16
363/17 363/18 363/18
363/20 363/23 363/25
363/25 363/25 363/25
364/1 364/3 364/6
364/7 364/7 364/15
364/16 364/17 364/20
365/7 366/6 366/6
369/14 403/24 409/14
493/3
lawn [3] 482/20 485/17
486/8
laws [4] 363/12 364/13
364/14 408/9
lawyer [3] 341/14
346/9 346/13
lawyers [7] 340/3
343/24 344/25 345/24
345/24 346/7 363/3
lay [4] 405/13 448/10
506/11 506/12
layout [1] 405/14
408/19 423/9
lead [1] 488/21
leaders [3] 367/6
368/15 468/20
leadership [5] 384/20
385/5 394/5 395/20
491/21
leading [4] 352/14
378/5 437/10 490/4
leads [1] 443/4
leaked [1] 400/10
learn [3] 351/19 351/20
510/25
learning [1] 518/6
least [8] 420/23 422/15
458/20 531/21 557/6
579/11 589/2 593/12
leather [1] 373/7
leave [2] 340/2 348/17
leaving [1] 394/4
led [2] 356/16 368/20
ledge [11] 355/18
356/2 560/24 561/5
567/11 568/5 570/4
570/23 571/12 583/6
584/15
left [15] 369/21 405/5
432/2 439/13 440/9
442/5 488/21 504/8
513/8 531/22 546/11
548/13 561/4 570/10
571/12
left-hand [3] 440/9
442/5 531/22
legal [8] 339/17 345/11
350/13 402/14 452/4
452/4 530/8 530/13
legally [2] 518/8
522/19
length [2] 340/1 564/21
let [16] 347/11 349/1
349/3 349/17 365/4

483/6 513/8 532/18
549/19 557/23 558/13
558/20 594/21
let's [20] 353/11
355/12 355/13 389/6
390/4 396/17 430/20
453/16 454/21 459/16
462/14 498/13 558/4
562/15 563/15 574/9
582/4 592/19 592/21
592/24
let's see [3] 453/16
558/4 592/24
letters [6] 548/21
548/24 549/12 549/14
573/19 573/20
letting [1] 449/12
level [16] 413/19
413/19 413/20 413/22
413/24 435/24 436/5
438/1 438/1 438/3
441/9 442/21 449/19
557/10 558/8 558/9
levels [1] 367/13
leverage [1] 358/22
liaison [5] 470/10
470/11 470/12 470/14
475/20
liberty [1] 585/17
license [2] 500/11
508/1
lie [6] 367/3 367/3
367/3 367/5 367/6
367/10
lies [3] 367/12 368/14
369/3
lieutenant [47] 360/7
370/11 370/16 370/18
371/7 371/11 371/12
390/7 391/9 391/17
393/23 396/11 396/23
397/4 401/7 401/13
401/18 403/16 405/19
408/2 408/13 412/10
416/4 418/4 419/5
424/4 428/22 429/23
433/1 434/20 440/1
440/11 445/2 448/15
449/16 449/22 450/7
451/6 461/5 461/7
461/11 466/2 466/15
473/24 483/15 546/13
551/13
light [3] 536/8 551/6
593/24
like [115] 353/15 355/2
363/23 363/24 364/2
367/9 372/20 372/25
374/1 382/18 396/11
396/16 398/3 399/25
400/3 400/11 402/16
406/11 413/12 414/11
415/21 417/18 418/22
419/15 422/5 422/12
422/20 423/8 425/17
429/14 447/18 461/21

497/11 497/17 498/18
499/3 499/4 500/10
500/7 507/23 513/19
515/1 515/25 520/17
520/21 521/20 521/21
527/15 527/16 528/21
530/23 531/23 531/23
531/25 532/5 532/22
532/25 533/1 533/2
533/18 535/6 536/4
536/9 536/16 536/24
537/8 537/15 539/5
540/1 540/1 540/2
540/22 541/24 542/11
542/25 543/8 543/16
543/25 544/4 546/9
546/15 547/16 547/21
550/9 550/22 553/1
553/4 553/10 554/24
555/14 559/8 561/12
566/23 568/22 570/13
572/18 573/18 574/1
574/17 578/24 579/14
582/20 585/19 586/25
589/1 589/11 590/10
591/6 592/14
limit [1] 389/6
limitation [1] 483/7
line [29] 403/14 403/17
404/2 406/2 419/23
420/17 423/5 430/12
430/13 430/18 430/22
434/11 437/8 437/15
438/8 446/17 446/17
446/19 447/21 447/23
448/2 448/4 476/2
476/6 497/9 497/11
532/7 532/20 535/3
lined [1] 338/23
lines [8] 344/18 354/20
355/24 435/3 437/5
552/24 557/14 573/23
link [1] 532/9
LinkedIn [1] 529/22
lis [2] 508/14 537/12
list [5] 517/8 529/11
529/12 529/17 564/19
listen [3] 364/8 367/17
380/7
listening [1] 340/11
literally [1] 513/22
little [30] 349/17 355/4
374/4 375/16 388/22
390/7 406/8 424/8
433/16 434/10 458/19
463/7 496/4 498/24
498/24 515/17 525/3
525/4 538/13 540/7
552/7 552/8 552/14
552/15 558/11 569/20
580/25 581/3 582/17
585/24
living [1] 521/7
LLP [1] 334/3
local [3] 493/3 501/11
532/22
located [9] 357/6

497/1 497/17 498/18
499/3 499/4 500/10
500/7 507/23 513/19
515/1 515/25 520/17
location [43] 348/15
350/6 386/1 386/1
386/2 386/12 386/15
386/25 387/1 387/24
388/15 394/9 417/3
434/4 442/21 448/15
449/16 452/24 485/25
486/19 488/1 488/3
490/6 491/12 491/16
491/23 491/24 492/12
492/16 515/15 534/22
537/1 538/24 541/5
546/4 546/6 567/10
568/6 569/9 570/21
583/5 585/21 587/11
locations [11] 387/25
388/6 427/25 430/14
470/13 486/3 513/10
515/6 518/1 528/3
528/13
lock [6] 381/9 382/15
382/25 383/1 384/12
384/17
lockdown [5] 382/1
382/3 382/19 384/10
386/17
locked [4] 340/15
382/18 384/6 386/4
LOL [2] 353/15 353/16
long [20] 371/15 384/2
384/16 409/20 421/7
469/16 488/22 491/22
495/19 517/8 541/25
551/4 552/17 553/10
553/19 555/7 555/8
557/13 570/25 592/9
longer [2] 339/25
455/16
look [14] 340/19
365/19 366/9 366/11
441/17 452/1 453/4
456/6 459/23 461/21
506/10 513/21 536/4
554/8
looked [7] 355/2
398/17 400/11 417/18
419/15 513/14 513/16
looking [24] 355/6
434/25 435/1 435/2
435/22 439/18 440/4
444/1 449/20 499/4
499/14 509/17 510/3
513/23 514/14 514/19
514/20 515/9 515/16
515/19 527/14 560/24
567/13 593/1
looks [6] 355/4 437/24
443/24 449/19 507/22
536/9
looted [2] 356/21 359/7
lose [1] 371/22
lost [2] 367/4 368/2
lot [9] 351/20 365/3
408/14 465/14 496/24
510/10 516/6 527/5

**L**

lot... [1] 527/7
**Loud [1]** 487/4
**louder [1]** 515/17
love [3] 548/22 549/14
549/15
**lower [33]** 357/5
413/20 413/25 416/22
440/5 441/9 441/11
442/17 442/21 443/11
443/14 443/24 445/8
449/1 449/20 449/23
450/10 450/21 452/21
453/5 453/19 454/2
513/7 546/8 556/1
557/7 558/14 558/21
560/25 568/15 570/10
570/12 571/13
**LRM [1]** 333/14
**LT [1]** 371/2
luck [1] 548/25
lunch [6] 455/22
459/16 459/23 460/4
460/7 461/2

**M**

ma'am [1] 468/6
mad [1] 353/1
made [20] 351/23
352/13 352/24 358/18
360/19 384/22 385/6
387/3 405/22 413/15
426/11 429/10 443/1
482/1 482/21 484/9
493/19 534/19 565/23
573/14
magical [1] 513/19
magnify [1] 404/6
main [5] 480/3 482/22
485/23 490/11 492/21
maintain [6] 374/17
425/13 426/15 426/18
427/23 434/3
maintained [1] 522/22
maintains [1] 424/6
make [28] 343/16
343/18 343/21 345/24
350/4 351/22 364/8
381/10 383/8 386/17
398/11 398/15 426/6
434/4 459/10 497/6
497/7 499/20 501/14
501/14 506/17 508/25
526/12 551/18 557/23
559/4 566/6 576/20
makes [4] 346/8 383/3
529/12 594/3
making [8] 347/14
486/3 486/13 487/9
506/17 541/10 570/6
594/9
Mall [2] 354/8 354/8
Mama [3] 508/15
508/18 582/16
man [1] 354/5
manifestation [1]
420/17
manipulated [1] 369/6

manner [1] 345/2
manners [1] 382/9
manpower [1] 440/25
many [13] 340/9 356/9
357/18 358/8 364/10
364/10 371/18 377/7
422/13 433/24 497/15
561/3 575/24
map [6] 418/23 423/23
464/5 464/8 480/21
480/24
mapping [1] 350/6
marble [1] 441/18
March [5] 333/5 517/1
517/1 524/8 524/9
mark [5] 432/9 464/8
558/5 577/3 578/2
marked [9] 422/21
474/3 479/25 520/21
537/15 540/22 543/16
546/15 578/24
Marking [1] 481/3
markings [2] 474/22
520/23
marks [4] 437/12
474/14 474/24 480/11
marshal [1] 349/1
Marshals [1] 400/3
mask [3] 340/1 355/11
578/9
masking [1] 339/24
master [2] 363/17
363/19
match [5] 500/16 502/8
504/19 550/5 565/14
math [2] 371/18 371/23
matter [7] 340/23
370/23 496/21 515/7
518/4 531/24 595/4
matters [1] 594/20
may [60] 340/20
343/18 343/20 343/21
344/5 344/7 344/10
344/16 344/17 345/23
346/7 346/15 346/16
347/9 347/12 347/16
347/17 347/23 347/23
347/25 348/2 348/4
348/5 348/7 349/6
350/4 363/1 381/9
382/13 389/19 391/9
396/14 400/16 403/10
404/11 405/22 406/20
412/3 412/4 429/23
430/1 436/24 464/7
466/2 466/16 474/23
474/25 494/9 520/19
524/18 525/8 528/24
528/25 534/1 534/3
542/2 549/2 550/24
554/8 577/2
maybe [13] 399/16
458/19 514/19 528/1
529/12 540/6 558/16
577/4 582/10 585/14
592/10 592/21 592/22
McCree [33] 370/11
370/16 371/2 371/7

370/17 371/9 371/25
396/11 396/23 401/17
405/19 408/2 408/13
412/10 416/4 418/4
419/5 424/4 428/22
433/1 434/20 440/1
445/2 448/15 449/16
449/22 450/7 451/6
461/7 466/2 466/15
546/13 551/13
McCree's [1] 401/13
me [41] 340/19 341/17
347/11 348/19 349/1
349/3 349/17 354/5
365/4 371/14 371/18
381/11 382/4 388/21
402/25 419/9 424/8
440/17 450/25 451/24
453/5 453/12 472/20
482/18 483/6 484/10
484/12 496/20 504/23
516/22 518/3 532/18
536/7 549/19 557/23
566/7 570/17 579/7
585/17 585/17 593/6
mean [18] 349/9
372/20 374/23 382/17
397/11 399/24 400/6
418/7 421/11 446/23
452/2 452/17 472/24
497/11 507/1 532/22
557/6 558/19
meaning [5] 350/8
470/20 473/2 484/23
557/11
means [10] 340/23
344/3 347/8 347/11
349/12 418/9 472/21
487/20 514/9 532/18
meant [1] 339/19
measures [6] 382/5
382/11 385/18 386/3
412/19 424/24
mechanical [1] 334/13
media [22] 347/19
352/15 361/7 367/6
369/4 369/6 369/6
459/19 499/13 499/14
509/24 510/2 510/6
511/17 523/16 524/11
524/12 524/17 528/16
528/17 529/7 529/10
medieval [1] 353/25
meet [6] 376/14 403/18
404/16 408/6 507/16
507/18
meeting [5] 404/14
405/2 406/3 410/15
411/20
meetings [1] 470/24
meets [1] 376/15
MEHTA [3] 333/10
338/3 366/15
melee [1] 353/25
member [2] 457/17
479/13
members [25] 364/23
374/3 374/7 374/14

376/19 382/13 382/17
383/15 385/25 386/9
387/10 387/22 388/14
395/20 410/13 469/11
472/3 472/6 478/17
482/8 491/19 503/14
memory [2] 350/23
350/24
men [1] 371/13
mention [3] 343/8
343/11 366/13
mentioned [12] 341/14
373/20 374/10 382/3
399/20 441/13 465/1
473/11 483/15 488/16
491/4 580/24
mere [1] 518/10
merely [2] 348/22
594/1
Merit [1] 334/8
mesh [3] 421/1 421/2
462/16
message [2] 536/3
536/5
messages [9] 353/4
512/5 512/6 512/12
523/16 523/18 524/12
528/17 530/7
met [4] 410/22 478/17
507/2 507/8
metal [3] 421/5 421/7
463/1
meters [2] 409/20
409/21
Metro [1] 445/7
Metropolitan [16]
440/23 440/24 441/2
445/11 447/1 447/11
447/13 456/24 457/8
501/16 501/25 503/13
503/14 504/10 509/11
516/15
Metropolitans [1]
447/8
mezzanine [1] 413/20
Michael [3] 471/20
471/21 476/15
Michael Pence [3]
471/20 471/21 476/15
microphone [1] 496/3
mid [1] 436/5
mid-level [1] 436/5
middle [2] 434/23
489/10
might [8] 341/5 341/13
350/6 380/21 477/22
497/13 524/24 582/16
Mike [2] 378/11 410/25
million [1] 496/15
mind [1] 593/21
mindful [2] 378/7
460/14
minds [1] 368/19
minimum [1] 593/20
minor [1] 399/16
minute [6] 396/18
411/7 508/23 547/9

minutes [10] 339/17
402/7 411/13 425/7
453/18 454/9 455/19
555/7 558/20 585/24
minutes' [1] 395/7
misinformation [1]
369/3
missing [1] 510/10
mission [7] 351/24
360/10 383/13 383/14
383/17 383/20 468/17
Mixed [1] 447/6
mixture [1] 445/6
mob [5] 354/14 354/15
354/22 354/23 368/2
modification [1] 504/4
modifications [1]
428/14
modify [3] 443/1
593/22 594/2
moment [11] 366/4
381/3 429/25 455/5
455/24 459/5 461/6
494/9 502/3 520/23
524/24
momentarily [1]
338/24
Monday [1] 592/25
monitor [3] 380/8
425/12 425/18
monitored [1] 424/11
monitoring [3] 427/5
427/22 427/24
montage [4] 398/18
429/14 446/6 454/3
month [1] 412/25
months [1] 514/19
Monument [5] 534/23
535/4 535/17 537/2
538/6
more [26] 339/11
339/12 342/18 344/21
348/3 361/6 365/19
381/19 381/19 384/21
401/18 417/2 430/19
433/16 442/8 490/5
497/11 529/12 559/4
562/13 579/2 582/25
584/19 584/20 585/14
593/19
morning [23] 338/4
338/6 338/14 338/15
339/6 339/7 339/9
354/7 370/18 370/19
370/20 375/15 396/15
396/17 413/8 418/16
461/24 462/7 536/9
537/4 540/20 540/21
591/21
most [9] 341/8 354/24
357/20 364/22 415/14
424/15 465/4 465/10
548/18
mostly [4] 414/15
415/6 417/22 420/19
motions [1] 345/23
motivated [1] 367/12

**motorcade [8]** 475/19
475/22 486/6 486/11
486/13 486/13 486/16
486/19
**motorcades [1]** 470/21
**move [47]** 386/15
389/12 389/18 390/3
390/4 402/17 406/11
415/22 418/25 426/8
429/15 431/22 446/8
455/12 456/2 463/5
477/14 478/16 482/10
482/16 485/25 486/13
487/17 487/21 490/8
491/10 491/18 496/3
499/6 522/4 524/22
528/21 542/7 553/3
555/15 557/12 558/11
560/3 561/22 567/15
570/24 572/10 579/14
583/16 586/12 587/18
589/20
**moved [7]** 387/8
463/10 481/20 486/19
487/25 492/15 557/8
**movements [2]** 470/22
471/15
**movie [1]** 353/24
**moving [3]** 389/24
483/20 585/19
**MPDC [1]** 445/9
**Mr. [58]** 338/15 341/22
342/3 342/7 342/15
342/19 343/9 343/12
343/13 362/21 367/16
370/6 378/10 378/12
388/25 398/17 399/13
400/14 430/16 453/5
453/18 453/24 454/9
454/23 455/10 459/7
460/12 461/8 465/22
476/24 479/21 496/2
500/17 502/14 506/10
509/2 509/4 524/23
525/16 526/13 531/9
533/20 535/8 535/16
541/13 544/14 548/5
549/3 557/8 565/5
565/7 575/15 576/9
576/11 585/23 591/12
593/16 594/21
**Mr. Boyle [22]** 343/13
362/21 370/6 398/17
399/13 430/16 461/8
465/22 502/14 506/10
524/23 531/9 533/20
535/8 541/13 544/14
548/5 549/3 565/5
565/7 576/9 593/16
**Mr. Douyon [2]** 460/12
594/21
**Mr. Jenkins [24]**
338/15 342/3 342/7
342/15 342/19 343/12
367/16 388/25 400/14
453/5 453/18 453/24
454/9 454/23 455/10

**motorcade [8]** 475/19
525/16 526/13 535/16
557/8 575/15 576/11
**Mr. Pence [2]** 378/10
378/12
**Mr. Perri [5]** 343/9
459/7 496/2 585/23
591/12
**Mr. Shane [1]** 341/22
**Mr. Weko [2]** 476/24
479/21
**Mrs. [5]** 476/15 483/23
487/25 490/5 490/22
**Mrs. Pence [5]** 476/15
483/23 487/25 490/5
490/22
**Ms. [6]** 343/9 343/13
351/2 362/21 370/22
467/1
**Ms. Grosshans [3]**
343/9 351/2 370/22
**Ms. Hawa [1]** 467/1
**Ms. Jasari [2]** 343/13
362/21
**much [19]** 339/8
351/13 387/3 396/19
424/13 424/19 425/5
455/16 455/17 455/18
455/18 459/24 466/15
494/20 506/16 514/13
591/15 591/22 594/19
**multiple [7]** 361/19
410/4 464/1 474/24
490/10 493/2 528/6
**music [1]** 540/10
**must [11]** 342/23
345/20 345/21 346/13
346/13 347/4 347/21
348/7 349/5 350/22
369/17
**mute [1]** 448/11
**my [26]** 341/4 345/7
345/10 346/1 346/2
347/8 362/16 366/14
370/3 370/21 371/23
379/24 380/18 381/10
381/25 420/12 420/12
465/18 478/11 482/17
491/17 515/16 515/19
526/11 554/10 557/22
**myself [1]** 510/4

**N**

**name [8]** 370/21 371/6
468/9 477/22 495/12
495/15 510/8 578/10
**named [2]** 516/2
**names [3]** 341/12
476/12 498/18
**Nancy [2]** 378/14
411/11
**narrate [4]** 430/6
430/11 502/17 565/19
**nation [1]** 369/4
**nation's [1]** 468/20
**National [1]** 470/15
**natural [1]** 348/6
**Nautica [2]** 539/23

**near [4]** 444/3 486/12
546/10 557/1
**necessarily [2]** 421/17
498/7
**necessary [3]** 384/14
386/22 573/16
**neck [3]** 508/16 508/17
517/21
**need [28]** 338/16
339/12 380/17 380/25
385/14 386/8 389/6
390/2 397/7 397/7
406/21 418/10 452/8
484/22 484/23 506/11
506/17 524/22 525/13
531/20 565/10 593/3
593/13 593/13 593/14
593/15 593/17 593/22
**needed [4]** 381/10
478/5 492/16 492/17
**needs [2]** 383/10
593/10
**negative [1]** 350/16
**neglected [1]** 540/15
**networks [1]** 367/5
**never [12]** 346/23
365/22 365/24 368/21
368/21 369/4 369/7
369/8 401/6 461/17
486/11 533/6
**never-ending [1]** 369/4
**new [2]** 424/1 439/17
**News [1]** 367/5
**newspapers [1]**
349/10
**next [13]** 357/5 359/3
386/3 407/9 447/15
466/19 494/24 499/9
500/7 500/8 509/16
533/18 588/10
**nice [2]** 339/7 461/2
**nickname [2]** 574/25
575/1
**night [3]** 352/17 352/25
367/7
**nine [3]** 359/3 359/3
360/4
**ninth [1]** 359/19
**no [102]** 333/4 338/7
339/24 340/18 351/15
363/22 363/23 364/24
368/12 369/24 383/20
384/11 384/18 384/18
391/2 394/13 398/22
402/17 402/23 406/15
414/23 415/2 415/23
419/1 423/13 424/2
429/17 435/9 437/6
438/10 439/3 439/21
444/7 446/10 448/2
455/17 456/9 460/20
461/16 461/22 462/20
463/13 463/15 465/9
465/21 474/16 480/13
488/8 492/7 492/22
494/18 501/25 502/2
512/20 513/20 518/9

526/4 526/15 531/10
533/23 535/9 536/18
537/22 539/1 539/7
541/14 542/9 543/2
543/10 543/19 544/1
544/15 545/11 546/1
546/20 548/6 549/4
550/11 553/5 559/22
563/9 564/10 567/17
569/14 571/2 572/12
574/8 580/10 582/3
583/17 586/14 587/20
589/22 591/18 591/19
594/17
**no-trespassing [1]**
463/15
**No. [1]** 535/7
**nobody [1]** 368/25
**Nodding [1]** 573/3
**noise [2]** 388/1 388/2
**none [1]** 369/11
**Nonetheless [1]**
349/25
**normal [4]** 374/25
443/13 444/5 458/8
**normally [9]** 374/21
374/25 376/14 416/12
416/13 443/2 443/12
443/13 443/15
**north [9]** 409/21 414/3
417/9 419/11 420/13
420/15 438/19 448/23
539/2
**northwest [3]** 431/11
435/1 435/2
**not [175]** 339/19 340/1
340/2 340/8 340/12
341/3 342/19 342/21
342/23 343/21 343/23
344/10 344/11 345/1
346/1 346/9 346/13
347/5 347/6 347/9
347/12 347/13 347/16
347/17 347/23 347/25
348/5 348/8 348/22
349/2 349/6 349/9
349/22 350/2 350/3
350/6 350/10 350/17
350/21 352/10 357/3
357/23 360/16 364/11
364/15 364/21 364/24
365/20 366/5 366/5
366/6 366/9 366/10
366/14 366/19 367/4
367/16 368/9 369/13
370/5 374/23 374/25
375/8 375/8 379/21
385/1 387/18 388/25
389/2 389/7 394/12
396/24 397/23 398/12
398/17 398/18 401/1
402/6 402/7 405/7
414/8 415/3 415/6
415/8 415/9 417/8
417/20 422/17 424/1
424/5 428/12 428/15

430/7 430/10
433/22 435/9 435/14
436/25 442/24 449/23
450/1 452/9 452/20
453/12 453/20 454/13
455/4 455/10 455/17
455/18 459/19 459/21
460/3 460/15 460/17
461/14 461/16 461/19
462/17 462/19 463/2
463/5 463/23 464/16
464/23 470/8 473/5
475/2 478/11 481/14
483/9 487/3 487/7
487/12 491/17 494/1
494/5 498/7 499/8
504/2 504/5 506/11
510/8 525/9 526/4
526/13 526/15 536/4
541/18 546/1 548/18
550/2 554/17 555/16
555/18 557/1 557/10
557/16 557/22 558/13
558/14 558/20 559/23
565/19 570/25 575/23
576/10 579/9 581/21
582/10 592/9
**note [1]** 339/23
**notebook [1]** 340/5
**notebooks [4]** 340/12
340/14 340/15 340/17
**noted [1]** 366/12
**notes [5]** 340/7 340/8
340/9 340/19 350/23
**nothing [10]** 338/18
338/20 348/3 358/18
459/12 466/13 492/19
492/21 494/11 594/18
**notice [8]** 355/3 402/19
431/20 474/21 483/4
550/16 554/18 560/10
**noticed [2]** 340/5
340/21
**notification [1]** 485/4
**notified [1]** 393/12
**notify [1]** 475/10
**November [3]** 352/16
352/24 410/18
**now [60]** 338/2 338/3
339/10 339/23 341/3
341/18 342/20 343/2
345/7 346/7 347/25
353/1 359/17 362/24
365/4 365/19 370/8
377/13 385/20 389/14
391/9 395/15 396/2
396/16 408/15 424/4
432/14 435/1 439/2
439/10 441/25 454/7
459/17 462/14 464/1
488/24 490/20 490/23
495/20 507/4 525/13
529/17 530/23 533/15
536/16 537/15 539/5
543/25 544/8 545/8
552/14 553/15 554/2
554/24 560/20 579/12

**N**

now... [4] 579/14
582/10 584/18 588/18
nuanced [1] 377/17
number [7] 366/12
377/12 400/15 523/2
532/1 537/17 563/14
NW [2] 333/19 334/10

**O**

oath [6] 339/13 364/3
364/7 370/13 466/24
495/3
object [15] 342/7 346/7
353/9 378/4 379/7
402/5 402/9 421/20
449/25 452/25 466/10
483/3 502/17 565/25
593/18
objecting [2] 346/9
506/11
objection [73] 346/12
346/15 391/2 400/5
402/4 402/21 402/23
405/22 406/15 411/4
415/23 419/1 423/13
429/17 430/20 430/21
437/10 446/10 450/3
450/17 450/22 451/17
452/1 456/10 460/20
474/16 480/13 482/7
488/8 492/6 502/2
502/14 514/16 531/9
531/10 533/20 533/23
535/9 536/18 537/22
539/7 541/13 542/9
543/2 543/10 543/19
544/14 544/15 545/11
546/20 548/5 548/6
549/4 550/11 553/5
560/4 561/23 564/8
564/10 565/8 567/17
569/14 571/2 572/12
574/6 580/9 580/10
582/1 583/17 586/14
587/20 589/22 590/6
objections [3] 345/24
397/11 398/22
objects [1] 430/17
obscured [1] 568/12
observe [9] 373/24
375/2 426/20 450/5
454/8 454/8 517/17
517/21 558/22
observed [2] 393/4
452/2
obstruct [2] 367/15
367/25
obstructed [2] 342/3
434/10
obstruction [2] 361/23
366/17
obtain [3] 501/15
510/22 541/8
obtained [11] 397/22
504/9 509/10 516/14
516/15 518/10 522/19
530/7 530/13 550/6

obvious [1] 566/1
obviously [2] 350/2
436/25
occasion [1] 443/18
occasionally [1]
349/19
occasions [1] 377/14
occur [2] 366/2 395/6
occurred [8] 392/5
449/23 465/10 465/14
551/20 556/10 556/13
588/18
occurs [2] 349/6 482/8
off [17] 353/15 359/14
375/17 394/6 459/6
465/20 473/8 486/14
494/10 494/17 501/8
504/8 520/8 533/22
556/24 561/17 569/25
offense [7] 346/25
347/2 347/4 347/5
349/11 363/24 370/2
offenses [4] 361/20
366/13 366/16 369/13
offer [1] 344/17
offers [1] 346/8
office [23] 343/10
356/19 356/20 356/21
359/7 424/16 425/20
425/20 475/12 475/13
477/15 477/18 478/3
478/9 478/14 478/15
479/15 481/10 484/20
488/15 488/20 490/14
495/21
officer [23] 342/9
342/9 349/2 357/15
357/23 357/25 394/2
394/17 394/18 404/18
405/6 408/11 411/8
411/15 456/3 457/19
457/21 477/25 501/18
505/1 505/2 505/4
525/21
officer's [1] 342/10
officers [67] 355/23
357/13 357/18 358/13
358/15 358/16 359/23
360/2 360/3 361/25
365/13 368/7 372/16
375/21 380/6 381/10
381/25 386/1 387/7
387/20 387/23 388/13
394/10 394/11 394/16
394/16 394/18 405/10
422/16 430/12 430/13
431/22 431/24 434/1
435/4 438/24 440/11
440/22 445/9 445/12
446/18 446/25 447/3
450/7 450/15 450/21
452/6 452/13 453/1
453/13 453/19 454/20
456/23 456/25 457/3
457/7 457/10 457/11
458/22 482/17 482/25
501/9 501/12 505/9

officers' [1] 484/15
offices [2] 470/2 470/3
official [19] 334/9
342/10 353/7 361/24
389/25 391/1 402/15
452/18 454/11 454/11
454/22 457/3 457/11
477/24 478/4 482/2
482/5 482/12 493/21
officials [1] 357/11
often [1] 478/1
Oh [13] 374/10 452/16
456/9 503/3 503/5
525/12 548/6 549/19
553/22 553/25 564/3
572/3 584/14
okay [323]
old [1] 439/17
once [15] 339/12
344/21 356/8 368/14
369/25 370/4 384/10
386/3 386/14 394/2
406/21 449/8 484/18
487/23 585/14
one [100] 339/11
339/23 340/19 350/2
352/23 353/4 356/4
359/6 360/17 361/2
361/21 362/11 363/9
364/19 366/11 367/22
368/12 369/15 373/11
373/17 374/6 376/14
376/19 379/9 379/20
383/18 397/17 399/17
400/10 400/15 401/18
407/9 411/7 440/15
443/22 447/15 452/2
452/5 455/24 459/5
464/2 464/10 465/6
481/1 482/7 485/24
489/2 494/15 508/25
509/1 511/2 515/5
516/13 518/4 521/13
521/15 525/12 526/18
531/21 531/21 539/15
540/2 540/2 542/11
544/4 545/17 545/23
545/25 547/2 553/20
554/8 554/9 555/10
556/20 559/6 562/13
563/3 564/3 566/17
567/3 568/25 571/14
572/11 573/1 574/13
576/16 579/2 581/14
581/25 582/11 583/1
586/4 587/14 590/15
590/18 593/1 593/15
593/19 593/20 593/20
ones [5] 445/9 447/8
447/9 447/11 447/12
online [10] 350/3 498/6
499/3 499/4 509/17
510/4 510/11 516/14
569/2 573/6
only [28] 340/22
343/23 345/2 345/16
345/5 350/3 350/11

officers' [1] 484/15
offices 367/5 383/18 397/24
418/10 448/10 449/5
449/8 449/10 491/18
531/8 533/19 540/24
555/1 558/17 559/10
579/16 581/11 593/15
open [29] 362/23
374/23 374/25 389/15
390/5 410/2 414/9
430/25 455/23 502/9
502/21 507/14 510/13
510/14 514/7 527/5
538/10 557/20 558/10
559/1 566/10 567/7
569/1 570/18 573/4
577/1 581/15 583/2
586/9
open-source [7] 502/9
514/7 527/5 557/20
558/10 573/4 581/15
opened [1] 525/14
opening [13] 343/16
343/18 343/19 343/21
343/22 344/1 345/1
350/25 362/21 370/8
399/20 525/23 568/16
operate [3] 344/18
424/20 427/23
operates [2] 425/10
425/11
operating [2] 374/11
381/22
opinion [2] 346/2
346/4
opportunities [1]
350/15
opportunity [14]
343/16 358/8 370/3
379/6 402/5 402/9
408/18 420/9 508/19
517/17 517/20 521/10
523/8 534/15
opposed [2] 342/8
496/15
opposite [1] 570/6
Orally [1] 422/18
order [12] 342/23
364/20 397/11 406/5
415/18 420/21 421/3
423/1 433/22 434/3
503/19 530/25
ordered [2] 428/5
450/15
orderly [1] 345/11
orders [1] 450/20
organization [1] 499/4
orient [1] 434/20
original [1] 484/24
other [66] 340/14
346/8 347/2 348/15
350/11 356/16 356/25
359/11 360/13 360/24
364/23 365/17 368/15
368/19 368/24 376/15
377/5 377/10 387/15
387/19 387/21 397/15
400/2 400/7 401/5

our [40] 338/23 359/25
360/1 360/19 363/17
364/3 375/21 381/9
383/20 383/20 385/5
385/7 391/9 394/11
396/15 396/17 397/3
400/22 418/12 424/12
429/23 435/4 441/2
453/1 458/7 458/11
459/16 470/2 470/13
470/19 470/22 475/11
475/15 475/20 484/21
484/22 490/3 499/17
521/19 525/2 556/25
591/1
ours [1] 447/8
out [60] 340/18 341/5
351/9 356/6 356/17
359/8 372/9 374/18
389/7 397/5 405/13
413/25 414/17 414/18
415/20 416/5 416/8
416/20 416/22 420/1
426/9 430/12 430/17
436/5 439/14 442/22
443/14 443/17 443/17
443/24 444/1 445/8
453/20 454/14 460/15
469/25 486/9 490/13
491/6 511/2 525/15
525/17 525/20 526/5
533/15 538/14 538/19
547/22 551/5 552/18
552/25 553/19 553/23
560/14 565/20 566/4
573/21 581/7 582/14
592/20
outer [1] 422/6
outside [18] 347/23
348/11 353/8 356/24
380/13 380/14 380/16
380/21 381/19 382/14
386/6 386/7 425/16
427/25 441/17 481/15
483/1 488/14
outward [1] 425/17
over [31] 347/21 348/4
357/16 357/24 367/6

617

Case 1:21-cr-00245-APM Document 97 Filed 03/15/24 Page 285 of 297

**over... [26]** 367/7 367/7 377/11 378/1 384/13 393/15 396/1 411/1 411/12 416/14 417/8 425/14 435/10 436/10 438/7 442/6 458/19 465/4 465/8 478/1 478/19 482/1 482/10 482/14 482/16 585/24
**overall [1]** 383/12
**overcame [2]** 354/19 354/19
**overcome [1]** 464/14
**overhear [1]** 348/18
**overheard [1]** 400/16
**overhearing [1]** 348/12
**overlook [1]** 424/13
**overnight [1]** 340/16
**overran [1]** 463/11
**overrule [1]** 346/15
**overruled [3]** 346/11 437/11 514/17
**overrun [7]** 386/23 435/4 438/8 438/20 442/9 447/24 447/24
**oversee [1]** 371/13
**oversight [1]** 377/1
**overtook [1]** 355/24
**overview [2]** 361/1 397/18
**overwhelmed [1]** 355/25
**own [6]** 342/15 358/6 389/2 504/15 573/17 576/21

**P**

**p.m [24]** 393/17 410/21 410/22 410/23 411/2 411/5 411/11 411/21 411/21 453/7 453/9 460/8 460/8 477/10 479/7 482/2 482/5 493/16 526/21 526/21 551/17 551/23 580/2 594/25
**package [1]** 520/24
**packaging [1]** 520/15
**pages [1]** 340/18
**paid [1]** 591/1
**pan [2]** 426/8 558/8
**pandemic [1]** 374/12
**panel [4]** 339/3 401/9 460/24 526/22
**pans [1]** 534/25
**pants [3]** 572/2 572/3 575/16
**paragraph [1]** 404/25
**paralegal [2]** 391/9 429/23
**parameters [1]** 418/15
**Pardon [1]** 440/17
**pared [1]** 397/22
**pared-down [1]** 397/22
**parking [2]** 420/12 420/12
**parkway [1]** 410/9

**Parler.com [1]** 530/4
**Parler.com/therealJ6P arler [1]** 530/4
**Parliamentarian [3]** 382/21 385/11 393/12
**Parliamentarian's [1]** 383/5
**part [35]** 348/4 354/15 354/21 357/21 364/11 391/23 392/8 394/6 397/24 401/25 415/14 424/12 426/14 436/9 439/9 439/17 439/17 441/14 444/2 444/13 462/15 468/25 469/3 469/4 469/5 469/22 469/23 470/14 500/12 504/9 513/13 522/18 529/8 546/18 588/14
**partial [1]** 418/1
**partially [1]** 417/9
**participants [1]** 557/19
**participated [2]** 342/1 342/11
**participating [1]** 558/22
**particular [34]** 346/25 347/4 366/11 366/18 376/16 388/6 392/5 411/4 433/2 441/5 448/16 454/20 454/22 471/4 471/13 471/15 496/8 496/15 498/1 498/4 498/22 504/25 505/1 515/9 517/20 530/24 555/15 555/22 573/14 576/15 576/17 577/7 579/8 580/5
**particularly [2]** 400/17 452/4
**parties [14]** 340/3 341/11 348/8 348/16 363/9 409/8 427/15 456/3 456/17 503/7 512/23 518/16 522/12 529/1
**parties' [1]** 370/7
**Partly [1]** 510/3
**partner [2]** 362/16 465/19
**partnered [2]** 470/16 470/17
**partners [1]** 475/11
**parts [1]** 363/22
**pass [1]** 463/2
**passing [1]** 484/11
**past [3]** 377/6 393/4 442/6
**path [1]** 485/24
**paths [1]** 386/14
**pathway [1]** 435/13
**Patriots [1]** 533/15
**pause [3]** 339/2 482/5 524/20
**paved [1]** 435/13
**pay [2]** 350/24 359/17
**PD [1]** 447/11

**seat [3]** 431/12 432/3 432/5 431/12 432/3 432/5 432/10 434/24 447/1 563/9
**peaceful [1]** 363/8
**peculiar [1]** 412/13
**peddling [1]** 367/3
**Pelosi [2]** 378/14 411/11
**Pence [23]** 378/10 378/11 378/12 410/25 411/6 471/9 471/20 471/21 472/7 476/15 476/15 476/16 479/3 481/19 483/23 487/25 490/5 490/22 490/22 490/24 491/16 491/18 492/12
**Pence's [1]** 411/8
**pencil [1]** 340/5
**pendency [1]** 522/24
**Pennsylvania [2]** 431/10 431/23
**people [43]** 340/9 348/7 351/23 355/20 360/11 364/16 366/2 367/8 367/9 369/7 373/24 388/11 388/16 414/21 422/22 434/4 434/12 435/7 435/12 437/4 437/23 442/10 444/5 445/23 463/2 471/25 472/1 482/15 484/6 487/12 490/20 491/6 493/6 496/24 497/3 497/8 497/12 498/6 498/22 499/4 535/3 574/23 580/6
**people's [1]** 368/19
**pepper [1]** 365/16 368/23
**perceive [1]** 382/6
**perceived [1]** 381/24
**percent [1]** 402/8
**perform [5]** 451/15 451/20 453/14 455/7 455/9
**performance [2]** 342/2 342/10
**performed [2]** 451/12 522/20
**performing [1]** 451/11
**perhaps [2]** 430/19 559/4
**perimeter [42]** 380/4 414/11 414/14 414/15 414/19 414/20 414/23 418/5 418/16 418/24 419/12 419/15 419/23 419/25 420/14 421/10 421/12 422/6 422/7 423/3 431/18 432/13 432/15 442/8 461/23 461/24 462/10 462/14 462/15 462/25 465/2 466/5 472/14 472/16 472/20 472/25 473/2 473/3 473/6 473/10

**perimeters [6]** 381/15 420/10 422/13 422/15 422/20 422/25
**period [2]** 465/16 499/21
**permissible [2]** 493/22 494/3
**permission [6]** 391/7 427/7 456/14 502/25 547/8 587/19
**permit [2]** 340/7 366/6
**permitted [6]** 347/6 435/8 435/13 438/9 439/19 473/5
**Perri [8]** 333/13 338/9 343/9 370/21 459/7 496/2 585/23 591/12
**person [25]** 338/12 342/22 364/20 367/5 385/19 421/16 422/13 452/9 488/25 489/1 496/15 498/10 507/18 507/19 508/20 510/12 528/9 550/22 551/1 552/12 562/18 562/21 563/3 575/6 591/9
**personal [3]** 453/24 475/1 573/18
**personally [4]** 388/1 388/2 520/14 586/23
**persons [1]** 350/3
**pertain [1]** 556/2
**pertains [3]** 390/16 418/7 555/23
**pertinent [2]** 475/24 512/8
**phone [48]** 388/19 451/21 484/9 484/9 502/3 506/8 516/14 519/3 520/11 521/4 521/11 521/18 521/23 522/2 522/6 522/18 522/20 522/23 522/24 523/1 523/2 523/5 523/8 523/9 523/10 523/20 523/23 524/12 528/18 541/9 545/3 545/20 545/21 547/5 556/8 557/3 559/17 559/18 559/19 561/18 561/20 564/17 566/19 569/22 569/25 570/7 576/7 587/15
**phones [2]** 389/16 389/17
**photo [4]** 518/25 519/5 519/10 519/16
**photograph [4]** 508/1 519/7 570/25 571/1
**photographs [4]** 504/17 507/1 507/6 523/14
**physical [13]** 342/12 361/9 362/5 362/8 382/10 399/25 400/7 408/19 412/25 420/16 422/15 425/11 466/9

**physically [8]** 377/24 379/3 379/4 382/18 394/8 413/15 441/5 513/10
**pick [1]** 359/14
**picture [14]** 361/2 433/2 434/21 437/24 441/5 447/23 448/4 500/11 508/7 535/16 536/24 542/19 548/12 579/8
**pictures [9]** 500/19 512/6 517/19 518/23 523/20 523/23 530/24 539/15 548/17
**pieces [1]** 359/13
**piping [1]** 359/13
**place [20]** 350/2 357/20 357/21 360/17 385/14 386/13 390/8 410/18 416/15 419/19 419/20 420/23 438/8 472/20 513/6 538/25 539/2 565/17 589/9 591/13
**placed [7]** 339/13 370/13 420/5 423/2 466/24 486/11 495/3
**places [3]** 464/19 464/20 464/21
**placing [1]** 385/16
**plain [5]** 372/16 388/13 394/16 394/18 454/1
**plain-clothes [2]** 394/16 394/18
**Plaintiff [1]** 333/4
**plan [15]** 382/10 384/4 473/14 473/19 477/4 484/21 484/21 484/23 484/24 484/25 485/3 485/7 485/13 486/13 490/4
**planned [4]** 379/20 479/9 479/18 481/25
**planning [3]** 352/22 354/11 389/12
**plastic [1]** 462/16
**platform [3]** 405/11 482/23 485/20
**platforms [3]** 510/6 511/17 529/10
**play [23]** 397/17 397/21 431/4 489/5 489/23 490/15 538/13 549/16 552/1 553/4 553/10 553/15 555/14 555/16 555/17 562/15 564/23 574/17 577/3 578/3 579/3 582/5 585/14
**played [105]** 355/9 356/11 359/21 391/13 392/12 392/25 393/7 393/20 395/3 395/10 395/23 431/5 432/21 434/18 435/16 437/19 438/12 439/6 439/23 441/23 442/1 442/13

**P**

played... [83] 444/16
444/23 445/16 446/4
448/13 449/14 454/3
489/6 489/24 490/17
491/2 534/4 538/1
538/16 540/16 542/16
543/6 543/13 543/23
544/3 544/6 544/13
544/20 545/10 545/15
546/19 547/11 549/24
552/2 553/2 553/12
554/6 554/16 555/4
559/11 560/8 560/18
561/9 562/2 562/16
562/24 563/5 563/11
563/17 566/15 566/22
566/25 567/21 569/18
570/15 571/6 571/18
572/5 572/20 574/4
574/19 575/3 575/9
575/20 576/2 577/12
578/4 578/14 579/4
579/17 580/14 582/6
582/19 582/22 583/21
584/5 584/24 585/8
585/16 586/2 586/18
587/2 588/3 589/3
590/1 590/13 590/22
590/25
**playing [1]** 406/7
**plaza [13]** 413/21
485/16 486/7 486/8
486/14 486/16 486/18
513/9 515/12 546/8
555/11 555/24 557/15
**pleaded [1]** 342/19
**please [118]** 338/4
339/5 339/14 341/16
350/24 363/1 370/12
370/15 371/6 378/7
378/7 378/18 388/19
389/21 391/14 392/11
392/13 392/16 392/24
393/1 393/6 393/8
393/19 395/2 395/4
395/9 395/11 395/22
401/12 403/13 403/23
404/1 404/12 404/21
404/24 405/16 405/19
406/1 407/10 407/16
407/19 408/2 416/8
420/1 424/8 431/6
432/20 432/24 434/16
434/21 435/15 435/17
437/12 437/18 437/20
438/13 439/5 439/7
439/22 439/24 441/22
442/2 444/15 444/24
445/17 446/14 447/15
449/4 451/22 456/16
460/9 461/2 466/23
466/25 468/8 474/1
476/24 479/21 489/5
489/13 489/23 490/15
495/2 495/12 506/8
508/12 520/23 526/25
529/14 533/14 533/19

549/1 551/25 552/15
553/24 555/1 557/3
559/10 563/15 563/19
564/7 570/17 574/20
577/2 577/2 577/3
578/1 579/3 579/16
585/14 588/22 590/11
590/23 591/18 594/21
**Police's [1]** 426/14
**police-issued [1]**
458/8
**political [2]** 367/5
368/15
**poor [1]** 363/13
**Pope's [1]** 377/10
**popping [1]** 353/15
**porticos [1]** 410/7
**portion [4]** 358/9
438/21 547/14 557/23
**portrayed [2]** 430/14
557/20
**position [3]** 368/8
397/10 450/16
**positions [1]** 398/25
**possibility [1]** 592/13
**possible [12]** 341/12
368/11 368/14 368/18
368/22 368/25 388/15
389/20 404/25 493/22
494/3 496/17
**post [5]** 352/24 527/20
532/4 532/5 533/12
**posted [10]** 353/6
353/14 353/19 354/5
473/7 527/20 536/4
536/11 536/25 573/17
**posting [5]** 347/19
531/19 532/2 534/11
537/5
**postings [1]** 350/4
**postmeridian [1]** 408/8
**posts [5]** 352/23 512/5
512/11 530/7 530/13
**posture [1]** 383/2
**potential [1]** 382/1
**power [1]** 406/5
**practically [2]** 382/17
385/9
**practice [1]** 363/16
**practiced [1]** 363/17
**pre [4]** 387/1 412/22
434/13 438/17
**pre-determined [1]**
387/1
**pre-existing [3]** 412/22
434/13 438/17
**precise [2]** 417/3
429/25
**prejudicial [2]** 389/7
453/3
**preliminary [1]** 343/14
**preparation [6]** 390/14
426/21 429/7 472/12
482/23 573/12
**preparations [3]**
351/21 352/12 413/14
**prepare [1]** 413/16
**prepared [2]** 353/14
485/8

484/11 484/15 501/9
501/11 501/16 502/1
503/13 503/14 504/10
505/18 509/11 509/11
516/15 525/18 525/21
562/6 579/22 579/23
**police-issued [1]**
458/8
**political [2]** 367/5
368/15
**poor [1]** 363/13
**Pope's [1]** 377/10

prepairing [1]
353/17 381/25
**presence [3]** 512/17
531/3 531/4
**present [26]** 344/10
344/23 377/24 379/5
379/9 394/24 398/19
402/13 415/19 418/22
423/8 501/18 513/10
516/12 520/17 525/14
528/13 535/6 542/25
544/8 556/2 556/5
556/15 558/22 568/22
582/20
**presentation [1]**
362/13
**presented [5]** 350/11
369/25 419/9 533/19
566/18
**presenting [1]** 398/6
**presents [1]** 344/9
**preserve [1]** 406/5
**preside [1]** 378/1
**president [94]** 352/4
352/7 352/17 354/9
354/11 354/13 354/17
360/1 360/19 366/24
367/18 368/1 368/15
369/4 369/10 377/9
377/20 377/20 377/23
378/9 378/10 379/14
396/5 396/6 403/19
403/19 404/17 405/3
406/4 408/9 408/10
408/10 410/25 411/5
411/6 411/8 412/24
416/7 416/20 436/12
436/13 440/8 442/22
443/17 468/21 468/21
469/8 469/11 469/14
471/9 471/18 471/18
471/21 472/7 472/9
472/12 473/20 474/11
475/16 475/16 476/15
477/5 477/8 477/18
477/25 478/1 478/14
478/18 479/3 481/10
481/19 481/25 482/10
482/15 483/17 483/22
483/25 484/18 485/25
487/17 487/25 490/5
490/22 490/24 491/5
491/11 491/16 491/18
491/22 492/11 492/15
493/12 493/23 542/22
**President's [8]** 471/14
477/15 479/14 483/16
486/6 488/15 488/19
489/3
**President-Elect [3]**
416/20 436/13 442/22
**presidential [10]** 352/3
352/6 376/4 379/17
394/6 396/5 410/17
413/7 448/23 478/15
**Presidents [3]** 468/21
475/21 475/21
**presiding [11]** 338/3

preparing [1]

353/17 381/25
**presence [3]** 512/17

preparing [1] 377/21

**presidings [1]** 377/21
**presume [1]** 502/5
**presumed [1]** 346/17
**presumption [1]**
346/18
**pretrial [1]** 397/16
**pretty [4]** 417/25
424/13 454/1 506/25
**Prettyman [1]** 334/10
**prevented [1]** 360/24
**preventing [1]** 358/15
**previous [4]** 480/11
534/10 570/3 588/6
**primarily [1]** 413/24
**printout [1]** 409/2
**prior [9]** 354/10 380/25
397/17 398/18 412/23
436/20 466/3 466/8
477/3
**privacy [1]** 475/2
**private [2]** 510/15
512/5
**pro [2]** 393/15 394/5
**probably [16]** 340/5
340/21 367/19 379/11
414/17 421/6 455/19
462/6 464/23 465/6
497/17 510/8 510/10
514/18 592/10 594/7
**problem [2]** 351/15
399/21
**problems [2]** 349/20
366/1
**procedurally [1]**
377/17
**procedures [8]** 343/3
379/25 381/9 381/22
382/5 382/8 384/14
386/13
**proceed [1]** 343/5
**proceeded [2]** 479/13
482/14
**proceeding [15]**
361/24 376/10 376/18
389/25 390/8 390/15
391/1 402/15 405/14
407/7 435/12 452/19
454/12 454/17 455/2
**proceedings [12]**
333/9 334/13 338/13
373/25 375/2 384/13
389/5 395/21 455/4
493/24 594/25 595/4
**process [23]** 341/10
349/23 350/15 353/3
361/4 376/6 376/7
378/25 387/10 393/4
396/8 400/6 401/25
408/21 414/7 429/1
497/3 498/20 498/23
508/10 528/2 530/8
530/14
**produce [1]** 344/12
**produced [1]** 334/13

**P**

**profound** [1] 363/5
**programs** [1] 416/18
**progress** [3] 387/3 390/15 429/10
**progression** [2] 398/4 428/23
**prohibited** [1] 423/1
**prohibiting** [1] 437/16
**project** [2] 412/25 413/1
**projects** [1] 439/14
**proof** [4] 346/23 369/18 369/23 369/24
**proper** [2] 522/22 522/25
**properly** [3] 346/9 424/24 426/4
**property** [4] 342/17 362/1 362/1 383/16
**protect** [9] 357/14 357/16 363/11 414/12 418/13 439/3 466/9 469/7 469/10
**protected** [4] 342/2 357/19 451/15 472/20
**protectee** [2] 471/22 472/19
**protectees** [6] 418/12 470/13 470/20 470/22 472/10 490/21
**protecting** [4] 358/16 468/20 468/23 473/15
**protective** [2] 458/7 475/21
**protest** [9] 353/7 353/8 354/2 354/4 412/16 413/4 413/6 413/8 440/25
**protesters** [19] 365/15 365/16 380/2 395/19 433/6 435/3 438/6 438/7 439/19 441/6 442/6 444/18 445/8 446/22 447/25 448/16 463/11 463/12 464/13
**protests** [1] 436/21
**protocol** [2] 475/11 475/12
**protocols** [1] 381/23
**proud** [1] 355/19
**prove** [10] 344/11 346/21 347/3 362/9 364/22 364/23 364/25 365/1 369/15 453/23
**proven** [2] 346/19 346/24
**provide** [25] 341/18 374/14 375/1 375/3 375/6 375/20 377/5 383/7 383/14 387/22 387/22 392/4 412/19 414/4 421/2 421/8 435/5 436/23 442/8 483/6 497/20 501/3 505/24 509/1 554/12
**provided** [11] 371/14 379/5 392/18 405/3

457/4 464/4 483/7 498/23 500/16 504/17 587/15
**providers** [1] 511/16
**provides** [4] 363/10 475/14 475/18 515/24
**providing** [2] 440/24 500/18
**proving** [1] 364/18
**provisions** [1] 402/22
**proximity** [1] 435/6
**public** [17] 352/10 374/14 374/23 374/25 375/2 375/8 414/8 418/8 418/13 436/25 437/2 442/24 473/8 509/18 510/13 510/14 538/10
**publicly** [8] 358/12 513/20 514/5 519/6 519/6 519/12 527/20 567/7
**publish** [1] 391/7 406/20 480/18 518/22 529/12 534/1 541/18 541/25 542/11 547/8 569/12 587/19 588/20
**published** [4] 403/9 406/23 531/12 547/6
**publishing** [1] 567/16 570/25
**pull** [2] 461/22 479/21
**pulled** [1] 355/11
**pulling** [1] 479/25
**punch** [1] 353/16
**purely** [1] 594/4
**purportedly** [1] 500/19
**purports** [2] 404/22 428/19
**purpose** [4] 378/18 378/21 454/6 538/21
**purposes** [10] 363/5 364/1 520/22 560/11 562/4 562/9 562/19 577/7 580/5 582/11
**pursuant** [1] 408/8
**push** [5] 388/7 440/21 442/7 445/8 446/22
**pushed** [3] 351/9 358/25 388/14
**pushing** [1] 445/7
**put** [14] 344/2 344/13 356/15 356/23 382/23 393/16 393/24 433/16 438/8 454/21 532/5 538/19 547/16 573/17

**Q**

**Query** [1] 593/2
**question** [15] 345/25 346/8 346/12 346/13 346/14 346/15 397/15 430/21 453/4 464/16 492/8 511/21 525/13 540/15 557/22
**questions** [20] 344/4 344/5 344/14 345/1 345/12 344/13 378/7

408/14 412/11 417/2 424/5 454/7 461/13 465/21 496/14 507/4 530/23
**quick** [5] 421/3 421/8 460/11 525/12 554/13
**quickly** [1] 389/21
**quietly** [1] 400/24
**quite** [2] 457/21 541/25

**R**

**race** [1] 363/13
**rack** [2] 473/3 486/9
**racking** [1] 354/20
**racks** [16] 412/21 414/8 420/19 421/4 421/5 421/5 422/21 433/12 433/15 435/11 436/22 462/24 463/1 463/9 463/16 466/4
**radiating** [1] 431/9
**radio** [8] 379/24 379/25 380/5 380/19 387/6 387/18 387/20 484/16
**radios** [1] 484/15
**raise** [4] 339/11 341/16 370/12 466/23
**raised** [1] 397/16
**rally** [2] 367/1 538/24
**randomly** [1] 341/3
**rank** [1] 371/10
**ranking** [1] 457/17
**rather** [5] 349/23 374/8 394/19 402/13 483/10
**RCFL** [1] 521/19
**re** [1] 349/21
**re-trials** [1] 349/21
**reach** [2] 593/14 593/15
**reached** [2] 459/15 593/18
**reaction** [1] 365/25
**read** [19] 365/12 403/16 404/1 404/24 404/25 405/19 406/1 408/2 409/4 409/6 427/8 456/14 503/1 524/18 528/24 529/11 533/14 535/25 536/1
**reading** [2] 529/13 529/17
**ready** [12] 338/24 339/9 353/11 370/17 381/10 381/11 401/15 461/4 461/8 466/18 467/2 494/23
**real** [4] 351/4 368/9 460/11 557/24
**realize** [1] 341/13
**realized** [2] 384/6 400/19
**realJ6.com** [1] 530/2
**realJ6Zaddy** [1] 529/23
**really** [5] 431/14 453/20 535/22 551/3 565/20

**reason** [4] 341/1 400/16 490/7 565/12
**reasonable** [12] 346/20 346/22 346/25 347/4 362/10 363/10 365/1 365/3 365/5 365/6 369/16 370/2
**reasons** [8] 349/25 350/16 375/7 383/9 384/22 418/11 474/24 475/2
**rebut** [1] 350/11
**rebuttal** [1] 344/17
**recall** [1] 554/3
**receive** [2] 512/2 512/4
**received** [59] 366/21 391/4 403/6 406/17 409/1 415/25 419/3 423/15 427/13 429/20 446/12 456/12 474/18 480/16 488/11 499/9 499/11 500/4 502/6 502/23 511/23 512/5 516/25 522/8 530/9 530/15 531/13 533/25 535/11 536/20 537/24 539/9 541/16 542/14 543/4 543/11 543/21 544/18 545/13 546/22 548/8 549/6 550/13 553/7 560/6 562/1 566/13 567/19 569/16 571/4 572/15 574/10 580/12 582/7 583/19 586/16 588/1 588/23 589/24
**receiving** [2] 485/1 486/23
**recently** [1] 554/15
**recess** [23] 382/23 384/12 384/16 384/23 385/1 385/3 385/9 385/14 385/16 385/20 393/14 393/16 393/24 395/6 396/1 399/9 399/10 411/9 411/16 460/8 526/20 526/21 594/24
**recesses** [1] 340/16
**recessing** [1] 393/11
**recognition** [6] 500/12 500/15 500/25 504/14 504/15 505/21
**recognize** [62] 341/13 418/19 419/5 419/8 423/19 445/2 445/19 448/15 449/16 474/3 474/6 508/6 516/8 521/1 521/3 524/1 531/16 534/22 538/18 539/13 539/15 541/2 542/18 544/12 544/22 547/2 548/2 548/14 548/16 549/7 549/20 553/15 555/3 556/17 559/14 561/14 561/16 562/18 563/7

567/1 567/3 568/24 570/16 571/9 572/21 573/1 573/2 574/5 574/22 575/11 576/4 577/6 579/18 581/12 582/23 586/4 587/3 588/12 589/4 591/9
**recognizes** [1] 430/18
**recollection** [1] 540/11
**recommended** [2] 494/1 494/5
**record** [22] 391/23 391/24 392/2 392/3 392/4 406/9 406/13 407/3 407/13 409/5 426/18 459/6 465/20 494/10 494/17 495/12 530/19 533/22 535/20 556/24 571/20 595/3
**recorded** [1] 334/13
**recording** [6] 427/24 428/2 503/17 541/10 547/15 569/23
**recordings** [5] 426/6 426/11 426/25 428/11 503/25
**records** [2] 425/2 503/16
**recovered** [7] 361/7 361/10 361/14 428/6 503/20 520/10 522/23
**RECROSS** [1] 335/4
**red** [14] 357/6 358/7 358/21 361/11 419/23 420/17 423/5 504/5 519/8 519/19 539/23 540/2 568/13 571/25
**redacted** [3] 475/3 573/21 573/22
**redaction** [1] 530/18
**redactions** [5] 474/22 474/24 474/25 475/3 573/14
**redirect** [5] 335/4 344/7 344/16 465/23 465/25
**redtatoo179** [1] 529/18
**redtattoo179** [1] 530/16
**refer** [4] 343/6 357/19 479/13 484/21
**referencing** [2] 353/23 353/24
**referred** [3] 442/16 481/5 575/6
**referring** [4] 343/8 343/12 480/22 481/6
**reflect** [3] 350/6 593/4 593/13
**reflective** [1] 516/3
**refresh** [1] 540/11
**refuse** [1] 348/25
**regain** [1] 447/1
**regard** [1] 430/10
**regarding** [3] 475/15 500/17 518/9
**regardless** [1] 363/13

**R**

regards [2] 475/18 509/9
Region [1] 470/16
Registered [1] 334/8
regular [2] 341/7 426/14
reinforce [3] 388/3 431/25 462/24
relate [2] 402/14 556/7
relates [1] 544/12
relating [2] 408/9 475/1
relation [4] 496/17 550/9 561/3 583/11
relevance [1] 514/16
relevant [3] 453/13 453/21 475/24
reliable [2] 425/4 522/25
rely [2] 350/23 366/2
remain [2] 340/15 386/24
remained [1] 492/12
remaining [1] 362/2
remains [1] 346/18
remarks [1] 339/18
remember [3] 340/9 398/16 532/19
remind [2] 401/4 453/4
reminder [1] 427/10
reminders [2] 459/19 591/17
removal [1] 493/6
remove [5] 386/11 386/25 394/8 400/4 491/18
removed [4] 487/21 491/20 491/21 492/18
render [1] 504/6
rendered [1] 428/16
rendering [4] 355/1 355/6 357/7 415/21
repeat [2] 347/11 367/8
repeated [3] 365/24 367/6 368/18
rephrase [1] 511/21
replay [1] 590/10
report [1] 348/19
reporter [5] 334/8 334/8 334/9 334/9 350/20
reports [2] 368/18 387/7
represent [2] 370/22 481/2
representation [2] 390/20 480/6
Representative [1] 411/14
Representatives [18] 372/21 373/15 376/14 379/2 391/18 404/15 404/16 405/6 405/9 408/5 408/6 410/14 410/20 410/23 411/12 411/17 411/18 482/9
represents [1] 481/1

request [6] 427/7 449/8 456/14 499/18 502/25 505/17 510/6 559/2
requesting [1] 499/16
require [5] 344/11 366/17 366/18 369/14 402/10
required [3] 344/10 380/7 518/9
requirements [1] 408/8
requires [8] 339/25 363/19 364/17 365/5 366/7 366/7 366/9 369/15
requiring [1] 340/2
research [6] 349/10 349/12 349/18 350/14 350/18 591/19
researching [1] 349/13
resecured [1] 395/20
residence [1] 521/4
resident [1] 516/20
residential [1] 520/4
resisted [1] 342/8
resisting [1] 361/24
resolution [2] 406/14 407/18
resolve [2] 411/4 525/13
Resolved [1] 408/4
respect [15] 339/24 377/2 450/21 452/18 454/14 498/1 509/1 523/7 528/16 530/24 554/2 572/7 580/6 584/18 594/8
respective [1] 403/18
respectively [1] 411/21
respond [2] 346/10 493/3
responded [1] 367/14
responding [1] 350/4
response [4] 365/21 365/25 511/17 515/22
responsibilities [6] 339/22 345/8 371/12 372/13 377/2 412/14
responsibility [5] 345/8 345/10 345/15 346/6 349/25
responsible [3] 451/11 452/13 526/13
resting [1] 592/14
restrict [2] 418/11 466/5
restricted [15] 341/23 352/10 354/16 354/18 362/2 362/4 362/6 418/5 418/9 418/16 418/24 419/15 420/21 487/12 493/7
restrictions [1] 374/24
result [6] 451/13 507/22 508/6 510/23 528/1 551/18
resulting [1] 349/21
results [2] 551/19

resume [6] 360/20 385/6 396/18 459/17 525/3 525/5
resumed [1] 411/20
resuming [1] 384/19
retire [2] 340/22 344/22
retreating [3] 435/5 555/11 557/15
retribution [1] 366/4
return [5] 362/17 493/13 494/4 511/24 512/2
returned [3] 341/21 493/18 493/23
returning [2] 492/20 492/23
revenge [1] 366/5
review [4] 429/6 505/11 506/3 573/11
reviewed [2] 499/11 521/15
reviewing [1] 528/2
rich [1] 363/13
right [178] 338/14 338/16 338/22 339/5 339/14 340/4 351/11 353/1 362/20 362/25 364/2 364/12 370/6 370/7 370/12 372/4 373/7 373/12 373/19 376/9 381/17 384/8 385/22 387/16 391/19 396/23 398/10 401/7 401/11 402/24 403/3 403/4 405/6 407/2 408/13 411/25 414/25 417/15 417/24 420/8 422/7 424/1 431/14 432/14 432/20 432/24 433/17 436/15 437/22 440/7 441/9 441/11 446/11 447/15 453/16 453/16 453/17 455/20 456/11 458/13 459/13 459/14 460/2 460/7 460/11 460/23 461/1 461/8 465/22 466/18 466/23 471/1 474/17 476/1 476/11 479/7 483/5 485/2 488/9 488/19 488/20 488/24 489/4 489/15 494/13 494/23 495/4 496/13 496/23 500/7 502/14 502/18 502/20 502/22 503/6 504/24 505/8 508/14 509/15 511/7 514/12 515/13 520/13 525/8 526/1 526/10 526/11 527/8 528/7 531/11 533/17 536/7 537/11 539/5 541/15 542/2 545/12 548/7 550/8 551/1 551/4 551/10 551/14 552/9 553/15 555/9 555/13

560/5 560/15 560/16 560/20 561/24 562/23 563/3 564/3 564/24 565/1 565/4 565/21 566/2 567/18 568/14 569/19 569/22 570/11 571/3 574/1 574/16 574/23 574/25 575/5 575/15 575/19 576/19 576/24 578/18 578/23 579/12 579/13 582/1 582/4 582/15 583/6 584/4 584/11 584/21 587/18 588/20 589/17 590/20 591/12 591/14 592/1 592/17 594/15
right-hand [1] 433/17
riot [24] 342/16 352/1 358/6 358/10 358/14 358/25 372/5 389/1 389/2 397/23 428/23 449/24 451/13 496/18 497/1 512/18 513/7 514/20 515/1 515/2 527/15 527/16 527/23 528/4
rioters [35] 354/14 354/18 354/19 354/23 354/25 355/24 356/16 356/18 356/19 356/25 357/16 357/24 358/2 360/2 360/13 360/17 360/24 361/3 386/12 386/23 387/3 387/8 397/19 398/4 429/2 429/10 432/13 485/16 485/23 486/1 486/7 486/23 486/25 487/20 493/24
riots [2] 497/10 499/22
rise [5] 338/2 396/20 459/25 525/6 591/24
risked [1] 490/9
RMR [2] 595/2 595/8
roadways [1] 425/21
robs [1] 350/14
role [5] 385/7 471/7 471/13 590/5 590/8
roll [1] 375/20
room [7] 372/25 373/10 394/21 400/20 443/7 521/5 525/15
rooms [1] 409/19
Rotunda [6] 435/21 440/4 441/13 441/14 443/8 444/14
roughly [2] 409/19 409/20
routine [1] 376/2
row [1] 351/8
ruckus [1] 482/24
rude [1] 348/22
rule [2] 345/11 345/23 349/20 350/1
rules [4] 339/18 343/3 344/21 431/25
run [9] 458/18 485/24

487/16 487/16 487/23 489/19 500/8 500/14 505/20
rundown [1] 375/21
running [1] 424/24
runs [1] 488/22
rural [1] 363/14
rushing [1] 438/23

**S**

S-214 [3] 477/14 478/14 478/21
safe [9] 351/22 351/23 360/11 360/19 375/6 385/6 386/18 386/24 493/1
safely [1] 491/10
safer [1] 387/1
safety [1] 383/9
said [10] 355/12 386/16 412/10 460/13 487/15 506/10 562/13 565/11 566/3 594/20
sake [1] 550/3
same [45] 344/18 348/23 351/10 356/1 356/22 363/15 374/3 394/24 400/6 407/12 433/8 466/4 499/16 501/21 524/4 526/6 526/7 540/17 541/5 543/8 546/4 552/24 553/18 556/8 561/5 563/13 565/16 566/17 567/12 569/6 570/21 570/21 572/7 574/23 581/18 581/21 584/18 585/20 585/20 586/20 587/11 588/5 589/9 589/15 591/17
satisfaction [1] 493/10
savings [1] 533/5
saw [21] 394/7 418/19 421/15 423/5 442/6 442/16 458/25 462/5 486/23 486/25 491/6 539/19 550/17 551/19 552/22 567/23 580/20 581/20 587/11 588/5 588/14
say [25] 348/3 365/4 366/14 376/10 397/10 400/2 420/22 422/9 452/16 463/20 498/15 506/22 507/5 507/12 515/17 516/13 528/1 550/1 557/11 575/5 575/22 585/11 588/17 590/11 590/17
saying [4] 346/10 347/17 396/8 452/10
says [9] 363/4 364/16 373/4 385/20 402/20 425/6 564/20 575/7 590/14
scaffolding [4] 410/6 415/13 449/20 546/10
scanned [1] 380/13

**scene [2]** 349/10
460/15

**scenes [1]** 513/6
**Schwartz [3]** 398/17
398/25 399/6
**scope [1]** 466/11
**screaming [3]** 368/23
487/8 487/8
**screen [18]** 351/7
351/8 391/21 416/5
431/17 432/2 432/8
442/16 445/24 446/1
446/8 488/19 490/23
538/19 538/21 542/23
550/24 573/18
**screens [1]** 351/11
**screenshot [9]** 355/21
539/6 539/19 548/2
549/9 550/10 572/8
572/9 588/10
**screenshots [2]** 446/6
547/18
**sea [2]** 355/20 355/24
**search [23]** 501/1
505/17 505/20 511/8
511/8 511/10 511/12
511/17 514/24 514/25
515/22 515/23 516/19
516/25 517/2 518/6
518/11 520/4 520/5
524/4 524/10 527/14
528/18
**searched [1]** 527/7
**searches [3]** 513/23
527/12 569/2
**searching [1]** 527/7
**seat [9]** 341/5 341/6
370/15 397/6 460/12
461/2 466/25 526/25
592/1
**seated [8]** 338/4 339/5
339/10 339/14 374/4
374/15 401/12 460/9
**seating [13]** 374/1
374/2 405/13 414/2
414/5 415/7 415/10
415/15 417/4 417/7
417/8 436/3 440/9
**seats [7]** 340/4 341/3
373/1 373/7 405/2
415/14 443/18
**secession [1]** 394/7
**second [23]** 399/11
399/14 423/12 430/11
437/8 439/15 442/14
456/7 461/21 465/18
477/16 478/23 479/2
479/14 480/7 488/17
494/15 508/24 533/21
556/23 564/17 577/3
578/1
**secondary [1]** 433/18
**seconds [13]** 425/7
432/23 490/16 490/16
490/19 547/9 552/1
570/25 577/4 578/16
590/11 590/21 590/24

**Secret [12]** 350/10
360/8 383/4 468/13
468/14 468/17 468/19
468/25 469/4 469/5
469/7 469/10 469/17
469/19 471/22 472/10
472/18 473/12 473/20
475/10 475/19
**Secretary [1]** 405/8
**section [10]** 371/11
403/24 404/23 405/17
406/1 407/19 457/6
457/14 476/25 477/2
**secure [28]** 351/22
351/23 375/4 381/11
381/11 386/15 386/17
388/15 422/17 424/12
442/8 472/20 472/25
473/2 473/10 473/16
483/2 487/15 487/17
488/1 488/3 490/5
491/12 491/16 491/23
491/24 492/12 492/16
**secured [9]** 386/1
386/14 395/18 409/16
414/6 434/5 484/6
487/23 487/24
**securing [2]** 372/16
387/23
**security [30]** 349/2
371/14 377/1 377/5
380/3 383/1 383/8
383/15 384/22 385/18
388/9 394/7 412/19
412/20 412/22 418/11
424/12 425/11 435/5
436/19 465/2 469/6
472/13 472/16 482/19
484/25 485/3 492/3
493/4 493/9
**see [156]** 348/20 351/7
351/9 351/25 352/15
352/19 352/23 353/2
353/4 353/11 358/4
358/5 358/6 358/8
358/11 358/20 359/9
359/15 359/18 361/1
361/6 361/9 361/15
361/16 363/24 365/12
365/25 369/20 369/23
372/25 373/24 392/15
394/1 396/18 399/3
400/3 400/14 403/23
407/9 415/9 415/12
415/13 417/7 420/9
422/3 423/11 431/21
431/22 431/23 432/1
433/4 433/4 433/7
433/8 433/15 433/16
434/7 434/9 434/21
436/16 437/14 437/23
438/24 439/2 440/1
440/11 440/18 440/22
440/23 442/4 442/25
443/1 446/17 447/3
447/5 447/6 447/20
447/1 448/4 449/4
449/6 449/8 449/13

**462/2** 465/5 486/2
487/3 487/7 488/18
488/24 489/8 503/5
505/13 507/19 508/7
508/19 525/4 525/11
526/5 526/6 532/14
535/22 537/5 537/10
537/11 538/3 538/5
538/11 539/25 540/11
542/2 546/3 546/12
548/12 551/3 551/7
552/5 552/11 552/12
552/14 553/18 558/4
560/20 563/2 567/22
568/9 568/10 569/24
572/2 573/23 574/13
576/4 577/2 577/18
578/1 578/8 578/9
578/17 578/19 580/23
581/1 581/2 581/3
582/16 583/24 584/7
584/11 585/2 591/5
592/19 592/21 592/24
594/20
**seeing [16]** 391/11
391/20 392/8 395/15
395/16 417/12 431/17
435/19 435/23 438/3
444/19 445/5 459/23
490/2 528/6 554/3
**seek [9]** 366/4 390/25
474/13 501/24 512/20
516/19 518/12 524/14
558/16
**seeking [5]** 349/23
454/23 480/10 488/7
541/18
**seem [4]** 364/2 364/2
364/2 377/13
**seems [6]** 450/25
451/2 453/2 547/14
566/7 589/11
**seen [15]** 357/8 373/3
379/11 445/21 448/20
464/7 507/1 507/6
507/25 508/3 561/2
565/5 583/9 589/8
590/4
**sees [1]** 350/3
**selected [1]** 341/3
**selection [1]** 341/10
**self [1]** 534/19
**self-made [1]** 534/19
**selfie [4]** 524/1 536/24
540/9 544/25
**selfie-type [1]** 536/24
**selfies [1]** 523/24
**semicircle [1]** 373/1
**Senate [67]** 372/22
373/15 376/15 376/17
377/18 377/20 379/2
384/21 385/5 392/4
393/11 393/15 393/16
393/16 394/5 394/14
394/23 401/21 404/15
404/18 405/4 405/8
406/4 408/4 408/11

**410/21** 412/2 411/6
411/9 411/10 411/20
425/20 439/14 439/14
454/12 475/11 477/13
477/16 478/1 478/4
478/16 478/17 478/25
480/23 480/23 481/1
481/5 481/7 481/15
482/11 482/11 482/4
482/16 483/21 484/19
486/2 488/14 488/20
488/23 490/13 491/19
492/20 493/13 493/18
**Senator [1]** 411/7
**Senators [7]** 405/5
405/7 411/10 478/19
481/25 482/10 482/15
**send [4]** 400/1 476/22
497/3 497/12
**sense [6]** 339/21
380/10 455/2 529/12
559/5 592/3
**sent [4]** 476/18 477/3
496/24 496/25
**sentence [1]** 405/20
**Sentenced [1]** 526/17
**separate [4]** 401/24
405/21 411/3 526/9
**separated [1]** 397/10
**separately [2]** 397/9
402/2
**separates [1]** 363/6
**sergeant [7]** 372/3
372/14 375/17 384/21
385/4 475/11 475/12
**serious [1]** 341/8
**servants [2]** 363/18
364/6
**serve [3]** 348/9 366/5
369/3
**serves [1]** 363/5
**service [22]** 340/25
360/9 383/4 468/13
468/15 468/18 468/19
468/25 469/4 469/5
469/7 469/10 469/17
469/19 471/22 472/10
472/18 473/13 473/20
475/10 475/19 511/16
**serving [2]** 348/1 348/2
**session [24]** 338/3
376/13 376/17 377/2
377/10 377/15 378/19
390/9 390/16 395/17
397/8 397/9 397/12
401/22 404/3 404/13
410/11 410/13 410/20
410/21 410/24 411/1
411/19 411/22
**sessions [2]** 377/6
383/19
**set [10]** 354/16 355/5
364/19 419/12 422/2
433/18 436/19 436/22
473/3 497/9
**setting [1]** 421/25
**settlement [1]** 363/8

**seven [2]** 558/5 558/25
**seven-minute [1]**
558/5
**seventh [1]** 359/19
**several [8]** 360/15
412/25 412/25 431/10
458/19 464/3 464/18
589/7
**several-month [1]**
412/25
**several-week [1]**
412/25
**Sh.ane7428 [1]** 529/19
**shall [10]** 403/18 404/3
404/13 404/15 404/18
405/3 406/3 406/4
408/6 408/11
**SHANE [47]** 333/6
338/8 341/22 351/4
351/5 351/16 352/13
356/3 365/9 365/11
366/23 367/9 367/25
368/6 368/17 369/9
370/4 409/11 427/18
456/20 461/14 496/25
499/20 503/10 511/2
513/2 515/16 515/19
518/19 519/2 519/3
519/8 519/14 519/19
522/15 522/20 529/4
529/20 529/22 530/1
530/4 530/5 530/11
530/17 531/25 576/5
591/11
**Shane.Jenkins.7 [2]**
529/21 530/10
**Shane/Jenkins' [1]**
530/4
**share [2]** 377/19
377/21
**sharing [1]** 484/12
**she [28]** 400/11 400/13
400/16 400/18 400/19
401/4 483/9 483/11
483/11 483/11 497/22
502/5 502/6 502/8
506/12 506/18 507/1
507/2 507/3 511/23
538/14 550/24 550/25
566/3 568/1 575/7
587/9 590/11
**she's [13]** 502/7
506/16 506/22 565/12
565/13 565/20 565/22
566/4 576/10 584/14
587/9 593/25 594/8
**sheer [1]** 442/10
**shield [9]** 342/16 358/6
358/10 358/14 358/15
358/25 458/9 458/17
458/18
**shields [3]** 458/23
458/25 459/3
**shifts [1]** 346/23
**shooting [1]** 449/1
**shortly [5]** 396/19
399/4 465/14 525/4
525/11

**shot [6]** 488/24 489/9
489/10 519/1 519/11
519/17
**should [27]** 342/20
343/22 346/1 346/2
346/5 347/17 348/11
348/17 348/19 348/25
350/12 350/17 364/2
365/22 369/7 397/16
399/22 412/4 434/9
434/11 475/2 487/12
518/9 518/22 593/4
593/17 594/10
**shouldn't [1]** 401/4
**show [67]** 353/13
362/14 367/21 367/23
367/24 369/2 398/3
403/13 415/21 422/5
422/9 429/14 441/10
446/14 448/8 473/4
473/24 520/21 531/8
536/16 537/15 539/5
540/22 542/22 543/8
543/16 543/25 544/4
545/8 546/15 546/17
547/21 547/24 549/2
549/11 550/9 553/1
554/24 556/8 556/10
556/13 557/16 557/17
559/8 561/12 563/15
566/12 566/23 569/4
569/6 570/13 572/8
572/18 573/8 574/1
578/24 579/2 579/16
581/10 581/16 582/4
583/3 585/19 586/10
586/25 589/1 589/18
**showed [7]** 355/10
355/11 364/15 451/6
451/9 454/4 500/19
**showing [7]** 398/12
399/6 417/25 473/25
474/2 580/9 580/10
**shown [5]** 399/6 454/1
479/22 544/16 565/11
**shows [7]** 345/3 361/1
390/15 401/20 401/21
555/10 557/14
**sic [1]** 412/13
**side [58]** 344/23 345/3
346/8 350/11 376/15
376/15 376/18 377/18
387/15 387/19 387/21
394/23 394/24 397/24
398/5 405/11 409/24
410/1 410/8 414/3
414/15 414/16 414/21
417/7 417/9 417/12
419/11 420/1 420/3
432/13 432/15 433/6
433/9 433/17 436/14
438/18 438/19 440/10
442/5 448/23 454/2
477/16 480/23 481/5
481/6 482/9 482/11
482/14 482/16 482/19
485/20 486/2 488/19

**546/11 561/4
**sidebar [1]** 389/19
**sides [5]** 350/10 392/3
396/4 417/5 490/10
**signage [4]** 412/21
420/20 422/22 473/7
**signature [3]** 532/14
551/11 579/24
**significance [3]** 350/9
422/22 580/4
**significant [1]** 424/24
**signs [9]** 422/25
431/21 433/21 433/21
433/23 437/16 463/15
463/15 487/5
**similar [7]** 448/20
505/17 514/20 545/8
581/22 581/23 582/11
**similarities [1]** 546/3
**similarly [4]** 549/2
561/12 581/10 594/8
**simple [2]** 506/25
557/24
**simply [8]** 366/6 368/2
368/8 400/2 463/1
502/5 518/7 566/4
**since [3]** 371/17
400/17 443/15
**single [6]** 360/17
364/19 364/25 365/1
455/5 531/21
**sir [47]** 338/15 371/6
372/6 376/25 377/7
384/3 387/14 390/18
390/22 391/12 395/14
396/25 403/22 405/15
412/15 417/23 418/6
418/21 419/18 423/6
423/19 423/21 424/2
424/9 425/3 426/1
426/3 426/5 433/25
437/6 438/10 444/20
447/19 450/9 450/12
457/17 457/20 457/23
458/5 458/21 459/4
460/4 462/20 463/3
463/18 464/21 466/16
**sit [4]** 364/5 374/7
436/13 464/17
**site [6]** 350/6 353/6
438/21 471/8 471/12
472/23
**sitting [4]** 340/22
359/25 513/22 592/18
**situation [3]** 382/6
421/8 486/11
**six [5]** 356/12 356/13
356/23 374/18 576/1
**six-feet [1]** 374/18
**sixth [2]** 359/18 359/19
**skills [1]** 371/23
**skip [1]** 363/23
**skylights [1]** 410/8
**sleuth [1]** 499/3
**slight [3]** 419/10
428/14 504/3
**slightly [1]** 528/10

**snow [23]** 412/21
414/7 417/20 420/20
420/25 421/1 422/21
431/20 431/24 433/5
433/8 433/12 433/18
434/9 434/11 435/10
462/15 462/16 462/22
462/23 463/16 465/1
466/4
**so [308]**
**So I gave [1]** 385/25
**so I think [3]** 454/10
504/8 593/12
**So it's [7]** 372/22 443/8
444/1 453/12 525/3
526/8 561/17
**So this [1]** 533/18
**so this is [5]** 422/5
424/1 440/7 488/14
490/3
**So this one [1]** 481/1
**social [24]** 347/19
352/15 361/7 367/6
369/6 374/8 374/17
375/6 459/19 499/13
499/14 509/24 510/1
510/6 511/17 523/16
524/11 524/12 524/16
528/16 528/17 529/7
529/10 529/25
**software [1]** 500/15
**sole [1]** 346/5
**solemn [1]** 349/25
**solid [2]** 421/10 421/11
**some [87]** 339/17
341/18 343/2 343/3
357/20 359/12 364/24
367/8 367/14 367/15
367/17 367/18 367/19
380/14 380/24 386/8
394/10 397/21 402/14
412/11 413/11 415/10
417/2 421/17 424/4
424/16 425/21 426/20
430/10 433/4 434/20
438/24 440/11 447/3
451/6 451/9 455/11
457/22 458/16 458/25
464/23 468/20 470/3
470/18 472/4 474/21
482/20 484/9 484/9
484/14 484/16 487/5
487/5 487/6 493/19
496/14 499/12 499/17
501/8 502/8 502/9
504/19 506/18 506/23
510/12 511/1 516/1
516/18 518/4 518/23
525/24 530/23 541/19
544/8 547/18 554/14
554/15 556/4 556/7
557/18 557/19 557/20
571/20 573/23 580/6
593/3 593/23
**somebody [5]** 455/7
497/19 526/14 526/17
584/21

**somebody's [1]** 540/21
**somehow [1]** 346/3
**someone [3]** 341/14
347/23 348/24
**someone's [1]** 475/1
**something [35]** 368/4
373/20 379/23 380/4
380/18 381/4 381/8
382/3 383/17 383/18
392/2 392/15 415/19
422/12 430/19 433/10
441/13 442/16 449/13
477/3 485/8 500/23
514/20 521/18 524/22
527/15 527/16 532/6
538/14 547/16 550/17
552/5 562/8 590/12
594/7
**Sometime [1]** 493/16
**sometimes [2]** 349/21
350/16
**somewhat [1]** 463/8
**somewhere [1]** 434/11
**soon [2]** 348/19 502/7
**sorry [41]** 351/14
359/18 399/12 401/5
404/23 432/22 445/25
448/11 451/1 453/9
456/9 473/24 481/14
481/18 496/2 498/8
499/6 499/7 511/21
515/18 522/11 537/17
537/18 540/14 541/22
542/21 548/6 549/4
553/22 554/10 556/19
564/8 564/10 567/25
569/20 570/12 574/6
579/1 584/12 584/14
590/17
**sort [16]** 388/8 397/18
400/10 413/18 413/19
415/13 421/1 431/25
439/13 441/11 441/15
454/2 460/13 460/17
533/2 557/8
**sought [1]** 349/22
**sound [2]** 349/25
359/17
**sounds [3]** 396/16
460/22 592/14
**source [12]** 502/9
514/7 527/5 557/20
558/10 567/7 569/1
570/18 573/4 581/15
583/2 586/9
**south [4]** 409/21 414/3
417/7 438/19
**Southeast [1]** 409/15
**space [2]** 435/7 521/7
**spaced [1]** 374/18
**spaces [1]** 410/2
**speak [8]** 341/17 354/9
354/11 354/13 366/25
443/12 445/25 565/9
**speaker [7]** 373/9
377/22 378/2 378/13
382/22 405/4 411/11
**Speaker's [3]** 383/5

**speaking [7]** 349/22
378/24 385/9 527/19
540/18 541/6 555/10
**special [9]** 374/11
376/10 382/4 412/12
414/11 494/25 497/6
513/18 525/8
**specially [1]** 446/24
**specific [12]** 364/17
366/18 369/14 369/14
369/18 402/6 430/21
454/21 455/6 512/11
512/12 512/12
**specifically [11]**
366/11 372/10 385/24
402/16 413/14 463/13
471/2 501/8 517/11
544/9 577/10
**specifying [1]** 498/22
**speculate [2]** 346/14
475/2
**sped [1]** 398/4
**sped-up [1]** 398/4
**speech [6]** 413/23
416/18 442/22 442/23
538/22 543/9
**speeches [1]** 368/14
**spell [2]** 468/9 495/15
**spelled [1]** 505/6
**spend [1]** 339/17
**spent [3]** 514/13
514/18 527/7
**spitting [2]** 445/24
446/1
**splice [1]** 398/5
**split [1]** 402/10
**spray [2]** 365/17
368/23
**sprayed [1]** 365/16
365/17
**squad [3]** 434/2 434/3
440/20
**squads [3]** 442/7 445/7
446/21
**square [2]** 409/19
409/23 433/20
**stadium [1]** 414/2
**stadium-style [1]**
414/2
**staff [6]** 375/21 383/16
388/11 388/12 388/16
491/5
**stage [33]** 355/5
357/11 410/5 412/23
414/1 414/2 414/4
415/7 416/9 416/10
416/14 416/15 416/21
417/5 420/5 434/13
435/23 435/25 436/2
436/6 436/9 438/1
440/5 440/7 442/23
448/23 448/24 465/2
482/23 542/22
**staged [1]** 486/6
**staircase [1]** 479/14
**staircases [1]** 410/3

# S

**staircases... [1]** 410/7
**stairs [9]** 358/13
433/11 438/21 438/25
440/9 443/6 488/16
488/25 489/11
**stairwell [2]** 438/17
444/10
**stairwell's [1]** 438/19
**stamp [5]** 428/6 489/18
503/20 564/20 564/25
**stamps [5]** 425/4 428/2
428/11 503/16 503/25
**stand [8]** 339/11
344/14 346/16 411/9
411/15 421/5 478/3
562/6
**standard [3]** 381/22
532/25 533/1
**standing [10]** 355/7
355/17 356/1 385/11
488/25 560/23 560/24
568/5 569/10 571/11
**standoff [1]** 436/23
**stands [5]** 399/9
526/20 532/19 532/23
594/24
**stars [1]** 571/24
**start [8]** 338/24 364/1
375/14 375/17 375/19
499/14 506/17 559/5
**started [10]** 338/17
339/9 484/20 493/21
513/13 540/18 541/6
591/22 594/21 594/22
**starting [1]** 352/16
**starts [1]** 564/23
**state [12]** 345/15 373/3
377/8 377/11 379/6
402/8 468/22 474/7
475/17 485/4 493/2
495/12
**statement [7]** 343/18
343/19 343/21 344/1
350/25 399/20 591/6
**statements [7]** 343/17
343/22 344/1 344/24
345/1 346/1 370/8
**states [158]** 333/1
333/3 333/10 333/15
338/7 341/21 341/24
342/6 342/9 342/12
342/14 342/17 351/17
360/7 360/8 370/11
370/22 371/9 371/15
377/21 377/23 379/5
379/6 383/13 384/25
390/25 390/25 391/6
392/18 396/6 402/17
403/12 403/19 403/23
404/22 405/17 405/25
406/12 408/10 408/18
409/9 409/10 410/12
410/14 410/14 412/14
415/20 418/23 419/5
423/9 423/19 424/6
424/23 427/3 427/4
427/16 427/17 427/21
443/22 445/6 445/14
446/7 447/15 448/9
451/10 451/14 456/1
456/2 456/18 456/19
456/23 457/1 457/4
457/5 457/6 457/12
457/13 457/14 457/17
468/13 468/14 468/17
468/19 468/22 468/24
468/25 469/4 469/5
469/7 469/8 469/10
469/17 469/19 471/22
473/12 473/19 479/4
479/11 482/7 484/1
494/25 501/25 503/8
503/9 505/18 512/20
512/25 513/1 513/5
518/13 518/17 518/18
519/7 519/12 519/18
520/18 520/22 522/5
522/10 522/13 522/14
524/15 528/22 529/2
529/3 536/16 540/25
542/2 542/5 542/25
543/9 543/17 543/25
544/9 546/16 547/23
554/2 554/24 559/8
561/12 563/14 566/24
568/23 570/13 572/18
574/1 574/17 579/14
581/11 582/21 585/19
586/1 586/12 586/25
589/1
**states' [1]** 402/1
**statue [1]** 432/11
**status [1]** 418/1
**statutory [1]** 402/22
**stay [2]** 482/9 496/4
**staying [1]** 433/6
**steal [4]** 353/10 354/2
367/2 527/16
**stenography [1]**
334/13
**step [7]** 343/15 385/17
396/24 397/5 466/16
525/9 592/2
**stepping [1]** 394/1
**steps [1]** 388/3
**stickers [1]** 520/24
**sticks [3]** 359/12 487/6
593/9
**still [18]** 359/1 359/1
359/2 359/2 365/19
367/8 397/12 438/22
488/3 488/24 489/9
493/24 519/1 519/11
519/17 540/20 540/21
557/22
**stip [1]** 503/3
**stipulate [9]** 409/12
412/3 427/19 456/21
503/11 513/3 518/20
522/16 529/5
**stipulated [3]** 430/3
576/13 576/21
**stipulation [27]** 408/19
409/8 412/2 412/5
456/3 456/5 456/17
502/11 503/7 506/19
506/21 506/24 512/21
512/23 518/14 518/16
522/11 524/15 524/16
528/23 529/1 539/16
571/15 572/11
**stole [2]** 342/15 358/25
**stolen [1]** 368/15
**stone [3]** 432/1 432/3
443/2
**stood [2]** 386/3 413/21
**stop [54]** 352/20
353/10 354/2 358/18
360/14 360/15 360/15
367/2 380/14 384/22
391/10 391/14 392/13
393/1 393/8 393/21
395/4 395/11 405/12
429/23 431/6 432/24
435/17 437/2 437/20
438/13 439/7 439/24
441/24 442/2 442/14
444/24 445/17 490/16
497/2 501/14 527/16
547/15 552/10 563/19
564/4 574/20 577/13
578/6 579/1 579/5
580/16 581/5 583/22
584/13 584/25 585/24
590/23 591/13
**stopping [1]** 490/19
**Storemski [2]** 517/12
517/13
**stories [1]** 414/4
**story [1]** 441/18
**straight [1]** 414/3
**Street [3]** 333/15
333/19 409/15
**stretch [3]** 454/5
526/25 526/25
**strike [5]** 356/8 356/8
474/14 480/10 481/18
**strikes [2]** 356/15
583/25
**striking [1]** 368/25
**struck [4]** 356/7 356/10
356/13 575/25
**structural [1]** 415/7
**structurally [1]** 415/8
**structure [7]** 432/1
434/23 439/15 441/18
443/3 538/18 568/12
**structures [5]** 434/21
438/15 440/2 448/21
546/13
**stuff [6]** 401/20 401/21
416/5 513/23 533/5
558/13
**style [1]** 414/2
**subject [8]** 496/16
500/10 515/7 515/16
515/19 531/24 532/7
559/3
**subjective [2]** 430/19
511/22
**submit [1]** 365/10
**submitted [3]** 347/7
347/9 347/12
**subpoena [1]** 510/7
**subpoenas [3]** 509/22
509/24 510/23
**subscriber [2]** 510/22
511/1
**subsequent [1]** 483/11
**substance [2]** 428/16
504/5
**substantial [1]** 462/19
**substitute [1]** 339/19
**succeeding [1]** 404/14
**such [10]** 342/9 347/19
348/18 377/10 401/24
405/2 425/7 425/7
443/2 474/23
**suddenly [1]** 341/13
**sufficient [4]** 430/5
466/9 509/5 516/19
**suggest [2]** 377/14
565/15
**suggesting [1]** 526/13
**Suite [2]** 333/16 334/4
**suits [1]** 394/19
**summarized [1]**
342/21
**supervisor [2]** 471/8
471/12
**support [1]** 344/24
**supports [1]** 362/18
**supposed [3]** 375/25
477/8 478/14
**sure [30]** 364/8 377/9
381/10 386/17 389/21
398/11 398/15 402/6
402/8 434/4 452/20
459/10 464/9 468/10
472/22 473/1 475/8
480/25 490/25 495/13
499/20 503/2 506/17
508/13 524/19 526/12
550/25 557/22 558/6
575/14
**surrounded [2]** 410/3
410/9
**surveillance [1]** 511/11
**suspect [3]** 498/1
498/25 499/2
**suspended [1]** 411/19
**sustain [2]** 346/12
450/3
**sustained [7]** 346/10
378/6 450/13 450/18
451/18 466/12 590/7
**sweatshirt [1]** 539/24
**sweep [3]** 493/4 493/9
494/2
**swept [4]** 366/3 367/19
368/1 368/8
**sworn [5]** 339/12
345/14 371/2 468/2
495/6
**system [11]** 363/10
364/8 364/11 380/5
424/5 424/12 424/12
424/18 424/20 504/15

# T

**tabulations [1]** 392/17
**take [34]** 340/7 340/8
340/12 346/1 350/23
360/16 364/7 368/16
382/24 383/1 384/13
384/17 385/18 394/3
394/3 394/8 394/17
396/15 396/17 396/18
397/2 402/19 424/23
430/15 430/20 461/21
463/5 463/7 501/13
520/23 525/2 533/9
592/21 594/21
**taken [9]** 340/2 356/2
381/6 386/3 388/3
392/6 410/18 540/5
545/5
**takes [4]** 399/7 416/15
528/9 560/23
**taking [8]** 340/9 350/21
353/21 390/8 528/9
570/4 587/6 587/9
**talk [34]** 347/9 347/12
347/16 348/6 348/8
348/25 370/3 372/19
462/14 471/2 502/7
**talked [10]** 392/19
406/13 413/11 413/13
440/2 447/17 466/2
528/16 537/12 546/13
**talking [21]** 396/2
400/20 400/23 401/22
415/19 416/6 416/9
417/4 419/24 421/21
431/18 433/23 439/9
459/3 509/10 527/4
540/20 540/21 552/24
570/22 580/7
**tall [2]** 421/6 421/6
**tan [3]** 551/6 552/18
553/20
**tasked [4]** 468/19
469/25 470/12 470/19
**tattoo [1]** 508/14
508/15 537/11 537/12
548/13 548/14 582/15
**tattoos [6]** 508/20
517/18 517/25 537/10
548/18 582/14
**team [2]** 394/7 394/7
**tear [3]** 354/20 365/17
368/23
**technically [1]** 350/8
**techniques [1]** 522/25
**Telegram [1]** 530/3
**television [1]** 359/16
**tell [31]** 347/23 347/25
348/2 349/2 358/1
371/6 375/16 378/18
382/21 392/16 400/1
417/4 424/8 433/22
460/16 464/6 472/20
475/6 480/1 480/21
496/20 508/12 513/14
516/22 536/7 536/10

tell... [5] 544/11 550/20
568/25 570/17 579/7
tellers [1] 405/8
telling [3] 349/1 367/5
504/8
tem [2] 393/15 394/5
ten [4] 341/21 364/14
441/18 497/17
ten-count [1] 341/21
ten-story [1] 441/18
tendency [2] 348/6
366/3
tens [1] 367/10
term [4] 418/5 484/6
511/22 514/5
terms [12] 397/19
429/2 438/15 440/24
454/19 457/5 457/13
497/25 520/1 531/3
536/8 592/3
terrace [38] 357/5
413/18 413/20 414/1
416/22 437/3 437/25
438/3 438/22 439/12
439/20 440/5 441/12
442/17 442/21 443/11
443/14 443/24 445/8
448/24 449/1 449/20
449/23 450/10 450/21
452/22 453/6 453/19
513/8 556/1 557/7
558/14 558/21 560/25
568/15 570/12 571/13
571/13
terraces [1] 410/4
terrible [1] 365/23
terrific [3] 350/20
399/2 459/13
testified [6] 390/7
406/7 422/6 451/10
524/11 551/14
testify [3] 452/12
452/19 454/24
testimony [36] 340/10
341/15 345/20 350/21
360/7 381/14 390/14
392/20 396/25 401/8
401/14 426/22 429/7
430/7 447/18 450/24
459/17 460/3 466/3
466/16 483/8 494/21
509/2 509/5 516/12
518/5 525/9 554/14
554/19 573/12 592/6
593/24 593/25 594/4
594/9 594/13
text [6] 349/14 364/16
391/20 391/25 403/13
523/18
than [11] 342/18 348/3
355/4 365/19 374/8
394/19 450/24 451/3
453/24 562/13 593/19
thank [84] 338/21
339/7 351/3 351/13
362/19 362/20 362/23
370/5 370/6 370/14

395/24 396/19 397/1
399/3 399/7 400/9
401/16 404/9 404/10
404/12 404/20 405/24
406/6 406/19 406/24
408/12 409/7 412/7
417/1 423/7 423/17
424/3 430/23 430/24
434/15 446/5 448/7
449/12 449/21 459/10
459/24 460/4 460/5
460/10 461/9 465/22
466/13 466/15 466/17
466/25 467/3 475/4
476/25 479/23 480/15
483/13 488/10 491/1
494/12 494/13 494/20
494/22 525/5 525/10
526/19 529/14 529/16
536/15 539/4 539/11
554/22 565/24 576/24
576/25 578/22 588/25
591/14 591/22 594/17
594/19 594/23
thank you [68] 339/7
351/3 362/19 362/23
370/5 370/6 370/14
371/23 390/4 395/1
395/24 397/1 399/7
400/9 401/16 404/9
404/10 404/12 404/20
405/24 406/6 406/19
406/24 408/12 409/7
412/7 417/1 423/7
423/17 424/3 430/24
446/5 448/7 449/12
449/21 459/10 460/4
460/5 460/10 461/9
465/22 466/15 466/17
466/25 475/4 476/25
479/23 480/15 483/13
488/10 491/1 494/12
494/13 494/20 525/5
525/10 526/19 529/14
529/16 536/15 539/4
539/11 554/22 565/24
576/24 578/22 588/25
591/14
Thank you very much
[2] 351/13 396/19
Thanks [1] 529/15
that [1106]
that'll [2] 502/9 585/25
that's [105] 355/6
357/25 366/5 372/19
372/23 373/5 373/9
375/10 376/7 378/3
380/25 383/20 384/21
385/7 386/21 390/10
392/6 394/1 394/17
396/3 396/9 397/11
397/24 398/5 399/16
403/3 405/20 407/12
412/25 413/25 414/19
414/20 416/11 416/13
416/17 422/8 429/14
430/18 432/10 433/6

436/9 436/12 437/9
437/25 438/4 438/18
438/21 439/18 442/21
443/2 443/8 445/14
447/17 448/9 449/13
450/13 451/18 452/2
452/20 453/12 453/18
454/18 455/5 465/6
489/2 499/8 506/22
515/7 515/15 515/19
525/25 528/9 528/11
531/2 531/19 532/7
532/23 534/23 535/2
538/18 539/19 541/5
554/10 558/18 558/19
561/17 564/20 565/18
565/22 568/12 568/16
574/25 575/1 575/15
579/21 581/15 584/21
588/18 590/7 592/17
593/21 594/6
theft [1] 361/25
their [54] 341/12
344/25 344/25 345/1
348/8 348/12 350/8
351/11 352/9 354/24
358/16 359/24 360/3
360/10 360/20 360/24
367/13 374/4 374/4
374/15 375/22 387/7
388/16 394/19 403/18
404/18 408/11 411/3
433/7 443/18 445/7
445/10 453/14 453/20
455/7 457/3 457/10
468/21 470/24 476/16
477/4 482/1 482/12
482/21 484/16 486/4
487/1 487/9 487/25
490/5 490/22 501/12
504/15 594/10
them [71] 340/9 340/10
344/4 348/2 348/12
348/13 349/24 350/15
350/23 353/5 354/21
359/4 359/4 360/4
360/9 368/20 368/20
377/12 378/16 379/4
380/14 382/15 385/13
386/11 386/15 386/24
386/25 387/19 387/21
387/23 387/24 433/9
439/2 440/14 440/16
440/18 442/7 447/5
447/6 450/10 452/8
458/16 463/10 463/11
470/23 472/4 475/14
475/18 483/1 483/1
483/21 484/15 486/2
486/2 487/8 490/8
492/22 497/8 500/17
504/17 510/8 516/13
517/8 528/18 530/25
548/18 581/1 581/7
592/10 593/18 594/1
theme [1] 407/12
themselves [5] 341/11

then [62] 344/23 348/5
356/22 356/25 375/4
377/1 377/24 380/3
380/18 380/25 382/11
382/24 384/13 386/2
393/16 396/7 400/4
402/2 403/1 403/23
413/21 414/11 430/19
431/24 433/18 440/5
440/8 455/21 455/21
458/14 476/18 478/16
478/18 484/18 484/19
486/5 499/11 504/21
507/11 511/12 517/1
524/11 525/18 532/1
532/10 533/7 533/12
540/2 541/21 552/13
553/19 557/8 558/8
559/5 562/15 574/24
576/5 578/16 578/17
584/11 592/8 593/17
theoretically [1]
592/13
theories [1] 368/19
there [216] 340/21
349/25 352/1 352/11
353/11 366/8 366/9
366/12 366/14 367/25
367/25 368/1 368/3
368/13 368/25 369/2
369/9 369/22 369/24
371/10 372/5 372/6
372/13 376/1 376/2
376/3 376/10 378/16
380/4 382/4 387/15
387/16 387/21 388/11
388/11 389/10 389/13
389/25 390/20 390/21
392/2 393/1 393/10
393/23 395/11 397/15
397/17 398/22 402/21
405/12 406/8 407/20
412/12 412/16 412/21
414/9 414/11 414/24
415/7 415/8 415/8
416/11 416/12 416/14
416/23 418/10 419/10
422/6 422/25 424/13
425/16 425/25 425/25
431/20 431/24 431/24
432/3 432/17 432/18
432/24 433/1 433/3
433/9 433/10 433/17
434/1 434/2 434/11
435/8 435/11 435/13
436/2 436/7 436/9
436/25 438/6 438/6
438/7 438/7 438/9
439/18 440/16 442/4
442/8 443/2 444/18
445/3 445/20 446/17
447/6 449/7 450/4
452/2 453/2 453/13
454/25 462/23 465/1
465/7 472/13 472/15
472/25 473/19 474/21

566/6
then [62] 344/23 348/5
... (continued)
482/5 482/6 482/19
485/19 486/3 486/7
486/8 486/9 486/10
489/11 490/11 490/20
492/19 492/21 493/2
493/24 497/2 498/9
498/16 502/14 507/3
510/16 517/3 517/5
517/6 517/14 524/21
525/19 525/24 528/4
530/18 530/18 531/9
531/22 532/5 532/12
535/23 536/3 536/8
538/18 539/21 541/13
544/1 544/14 548/21
548/24 548/24 550/1
551/11 551/12 552/5
552/9 552/11 552/16
558/14 560/20 562/5
564/3 564/8 567/23
569/19 569/19 571/7
572/7 574/6 574/22
575/5 575/11 575/17
575/22 578/8 578/18
578/19 579/24 579/24
579/25 580/4 580/4
580/9 581/2 582/1
582/14 584/25 591/5
592/13 592/15 593/7
593/8 594/20
there's [57] 349/17
363/22 363/23 366/3
373/9 373/10 373/11
373/23 377/8 377/15
379/16 379/16 380/14
380/23 382/9 382/10
382/20 385/13 388/12
388/12 389/7 393/13
394/15 402/23 413/18
413/19 413/21 413/24
424/5 430/21 431/24
432/10 433/18 436/3
436/18 436/22 450/23
453/23 456/9 462/10
478/3 484/23 484/24
506/17 517/8 531/10
550/18 551/14 552/17
562/13 564/10 565/13
578/18 580/10 580/15
581/8 582/15
therealJ6 [3] 529/24
529/25 530/3
therealJ6Parler [1]
530/4
these [46] 338/12
339/18 343/14 349/22
354/18 358/2 360/1
362/11 365/18 366/19
368/4 369/11 369/13
369/15 379/12 383/18
397/18 421/17 426/8
426/11 426/11 426/15
426/12 434/21 435/3
466/4 466/8 484/5
486/18 490/9 497/6
497/15 498/23 502/17
515/23 515/23 519/22

**these... [9]** 526/16
527/18 528/2 528/3
565/9 569/7 574/23
580/6 594/12

**they [177]** 339/20
340/7 343/23 348/21
348/22 349/23 351/23
354/19 354/20 356/20
356/21 356/21 356/22
356/23 357/11 359/24
360/4 360/13 360/14
360/15 363/3 363/12
364/2 364/6 364/6
366/18 367/11 367/12
367/14 367/17 367/18
367/20 368/21 369/7
369/8 373/7 374/15
374/18 374/21 375/3
375/8 376/16 377/19
379/1 379/3 379/5
380/3 382/14 385/13
386/18 387/8 387/15
387/16 387/21 387/24
388/7 388/7 392/6
392/6 392/21 393/11
393/24 394/11 395/20
396/7 397/12 399/22
402/1 402/2 402/7
406/22 412/4 414/23
415/11 421/7 421/12
421/17 421/24 421/25
422/3 422/21 423/2
425/12 425/12 425/12
425/14 426/2 426/3
426/4 426/6 426/7
426/10 426/18 432/17
432/18 434/2 435/7
435/13 435/14 437/2
437/7 438/8 438/9
441/8 441/9 446/1
447/24 458/3 458/24
461/22 462/25 463/6
463/7 463/15 463/19
463/21 464/3 464/5
464/14 464/20 465/6
465/8 472/10 475/23
477/12 477/13 477/14
479/9 479/10 479/11
479/12 479/13 482/11
483/20 484/11 484/15
485/21 486/3 486/9
486/10 487/5 490/11
497/12 497/13 501/14
501/14 504/12 504/15
504/16 504/19 504/21
504/22 504/23 505/10
505/20 505/21 505/24
505/25 510/13 510/14
510/15 510/19 515/24
516/1 517/7 520/1
521/19 541/6 565/6
566/5 573/15 592/9
593/13 593/14 593/15
593/17 593/18

**They'll [2]** 379/4
446/11

**they're [26]** 338/23
375/22 379/4 379/7
382/18 394/12 395/16
402/5 406/22 414/24
421/7 426/13 432/15
434/2 435/9 438/22
463/2 463/5 463/7
470/24 475/22 531/23
565/14

**they've [5]** 435/4
435/10 438/7 438/20
439/3

**thin [1]** 462/16

**thing [21]** 339/23
364/12 367/23 385/8
385/19 394/24 398/4
415/10 424/1 452/3
497/4 500/7 500/8
526/8 541/19 555/17
555/19 556/8 575/17
579/2 593/1

**things [29]** 368/20
369/7 369/9 369/12
390/20 397/2 400/13
413/11 415/4 430/12
430/17 432/9 433/20
454/8 454/8 458/12
487/9 500/10 533/2
547/22 552/24 552/25
560/10 565/15 565/20
566/1 577/24 593/3
594/12

**think [51]** 341/6 342/24
346/3 390/1 390/2
397/7 397/7 397/13
398/15 399/5 399/22
400/16 400/19 400/23
408/17 416/4 416/25
427/2 430/5 430/9
430/18 452/12 453/15
454/10 455/8 466/2
484/6 487/15 499/3
502/19 504/8 506/15
506/24 506/25 518/22
520/8 531/20 532/19
539/1 540/9 557/9
576/1 593/1 593/7
593/9 593/9 593/12
593/16 593/17 593/22
594/9

**thinking [2]** 592/4
594/13

**third [4]** 373/23 381/6
385/24 483/24

**this [389]**

**This is [1]** 338/7

**thorough [1]** 494/2

**those [94]** 350/15
350/16 354/18 356/4
356/16 356/23 359/6
359/12 359/23 360/3
360/17 361/2 361/13
361/21 363/11 363/16
364/19 365/20 372/23
373/11 377/13 379/9
379/18 387/25 388/6
389/8 388/16 392/17
392/19 392/22 394/10
406/20 418/9 418/10
422/25 433/10 433/20
433/23 434/1 434/5
434/16 435/4 435/7
437/4 437/12 437/14
437/16 445/2 446/7
446/8 446/21 457/5
457/13 458/11 459/3
463/19 464/17 464/18
472/3 473/8 474/22
475/9 476/14 480/24
487/12 491/6 491/11
492/2 492/23 505/9
507/4 508/19 510/12
511/16 511/17 512/6
513/10 517/25 518/11
524/1 526/3 526/18
528/13 531/22 547/21
548/21 557/19 563/13
565/22 593/10 594/12

**though [2]** 380/22
565/25

**thought [5]** 366/7
368/9 386/16 398/20
572/12

**thousands [3]** 367/9
367/10 367/11

**threat [6]** 380/24
381/24 382/10 382/10
382/21 393/13

**threats [1]** 393/11

**three [8]** 379/11 410/7
465/16 490/16 593/8
593/10 593/15 593/20

**threw [2]** 359/22 360/4

**thrive [1]** 363/7

**through [57]** 347/18
352/18 357/10 361/21
382/14 387/6 394/19
396/4 402/25 403/1
406/16 409/9 420/14
422/14 427/16 429/10
433/7 436/25 438/20
450/24 451/3 452/8
452/8 456/18 458/14
465/5 465/5 477/7
482/12 500/14 503/8
504/14 512/25 513/5
514/19 514/21 515/3
516/12 518/17 522/11
522/13 523/3 523/9
529/2 530/6 530/8
530/12 530/13 530/25
531/20 534/7 534/12
534/14 547/13 559/19
569/2 592/6

**throughout [14]**
346/19 346/23 351/19
358/9 379/24 380/7
386/5 387/8 447/6
470/2 470/2 470/15
470/23 522/24

**throw [2]** 359/14
359/19

**thrown [2]** 358/2 358/3

**throws [1]** 359/20

**thru [3]** 403/6 406/17

**Thursday [1]** 383/25

**tiebreaker [1]** 478/2

**TikTok [1]** 510/9

**time [135]** 339/8
339/11 341/12 348/9
350/7 351/10 366/20
368/9 370/3 370/10
372/2 372/8 375/18
378/9 378/10 379/13
379/16 379/16 385/16
386/5 387/2 387/7
390/13 391/1 392/5
395/13 396/3 397/12
398/4 402/6 414/10
418/1 420/12 421/21
425/2 425/4 425/7
427/3 428/2 428/3
428/6 428/10 429/13
429/24 429/24 431/4
444/4 444/21 446/9
448/8 453/5 453/15
455/5 455/7 455/9
456/1 457/22 461/18
462/5 462/10 465/8
466/16 470/7 474/13
474/23 474/23 477/7
479/6 480/10 488/6
489/16 489/18 490/3
490/9 491/15 493/15
494/20 499/16 499/21
501/21 501/24 502/11
503/16 503/17 503/20
503/25 512/19 514/13
518/12 522/4 524/14
525/1 526/6 526/7
527/7 528/21 532/14
532/21 532/22 532/22
532/23 532/25 533/1
533/2 533/7 533/8
535/6 537/3 540/10
540/17 544/12 551/2
551/11 551/14 551/16
551/19 551/22 552/25
553/18 553/21 553/24
556/2 558/14 565/16
567/12 569/6 570/21
579/24 581/18 581/21
583/11 585/23 591/15
591/22 592/5

**time-lapse [1]** 398/4

**time-wise [1]** 585/23

**timeline [5]** 390/15
391/1 397/19 401/19
406/8

**timely [1]** 591/21

**times [11]** 340/14
356/10 356/12 356/13
358/8 513/9 528/12
556/14 575/24 576/1
577/24

**timing [1]** 592/4

**tine [1]** 531/2

**tip [9]** 496/25 497/9
497/11 497/25 498/15
499/9 499/11 499/12
499/19

**tips [8]** 496/24 497/3
497/5 498/6 498/23
500/3 500/18 510/3

**title [11]** 364/15 371/10
372/12 457/5 457/13
468/14 516/1 516/3
522/11 532/3 532/7

**titled [1]** 595/4

**titles [1]** 515/2

**today [6]** 355/5 390/14
429/7 464/17 516/12
591/15

**together [7]** 376/19
379/1 396/4 401/23
402/2 410/22 421/8

**told [4]** 361/20 367/18
368/1 518/7

**tomahawk [5]** 356/5
356/8 356/9 356/14
361/13

**tomahawks [4]** 353/21
369/11 399/20 399/21

**tomorrow [5]** 591/20
592/14 592/21 592/23
592/24

**too [4]** 338/15 364/6
364/6 453/2

**took [23]** 340/4 355/8
355/19 356/6 357/21
358/5 359/3 359/9
369/11 396/3 398/24
399/1 412/19 429/1
463/9 513/6 517/19
536/25 538/24 539/2
548/17 559/25 561/17

**top [7]** 434/1 436/10
437/15 476/2 488/15
488/25 575/17

**torn [1]** 340/18

**totally [1]** 389/23

**touch [3]** 380/21 416/5
432/8

**tough [1]** 363/18

**toward [4]** 425/22
437/15 557/9 557/12

**towards [7]** 381/25
382/11 435/1 435/2
435/5 438/23 568/21

**town [1]** 520/7

**Tracie [1]** 333/14

**track [1]** 368/2

**traffic [6]** 379/25
380/14 387/20 484/16
465/8

**trained [1]** 446/24

**trampled [2]** 465/4
465/8

**transcends [1]** 533/2

**transcript [5]** 333/9
334/13 350/22 594/2
595/3

**transcription [1]**
334/13

**transcripts [1]** 594/3

**Transit [1]** 445/7

**transitioning [1]**
396/16

**translate [1]** 533/7

**transposed [1]** 392/7

**trapped [1]** 490/9

**travel** [1] 499/20
**traveled** [1] 369/10
**traveling** [2] 483/16 491/5
**traverse** [2] 394/19 424/17
**trees** [1] 434/10
**trespassing** [1] 463/15
**trial** [21] 333/9 339/16 339/18 340/1 340/7 340/17 341/7 341/13 342/23 343/5 343/15 345/10 345/12 345/23 346/19 346/23 351/19 358/9 362/16 366/16 399/6
**trials** [3] 349/21 397/17 398/18
**tried** [4] 367/15 508/15 508/18 582/16
**true** [5] 350/3 350/8 367/1 368/20 466/7
**Trump** [7] 354/9 367/1 367/2 367/4 540/18 541/6 563/9
**Trump's** [2] 367/14 538/22
**truth** [3] 369/5 483/9 529/25
**try** [5] 348/24 439/3 509/20 526/2 594/7
**trying** [20] 359/24 359/24 360/1 360/2 360/5 368/3 389/12 389/24 418/13 440/20 454/7 456/6 464/16 483/1 550/2 550/3 550/4 565/14 565/19 594/5
**Tuesday** [2] 383/25 410/18
**tunnel** [63] 357/5 357/6 357/10 357/16 357/18 357/18 357/19 357/24 358/2 358/3 358/5 358/14 358/18 358/19 358/23 359/1 359/5 359/10 359/14 359/16 359/20 359/23 442/17 442/20 443/7 443/11 444/1 444/8 444/9 444/18 449/24 450/11 450/21 452/7 458/25 501/19 505/9 513/8 513/9 550/6 552/18 556/11 557/1 557/9 557/9 557/12 557/18 560/25 561/3 561/4 564/5 568/15 568/16 568/21 570/10 570/12 571/13 574/24 577/15 577/22 578/18 581/4 581/9
**turn** [4] 341/5 343/2 348/21 370/8
**turtle** [1] 458/10
**tussle** [5] 586/20 588/5

**TV** [1] 372/25
**twice** [1] 356/9
**twill** [1] 533/24
**twist** [1] 364/1
**Twitter** [10] 347/20 510/9 511/12 512/7 529/18 529/23 530/13 530/15 530/15 530/16 401/18 402/7 402/10 405/2 405/10 405/21 406/3 408/5 410/3 410/8 410/22 411/3 414/4 422/15 437/4 549/12 593/3
**type** [11] 415/10 457/18 458/11 458/18 514/24 514/25 515/1 516/1 527/14 532/6 536/24
**types** [3] 413/14 415/4 466/8
**typical** [1] 497/25
**typically** [9] 375/19 409/4 470/14 475/15 477/25 487/3 487/7 497/15 497/19
**typing** [2] 513/23 514/19

**U**

**U.S** [20] 409/15 409/16 409/18 409/23 410/12 427/25 428/10 445/12 457/1 457/2 457/9 470/17 470/18 470/20 470/21 471/9 474/8 487/7 499/21 515/1
**U.S.** [2] 343/10 457/9
**U.S. Attorney's Office** [1] 343/10
**U.S. Capitol** [1] 457/9
**U.S.C.A** [4] 403/24 404/23 405/16 406/1
**uh** [5] 462/1 462/8 545/22 549/15 573/24
**uh-huh** [5] 462/1 462/8 545/22 549/15 573/24
**ultimately** [10] 352/4 429/3 506/14 509/3 514/1 554/16 565/22 566/6 594/5 594/10
**unable** [2] 340/25 455/7
**unanimity** [4] 593/4 593/14 593/15 593/19
**unanimous** [2] 593/10 593/14
**unauthorized** [6] 473/4 482/21 484/5 486/12 490/9 492/17
**under** [15] 339/13 342/16 365/7 367/13 370/13 374/11 435/23 444/5 444/13 466/24

**underground** [1] 409/24
**underneath** [2] 415/10 436/7
**understand** [11] 342/20 343/22 343/24 345/2 389/1 389/4 389/23 452/6 452/10 478/2 594/5
**understanding** [8] 413/3 445/22 491/14 491/17 493/17 522/1 556/25 559/25
**understands** [1] 593/25
**understood** [5] 452/20 482/6 506/10 558/24 566/8
**undisputed** [1] 412/6
**undoubtedly** [3] 349/24 362/9 369/9
**unduly** [1] 389/7
**unexpectedly** [1] 400/11
**unfair** [1] 464/16
**unfold** [1] 594/13
**Unfortunately** [1] 349/19
**uniform** [6] 388/13 394/20 441/2 447/13 484/16 501/12
**uniformed** [3] 372/16 394/15 440/11
**uniforms** [4] 394/12 441/3 445/2 447/7
**uninvited** [1] 473/5
**Union** [2] 373/3 377/8
**unique** [2] 517/25 571/20
**unit** [3] 434/3 457/25 457/25
**UNITED** [153] 333/1 333/3 333/10 333/15 338/7 341/21 341/24 342/6 342/9 342/12 342/14 342/17 360/7 360/8 370/11 370/22 371/9 371/15 377/21 377/23 383/13 384/25 390/25 390/25 391/6 396/6 402/17 403/12 403/23 404/22 405/17 405/25 406/12 408/10 408/18 409/10 410/12 410/14 410/14 412/14 415/20 418/23 419/5 423/9 423/19 424/6 424/23 427/3 427/4 427/17 427/21 427/23 429/6 429/15 443/22 445/6 445/14 446/7 447/15 448/9 451/10 451/14 456/1 451/21 456/6 456/19 456/22 457/11 457/4 457/5

457/14 457/17 468/13 468/14 468/17 468/19 468/22 468/24 468/25 469/4 469/5 469/7 469/8 469/10 469/17 469/19 471/21 473/12 473/19 479/4 479/11 484/1 494/25 501/25 503/8 503/9 505/18 512/20 512/25 513/1 513/5 518/13 518/17 518/18 519/7 519/12 519/18 520/18 520/22 522/5 522/10 522/13 522/14 524/15 528/22 529/2 529/3 536/16 540/23 542/2 542/5 542/25 543/9 543/17 543/25 544/9 546/16 547/23 554/2 554/24 559/8 561/12 563/14 566/24 568/23 570/13 572/18 574/1 574/17 579/14 581/11 582/21 585/19 586/1 586/12 586/25 589/1
**United States Exhibits** [1] 446/7
**United States of** [9] 338/7 370/22 409/9 427/16 503/8 512/25 518/17 522/10 529/2
**units** [1] 446/24
**Universal** [1] 532/23
**unlawfully** [1] 341/23
**unless** [5] 346/19 394/15 414/24 558/21 593/10
**unlikely** [1] 348/24
**Unruly** [1] 487/2
**untenable** [1] 368/8
**until** [18] 341/4 343/20 346/19 347/7 347/8 347/11 347/14 347/20 348/5 360/17 360/19 367/7 396/8 411/22 448/11 454/25 455/3 527/1
**up** [74] 338/24 340/2 340/8 345/12 352/14 352/18 354/16 355/5 358/13 366/3 366/10 367/19 368/1 368/8 389/21 398/4 402/10 405/1 405/20 407/19 411/3 414/3 414/4 415/15 419/12 421/25 422/2 430/20 432/11 435/12 436/19 436/22 437/2 437/7 438/1 438/2 438/21 438/23 440/9 441/9 444/11 445/25 449/20 461/7 461/22 473/3 474/21 478/17 479/13 479/17 479/21 479/25 482/22 484/20 485/9 489/11 492/8 493/21 497/9 504/12 520/15 532/14 552/15 557/8 557/12 557/23 558/8 558/9 565/14 584/14 586/7 587/10 590/24 594/21
**upcoming** [1] 482/24
**updates** [2] 381/18 386/6
**upload** [1] 532/10
**uploaded** [1] 532/11
**upon** [13] 350/9 354/14 355/21 364/4 364/16 366/2 405/5 405/5 405/11 405/21 477/11 477/14 486/1
**upper** [6] 413/18 438/22 439/12 439/19 548/19 558/9
**upstairs** [1] 381/5
**us** [27] 363/16 363/19 366/6 366/9 371/6 375/16 378/18 387/22 392/16 417/4 422/9

627

**U**

us... [16] 434/20
435/25 449/12 464/6
472/18 475/9 498/3
504/9 508/12 513/14
514/13 514/25 544/11
550/20 568/25 587/15
USAO [2] 333/13
333/19
USCP [4] 428/4 457/1
457/10 516/15
USCP-controlled [1]
428/4
usdoj.gov [2] 333/17
333/21
use [16] 342/15 350/17
358/6 371/22 371/22
380/19 400/6 443/13
443/15 475/15 532/21
560/11 562/9 562/10
562/19 580/5
used [28] 349/9 356/4
356/22 356/25 359/4
368/24 375/1 388/7
421/2 443/12 443/16
457/5 457/13 463/1
466/5 475/7 477/22
484/6 488/16 507/12
525/18 525/20 526/7
530/10 530/16 539/16
582/11 593/5
useful [1] 520/1
user [1] 529/24
uses [5] 358/22 475/10
478/4 478/6 514/5
using [8] 342/7 358/14
359/13 361/25 459/19
513/18 526/3 526/18
usually [1] 516/1
UTC [2] 532/16 533/7
utilize [2] 474/8 503/15
utilizing [1] 473/3

**V**

v-e [1] 549/12
valiantly [1] 357/14
validity [1] 402/9
value [3] 342/16
345/18 511/15
vandalizing [2] 550/2
550/3
vantage [2] 435/19
435/21
variety [1] 410/2
various [7] 416/18
462/24 470/13 470/15
486/3 529/10 590/3
verdict [7] 340/17
344/22 346/5 347/21
362/18 362/19 593/2
verification [1] 376/3
verify [4] 378/21 379/6
396/5 402/2
version [1] 397/23
versus [1] 338/8
very [29] 339/8 348/24
351/13 360/21 360/22
377/17 377/17 387/14

425/5 441/8 459/24
462/19 466/15 481/14
494/20 496/10 551/3
553/10 565/19 578/12
578/13 578/17 591/14
591/15 591/22 594/19
via [2] 349/14 476/23
vice [70] 352/7 354/17
360/1 360/19 377/20
377/23 378/9 378/10
403/19 408/10 410/25
411/5 411/6 411/8
468/21 469/8 469/11
469/13 471/9 471/14
471/18 471/18 471/21
472/7 472/9 472/12
473/20 474/10 475/16
475/21 476/15 477/5
477/8 477/15 477/18
477/25 478/13 478/15
478/18 479/3 479/14
481/10 481/19 481/25
482/10 482/15 483/16
483/16 483/22 483/25
484/18 485/25 486/6
487/17 487/25 488/15
488/19 489/2 490/4
490/22 490/24 491/4
491/11 491/16 491/18
491/22 492/11 492/15
493/12 493/23
Vice-President [2]
403/19 408/10
vicinity [1] 460/18
video [270]
video's [1] 516/2
videos [52] 365/12
365/18 366/10 367/21
367/23 367/23 500/15
500/19 501/7 502/7
502/8 502/9 502/17
505/14 506/15 509/2
509/17 512/6 512/12
514/14 514/19 514/21
514/21 515/3 516/6
516/9 516/11 519/23
520/2 523/12 523/20
523/23 527/5 527/18
527/22 528/2 530/24
544/8 556/7 560/12
561/3 562/9 565/9
566/18 567/12 568/7
569/7 570/4 580/24
588/6 589/8 590/3
view [9] 390/14 444/1
538/22 557/7 570/6
586/6 586/20 589/13
589/14
viewed [1] 527/5
vigilant [1] 502/18
Vimeo [1] 530/1
violate [2] 422/17
434/4
violated [1] 364/3
violation [1] 364/21
violence [11] 342/12
352/21 352/21 353/25

362/5 362/8 362/14
449/23
violent [3] 351/18
357/20 359/2
VIPs [1] 443/17
visceral [1] 365/25
visible [2] 433/2
463/23
visit [13] 349/10 352/9
354/17 377/10 471/9
472/12 473/20 474/10
475/16 475/25 476/7
477/5 482/18
visiting [6] 352/8
468/22 471/24 472/6
472/19 475/16
visitor [2] 409/23 410/9
visitors [2] 383/16
476/12
visits [4] 470/13
470/19 475/15 478/6
visual [1] 415/19
visually [1] 441/1
voice [4] 534/15
534/17 549/20 581/25
volume [1] 442/10
vote [21] 342/5 352/21
360/14 360/16 360/23
376/4 378/22 379/17
390/17 392/17 396/5
402/1 402/9 402/15
403/19 405/23 408/21
410/10 410/16 411/24
478/3
votes [14] 352/7 376/2
378/22 379/3 391/22
392/22 396/4 397/11
402/1 471/16 478/2
482/4 482/12 493/20
VP [1] 494/4
vs [1] 333/5

**W**

wait [3] 343/20 397/4
532/18
waiting [1] 340/6
walk [2] 348/21 460/16
walked [2] 400/14
478/19
walking [6] 358/13
382/14 551/5 551/5
552/12 552/18
walks [3] 460/13
460/13 551/1
walkway [5] 410/3
431/23 431/23 433/19
465/6
wall [7] 387/16 387/19
387/21 441/6 441/11
441/12 560/20
want [33] 339/16 345/7
347/14 366/4 366/13
366/13 401/18 402/13
402/13 408/15 412/10
424/4 430/11 446/16
450/2 471/2 486/11
490/12 496/14 508/25

541/21 541/23 544/8
545/8 555/17 557/16
565/6 576/9 577/6
588/20
wanted [9] 368/21
386/25 398/15 399/14
459/10 485/25 526/1
565/5 576/19
war [3] 353/14 353/15
353/24
warn [1] 463/2
warrant [7] 511/10
511/12 511/18 516/19
516/25 516/25 528/18
warranted [1] 430/20
warrants [7] 511/8
511/9 518/5 518/6
518/11 518/11 524/10
was [382]
Washington [19] 333/5
333/20 334/4 334/11
354/2 366/23 367/2
369/10 409/16 456/24
457/8 519/4 519/15
527/15 534/23 535/4
535/17 537/2 538/6
Washington
Monument [5] 534/23
535/4 535/17 537/2
538/6
wasn't [8] 352/1 359/1
415/5 452/1 453/2
498/17 507/3 554/9
watch [4] 354/8 356/9
365/18 367/22
watched [2] 401/19
594/14
watching [2] 569/7
584/12
way [33] 341/16 342/22
350/6 352/18 354/24
358/19 358/23 358/25
367/16 388/22 421/12
423/3 423/4 423/24
428/12 428/15 433/5
433/24 445/7 454/21
482/1 482/21 482/21
486/4 487/9 497/5
504/2 504/5 505/17
518/7 535/23 590/15
590/18
ways [3] 368/21 490/13
500/4
we [337]
we believe [4] 363/4
363/4 365/7 565/9
we will [15] 343/3
350/25 366/21 382/21
382/24 383/9 401/13
403/8 418/11 459/17
525/3 525/4 525/5
591/20 594/20
we would [5] 452/25
512/19 533/9 561/22
583/16
we'd [6] 470/16 522/4
553/4 553/10 559/8

we'll [19] 338/24 370/8
396/17 396/18 399/3
400/3 400/4 401/4
401/8 402/25 455/21
455/21 460/2 500/14
508/23 527/1 558/16
593/22 594/22
we're [40] 364/4 380/7
389/4 389/12 389/23
389/24 390/3 391/11
391/20 392/8 398/6
398/12 399/5 417/12
418/12 421/21 430/10
434/25 435/2 439/18
440/4 442/9 444/19
447/12 448/22 453/11
480/18 498/20 512/11
516/11 526/25 540/20
550/2 550/3 555/16
557/16 565/19 590/14
590/18 592/5
we've [15] 364/3 370/7
389/18 395/13 430/3
451/6 451/9 502/18
530/19 567/12 569/7
570/21 576/13 583/9
589/8
weapon [3] 341/23
342/8 361/25 362/3
362/5 362/7 593/6
593/11
weapons [8] 353/17
357/1 358/2 359/4
359/6 359/23 360/4
526/7
wear [2] 484/15 501/12
wearing [6] 361/11
361/12 361/13 394/12
447/12 571/21
Weaver [1] 333/14
website [1] 530/2
websites [1] 350/5
Wednesday [3] 383/25
408/7 476/10
week [2] 412/25
424/21
weeks [1] 514/19
weigh [1] 345/20
weight [1] 345/18
Weko [2] 476/24
479/21
welcome [8] 339/6
370/16 401/11 461/1
467/1 495/4 497/7
526/24
well [55] 345/18 348/1
372/22 375/19 379/16
380/17 380/19 380/23
386/23 387/18 400/13
401/4 404/24 412/21
414/8 418/9 422/7
425/21 442/25 445/23
468/23 470/1 470/3
472/10 475/12 475/23
476/2 481/18 484/17
485/16 486/14 491/20
491/21 499/17 500/8

**W**

well... [20] 509/25
511/11 511/11 526/11
539/2 545/23 547/6
548/17 551/3 555/15
558/13 558/16 560/15
563/3 565/12 566/3
576/16 578/17 578/17
582/16
went [12] 351/17 354/8
354/8 357/5 367/19
367/20 381/5 389/16
389/17 390/20 487/16
510/16
were [214] 351/21
351/23 352/10 352/13
354/16 354/18 355/20
355/25 356/18 357/14
358/1 358/3 359/12
359/23 359/24 360/2
360/3 360/4 361/9
361/14 365/14 365/16
365/16 365/17 367/12
367/18 367/19 368/24
369/12 371/24 372/8
372/13 372/16 372/17
373/17 374/7 374/11
374/15 375/24 376/16
381/4 381/4 381/8
381/10 382/14 385/25
386/14 386/18 387/2
387/15 387/16 387/20
387/21 387/23 387/24
388/3 388/5 389/5
390/2 390/21 397/9
399/20 400/20 400/23
401/22 401/23 406/7
406/8 410/15 411/18
412/12 413/14 415/6
415/8 416/9 417/4
418/16 421/12 421/25
422/16 422/25 423/2
426/2 426/3 426/4
431/18 433/23 435/1
435/3 435/11 437/4
441/9 442/7 446/1
450/7 450/10 450/15
450/20 451/20 452/7
452/13 452/21 453/14
453/15 453/17 453/19
455/4 457/2 457/9
457/10 458/22 458/24
463/15 463/19 463/19
464/3 464/17 464/18
464/21 465/8 466/8
470/4 470/6 470/9
470/19 471/4 472/3
472/6 472/6 472/10
477/11 477/13 482/18
482/22 482/24 482/25
483/1 483/15 483/20
483/21 483/23 483/25
484/1 484/5 484/10
484/11 484/18 485/1
485/16 485/19 485/21
486/3 486/6 486/9
486/10 486/13 486/22
487/5 487/6 487/8

487/24 488/18 490/7
490/8 490/11 490/20
491/5 491/10 491/19
491/24 492/5 492/20
493/24 495/24 496/24
499/24 500/3 504/8
504/19 505/9 505/10
505/24 509/9 510/11
510/13 510/14 510/16
510/19 510/25 511/5
511/15 515/9 516/8
517/3 517/5 517/6
517/7 520/10 520/14
521/13 525/18 527/4
530/7 530/13 541/6
550/5 560/11 573/14
573/15 580/5 591/21
weren't [7] 368/20
397/12 415/4 415/11
437/7 473/9 510/15
west [81] 354/25 355/2
357/5 397/24 398/5
410/1 410/1 410/6
413/17 413/18 413/20
413/21 414/1 414/15
414/16 416/22 417/14
417/17 420/1 420/3
421/17 422/14 425/24
428/23 429/11 429/14
432/15 435/22 435/22
437/25 438/18 438/22
439/11 439/12 439/19
440/5 441/11 442/17
442/21 443/11 443/14
443/24 444/4 445/8
448/19 449/1 449/20
449/23 450/10 450/21
451/14 452/21 453/5
453/19 454/2 482/19
482/20 485/17 485/20
513/7 513/9 515/12
527/23 528/3 528/14
546/7 546/8 555/11
555/24 556/1 557/7
557/14 558/14 558/21
560/25 560/25 568/15
570/10 570/12 571/12
571/13
what [276]
what's [25] 373/21
375/21 378/1 380/8
380/15 380/16 381/18
386/6 388/10 391/10
391/25 393/10 412/2
416/12 429/24 430/6
445/22 500/7 520/21
537/15 540/22 546/15
554/18 565/10 578/24
whatever [26] 340/20
341/1 350/4 374/19
379/7 383/10 384/14
385/17 388/5 388/7
435/24 445/24 446/2
454/22 464/13 500/4
501/13 501/13 501/14
507/11 515/23 520/15
527/14 531/24 532/6

Wheeling [1] 333/16
when [68] 340/4
341/20 343/8 343/11
344/4 344/6 344/16
344/22 346/7 348/4
351/16 355/7 356/2
360/4 363/9 364/5
366/2 369/23 372/19
375/14 377/15 381/3
381/6 382/18 383/18
384/6 384/12 385/2
385/19 394/21 395/6
400/19 405/21 411/23
414/9 452/16 453/13
461/8 462/5 462/10
463/19 467/2 472/19
474/20 478/4 478/6
479/11 480/22 481/5
481/18 481/19 481/23
482/2 490/3 508/7
510/16 513/9 513/14
514/24 515/22 516/22
517/17 536/10 540/5
545/4 556/2 556/14
587/9
whenever [4] 370/17
401/15 532/5 541/5
where [95] 348/15
353/9 357/6 357/20
358/21 371/8 372/8
374/3 375/20 376/24
377/18 381/4 401/23
413/24 414/14 416/17
416/20 417/4 419/16
420/4 422/10 433/16
436/6 436/12 437/1
439/14 440/8 442/21
447/5 447/6 448/4
448/16 448/18 449/1
449/18 454/10 463/24
464/5 464/17 464/18
464/20 465/7 468/12
475/22 475/23 477/11
478/13 478/17 478/21
479/12 480/24 481/6
481/7 481/10 485/25
490/8 490/12 495/17
504/8 515/15 515/15
515/19 520/4 528/12
534/6 535/18 538/8
538/24 541/8 545/19
550/18 557/7 559/16
560/22 561/3 561/19
565/17 567/6 568/4
568/6 568/25 570/9
570/17 571/11 577/18
579/20 581/14 583/1
585/4 586/8 587/9
587/14 592/19 592/21
592/24
whereas [1] 384/22
wherein [1] 365/15
wherever [1] 465/6
whether [17] 340/1
340/8 363/13 385/1
397/9 398/16 424/5
422/9 450/15 453/19

511/23 526/2 593/2
593/3
which [94] 339/24
342/17 344/18 345/22
347/1 357/10 361/17
364/4 365/15 372/17
373/17 376/22 377/9
382/6 390/20 391/1
391/16 403/24 405/17
406/13 408/19 409/15
410/2 410/17 412/20
412/23 413/18 415/21
416/22 418/23 423/9
427/4 428/3 432/13
443/7 444/11 445/9
445/12 455/7 456/3
463/12 469/3 470/6
470/9 476/9 477/14
477/15 484/22 486/6
486/11 497/3 498/24
499/12 502/11 503/17
506/16 506/18 506/22
510/6 513/6 518/8
519/2 519/6 519/6
519/11 519/17 522/5
524/15 525/16 530/10
530/16 530/18 539/6
540/1 543/1 543/17
544/1 550/10 552/13
556/14 557/18 557/23
564/14 564/15 564/22
568/20 569/24 570/3
574/2 574/18 583/10
593/10 593/18 594/3
while [12] 341/22
341/25 342/7 342/9
363/17 406/3 406/7
470/24 493/24 515/6
519/4 519/14
white [12] 412/17
413/7 431/11 431/21
432/3 433/20 434/23
436/9 437/14 441/18
540/2 554/3
White House [3]
412/17 413/7 431/11
who [49] 341/4 341/14
343/9 343/12 345/20
350/21 354/5 363/16
378/9 378/13 382/21
383/3 394/2 411/7
411/12 411/14 425/10
452/6 457/10 461/14
463/9 468/22 471/18
472/6 472/16 473/9
473/15 475/9 476/14
482/18 483/1 486/6
488/25 490/10 492/18
492/20 498/9 498/11
498/13 498/23 499/4
501/18 511/3 517/7
521/15 526/17 576/10
584/8 591/10
who's [6] 377/20
385/11 452/9 587/6
591/6 591/7
whoever [8] 382/22

382/25 385/12
385/15 394/4 497/13
573/17
whole [4] 414/6 462/24
555/16 555/19
whom [1] 348/7
whose [1] 351/24
why [27] 349/17 355/6
367/20 368/3 370/4
386/20 386/22 389/4
389/5 396/2 396/15
397/8 397/8 397/11
401/7 433/6 434/1
445/19 454/2 455/14
474/24 483/10 492/11
515/14 547/14 573/16
591/13
wide [1] 409/21
widest [1] 409/22
wife [4] 352/7 354/17
472/8 479/8
wild [1] 354/4
WildProtest.com [2]
354/6 354/6
will [120] 339/18
339/20 339/21 340/12
340/13 340/15 340/18
340/19 340/22 341/3
341/18 343/2 343/3
343/4 343/5 343/5
343/16 343/24 344/2
344/3 344/13 344/15
344/20 344/23 345/5
346/10 350/21 350/25
353/9 353/13 360/22
361/1 361/5 362/9
362/14 362/23 365/12
365/12 365/13 365/18
365/24 366/15 366/21
367/16 367/21 367/22
368/5 369/2 369/20
369/23 369/25 370/3
377/21 379/1 379/2
379/5 382/21 382/21
382/24 383/9 385/1
385/3 385/6 385/10
385/13 385/15 385/18
387/16 391/3 394/2
394/18 401/13 403/5
403/8 415/24 418/11
421/2 429/19 430/20
440/8 456/4 459/17
474/17 475/23 478/1
478/3 480/14 482/25
488/22 500/8 501/12
502/8 506/14 508/9
509/3 522/7 525/3
525/4 525/5 525/24
531/11 536/19 541/15
542/10 543/20 546/21
548/7 550/12 554/16
559/3 565/23 566/11
569/15 580/11 583/18
586/15 587/21 589/23
591/20 594/20
William [3] 334/8 595/2
595/8
wind [1] 567/25

## W

window [40] 342/17
355/18 356/7 356/10
356/13 356/15 356/16
356/17 356/19 356/22
356/24 359/8 359/8
513/8 525/16 525/17
525/20 526/6 556/14
557/1 557/18 560/24
561/3 567/11 568/5
570/9 570/23 571/12
575/7 575/24 579/7
579/11 579/12 583/6
583/7 583/10 584/15
584/18 586/21 588/18
windowsill [3] 569/10
569/10 587/10
wing [1] 439/14
wise [1] 585/23
wish [4] 340/1 340/7
340/20 348/5
witch's [1] 369/3
withdraw [1] 400/5
withdrawn [1] 346/13
within [9] 341/24
342/12 350/13 476/19
478/21 488/3 492/3
499/12 512/6
without [7] 347/17
401/5 473/25 494/2
498/22 511/21 555/18
witness [58] 335/2
341/14 345/22 346/16
370/9 370/13 371/2
378/16 404/1 404/6
418/22 420/7 423/8
430/5 430/9 448/8
448/9 449/5 449/10
452/8 455/17 466/19
466/24 468/2 479/22
489/14 494/24 495/3
495/6 502/16 520/17
520/25 531/8 533/18
533/19 540/24 546/17
547/24 549/2 555/1
559/8 559/10 562/22
563/15 563/24 565/10
566/23 568/19 568/22
572/8 572/18 578/21
579/16 580/19 581/11
584/3 585/5 590/11
witnesses [13] 335/4
340/11 341/12 344/3
344/14 345/19 345/20
345/25 348/9 348/16
348/21 501/16 592/9
women [1] 371/13
won [1] 367/3
won't [2] 576/22
592/18
Wonderful [1] 399/3
wondering [1] 544/11
wood [1] 443/2
wooden [1] 593/9
word [2] 372/20 549/14
wore [1] 539/25
work [10] 357/3 360/21
371/8 371/14 375/14
478/9 495/17
worked [3] 361/5
398/21 497/16
working [12] 371/24
372/1 372/10 375/5
375/12 414/24 426/2
426/4 428/5 470/4
471/4 503/19
works [1] 364/9
worksheet [2] 474/7
474/10
world [1] 470/3
worldwide [2] 532/25
533/1
worn [10] 501/8 501/10
501/11 501/15 502/1
502/10 503/13 503/15
503/15 503/18
would [168] 344/18
346/14 352/8 365/8
371/6 374/21 374/25
375/1 375/19 376/13
380/24 382/15 383/8
386/3 386/17 388/14
390/25 391/6 396/11
397/13 398/22 400/18
401/1 402/8 402/16
402/18 403/16 404/1
404/24 405/19 406/1
406/11 408/2 408/17
409/5 411/9 411/15
412/16 412/17 413/7
414/23 415/21 415/22
416/8 416/8 416/13
417/18 418/19 418/22
418/25 420/16 420/16
420/19 421/16 421/17
421/24 422/3 422/5
422/12 422/13 423/8
427/3 427/7 429/13
429/15 431/3 434/12
435/21 436/25 437/1
437/2 441/1 444/4
446/8 448/8 451/11
452/2 452/25 456/2
456/14 458/9 463/21
464/25 470/20 470/22
472/23 473/5 475/15
475/24 477/14 481/2
481/12 487/3 487/7
488/20 488/21 488/21
493/22 494/1 494/3
494/5 495/12 497/7
500/10 501/24 502/10
502/17 510/12 512/19
514/24 515/1 515/3
518/12 524/14 525/1
527/12 527/14 528/21
533/9 533/9 533/18
534/19 535/6 536/16
537/15 539/5 540/11
540/12 541/24 542/7
542/11 542/25 543/8
543/16 544/4 544/25
546/6 547/8 547/21
550/9 553/1 553/3
554/24 555/14 555/15

## X

XXX [2] 523/2 523/2
XXX-XXX-8739 [1]
523/2

## Y

yards [1] 414/17
yeah [28] 378/12
378/12 380/10 388/12
388/15 389/9 422/19
425/15 433/14 441/20
447/10 465/3 521/21
536/1 538/19 546/10
552/6 552/10 553/22
554/9 558/10 560/21
561/15 570/16 572/3
575/7 580/25 581/21
year [2] 384/2 424/21
years [7] 364/10
365/19 371/18 371/20
377/11 469/18 495/20
yelling [1] 368/23
yellow [3] 441/2 447/7
447/13
Yep [4] 531/2 567/1
577/14 587/3
yes [345]
yet [3] 415/4 449/8
579/9
you [953]
you'd [1] 400/2
you'll [14] 352/23
353/3 358/20 359/9
361/6 365/3 365/14
394/1 431/20 431/23
449/8 452/7 474/21
581/3
you're [42] 348/1 353/2
353/4 355/3 355/6
357/9 357/25 358/4
358/5 358/7 358/11
359/15 361/9 361/16
370/17 377/9 380/22
381/18 387/10 390/20
396/8 396/16 401/15
403/1 415/18 416/6
419/23 424/18 435/23
438/3 452/3 452/6

561/12 561/22 564/25
565/25 566/23 567/15
568/6 568/22 569/12
570/24 572/18 574/1
574/17 579/14 583/16
587/18 589/1 589/20
590/10 593/12
wouldn't [2] 354/21
437/2
write [3] 340/20 347/18
550/22
writing [1] 340/6
written [1] 363/20
wrong [3] 379/23
381/4 554/8
wrote [1] 573/18
WV [1] 333/16
WWW.the [1] 530/2

455/6 459/3 480/22
481/6 528/6 557/22
576/10
you've [20] 339/10
340/21 347/14 373/3
389/14 390/1 390/7
412/1 451/9 454/1
454/16 454/17 483/7
518/4 562/18 565/5
576/21 580/6 580/24
590/3
your [267]
Your Honor [139]
338/6 338/19 338/21
351/3 362/23 370/10
378/4 389/11 389/19
390/24 391/2 398/21
400/9 401/16 403/9
406/15 406/19 406/24
408/18 408/23 409/3
412/7 415/23 419/1
421/20 423/11 423/13
423/17 427/2 429/13
429/18 430/1 430/3
430/9 430/23 446/10
448/10 449/11 449/25
451/1 452/11 452/25
453/8 453/9 453/22
455/12 455/24 456/1
456/6 456/9 456/15
459/5 459/9 460/21
460/22 461/9 465/19
465/21 466/20 466/21
474/13 474/16 475/4
480/13 483/3 483/13
488/6 488/8 488/10
494/9 494/12 494/16
494/18 494/22 498/11
498/17 501/24 502/2
502/15 502/25 507/3
507/13 512/19 518/22
520/19 522/4 524/16
525/19 526/4 528/22
529/17 530/18 533/23
534/2 537/22 539/11
540/14 541/14 542/12
543/2 543/19 544/1
544/15 545/11 546/20
547/9 553/4 554/22
555/16 556/22 556/25
557/14 559/4 560/4
561/23 564/11 564/14
565/3 565/8 565/18
565/24 566/8 569/13
571/1 572/11 572/12
574/8 574/18 576/13
576/23 582/3 585/25
586/14 587/20 588/22
589/21 589/22 592/5
594/17
yours [2] 447/9 490/21
yourself [6] 348/14
457/21 468/8 486/23
489/12 510/11
yourselves [4] 341/7
356/9 459/22 591/20
YouTube [3] 527/10

## Z

Zaremba [3] 334/8
595/2 595/8
zones [1] 533/3
zoom [2] 403/14
476/25