IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,           )
                                    )
            Plaintiff,              )
                                    )       CR No. 21-245
                                    )       Washington, D.C.
        vs.                         )       March 27, 2023
                                    )       9:20 a.m.
SHANE JENKINS,                      )
                                    )       Day 4
            Defendant.              )
_____)


TRANSCRIPT OF
JURY TRIAL - CHARGE - CLOSING ARGUMENT PROCEEDINGS
BEFORE THE HONORABLE AMIT P. MEHTA
UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Government:         David Perri
                            USAO
                            LRM: Weaver, Tracie
                            Federal Building
                            United States Courthouse
                            1125 Chapline Street,
                            Suite 3000
                            Wheeling, WV 26003
                            (304) 234-0100
                            Email: david.perri@usdoj.gov

                            Holly Fugiel Grosshans
                            DOJ-USAO
                            601 D Street NW
                            Washington, D.C. 20001
                            (202) 252-6737
                            Email:
                            holly.grosshans@usdoj.gov

APPEARANCES CONTINUED:

For the Defendant:               Dennis E. Boyle
                                 Blerina Jasari
                                 BOYLE & JASARI LLP
                                 1050 Connecticut Ave
                                 Suite 500
                                 Washington, D.C. 20036
                                 (202) 430-1900
                                 Email:
                                 dboyle@dennisboylelegal.com
                                 Email:
                                 bjasari@dennisboylelegal.com

Court Reporter:                  William P. Zaremba
                                 Registered Merit Reporter
                                 Certified Realtime Reporter
                                 Official Court Reporter
                                 E. Barrett Prettyman CH
                                 333 Constitution Avenue, NW
                                 Washington, D.C. 20001
                                 (202) 354-3249


Proceedings recorded by mechanical stenography; transcript
produced by computer-aided transcription

- - -

WITNESS INDEX

- - -

| WITNESSES | DIRECT | CROSS | REDIRECT | RECROSS |
|---|---|---|---|---|
| GOVERNMENT'S: | | | | |
| AARON HUNTER | 953 | 969 | | |

1              P R O C E E D I N G S

2              COURTROOM DEPUTY:  All rise.  The Honorable

3    Amit P. Mehta presiding.

4              THE COURT:  Good morning.  Please be seated,

5    everyone.

6              COURTROOM DEPUTY:  Good morning, Your Honor.

7    This is Criminal Case No. 21-245, United States of America

8    versus Shane Jenkins.

9              David Perri and Holly Grosshans for the

10   government.

11             Dennis Boyle and Blerina Jasari for the defense.

12             The defendant is appearing in person for these

13   proceedings.

14             THE COURT:  All right.  Good afternoon, everyone.

15             Mr. Jenkins, good morning to you, sir.

16             Thank you, all, for being here early.  Apologies

17   for the late start and our technical difficulties this

18   morning.

19             So before we get started, I want to just confirm

20   with everybody that what we resolved off record over the

21   weekend.  Mr. Douyon got a message from juror No. 7 over the

22   weekend indicating that his daughter's doctor recommended

23   that she stay home from school tomorrow due to an aftermath

24   of a head injury and concussion she had last week.  Bottom

25   line is that his spouse was unable to stay with her and so

1   he's unable to be here today.  We emailed all of you about

2   this over the weekend to confirm that you were okay with

3   dismissing juror number 7 and replacing that juror with

4   juror number 10, who is our first alternate, and everybody

5   confirmed that that was okay, correct?

6           MS. GROSSHANS:  Correct.

7           MR. BOYLE:  That's correct, Your Honor.

8           THE COURT:  Okay.  Terrific.

9           So with that resolved, let's turn to what we're

10  all here for early, and that's to deal with jury

11  instructions.

12          On Friday afternoon, my law clerk circulated both

13  updated jury instructions, as well as a revised verdict form

14  to everybody.

15          So I'm operating from that redline that was sent

16  around Friday afternoon.  And let's just sort of go through

17  it page by page and confirm that everybody is okay with

18  what's on there.  There are some substantive matters to talk

19  about in the second half, but...

20          So is everybody with me?  I'm on page 1.  These

21  are all straightforward, standard instructions.  Pages 2 and

22  3, just shout out if there's anything on any of these pages

23  that anybody wants to discuss.  4 and 5.

24          On page 6, you can see I added an instruction that

25  I have been including in these January 6th cases just to

1   emphasize that the defendant's political beliefs are not --

2   essentially shouldn't sway the jury, but, in theory, are

3   relevant to the motivation for the defendant's conduct.

4          Does anybody object to including that instruction?

5          MR. PERRI:  No, Your Honor.

6          MR. BOYLE:  No, Your Honor.

7          THE COURT:  Okay.  So 6, 7.

8          Page 8.

9          So I'd said we would modify or I would propose the

10   modification to the standard transcripts instruction in

11   light of Agent Avila's having testified about what she heard

12   Mr. Jenkins say on some of the video recordings.  And so

13   I've modified that transcript instruction on page 8 to

14   essentially say that her testimony was provided as an aid to

15   you, but it's really the audio and the video that's the

16   evidence; and if there's any difference, it's the video that

17   controls.

18          So any comments about that instruction and how

19   it's been reworded?

20          MR. PERRI:  No objection.

21          MR. BOYLE:  No objection, Your Honor.

22          THE COURT:  Okay.

23          I added at the top of page 9 an instruction about

24   Agent Avila's testimony concerning features of video that

25   she relied upon to essentially sync up different videos from

1    different angles as occurring at or about the same time.

2    And so ultimately I just included an instruction here to

3    say, look, that testimony was essentially there to help you,

4    and ultimately it's your decision whether to accept it and

5    determine what weight, if any, to give to it, okay?

6              Any concerns or objections about that?

7              MR. BOYLE:  None from the defense.

8              MR. PERRI:  No objection.

9              THE COURT:  All right.

10             I've dropped in the standard identification

11   instruction from the Red Book on page 9.

12             Page 10, I've included an instruction, presuming

13   Mr. Jenkins is not testifying.  Mr. Boyle and Ms. Jasari,

14   you will let me know or we will soon find out if that --

15             MR. BOYLE:  Your Honor, Mr. Jenkins will not be

16   testifying.

17             THE COURT:  All right.  Fine.

18             Bottom of page 10 is my -- I've included what is

19   my standard instruction about search warrants and arrest

20   warrants that essentially parrots what the limiting

21   instruction I gave the jury during the trial itself, okay?

22             MR. PERRI:  Your Honor, may I ask a question about

23   page 9, please?

24             THE COURT:  Yeah, of course.

25             MR. PERRI:  With respect to the identification

1    language, I was just wondering how the stipulation plays

2    into that.  Inasmuch as identity is not in dispute and it

3    has essentially been established in this case, do we need to

4    mention the stipulation or perhaps modify some of that

5    language?

6              THE COURT:  It's a fair question and it's not

7    something I contemplated.

8              I mean, look, I think the other option is to just

9    to drop it altogether.  I included it just because...

10             MR. BOYLE:  Your Honor, I think we would prefer it

11   be dropped rather than any other --

12             THE COURT:  All right.  Sure.

13             So we'll just take it out.  Easy enough.

14             The reason it's in there, in a lot of these cases

15   we've had so far, you've had agents testify that we believe

16   the person in the video is this person or that person.  So

17   in any event.  Okay.

18             All right.  So then getting to the nitty-gritty

19   here.  The individual counts beginning on page 12, you'll

20   just see some of the redlines I made.  I added on page 13

21   there a definition of law enforcement.  The officer there,

22   which I think comes straight from the statute, I believe,

23   the civil disorder statute.

24             Any objection to that -- inclusion of that text

25   there?

1    MR. PERRI:  No, Your Honor.  We think that's

2    helpful.

3    MR. BOYLE:  No objection from the defense,

4    Your Honor.

5    THE COURT:  Page 14 includes the attempt

6    instruction for Count 1.

7    Count 2, obstruction of an official proceeding and

8    aiding and abetting.  I've just added a little language

9    there in the definition section concerning official

10   proceeding to just -- as a prelude or just as an

11   introduction to this alternative concept that the proceeding

12   need not be pending at the time of the conduct.

13   Just a small tweak in language on page 17.

14   And then on pages 18 over 19 really, page 19 is

15   when the next substantive instructions come in.

16   So I've added some language in the aiding and

17   abetting section of Count 2 that makes clear to the jury

18   that essentially mere association with persons doesn't

19   constitute aiding and abetting, and that it requires

20   essentially some more active involvement.

21   Any objection to including that language?  This is

22   above the concluding remark for Count 2 section.

23   MR. PERRI:  No objection.

24   MR. BOYLE:  No objection, Your Honor.

25   THE COURT:  Okay.

1          And then I included this language here at the

2    bottom of page 19, concluding the remark for Count 2 just to

3    signal to the jury how they should consider the two

4    alternates; that is, the substantive offense of obstruction

5    and then the aiding-and-abetting theory, that they don't

6    need to consider both, and they can consider them in either

7    order that they wish.  So that's what that concluding remark

8    is intended to accomplish.

9          MR. PERRI:  No objection.

10          MR. BOYLE:  No objection, Your Honor.

11          THE COURT:  And I'm sorry, I misspoke.  It's

12    attempt, aiding and abetting.  So there's three alternates

13    to support the conviction -- or the charge -- the offense in

14    charge 2 -- in Count 2.  Okay.

15          All right.  Now, page 21, we had talked about this

16    in passing during the trial and the importance of having the

17    jury specify which of the objects that are identified in the

18    indictment constitutes the deadly or dangerous weapon.

19          This has been added, and you'll see it similarly,

20    language included in the 1752 counts that include deadly and

21    dangerous weapons, to specify which items the indictment's

22    included -- or identified as the deadly or dangerous weapons

23    for purposes of present, Count 3.  So that's the flagpole,

24    desk drawer, and stick-like objects.

25          I've also included in the fifth element the fact

1    that the weapon needs to be used intentionally, which comes

2    from *Arrington*.  So the fifth element reads, in doing such

3    acts, the defendant used a deadly or dangerous weapon and

4    used the weapon intentionally.

5            So let's just put a hold on that for a moment.

6    I guess we can talk about that instruction in its entirety.

7    We're essentially on to then page 23 in which I've modified

8    the parties' proposed deadly or dangerous weapon

9    instruction.

10            Importantly, the proposed instructions have said

11    that, you know, essentially quoting from the Circuit's

12    decision in *Arrington*, 309 F.2d at 40; that if an object is

13    not inherently or obviously dangerous or deadly, an object

14    is a deadly or dangerous weapon if the object is capable of

15    causing serious bodily injury or death of another person and

16    the defendant used it in that manner.

17            And the next proposed line was, the defendant need

18    not actually use the object in that manner, and I took that

19    out.  And then I added some additional language.  And then

20    included a paragraph that says, although the government is

21    required to prove beyond a reasonable doubt that the

22    defendant intentionally used the object, that is, the

23    defendant did not use it by mistake or accident, it is not

24    required to prove that the defendant intended to use the

25    object as a weapon, and that also comes from *Arrington*.

1          So what is -- anybody have thoughts about those

2    modifications that I've made to the dangerous and deadly

3    weapon -- or deadly weapon instruction?

4          MR. PERRI:  Yes, Your Honor.

5          We've given this considerable thought.  And on

6    page 24, the first full sentence that starts with the

7    redline, although the government is required to prove beyond

8    a reasonable doubt that the defendant intentionally used the

9    object, that sentence right there, we believe that's correct

10   for the 111.  But a problem arises when subsequently, in

11   connection with the 1752s, the jury is referred back to this

12   definition in that language.  And it becomes a problem

13   because, for a 1752, all that's necessary is carry.

14         THE COURT:  So all right.

15         All right.  That sort of -- that brings to a point

16   the issue that I've raised in terms of how we deal with this

17   issue.

18         So the issue is this:  Count 3 charges the

19   offenses under 18 U.S.C. 111.  This is assaulting,

20   resisting, or impeding officers using a deadly or dangerous

21   weapon, which I think -- that's 111(a), maybe it's (b),

22   doesn't matter.

23         In any event, *Arrington* clearly defines what

24   deadly or dangerous weapon means in the context of that

25   statute, and I don't think there's any real dispute about

1    that.

2         The question arises as to whether that same

3    definition from *Arrington*, which requires use of a deadly or

4    dangerous object, also applies to the 1752 counts with the

5    dangerous-or-deadly-weapon enhancement, if you will.  And

6    the government has suggested that it does not.  The

7    instructions, as I've drafted them, suggest that it does.

8         And then on page -- I thought I had included --

9    maybe this is not the latest one -- oh, right, on page 27,

10   is the comment that I've included about this issue, about

11   how we deal with what seems to me a slight nuance, if you

12   will, between the 1752 counts in which somebody can be

13   convicted of either using or carrying a deadly or dangerous

14   weapon.

15        And it seems to me, as I commented here, that mere

16   carrying of a deadly or dangerous weapon, that's not

17   inherently deadly or dangerous, doesn't really rise to use;

18   in other words, it wouldn't meet the definition in

19   *Arrington*, which requires use, if you all are following me.

20   In other words, somebody who's just carrying something that

21   constitutes a deadly or dangerous weapon isn't really using

22   it unless the weapon is inherently dangerous.

23        It's one thing if it's a gun, right.  If you're

24   just carrying a gun, then that easily qualifies.  But in

25   this case, for example, you know, the sticks, say, for

1    instance.

2             If Mr. Jenkins was just carrying the sticks, he's

3    not using them just by carrying them as a deadly and

4    dangerous weapon.  Then the question becomes, can just

5    carrying the sticks constitute a criminal offense under 1752

6    if he doesn't use them.  1752 uses the word "carrying" in

7    addition to "used."

8             And so then the question becomes, well, then

9    what's the definition of "dangerous or deadly weapon" for a

10   non-dangerous -- non-inherently dangerous object if the

11   allegation rests just on carrying?

12            And the government has suggested that it falls

13   then back onto the defendant's intent in carrying, and

14   whether, taken all the circumstances, the defendant is

15   intending to carry the object to be used as a deadly or

16   dangerous weapon.

17            Final thought before I open up to you all for

18   consideration.  In a sense, this may be academic in this

19   case because there's no real basis upon which the

20   government -- well, let me put it differently.

21            The theory here is use, it's not carrying.

22   I mean, Mr. Jenkins, if he's -- if the object qualifies as a

23   dangerous weapon, it's through use and not mere carrying,

24   because Mr. Jenkins, as the video shows, this jury would

25   potentially see that he's throwing the objects, these three

1  objects into the tunnel.  So this isn't really a carrying

2  case.

3           MR. PERRI:  Your Honor, if I may just make a

4  comment.

5           THE COURT:  Yeah.

6           MR. PERRI:  Along the lines of what you were just

7  saying, it is a carry case as to the tomahawks, because --

8           THE COURT:  Right.

9           MR. PERRI:  -- during this incident, he has those

10  tomahawks presumably in his backpack and he's carrying them

11  around.

12           THE COURT:  Right.

13           MR. PERRI:  So with that caveat.

14           THE COURT:  Yeah, that's a fair point.

15           So I cited Judge Cooper's decision in *Robertson* as

16  a case in which, at least -- and this is the only case in

17  which I found anybody to have really addressed this issue,

18  sort of what the *Arrington* definition of deadly or dangerous

19  weapon is and how that translates into that definition for

20  purposes of the 1752 counts.

21           And Judge Cooper's decision is based upon a

22  Circuit case called *U.S. versus Vinton*, 594 F.3d at 14.  But

23  the difficulty potentially with relying on *Vinton* is that

24  *Vinton* is a case that is interpreting a D.C. Code provision

25  for carrying a dangerous weapon.  It's a CDW statute that is

1    being -- was defined in *Vinton*.  And so it was a strict

2    carrying statute in that case, and so there was no question

3    of whether "use" or how "use" might come into play.  It's

4    simply just a carrying statute, and so that's why it was

5    defined the way it was, to rely on intent.

6            So anyway, what do you all think?  And happy to

7    hear what we ought to do with this.

8            MR. BOYLE:  Your Honor, we believe the instruction

9    is correct as is.

10           I think there's a distinction between inherently

11   dangerous weapons and weapons that are only dangerous in

12   their use.

13           You know, this telephone, for example, could be a

14   dangerous weapon if I decided to hit somebody over the head

15   with it, but sitting here on the desk, it's not.  So I think

16   that when objects are not inherently dangerous --

17           THE COURT:  Yeah, but help me play this out,

18   because I've been thinking about this too over the weekend.

19           You know, I have a case, a different case, in

20   which a person goes on to the Capitol Grounds with a hammer,

21   and he's charged with, you know, carrying or using a deadly

22   or dangerous weapon under 1752.  A hammer is clearly not an

23   inherently dangerous weapon, and so he would not be in

24   that -- as you've seemed to suggest it, carrying.  Let me

25   back up.

1              I mean, one way to, in theory, interpret the

2    statute is to say, look, it's only inherently dangerous

3    weapons that can be charged -- a person can only be

4    convicted of carrying an inherently dangerous weapon; in

5    other words, somebody brings something that's inherently

6    dangerous onto the Capitol Grounds like a gun, right?  You

7    don't have to use the gun.  As long as you're carrying a

8    gun, you can be convicted of 1752.  But for anything that's

9    not inherently dangerous, it has to be used, and you can't

10   be convicted under 1752 for just carrying something that is

11   not inherently dangerous.

12             The only problem I have with that is that it would

13   then seem to suggest that somebody who brings something

14   that's not inherently dangerous onto Capitol Grounds and

15   intends to use it but is stopped before the person is able

16   to use it would then be acquitted of 1752, and that doesn't

17   make a lot of sense to me.

18             MR. BOYLE:  Your Honor, if I could disagree with

19   the Court slightly.

20             I believe that, you know, whether an object is

21   inherently dangerous is a question for the jury.  And

22   I think a jury could, under specific facts, find that a

23   hammer is an inherently dangerous weapon, just like a

24   tomahawk certainly could have peaceful uses.

25             THE COURT:  Well -- but that's the point; in other

```
 1    words, neither of the two objects are inherently dangerous
 2    weapons.
 3              I mean, if, for example, in Vinton -- or I think
 4    it was in Vinton, you know, the weapon or the object,
 5    I should say, was, I think, a butterfly knife.  And the
 6    Court said, look, that's not an inherently dangerous weapon,
 7    because a knife like that can be used for perfectly
 8    legitimate reasons, just like a hammer can, just like this
 9    tomahawk axe can.  So I don't think either of those things
10    qualify.
11              And so then the question becomes, does that mean
12    if, say, for instance -- you know, let's leave aside for the
13    moment that Mr. Jenkins used the tomahawk axe.  Say he
14    walked on the grounds with the tomahawk axe and never pulled
15    it out of his backpack, does that mean he is acquitted of
16    1752 because he didn't use it?  That doesn't seem to make a
17    lot of sense to me.
18              MR. BOYLE:  Your Honor, I think it's a very
19    difficult issue, I would concede.  But on the other hand,
20    you know, a flagpole or a stick is normally not a dangerous
21    weapon.
22              And to say that, you know, the fact that a person
23    has a flagpole or a stick that they're carrying, it seems
24    like the statute wouldn't apply in those circumstances
25    either, because you don't --
```

1          THE COURT:  But that's where the issue of the

2    intent comes in, right?

3          I mean, I think that's what the government is

4    saying, which is that, you're right, something like a

5    flagpole or a stick that has no inherent dangerous qualities

6    to it can become inherent -- excuse me, can become dangerous

7    or is dangerous and is unlawful to carry if the person

8    intends to use it as such so that, you know, even if the

9    person doesn't successfully use it in that way or -- then

10   the person can still be convicted if all the circumstances

11   indicate an intent to use it that way.

12         I mean, I agree with you it's a little vexing.

13         MR. BOYLE:  But what is the crime?  Is it the

14   intent or is it the carrying?

15         THE COURT:  Well -- but it's the carrying -- well,

16   it's both; in other words -- in theory, what the government

17   is suggesting is that those are both elements.

18         In other words, I think what the government --

19   maybe I'm putting words in your mouth, but tell me if this

20   is where the government is coming out, which is to say,

21   look, if you, jury, conclude that Mr. Jenkins used a deadly

22   or dangerous weapon, the *Arrington* definition has to apply;

23   that is, it has to be used -- both capable of use and used

24   as a deadly or dangerous weapon.

25         On the other hand, if you conclude that he just

1    carried it, in the case of the tomahawk, although not

2    really, he did use it, then it's not about whether he used

3    it, then it's about whether he intended to use it that way.

4              Does that make sense?

5              Is that what you're suggesting, Counsel?

6              MR. PERRI:  It is, Your Honor.

7              And I think the concern is that we end up using --

8    our concern is that the definition of deadly or dangerous

9    weapon should not be such that it ends up conflicting with

10   the plain language of 1752, which clearly says "use or

11   carry," because in essence you're saying, if we go with the

12   interpretation that the defense requests, you're essentially

13   saying, well, the statute tells you it can be "used or

14   carried," but actually it has to be "used."

15             THE COURT:  Well, unless it's an inherently

16   dangerous weapon.

17             MR. PERRI:  Right.

18             But I think that's kind of the problem.

19             But perhaps there is a simple fix.  Perhaps we can

20   just add a sentence that says, "The definition of deadly and

21   dangerous weapon will be the same as in Count 3, except for

22   the fact that the government need not prove use; carry is

23   sufficient."

24             THE COURT:  Right, but -- well --

25             Okay.  But it then does, I think, require the jury

1    to find that in the circumstances, the object was intended

2    to be used as a deadly or dangerous weapon; in other words,

3    that's just not enough -- I mean, say, for example,

4    hypothetically, you know, a defendant walks onto the

5    Capitol Grounds with a tomahawk axe in a backpack.

6            And whether it's unwitting or not, there's no

7    circumstance which anybody thinks that the person was

8    intending to use the tomahawk axe.  I don't think you get to

9    1752 just because somebody is carrying something that's not

10   inherently dangerous and doesn't intend to use it as such.

11   Would you agree with that?

12           Or take the hammer as an example?  Say somebody

13   has a hammer on them, do you get convicted just by -- and

14   there's no evidence the person intended to use the hammer,

15   they just walked onto the Capitol Grounds for whatever

16   reason with a hammer.

17           I don't think that gets you convicted of 1752 of

18   carrying a deadly or dangerous weapon if there's no intent

19   to use it as such.  Certainly not if you're relying on the

20   way the Circuit is interpreting the similar statute in

21   *Vinton*.

22           MR. BOYLE:  Your Honor, this argument may be a

23   little bit about how many angels can dance on the head of a

24   pin.  I don't know that there's any separation between the

25   carrying and the use of these particular objects; however --

1          THE COURT:  In this case.

2          MR. BOYLE:  In this case.

3          However, just theoretically, the statute says

4    "carrying or using."

5          "Carrying," it seems to us, would only apply to

6    inherently deadly weapons, because that's the only way you

7    know that it is a dangerous weapon.

8          THE COURT:  So let me ask you this.

9          What if somebody walks onto the Capitol Grounds

10   with a hammer and yells out, you know, I'm going to kill the

11   Speaker of the House, but never actually gets their hands on

12   the hammer because the police stop him first.

13         I mean, I suppose in your -- I mean, how --

14   doesn't that then at least constitute a violation of 1752?

15   Because a jury could say, yeah, all right, he didn't "use it

16   because he never got it out of his waistband or something,

17   but he clearly intended to use it in that way"?

18         MR. BOYLE:  I think that the question under those

19   circumstances would be for the jury to decide whether that

20   was a deadly weapon and used as a -- I think an "intent to

21   use" and "use" are a very far and fine line.

22         If he's there and he's in a position to use it, he

23   possesses it, and he says he wants to kill somebody with it,

24   it seems to me that there's sufficient evidence for a jury

25   to conclude it was used in that case.

1          But, you know, I think that the use of the weapon

2     is what makes it dangerous.

3          THE COURT:  So then when -- so in your view,

4     nobody could be convicted of carrying a deadly or dangerous

5     weapon unless it's inherently deadly or dangerous?  I mean,

6     I think that's what you're essentially saying.

7          MR. BOYLE:  Well, I think that's what I'm trying

8     to find another way to say it, but I think that's what I'm

9     saying.

10          THE COURT:  I think that's right.

11          I mean, that's the upshot of your suggestion,

12     which is that, you can only be convicted of 1752, of

13     carrying a deadly weapon if it's inherently deadly or

14     dangerous.

15          MR. BOYLE:  Correct.

16          THE COURT:  Because otherwise the definition

17     requires use of the object.

18          MR. BOYLE:  Yes.

19          Otherwise, we believe the statute would be, you

20     know, extremely vague.

21          You know, if you're carrying a set of car keys and

22     somebody concludes that you intend to use those as a weapon,

23     does that satisfy the requirements of the statute?  We would

24     submit that it does not.  So the statute uses the phrase

25     "carry or use."

1           Stated another way, there would be no need to have

2   two categories of conduct unless they apply to different

3   classifications of weapons.

4           MR. PERRI:  Judge, in the *Barnett* case, there was

5   some language for the 1752.

6           THE COURT:  I'm sorry, I don't know what the

7   *Barnett* case is.  What is that?

8           MR. PERRI:  *United States versus Richard Barnett.*

9   That was from January 23rd, 2023.  It was a Capitol riot

10  case.

11          THE COURT:  Oh, okay.  All right.

12          MR. PERRI:  And the sentence is, "Second, an

13  object is a deadly or dangerous weapon if the object is

14  capable of causing serious bodily injury or death to another

15  person and the defendant carries it with the intent that it

16  be used in a manner capable of causing serious bodily

17  injury.  The defendant need not have actually used the

18  object in that manner."

19          THE COURT:  Well, I mean, that gets to the heart

20  of the issue, I mean, that's exactly the heart of the issue

21  which is, is that right in the context of this statute, or

22  does the *Arrington* definition apply, period, full stop.

23          In other words, what Mr. Boyle is saying is that

24  you can only be convicted of carrying under 1752 if it's

25  inherently dangerous, and you can't be convicted under 1752

1   of carrying some -- of something that's not inherently

2   dangerous unless it's used.

3           MR. PERRI:  But I think this -- I think this

4   instruction that was used in *Barnett* addresses both the

5   Court's concern that there be some requirement of intent to

6   use the item in such a manner, and also the United States'

7   concern that the jury be told that actual use is not

8   necessary.

9           THE COURT:  Well, but -- but that raises the

10  question -- I mean, that is the question.  It's like, in

11  other words, is that the right interpretation of the

12  statute?  Or is it Mr. Boyle's interpretation, which is,

13  again, you can only be convicted if the carrying is of an

14  inherently dangerous or deadly object.

15          I mean, look, there's a world in which Mr. Boyle

16  is right in the sense that, you know, I think these statutes

17  in theory, if they're ambiguous, ought to be interpreted in

18  a way that's favorable to a defendant.

19          On the other hand, you know, the statute is

20  clearly on the books to ensure that the government has the

21  ability to charge people who come on the Capitol Grounds

22  with something that may not be inherently deadly or

23  dangerous but is something that somebody intends to use it

24  for that purpose, it seems to me.

25          I mean, it just would seem an odd result to me,

```
 1   for example, if somebody could avoid conviction under 1752

 2   if they fall short of actual use but have the intent to use

 3   the object in a way that it's a deadly or dangerous weapon.

 4           MR. BOYLE:  Your Honor, if a person entered the

 5   Capitol Grounds with a weapon that's not inherently

 6   dangerous or deadly and walked around and left, there would

 7   be no harm to the public.  It's hard to believe that

 8   Congress would want to criminalize something that didn't

 9   happen.

10           Now, I think that supports the conclusion that the

11   carrying a deadly weapon is certainly a bad thing, we don't

12   want people ever carrying deadly weapons.  Other weapons are

13   not deadly weapons unless, by their use, they become deadly

14   weapons.  And it's the use of the weapon that defines its

15   deadliness.  If a person, you know, intended to use

16   something that could not cause harm as a deadly weapon --

17           THE COURT:  But help me again.

18           I mean, say -- all right.  Here's a different

19   example.  Say somebody walks into the halls of Congress,

20   they've got a hammer in their backpack, they never pull it

21   out, they don't do anything.  But right before the person

22   walked in, there's a social media message, social media

23   posting that says, I'm going to go in and kill the Speaker

24   of the House, you mean to say in that circumstance, the

25   person isn't guilty of carrying a deadly or dangerous
```

1    weapon?

2            MR. BOYLE:  I think in that case, there's evidence

3    of more than a mere carrying.  You know, there is evidence

4    of use of the weapon.

5            MR. PERRI:  But there's evidence of intent in that

6    matter.

7            THE COURT:  Yeah, because it has to be -- you

8    know, because under *Arrington*, it has to be used in that

9    manner, and just merely walking around with it, I don't

10   think gets you there.

11           You know, the *Arrington* definition is -- I don't

12   think the government is disagreeing with this, but the

13   *Arrington* definition, for purposes of 111, you know, the

14   object must be capable of causing serious bodily injury or

15   death to another person and the defendant used it in that

16   manner.  So I don't think merely walking around with

17   something like a hammer gets you to dangerous or deadly

18   weapon unless it's used in some way.

19           MR. BOYLE:  And we would agree with that,

20   Your Honor.

21           THE COURT:  And you think just having it sit in a

22   backpack would be -- constitute use?

23           MR. BOYLE:  I think it could constitute use.

24           THE COURT:  Depending upon the circumstances.

25           MR. BOYLE:  Depending upon the circumstances.

1      I don't think somebody has to physically be

2 stricken with the hammer in order for us to say it's deadly.

3      MR. PERRI:  Your Honor, our response to that is

4 that that interpretation renders the word "carries"

5 superfluous.

6      THE COURT:  It doesn't.

7      I mean, you can't say that it does, because, you

8 know, there are inherently dangerous objects like a gun, a

9 hand grenade.  You know, you can come up with a couple of

10 different scenarios where something is inherently dangerous.

11 And if all you do is walk onto the grounds even without the

12 intent to use with it, bam, you're guilty.

13      MR. PERRI:  So let's just require that there be

14 some evidence of intent like you were saying earlier, and

15 that's essentially what they said in *Barnett*.

16      THE COURT:  Yeah, you keep telling me what they

17 said in *Barnett*, but I'm not sure the Court in *Barnett* has

18 had the discussion that we've had right here today.

19      And you're not pointing me to any case other than

20 the one that I've identified, which is Judge Cooper's

21 decision in *Robertson*, about this idea that carrying a

22 dangerous object qualifies as -- you can be convicted of

23 mere carrying if you have the intent to use it as a deadly

24 or dangerous object, and that's, as I said, that's based on

25 *Vinton*, which is a CDW statute, that's carrying in the

1    District of Columbia, either openly or concealed, a deadly

2    or dangerous weapon, which is interesting because, you

3    know --

4           MR. BOYLE:  Your Honor, if I may take a step back

5    for a second, I would suggest that the statute is ambiguous,

6    and that as a matter of due process, that ambiguity should

7    be resolved in favor of the defendant.

8           THE COURT:  I know it's interesting, of course,

9    the *Vinton* case, it's only a carrying statute, right?  It's

10   not a use or carrying statute, it's only carrying.

11          And so, you know, if one were to believe that just

12   mere carrying -- in other words, you have to have an intent

13   component in a mere carrying statute because otherwise any

14   innocent object that's not inherent -- any object that's not

15   inherently dangerous would never qualify as a deadly or

16   dangerous weapon absent intent.

17          MR. PERRI:  But I guess I just -- I'm having

18   difficulty seeing why it's really any different, because the

19   statute says "use or carry."  That means "use" and that

20   means "carry," it can be either, and that "or" has to have

21   some value for interpretive purposes.

22          THE COURT:  But here's the difficulty, because

23   it's "use or carry" -- what's the language?

24          You don't have to keep standing, Mr. Boyle, if you

25   don't want to.

1          I mean, it's interesting.  You know, the statute

2     says, the person is -- you know, it's a sentencing

3     enhancement is what it is, right?  I mean, otherwise it's a

4     misdemeanor if you're not carrying or using.  But if you are

5     carrying or using a dangerous weapon, the statute reads,

6     "The person during and in relation to the offense uses or

7     carries a deadly or dangerous weapon or firearm."

8          I mean, if you look at the statutory language now,

9     Mr. Boyle, it almost does suggest that there should be a

10    different -- this is the last thing I will say.  Then I

11    don't know what we're going to do about this.

12          The other interesting thing about this is, in

13    *Arrington* when the Court talks about the definition of

14    "deadly or dangerous weapon," what it did reject is the

15    government had to prove that the object was intended to be

16    used as a deadly or dangerous weapon.  The court there says,

17    all you have to do is intend to use the object; in other

18    words, not by mistake or accident.  You don't actually have

19    to prove that the person intended to use it while they were

20    using it as a deadly and dangerous weapon.

21          Whereas here what we seem to be saying is that if

22    somebody is merely carrying, and that's what *Vinton* says,

23    you actually do need to intend to use it as a deadly or

24    dangerous weapon, which means that the definition of deadly

25    or dangerous weapon changes depending upon whether the

1    person uses it or only carries it, which is an odd thing to

2    say, right?  I mean, to say that a statutory definition

3    changes depending upon the way -- depending upon the verb

4    that precedes it.

5              (Pause)

6              THE COURT:  Can I just ask:  Are there any

7    other -- just putting a pause on this for a moment.

8              Are there any other concerns about the remaining

9    portions of the instructions?

10             MR. PERRI:  Your Honor, we have a few little

11   things we'd like to mention.

12             THE COURT:  Okay.

13             I hope they're little.

14             MR. PERRI:  If I may, on page 21, we're talking

15   about the lesser offense, the 111(a).  And in that paragraph

16   there, of course it says "while making physical contact."

17   And that's correct, we don't dispute that.

18             But I'm wondering -- I'm envisioning a situation

19   where a very conscientious juror reads that instruction and

20   reads it literally and says, well, it requires physical

21   contact.  But in this case, of course, there is no direct

22   physical contact, no touching.

23             So we would ask that there be a sentence inserted

24   there that physical contact may be direct or indirect, or in

25   the alternative, a sentence saying that it's not necessary

1   that the defendant touch the officer.

2          And there's some pretty good case law out there,

3   Your Honor, about, like, a spitting case, for example.

4   I know there's a case called *Talia Farrow* out of the Seventh

5   Circuit, I believe; a case called *Stratton* out of the Ninth

6   Circuit that make pretty clear that direct physical contact

7   is not necessary to establish assault.

8          THE COURT:  Is it in the context of a 111 charge?

9          I mean, look, I can get behind the idea that if,

10  for example, a defendant pushes another person into a police

11  officer as part of this conduct, okay, that's indirect

12  physical contact, but you mean to suggest that throwing

13  something that hits a police officer can constitute physical

14  contact?

15         MR. PERRI:  Yes, Your Honor, yes, because you're

16  putting in motion an agency, that object, and it's going

17  from your hand to that officer and it's making physical

18  contact, and that's what we would plan to argue.

19         THE COURT:  Your point would be, so say somebody

20  throws a trash can at a police officer, the person is

21  assaulting that officer, and then the enhancement is where

22  such acts involve physical contact with the victim of that

23  assault, then it becomes an eight-year offense, right?

24  That's what you're suggesting?

25         MR. PERRI:  Correct, Your Honor, that would be the

1    111(a) felony.

2            THE COURT:  Mr. Boyle, have you got a thought

3    about that?

4            MR. BOYLE:  Your Honor, I think the current

5    language tracks the language of the statute.

6            Certainly if they -- you know, if they struck, the

7    impede indirectly, contact an officer, it is a violation of

8    the law.  But physical contact, we think, is required for

9    the enhancement to apply.

10           THE COURT:  But what about tossing an object at on

11   officer that hits the officer?

12           MR. BOYLE:  Well, I think that would be physical

13   contact.

14           THE COURT:  So you would agree?

15           MR. BOYLE:  I would agree that that is physical

16   contact.

17           THE COURT:  Okay.

18           MR. BOYLE:  But the language directly or

19   indirectly, we think, is too broad.

20           So he must take some action that directly contacts

21   the police officer.

22           THE COURT:  So let me ask you this.  If we don't

23   change the instruction, will you object if the government

24   argues in closing that, for example, I believe the jury

25   could conclude, based upon the video evidence, that the desk

1    drawer made contact with an officer.

2            MR. BOYLE:  No, we -- we may disagree with that in

3    our argument, but we would not object to the government

4    making that argument.

5            THE COURT:  Okay.

6            MR. PERRI:  The only problem that I foresee with

7    that, Your Honor, is we're arguing that it does -- that that

8    is assault, and he's arguing that it's not, so that kind of

9    begs the question --

10           THE COURT:  No, I think -- well, maybe I'm wrong.

11   I thought what I heard Mr. Boyle to say is that he's going

12   to argue that there was no physical contact.

13           MR. BOYLE:  That's correct, Your Honor.

14           THE COURT:  He's not going to say that you can't

15   find -- you can only find physical contact if there's a

16   touching.

17           MR. PERRI:  Okay.  I wasn't sure what he meant.

18   Thank you, Your Honor.

19           MR. BOYLE:  That is what I meant, Your Honor.

20           THE COURT:  All right.

21           So does that mean we then need to add anything to

22   the instruction?

23           MR. PERRI:  As long as we can argue it,

24   Your Honor.

25           THE COURT:  Okay.

1            As long as -- I mean, if I don't hear the defense

2    objecting, I'll let you go ahead and argue that.

3            MR. PERRI:  So the next thing, Your Honor, is at

4    the top of page 22.  The first line there says, "Fifth, the

5    defendant made physical contact and assaulted."  I wasn't

6    sure why the words "and assaulted" were in there.

7            THE COURT:  This is what you all gave me?

8            MR. PERRI:  Okay.

9            Well, we may have.

10           THE COURT:  I think the reason it's in there, if I

11   were to suspect why it's in there, is, in theory, one could

12   read this statute to apply to an eight-year enhancement only

13   if the underlying acts constitute an assault, right?

14           And the conduct that's prescribed is broader than

15   assault.  It's assault, resist, opposes, impedes,

16   intimidates or interferes with, right?

17           So in theory, somebody who's, like, standing in an

18   officer's way as an officer is trying to rush to help

19   somebody could impede that officer and that officer's duties

20   but not assault them.

21           And if, you know -- in other words, the underlying

22   conduct has to be assaultive and can't be something less

23   than assault.

24           MR. PERRI:  We have no objection, Your Honor.

25   I don't think it's harmful, so...

```
 1              THE COURT:  Yeah, I don't think it makes a
 2    difference one way or another in this case, but I think
 3    that's probably why it's written the way it's written.
 4              Okay.  Let's keep moving because our jury is
 5    expecting us in ten minutes and then we can figure out where
 6    we are in terms of timing.
 7              MS. GROSSHANS:  Your Honor, there were two more
 8    items on page 22.
 9              THE COURT:  Okay.
10              MS. GROSSHANS:  First -- and this was in our
11    language and I apologize.  The "or an employee of the
12    United States," just we would seek to strike "or an
13    employee" just because we are talking about an officer here
14    and I think the instructions are confusing enough.  But that
15    said listed throughout the instructions, so we would seek to
16    just have it be, "who was an officer of the United States
17    who was then engaged in the performance of his official
18    duties."
19              And there's a couple other items on page 22 as
20    well.
21              THE COURT:  Okay.
22              MS. GROSSHANS:  The other item, Your Honor, is for
23    the last line of that first paragraph.
24              THE COURT:  Hang on one second.  Let me just make
25    sure.
```

1          Let me just make sure everybody is on board with

2    this.  But the first element reads, "The defendant

3    assaulted, resisted, opposed, impeded, intimidated, or

4    interfered with an officer from the Metropolitan Police

5    Department."  The statute doesn't speak directly to person

6    who's with the MPD; rather, it speaks to any person

7    designated in Section 1114 of this title.

8          And then if you look at 1114 of the title, it

9    says, this is, you know, protection of officers and

10   employees of the United States.  "Whoever kills or attempts

11   to kill any officer or employee of the United States or of

12   any agency in any branch of the United States Government

13   while such officer or employee is engaged in or on account

14   of the performance of official duties," and here's what's

15   important, "or any person assisting such an officer or

16   employee in the performance of such duties on or account of

17   that assistance."

18          So I want to just make sure, now that we're on the

19   topic, that the defense is okay with just saying, officer

20   from the Metropolitan Police Department, which effectively

21   concedes that the MPD officers were assisting such an

22   officer or employee, in this case, that would be a Capitol

23   Hill police officer, in the performance of such duties on or

24   account of that assistance.

25          MR. PERRI:  Your Honor, I think there's some

1   language on the very next page that clarifies that.  It's

2   the second full paragraph.

3            THE COURT:  Where are we looking, what page?

4            MR. PERRI:  Page 23, Your Honor.

5            THE COURT:  23?

6            Oh, okay.

7            All right, Mr. Boyle, you're okay with all that?

8            MR. BOYLE:  We are okay with that, Your Honor.

9            THE COURT:  Okay.  Fine.

10            All right.  Okay.

11            So you want me to just take out "or an employee of

12   the United States."  All right.

13            MS. GROSSHANS:  Yes.

14            THE COURT:  Okay.  I can take that out.

15            MS. GROSSHANS:  And then that's also on page 22 in

16   the third line of order of considering the charges.

17            THE COURT:  Yep.

18            MS. GROSSHANS:  And then additionally, Your Honor,

19   on page 22 in that first paragraph, for the purpose -- the

20   last sentence -- "for the purpose of this element, another

21   felony refers to either of" -- we would suggest "either of

22   the offenses charged in 1 or 2."

23            THE COURT:  Okay.

24            Any objection to that, Mr. Boyle?

25            MR. BOYLE:  No, Your Honor.

1          THE COURT:  All right.  Anything else, Counsel?

2          MR. PERRI:  I think one other thing, Your Honor,

3   and that's with respect to Count 4, the theft charge.  We

4   would ask that the Court insert an extra definition defining

5   the word "to steal."

6          We came across an instruction from the

7   Fifth Circuit that I think would be very helpful to the

8   jury, and I can provide a copy to the defense and the Court,

9   but it says, "To steal or knowingly convert means to

10  wrongfully take money, property, or thing of value belonging

11  to another with intent to deprive the owner of its use or

12  benefit either temporarily or permanently."

13         We would ask for the insertion of that extra

14  definition, Your Honor.

15         THE COURT:  Okay.

16         Any objection to that?

17         MR. BOYLE:  No objection, Your Honor.

18         THE COURT:  All right.  We'll include the

19  definition.

20         MS. GROSSHANS:  Thank you, Your Honor.

21         Your Honor, I'm sorry, going back to page 22

22  again, in that first -- in the order of considering the

23  charges, I think that that last sentence, "and if after

24  making all reasonable efforts to reach a verdict on the

25  charge that includes carrying a dangerous or deadly weapon,

1   you are not able to do so, you are allowed to consider the

2   other entering or remaining charge" --

3           THE COURT:  Oh.

4           MS. GROSSHANS:  I think that that maybe is a typo.

5           THE COURT:  Yeah.

6           MS. GROSSHANS:  It is properly included with the

7   entering and remaining charge, but we'd ask to strike it in

8   that paragraph.

9           THE COURT:  I think what I did was -- right.

10          But you're okay with the sentiment of the

11  sentence.  I just need to change, "You are allowed to

12  consider the lesser-included offense."  Maybe --

13          MS. GROSSHANS:  Your Honor, I think that this gets

14  to one of our other issues.

15          We're okay with calling it a lesser offense.  We'd

16  ask that it not be called a lesser-included offense.

17          THE COURT:  Yeah, I didn't say lesser-included.

18          MS. GROSSHANS:  Yes.

19          THE COURT:  I may have just said that now.

20          But, yeah, that's purposely called "lesser

21  offense" because it's not, technically speaking, a

22  lesser-included offense, that's true.

23          MS. GROSSHANS:  Exactly.

24          So on the verdict form, I know we're not there

25  yet, it's called a lesser-included offense.  We'd seek to

1    strike the "included" on the verdict form as it pertains to

2    that count.

3              THE COURT:  Okay.

4              Okay.

5              MR. PERRI:  And that's it, Your Honor.

6              We just have one -- on page 34, I know this is

7    just a formatting thing and it may get corrected anyway when

8    we move stuff around, but the title there at the bottom, if

9    that could be moved to the top of the next page just for --

10             THE COURT:  Yeah.  It looks this way because of

11   all the redlining.  And I'll make sure that it's at the top

12   of the -- it's not broken up.

13             Mr. Boyle, are you going to have a defense

14   statement of the case?

15             MR. BOYLE:  No, Your Honor.

16             THE COURT:  Okay.

17             All right.  Let me just think some more about how

18   to deal with this "carrying" versus "use" issue for 1752.

19   I want to give it a little bit more thought.  And we'll have

20   a little bit of time, I think, before this stuff gets

21   finalized to do that.

22             We have a couple of minutes.  Other than the

23   comment that was just made about the verdict form, which

24   we'll make that change, are there any other changes or

25   concerns about the verdict form that was sent around?

1          MR. BOYLE:  No, Your Honor.

2          MR. PERRI:  No, Your Honor.

3          THE COURT:  You're good with it?  Okay.  All

4   right.

5          Yeah, let's give our court reporter a few minutes.

6   And then why don't we plan to start at 20 of.  And we'll

7   start with the government's witness.

8          And then you have one witness, right?

9          MR. PERRI:  Yes, Your Honor.

10          THE COURT:  And then you're going to rest and then

11   Mr. Boyle.

12          MR. BOYLE:  Your Honor, when the government rests,

13   we anticipate making a motion under Rule 29 for judgment of

14   acquittal.

15          THE COURT:  Yeah.

16          MR. BOYLE:  I assume that's a pro forma thing and

17   I will just do that at sidebar over the phone.

18          THE COURT:  That's fine.

19          MR. BOYLE:  We will be reading a stipulation and

20   that'll be the defense case, Your Honor.

21          THE COURT:  Okay.

22          All right.  So we should probably finish up by

23   11:30 at the latest, it seems.

24          And then we'll have some time to polish up what we

25   need to and then instruct and close in the afternoon, okay?

1           All right.  See everybody shortly.

2           COURTROOM DEPUTY:  All rise.

3           This Court stands in recess.

4           (Recess from 10:30 a.m. to 10:42 a.m.)

5           THE COURT:  All right.  Everybody ready?

6           COURTROOM DEPUTY:  Jury panel.

7           (Jury entered the courtroom.)

8           THE COURT:  All right.  Please have a seat,

9    everyone.

10          Okay.  Welcome back.  Nice to have you all with

11   us.  I hope everybody had a nice weekend.  And thank you for

12   being on time.  We were able to get a lot done this morning.

13          So with that, we are ready to continue.

14          Government ready with its next witness?

15          MR. PERRI:  Thank you, Your Honor.

16          The United States calls Officer Aaron Hunter.

17          THE COURT:  You'll notice that one of you is

18   absent.  Our juror in seat 7 regrettably, because of a

19   family issue that's come up, he's fine and the family is

20   fine, he's no longer able to continue.  So that's why there

21   are only 13 of you here this morning.

22          COURTROOM DEPUTY:  Please raise your right hand.

23          (Witness is placed under oath.)

24          COURTROOM DEPUTY:  Thank you.

25          THE COURT:  Sir, welcome.

```
 1                           - - -

 2    AARON HUNTER, WITNESS FOR THE GOVERNMENT, SWORN

 3                      DIRECT EXAMINATION

 4                           - - -

 5    BY MR. PERRI:

 6         Q     Good morning.

 7         A     Good morning.

 8         Q     Would you please state your name for the record.

 9         A     Officer Aaron Hunter.

10         Q     How do you spell your last name?

11         A     H-u-n-t-e-r.

12         Q     Where do you work, sir?

13         A     Sixth District Metropolitan Police Department.

14         Q     How long have you been with the Metropolitan

15    Police Department?

16         A     It will be 19 years September.

17         Q     If you could move that microphone just a little

18    bit towards you.

19               There you go.  Thank you.

20               Do you have any special duties or assignments?

21         A     Currently, I'm assigned to community outreach.

22         Q     What is community outreach?

23         A     We engage with middle school and elementary school

24    students during activities and field trips.

25         Q     Okay.
```

1              How long have you been doing that?

2        A    Going on six years.

3        Q    And what were your duties or assignments prior to

4    that with the same department?

5        A    Patrol in the Sixth District.

6        Q    Okay.

7              Were you so employed on January 6th, 2021?

8        A    Yes.

9        Q    And were you a resource officer at that time?

10       A    Yes.

11       Q    Okay.

12             How did you become involved or did you become

13   involved in January 6th, the events at the Capitol?

14       A    Yes, I was.

15       Q    How did you become involved personally?

16       A    Well, we were monitoring the radio and a city-wide

17   alert went out that they needed assistance down at the

18   Capitol, so all units responded down.

19       Q    So is this a broadcast that came to you personally

20   or did it go out -- was it just a general announcement?

21       A    General announcement over the radio.

22       Q    Okay.

23             Where were you at the time?

24       A    At the main station, Sixth District.

25       Q    How did you get to the Capitol?

1     A    Our unit had a vehicle and we responded down in

2  the vehicle.

3     Q    Was it you and some other officers?

4     A    Myself, two other officers in the vehicle.  And a

5  platoon was formed that took, I believe, a Metro bus down.

6     Q    Okay.

7          Were you asked to go to or to respond to any

8  particular location at the Capitol?

9     A    We were directed to the tunnels inside the

10  Capitol.

11     Q    And how exactly did you get there?  Did you have

12  to go through the crowd to get to that location?

13     A    No.

14          We were led through a passageway through a service

15  tunnel through their -- I guess, their rail system, subway

16  system, to the tunnel.

17     Q    Were you familiar with the interior workings of

18  the Capitol at that time?

19     A    No.

20     Q    Okay.

21          And when you got to the location, to the tunnel,

22  what did you find when you arrived in terms of what was

23  going on?

24     A    We were responding to relieve and reinforce the

25  tunnel.  Basically, a barricade at the tunnel entrance.

956

1    Q    Okay.

2         You mean like a physical barricade, like bike

3    racks or something?

4    A    No.

5         Actual officers were standing trying to block the

6    tunnel.

7    Q    Okay.

8         And inside the tunnel itself, what did you

9    observe?

10   A    We were all compressed in the tunnel.

11   Q    Okay.

12        Lots of officers?

13   A    Yes.

14   Q    Were you able to see the rioters at that point,

15   the protesters?

16   A    I was toward the front of the tunnel, the second

17   row back.  And there was a lot of protesters pushing,

18   throwing things into the tunnel, a lot of screaming from

19   them yelling at us.

20   Q    Based on what you saw and what you heard, what

21   were the protesters trying to do in relation to the

22   officers?

23   A    It was like a pushback, a massive surge of us

24   trying to hold them back, and they kept pushing into us to

25   get into the tunnel.

1    Q    And what was your objective in dealing with that

2    situation?

3    A    We were forming a line right at the entrance,

4    holding the tunnel, making sure nobody came in.

5    Q    And you say you were in a second back.  What do

6    you mean by that?

7    A    I was standing behind one officer that was

8    directly facing the protesters, so I was directly behind

9    him.

10   Q    Okay.

11        So was that officer, the one that you were behind,

12   was that officer physically engaging with protesters?

13   A    Yes.

14   Q    At that point, were you and the other officers

15   saying anything to the protesters?

16   A    I know I was yelling "Back up, back up, back up."

17   Q    Were they complying with your command?

18   A    No.

19   Q    I'm sorry, what did you say?

20   A    No.

21   Q    Were you personally able to feel any pushing and

22   shoving?

23   A    Yes.

24   Q    And what was it like?

25   A    Everybody was packed in.  So when one person

1    moved, everybody was rocking back and forth with them

2    pushing against us.

3            So we were just trying to hold the line and keep

4    them out.

5    Q    How did that affect your ability to protect the

6    entrance to the tunnel?

7    A    Really couldn't move.

8            Stepping on a lot of debris.  It was a lot of

9    trash and sticks and bottles and everything on the ground.

10   So the footing was kind of slippery.

11   Q    Okay.

12           What was your understanding at that time of the

13   importance of holding that position?

14   A    Well, we were told that we were --

15           MR. BOYLE:  Objection.

16           THE COURT:  It's overruled.

17           You can answer, sir.

18           THE WITNESS:  We were told to hold the line while

19   they evacuated the members of Congress.

20   BY MR. PERRI:

21   Q    And so what were your concerns about if these

22   people get past me, what were your concerns?

23   A    That they were going to hurt someone.

24           MR. PERRI:  I would like to show the witness what

25   has been already admitted into evidence, Your Honor, it's

1    United States Exhibit 115.

2              And we're going to start at that at 4:32:34

3    real-time.

4    BY MR. PERRI:

5         Q    Officer Hunter, I would like you to take a look at

6    this and let us know if and when you can recognize yourself.

7              (Video played)

8              THE WITNESS:  I'm sorry, this monitor is not

9    working.

10             MR. PERRI:  Let's hold it there for a second.

11   BY MR. PERRI:

12        Q    Officer Hunter, do you recognize this view?

13        A    Yes.

14        Q    And for the record, can you explain what view that

15   is?

16        A    It's in view outside the tunnel, straight out into

17   the tunnel, out into the, I guess, the Courtyard.

18        Q    So the view looked out of the tunnel into the

19   crowd?

20        A    Yes.

21        Q    Okay.

22             And what are those white splotches that we see?

23        A    Whatever they were throwing at the camera,

24   I believe.

25

1           MR. PERRI:  Okay.

2           All right.  Could we play the video, please.

3           (Video played continuously)

4    BY MR. PERRI:

5       Q    Officer Hunter, let us know if and when you

6    recognize yourself.

7       A    Pause.

8           To the far left, second helmet.

9       Q    And I think if you touch that screen with your

10   finger, you can actually circle yourself.

11      A    (Witness complied.)

12      Q    Is that your helmet?

13      A    Yes.

14      Q    Okay.

15          And whose hand is that there?

16      A    That's my arm.

17      Q    And how do you recognize yourself?

18      A    I had my baton out at the time.

19      Q    Okay.

20          And how about the clothing, anything about the

21   clothing?

22      A    I did have my jacket on, and I could tell -- I'm

23   directly behind the guy holding the shield or the officer

24   holding the shield.

25      Q    Second in line as you mentioned before?

```
 1      A    Yes.

 2      Q    What color is your jacket?

 3      A    Yellow and black.

 4      Q    And were you wearing any other special equipment

 5  that day?

 6      A    The ballistic helmet.

 7      Q    Did you have a mask on?

 8      A    Gas mask, yes.

 9      Q    A gas mask?

10      A    Yes.

11      Q    Okay.

12           And what are you doing with your baton in this

13  video?

14      A    Attempting to keep the person -- the individuals,

15  I push them back.

16           MR. PERRI:  Can we continue to play, please.

17           (Video played)

18           MR. PERRI:  Stop, please.

19  BY MR. PERRI:

20      Q    Do you notice the person in the red circle?

21      A    Yes.

22           MR. PERRI:  Okay.  Continue to play.

23           (Video played continuously)

24           MR. PERRI:  Thank you.

25
```

1    BY MR. PERRI:

2        Q    So was there any movement of the officers amongst

3    themselves while they were in the tunnel, you know, from

4    front to back?

5        A    I was mainly focused on the front of the tunnel.

6            The officer in front of me was holding the shield

7    up and I was -- excuse me.

8            THE COURT:  Take your time.

9            THE WITNESS:  I was using my OC spray to get the

10   people to back away from the tunnel, still yelling "get

11   back, get back" as they're pushing, pushing.

12           At one point, the officer in front of me was being

13   pulled.  Somebody had grabbed his leg and I was holding on

14   to him to keep him from getting pulled into the crowd.

15   BY MR. PERRI:

16       Q    Were you able to keep him from getting pulled into

17   the crowd?

18       A    Yes.

19       Q    Officer, while you were there, how long were you

20   in the tunnel?

21       A    I was there about 45 minutes to an hour.

22       Q    And was it constant -- what you're describing, was

23   it constant throughout that whole time?

24       A    Yes.

25       Q    Did you get tired?

1    A    Yes.

2    Q    Were the other officers getting tired?

3    A    Yes.

4    Q    And how were you guys dealing with that?

5    A    I believe they were reinforcing from the back, but

6    I couldn't see.

7    Q    Okay.

8         Did you get struck with any objects?

9    A    Yes.

10   Q    Can you tell me about that, please.

11   A    There was constant debris flying in, poles, wooden

12   objects.

13        I got hit in the head with a brick or cinderblock

14   or something like that.

15   Q    Tell me about the pole.

16        Do you see yourself -- did you notice yourself

17   getting hit with a pole in the video?

18   A    Yeah.

19        Someone actually looked like they were jabbing in,

20   and I got kind of poked in the helmet.

21   Q    Okay.

22        Were you wearing your body-worn camera during the

23   time that you were in the tunnel on January 6th?

24   A    Yes.

25   Q    When and where were you when you activated it?

1    A    Second person back from the entrance to the left.

2    Q    Okay.

3         So you activated, when you -- after you got to the

4    tunnel?

5    A    Yes.

6    Q    All right.

7         And where was the camera positioned on your

8    uniform?

9    A    Right where it's positioned right now.

10   Q    And for the record, you're pointing to the middle

11   of your chest?

12   A    Middle chest.

13   Q    So the view is straight out?

14   A    Yes.

15   Q    Okay.

16        And does it record audio and video or just audio

17   or just video?

18   A    There's a two-minute buffer where it constantly

19   records, and once it's activated, it will pick up from that

20   two minutes with the sound.

21   Q    Okay.

22        And once these -- once the footage is recorded,

23   do you and your department take any steps to preserve it?

24   A    They have a docking system that downloads the

25   camera.

1       Q    So at the end of the day, you put your camera in

2    the docking system?

3       A    Yes.

4       Q    And it gets uploaded?

5       A    Yes.

6            MR. PERRI:  I'd like to show the witness

7    United States Exhibit 118, which has been admitted,

8    Your Honor.

9            (Video played)

10           MR. PERRI:  Can we stop for a second.

11   BY MR. PERRI:

12      Q    Officer Hunter, how come the view is so jumbled

13   there?

14      A    We were pressed against each other.  It was a

15   tight confinement space.

16           MR. PERRI:  Continue.

17           (Video played)

18           MR. PERRI:  Can we stop again, please.

19   BY MR. PERRI:

20      Q    Officer Hunter, can you notice the time that's in

21   the upper right-hand corner?

22      A    Yes.

23      Q    What does it say?

24      A    16:32.

25      Q    And how many seconds?

```
 1        A     36 seconds.

 2        Q     So it's approximately the same time as the other

 3   video, just from a different view?

 4        A     Yes.

 5              MR. PERRI:  Okay.

 6              Continue, please.

 7              (Video played)

 8              MR. PERRI:  Stop.

 9   BY MR. PERRI:

10        Q     What just happened there?

11        A     Someone threw in a wooden drawer, a desk drawer.

12        Q     Let me back up a second.

13              Do you recognize this as your body-worn camera

14   video?

15        A     Yes.

16        Q     And did that drawer hit you?

17        A     Yes, it brushed me.

18              MR. PERRI:  Continue.

19              (Video played)

20   BY MR. PERRI:

21        Q     Officer Hunter, were you able to hear any of the

22   things that people were saying?

23        A     Yes.

24        Q     Can you give us an example?

25        A     Mainly it was "the vote was stolen," "traitor,"
```

1    different things to that effect.

2         Q    Okay.

3              Did you actually get injured during this process?

4         A    Yes.

5         Q    What injury did you receive?

6         A    I got hit on the right hand across my thumb.

7         Q    Do you remember what it was?  Was it an object

8    thrown or was it a pole or something like that?

9         A    Metal pole.

10        Q    In terms of your experience, Officer Hunter, have

11   you been in difficult situations before?

12        A    Yes.

13        Q    And in respect to your 18 years of experience as a

14   police officer, how does this situation in the tunnel on

15   January 6th, 2001, compare to other difficult situations

16   you've been in?

17             THE COURT:  Counsel, I'm going to ask you to move

18   on to the next question, please.

19   BY MR. PERRI:

20        Q    Officer Hunter, did you have any fear for yourself

21   and your safety during this situation?

22        A    Yes.

23        Q    Let me take a step further.

24             Did you have any fear for your life?

25        A    Yes.

1    Q    Did the experience have any lasting effects for

2    you?

3             MR. BOYLE:  Objection.

4             THE COURT:  Sustained.

5    BY MR. PERRI:

6    Q    Officer Hunter, did you have the opportunity to

7    notice the individual in the red circle and what he was

8    doing in the CCTV video?

9    A    Yes.

10    Q    Is it fair to say that he was impeding or

11    interfering with your ability --

12             MR. BOYLE:  Objection.

13    Q    -- to do your job?

14             THE COURT:  Sustained.

15    BY MR. PERRI:

16    Q    How were the rioters affecting your ability to do

17    your job on that day?

18    A    They were very combative to me.

19             They were, to me, endangering my life and the

20    other officers because they were focused on doing what they

21    wanted to do.

22    Q    Which was what?

23    A    Gain entry to the Capitol.

24             MR. PERRI:  No further questions.

25             THE COURT:  Mr. Boyle.

```
 1                          - - -

 2                     CROSS-EXAMINATION

 3    BY MR. BOYLE:

 4         Q    Officer Hunter, I believe you testified that was a

 5    very chaotic event there at the entrance to the tunnel?

 6         A    Yes, sir.

 7         Q    People were hitting police officers?

 8         A    Yes.

 9         Q    Pepper spraying police officers?

10         A    Yes.

11         Q    You were wearing a gas mask?

12         A    Yes.

13         Q    You were discharging your OC spray?

14         A    Yes.

15         Q    You were striking people with your baton?

16         A    Yes.

17         Q    I take it in that -- and it was loud, correct?

18         A    Yes, sir.

19         Q    There was screaming?

20         A    Yes, sir.

21         Q    Protesters were screaming at the police line?

22         A    Yes.

23         Q    Police were yelling at protesters to get back?

24         A    Yes.

25         Q    I take it it was pretty difficult to determine
```

```
 1   what any one individual was saying; is that correct?

 2       A    Correct.

 3       Q    And I take it you were not looking at individual

 4   protesters, correct?

 5       A    I was.

 6       Q    Okay.

 7            Did you look at Mr. Jenkins at all during that

 8   morning?

 9       A    I couldn't see him.

10       Q    You couldn't see him?

11       A    Huh-uh.

12       Q    So you couldn't see what he did?

13       A    Not at the time.

14       Q    Okay.

15            Now, this drawer that was thrown at you, where did

16   it hit you out on your body?

17       A    Right side.

18       Q    Did it do any injuries to you?

19       A    No.

20            MR. BOYLE:  No injuries.

21            Your Honor, if I could just have a second to

22   confer.

23            (Defense counsel conferred off the record.)

24            MR. BOYLE:  No further questions, Your Honor.

25            THE COURT:  Any redirect?
```

1          MR. PERRI:  No redirect.

2          THE COURT:  Officer Hunter, thank you very much

3    for your time and your testimony, sir.  You may step down.

4          Okay.  Government?

5          MR. PERRI:  We have no further witnesses,

6    Your Honor.

7          THE COURT:  Okay.

8          And any additional evidence?

9          MR. PERRI:  I think all the stipulations are in

10   evidence, Your Honor, so we have nothing else.

11         THE COURT:  So the government is resting?

12         MR. PERRI:  Yes, Your Honor.

13         THE COURT:  Okay.

14         All right.  Ladies and gentlemen, what you've just

15   now heard is that the government has rested its case.  What

16   that means is that their case is now complete.  You've seen

17   the evidence and heard from the witnesses that the

18   government wishes to present to you in its case-in-chief.

19         So if you will just bear with me, I need to get on

20   the phone with the lawyers momentarily and then be right

21   back with you.

22         (Bench conference)

23         MR. BOYLE:  Your Honor, we would make a motion to

24   dismiss pursuant to -- sorry, a motion for judgment of

25   acquittal pursuant to Federal Rule of Criminal Procedure 29.

```
 1              THE COURT:  Okay.

 2              Any specific argument you wish to make, Mr. Boyle?

 3              MR. BOYLE:  No, just to all counts, but we wish to

 4   make no specific argument.

 5              THE COURT:  All right.

 6              So I'll reserve on the Rule 29 subject to making

 7   specific arguments at the appropriate time.

 8              MR. BOYLE:  Okay.  Thank you, Your Honor.

 9              THE COURT:  All right.

10              (Open court)

11              THE COURT:  All right.

12              Mr. Boyle, I'll now turn to you and do you have

13   any witnesses or any evidence?

14              MR. BOYLE:  Your Honor, I will defer to Ms. Jasari

15   to present the defendant's case.

16              THE COURT:  Ms. Jasari.

17              MS. JASARI:  Your Honor, we have a stipulation we

18   would like to read.

19              THE COURT:  Do you have an exhibit number for

20   that, Ms. Jasari?

21              MS. JASARI:  Exhibit Number 2.

22              "Stipulation of the parties.

23              "Video authenticity.

24              "Defendant Shane Jenkins, by and through his

25   attorneys and the United States of America with the
```

1    concurrence of its attorney, the United States Attorney for

2    the District of Columbia, agree and stipulate to the

3    following:"

4              "Defense Exhibit 1 fairly and accurately depicts

5    scenes and events which took place on January 6th, 2021,

6    near the Lower West Terrace tunnel of the Capitol Building

7    at times when the defendant was physically present at that

8    location."

9              At this time, Your Honor, the defense rests.

10              THE COURT:  All right.  Thank you, Ms. Jasari.

11              So, ladies and gentlemen, the defense has now

12    rested its case.

13              And so, Mr. Boyle, I'll just note for the record

14    that you've renewed your motion.

15              Any rebuttal?

16              MR. PERRI:  No, Your Honor.

17              THE COURT:  Okay.

18              Ladies and gentlemen, the evidence is now in.  So

19    what that means is that what is left in the case is for me

20    to provide you with legal instructions and then to hear the

21    closing arguments of the parties.

22              Now, because we still have a little bit more work

23    to do on finalizing those instructions, we are actually

24    going to adjourn now and then we will start up after lunch.

25              So it is now ten after 11:00.  We will resume at

1    1:00, and at 1:00, we will begin with the instructions.

2    Those instructions will probably take about an hour or so

3    for me to read and then we'll hear from the parties in their

4    closing arguments, all right?

5              I look forward to seeing everybody shortly.  See

6    you soon.  Thank you, everyone.

7              COURTROOM DEPUTY:  All rise.

8              (Jury exited the courtroom.)

9              THE COURT:  All right.  Have a seat, everyone.

10             So, Mr. Boyle, do you have any specific arguments

11   that you wish to make with respect to any of the counts?

12             MR. BOYLE:  Your Honor, the arguments we would

13   want to make apply generally to several of the counts.

14             First, we would challenge the notice to Mr. Shane

15   Jenkins.  We don't think that there has been sufficient

16   evidence to indicate that Mr. Jenkins actually knew that

17   this property was restricted.  There's no evidence as to

18   when he entered, what he saw when he entered, where he

19   entered from.

20             There is substantial evidence that the fencing

21   failed, that the signage was paper and that it was gone.

22             We believe that there's evidence, but I'm not sure

23   of this, that it was gone by 11:00 or noon.  There's no

24   evidence of Mr. Jenkins being on the property until well

25   after that.

1          Additionally, Your Honor, with respect to a deadly

2    weapon, we would argue that, as a matter of law, the objects

3    entered into evidence by the government, with the exception

4    of the tomahawk, are not capable of being dangerous or

5    deadly weapons.

6          THE COURT:  Okay.

7          Anything else?

8          MR. BOYLE:  And finally, Your Honor, we would

9    argue that, with respect to the obstruction charge, that

10   Congress was actually delayed before Mr. Jenkins got there;

11   that he was delayed afterwards; that Mr. Jenkins was in a

12   remote location from where Congress was and that his actions

13   could not have obstructed Congress.

14         THE COURT:  Okay.

15         MR. BOYLE:  Thank you, Your Honor.

16         THE COURT:  Thank you.

17         Can I raise one issue?  I don't typically do this,

18   but -- and that's with respect to the

19   theft-of-government-property count.

20         The object is a shield.  And if memory serves, the

21   evidence was that the shield belonged to the MPD.  It was a

22   Metropolitan Police Department shield.

23         There was some testimony about Capitol Hill police

24   officers having shields but they were a different shape and

25   they were smaller, I believe, and I think it was identified

1    that the shield that Mr. Jenkins was holding over his head

2    was an MPD shield.

3              Given that, I'm curious how the government thinks

4    it can make out a theft of Federal Government property.

5              MR. PERRI:  May we just have a minute, Your Honor?

6              (Government counsel conferred off the record.)

7              THE COURT:  And if you're looking up the statute,

8    18 U.S.C. 1361.  And it says, "Whoever willfully injures or

9    commits any deprivation of any property of the United States

10   or of any department or agency thereof."

11             And then if you look at 18 U.S.C. 5, that defines

12   the United States, includes all places and waters,

13   continental or insular, subject to the jurisdiction of the

14   United States.  I guess it's as used in this title in a

15   territorial sense, so that doesn't really apply.

16             But more significantly, 18 U.S.C. Section 6 does

17   define "department" and "agency."  So "department" means one

18   of the executive departments enumerated in Section 1 of

19   Title 5.  If you look at that statute, it's just all the

20   executive agencies.

21             "Unless the context shows that the term was

22   intended to describe the executive, legislative, or judicial

23   branches of the government, the term 'agency' includes any

24   department, independent establishment, commission,

25   administration, authority, board or bureau of the

1    United States or any corporation in which the United States

2    has a proprietary interest, unless the context shows that

3    the term was intended to be used in a more limited sense."

4         So it's not clear to me how property owned by the

5    District of Columbia would fall within the statute.

6         MR. PERRI:  Your Honor, what we're reviewing is,

7    we have some video where it's possible to see the logo

8    imprinted on the shield, and we wanted to just check that.

9         THE COURT:  Look, I mean the testimony was -- I'm

10    happy to take a look at the video, but the testimony was

11    that it was -- those were MPD-shaped shields.  And my

12    understanding is that there were no Capitol -- were there

13    any Capitol Hill police officers in the tunnel?

14         MR. PERRI:  There were, Your Honor.

15         THE COURT:  There were.  Okay.

16         So it's possible one of their shields was taken,

17    but I thought the testimony was only that it was an MPD

18    shield.

19         I'm just looking.

20         This was the testimony of -- this is -- Officer Ak

21    had testified that MPD shields were larger.  Capitol Police

22    were smaller and circular.

23         And then he said with respect to the person in the

24    blue hoodie at Exhibit 112 at 4:09, that's probably p.m.,

25    the person with the blue hoodie was holding an MPD shield,

1    MPD police shield, at least according to my notes.

2          MR. PERRI:  So, Your Honor, we have some footage

3    of the defendant holding a shield above his head and you can

4    see a logo on it, which may be a Capitol Police logo.

5          But I understand your point about the testimony

6    that did come in through Officer Ak, and in light of that,

7    we would not object to the dismissal of that count.

8          THE COURT:  Okay.  All right.

9          So Count 4, theft of government property, I will

10   enter a verdict in favor of the defendant on that count.

11         The jury has been told that there was a theft of

12   government property charge.  I suppose we can do one of two

13   things.  I'm sure there's a standard instruction here about

14   dismissal of a count.

15         MR. BOYLE:  Your Honor, the defense would request

16   the Court just delete the instruction and give no further

17   explanation.

18         THE COURT:  Well, that was gong to be the other

19   alternative, which is just to renumber the counts and then

20   just drop Count 4 out as if it never existed.

21         Everybody okay with that?

22         MR. PERRI:  We would prefer that as well.

23         THE COURT:  All right.

24         So we'll do that.  We'll renumber the counts in

25   the instructions, and we'll also renumber the counts in the

```
 1    verdict form as well.  So basically Count 5 will become 4
 2    and everything will move up one, okay?
 3              Okay.  So I can't say I've finally resolved our
 4    issue about "dangerous weapon."  I guess I want to give it a
 5    little bit more thought.
 6              I will tell you where I'm leaning, which is to
 7    sort of just apply the definition in Count 3.  And I think
 8    the reason for that is twofold; one is, you know, we are
 9    told regularly, in terms of statutory construction, where
10    the words that appear in one section of the statute also
11    appear in another section; that those words should -- you
12    know -- I don't know about presumptively, but should be
13    given the same meaning.  It's not always true, but it is a
14    principle of statutory construction, and so that's one.
15              Two, if I interpreted "deadly or dangerous weapon"
16    in the way that *Arrington* does in 1752, it doesn't do
17    complete violence to the statute; in other words, it doesn't
18    make the carrying provision surplus.  It could still apply
19    to inherently dangerous or deadly objects like a gun, which
20    is, in fact, specified but also could include other objects
21    like a hand grenade, for instance.
22              And then, three, you know, given the ambiguity,
23    I think I'm -- the Rule of Lenity could argue in favor of a
24    narrower construction -- I mean, could be used to -- for a
25    narrower construction.
```

1          So I think that's where my head is right now.  If

2   I change my mind, I will let you all know over the lunch

3   break.  But just presume that's where I'm going end up with

4   the instructions, okay?

5          MR. PERRI:  Okay, Your Honor.

6          Just for the record, we would note our objection

7   for the reason we stated earlier.

8          THE COURT:  Yeah.

9          And, I think, look, the final reason is it doesn't

10  really make a difference in this case.

11         I mean, you know, at least for three of the four

12  objects, they are directed toward human beings, and so, you

13  know, either the jury is going to conclude that they were

14  used as deadly or dangerous weapons or not.

15         And when it comes to the tomahawk, I'm not sure it

16  would qualify for even carrying -- meeting the definition of

17  carrying that you've suggested, because the intent has to be

18  to use it as a deadly or dangerous weapon.

19         MR. PERRI:  We do have the Facebook posts,

20  Your Honor, that talk about him bringing the tomahawks and

21  his intention to go *Braveheart* and things like that.  So

22  that's kind of where we're coming from.

23         THE COURT:  I see.

24         Well -- okay.

25         But he never -- he never used it in that way.

1          I mean, he had the thing with him all day long and

2     he only used it once and that was to -- you know, up against

3     the window.

4          So, you know, I'm not sure even if one were to

5     give the sort of intent instruction that you're seeking with

6     respect to carrying, that, you know, he -- it could be shown

7     beyond a reasonable doubt that he intended to use it as a

8     deadly or dangerous weapon; that is, one that would cause

9     death or serious bodily injury, because he didn't use it in

10    the way.

11         And so I suppose one could still conclude that he

12    had the intention to use it that way.  But I think for all

13    those reasons, I'm going to err on the side of caution and

14    just have the instruction mirror the definition in Count 3.

15         So in any event, that's where my thinking is,

16    that's probably what I'll end up doing.  But if we change

17    our mind, I will let you know.

18         Thoughts or what are you all, in terms of length

19    of your closings, just to make sure that we're on track to

20    finish by 5:00?

21         MR. PERRI:  It's kind of hard to estimate,

22    Your Honor, but we're thinking maybe a half hour for first

23    close, and maybe 10, 15 minutes for second.

24         THE COURT:  Okay.

25         MR. BOYLE:  Your Honor, I estimate ours will be on

1   the long side, 40 to 45 minutes.

2           THE COURT:  Okay.

3           All right.  Bottom line is that gives us plenty of

4   time to get wrapped up by the end of the day.

5           All right.  Anything else before we adjourn,

6   everyone?

7           All right.  So we will get -- just look out for

8   your email, we'll get you the final versions of jury

9   instructions and the verdict form soon.  Take a look at

10  that.  And if there are any issues, please just let us know

11  so we can handle them before 1:00; otherwise, if we don't

12  hear from you, we'll assume we'll just get started at 1:00,

13  and everybody is okay with the instructions and the verdict

14  form that gets circulated, okay?

15          Thank you, everyone.  See you shortly.

16          COURTROOM DEPUTY:  All rise.

17          This Court stands in recess.

18          THE COURT:  Oh, Counsel, I meant to do this.

19          With respect to just the arguments that,

20  Mr. Boyle -- I got sort of lost in doing this.  But with

21  respect to the arguments that have been raised with respect

22  to the Rule 29, I think I can take care of these:

23          One, with respect to whether Mr. Jenkins knew he

24  was on restricted grounds, it may be that a jury could

25  conclude that he didn't know that because the barriers were

1    down, but there were also plenty of other facts from which a

2    jury could reasonably could conclude that he did know, and

3    that would include police lines and other objects that the

4    police were using to keep people at bay, including

5    Mr. Jenkins himself.

6            Insofar as deadly or dangerous weapon, I think

7    there is sufficient evidence from which a jury could

8    conclude that at least three of those objects were used as

9    deadly or dangerous weapons in the way in which Mr. Jenkins

10   used them, that was to throw them with force toward police

11   officers who were in the tunnel, and also given some of the

12   statements that, as counsel has pointed out, "going

13   brave heart" that would reflect on his intent.  And also you

14   can see in the video the force, as I said, the force with

15   which he's throwing them, a jury could conclude that he was

16   using them not only intending to use -- or intending to use

17   the objects but also did use them as a deadly or dangerous

18   weapon.

19           And then finally on the obstruction count, the

20   fact that Congress may have adjourned before he got there is

21   really not relevant because they remained adjourned while he

22   was there, and they didn't resume their session until long

23   after Mr. Jenkins had left.  And it was not only -- and so

24   his presence after the fact that Congress adjourns doesn't

25   mean that he isn't still intending to obstruct the

1   proceedings because they weren't able to resume, all right?

2          Thank you, everyone.

3          COURTROOM DEPUTY:  All rise.

4          This Court stands in recess.

5          (Recess from 11:29 a.m. to 1:04 p.m.)

6          THE COURT:  Please be seated, everyone.

7   Thank you.

8          Okay, everyone.  Anything about the jury

9   instructions that we circulated or are we good to go?

10          MS. GROSSHANS:  Your Honor, I noticed on the

11   verdict form that "lesser-included" was removed from the

12   entire verdict form.  I'm not sure if that was needed.  What

13   our point was regarding the 111(b) and the 111(a).

14          THE COURT:  Okay.

15          MS. GROSSHANS:  That the 111(a) is a lesser

16   offense but not a lesser-included offense.

17          For the 1752 and 5104, it was also removed.

18   I just wanted to point that out to you.

19          THE COURT:  Yeah, I know.  We did that

20   intentionally, I think, because of your request, and weren't

21   sure whether that applied throughout.

22          I think the jury instructions still use

23   "lesser-included" for --

24          MS. GROSSHANS:  They do.

25          THE COURT:  And so you want us to put the

1    "lesser-included" back in?

2            We can do it.  The verdict form is not going to go

3    back until the end anyway.  So do you want me to include?

4            MS. GROSSHANS:  Yes, I do think it is accurate to

5    use lesser-included.

6            THE COURT:  It is accurate, yeah, I agree.

7            MS. GROSSHANS:  I think that would be fine if

8    that's not a problem to change.

9            THE COURT:  Yeah, no, we can do that.

10           MS. GROSSHANS:  Thank you.

11           COURTROOM DEPUTY:  Jury panel.

12           (Jury entered the courtroom.)

13           THE COURT:  All right.  Have a seat and welcome

14   back, everyone.  Thank you for your patience with us while

15   we got things wrapped up, but we are ready to go.

16           So as I said, we have -- I'll be providing you

17   with the instructions that you will be using during your

18   deliberations.  I'll be reading those to you.  It will

19   probably take, oh, I would say 45 to 50-plus minutes to do

20   that.  Once that is concluded, we'll hear the closing

21   arguments of the parties.

22           So with that, let me go ahead and begin the

23   instructions.  You will have copies of these instructions

24   with you, so do not feel like you need to write furiously as

25   I provide these instructions.

986

1          So, ladies and gentlemen, the time has now come

2     when all of the evidence is in.  It is now up to me to

3     instruct you on the law.  Before we talk about the specific

4     charges alleged here and some of the specific issues in this

5     case, I want to take a few moments to talk to you about some

6     general rules of law.  Some of these will repeat what I told

7     you in my preliminary instructions.

8          My function has been to conduct this trial in an

9     orderly, fair, and efficient manner; to rule on questions of

10    law; and to instruct you on the law that applies in this

11    case.

12         It is your duty to accept the law as I instruct

13    you.  You should consider all the instructions as a whole.

14    You may not ignore or refuse to follow any of them.

15         Your function as the jury is to determine what the

16    facts are in the case.  You are the sole judges of the

17    facts.  While it is my responsibility to decide what is

18    admitted as evidence during the trial, you alone decide what

19    weight, if any, to give to that evidence.  You alone decide

20    the credibility or believability of the witnesses.

21         You should determine the facts without prejudice,

22    fear, sympathy, or favoritism.  You should not improperly --

23    you should not be improperly influenced by anyone's race,

24    ethnic origin, or gender.  Decide the case solely from a

25    fair consideration of the evidence.

1          You may not take anything I may have said or done

2     as indicating how I think you should decide this case, nor

3     may you consider any of my actions or statements as

4     indicating any bias toward a defendant or counsel.  If you

5     believe that I have expressed or indicated any such opinion,

6     you should ignore it.  The verdict in this case is your sole

7     and exclusive responsibility.

8          If any reference by the Court or the attorneys to

9     the evidence does not coincide with your own recollection of

10    the evidence, it is your recollection that should control

11    during your deliberations.

12         During the trial, I have permitted those jurors

13    who wanted to do so to take notes.  You may take your

14    notebooks with you to the jury room and use them during your

15    deliberations if you wish.  As I told you at the beginning

16    of the trial, your notes are only to be an aid to your

17    memory.  They are not evidence in the case, and they should

18    not replace your own memory of the evidence.  Those jurors

19    who have not taken notes should rely on their own memory of

20    the evidence.  The notes are intended to be for the

21    note-taker's personal use.

22         Every defendant in a criminal case is presumed to

23    be innocent.  This presumption of innocence remains with the

24    defendant throughout the trial unless and until the

25    government has proven he is guilty beyond a reasonable

1    doubt.  This burden never shifts throughout the trial.  The

2    law does not require the defendant to prove his innocence or

3    to produce any evidence at all.  If you find that the

4    government has proven beyond a reasonable doubt every

5    element of a particular offense with which the defendant is

6    charged, it is your duty to find him guilty of that offense.

7    On the other hand, if you find the government has failed to

8    prove any element of a particular offense beyond a

9    reasonable doubt, you must find the defendant not guilty of

10   that offense.

11        The government has the burden of proving the

12   defendant guilty beyond a reasonable doubt.  In civil cases,

13   it is only necessary to prove that a fact is more likely

14   true than not, or, in some cases, that the truth is highly

15   probable.

16        In criminal cases such as this one, the

17   government's burden of proof is more powerful than that.  It

18   must be beyond a reasonable doubt.  Reasonable doubt, as the

19   name implies, is a doubt based on reason -- a doubt for

20   which you have a reason based upon the evidence or lack of

21   evidence in the case.  If after careful, honest, and

22   impartial consideration of all the evidence you cannot say

23   that you are firmly convinced of the defendant's guilt, then

24   you have a reasonable doubt.

25        Reasonable doubt is the kind of doubt that would

1    cause a reasonable person, after careful and thoughtful

2    reflection, to hesitate to act in the graver or more

3    important matters in life.  However, it is not an imaginary

4    doubt, nor a doubt based on speculation or guesswork; it is

5    a doubt based on reason.  The government is not required to

6    prove guilt beyond all doubt, or to a mathematical or

7    scientific certainty.  Its burden is to prove guilt beyond a

8    reasonable doubt.

9        Now, one of the questions you were asked when we

10   were selecting this jury was whether the nature of the

11   charges would affect your ability to render a fair and

12   impartial verdict.  There was a reason for that.  You must

13   not allow the nature of the charges themselves to affect

14   your verdict.  You must consider only the evidence that has

15   been presented in this case in rendering a fair and

16   impartial verdict.

17       The weight of the evidence is not necessarily

18   determined by the number of witnesses testifying for each

19   side.  Rather, you should consider all the facts and

20   circumstances in evidence to determine which of the

21   witnesses you believe.  You might find that the testimony of

22   a smaller number of witnesses on one side is more believable

23   than the testimony of a greater number of witnesses on the

24   other side or you might find the opposite.

25       During your deliberations, you may consider only

1  the evidence properly admitted in this trial.  The evidence

2  in this case was the sworn testimony of the witnesses, the

3  exhibits that were admitted into evidence, and the facts

4  stipulated to by the parties.

5          During the trial, you were told that the parties

6  had stipulated; that is, agreed, to certain facts.  You

7  should consider any stipulation of fact to be undisputed

8  evidence.

9          When you consider the evidence, you are permitted

10  to draw, from the facts as you find have been proven, such

11  reasonable inferences as you feel are justified in light of

12  your experience.  You should give any evidence such weight

13  as in your judgment it is fairly entitled to receive.

14          The statements and arguments of the lawyers are

15  not evidence.  They are only intended to assist you in

16  understanding the evidence.  Similarly, the questions of the

17  lawyers alone are not evidence.

18          The indictment is merely the formal way of

19  accusing a person of a crime.  You must not consider the

20  indictment as any evidence of any kind; you may not consider

21  it as any evidence of Mr. Jenkins' guilt or draw any

22  inference of guilt from it.

23          There are two types of evidence from which you may

24  determine what the facts are in this case:  Direct evidence

25  and circumstantial evidence.  When a witness, such as an

1    eyewitness, asserts actual knowledge of a fact, that

2    witness's testimony is direct evidence.  On the other hand,

3    evidence of facts and circumstances from which reasonable

4    inferences may be drawn is circumstantial evidence.

5         Let me give you an example.  Assume a person

6    looked out a window and saw that snow was falling.  If he or

7    she later testified in court about what they had seen, their

8    testimony would be direct evidence that snow was falling at

9    the time he saw it happen.  Assume, however, that a person

10   looked out a window and saw no snow on the ground and then

11   went to sleep and saw snow on the ground after waking up.

12   That testimony about what had been seen would be

13   circumstantial evidence that it had snowed while the person

14   was asleep.

15        The law says that both direct and circumstantial

16   evidence are acceptable as a means of proving a fact.  The

17   law does not favor one form of evidence over another.  It is

18   for you to decide how much weight to give any particular

19   evidence, whether it is direct or circumstantial.  You are

20   permitted to give equal weight to both.  Circumstantial

21   evidence does not require a greater degree of certainty than

22   direct evidence.  In reaching a verdict in this case, you

23   should consider all the evidence presented, both direct and

24   circumstantial.

25        The lawyers in this case sometimes objected when

1    the other side asked a question, made an argument, or

2    offered evidence that the objecting lawyer believed was not

3    proper.  You must not hold such objections against the

4    lawyer who made them or the party they represent.  It is the

5    lawyer's responsibility to object to evidence that they

6    believe is not admissible.

7            If during the course of trial I sustained an

8    objection to a lawyer's question, you should ignore the

9    question and you must not speculate as to what the answer

10   would have been.  If after a witness answered a question I

11   ruled that the answer should be stricken, you should ignore

12   both the question and the answer and they should play no

13   part in your deliberations.  Likewise, exhibits as to which

14   I sustain an objection or that I ordered stricken are not

15   evidence and you must not consider them in your

16   deliberations.

17           This case involves alleged conduct of the

18   defendant that may be directly relevant to his political

19   views or beliefs around the time of the conduct.  As a

20   general matter, a person's political views are not a

21   relevant consideration in deciding whether the government

22   has met its burden of proof.  In some cases, such as this

23   case, political beliefs or views may be relevant to a

24   defendant's mental state, and if so, you should consider

25   them only in this respect.  But you should not hold any

1    perceived view of a defendant's political beliefs or views

2    against him.

3         In determining whether the government has proved

4    its case, you must consider and weigh the testimony of all

5    the witnesses who've appeared before you.

6         You are the sole judges of the credibility of the

7    witnesses.  In other words, you alone are to determine

8    whether to feel any witness and the extent to which any

9    witness should be believed.

10        In reaching a conclusion as to the credibility of

11   any witness, you may consider any matter that may have a

12   bearing on the subject.  You may consider the demeanor and

13   behavior of the witness on the witness stand; the witness's

14   manner of testifying; whether the witness impresses you as a

15   truthful person; whether the witness impresses you as having

16   an accurate memory and recollection; whether the witness has

17   any motive for not telling the truth; whether the witness

18   had a full opportunity to observe the matters about which he

19   or she has testified; whether the witness has any interest

20   in the outcome of this case, or friendship or hostility

21   towards other people concerned with this case.

22        Inconsistencies or discrepancies in the testimony

23   of a witness or between the testimony of different witnesses

24   may or may not cause you to discredit such testimony.  Two

25   or more persons witnessing an incident or transaction may

1   see or hear it differently; an innocent misrecollection,

2   like a failure of recollection, is not an uncommon

3   experience.  In weighing the effect of the inconsistency or

4   discrepancy, always consider whether it pertains to a matter

5   of important or unimportant detail, and whether the

6   inconsistency or discrepancy results from innocent error or

7   intentional falsehood.

8          You may consider the reasonableness or

9   unreasonableness, the probability or improbability of the

10  testimony of a witness in determining whether to accept it

11  as true and accurate.  You may consider whether the witness

12  has been contradicted or supported by other credible

13  evidence.

14         If you believe that any witness has shown him or

15  herself to be biased or prejudiced, for or against either

16  side in this case, you may consider and determine whether

17  such bias or prejudice has colored the testimony of the

18  witness so as to affect the desire and capability of that

19  witness to tell the truth.

20         You should give the testimony of each witness such

21  weight as in your judgment it is fairly entitled to receive.

22         You have heard testimony about witnesses meeting

23  with attorneys and/or investigators before they testified.

24  You are instructed that it is perfectly proper for a lawyer

25  or investigator to interview a witness in preparation for

1  trial.

2      A police officer's or law enforcement agent's

3  testimony should be considered by you just as any other

4  evidence in the case.  In evaluating the officer's or

5  agent's credibility, you should use the same guidelines that

6  you apply to the testimony of any other witness.  In no

7  event should you give either greater or lesser weight to the

8  testimony of any witness merely because he or she is a

9  police officer or law enforcement agent.

10      You heard testimony from Agent Avila concerning

11  statements allegedly made by Mr. Jenkins in some video

12  exhibits.  That testimony was furnished for your convenience

13  and guidance as you listen to the recording to clarify

14  portions of the recording that are difficult to hear and

15  help you identify speakers.  The video recording, however,

16  is the evidence in the case; Agent Avila's testimony about

17  the statements is not.  If you notice any difference between

18  Agent Avila's testimony and the recording, you must rely on

19  the recording and not her testimony.  In addition, if you

20  cannot determine from the recording that particular words

21  were spoken, you must disregard Agent Avila's testimony as

22  far as those words are concerned.

23      You also heard testimony from Agent Avila about

24  certain features of video recordings, such as identifiable

25  persons, that she used to sync the timing of those

1    recordings.  Ultimately, it is up to you whether to accept

2    that testimony and to determine what weight, if any, it

3    deserves.

4            Every defendant in a criminal case has an absolute

5    right not to testify.  Mr. Jenkins has chosen to exercise

6    this right.  You must not hold this decision against him,

7    and it would be improper for you to speculate as to reason

8    or reasons for his decision.  You must not assume the

9    defendant is guilty because he chose not to testify.

10           During the course of this trial, some exhibits

11   were admitted in evidence.  Sometimes only parts of an

12   exhibit that are relevant to your deliberations were

13   admitted.  Where this has occurred, the irrelevant parts of

14   the exhibit were blacked out or otherwise removed, or a

15   video may have been played without audio.  There are a

16   variety of reasons why only a portion of an exhibit is

17   admitted, including that the other portions are inadmissible

18   or implicate an individual's privacy.  As you examine the

19   exhibits and you see where there appear to be omissions, you

20   should consider only the portions that were admitted.  You

21   should not guess as to what has been taken out, and you

22   should not hold it against any party.  You are to decide the

23   facts only from the evidence that is before you.

24           During the course of trial, you heard evidence

25   that law enforcement officers, as part of their

1    investigation, sought and obtained search and arrest

2    warrants.  You may not infer from the fact that those

3    warrants were court ordered that the defendant committed any

4    of the offenses charged.  That information was provided to

5    you solely for the purpose of informing you how the

6    government obtained certain evidence introduced in this

7    case, and that the government's obtaining and use of this

8    evidence was lawful.

9              Someone's intent or knowledge ordinarily cannot be

10   proved directly, because there's no way of knowing what a

11   person is actually thinking, but you may infer someone's

12   intent or knowledge from the surrounding circumstances.  You

13   may consider any statement made or acts done or omitted by

14   the defendant, and all other facts and circumstances

15   received in evidence which indicate his intent or knowledge.

16             You may infer, but are not required to infer, that

17   a person intends the natural and probable consequence of

18   acts they intentionally did or did not do.  It is entirely

19   up to you, however, to decide what facts to find from the

20   evidence received during this trial.  You should consider

21   all the circumstances in evidence that you think are

22   relevant to determining whether the government has proved

23   beyond a reasonable doubt that the defendant acted with the

24   necessary state of mind.

25             All right.  With these preliminary instructions in

1   mind, I am now going to turn to the charges against the

2   defendant as contained in the indictment.

3          Count 1 of the indictment charges Shane Jenkins

4   with committing or attempting to commit an act to obstruct,

5   impede, or interfere with law enforcement officers lawfully

6   carrying out their official duties incident to a civil

7   disorder, which is a violation of federal law.

8          In order to find the defendant guilty of this

9   offense, you must find the following elements beyond a

10  reasonable doubt:

11         First, the defendant knowingly committed an act or

12  attempted to commit an act with the intended purpose of

13  obstructing, impeding, or interfering with one or more law

14  enforcement officers.

15         Second, at the time of the defendant's actual or

16  attempted act, the law enforcement officer or officers were

17  engaged in the lawful performance of their official duties

18  incident to and during a civil disorder.

19         Third, the civil disorder in any way or degree

20  obstructed, delayed, or adversely affected either commerce

21  or the movement of any article or commodity in commerce or

22  the conduct or performance of any federally protected

23  function.

24         The following definitions are applicable here.

25         A person acts "knowingly" if he realizes that he

1   is doing -- what he is doing and is aware of the nature of

2   his conduct and does not act through ignorance, mistake, or

3   accident.  In deciding whether the defendant acted

4   knowingly, you may consider all the evidence, including what

5   the defendant did or said.

6         The term "civil disorder" means any public

7   disturbance involving acts of violence by groups of three or

8   more persons, which, A, causes an immediate danger of injury

9   to another individual, B, causes an immediate danger of

10  damage to another individual's property, C, results in

11  injury to another individual, or, D, results in damage to

12  another individual's property.

13        The term "commerce" means commerce or travel

14  between one state, including the District of Columbia, and

15  any other state, including the District of Columbia.  It

16  also means Congress wholly within the District of Columbia.

17        The term "federally protected function" means any

18  function, operation, or action carried out, under the laws

19  of the United States, by any department, agency, or

20  instrumentality of the United States or by any officer or

21  employee thereof.

22        The term "department" includes executive

23  departments.  The Department of Homeland Security, which

24  includes the United States Secret Service, is an executive

25  department.

1           The term "agency" includes any department,

2   independent establishment, commission, administration,

3   authority, board, or bureau of the United States.

4           The term "law enforcement officer" means any

5   officer or employee of the United States or the

6   District of Columbia while engaged in the enforcement or

7   prosecution of any criminal laws of the United States or the

8   District of Columbia.

9           For the U.S. Capitol police and Metropolitan

10  Police Department on January 6th of 2021, the term "official

11  duties" means policing the U.S. Capitol Building and

12  Grounds, and enforcing federal law and D.C. law in those

13  areas.

14          In Count 1, the defendant is also charged with

15  attempt to commit the crime of obstructing officers during a

16  civil disorder.

17          An attempt to obstruct officers during a civil

18  disorder is a federal crime even if the defendant did not

19  actually complete the crime of obstructing officers during a

20  civil disorder.

21          In order to find a defendant guilty of attempt to

22  commit the crime of obstructing officers during a civil

23  disorder, you must find the government proved beyond a

24  reasonable doubt each of the following elements:

25          First, that the defendant intended to commit the

1    crime of obstructing officers during an official disorder,

2    as I have defined that offense above.

3            Second, that the defendant took a substantial step

4    toward committing obstructing officers during a civil

5    disorder, which strongly corroborates or confirms that the

6    defendant intended to commit that crime.

7            With respect to the first element of attempt, you

8    may not find the defendant guilty of attempting to obstruct

9    officers during a civil disorder merely because he thought

10   about it.  Nor may you find the defendant guilty of

11   attempting to obstruct officers during a civil disorder

12   merely because the defendant was aware of the civil

13   disorder.  You must find that the defendant proved beyond a

14   reasonable doubt -- excuse me.  You must find that the

15   evidence proved beyond a reasonable doubt that the

16   defendant's mental state passed beyond the stage of thinking

17   about the crime to actually intending to commit it.

18           With respect to the substantial step element, you

19   may not find the defendant guilty of attempting to obstruct

20   officers during a civil disorder merely because he made some

21   plans to or some preparation for committing that crime.

22   Instead, you must find that the defendant took some firm,

23   clear, undeniable action to accomplish his intent to

24   obstruct officers during a civil disorder.  However, the

25   substantial step element does not require the government to

1   prove that the defendant did everything except the last

2   necessary step to complete the crime.

3           Count 2 of the indictment charges Shane Jenkins

4   with corruptly obstructing an official proceeding, which is

5   a violation of law.  Count 2 also charges Mr. Jenkins with

6   attempt to obstruct or impede an official proceeding and

7   aiding and abetting others to commit that offense.  I will

8   first explain the elements of the substantive offense, along

9   with its associated definitions.  Then I will explain how to

10  determine whether the defendant attempted the offense or

11  whether the defendant aided and abetted the offense.

12          In order to find the defendant guilty of this

13  offense, you must find that the government proved each of

14  the following elements beyond a reasonable doubt:

15          First, the defendant did obstruct or impede an

16  official proceeding.

17          Second, that the defendant acted with the intent

18  to obstruct or impede the official proceeding.

19          Third, that the defendant acted knowingly, with

20  awareness that the natural and probable effect of his

21  conduct would be to impede or instruct -- or obstruct an

22  official proceeding.

23          And fourth, that the defendant acted corruptly.

24          The term "official proceeding" includes a

25  proceeding before Congress.  The official proceeding need

1    not be pending at the time of the offense.  If the official

2    proceeding was not pending at the time of the offense, the

3    government must prove beyond a reasonable doubt that the

4    official proceeding was reasonably foreseeable to the

5    defendant.

6            For purposes of Count 2, the indictment alleges

7    that the "official proceeding" is Congress's joint session

8    to certify the Electoral College vote, as set out in the

9    12th Amendment of the Constitution of the United States and

10   3 United States Code 15 through 18.

11           The term "knowingly" has the same meaning I gave

12   you previously.

13           To act "corruptly," the defendant must use

14   unlawful means or act with an unlawful purpose or both.  The

15   defendant must also act with "consciousness of wrongdoing."

16   "Consciousness of wrongdoing" means with an understanding or

17   awareness that what the person is doing is wrong.

18           Not all attempts to obstruct or impede an official

19   proceeding involve acting corruptly.  For example, a witness

20   in a court proceeding may refuse to testify by invoking his

21   constitutional privilege against self-incrimination, thereby

22   obstructing or impeding the proceeding, but he does not act

23   corruptly.  In contrast, an individual who obstructs or

24   impedes a court proceeding by bribing a witness to refuse to

25   testify in that proceeding, or by engaging in other

1    independently unlawful conduct, does act corruptly.

2            In Count 2, the defendant is also charged with

3    attempt to commit the crime of obstruction of an official

4    proceeding.  An attempt to commit obstruction of an official

5    proceeding is a crime even if the defendant did not actually

6    complete the crime of obstruction of an official proceeding.

7            In order to find the defendant guilty of attempt

8    to commit obstruction of an official proceeding, you must

9    find that the government proved beyond a reasonable doubt

10   each of the following two elements:

11           First, that the defendant intended to commit the

12   crime of obstruction of an official proceeding, as I have

13   defined that offense above.

14           Second, that the defendant took a substantial step

15   toward committing obstruction of an official proceeding and

16   strongly corroborates or confirms that the defendant

17   intended to commit that crime.

18           With respect to the first element of attempt, you

19   may not find Mr. Jenkins guilty of attempt to commit

20   obstruction of an official proceeding merely because he

21   thought about it.  You must find that that government has

22   proven beyond a reasonable doubt that the defendant's mental

23   state passed beyond the stage of thinking about the crime to

24   actually intending to commit it.

25           With respect to the substantial step element, you

1    may not find Shane Jenkins guilty of attempt to commit

2    obstruction of an official proceeding merely because he made

3    some plans or some preparation for committing that crime.

4    Instead, you must find that the defendant took some firm,

5    clear, undeniable action to accomplish his intent to commit

6    obstruction of an official proceeding.  However, the

7    substantial step element does not require the government to

8    prove that the defendant did everything except the last act

9    necessary to complete the crime.

10           In this case, the government further alleges that

11   Shane Jenkins aided and betted others in committing

12   obstruction of an official proceeding as charged in Count 2.

13   A person may be guilty of an offense if he aided and abetted

14   another person in committing the offense.  It is sufficient

15   if you find beyond a reasonable doubt that the crime was

16   committed by someone and that the defendant knowingly and

17   intentionally aided and abetted that person in committing

18   the crime.

19           In order to find the defendant guilty of

20   obstruction of an official proceeding because he aided and

21   abetted others in committing this offense, you must find

22   that the government proved beyond a reasonable doubt the

23   following five requirements:

24           First, that others committed obstruction of an

25   official proceeding by committing each of the elements of

1   the offense charged, as I have explained above.

2          Second, that the defendant knew that obstruction

3   of an official proceeding was going to be committed or was

4   being committed by others.

5          Third, that the defendant performed an act or acts

6   in furtherance of the offense.

7          Fourth, that the defendant knowingly performed

8   that act or acts for the purpose of aiding, assisting,

9   soliciting, facilitating, or encouraging others in

10  committing the offense of obstruction of an official

11  proceeding.

12         Fifth, that the defendant did that act or acts

13  with the intent that others commit the offense of

14  obstruction of an official proceeding.

15         To show that Mr. Jenkins performed an act or acts

16  in furtherance of the offense charged, the government needs

17  to show some affirmative participation by Mr. Jenkins which

18  at least encouraged others to commit the offense.  That is,

19  you must find that Shane Jenkins' act or acts did, in some

20  way, aid, assist, facilitate, or encourage others to commit

21  the offense.  Shane Jenkins' act or acts need not further

22  aid, assist, facilitate, or encourage every part or phase of

23  the offense charged; it is enough if the defendant's act or

24  acts further aid, assist, facilitate, or encourage only one

25  or some parts or phases of the offense.  Also, Mr. Jenkins'

1    acts need not themselves be against the law.

2         In deciding whether Mr. Jenkins had the required

3    knowledge and intent to satisfy the fourth requirement for

4    aiding and abetting, you may consider both direct and

5    circumstantial evidence, including his words and actions and

6    other facts and circumstances.  However, evidence that

7    Mr. Jenkins merely associated with persons involved in a

8    criminal venture or was merely present or was merely a

9    knowing spectator during the commission of the offense is

10   not enough for you to find him guilty as an aider and

11   abettor.  If the evidence shows that the defendant knew that

12   the offense was being committed or was about to be committed

13   but does not also prove beyond a reasonable doubt that it

14   was the defendant's intent and purpose to aid, assist,

15   encourage, facilitate, or otherwise associate himself with

16   the offense, you may not find Mr. Jenkins guilty of the

17   obstruction of an official proceeding as an aider or

18   abettor.  The government must prove beyond a reasonable

19   doubt that the defendant in some way participated in the

20   offense committed by others as something the defendant

21   wished to bring about and to make succeed.

22        Mr. Jenkins may be found guilty of the offense

23   charged in Count 2 if he obstructed an official proceeding,

24   attempted to obstruct an official proceeding, or aided and

25   abetted the obstruction of an official proceeding.  Each of

1    these three ways of committing the offense is described in

2    the instructions I have just given you.  You are not

3    required to consider the ways of committing this offense in

4    any particular order.  If you find beyond a reasonable doubt

5    that the defendant committed the offense of obstruction of

6    an official proceeding in any one of these three ways, you

7    should find the defendant guilty of Count 2 and you need not

8    consider whether the defendant committed the offense of

9    obstruction of an official proceeding in the other two ways.

10            Count 3 of the indictment charges Mr. Jenkins with

11   forcibly assaulting, resisting, opposing, impeding

12   intimidating, or interfering with an officer of the

13   United States who was then engaged in the performance of his

14   official duties, which is a violation of federal law.

15   Count 3 additionally charges that Mr. Jenkins, in the

16   commission of such acts, used a deadly or dangerous weapon

17   and made contact with the person, and acted with the intent

18   to commit another felony.

19            I'm going to instruct you on these charges and

20   explain the various elements that you must consider.  I will

21   also instruct you on the lesser offense of assaulting,

22   resisting, imposing, impeding, intimidating, or interfering

23   with any person assisting officers of the United States who

24   are engaged in the performance of their official duties, and

25   while making physical contact with the person or acting with

1   the intent to commit another felony.  After I give you the

2   elements of these crimes, I will tell you in what order you

3   should consider them.

4        In order to find a defendant guilty of forcibly

5   assaulting, resisting, imposing, impeding, intimidating, or

6   interfering with an officer of the United States who was

7   then engaged in the performance of his official duties while

8   using a dangerous or deadly weapon, you must find the

9   following elements beyond a reasonable doubt:

10        First, the defendant assaulted, resisted, opposed,

11   impeded, intimidated, or interfered with an officer from the

12   Metropolitan Police Department.

13        Second, the defendant did such acts forcibly.

14        Third, the defendant did such acts voluntarily and

15   intentionally.

16        Fourth, the person assaulted, resisted, opposed,

17   impeded, intimidated, or interfered with was an officer of

18   the United States who was then engaged in the performance of

19   his official duties.

20        Fifth, in doing such acts, the defendant used a

21   deadly or dangerous weapon and used the weapon

22   intentionally.

23        With respect to this fifth element, use of a

24   deadly or dangerous weapon, the indictment alleges the

25   deadly or dangerous weapon to be a flagpole, a desk drawer,

1    and stick-like objects.  In order to convict Mr. Jenkins of

2    this offense, you must be unanimous that at least one of

3    these objects constitutes a deadly or dangerous weapon.  The

4    term "deadly or dangerous weapon" is defined below.

5            In order to find Mr. Jenkins guilty of forcibly

6    assaulting, resisting, opposing, impeding, intimidating, or

7    interfering with an officer of the United States who was

8    then engaged in the performance of his official duties while

9    making physical contact with the person or acting with the

10   intent to commit another felony, you must find the following

11   elements beyond a reasonable doubt.

12           First, the defendant assaulted, resisted, opposed,

13   impeded, intimidated, or interfered with an officer from the

14   Metropolitan Police Department.

15           Second, the defendant did such acts forcibly.

16           Third, the defendant did such acts voluntarily and

17   intentionally.

18           Fourth, the person assaulted, resisted, opposed,

19   impeded, intimidated, or interfered with was an officer of

20   the United States who was then engaged in the performance of

21   his official duties.

22           Fifth, the defendant made physical contact with

23   and assaulted a person who was an officer of the

24   United States who was then engaged in the performance of his

25   official duties, or acted with the intent to commit another

1    felony.  For purposes of this element, "another felony"

2    refers to either of the offenses charged in Count 1 or 2.

3              Now I'm going to instruct you as to the order in

4    which you should consider the above offenses.  You should

5    consider first whether the defendant is guilty of

6    assaulting, resisting, imposing, impeding, intimidating, or

7    interfering with an officer of the United States who was

8    then engaged in the performance of his official duties while

9    using a deadly or dangerous weapon.  If you find the

10   defendant guilty, do not go on to the other charge.  If you

11   find the defendant not guilty, go on to consider assaulting,

12   resisting, opposing, impeding, intimidating, or interfering

13   with an officer of the United States who was then engaged in

14   the performance of his official duties, while making

15   physical contact with the person or acting with the intent

16   to commit another felony.  And if, after making all

17   reasonable efforts to reach a verdict on the charge that

18   includes carrying a dangerous or deadly weapon you are not

19   able to do so, you are allowed to consider the lesser

20   offense.

21             This order will be reflected in the verdict form

22   that I will be giving you.

23             The following definitions apply to this offense or

24   this count:

25             A person acts "forcibly" if he uses force,

1    attempts to use force, or threatens to use force against the

2    officer.  A threat to use force at some unspecified time in

3    the future is not sufficient to establish that a defendant

4    acted forcibly.

5         The term "assault" means any intentional attempt

6    or threat to inflict injury upon someone else when coupled

7    with an apparent present ability to do so.  A finding that

8    one used force or attempted or threatened to use it isn't

9    the same as finding that he attempted or threatened to

10   inflict injury.  In order to find that the defendant

11   committed an assault, you must find beyond a reasonable

12   doubt that the defendant acted forcibly and that the

13   defendant intended to inflict or intended to threaten

14   injury.

15        The terms "resist," "oppose," "impede,"

16   "intimidate" and "interfere with" carry their everyday,

17   ordinary meanings.

18        You are instructed that it was part of the

19   official duty of a Metropolitan Police Department officer to

20   assist federal officers in protecting the U.S. Capitol

21   complex on January 6th, 2021, and detaining individuals who

22   lacked authorization to enter the restricted area around the

23   complex.  It is not necessary to show that the defendant

24   knew the person being forcibly assaulted, resisted, opposed,

25   impeded, intimidated, or interfered with was, at that time,

1    assisting federal officers in carrying out an official duty

2    so long as it is established beyond a reasonable doubt the

3    victim was, in fact, assisting a federal officer acting in

4    the course of his duty and that the defendant intentionally

5    forcibly assaulted, resisted, imposed, intimidated, or

6    interfered with that officer.

7          An object may be considered a deadly or dangerous

8    weapon for one of two reasons.  First, an object is a deadly

9    or dangerous weapon if it is inherently or obviously

10   dangerous or deadly.  Such dangerous weapons include guns.

11   Second, if the object is not inherently or obviously

12   dangerous or deadly, an object is a deadly or dangerous

13   weapon if the object is capable of causing serious bodily

14   injury or death to another person and the defendant used it

15   in that manner.

16         Whether the objects specified in the indictment

17   are deadly or dangerous weapons depends on the facts of the

18   case.  Objects that have perfectly peaceful purposes may be

19   turned into dangerous weapons when used in a manner capable

20   of causing serious bodily injury or death.  In determining

21   whether the object is a "deadly or dangerous weapon," you

22   may consider both the physical capabilities of the object

23   used and the manner in which the object is actually used.

24         Although the government is required to prove

25   beyond a reasonable doubt that the defendant intentionally

1    used the object, that is, the defendant did not use it by

2    mistake or accident, it is not required to prove that the

3    defendant intended to use that object as a weapon.

4         The term "serious bodily injury" means bodily

5    injury which involves a substantial risk of death; extreme

6    physical pain; protracted and obvious disfigurement; or

7    protracted loss or impairment of the function of a bodily

8    member, organ, or mental faculty.

9         Count 4 of the indictment charges Shane Jenkins

10   with destruction of U.S. Government property, that is, a

11   window, which is a violation of federal law.

12        In order to find the defendant guilty of injuring,

13   damaging, or destroying property of the United States, you

14   must find the government proved each of the following four

15   elements beyond a reasonable doubt:

16        First, that the defendant injured, damaged, or

17   destroyed property, that is, a window.

18        Second, that the defendant did so willfully.

19        Third, that the property involved was property of

20   the United States, or any department or agency thereof.

21        And fourth, that the damage or attempted damage to

22   the property in question exceeded the sum of $1,000.

23        The term "department" means one of the departments

24   of the executive branch; for example, the Department of

25   Homeland Security, or the legislative branch; in other

1    words, Congress.  The term "agency" includes any department,

2    independent establishment, commission, administration,

3    authority, board or bureau of the United States or any

4    corporation in which the United States has a proprietary

5    interest.

6         A defendant acts "willfully" if the defendant

7    acted with a bad purpose or knowledge that the defendant's

8    conduct was unlawful.  While the government must prove --

9    must show that a defendant knew that the conduct was

10   unlawful, the government does not need to prove that the

11   defendant was aware of the specific law that the defendant's

12   conduct violated.

13        The government also does not need to prove that

14   the defendant knew that the property belonged to the

15   United States.  You must decide whether the value of the

16   property damage was $1,000 or more.  Value means fair market

17   value at the time when and the place where the property was

18   allegedly damaged or destroyed.  The fair market value of

19   the damaged or destroyed property is measured by the cost of

20   repairing or the cost of replacing the property, whichever

21   is less.  Do not speculate or guess as at the value of the

22   property.  Base your determination only on the evidence.

23        Count 5 of the indictment charges Defendant Shane

24   Jenkins with entering or remaining in a restricted building

25   or grounds while using or carrying a deadly or dangerous

1    weapon, which is a violation of federal law.  I will also

2    instruct you on the lesser-included offense of entering or

3    remaining in a restricted building or grounds, which is also

4    a violation of federal law.  After I give you the elements

5    of these crimes, I will tell you in what order you should

6    consider them.

7            In order to find the defendant guilty of this

8    offense, you must find the government proved each of the

9    following elements beyond a reasonable doubt:

10           First, that the defendant entered or remained in a

11   restricted building or grounds without lawful authority to

12   do so.

13           Second, that the defendant knew that the building

14   or grounds was restricted and he knew that he lacked the

15   lawful authority to enter or remain there.

16           Third, that the defendant knowingly used or

17   carried -- used or carried a deadly or dangerous weapon

18   during and in relation to the offense.

19           With respect to the third element, use of a deadly

20   or dangerous weapon, the indictment alleges that deadly or

21   dangerous weapon to be a tomahawk axe, a flagpole, a desk

22   drawer, and stick-like objects.  In order to convict

23   Mr. Jenkins of this offense, you must be unanimous that at

24   least one of these objects constitutes a deadly or dangerous

25   weapon.  The term "deadly or dangerous weapon" has the same

1    definition as in Count 3.

2         In order to find a defendant guilty of the

3    lesser-included offense of entering or remaining in a

4    restricted building or grounds, you must find the following:

5         First, that the defendant entered or remained in a

6    restricted building or grounds without lawful authority to

7    do so.

8         Second, that the defendant knew that the building

9    or grounds was restricted and he knew that he lacked the

10   lawful authority to enter or remain there.

11        As to both the greater and lesser offense, a

12   person who enters or remains in a restricted area with a

13   good-faith belief that he is entering with lawful authority

14   is not guilty of this offense.  Thus, you cannot find the

15   defendant guilty of this count unless you are convinced

16   beyond a reasonable doubt that he did not have a good-faith

17   belief of his lawful authority to enter or remain in the

18   restricted building.

19        Now I'm going to instruct you as to the order in

20   which you should consider the above offenses.  You should

21   consider first whether the defendant is guilty of entering

22   or remaining in a restricted building or grounds while using

23   or carrying a deadly or dangerous weapon.  If you find the

24   defendant guilty of this offense, do not go on to the

25   lesser-included offense.  If you find the defendant not

1    guilty, go on to consider whether he's guilty of entering or

2    remaining in a restricted building or grounds.  And if,

3    after making all reasonable efforts to reach a verdict on

4    the charge that includes carrying a dangerous or deadly

5    weapon, you are not able to do so, you are allowed to

6    consider the other entering or remaining charge.

7            This order will be reflected in the verdict form

8    that I will be giving you.

9            The following definitions apply for this

10   offense -- for this count.

11           The term "restricted building or grounds" means

12   any posted, cordoned off, or otherwise restricted area of a

13   building or grounds or a person protected by the Secret

14   Service is or will be temporarily visiting.

15           The term "person protected by the Secret Service"

16   includes the Vice President and the immediate family of the

17   Vice President.

18           The term "knowingly" has the same meaning I gave

19   you previously.

20           The term "deadly or dangerous weapon" has the same

21   meaning as in Count 3.

22           Count 6 of the indictment charges the defendant

23   with disorderly or disruptive conduct in a restricted

24   building or grounds while using or carrying a deadly or

25   dangerous weapon, which is a violation of federal law.

1    I will also instruct you on the lesser-included offense of

2    disorderly and disruptive conduct in a restricted building

3    or grounds, which is also a violation of federal law.  After

4    I give you the elements of these crimes, I will tell you in

5    what order you should consider them.

6            In order to find the defendant guilty of this

7    offense, you must find that the government proved each of

8    the following elements beyond a reasonable doubt:

9            First, that the defendant engaged in disorderly or

10   disruptive conduct in, or in proximity to, any restricted

11   building or grounds.

12           Second, the defendant did so knowingly and with

13   the intent to impede or disrupt the orderly conduct of

14   government business or official functions.

15           Third, the defendant's conduct in fact impeded or

16   disrupted orderly conduct of government business or official

17   functions.

18           Fourth, the defendant used or carried a deadly or

19   dangerous weapon during and in relation to the offense.

20           With respect to the fourth element, use of a

21   deadly or dangerous weapon, the indictment alleges the

22   deadly or dangerous weapon to be a tomahawk axe, a flagpole,

23   a desk drawer, and stick-like objects.  In order to convict

24   Mr. Jenkins of this offense, you must be unanimous that at

25   least one of these objects constitutes a deadly or dangerous

1    weapon.  The term "deadly or dangerous weapon" has the same

2    definition as in Count 3.

3              In order to find a defendant or the defendant

4    guilty of the lesser-included offense of disorderly and

5    disruptive conduct in a restricted building or grounds, you

6    must find the following:

7              First, the defendant engaged in disorderly or

8    disruptive conduct in, or in proximity to, any restricted

9    building or grounds.

10             Second, the defendant did so knowingly and with

11   the intent to impede or disrupt the orderly conduct of

12   government business or official functions.

13             Third, the defendant's conduct occurred when or so

14   that his conduct in fact impeded or disrupted the orderly

15   conduct of government business or official functions.

16             Now I'm going to instruct you as to the order in

17   which you should consider the above offenses.  You should

18   consider first whether the defendant is guilty of disorderly

19   and disruptive conduct in a restricted building or grounds

20   while using or carrying a deadly or dangerous weapon.  If

21   you find the defendant guilty of this offense, do not go on

22   to the lesser-included offense.  If you find the defendant

23   not guilty, go on to consider whether he is guilty of

24   disorderly and disruptive conduct in a restricted building

25   or grounds.  And if, after making all reasonable efforts to

1   reach a verdict on the charge that includes carrying a

2   deadly or dangerous weapon you are not able to do so, you

3   are allowed to consider the other entering or remaining

4   charge.

5           This order will be reflected in the verdict form

6   I am giving you.

7           Let me just re-read something.

8           If, after making all reasonable efforts to reach a

9   verdict on the charge that includes carrying a dangerous or

10  deadly weapon you are not able to do so, you're allowed to

11  consider the other disorderly or disruptive conduct charge.

12          This order will be reflected in the verdict form

13  that I will be giving you.

14          "Disorderly conduct" occurs when a person acts in

15  such a manner as to cause another person to be in reasonable

16  fear that a person or property in the person's -- or in a

17  person's immediate possession is likely to be harmed or

18  taken unless -- let me start over.

19          "Disorderly conduct" occurs when a person acts in

20  such a manner as to cause another person to be in reasonable

21  fear that a person or property in a person's immediate

22  possession is likely to be harmed or taken, uses words

23  likely to produce violence on the part of others, is

24  unreasonably loud and disruptive under the circumstances, or

25  interferes with another person by jostling against or

1    unnecessarily crowding that person.

2         "Disruptive conduct" is a disturbance that

3    interrupts an event, activity, or the normal course of a

4    process.

5         The term "restricted building or grounds," "person

6    protected by the Secret Service," and "knowingly" have the

7    same meanings as I gave you previously.  The term "deadly or

8    dangerous weapon" has the same meaning I gave you in

9    Count 3.

10        Count 7 of the indictment charges the defendant

11   with engaging in an act of physical violence in a restricted

12   building or grounds while using or carrying a deadly or

13   dangerous weapon, which is a violation of federal law.

14   I will also instruct you on the lesser-included offense of

15   engaging in physical violence in a restricted building or

16   grounds, which is also a violation of federal law.  After I

17   give you the elements of these crimes, I will tell you in

18   what order you should consider them.

19        In order to find a defendant guilty of this

20   offense, you must find the following elements beyond a

21   reasonable doubt:

22        First, the defendant engaged in an act of physical

23   violence against a person or property in, or in proximity

24   to, a restricted building or grounds.

25        Second, the defendant did so knowingly.

1       Third, the defendant used or carried a deadly or

2   dangerous weapon during and in relation to the offense.

3       With respect to the third element, use of a deadly

4   or dangerous weapon, the indictment alleges the deadly or

5   dangerous weapon to be a tomahawk axe, a flagpole, a desk

6   drawer, and stick-like objects.  In order to convict

7   Mr. Jenkins of this offense, you must be unanimous that at

8   least one of these objects constitutes a deadly or dangerous

9   weapon.  The term "deadly or dangerous weapon" has the same

10  definition as in Count 3.

11      In order to find a defendant guilty of the

12  lesser-included offense of engaging in physical violence in

13  a restricted building or grounds, you must find the

14  following:

15      First, the defendant engaged in an act of physical

16  violence against a person or property in, or in proximity

17  to, a restricted building or grounds.

18      And, second, the defendant did so knowingly.

19      Now I'm going to instruct you as to the order in

20  which you should consider the above offenses.  You should

21  consider first whether the defendant is guilty of engaging

22  in physical violence in a restricted building or grounds

23  while using or carrying a deadly or dangerous weapon.  If

24  you find the defendant guilty of this offense, do not go on

25  to the lesser-included offense.  If you find the defendant

1  not guilty, go on to consider whether he is guilty of

2  engaging in physical violence in a restricted building or

3  grounds.  And if, after making all reasonable efforts to

4  reach a verdict on the charge that includes carrying a

5  dangerous weapon and you are not able to do so, you are

6  allowed to consider the other engaging in physical violence

7  charge.  Sorry about that.

8           This order will be reflected in the verdict form

9  that I will be giving you.

10          The term "act of physical violence" means any act

11  involving an assault or other -- infliction or threat of --

12  or of infliction of death or bodily harm on an individual or

13  damage to or destruction of real or personal property.

14          The term "restricted building or grounds" and

15  "knowingly" have the same meanings I gave you previously.

16  The term "deadly or dangerous weapon" has the meaning that I

17  gave you for Count 3.

18          Count 8 of the indictment charges the defendant

19  with disorderly and disruptive conduct in the United States

20  Capitol Grounds or any of the Capitol Buildings, which is a

21  violation of federal law.

22          In order to find the defendant guilty of this

23  offense, you must find that the government proved each of

24  the following elements beyond a reasonable doubt.

25          First, that the defendant engaged in disorderly or

1    disruptive conduct in any of the United States Capitol

2    buildings or grounds.

3        Second, that the defendant did so with the intent

4    to impede, disrupt, or disturb the orderly conduct of a

5    session of Congress or either House of Congress.

6        And, third, that the defendant acted willfully and

7    knowingly.

8        The term "United States Capitol Grounds" means all

9    squares, reservations, streets, roadways, walks, and other

10   areas as defined on a map titled "Map showing areas

11   comprising United States Capitol Grounds," dated June the

12   25th of 1946, approved by the Architect of the Capitol and

13   recorded in the Office of the Surveyor of the District of

14   Columbia in book 127, page 8.  You are instructed that the

15   West Terrace, including the Lower West Terrace, is part of

16   the United States Capitol Grounds.

17       The term "disorderly" or "disruptive conduct" has

18   the same meaning described in Count 7.

19       A person acts "willfully" if he acts with the

20   intent to do something that the law forbids, that is, to

21   disobey or disregard the law.  "Willfully" does not,

22   however, require proof that the defendant be aware of the

23   specific law or rule that his conduct may be violating.

24       The term "knowingly" has the same meaning I gave

25   you previously.

1    All right.  We're almost at the end.

2    Count 9 of the indictment charges the defendant

3    with engaging in physical violence in the United States

4    Capitol Grounds or any of the Capitol Buildings, which is a

5    violation of federal law.

6    In order to find a defendant guilty of this

7    offense, you must find that the government proved each of

8    the following elements beyond a reasonable doubt:

9    First, that the defendant engaged in an act of

10   physical violence in the United States Capitol Grounds or

11   any of the Capitol Buildings.

12   Second, that the defendant acted willfully and

13   knowingly.

14   The term "act of physical violence" has the same

15   meaning as the term in Count 8.

16   The terms "United States Capitol Grounds,"

17   "willfully," and "knowingly" have the same meanings

18   described in the instructions above.

19   Finally, a defendant's bona fide belief that he is

20   permitted to be in a location, even one that is in fact

21   restricted, is a defense to the following charges:  One,

22   entering or remaining in a restricted building or grounds

23   with a deadly or dangerous weapon, that is, Count 5;

24   disorderly or disruptive conduct in a restricted building or

25   grounds with a deadly or dangerous weapon, that is, Count 6;

1   engaging in physical violence in a restricted building or

2   grounds with a deadly or dangerous weapon, that is Count 7;

3   and the lesser-included offenses in Counts 5, 6, and 7.

4           Okay.  With that, those are my instructions to

5   you.  We will now turn to the government and its closing

6   argument.

7           MR. PERRI:  Good afternoon.

8           We have so few opportunities to talk to you

9   directly, so we look forward to closing arguments.

10          And this is the part of the case, the part that's

11  called closing argument, where we kind of lay everything out

12  on the table so that you can see how things fit together and

13  you can see how the evidence serves to establish the

14  elements of the offenses.

15          And elements, they're like building blocks of

16  charges.  You've heard that word over and over and over

17  again.  That's what it is.  They're like building blocks of

18  charges.

19          And I'm going to go over those charges with you.

20  I'm going to go over the elements with you, and hopefully

21  that will be helpful.

22          But right now, let's just take a moment and

23  consider what happened here.  What happened in this case?

24  What picture has taken shape through all the evidence and

25  the testimony and the video?

1    Well, what you have is an individual who bought

2  into the lies about election fraud hook, line, and sinker.

3    And he was angry.

4    In his mind, the November election wasn't a done

5  deal.  It wasn't.

6    He figured that if the certification procedure

7  could be disrupted, there was hope.  That's what he thought.

8  That's what he was banking on, that's what he was counting

9  on, that's what he was preparing for.  If it could be

10 somehow stopped or derailed, there was hope.

11    So he planned to go to Washington, D.C.  He

12 prepared, he talked about it online, he talked about it on

13 social media.  He planned to go there in person.  He planned

14 to use force to disrupt that proceeding and make sure that

15 certification did not happen.

16    He was angry and he was ready to riot.

17    He was going to participate in the second 1776.

18 Think about that.  It was on his shirt, the second 1776, to

19 take back the people's house for the people.

20    He was going to crack some eggs.  Crack some eggs,

21 because, hey, that's the only way you can make an omelet.

22 We don't say, oh, boy, poor eggs.  We don't say that.

23    But you can't go into a situation like that, so he

24 thought, a situation as he contemplated it was going to be,

25 a wild situation, with only our fists.

1    So what did he do?  He brought a metal tomahawk

2    with him.  And, please, when you're considering the

3    evidence, check that out, hold it in your hands, feel the

4    heft of it, the weight of it.  Check out the point on one

5    end, check out the blade on the other.

6         This, ladies and gentlemen, is what he thought

7    would be necessary.  What does that tell you about his state

8    of mind?  This is what he thought would be necessary.

9         And he put it to good use, didn't he?  But he got

10   interrupted.  He had to get down from the ledge, wasn't

11   happy about that.  Argued with some of the other rioters.

12        But while he was on that ledge, you see him gazing

13   out.  What's he looking at?  He's looking at what's going on

14   at the entrance to the Lower West Terrace tunnel.

15        He wanted to be part of that effort.  And sure

16   enough a minute or two later, there he is, he's right in the

17   midst of it.

18        That's where he went.  He tried to get in there.

19   He did his utmost best.  And when the officers would not let

20   him and others pass, he got violent.  He took out his

21   frustration on them.

22        He was determined to get in.  He assaulted them

23   with whatever he could find.  You see him rooting on the

24   ground.  Whatever he could get his hands on to throw, that's

25   what he threw, including, amazingly, a desk drawer, a desk

1  drawer.

2        Why?  Because they were doing their job.  They

3  were in between him and where he wanted to go.  They were

4  blocking his access to the members of Congress and the

5  Houses where they to their work, where that official

6  proceeding was happening.  They were blocking his route.

7        And in the process, he got hit over the head, so

8  he says.  He got pepper sprayed and tear gassed.  He

9  participated in one of the worst days in American history.

10  And what did he think of it?  He loved it.  It was glorious.

11        So I do want to go through the charges with you.

12  And if we could have -- I'm sorry, I do have the controller,

13  don't I.

14        Okay.  As you probably already noticed, there are

15  similarities among these charges.  There's overlap.  There

16  are common elements.  There are the same terms being used

17  over and over again.  Some of the same definitions that

18  applied to one charge also apply in the context of another

19  charge.  It's not your imagination.  That is, in fact,

20  correct.  And if you keep that in mind, that's going to be

21  helpful to you as you go through this process.

22        Official proceeding, let's start with that,

23  because that was what our first witness, Lieutenant McCree,

24  testified about.  Very clear, that's the joint session for

25  the certification of the electoral vote.

1    And yes, that is a big deal.  That's why we have

2    these laws, to protect the integrity of these proceedings,

3    because in this instance, the official proceeding was

4    essentially the means by which we have the peaceful

5    transition of power in this country.  It's really important.

6    One administration to the next.  Where does it happen?  The

7    changeover happens at that certification proceeding.

8    "Knowingly," another word that you saw or probably

9    noticed all through the instructions, okay?  "Knowingly"

10   just has a lot to do with awareness, awareness of what a

11   person is doing, not sleep walking, not under hypnosis, not

12   unconscious.  In some contexts, it may have had to do with

13   awareness of certain circumstances, okay?

14   And that's something that the law concerns itself

15   with, because, for example, you can be walking down the

16   street and get distracted and run into somebody that you

17   didn't see and they get knocked over and they get hurt.

18   Well, is that an assault?  No, you didn't knowingly hurt

19   that person.  It's not like you ran up to them and tackled

20   them on purpose.  So that's just what "knowingly" is about.

21   It's about awareness, it's about being conscious of what

22   you're doing, okay.

23   Yes, the defendant knew he was in a restricted

24   building or grounds.  We have Lieutenant McCree's testimony.

25   He talked about all the lines of snow fencing, the lines of

1    bike racks, the perimeters.  This perimeter and then that

2    perimeter.  And the signs that were, like, every so many

3    feet on all of this fencing.  The posted officers that are

4    in lines.  The lines of officers trying to hold back the

5    protesters.  Tear gas being deployed by those officers.

6            And lots of circumstantial evidence.  And

7    I'm going to talk a little bit about that.  But you can

8    conclude there is no way that this guy did not know that he

9    was in a place he wasn't allowed to be in.

10           Okay.

11           And, by the way, even if the snow fencing and the

12   bike racks got pushed down, he's in that crowd, it's not

13   like it disappears, he's got to trample over top of it to

14   get across.

15           So you heard in the instructions something called

16   "circumstantial evidence," and I think it's worth just

17   talking a little bit about that.  You heard an example in

18   the instructions.  You heard that there are two types of

19   evidence, direct and circumstantial evidence.

20   Direct evidence, of course, would be like eyewitness

21   testimony or video that shows that it catches a person in

22   the act of a crime, statements, things like that.

23           Circumstantial evidence is a little bit different.

24   It depends on an inference.  It involves drawing an

25   inference from facts or circumstances and then using that

1   inference to reach a conclusion.

2          So the important thing is that circumstantial

3   evidence is just as good as direct evidence, and you can

4   rely on it to reach a conclusion about the defendant's

5   guilt.

6          In that snow example, you didn't actually see the

7   snow falling, right?  But you were able to draw a conclusion

8   based on the fact that there was snow on the ground in the

9   morning.

10          So more precisely stated, the presence of the snow

11  on the ground is circumstantial evidence of the fact that it

12  snowed overnight.

13          And some of you might be thinking, well, duh.  And

14  that's exactly right.  You rely on circumstantial evidence

15  every day to draw conclusions, and it's perfectly

16  acceptable, perfectly good, perfectly strong.

17          And you might have noticed a bit of common sense

18  in that example.  Well, the good news is, you don't have to

19  leave your common sense behind to be a juror.  In fact, it's

20  an important tool.

21          Okay.  So back to talking about the restricted

22  building or grounds.

23          You could conclude that there is no way that this

24  defendant did not know that he wasn't supposed to be on

25  Capitol Grounds; that he wasn't supposed to be on the

1  inaugural stage; that he wasn't supposed to be halfway into

2  the tunnel on the Lower West Terrace; that he wasn't

3  supposed to be standing on the ledge of a window of the

4  United States Capitol Building.  There's no way he didn't

5  know.

6          So here we have some screen captures from the

7  montage video that we showed you during Lieutenant McCree's

8  testimony.  Here you see one of those signs he talked about,

9  a wall, a fence, and then a line of officers behind it.

10  Here you see more fencing in the distance with more signs

11  and more officers.  Here you see bike racks.  Here you see

12  bike racks trampled, being trampled.

13          And we know that he was in that crowd.  Why?

14  Because he took a selfie video at close to 3:00 from the

15  west plaza.

16          (Video played)

17          MR. PERRI:  There he is there.

18          There he is on the ground level.

19          What does he say?  "Let's go baby."

20          Okay.

21          Count 1, obstructing officers during a civil

22  disorder.

23          The elements of that charge are:  The defendant

24  knowingly committed an act with the purpose of

25  obstructing/impeding/interfering with one or more law

1    enforcement officers.

2            So those lines there, those little slashes between

3    those verbs, "obstructing, impeding, interfering," that

4    means that if even one of those verbs applies, that element

5    is established.  Could be more than one, but if just one of

6    those verbs applies, the element is established.

7            At the time of the act, the law enforcement

8    officers were engaged in the lawful performance of their

9    official duties in connection with the civil disorder.  So

10   I've put "civil disorder" in quotation marks, because, as

11   you noticed from the judge's instructions, there are a bunch

12   of terms that have definitions, and this is one of those

13   terms.  In this instance, the civil disorder was what, it

14   was a protest that turned into a riot.

15           Three -- and, of course, the officers, they were

16   trying to protect the Capitol Building and they were trying

17   to keep order.  And the Metropolitan Police Department

18   police officers were assisting the U.S. Capitol police

19   officers in that effort.

20           Three, the civil disorder adversely affected

21   commerce or the conduct of any federally protected function.

22   Again, a defined term, it's in the instructions.

23           Commerce, you may have noticed at one point we

24   entered into evidence some business records for Safeway

25   stores.  And you might have been wondering, what the heck

1  does that have to do with this case?  Well, those records

2  show that the riot adversely impacted the business of

3  Safeway stores.  You're going to see that.

4          So there's two ways that the third element can be

5  established; one is if the civil disorder, the riot,

6  adversely affected commerce, it affected the business of

7  Safeway stores, they had less sales, they weren't able to

8  get their shipments in because the mayor imposed a curfew,

9  stuff like that, all related to the riot.  That's one way.

10         The second way is if the civil disorder affected

11  the conduct of a federally protected function, and you're

12  going to see that in the definitions.

13         Count 2, obstruction of an official proceeding.

14  Look, we know what the official proceeding is.  What are the

15  elements?  The defendant did obstruct or impede an official

16  proceeding.

17         Well, that official proceeding had to go into

18  recess because of what was happening outside.  The members

19  of Congress were in danger.  They had to disrupt the

20  proceeding.  They ended up not even coming back into the

21  Houses until 9:00 at night and then not even finishing the

22  certification process until 3:00-something in the morning.

23         With the intent to obstruct or impede the official

24  proceeding.  He knew what he was doing.

25         Knowingly with awareness that the natural and

 1    probable effect of his conduct would be the obstructing or

 2    impeding of the official proceeding.

 3            You can tell from the Facebook message that this

 4    is what he wanted to do, this is what he knew had to be done

 5    to prevent Joe Biden from becoming President.

 6            And "corruptly" means he knew what he was doing

 7    was wrong.

 8            This is from what we call the black video, where

 9    he's on the ledge and he puts the phone inside of a bag or

10    pocket or something so you don't see anything.

11            (Video played)

12            MR. PERRI:  Okay.

13            You heard him speak.  He said, "We're just trying

14    to get in bro."

15            (Video played)

16            MR. PERRI:  Stop it.

17            Did you hear him there?  He said, "Are we going in

18    or not?"  That's when he got interrupted.

19            Continue.

20            (Video played)

21            MR. PERRI:  What did he say?  "We're going in that

22    effing building one way or another.

23            "We paid for it; it's our effing building."

24            Determination.

25            (Video played)

1    MR. PERRI:  Wrong slide.

2    All right.  Moving on to Count 3, assaulting,

3    resisting, or impeding certain officers using a deadly or

4    dangerous weapon.  This is the assault charge.

5    The elements are that the defendant assaulted,

6    resisted, opposed, impeded, intimidated, or interfered with

7    an officer from the Metropolitan Police Department.

8    Now, again, there are those back slashes, so any

9    one of those verbs will work:  Assaulting, resisting,

10   opposing, impeding, intimidating, interfering with, any one

11   of them works.

12   Do more than one apply in this case?  Of course.

13   Two, forcibly.

14   Voluntarily, and intentionally.

15   Four, the person assaulted revised, opposed,

16   impeded, intimidated, or interfered with was an officer of

17   the United States who was engaged in the performance of his

18   official duties.

19   Five.  And in doing so, the defendant used a

20   deadly or dangerous weapon intentionally.

21   And here we have the list of weapons -- possible

22   weapons for you to consider:  Flagpole, desk drawer,

23   stick-like objects.

24   And there is a special phrase there:  "Deadly or

25   dangerous weapon."

1    There are different ways an object can qualify as

2  a deadly or dangerous weapon.  One is if it's inherently or

3  obviously dangerous or deadly; or, the second way, if it is

4  capable of causing serious bodily injury or death to another

5  person and it was used in that manner; in other words, it

6  was used in such a way that it could cause serious bodily

7  injury or death.

8    So the reason we have the second option is because

9  sometimes otherwise innocent objects, when used in a certain

10  way, can be deadly and dangerous.  And we're going to talk

11  more about that later.

12    So, for Counts 5, 6, and 7, the objects to be

13  considered include the tomahawk axe.  So those counts are

14  just a little bit different because there's one additional

15  item to consider.

16    Count 4, destruction of government property.  The

17  elements of that offense are that the defendant entered,

18  damaged, or destroyed property; that he did so willfully;

19  that the property was property of the United States or any

20  department or agency thereof; and that the damage or

21  attempted damage to the property in question exceeded the

22  sum of $1,000.

23    Where's the proof here?  That was the testimony of

24  Jason McIntyre from the Architect of the Capitol.  He talked

25  about the damage to the window, what it would take to

1    replace it, what was involved in that repair, et cetera.

2          Count 5, entering or remaining in a restricted

3    building or grounds with a deadly or dangerous weapon.

4          The elements of that offense are that the

5    defendant entered or remained, entered or remained.

6          So he's coming in, he's crossing the threshold of

7    where is permitted versus where is not permitted; or

8    remaining.

9          He stayed -- okay, however he got there, he's

10   there and he stayed there.  In a restricted building or

11   grounds without lawful authority to do so.  Knowing the

12   building or grounds were restricted and knowing he didn't

13   have authority to remain or enter there.

14         Third, that he knowingly used or carried a deadly

15   or dangerous weapon during and in relation to the offense.

16         So here we have the additional item which is the

17   tomahawk axe.  He was carrying it.  It was in his backpack.

18         Count 6, disorderly or disruptive conduct in a

19   restricted building or grounds with a deadly or dangerous

20   weapon.

21         The elements of that offense are that the

22   defendant engaged in disorderly or disruptive conduct in or

23   near any restricted building or grounds.

24         Two, knowingly and with the intent to impede or

25   disrupt the orderly conduct of government business or

1    official functions.  And his conduct did, in fact, impede or

2    disrupt the orderly conduct of government businesses or

3    official functions.

4            And, four, he knowingly used or carried a deadly

5    or dangerous weapon during and in relation to the offense.

6            Okay.  Did he engage -- I mean, this is always --

7    it's almost like so obvious, but did he engage in disorderly

8    or disruptive conduct?  Of course he did.  He participated

9    in the riot, he engaged in that violence at the lower West

10   Terrace tunnel.

11           Count 7 says, engaging in physical violence in a

12   restricted building or grounds with a deadly or dangerous

13   weapon.

14           The elements are that the defendant engaged in an

15   act of physical violence.  Well, what's that?  He threw nine

16   different things.  Against a person or property.  He also

17   bashed out that window.  That's an act of violence.

18           In or near a restricted building or grounds.

19           Knowingly.

20           And he used or carried a deadly or dangerous

21   weapon during and in relation to the offense.

22           Count 8, disorderly conduct in a Capitol Building

23   or Grounds.

24           The elements are that the defendant engaged in

25   disorderly or disruptive conduct in any of the United States

1  Capitol Building or Grounds with the intent to impede,

2  disrupt, or disturb the orderly conduct of Congress or

3  either House of Congress.  There you have, the joint

4  session, it was suspended, and last his intention.

5              Willfully and knowingly.

6              Count 9, engaging in an act of physical violence

7  in the Capitol Grounds or Capitol Buildings.

8              The elements are that the defendant engaged in an

9  act of physical violence in the United States Capitol

10  Grounds or any of the Capitol buildings.  He did so

11  willfully and knowingly.

12              All right.  Let's go back to the assault charge

13  for just a minute and let's talk about those individual

14  throws.  Let's talk about the various objects that he threw,

15  hurled into that tunnel at those officers.

16              So for purposes of listing them, we have throw 1,

17  2, 3, 4, 5, 6, 7, 8, and 9.

18              All right.  Throw 1.

19              (Video played)

20              MR. PERRI:  And you can see the defendant with his

21  fur hat on and his blue hoodie.  He's at the left of the

22  circle.

23              And you see his arm come up and he's got something

24  in his hand.

25              And the arm goes forward and the object releases

1  into the tunnel.

2          Okay.  So this is a still capture of that same

3  clip.

4          And if you look carefully, you can see the object

5  in his hand.  And it's up to you to decide what that might

6  be.  Could it be a canister, maybe a pepper spray canister.

7  That's up to you to decide.  But that's the object that gets

8  thrown.

9          Throw 2, the wooden pole.

10          (Video played continuously)

11          MR. PERRI:  So remember, sometimes everyday common

12  objects, when you used in a certain manner, can be deadly or

13  dangerous weapons.

14          Look at that thing that he threw.  Look at him

15  loading.  His hand is behind his head.  He's loading force

16  in preparation for that throw.

17          You can kind of see the diameter of that wooden

18  pole at the end.

19          But what about the other end?  What's at the other

20  end?  It's busted.  It's got a point on it.  This is

21  essentially a javelin.

22          Watch how it enters the line of officers.  That's

23  eagle head guy, by the way.  He doesn't have his eagle hat

24  on.

25          Reaching way back.

1    Right there.  That's a spear.

2    Throw Number 3.

3    You see a hand.  The object has dipped out of

4  view.  Now it comes forward and it's thrown.

5    And there he is.

6    So here's the still capture from that same clip.

7  This shows a -- you decide for yourself.  Is it a bent metal

8  object?  Could it be one of those hiking sticks?  Could it

9  be a selfie stick?  You'll have to decide what you think

10  that is.

11    You see a little bit of light-colored material

12  right by his hand.

13    And here's another still from the same clip.  This

14  shows the item more or less vertical as it's being released.

15    And you can see how it's bent at the top.  So that

16  is something bent.

17    Throw Number 4, the white pipe.

18    You can see that he's picked this object off the

19  ground.  He's rising up.  Back with the hand.  And there it

20  goes, flying into the tunnel, striking the officers.

21    And this is just a screen capture of that same

22  clip, showing the item in the defendant's hand.  And that's

23  throw Number 4, the white pipe.

24    Throw Number 5, flagpole.

25    We don't have a circle around him here, but you

1    can see him in the lower left corner.

2              His face comes into view.  This pole still has a

3    flag on it.

4              And you see it strike the line.

5              And this is a still capture of that clip, showing

6    the item in the defendant's hand as he's about to throw it.

7    That is throw Number 5, the flagpole.

8              Throw Number 6.

9              There you see the defendant with the red hat.

10   What is he holding?  How is he holding it?  How close is he

11   to that police line?

12             And you saw that drawer come in from the other

13   direction from the CCTV video and also from Officer Hunter's

14   body-worn camera.

15             There he is, holding the drawer.

16             So throw Number 6 is the drawer.

17             Throw Number 7.

18             You can see his head kind of going back behind

19   that flag.

20             And his hand goes back and he's got something in

21   his hand.  And he comes forward and releases it into the

22   tunnel.  Again, very close.

23             And there's the object in his hand, some sort of

24   stick-like object.

25             Throw Number 8, does he appear to get this from

1    another rioter?

2            Brings it up.  Is it some sort of crumpled metal

3    stick?  And it goes back.  You see it in his hand and it

4    goes forward into the tunnel.

5            And he's using enough force there.  What happens

6    to the backpack?  It kind of goes flying, doesn't it?

7            And this is a still capture of that clip, showing

8    the item in his hand.  The crumpled metal pole.

9            Finally throw Number 9, and you see this one on

10   the CCTV.

11           There he is.

12           And there you see the item in his hand.  It seems

13   to be some sort of pole, and you can glean whatever you can

14   from that.

15           Nine different throws.  If you decide that only

16   one of those objects constitutes a deadly and dangerous

17   weapon, you can find him guilty of the assault charge.

18           Now, the Judge will tell you about another way

19   that the assault can be committed, but I want to focus on

20   this one for now.

21           You don't have to believe that all nine of those

22   objects were deadly and dangerous weapons, you only have to

23   believe that one of them were.  It could be more than one,

24   but one is the minimum.

25           And when you've considered all the evidence, all

1    the video, all the testimony, everything that's come before

2    you, everything about what this defendant did during the

3    riot of January 6th, 2021, you're going to know that this

4    defendant committed these offenses beyond a reasonable

5    doubt.  Thank you very much.

6              THE COURT:  All right.  Thank you, Counsel.

7              All right.  Let's take our afternoon break before

8    we hear from the defense.

9              It's now quarter of 3:00.  We will resume at 3:00.

10   See you all shortly.

11             COURTROOM DEPUTY:  All rise.

12             (Jury exited the courtroom.)

13             THE COURT:  Have a seat, everybody, please.

14             So can I ask everybody to turn to their

15   instructions, pages 19 and 20.  And if you have computers

16   available to you, go to 18 U.S.C. 1752.

17             Is everybody with me?

18             MR. BOYLE:  Yes, Your Honor.

19             THE COURT:  Okay.

20             So the statute reads:  "Whoever" -- I'm sorry, not

21   17 -- my apologies.  18 U.S.C. 111.

22             111(a)(1) says:  "Whoever forcibly assaults,

23   resists, opposes, impedes, intimidates, or interferes with

24   any person designated in Section 114 -- 1114 of this title,

25   while engaged in or account of performance of official

1  duties."

2          So the object of the conduct has to be somebody

3  who is designated in Section 1114, okay?

4          1114 provides that -- this is a murder statute,

5  but in any event:  "Whoever kills or attempts to kill any

6  officer or employee of the United States or of any agency or

7  in any branch of the United States Government, while such

8  officer or employee is engaged in or account of performance

9  of official duties" -- and here's the key thing -- "or any

10  person assisting such officer or employee in the performance

11  of such duties or on account of that assistance."

12          So it's under that clause that the MPD officer

13  fits, correct?  That's why MPD can be the subject in this

14  case under these facts, be the object of a 111 offense.

15          Everybody agree?

16          MS. GROSSHANS:  Yes.

17          MR. BOYLE:  Yes, Your Honor.

18          THE COURT:  Okay.

19          So let's look at the elements.

20          The first element:  The defendant assaulted,

21  resisted, opposed, impeded, intimidated, or interfered with

22  an officer from the Metropolitan Police Department.  So far

23  so good.

24          Jump down to the fourth element:  The person

25  assaulted, resisted, opposed, impeded, intimidated, or

1    interfered with -- the person assaulted, resisted, opposed,

2    impeded, intimidated -- was an officer of the United States

3    is what we have in the elements, okay?  And that carries

4    down into the next lesser -- the lesser offense as well.

5            I think that needs to say, was an officer --

6    "Was an MPD officer who was then engaged in the performance

7    of his official duties," because otherwise what this jury

8    could think is "officer of the United States" means Capitol

9    police officer.  And the Capitol police officer here is not

10   the object of the 111 charge, it is the MPD officers who are

11   in that tunnel.

12           Now, I suppose there were some other -- maybe

13   there were some Capitol Hill police officers in the tunnel

14   as well.  But as this thing has been charged, as

15   I understand it and the way you all want it to be charged,

16   the assault is on MPD officers.

17           Am I right about that?

18           MR. PERRI:  Yes, Your Honor.

19           THE COURT:  I mean, I guess it could be "or" --

20   "either/or," but...

21           Because the indictment just speaks to any officer,

22   an employee of the United States, et cetera.  But that

23   definition, you know, includes MPD in this situation, and

24   I think we just need to be consistent in how this is --

25   because I could see a jury reading this, all right, fine,

```
 1    element 1, okay, MPD officer.  But the fourth element says
 2    it's got to be -- that same conduct needs to be directed at
 3    an officer of the United States, and we have not clearly
 4    said that an officer of the United States in these
 5    circumstances includes an MPD officer.  I mean, we've
 6    provided some information on the bottom of 21 to 22 which
 7    talks about what the official duties of a Metropolitan
 8    Police Department officer were that afternoon, but I think
 9    it creates the potential for confusion.
10              MR. BOYLE:  Your Honor, the defense would have no
11    objection to substituting Metropolitan Police -- an officer
12    from the Metropolitan Police Department for the officer of
13    the United States where that phrase appears.
14              THE COURT:  Okay.
15              So that change will then be made in the fourth
16    element of the greater offense.
17              No, just the fourth element of the greater offense
18    and the fifth element of the lesser offense.
19              The fourth and fifth elements of the lesser
20    offense and the fourth element of the greater offense, okay?
21              MR. PERRI:  Yes, Your Honor.
22              THE COURT:  Everybody okay with that?
23              MR. BOYLE:  Yes, Your Honor.
24              THE COURT:  All right.
25              So when they come back, I'm going to re-read that
```

1   instruction.  They won't tell what the difference is, but,

2   nevertheless, I want the record to be clear what the correct

3   instruction is, okay?

4          And maybe what I'll do is actually highlight what

5   I said previously and just correct it, okay?

6          MR. PERRI:  Your Honor, may I have just a moment

7   before we recess?

8          THE COURT:  Yes.

9          (Government counsel conferred off the record.)

10         THE COURT:  I mean, look, the other way to deal

11  with this is to define what "Officer of the United States"

12  means.  And we haven't done it that way.  You all haven't

13  proposed it be done that way.  But that's the alternative,

14  to just leave Officer of the United States in there.  Change

15  "Officer from the Metropolitan Police Department" in the

16  first line.  Just make it "Officer of the United States."

17  And then define "Officer of the United States" to include a

18  member of the Metropolitan Police Department who was

19  assisting members of the Capitol Hill police that day as

20  part of their official duties.

21         MR. PERRI:  We think that's probably even better,

22  Your Honor, because I know elsewhere in the instructions,

23  there is some explanatory language like that.  I can't

24  remember exactly where it is but...

25         THE COURT:  Okay.  Let us tinker with it.

1    And so what I'll do is the second option.  We will

2  take out "Officer from the Metropolitan Police Department"

3  in the first element of both the greater and lesser

4  offenses, and we will include a definition, in the

5  definition section, "Officer of the United States" to

6  include the Metropolitan Police Department, okay?

7    MS. GROSSHANS:  Yes, Your Honor.

8    MR. BOYLE:  No objection, Your Honor.

9    Just as a question, does the Court intend just to

10  re-read the instruction and leave it at that without

11  explanation as to why it's different?  Which is what I think

12  would be the appropriate thing.

13    THE COURT:  Yeah, I think I'll just tell them

14  what's different about the instruction.

15    MR. BOYLE:  Okay.

16    THE COURT:  I mean, they'll have the written ones,

17  but I think it's important they know why we've made the

18  change.

19    Let us make that.  We'll start up at about five

20  after 3:00 or so with your closing, Mr. Boyle, okay?

21    MR. BOYLE:  Thank you, Your Honor.

22    THE COURT:  All rise.  The Court stands in recess.

23    (Recess from 2:54 p.m. to 3:08 p.m.)

24    THE COURT:  Please be seated, everyone.

25  Thank you.

1   MR. PERRI:  Judge, can I mention one --

2   THE COURT:  Hang on one second.

3   Let Mr. Jenkins get in here.

4   Okay.  Go ahead.

5   MR. PERRI:  Judge, the new Count 5, the 1752(a)(1)

6   count, right before it says "Order of considering the

7   charges," I think it should say "Restricted building or

8   grounds," and right now it's --

9   THE COURT:  Direct me to a page.

10  MR. PERRI:  Well, it used to be page 28.  I don't

11  know what the new page number is.

12  Right before "Order of considering the charges."

13  THE COURT:  So I'm sorry, which count?

14  MR. PERRI:  1752(a)(1), Count 5.

15  THE COURT:  Okay.

16  Yeah, I changed that on the fly.

17  MR. PERRI:  Okay.

18  THE COURT:  And it will be reflected in the final

19  instructions.  I noticed that was true for two of the

20  counts.

21  MR. PERRI:  Okay.

22  THE COURT:  All right.

23  On the 111 counts, I think the fix is actually

24  slightly different than what I had suggested.  And I went

25  back to look at what we did in Schwartz.

1    And what the easier fix is as follows:  That the

2  fourth element -- leaving the first element as it stands,

3  the fourth element should just be changed slightly as

4  follows:  "The person assaulted, resisted, opposed, impeded,

5  intimidated, or interfered with was assisting officers of

6  the United States who were then engaged in the performance

7  of their official duties."

8    That same change would be made in elements 4 and

9  5.  And that would then dovetail with the instruction later

10  on that says, it was the duty of the Metropolitan Police

11  that day to assist officers on Capitol Hill, okay?

12    MR. PERRI:  Agreed, Your Honor.

13    THE COURT:  All right.

14    So I'm going to read that change to the jurors

15  when they come in, okay?  And then we'll go to you,

16  Mr. Boyle, all right?

17    MR. BOYLE:  Thank you, Your Honor.

18    COURTROOM DEPUTY:  Jury panel.

19    (Jury entered the courtroom.)

20    THE COURT:  All right.  Please be seated,

21  everyone.

22    Before we turn to Mr. Boyle, I need to just

23  provide you with one correction in the jury instructions,

24  okay?

25    So you will recall in Count 3, Count 3 is the

1    count for assaulting, resisting, or impeding certain

2    officers using a deadly or dangerous weapon.

3            With respect to that, what we call the greater

4    count, the one with the resisting -- excuse me, using a

5    dangerous weapon, Count 4, as I originally had read it

6    stated as follows:  "The person assaulted, resisted,

7    opposed, impeded, intimidated, or interfered with was an

8    officer of the United States who was then engaged in the

9    performance of his official duties."

10            That is incorrect.  It should be as follows:

11    "The person assaulted, resisted, opposed, impeded,

12    intimidated, or interfered with was assisting officers of

13    the United States who were then engaged in the performance

14    of their official duties."

15            So the change in language is -- so it's no longer

16    assaulted, resisted, opposed, intimidated, or interfered

17    with an officer of the United States but with the person who

18    was assaulted, resisted, opposed, et cetera was assisting

19    officers of the United States who were then engaged in the

20    performance of their duties.

21            That change will also be reflected in the fourth

22    and fifth count of the lesser offenses.

23            All of this will be correct in writing when you

24    have this and you have the instructions back there.  But as

25    I was going through this, I noticed that we needed to tweak

1    that a little bit, and so I wanted to make sure you all knew

2    we had done that.

3             And so, Mr. Boyle, we are ready when you are.

4             MR. BOYLE:  Thank you, Your Honor.

5             May it please the Court, Counsel, ladies and

6    gentlemen of the jury.

7             The burden of proof in this case, as in all

8    criminal cases, is proof beyond a reasonable doubt.

9             As Judge Mehta has instructed you, a reasonable

10   doubt is the kind of doubt that causes a reasonable person

11   to hesitate before acting -- before acting in grave or

12   important matters in their own life.

13            Note the language:  A reasonable doubt is a

14   hesitancy to act based upon the quality of evidence that's

15   available.

16            A reasonable doubt is a real doubt, but it's also

17   a very high standard for the government to meet.

18            In order for Mr. Jenkins to be convicted of an

19   offense, it's necessary to find beyond a reasonable doubt

20   that he committed that offense.

21            Now, the government has briefly mentioned

22   circumstantial evidence.  And I think it needs to be

23   mentioned that circumstantial evidence is different from

24   reasonable doubt.  The presence of circumstantial evidence,

25   or the absence of circumstantial evidence, does not excuse

1    the government from meeting its very heavy burden of proving

2    proof beyond a reasonable doubt.

3         If we take Judge Mehta's instruction, for example,

4    a person goes to bed, there's no snow on the ground, that

5    person wakes up in the morning and there's snow on the

6    ground, that is circumstantial evidence that it snowed

7    during the night.  It's very powerful circumstantial

8    evidence, because how else could the snow be on the ground

9    unless it snowed during the night.  In that particular

10   example, the circumstantial evidence is of the same power as

11   direct evidence, because there's no other way the snow could

12   have been there.

13        Now, let's change that example slightly and say

14   that you get -- a person gets up in the morning and they

15   decide to go meet a friend who lives several hours away,

16   say, in Pennsylvania.  When they leave their house in D.C.,

17   there's no snow on the ground.  When they get to

18   Pennsylvania, however, they find out that there is snow on

19   the ground at their friend's house.  Now, that may be

20   circumstantial evidence that it snowed, but the only thing

21   that evidence proves is that it snowed.  It doesn't prove

22   when it snowed, it doesn't prove how long it's been on the

23   ground, it doesn't prove anything other than the fact that

24   it snowed.

25        Now, circumstantial evidence in this case is

1    important but it only counts if it eliminates all

2    possibilities but those the government is trying to prove.

3            So, for example, the government suggested that

4    Mr. Jenkins must have known the property was off-limits, he

5    must have known because of circumstantial evidence.  But in

6    that case, there's actually no circumstances that show that

7    Mr. Jenkins knew anything.  And we'll talk about that more

8    as we go on.  But it's important to state at the outset that

9    the burden of proof is proof beyond a reasonable doubt, it

10   never changes, it's never relaxed, it's never excused by the

11   government; appeals to, you know, lesser forms of offenses;

12   appeals to circumstantial evidence do not change the burden

13   of proof.

14           There are a number of offenses charged here, and,

15   as the government did, I want to talk about some of those

16   offenses.  But before doing that, before talking

17   specifically how the government has failed to meet its

18   burden of proof with each offense, I want to take a second

19   and go back and actually look at what happened, what

20   motivated Mr. Jenkins to go to Washington, D.C. and what

21   happened once he got here.

22           This journey, as the government points out, began

23   just after the 2020 election.  Donald Trump had lost the

24   election and Joe Biden had won.  In most election years, the

25   loser of the election concedes, the politicians of both

1  parties come together, they try to heal the wounds inflicted

2  during the campaign, and they try to move forward with the

3  business of governing this country.  But 2020 was not a

4  normal election year and Donald Trump was not a normal

5  candidate.

6            Almost immediately after the election,

7  Donald Trump started claiming massive voter fraud.  To many

8  of his supporters, he was very popular.  He spoke to them as

9  the President of the United States.  He carried with him

10 substantial credibility.

11           He and others started to raise, what appeared to

12 many of his supporters, to be legitimate claims.  In some

13 states, that were more ballots counted than there were votes

14 cast.  There were vast numbers of dead people that voted.

15 In fact, they were told if you looked at the swing states

16 like Pennsylvania, Michigan, Wisconsin, Arizona, and

17 Georgia, there were more than enough questionable votes to

18 call the election into doubt.

19           These words, coming as they were from the

20 President of the United States, raised concerns in the minds

21 of many, too many people.  And an idea started to circulate

22 on social media and elsewhere, as you can see from the

23 exhibits from Shane Jenkins' social media, why not audit the

24 election.  I mean, after all if there's no problem with the

25 election, why not check the votes and make sure that they're

```
 1   accurate.
 2           And that's what we see in Shane Jenkins' posts.
 3   If I can ask for a second to see Government's Exhibit 204.6.
 4   "8 to 10 million expected in D.C. on the 6th to demand an
 5   audit of all votes in this election."
 6           An audit.
 7           Government's Exhibit 204.7.  "There's a lot of
 8   folks who are going to intervene.  We will preside over" --
 9   "he" -- I think they're talking about Mike Pence, "will
10   preside over the hearing and most likely will demand an
11   audit of the votes in the swing states or maybe all states
12   who knows."
13           "Audit" means determine which ones are valid and
14   which aren't.  Where the paper was made, where the ink was
15   formed.  This is all social media conspiracy type stuff, but
16   it did have an effect on people that heard it.
17           "What type of printer was used, authenticating
18   signatures, looking for creases, looking for dead people
19   voting, analyzing statistics."  I always have problems with
20   that word.  "I can't wait."
21           An audit.  They're going to want to look at the
22   election and see what really happened.
23           Government's Exhibit 204.9, please.
24           Shane Jenkins commented on a post from
25   January 4th.  "I'll be in D.C. to demand an audit of all
```

1    votes in swing states.  It's time for men to stand in the

2    gap for this country."

3            Now, the government would say that's a phrase of

4    violence:  "It's time to stand in the gap."  But what it

5    actually is is a concern for this country, a concern for the

6    integrity of our elections.

7            Now, let me say that I'm not questioning the 2020

8    election, not at all.  But what I am saying is that people

9    who were listening to the President of the United States and

10   supporters were hearing this stuff and it affected them:

11   "Why not have an audit?"

12           Government's Exhibit 204.23.  "I honestly don't

13   know" -- Shane Jenkins comments:  "I honestly don't know

14   that it was intentional.  It was people being fired up and

15   tired of crap.  For me the sentiment was we elected you

16   slimy little creatures you better hear us it's deadly

17   serious.  They built a gallows outside," something the

18   government also pointed to.

19           "For me I want an audit to authenticate every

20   vote, throw the dead ones out and figure out how many votes

21   were registered.  If Trump loses fine, but until then burn

22   it down."

23           We would suggest that the "burn it down" is

24   hyperbole.  But what we're looking at is the intent.  The

25   intent is for an audit, it's not for anything dangerous or

1   destructive.

2           Now, this is a good place to point out how two

3   people looking at the evidence may see it the same way.  The

4   government looks at this same evidence and sees it as

5   evidence of violence; however, we would suggest that a more

6   neutral view of these exhibits show that they show somebody

7   who's frustrated at what they've been told by the President

8   of the United States; somebody who's searching for truth;

9   somebody who wants to know what really happened; somebody

10  who cares about the American electoral system and wants to

11  make sure that the President who's elected is truly elected.

12          Now, furthermore to demonstrate that this is not a

13  violent movement, it's important to look at Shane Jenkins

14  when he came to this country -- right, when he came here on

15  January 6th, came to the District of Columbia with many

16  others.  It's important to see the hope and optimism shown

17  by Shane.  These videos are inconsistent.

18          Bear with me a second.

19          There was optimism in the air, the optimism that

20  truth and justice would prevail, that votes would be counted

21  and that Donald Trump would win the election.

22          Could see we Government's Exhibit 201.1, please.

23          (Video played)

24          MR. BOYLE:  Could we see Government's Exhibit

25  204.11, one of the social media posts from that time.  It

1    shows Shane smiling, standing before the

2    Washington Monument.

3              203.12, please.

4              There's another picture of the gathering.  These

5    are not people bent on destruction.  "Don't stop believing."

6    They're here hoping that the right thing is going to happen.

7    They're not here to stage a riot or to commit violence.

8              And so what happened next?  The President of the

9    United States speaks.  And what does he tell them?

10             Can we see Government's Exhibit 202.2.

11             (Video played)

12             MR. BOYLE:  "Stop the Steal."

13             The message from Trump that morning was quite

14   clear and deliberate:  "It's the worst election fraud, voter

15   fraud ever.  Millions of dead people have voted.  Mike Pence

16   can fix this.  The top Constitutional lawyer in the country

17   says Pence can set the election aside.  They're stealing the

18   election.  You have to Stop the Steal.  I'm coming with you

19   to the Capitol."

20             This is the language of the President of the

21   United States with the great seal of the United States on

22   the podium before him.  It's a cold and bleak message and

23   filled with hate and vitriol.  The message Trump conveys is

24   that if you don't fight, you're not going to have a country

25   anymore.

1      And so it is Donald Trump that hurls this crowd,

2  this group of his supporters, at Congress.  Of course, Trump

3  doesn't go.  Instead he goes to the White House to watch

4  what happens on television.

5      It's easy for many people to see the lies and the

6  cowardice of the former President.  He cares nothing about

7  his supporters, nor anyone else.  To him they're just

8  cannonfodders to serve his needs and his needs alone.

9      But to many people, to many of his supporters from

10 predominantly rural areas who feel ignored and abused by a

11 political system that seems distant and uncaring, Trump is a

12 hero.  His words to him are like truth.  And they go to the

13 Capitol.  It's at the Capitol that chaos ensues.

14      Many of the early videos and photos capture the

15 crowd, the noise, the general sense of confusion that

16 engulfs the United States Capitol Building.

17      You heard testimony from a lieutenant who was not

18 even stationed in the west side of the Capitol; that the

19 Capitol was protected by bike racks and snow fences with

20 paper signs telling people they couldn't enter.

21      We also know that at some point the snow fencing

22 failed, the bike racks were set aside, and the signs, paper

23 signs were gone.  We know that thousands of people, maybe

24 tens of thousands of people, trampled across those barriers

25 and obliterated them.

1    One of the charges is entering or remaining on

2    Capitol Grounds with deadly or dangerous weapons, and it

3    requires the government to prove that Shane Jenkins knew

4    that the building of the grounds was restricted and that he

5    lacked the legal authority to enter or remain.

6    This is where the burden of proof comes in, ladies

7    and gentlemen.  In order to establish Shane Jenkins' guilt,

8    the government must prove beyond a reasonable doubt that

9    Shane Jenkins knew the grounds were restricted.

10    The government, however, has not offered any

11    evidence to show that he knew the grounds were restricted.

12    There's no evidence as to when he arrived at the Capitol.

13    There's no evidence that -- what route he took to get to the

14    Capitol.  There's no evidence that he crossed any barriers.

15    There's no evidence that he saw any signs.  There's no

16    evidence that any signs were present by the time he got

17    there.  There's no evidence any barriers were present by the

18    time he got there.

19    Rather than offer evidence, the government offers

20    speculation.  Shane Jenkins must have known because

21    everybody would know.  It makes sense.  But speculation is a

22    long way from proof beyond a reasonable doubt, it's the

23    opposite side, it's the opposite of proof beyond a

24    reasonable doubt.  If all the government can do is speculate

25    as to when he might have got there or what he might have

1  seen, they have failed to establish that he acted with

2  reasonable doubt -- or they have failed to establish guilt

3  beyond a reasonable doubt.

4         After arriving on the Capitol Grounds, Shane

5  Jenkins made his way to the area of the Lower West tunnel.

6  He arrives there around 3:00 p.m.  We know that because that

7  is when -- that's when he first appears on video.  He stays

8  there for about 20 minutes and then he leaves.

9         It's important to watch the sequence of events

10  while he's surrounding the tunnel area at that time.  Upon

11  arriving, he's seen standing around, and you should watch

12  the videos for yourself.

13         At some point, he removes a tomahawk from a

14  backpack and he strikes a window.  What's important, though,

15  is that he stops.  Not only did he stop, he then stood and

16  protected the area and prevented others from doing damage to

17  the window.

18         Can we see Government's Exhibit 104?

19         (Video played)

20         MR. BOYLE:  Now, it's for you, ladies and

21  gentlemen, to listen to the videos and to see if you can

22  pick out Shane's voice in the crowd.

23         You have Government's Exhibit 202.7, the cell

24  phone video, where you can hear Shane's voice.  It's your

25  conclusions, though, as to who was saying what that

1   controls.  It's not the government's conclusion, it's not

2   the FBI agent's conclusion.  And we would submit, ladies and

3   gentlemen, that it is impossible, when you listen to those

4   videos, to see who's saying what.

5          Certainly it's impossible to hear Shane saying

6   anything in any of those videos.  But that's for you to

7   listen and to remember the burden of proof.  It's not, well,

8   he might have said this or he could have said this or

9   somebody said this.  It's that Mr. Jenkins said that and you

10  are certain beyond a reasonable doubt that he did.

11         From the window, Shane moved to the tunnel area.

12  But it's important that first he takes his backpack and he

13  sits it outside the tunnel.  When he enters the tunnel, he

14  has no backpack on him, he has no weapons on him.

15         Could I see Government's Exhibit 111, clip 12.

16         Shane Jenkins is the gentleman on the side.

17  You see him being sprayed with pepper spray.

18         Clip 13.

19         In this clip, you see Shane being struck with the

20  baton in the head.

21         And, again, this is an area of complete

22  pandemonium, complete chaos.  Even officers that are there

23  can't tell who's doing what, who's saying what and what's

24  happening.  But yet in order to convict somebody, you need

25  to be able to say what happened beyond a reasonable doubt.

1    There's yelling, there's screams, there's sirens.

2    It's simply not possible to pull any semblance of order out

3    of this chaos.

4    There are a couple of things about Shane's conduct

5    that are noteworthy and that show an absence of an intent to

6    commit violence or an absence to harm the police or anything

7    else.

8    First, there's a ladder that's moved into the

9    tunnel, and Shane actually grabs the ladder and pushes it

10   away from the police line.

11   Can we see Government's Exhibit 111.

12   (Video played)

13   MR. BOYLE:  There you can see Shane putting his

14   hand on the ladder and pushing it back.  Not the actions of

15   somebody who's trying to break a police line.

16   Second, there's a police officer that actually

17   gets pulled from the line, and you can see Shane and other

18   protesters actually coming to the police officer's aid and

19   moving him to safety.

20   Can we see Defense Exhibit Number 1.

21   (Video played)

22   MR. BOYLE:  You see Shane there in the red hat

23   patting the police officer, motioning to move the police

24   officer away from there.

25   He's assisting the police officer, helping the

1    police officer to get to a place of safety.  He's not

2    harming the police officer.

3            In fact, in the tunnel and when Shane is in close

4    proximity to the police officers, at no point do you see him

5    strike the police officers; you don't see him hit the police

6    officers; you don't see him using OC spray.

7            In fact, as you look at him moving in and out of

8    the tunnel, all he does is walk in and walk out.  And he is

9    the one who is hit, he is the one who is brave.  He does not

10   do anything violent to anyone at the time.  There's no

11   question that when Shane was outside the tunnel, he threw

12   some debris into the tunnel.

13           The government alleges assault with a deadly

14   weapon.  Certainly he had weapons with him, he had

15   tomahawks.  You saw the tomahawk when he broke the window.

16           But after the window was broken, or I would say it

17   was damaged, not completely broken out by Shane, what did he

18   do with the tomahawk?  He put it away, he put it back in his

19   backpack.  And he never took it out again, or at least

20   there's no evidence that he ever took it out again.  In

21   fact, as the FBI agent testified, after that video clip,

22   he's never seen with the tomahawk again.

23           If Shane wanted to commit mayhem, if he wanted to

24   throw a deadly or dangerous weapon into the tunnel, he could

25   have taken out one of his tomahawks or both, and he could

1  have thrown them.  You'll see them and you'll see that they

2  could have done quite a bit of damage.  But the important

3  thing is he didn't.

4         Now, at this time, he was angry, he was

5  frustrated, he was picking stuff off the ground and throwing

6  it into the tunnel.  It will be for you to decide what

7  beyond a reasonable doubt, whether the items he picked up

8  and threw were capable of causing death or serious bodily

9  injury and whether they were used in that manner.

10        We would submit, ladies and gentlemen, that

11  there's no evidence of that.  Again, it's for you to examine

12  what the videos show and what they don't show, and it's for

13  you to determine what happened or what didn't happen at that

14  time.

15        Objects are thrown, there's no evidence that they

16  hit any particular police officer, except for the desk

17  drawer.  There's no evidence as to where they went.  One

18  would think that if these were truly dangerous or deadly

19  weapons, that the Metropolitan Police or the Capitol Police

20  would have saved them.  They didn't.  We can't look at these

21  weapons, we can't see how heavy they were, we can't see what

22  damage they could have caused.

23        And, again, this is about proof beyond a

24  reasonable doubt.  This isn't like speculating, oh, there

25  was a sharp stick, thrown, hurled like a javelin.  No, it's

1  about looking at the videos and see what they actually show.

2  They show debris.  We don't know how heavy this debris was,

3  but certainly it didn't hurt anybody, there's no evidence it

4  hit anybody, and it did not cause any damage to anybody.

5        The only exception is a desk drawer, and we would

6  submit, ladies and gentlemen, that a desk drawer is simply

7  not a dangerous or deadly weapon.

8        In the whole history of the United States,

9  I'm not sure that I've ever heard of anybody being killed or

10  injured by a desk drawer.  You know, it was a piece of

11  debris that was thrown out of frustration, it was not a

12  weapon thrown to break the police line or to hurt anyone.

13        Now, it's a bit disturbing that the government

14  focuses on the action of the rioters throughout its case.

15  It's what did the rioters do.  What did people do to you?

16  When you were in the tunnel, what did you experience?  They

17  don't focus upon what Shane Jenkins did, because the

18  evidence of what Shane Jenkins did is ambiguous, it's

19  confusing, it's contradictory, and it fails to meet evidence

20  beyond a reasonable doubt.

21        We don't punish people for their political beliefs

22  or because of who they supported in the last election.  No

23  one expects a jury to forget what happened on January 6th,

24  2020 [sic]; we're to hold no opinions.  We're all human

25  after all.

1      But the duty of the jury is to render a true

2  verdict based upon the law and the evidence.  There's no

3  room for passion, there's no room for vengeance, there's no

4  room for retribution.  The law and the evidence are what

5  must control.

6      Now, turning to Count 3, assaulting, resisting,

7  impeding certain officers using a deadly weapon, there are

8  five elements as the Court has explained to you and has the

9  government has gone over, I'm not going to read them again.

10      But we would suggest that the evidence provided by

11  the government falls far short of proving beyond a

12  reasonable doubt that any deadly weapon was used.  We

13  believe that the evidence fails to show that the actions

14  were forcible, we believe that this was just a frustrated

15  protester throwing debris.

16      There's no evidence, certainly not evidence beyond

17  a reasonable doubt, that a flagpole, a stick, a bent piece

18  of metal are capable of causing death, causing serious

19  bodily injury or death, or the defendant used it in that

20  manner.  He just tossed it at the opening and that was it.

21      As the Court has instructed you, Shane Jenkins'

22  bona fide belief that he was entitled to be on the

23  Capitol Grounds, even if the area was, in fact, restricted,

24  is restricted, is a defense not only to Count 5 but also

25  Count 6 and Count 7 of the indictment as well.

1        Finally, let me address Count 2, the obstructing

2   the official proceedings.

3        The elements of this offense, there are four, that

4   the defendant did obstruct or impede an official proceeding.

5        Second, and this is most important, the defendant

6   acted with intent to obstruct or impede the official

7   proceeding.  There's no evidence of that.

8        Third, the defendant acted knowingly with an

9   awareness that his actions would obstruct the proceeding.

10       There's several reasons why this does not fly.

11  First, Shane Jenkins never entered the Capitol himself.  He

12  went into a tunnel for a short period of time.  There's no

13  evidence to suggest that he knew what was going on inside

14  the Capitol.  He did not.  There's no evidence he knew of a

15  plan to enter the house or Senate chamber.  In fact, he

16  never even came close.  There's a tendency among people to

17  look at what happened on January 6th and punish them all,

18  but to do that would violate our system of justice.  There's

19  simply no evidence that Shane Jenkins attempted to obstruct

20  Congress.

21       In addition to the lack of evidence concerning the

22  actual obstruction, the government's own timeline

23  demonstrates that Shane Jenkins, in fact, did not obstruct

24  justice.

25       The Congressional Record indicates Congress

1   adjourned because people entered the Capitol at 2:13.

2   There's no evidence that Shane Jenkins was even close to the

3   Capitol at 2:13.  The first time we know of him being there

4   is around 3:00 p.m., more than 45 minutes after Congress had

5   already adjourned.

6        He leaves -- he's last seen around 4:30, hours

7   before Congress reconvenes.  Remember, the government must

8   prove Shane Jenkins obstructed Congress, and they must show

9   so beyond a reasonable doubt.

10        The evidence they present relates to the

11   activities of others, other people in the crowd.  There's no

12   evidence that Shane even knew who these people were, that he

13   knew what their plan was or that they had in any way entered

14   into it.  There's simply no evidence to convict Shane

15   Jenkins of that charge.

16        There's a lot more to be said.  We've talked about

17   circumstantial evidence and the limitations of

18   circumstantial evidence, and we've talked about the burden

19   of proof.

20        Aiding and abetting is not a catch-all to allow a

21   jury to convict somebody when the evidence of guilt beyond a

22   reasonable doubt is not there.  Aiding and abetting requires

23   the same intent as the actual offense.

24        So to the extent the government may suggest Shane

25   Jenkins was an aider and abettor, the instructions indicate

1    that that would not be the case.  Again, proof beyond a

2    reasonable doubt versus speculation.  There's simply no

3    evidence that Shane Jenkins acted on behalf of anyone else

4    other than himself.

5            There's one other point I wish to make.  We live

6    in a diverse country, and for the past 230 years, that

7    diversity has been the strength of -- the source of our

8    strength.  We come from different backgrounds, different

9    socioeconomic roots, different regions of the country.  Some

10   of us enjoy opera or ballet, and others enjoy football or

11   soccer, and still others hunt or fish, or just enjoy talking

12   to friends.  In the end, however, we're all Americans; we

13   are all in this country together.

14           There are forces that would seek to divide us,

15   evil people who would pit one group against another for

16   their own selfish ambitions.  They turn political opponents

17   into enemies and they use fear to overcome reason.  They

18   turn political -- Shane Jenkins was a victim of these

19   people, of the poisonous propaganda of a former President.

20   But there are also those on the other side who would deny

21   justice to someone just because he was a Trump supporter.

22   They cannot be permitted to prevail either.

23           Shane Jenkins may not look like a lot of people in

24   the District of Columbia.  He has a beard.  He has a lot of

25   tattoos on his face and neck.  The government has gone to

 1    great length to point out his tattoos.  He doesn't come from
 2    a large East Coast city.  He comes from a rural patch of
 3    land in Texas.  His way of life and his political beliefs
 4    may seem foreign, they my even be wrong, but he's entitled
 5    to the same consideration, the same burden of proof, the
 6    same rights as everyone else.
 7            As I said in my opening statement, the law is our
 8    master, we are sworn to uphold it, but it requires the
 9    government to prove guilt beyond a reasonable doubt, and in
10    this case, the government has failed to meet that burden.
11    When the government fails to meet that burden, a verdict of
12    not guilty is required.
13            We have shown that the government has failed to
14    meet its burden with respect to Counts 2, 3, 5, 7 -- 5, 6,
15    and 7.
16            This is not to concede Shane's guilt on the
17    remaining counts; that's for the jury to decide.
18            This has been a long argument, I apologize for the
19    length of it, but there was a lot that needed to be said.
20            I thank you for your attention and I thank you for
21    your careful deliberations.
22            Thank you.
23            THE COURT:  Okay.  Thank you, Mr. Boyle.
24            All right.  Does the government wish to present a
25    rebuttal?

1    MS. GROSSHANS:  Yes, Your Honor.

2    Ladies and gentlemen, the defense just went on and

3    on and on about circumstantial evidence and direct evidence.

4    Ladies and gentlemen, you don't need to speculate

5    about what the Defendant Shane Jenkins was doing at the

6    Capitol on January 6th.  You don't need to speculate.  This

7    isn't circumstantial.  You have direct evidence of his

8    intent, of why he was going to the Capitol, why he was

9    there, why he brought weapon.  You're not guessing, you're

10   not speculating.  You know.  You have the defendant's

11   statements on social media; you have the video showing his

12   actions that day; you have the things he said when he was at

13   the Capitol.  You know what he was doing there.  He knows

14   what he was doing there.  Let's look at that evidence.

15   As I told you during opening statements, the

16   defendant, way back, November 7th, 2020, the night the

17   election was declared for President Biden, the defendant:

18   "I'm so mad right now about the election."

19   This is a Facebook post December 18th, 2020:

20   "They will go to the Senate and be presided over by Mike

21   Pence, Vice President, also president of the Senate.  He's

22   talking about the dispute, the dispute of the Electoral

23   College vote."

24   He's talking about that December 18th, 2020,

25   because he knew what was going to happen.  He knew more

1    about the proceedings than most United States citizens

2    probably.  He knew what was going to happen.  He knows Vice

3    President Pence is the President of the Senate; that he's

4    presiding over the certification.  And he's talking about

5    that online December 18th.

6            December 28th, 2020, "The Electoral College

7    certificates are opened by Mike Pence, people are going to

8    object, Senators and Congressmen, and it could get cray

9    cray."

10           He knew it was going to get crazy:  "Potentially,

11   fights riots."

12           Again, this is the defendant's words on December

13   28th to 2020, because he knew exactly what was happening on

14   January 6th at the Capitol.  He didn't not know that an

15   official proceeding was taking place.  He knew weeks ahead

16   that an official proceeding was going to take place and it

17   was going to get violent, it was going to get crazy.

18           "8 to 10 million people expected in D.C. on the

19   6th to demand an audit of all the votes in this election."

20   Yes, demand an audit, but an audit doesn't need to be

21   violent.  This defendant made it violent.  This defendant

22   made the riot violent, he made the protest violent by

23   bringing his weapons, by bringing his tomahawks, by his

24   actions.  But make no mistake about it, he knew what was

25   happening.

1       On January 5th:  "I'll be in D.C. tomorrow to

2  demand an audit of all the ballots in swing states.  It's

3  time for men to stand in the gap for this country."

4       He's bringing violence to the Capitol with those

5  words.  That is what he is doing.

6       You're going to hear from -- you've already heard

7  an instruction from Judge Mehta that the official proceeding

8  need not be pending at the time of the conduct.  He needed

9  to reasonably foresee that it was happening.

10       Of course, he reasonably foresaw that the

11  Electoral College, that the official proceeding was

12  happening.  He had been talking about it since December.

13  He knew what was happening in the building.

14       Now, again, I'm not asking you to speculate about

15  the defendant not knowing that he wasn't supposed to be on

16  the Capitol Grounds.  That's ridiculous.

17       I'm sorry, I'm going to go back a little bit.

18       He also knew -- he was talking about the

19  proceedings at the Capitol after he stormed the Capitol, so

20  he knew what his actions did on January 6th.  On January

21  7th, he wrote:  "We stormed the Capitol," because he knew

22  that his actions on January 6th stopped that proceeding.

23  And that's why he did it, he stormed the Capitol.

24       He said:  "When the people demand to be heard,

25  when they evacuated the Senators and Congressmen and the

1  Vice President, I'm pretty sure they got the message.  It

2  wasn't frivolous it wasn't for fun."  Again, those are his

3  words about what he did on January 6th, 2021 when he stormed

4  the Capitol, when he stopped that proceeding.

5          Those Senators and those Congresspeople and the

6  Vice President had to leave the building, they had to be

7  evacuated from the building.

8          And you heard from Inspector Hawa about how not

9  until every single member of that mob, every single rioter

10  had to be cleared from the building and the grounds before

11  they could continue with the certification.

12          That's why that certification didn't happen until

13  January 7th, the next morning, because they had to wait

14  until everything was cleared.  They had to do that security

15  sweep.  All of that had to be done before they could bring

16  our Congresspeople and the Vice President of the

17  United States back into the chamber to finish their job.

18          Again, the defendant said on January 7th,

19  "I believe when they evacuated the President and Senators

20  and Congressmen, they understood we are tired of it, we

21  demand an audit.  That's it.  If they refuse well then we

22  the people can take further measures.  It wasn't vandalism.

23  It was a message.  Don't let the media spin it.  Think about

24  it.  You have to break eggs to make an omelette.  Don't

25  think OMG those poor eggs.  It's deadly serious.  And when

1    people said give me liberty or give me death, people bled

2    and died serving this country.  I'll be damned if I stand

3    silently by while we are bought by china."

4            That's what the defendant was doing.  He was

5    storming the Capitol.  He was stopping the certification of

6    Electoral College vote.  He tells you in this message

7    exactly why he did what he did.

8            Ladies and gentlemen, you have direct evidence of

9    why he did what he did, the intent with which he went to the

10   Capitol on January 6, 2021.  You're not speculating.  It's

11   right there in front of you.  And you have all the messages

12   that he sent that you'll be able to bring with you back into

13   the jury room to deliberate.

14           Finally, he said on January 9th:  "That's why

15   I was at the Capitol.  We the people demanded to be heard,

16   we knew Pence was going to stab us in the back."

17           Again, he knew Vice President Pence was the

18   President of the Senate, he knew he was presiding over the

19   Electoral College proceedings, and he knew that he wanted to

20   do something about it.  And that's why he was at the Capitol

21   and that's why he partook in all the violence that happened

22   at the Capitol on that day.  And you've seen all the

23   violence that he -- all of his actions at the Capitol on

24   January 6th.

25           I'm not talking about all the other rioters, I'm

 1    talking about Shane Jenkins and his actions on January 6th,

 2    and you have that video before you, too.

 3           Now I'm going to talk about why Shane Jenkins knew

 4    that he wasn't supposed to be at the Capitol on January 6th.

 5    And, again, you have so much evidence before you.  Not only

 6    do you have Lieutenant McCree from the United States Capitol

 7    Police telling you about the perimeter and the secured

 8    perimeter and the fencing and the bike racks, you've seen

 9    video of it, you saw that Lower West Terrace tunnel video

10    when Lieutenant McCree was testifying.

11           And Government's Exhibit 502.1 shows you what that

12    police line looked like at 2:25:28.

13           Shane Jenkins was on the west lawn at that time.

14    He made that "Let's go baby" video, the video you saw where

15    he's standing right there next to the scaffolding over in

16    the corner.  He's standing next to that scaffolding and he

17    says "let's go baby."  That's at 2:57.

18           So the defendant's amongst this crowd of people

19    when this photograph is taken, okay?  Behind that police

20    line.

21           At 2:36 p.m., the defendant is still in this mob

22    of people, and there is tear gas, OC spray.  That's what

23    those clouds are.  That is the police telling people, you

24    are not supposed to be here.

25           So Shane Jenkins knew he wasn't supposed to be at

1    the Capitol.  He also knew he wasn't supposed to bring a

2    tomahawk and break a window of the Capitol building, but he

3    still did it.

4          You have evidence that he was tear gassed and

5    billy clubbed.  He bragged about it on January 6th.  Yes,

6    sprayed, tear gassed, and billy clubbed.

7          "Oh, it was nuts.  I got hit with a billy club and

8    tear glassed and pepper sprayed."

9          He posted this picture of his head with the cup

10   from being billy clubbed.

11         Ladies and gentlemen, the defendant was not a

12   welcome visitor the Capitol on January 6th, 2021, and he

13   certainly knew he wasn't welcome to be there.

14         When those police officers are standing in the

15   tunnel with their police shields up and they're pushing the

16   rioters out of the tunnel, he knew he wasn't supposed to be

17   going into that tunnel.

18         When he had his hand up against the wall and he's

19   pushing back into the tunnel, he pushes halfway into the

20   tunnel, he knows he's not supposed to be in that tunnel.  So

21   it is ridiculous to think that he didn't know he wasn't

22   supposed to be there.

23         He wrote some more messages:  "We stormed the

24   Capitol."  This is on January 7th, 2021.  "Oh they didn't

25   let us in have you not checked the news LOL."  He knew he

1 wasn't suppose to be there.  "They didn't let us in."

2 He stormed the Capitol, and that's exactly what he said.

3        Now, the defendant wants you to re-write history

4 of what happened on January 6th.  The evidence shows that

5 Shane Jenkins wasn't caught up in this mob of rioters, okay?

6        The defendant went to the Ellipse to hear the

7 former President speak.  He went and heard former President

8 Trump speak.  And, yes, he was certainly inciting his

9 followers to go the Capitol.  But the Defendant Shane

10 Jenkins, he had plans of violence at the Capitol well before

11 he went to the Ellipse that morning.

12        On January 2nd, 2021, this was his post:

13 "I honestly wish we could drag ole chuck, Nancy, and killary

14 out and give them the what for.

15        "I sent him the pic and I have some SOG tomahawks

16 and tactical blades.  Can I take those?

17        "LOL I don't like the idea of a war popping off

18 and all I can do is punch LOL."

19        This is the defendant's words on January 2nd and

20 January 3rd.  He knew there was going to be violence at the

21 Capitol.  He knew there was going to be a war at the

22 Capitol.  That second 1776.  That's what he's talking about.

23 That's why he wore that sweatshirt.  He was preparing for

24 violence at the Capitol.

25        And he brought violence to the Capitol.  He didn't

1    just talk about bringing those SOG tomahawks with him.  He

2    brought them.  They were recovered from his home.

3           And as my partner told you, and as the retired FBI

4    agent, Craig Storemski told you, these are heavy.

5           When you deliberate, you can feel these weapons.

6    I'm not going to give them to you now.  But you can feel

7    them.  Feel.  It is a piece of solid metal.  It is heavy.

8    These are deadly or dangerous weapons.

9           The defendant was talking about bringing these SOG

10   tomahawks with him all the way back on January 2nd.  Well

11   before President Trump told the defendant to go to the

12   Capitol, the defendant had plans on going to the Capitol.

13   He had plans on going to the Capitol with these deadly or

14   dangerous weapons.

15          And when he got to the Capitol, he used this

16   deadly or dangerous weapon to commit violence at the

17   Capitol.  He broke that window.  And you've seen that video

18   many times, breaking that window six times.

19          He told his friend on January 5th, the night

20   before, "I'm taking tomahawks and knives, I'm going full

21   brave heart."  And full *Braveheart* is exactly what he did.

22          This looks like it could be an image from

23   *Braveheart*.  You take off all their clothes and you paint

24   their faces.  This is *Braveheart*.

25          He's throwing that javelin into the crowd of

1  officers.  He's at war, hand-to-hand combat with these

2  officers.

3         He's throwing that deadly or dangerous weapon into

4  the tunnel, and you've been able to see it in slow motion.

5         And when you go back to deliberate, you guys can

6  watch it again and again; you guys can watch it frame by

7  frame; the way that that stick went in.  That stick with its

8  pointy end; you can see it at the top right there.

9         That's why we stopped it there.  That's not a

10 little stick that he tossed into the tunnel, guys.  That is

11 a large javelin with a pointy edge that he threw in.  And

12 when you watch that in slow motion, you see how it just

13 grazes over the shoulder of the police officers in the

14 tunnel.  He went full *Braveheart*; he did exactly what

15 he said he was going to do.

16        The defendant knew he shouldn't bring the

17 tomahawks with him and he still did it.  He wrote this

18 message on January 5th:  "I have to do some research before

19 I go to bed.  Probably going to say no knives or tomahawks

20 dang it."

21        But he still brought them, because he was prepared

22 for war, he was prepared for the violence that was going to

23 happen at the Capitol.

24        And the defendant knew that violence was going to

25 happen at the Capitol well before he went to the Ellipse,

1   well before he heard President Trump talk.

2         President Trump might have gotten some other

3   people to go to the Capitol with him that day, but this

4   defendant always had plans to go to the Capitol that day.

5         Make sure when you're watching these videos, as

6   defense counsel said, look at the videos and see what they

7   actually show.  Do that.  Look at the videos, see what they

8   actually show.  They actually show the violence that the

9   defendant brought to the Capitol with him on January 6th,

10  2021.  That's what they actually show.

11        Watch this video.

12        (Video played)

13        MS. GROSSHANS:  I would submit you watch it with

14  sound.  I'm going to start it over.

15        (Video played)

16        MS. GROSSHANS:  The defendant, that was his words:

17  "Give me liberty or give me death."

18        And you might have to go back and watch that one

19  again, too, because it's hard to see it, because it's panned

20  over to the side and then it pans over to the defendant as

21  he's finishing "Give me liberty or give me death," but he's

22  yelling it.

23        And he's inciting others to yell it.  Other people

24  start yelling "Give me liberty or give me death" after that.

25  He is encouraging others to be violent as well.

1    He's trying to break into the Capitol as my

2  partner showed you in the videos earlier.  He was saying,

3  I want to get in that building.  He wants to get into that

4  F-ing building.  "It's our building, we paid for it."

5  That's what this defendant was saying, that's why he was

6  there, and he was trying to encourage others to go in, too.

7    Now, the defense has provided a defense exhibit

8  and is trying to -- is saying that because the defendant

9  showed maybe ten seconds of humanity on that day, maybe,

10 maybe that's what this video shows, we don't really know,

11 but this video where he is tapping on a police officer, that

12 that's maybe supposed to excuse all of the other violence

13 that he brought with him.  It is not, okay?

14    If he was trying to help that officer for those

15 few minutes, that does not dismiss the fact that he broke

16 the window and then he went -- this doesn't even make

17 sense -- then he went and threw and nine dangerous and

18 deadly weapons into the tunnel at police officers.

19    Watch the video.

20    (Video played)

21    MS. GROSSHANS:  You see the defendant waving his

22 hand this way.

23    Now, watch where he is.  The tunnel where all the

24 police officers are, is behind him.  So it's hard to even

25 tell from this video what the defendant is doing.

1     But I submit to you that even if he was trying to

2  aid this officer, even if there was someplace safe for the

3  officer to go in that mob of angry rioters that was out in

4  that sea of people behind him, that doesn't excuse all of

5  the other violence that he committed that day.

6     (Video played)

7     MS. GROSSHANS:  Also notice in that video, the

8  defendant is not pulling the other rioters off of that

9  police officer, he's not telling anyone to stop.  And what

10  does he do right after this video is taken?  He goes back,

11  picks up more sticks and poles and weapons and throws them

12  back into the tunnel.  That's what he does.  So he's not

13  aiding a police officer.

14     Now, you've heard that you're going to get an

15  instruction, and you've already received the instruction

16  about reasonable doubt.  And remember that reasonable doubt

17  isn't doubt beyond all, all doubt, it's what is reasonable.

18     And this is a burden that we embrace.  This is not

19  a standard that's unable to be met, okay?  This is a

20  standard that we embrace and a burden that is met every

21  single day throughout this country in every courthouse where

22  someone is found guilty of a crime.  It is the same burden,

23  as counsel told you, and we have met our burden as to each

24  and every one of the charges the defendant has been charged

25  with in this case.

1    The defendant said, his words, "Let's send a

2  message to those Congresspeople."  Ladies and gentlemen,

3  send a message to this defendant.

4    THE COURT:  Counsel, that's -- ladies and

5  gentlemen, you'll ignore that argument.

6    Counsel.

7    MS. GROSSHANS:  Ladies and gentlemen, find the

8  defendant guilty of all charges.  Thank you.

9    THE COURT:  Thank you, Counsel.

10    Okay.  So the case is almost in your hands.

11  I just have a few final instructions I need to give to you

12  before you may begin your deliberations.

13    When you return to the jury room, you should first

14  select a foreperson to preside over your deliberations and

15  to be your spokesperson here in Court.  There are no

16  specific rules regarding how you should select a foreperson.

17  That is up to you.  However, as you go about the task, be

18  mindful of your mission:  To reach a fair and just verdict

19  based on the evidence.  Consider selecting a foreperson who

20  will be able to facilitate your discussions, who can help

21  you organize the evidence, who will encourage civility and

22  mutual respect among all of you, who will invite each juror

23  to speak up regarding his or her views about the evidence,

24  and who will promote a fair and full consideration of that

25  evidence.

1    I'd like to remind you that in some cases, there

2  may be reports in the newspaper or on the radio, Internet,

3  or television concerning the case.  If there should be such

4  media coverage in this case and you may be tempted to read,

5  listen to or watch it, you must not read, listen to, or

6  watch such reports because you must decide this case solely

7  on the evidence that is presented in the courtroom.  If any

8  publicity about this trial inadvertently comes to your

9  attention, do not discuss it with any other jurors or with

10  anyone else.  Just let me or Mr. Douyon know as soon as it

11  happens and I will briefly discuss it with you.

12    As you retire to the jury room to deliberate,

13  I also wish to remind you of an instruction I gave you at

14  the beginning of the trial.  During the deliberations, you

15  may not communicate with anyone not on the jury about this

16  case.  That includes any electronic communication such as

17  email or texting or blogging about the case.  In addition,

18  you may not conduct any independent investigation during

19  your deliberations.  This means you may not conduct any

20  research in person or electronically via the Internet or in

21  any other way.

22    If it becomes necessary to communicate with me

23  during your deliberations, you may send a note by deputy,

24  signed by your foreperson or by one or more of the members

25  of the jury.  No member of the jury should try to

1   communicate with me except by such a signed note, and I will

2   never communicate with any member of the jury on any matter

3   concerning the merits of this case, except in writing or

4   orally here in open court.

5          Bear in mind also that you are never, under any

6   circumstances, to reveal to any person, not the Clerk or to

7   me, how jurors are voting until after you have reached a

8   unanimous verdict.  This means you should never tell me in

9   writing or in open court how the jury is divided on any

10  matter, for example, 6-6 or 11-1 or 1-11 or in any other

11  fashion or whether the vote favors the government, the

12  defendant, or what it may be on any issue in the case.

13         It is your duty as jurors to consult with one

14  another and to deliberate expecting to reach an agreement.

15  You must decide the case for yourself but you should do so

16  only after thoroughly discussing it with your fellow jurors.

17  You should not hesitate to change an opinion when convinced

18  that it is wrong.  You should not be influenced to vote in

19  any way on any question just because another juror favors a

20  particular decision or holds an opinion different from your

21  own.  You should reach an agreement only if you can do so in

22  good conscience.  In other words, you should not surrender

23  your honest beliefs about the affect or weight of evidence

24  merely to return a verdict or solely because of other

25  jurors' opinions.

1     The attitude and conduct of jurors at the

2  beginning of their deliberations are matters of considerable

3  importance.  It may not be useful for a juror, upon entering

4  the jury room, to voice a strong expression of an opinion on

5  the case or to announce a determination to stand for a

6  certain verdict.  When one does that at the outset, a sense

7  of pride may cause that juror to hesitate to back away from

8  an announced position after a discussion of the case.

9  Furthermore, many juries find it useful to avoid an initial

10  vote upon retiring to the jury room.  Calmly reviewing and

11  discussing the case at the beginning of deliberations is

12  often a more useful way to proceed.  Remember that you are

13  not partisans or advocates in this matter, but you are

14  judges of the facts.

15     Your verdict must represent the considered

16  judgment of each juror, and in order to return a verdict,

17  each juror must agree on the verdict.  In other words, your

18  verdicts must be unanimous.

19     The question of possible punishment of the

20  defendant in the event of a conviction is not a concern of

21  yours and should not enter into or influence your

22  deliberations in any way.  The duty of imposing sentence in

23  the event of a conviction rests exclusively with me.  Your

24  verdict should be based solely on the evidence in this case,

25  and you should not consider the manner of punishment -- the

1    matter of punishment at all.

2          I'll be sending into the jury room with you

3    exhibits that have been admitted into evidence except for

4    the physical evidence.  You may examine any or all of them

5    as you consider your verdicts.  Please keep in mind that

6    exhibits that were only marked for identification but were

7    not admitted into evidence will not be given to you to

8    examine or consider in reaching your verdict.

9          If you wish to examine any tangible evidence in

10   the case, please notify the clerk by written note, and the

11   marshal will bring it to you.  For security purposes, the

12   marshal will remain in the jury room while each of you has

13   the opportunity to examine this evidence.  You should not

14   discuss the evidence or otherwise discuss the case amongst

15   yourselves while the marshal is present in the jury room.

16   You may ask to examine this evidence as often as you find it

17   necessary.

18         I will provide each of you with a copy of my

19   instructions.  During your deliberations, you may, if you

20   want, refer to these instructions.  While you may refer to

21   any particular portion of the instructions, you are to

22   consider the instructions as a whole and you may not follow

23   some and ignore others.  If you have any questions about the

24   instructions, you should feel free to send me a note.

25   Please return your instructions to me when your verdict is

1    rendered.

2            Ladies and gentlemen, just bear with me for one

3    moment.

4            Sorry, everyone.  Just bear with me.  Sorry.

5    I found what I was looking for.

6            Each count of the indictment charges a separate

7    offense.  You should consider each offense and the evidence

8    which applies to it separately and you should return

9    separate verdicts as to each count.  The fact that you may

10   find the defendant guilty or not guilty on any one count of

11   the indictment should not influence your verdict with

12   respect to any other count of the indictment.  At any time

13   during your deliberations, you may return your verdict of

14   guilty or not guilty with respect to any count.

15           You will be provided with a verdict form for your

16   use when you have concluded your deliberations.  The form is

17   not evidence in this case and nothing in it should be taken

18   to suggest or convey an opinion by me as to what the

19   evidence should be.  Nothing in the form replaces the

20   instructions of law I have already given you, and nothing in

21   it replaces or modifies the instructions about the elements

22   which the government must prove beyond a reasonable doubt.

23   The form is meant only to assist you in recording your

24   verdict.

25           When you have reached a verdict, just send me a

1    note telling me that you have reached your verdict and have

2    your foreperson sign the note.  Do not tell me what your

3    verdict is.  The foreperson should fill out and sign the

4    verdict form that will be provided.  We will then call you

5    into the courtroom and ask your verdict in open court.

6            Now, the last thing I must do before you begin

7    your deliberations is to excuse the alternate juror.  As

8    I told you before, the selection of alternates was an

9    entirely random process, it was nothing personal.  We

10   selected the alternate seats before any of you entered the

11   courtroom.  Since 12 of you have remained healthy and

12   attentive, I can now excuse the juror in seat 14.

13           Before you leave, I'm going to ask you to make

14   sure you provide your contact information and provide it to

15   Mr. Douyon.  I do this because it is possible, though

16   unlikely, that we will need to summon you back to rejoin the

17   jury in case something happens to a regular juror.  Since

18   the possibility exists, I'm also going to instruct you not

19   to discuss the case with anyone until we call you.  My

20   earlier instruction on the use of the Internet still

21   applies.  Do not research this case or communicate about it

22   on the Internet.  In all likelihood, we will be calling to

23   tell you there has been a verdict and you are now free to

24   discuss the case.  There is, however, the small chance that

25   we will need to bring you back on to the jury.  So thank you

1   very much for your service and Mr. Douyon will provide you

2   with additional instructions.  Thank you very much.

3                (Alternate juror exited the courtroom.)

4                THE COURT:  Okay.

5                Ladies and gentlemen, the case is now in your

6   hands.  You are our remaining 12 and you are our

7   deliberating jurors.

8                It will take us a few minutes to gather up the

9   jury instructions and the exhibits for your consideration,

10  but we will get those to you as soon as we can.

11               You all will continue -- or begin your

12  deliberations and continue until 5:00 today.  You will not

13  come back with into the courtroom to be dismissed, you will

14  simply be dismissed at 5:00.

15               Deliberations will resume at 9:30 tomorrow.  You

16  will not come back into the courtroom before beginning your

17  deliberations; however, all of you must be present and

18  accounted for before you can begin your deliberations in the

19  morning.  You may not deliberate in the absence of all 12 of

20  you at the same time.

21               Thank you very much and good luck with your

22  deliberations.

23               COURTROOM DEPUTY:  Jury panel.

24               (Jury exited the courtroom.)

25               THE COURT:  Okay, Counsel, have a seat.

1    Please make sure Mr. Douyon has your contact

2 information.  I don't require you to remain in the building;

3 however, you should be within 10 to 15 -- certainly no more

4 than 10 minutes away if a note comes back.

5    Please make sure each side, largely the defense,

6 has reviewed the Government's Exhibits before they go back

7 and confirms that what goes back, in fact, has been

8 admitted.  It's not something -- that is your

9 responsibility; and, furthermore, to make sure that whatever

10 the exhibit list looks like, that you all have consented to

11 and agree that whatever is on the exhibit list is

12 appropriate to go back to the jury.

13    Is there any issue with respect to that?

14    MS. GROSSHANS:  I don't believe so, Your Honor.

15    I did submit that to Mr. Douyon over the weekend

16 and then we firmed it up today and I sent it to counsel and

17 I don't think there was any issue.

18    Additionally, Your Honor, all of the exhibits that

19 you had ordered redacted of the videos, I did submit on

20 USAfx to defense last night so that they were able to review

21 those as well.  I think there were five exhibits total.

22    MR. BOYLE:  I believe there's one or two exhibits

23 we want to double-check, but I think there's not a problem,

24 Your Honor.

25    THE COURT:  Okay.  Terrific.

1099

1          Okay.  Anything else before we adjourn?

2          All right.  Thank you, all, for your

3    presentations, jobs well done, and we will reach you when we

4    hear from the jury.  Thank you, everybody.

5          (Proceedings concluded at 4:24 p.m.)

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

C E R T I F I C A T E

I, William P. Zaremba, RMR, CRR, certify that the foregoing is a correct transcript from the record of proceedings in the above-titled matter.


Date:__May 11, 2023_____     

William P. Zaremba, RMR, CRR

**BY MR. BOYLE: [1]**
969/3
**BY MR. PERRI: [15]**
953/5 958/20 959/4
959/11 960/4 961/19
961/25 962/15 965/11
965/19 966/9 966/20
967/19 968/5 968/15
**COURTROOM**
**DEPUTY: [13]** 913/2
913/6 952/2 952/6
952/22 952/24 974/7
982/16 984/3 985/11
1047/11 1054/18
1097/23
**MR. BOYLE: [69]**
914/7 915/6 915/21
916/7 916/15 917/10
918/3 918/24 919/10
925/8 926/18 927/18
928/13 930/22 931/2
931/18 932/7 932/15
932/18 935/4 936/2
936/19 936/23 936/25
938/4 942/4 942/12
942/15 942/18 943/2
943/13 943/19 947/8
947/25 948/17 950/15
951/1 951/12 951/16
951/19 958/15 968/3
968/12 970/20 970/24
971/23 972/3 972/8
972/14 974/12 975/8
975/15 978/15 981/25
1047/18 1048/17
1050/10 1050/23
1052/8 1052/15
1052/21 1054/17
1056/4 1062/24
1063/12 1066/20
1068/13 1068/22
1098/22
**MR. PERRI: [87]**
915/5 915/20 916/8
916/22 916/25 918/1
918/23 919/9 921/4
924/3 924/6 924/9
924/13 929/6 929/17
933/4 933/8 933/12
934/3 936/5 937/3
937/13 938/17 940/10
940/14 941/15 941/25
943/6 943/17 943/23
944/3 944/8 944/24
946/25 947/4 948/2
950/5 951/2 951/9
952/15 958/24 959/10
959/25 961/16 961/18
961/22 961/24 965/6
965/10 965/16 965/18
966/5 966/8 966/18
968/24 971/1 971/5
971/9 971/12 973/16
976/5 977/6 977/14
978/2 978/22 980/5
980/19 981/21 1027/7
1034/17 1037/12

1038/1 1042/20
1043/11 1049/18
1050/21 1051/6
1051/21 1053/1 1053/5
1053/10 1053/14
1053/17 1053/21
1054/12
**MS. GROSSHANS:**
**[28]** 914/6 945/7
945/10 945/22 947/13
947/15 947/18 948/20
949/4 949/6 949/13
949/18 949/23 984/10
984/15 984/24 985/4
985/7 985/10 1048/16
1052/7 1077/1 1087/13
1087/16 1088/21
1089/7 1090/7 1098/14
**MS. JASARI: [2]**
972/17 972/21
**THE COURT: [157]**
913/4 913/14 914/8
915/7 915/22 916/9
916/17 916/24 917/6
917/12 918/5 918/25
919/11 921/14 924/5
924/8 924/12 924/14
925/17 926/25 928/1
928/15 929/15 929/24
931/1 931/8 932/3
932/10 932/16 933/6
933/11 933/19 934/9
935/17 936/7 936/21
936/24 937/6 937/16
938/8 938/22 940/6
940/12 941/8 941/19
942/2 942/10 942/14
942/17 942/22 943/5
943/10 943/14 943/20
943/25 944/7 944/10
945/1 945/9 945/21
945/24 947/3 947/5
947/9 947/14 947/17
947/23 948/1 948/15
948/18 949/3 949/5
949/9 949/17 949/19
950/3 950/10 950/16
951/3 951/10 951/15
951/18 951/21 952/5
952/8 952/17 952/25
958/16 962/8 967/17
968/4 968/14 968/25
970/25 971/2 971/7
971/11 971/13 972/1
972/5 972/9 972/11
972/16 972/19 973/10
973/17 974/9 975/6
975/14 975/16 976/7
977/9 977/15 978/8
978/18 978/23 980/8
980/23 981/24 982/2
982/18 984/6 984/14
984/19 984/25 985/6
985/9 985/13 1047/6
1047/13 1047/19
1048/18 1049/19
1050/14 1050/22

1051/10 1051/25
1052/13 1052/16
1052/22 1052/24
1053/2 1053/9 1053/13
1053/15 1053/18
1053/22 1054/13
1054/20 1076/23
1090/4 1090/9 1097/4
1097/25 1098/25
**THE WITNESS: [3]**
958/18 959/8 962/9

**$**

**$1,000 [3]** 1014/22
1015/16 1039/22

**'agency' [1]** 976/23

**0**

**0100 [1]** 910/17

**1**

**1-11 [1]** 1092/10
**10 [8]** 914/4 916/12
916/18 981/23 1060/44
1078/18 1098/3 1098/4
**104 [1]** 1066/18
**1050 [1]** 911/3
**10:30 [1]** 952/4
**10:42 [1]** 952/4
**11 [2]** 1092/10 1100/7
**11-1 [1]** 1092/10
**111 [17]** 921/10 921/19
921/21 936/13 940/15
941/8 942/1 984/13
984/13 984/15 1047/21
1047/22 1048/14
1049/10 1053/23
1067/15 1068/11
**1114 [5]** 946/7 946/8
1047/24 1048/3 1048/4
**112 [1]** 977/24
**1125 [1]** 910/15
**114 [1]** 1047/24
**115 [1]** 959/1
**118 [1]** 965/7
**11:00 [2]** 973/25
974/23
**11:29 [1]** 984/5
**11:30 [1]** 951/23
**12 [5]** 917/19 1067/15
1096/11 1097/6
1097/19
**127 [1]** 1025/14
**12th Amendment [1]**
1003/9
**13 [3]** 917/20 952/21
1067/18
**1361 [1]** 976/8
**14 [3]** 918/5 924/22
1096/12
**15 [3]** 981/23 1003/10
1098/3
**16:32 [1]** 965/24
**17 [2]** 918/13 1047/21
**1752 [27]** 919/20
921/13 922/4 922/12

925/22 926/8 926/10
926/16 927/16 929/10
930/9 930/17 931/14
932/12 933/5 933/24
933/25 935/1 950/18
979/16 984/17 1047/16
1053/5 1053/14
**1752s [1]** 921/11
**1776 [3]** 1028/17
1028/18 1084/22
**18 [3]** 918/14 967/13
1003/10
**18 U.S.C [6]** 921/19
976/8 976/11 976/16
1047/16 1047/21
**18th [3]** 1077/19
1077/24 1078/5
**19 [5]** 918/14 918/14
919/2 953/16 1047/15
**1900 [1]** 911/5
**1946 [1]** 1025/12
**1:00 [4]** 974/1 974/1
982/11 982/12
**1:04 [1]** 984/5

**2**

**20 [3]** 951/6 1047/15
1066/8
**20001 [2]** 910/20
911/11
**2001 [1]** 967/15
**20036 [1]** 911/4
**201.1 [1]** 1062/22
**202 [3]** 910/20 911/5
911/11
**202.2 [1]** 1063/10
**202.7 [1]** 1066/23
**2020 [9]** 1058/23
1059/3 1061/7 1071/24
1077/16 1077/19
1077/24 1078/6
1078/13
**2021 [11]** 954/7 973/5
1000/10 1012/21
1047/3 1080/3 1081/10
1083/12 1083/24
1084/12 1087/10
**2023 [3]** 910/5 933/9
1100/7
**203.12 [1]** 1063/3
**204.11 [1]** 1062/25
**204.23 [1]** 1061/12
**204.6 [1]** 1060/3
**204.7 [1]** 1060/7
**204.9 [1]** 1060/23
**21 [3]** 919/15 940/14
1050/6
**21-245 [2]** 910/4 913/7
**22 [7]** 944/4 945/8
945/19 947/15 947/19
948/21 1050/6
**23 [3]** 920/7 947/4
947/5
**230 [1]** 1075/6
**234-0100 [1]** 910/17
**23rd [1]** 933/9
**24 [1]** 921/6

910/4 913/7
**252-6737 [1]** 910/20
**25th [1]** 1025/12
**26003 [1]** 910/16
**27 [2]** 910/5 922/9
**28 [1]** 1053/10
**28th [2]** 1078/6
1078/13
**29 [4]** 951/13 971/25
972/6 982/22
**2:13 [2]** 1074/1 1074/3
**2:25:28 [1]** 1082/12
**2:36 [1]** 1082/21
**2:54 [1]** 1052/23
**2:57 [1]** 1082/17
**2nd [3]** 1084/12
1084/19 1085/10

**3**

**3000 [1]** 910/16
**304 [1]** 910/17
**309 [1]** 920/12
**3249 [1]** 911/11
**333 [1]** 911/10
**34 [1]** 950/6
**354-3249 [1]** 911/11
**36 [1]** 966/1
**3:00 [6]** 1034/14
1047/9 1047/9 1052/20
1066/6 1074/4
**3:00-something [1]**
1036/22
**3:08 [1]** 1052/23
**3rd [1]** 1084/20

**4**

**40 [2]** 920/12 982/1
**430-1900 [1]** 911/5
**45 [4]** 962/21 982/1
985/19 1074/4
**4:09 [1]** 977/24
**4:24 [1]** 1099/5
**4:30 [1]** 1074/6
**4:32:34 [1]** 959/2
**4th [1]** 1060/25

**5**

**50-plus [1]** 985/19
**500 [1]** 911/4
**502.1 [1]** 1082/11
**5104 [1]** 984/17
**594 [1]** 924/22
**5:00 [3]** 981/20
1097/12 1097/14
**5th [3]** 1079/1 1085/19
1086/18

**6**

**6-6 [1]** 1092/10
**601 [1]** 910/19
**6737 [1]** 910/20
**6th [26]** 914/25 954/7
954/13 963/23 967/15
973/5 1000/10 1012/21
1047/3 1060/4 1062/15
1071/23 1073/17
1077/6 1078/14
1078/19 1079/20
1079/22 1080/3

**6**

**6th... [7]** 1081/24
1082/1 1082/4 1083/5
1083/12 1084/4 1087/9

**7**

**7th [5]** 1077/16
1079/21 1080/13
1080/18 1083/24

**9**

**9:00 [1]** 1036/21
**9:20 [1]** 910/6
**9:30 [1]** 1097/15
**9th [1]** 1081/14

**A**

**a.m [4]** 910/6 952/4
952/4 984/5
**Aaron [3]** 952/16 953/2
953/9
**abetted [5]** 1002/11
1005/13 1005/17
1005/21 1007/25
**abetting [9]** 918/8
918/17 918/19 919/5
919/12 1002/7 1007/4
1074/20 1074/22
**abettor [3]** 1007/11
1007/18 1074/25
**ability [6]** 934/21 958/5
968/11 968/16 989/11
1012/7
**able [21]** 926/15 949/1
952/12 952/20 956/14
957/21 962/16 966/21
984/1 1011/19 1018/5
1021/2 1021/10 1024/5
1033/7 1036/7 1067/25
1081/12 1086/4
1090/20 1098/20
**about [133]** 914/1
914/19 915/11 915/18
915/23 916/1 916/6
916/19 916/22 919/15
920/6 921/1 921/25
922/10 922/10 925/18
929/2 929/3 930/23
937/21 939/11 939/12
939/13 940/8 940/15
941/3 942/3 942/10
945/13 950/17 950/23
950/25 958/21 960/20
960/20 962/21 963/10
963/15 974/2 975/23
978/5 978/13 979/4
979/12 980/20 984/8
986/3 986/5 991/7
991/12 993/18 994/22
995/16 995/23 1001/10
1001/17 1004/21
1004/23 1007/12
1007/21 1024/7 1028/2
1028/12 1028/12
1028/18 1029/7
1029/11 1030/24
1031/20 1031/21
1031/21 1031/25

1033/21 1034/8
1039/11 1039/25
1042/13 1042/14
1043/19 1045/6
1046/18 1047/2
1049/17 1050/7
1052/14 1052/19
1058/7 1058/15 1060/9
1062/10 1064/6 1066/8
1068/4 1070/23 1071/1
1074/16 1074/18
1077/3 1077/5 1077/18
1077/22 1077/24
1078/1 1078/4 1078/24
1079/12 1079/14
1079/18 1080/3 1080/8
1080/23 1081/20
1081/25 1082/1 1082/3
1082/7 1083/5 1084/22
1085/1 1085/9 1089/16
1090/17 1090/23
1091/8 1091/15
1091/17 1092/23
1094/23 1095/21
1096/21
**above [11]** 918/22
978/3 1001/2 1004/13
1006/1 1011/4 1017/20
1020/17 1023/20
1026/18 1100/4
**above-titled [1]** 1100/4
**absence [4]** 1056/25
1068/5 1068/6 1097/19
**absent [2]** 938/16
952/18
**absolute [1]** 996/4
**abused [1]** 1064/10
**academic [1]** 923/18
**accept [4]** 916/4
986/12 994/10 996/1
**acceptable [2]** 991/16
1033/16
**access [1]** 1030/4
**accident [4]** 920/23
939/18 999/3 1014/2
**accomplish [3]** 919/8
1001/23 1005/5
**according [1]** 978/1
**account [6]** 946/13
946/16 946/24 1047/25
1048/8 1048/11
**accounted [1]** 1097/18
**accurate [5]** 985/4
985/6 993/16 994/11
1060/1
**accurately [1]** 973/4
**accusing [1]** 990/19
**acquittal [2]** 951/14
971/25
**acquitted [2]** 926/16
927/15
**across [4]** 948/6 967/6
1032/14 1064/24
**act [34]** 989/2 998/4
998/11 998/12 998/16
999/2 1003/13 1003/14
1003/15 1003/22

1006/8 1006/12
1006/12 1006/12
1006/15 1006/16
1006/21 1006/23
1022/11 1022/22
1023/15 1024/10
1024/10 1026/9
1026/14 1032/22
1034/24 1035/7
1041/15 1041/17
1042/6 1042/9 1056/14
**acted [16]** 997/23
999/3 1002/17 1002/19
1002/23 1008/17
1010/25 1012/4
1012/12 1015/7 1025/6
1026/12 1066/1 1073/6
1073/8 1075/3
**acting [7]** 1003/19
1008/25 1010/9
1011/15 1013/3
1056/11 1056/11
**action [5]** 942/20
999/18 1001/23 1005/5
1071/14
**actions [12]** 975/12
987/3 1007/5 1068/14
1072/13 1073/9
1077/12 1078/24
1079/20 1079/22
1081/23 1082/1
**activated [3]** 963/25
964/3 964/19
**active [1]** 918/20
**activities [2]** 953/24
1074/11
**activity [1]** 1022/3
**acts [27]** 920/3 941/22
944/13 997/13 997/18
998/25 999/7 1006/5
1006/8 1006/12
1006/15 1006/19
1006/21 1006/24
1007/1 1008/16
1009/13 1009/14
1009/20 1010/15
1010/16 1011/25
1015/6 1021/14
1021/19 1025/19
1025/19
**actual [7]** 934/7 935/2
956/5 991/1 998/15
1073/22 1074/23
**actually [32]** 920/18
929/14 931/11 933/17
939/18 939/23 960/10
963/19 967/3 973/23
974/16 975/10 997/11
1000/19 1001/17
1004/5 1004/24
1013/23 1033/6 1051/4
1053/23 1058/6
1058/19 1061/5 1068/9
1068/16 1068/18
1071/1 1087/7 1087/8
1087/8 1087/10
**add [2]** 929/20 943/21
**added [7]** 914/24

1006/2 1006/12
1006/15 1006/16
1006/21 1006/23
918/16 919/19 920/19
**addition [4]** 923/7
995/19 1073/21
1091/17
**additional [5]** 920/19
971/8 1039/14 1040/16
1097/2
**additionally [4]** 947/18
975/1 1008/15 1098/18
**address [1]** 1073/1
**addressed [1]** 924/17
**addresses [1]** 934/4
**adjourn [3]** 973/24
982/5 1099/1
**adjourned [4]** 983/20
983/21 1074/1 1074/5
**adjourns [1]** 983/24
**administration [4]**
976/25 1000/2 1015/2
1031/6
**admissible [1]** 992/6
**admitted [12]** 958/25
965/7 986/18 990/1
990/3 996/11 996/13
996/17 996/20 1094/3
1094/7 1098/8
**adversely [4]** 998/20
1035/20 1036/2 1036/6
**advocates [1]** 1093/13
**affect [5]** 958/5 989/11
989/13 994/18 1092/23
**affected [6]** 998/20
1035/20 1036/6 1036/6
1036/10 1061/10
**affecting [1]** 968/16
**affirmative [1]** 1006/17
**after [35]** 948/23 964/3
973/24 973/25 974/25
983/23 983/24 988/21
989/1 991/11 992/10
1009/1 1011/16 1016/4
1018/3 1019/3 1020/25
1021/8 1022/16 1024/3
1052/20 1058/23
1059/6 1059/24 1066/4
1069/16 1069/21
1071/25 1074/4
1079/19 1087/24
1089/10 1092/7
1092/16 1093/8
**aftermath [1]** 913/23
**afternoon [7]** 913/14
914/12 914/16 951/25
1027/7 1047/7 1050/8
**afterwards [1]** 975/11
**again [26]** 934/13
935/17 948/22 965/18
1027/17 1030/17
1035/22 1038/8
1045/22 1067/21
1069/19 1069/20
1069/22 1070/11
1070/23 1072/9 1075/1
1078/12 1079/14
1080/2 1080/18
1081/17 1082/5 1086/6
1086/6 1087/19

**against [18]** 958/2
965/14 981/2 992/3
993/2 994/15 996/6
996/22 998/1 1003/21
1007/1 1012/1 1021/25
1022/23 1023/16
1041/16 1075/15
1083/18
**agencies [1]** 976/20
**agency [10]** 941/16
946/12 976/10 976/17
999/19 1000/1 1014/20
1015/1 1039/20 1048/6
**agent [10]** 915/11
915/24 995/9 995/10
995/16 995/18 995/21
995/23 1069/21 1085/4
**agent's [3]** 995/2 995/5
1067/2
**agents [1]** 917/15
**agree [10]** 928/12
930/11 936/19 942/14
942/15 973/2 985/6
1048/15 1093/17
1098/11
**agreed [2]** 990/6
1054/12
**agreement [2]** 1092/14
1092/21
**ahead [4]** 944/2 985/22
1053/4 1078/15
**aid [8]** 915/14 987/16
1006/20 1006/22
1006/24 1007/14
1068/18 1089/2
**aided [7]** 911/13
1002/11 1005/11
1005/13 1005/17
1005/20 1007/24
**aider [3]** 1007/10
1007/17 1074/25
**aiding [11]** 918/8
918/16 918/19 919/5
919/12 1002/7 1006/8
1007/4 1074/20
1074/22 1089/13
**air [1]** 1062/19
**Ak [2]** 977/20 978/6
**alert [1]** 954/17
**all [164]** 913/2 913/14
913/16 914/1 914/10
914/21 916/9 916/17
917/12 917/18 919/15
921/13 921/14 921/15
922/19 923/14 923/17
925/6 928/10 931/15
933/11 935/18 937/11
939/17 943/20 944/7
947/7 947/7 947/10
947/12 948/1 948/18
948/24 950/11 950/17
951/3 951/22 952/1
952/2 952/5 952/8
952/10 954/18 956/10
960/2 964/6 970/7
971/9 971/14 972/3
972/5 972/9 972/11
973/10 974/4 974/7

**A**

all... **[108]** 974/9
976/12 976/19 978/8
978/23 980/2 981/1
981/12 981/18 982/3
982/5 982/7 982/16
984/1 984/3 985/13
986/2 986/13 988/3
988/22 989/6 989/19
991/23 993/4 997/14
997/21 997/25 999/4
1003/18 1011/16
1018/3 1020/25 1021/8
1024/3 1025/8 1026/1
1027/24 1031/9
1031/25 1032/3 1036/9
1038/2 1042/12
1042/18 1046/21
1046/25 1046/25
1047/1 1047/6 1047/7
1047/10 1047/11
1049/15 1049/25
1050/24 1051/12
1052/22 1053/22
1054/13 1054/16
1054/20 1055/23
1056/1 1056/7 1058/1
1059/24 1060/5
1060/11 1060/15
1060/25 1061/8
1065/24 1069/8
1071/24 1071/25
1073/17 1074/20
1075/12 1075/13
1076/24 1078/19
1079/2 1080/15
1081/11 1081/21
1081/22 1081/23
1081/25 1084/18
1085/10 1085/23
1088/12 1088/23
1089/4 1089/17
1089/17 1090/8
1090/22 1094/1 1094/4
1096/22 1097/11
1097/17 1097/19
1098/10 1098/18
1099/2 1099/2
**all right [9]** 921/15
931/15 947/12 974/4
978/23 984/1 1042/18
1054/16 1076/24
**allegation [1]** 923/11
**alleged [2]** 986/4
992/17
**allegedly [2]** 995/11
1015/18
**alleges [7]** 1003/6
1005/10 1009/24
1016/20 1019/21
1023/4 1069/13
**allow [2]** 989/13
1074/20
**allowed [8]** 949/1
949/11 1011/19 1018/5
1021/3 1021/10 1024/6
1032/9
**almost [5]** 939/9

1090/10
**alone [6]** 986/18
986/19 990/17 993/7
1064/8
**along [2]** 924/6 1002/8
**already [6]** 958/25
1030/14 1074/5 1079/6
1089/15 1095/20
**also [45]** 919/25
920/25 922/4 934/6
947/15 978/25 979/10
979/20 983/1 983/11
983/13 983/17 984/17
995/23 999/16 1000/14
1002/5 1003/15 1004/2
1006/25 1007/13
1008/21 1015/13
1016/1 1016/3 1019/1
1019/3 1022/14
1022/16 1030/18
1041/16 1045/13
1055/21 1056/16
1061/18 1064/21
1072/24 1075/20
1077/21 1079/18
1083/1 1089/7 1091/13
1092/5 1096/18
**alternate [4]** 914/4
1096/7 1096/10 1097/3
**alternates [3]** 919/4
919/12 1096/8
**alternative [4]** 918/11
940/25 978/19 1051/13
**although [4]** 920/20
921/7 929/1 1013/24
**altogether [1]** 917/9
**always [5]** 979/13
994/4 1041/6 1060/19
1087/4
**am [4]** 998/1 1021/6
1049/17 1061/8
**amazingly [1]** 1029/25
**ambiguity [2]** 938/6
979/22
**ambiguous [3]** 934/17
938/5 1071/18
**ambitions [1]** 1075/16
**Amendment [1]** 1003/9
**AMERICA [3]** 910/3
913/7 972/25
**American [2]** 1030/9
1062/10
**Americans [1]** 1075/12
**AMIT [2]** 910/10 913/3
**Amit P [1]** 913/3
**among [3]** 1030/15
1073/16 1090/22
**amongst [3]** 962/2
1082/18 1094/14
**analyzing [1]** 1060/19
**angels [1]** 930/23
**angles [1]** 916/1
**angry [4]** 1028/3
1028/16 1070/4 1089/3
**announce [1]** 1093/5
**announced [1]** 1093/8
**announcement [2]**

**another [37]** 920/15
932/8 933/1 933/14
936/15 941/10 945/2
947/20 948/11 979/11
991/17 999/9 999/10
999/11 999/12 1005/14
1008/18 1009/1
1010/10 1010/25
1011/1 1011/16
1013/14 1021/15
1021/20 1021/25
1030/18 1031/8
1037/22 1039/4
1044/13 1046/1
1046/18 1063/4
1075/15 1092/14
1092/19
**answer [4]** 958/17
992/9 992/11 992/12
**answered [1]** 992/10
**anticipate [1]** 951/13
**any [164]** 914/22
915/16 915/18 916/5
916/6 917/11 917/17
917/24 918/21 921/23
921/25 930/24 937/19
938/13 938/14 938/18
940/6 940/8 946/6
946/11 946/12 946/12
946/15 947/24 948/16
950/24 953/20 955/7
957/21 961/4 962/2
963/8 964/23 966/21
967/20 967/24 968/1
970/1 970/18 970/25
971/8 972/2 972/13
972/13 973/15 974/10
974/11 976/9 976/9
976/10 976/23 977/1
977/13 981/15 982/10
986/14 986/19 987/3
987/4 987/5 987/8
988/3 988/8 990/7
990/12 990/20 990/20
990/21 990/21 991/18
992/25 993/8 993/8
993/11 993/11 993/17
993/19 994/14 995/3
995/6 995/8 995/17
996/2 996/22 997/3
997/13 998/19 998/21
998/22 999/6 999/15
999/17 999/19 999/20
1000/1 1000/4 1000/7
1008/4 1008/6 1008/23
1012/5 1014/20 1015/1
1015/3 1018/12
1019/10 1020/8
1024/10 1024/20
1025/1 1026/4 1026/11
1035/21 1038/8
1038/10 1039/19
1040/23 1041/25
1042/10 1047/24
1048/5 1048/5 1048/6
1048/7 1048/9 1049/21
1065/10 1065/14

1065/17 1067/6 1068/2
1070/16 1071/4
1072/12 1074/13
1091/7 1091/9 1091/16
1091/18 1091/19
1091/21 1092/2 1092/2
1092/5 1092/6 1092/9
1092/10 1092/12
1092/19 1092/19
1093/22 1094/4 1094/9
1094/21 1094/23
1095/10 1095/12
1095/12 1095/14
1096/1 1098/13
1098/17
**anybody [9]** 914/23
915/4 921/1 924/17
930/7 1071/3 1071/4
1071/4 1071/9
**anymore [1]** 1063/25
**anyone [8]** 1064/7
1069/10 1071/12
1075/3 1089/9 1091/10
1091/15 1096/19
**anyone's [1]** 986/23
**anything [19]** 914/22
926/8 935/21 943/21
948/1 957/15 960/20
975/7 982/5 984/8
987/1 1037/10 1057/23
1058/7 1061/25 1067/6
1068/6 1069/10 1099/1
**anyway [2]** 925/6
950/7 985/3
**apologies [2]** 913/16
1047/21
**apologize [2]** 945/11
1076/18
**apparent [1]** 1012/7
**appeals [2]** 1058/11
1058/12
**appear [4]** 979/10
979/11 996/19 1045/25
**APPEARANCES [2]**
910/12 910/22
**appeared [2]** 993/5
1059/11
**appearing [1]** 913/12
**appears [2]** 1050/13
1066/7
**applicable [1]** 998/24
**applied [2]** 984/21
1030/18
**applies [6]** 922/4
986/10 1035/4 1035/6
1095/8 1096/21
**apply [16]** 927/24
928/22 931/5 933/2
933/22 942/9 944/12
974/13 976/15 979/7
979/18 995/6 1011/23
1018/9 1030/18
1038/12
**appropriate [3]** 972/7
1052/12 1098/12
**approved [1]** 1025/12
**approximately [1]**

**Architect [2]** 1025/12
1039/24
**are [146]** 914/18
914/21 915/1 915/2
919/17 922/19 925/11
925/16 927/1 928/17
931/21 935/12 937/8
939/4 940/6 940/8
945/6 945/13 945/14
947/3 947/8 949/1
949/1 949/11 950/13
950/24 952/13 952/21
959/22 961/12 971/9
973/23 975/4 979/8
980/12 981/18 982/10
984/9 985/15 986/16
986/16 987/16 987/17
987/20 988/23 990/9
990/11 990/14 990/15
990/17 990/23 990/24
991/16 991/19 992/14
992/20 993/6 993/7
994/24 995/14 995/22
996/12 996/15 996/17
996/22 997/16 997/21
998/24 1008/2 1008/24
1011/18 1011/19
1012/18 1013/17
1017/15 1018/5 1018/5
1021/2 1021/3 1021/10
1024/5 1024/5 1025/14
1027/4 1030/14
1030/16 1030/16
1032/3 1032/18
1034/23 1035/11
1036/14 1037/17
1038/5 1038/8 1039/1
1039/13 1039/17
1040/4 1040/21
1041/14 1041/24
1042/8 1049/10 1056/3
1056/3 1058/14 1060/8
1060/13 1062/17
1063/5 1064/12
1067/10 1067/22
1068/4 1068/5 1070/15
1072/4 1072/7 1072/18
1073/3 1075/13
1075/14 1075/20
1076/8 1078/7 1078/7
1080/2 1080/20 1081/3
1082/23 1082/24
1083/14 1085/4 1085/8
1088/24 1090/15
1092/5 1092/7 1093/2
1093/12 1093/13
1094/21 1096/23
1097/6 1097/6
**area [9]** 1012/22
1017/12 1018/12
1066/5 1066/10
1066/16 1067/11
1067/21 1072/23
**areas [4]** 1000/13
1025/10 1025/10
1064/10
**aren't [1]** 1060/14

**A**

**argue [7]** 941/18
943/12 943/23 944/2
975/2 975/9 979/23
**Argued [1]** 1029/11
**argues [1]** 942/24
**arguing [2]** 943/7
943/8
**argument [11]** 910/10
930/22 943/3 943/4
972/2 972/4 992/1
1027/6 1027/11
1076/18 1090/5
**arguments [10]** 972/7
973/21 974/4 974/10
974/12 982/19 982/21
985/21 990/14 1027/9
**arises [2]** 921/10 922/2
**Arizona [1]** 1059/16
**arm [3]** 960/16 1042/23
1042/25
**around [14]** 914/16
924/11 935/6 936/9
936/16 950/8 950/25
992/19 1012/22
1044/25 1066/6
1066/11 1074/4 1074/6
**arrest [2]** 916/19 997/1
**Arrington [14]** 920/2
920/12 920/25 921/3
922/3 922/19 924/18
928/22 933/22 936/8
936/11 936/13 939/13
979/16
**arrived [2]** 955/22
1065/12
**arrives [1]** 1066/6
**arriving [2]** 1066/4
1066/11
**article [1]** 998/21
**as [201]**
**aside [3]** 927/12
1063/17 1064/22
**ask [15]** 916/22 931/8
940/6 940/23 942/22
948/4 948/13 949/7
949/16 967/17 1047/14
1060/3 1094/16 1096/5
1096/13
**asked [3]** 955/7 989/9
992/1
**asking [1]** 1079/14
**asleep [1]** 991/14
**assault [18]** 941/7
941/23 943/8 944/13
944/15 944/15 944/20
944/23 1012/5 1012/11
1024/11 1031/18
1038/4 1042/12
1046/17 1046/19
1049/16 1069/13
**assaulted [21]** 944/5
944/6 946/3 1009/10
1009/16 1010/12
1010/18 1010/23
1012/24 1013/5
1029/22 1038/5
1038/15 1048/20

1055/6 1055/11
1055/16 1055/18
**assaulting [12]** 921/19
941/21 1008/11
1008/21 1009/5 1010/6
1011/6 1011/11 1038/2
1038/9 1055/1 1072/6
**assaultive [1]** 944/22
**assaults [1]** 1047/22
**asserts [1]** 991/1
**assigned [1]** 953/21
**assignments [2]**
953/20 954/3
**assist [8]** 990/15
1006/20 1006/22
1006/24 1007/14
1012/20 1054/11
1095/23
**assistance [4]** 946/17
946/24 954/17 1048/11
**assisting [13]** 946/15
946/21 1006/8 1008/23
1013/1 1013/3 1035/18
1048/10 1051/19
1054/5 1055/12
1055/18 1068/25
**associate [1]** 1007/15
**associated [2]** 1002/9
1007/7
**association [1]** 918/18
**assume [5]** 951/16
982/12 991/5 991/9
996/8
**attempt [14]** 918/5
919/12 1000/15
1000/17 1000/21
1001/7 1002/6 1004/3
1004/4 1004/7 1004/18
1004/19 1005/1 1012/5
**attempted [9]** 998/12
998/16 1002/10
1007/24 1012/8 1012/9
1014/21 1039/21
1073/19
**attempting [5]** 961/14
998/4 1001/8 1001/11
1001/19
**attempts [4]** 946/10
1003/18 1012/1 1048/5
**attention [2]** 1076/20
1091/9
**attentive [1]** 1096/12
**attitude [1]** 1093/1
**attorney [2]** 973/1
973/1
**attorneys [3]** 972/25
987/8 994/23
**audio [4]** 915/15
964/16 964/16 996/15
**audit [15]** 1059/23
1060/5 1060/6 1060/11
1060/13 1060/21
1060/25 1061/11
1061/19 1061/25
1078/19 1078/20
1078/20 1079/2
1080/21

1061/19
**authenticating [1]**
1060/17
**authenticity [1]** 972/23
**authority [12]** 976/25
1000/3 1015/3 1016/11
1016/15 1017/6
1017/10 1017/13
1017/17 1040/11
1040/13 1065/5
**authorization [1]**
1012/22
**available [2]** 1047/16
1056/15
**Ave [1]** 911/3
**Avenue [1]** 911/10
**Avila [2]** 995/10 995/23
**Avila's [5]** 915/11
915/24 995/16 995/18
995/21
**avoid [1]** 935/1 1093/9
**aware [4]** 999/1
1001/12 1015/11
1025/22
**awareness [8]** 1002/20
1003/17 1031/10
1031/10 1031/13
1031/21 1036/25
1073/9
**away [7]** 962/10
1057/15 1068/10
1068/24 1069/18
1093/7 1098/4
**axe [10]** 927/9 927/13
927/14 930/5 930/8
1016/21 1019/22
1023/5 1039/13
1040/17

**B**

**baby [3]** 1034/19
1082/14 1082/17
**back [63]** 921/11
923/13 925/25 938/4
948/21 952/10 956/17
956/24 957/5 957/16
957/16 957/16 958/1
961/15 962/4 962/10
962/11 962/11 963/5
964/1 966/12 969/23
971/21 985/1 985/3
985/14 1028/19 1032/4
1033/21 1036/20
1038/8 1042/12
1043/25 1044/19
1045/18 1045/20
1046/3 1050/25
1053/25 1055/24
1058/19 1068/14
1069/18 1077/16
1079/17 1080/17
1081/12 1081/16
1083/19 1085/10
1086/5 1087/18
1089/10 1089/12
1093/7 1096/16
1096/25 1097/13

1098/7 1098/12
**backgrounds [1]**
1075/8
**backpack [11]** 924/10
927/15 930/5 935/20
936/22 1040/17 1046/6
1066/14 1067/12
1067/14 1069/19
**bad [2]** 935/11 1015/7
**bag [1]** 1037/9
**ballet [1]** 1075/10
**ballistic [1]** 961/6
**ballots [2]** 1059/13
1079/2
**bam [1]** 937/12
**banking [1]** 1028/8
**Barnett [7]** 933/4 933/7
933/8 934/4 937/15
937/17 937/17
**Barrett [1]** 911/10
**barricade [2]** 955/25
956/2
**barriers [4]** 982/25
1064/24 1065/14
1065/17
**Base [1]** 1015/22
**based [13]** 924/21
937/24 942/25 956/20
988/19 988/20 989/4
989/5 1033/8 1056/14
1072/2 1090/19
1093/24
**bashed [1]** 1041/17
**basically [2]** 955/25
979/1
**basis [1]** 923/19
**baton [4]** 960/18
961/12 969/15 1067/20
**bay [1]** 983/4
**be [248]**
**bear [5]** 971/19
1062/18 1092/5 1095/2
1095/4
**beard [1]** 1075/24
**bearing [1]** 993/12
**because [82]** 917/9
921/13 923/19 923/24
924/7 925/18 927/7
927/16 927/25 929/11
930/9 931/6 931/12
931/15 931/16 932/16
936/7 936/8 937/7
938/2 938/13 938/18
938/22 941/15 945/4
945/13 949/21 950/10
952/18 968/20 973/22
980/17 981/9 982/25
983/21 984/1 984/20
995/8 996/9 997/10
1001/9 1001/12
1001/20 1004/20
1005/2 1005/20
1028/21 1030/2
1030/23 1031/3
1031/15 1034/14
1035/10 1036/8
1036/18 1039/8

1049/21 1049/25
1051/22 1057/8
1057/11 1058/5
1065/20 1066/6
1071/17 1071/22
1074/1 1075/21
1077/25 1078/13
1079/21 1080/13
1086/21 1087/19
1087/19 1088/8 1091/6
1092/19 1092/24
1096/15
**become [7]** 928/6
928/6 935/13 954/12
954/12 954/15 979/1
**becomes [6]** 921/12
923/4 923/8 927/11
941/23 1091/22
**becoming [1]** 1037/5
**bed [2]** 1057/4 1086/19
**been [35]** 914/25
915/19 917/3 919/19
925/18 953/14 954/1
958/25 965/7 967/11
967/16 974/15 978/11
982/21 986/8 989/15
990/10 991/12 992/10
994/12 996/15 996/21
1035/25 1049/14
1057/12 1057/22
1062/7 1075/7 1076/18
1079/12 1086/4
1089/24 1094/3
1096/23 1098/7
**before [49]** 910/10
913/19 923/17 926/15
935/21 950/20 960/25
967/11 975/10 982/5
982/11 983/20 986/3
993/5 994/23 996/23
1002/25 1047/1 1047/7
1051/7 1053/6 1053/12
1054/22 1056/11
1056/11 1058/16
1058/16 1063/1
1063/22 1074/7
1080/10 1080/15
1082/2 1082/5 1084/10
1085/11 1085/20
1086/18 1086/25
1087/1 1090/12 1096/6
1096/8 1096/10
1096/13 1097/16
1097/18 1098/6 1099/1
**began [1]** 1058/22
**begin [6]** 974/1 985/22
1090/12 1096/6
1097/11 1097/18
**beginning [6]** 917/19
987/15 1091/14 1093/2
1093/11 1097/16
**begs [1]** 943/9
**behalf [1]** 1075/3
**behavior [1]** 993/13
**behind [12]** 941/9
957/7 957/8 957/11
960/23 1033/19 1034/9

**behind... [5]** 1043/15 1045/18 1082/19 1088/24 1089/4

**being [20]** 913/16 925/1 952/12 962/12 974/24 975/4 1006/4 1007/12 1012/24 1030/16 1031/21 1032/5 1034/12 1044/14 1061/14 1067/17 1067/19 1071/9 1074/3 1083/10

**beings [1]** 980/12

**belief [4]** 1017/13 1017/17 1026/19 1072/22

**beliefs [7]** 915/1 992/19 992/23 993/1 1071/21 1076/3 1092/23

**believability [1]** 986/20

**believable [1]** 989/22

**believe [27]** 917/15 917/22 921/9 925/8 926/20 932/19 935/7 938/11 941/5 942/24 955/5 959/24 963/5 969/4 974/22 975/25 987/5 989/21 992/6 994/14 1046/21 1046/23 1072/13 1072/14 1080/19 1098/14 1098/22

**believed [2]** 992/2 993/9

**believing [1]** 1063/5

**belonged [2]** 975/21 1015/14

**belonging [1]** 948/10

**below [1]** 1010/4

**Bench [1]** 971/22

**benefit [1]** 948/12

**bent [5]** 1044/7 1044/15 1044/16 1063/5 1072/17

**best [5]** 1029/19

**betted [1]** 1005/11

**better [2]** 1051/21 1061/16

**between [8]** 922/12 925/10 930/24 993/23 995/17 999/14 1030/3 1035/2

**beyond [60]** 920/21 921/7 981/7 987/25 988/4 988/8 988/12 988/18 989/6 989/7 997/23 998/9 1000/23 1001/13 1001/15 1001/16 1002/14 1003/3 1004/9 1004/22 1004/23 1005/15 1005/22 1007/13 1007/18 1008/4 1009/9 1010/11 1012/11 1013/2 1013/25 1014/15 1016/9

**bias [2]** 987/4 994/17

**biased [1]** 994/15

**Biden [3]** 1037/5 1058/24 1077/17

**big [1]** 1031/1

**bike [8]** 956/2 1032/1 1032/12 1034/11 1034/12 1064/19 1064/22 1082/8

**billy [4]** 1083/5 1083/6 1083/7 1083/10

**bit [16]** 930/23 950/19 950/20 953/18 973/22 979/5 1032/7 1032/17 1032/23 1033/17 1039/14 1044/11 1056/1 1070/2 1071/13 1079/17

**bjasari [1]** 911/7

**black [2]** 961/3 1037/8

**blacked [1]** 996/14

**blade [1]** 1029/5

**blades [1]** 1084/16

**bleak [1]** 1063/22

**bled [1]** 1081/1

**Blerina [2]** 911/2 913/11

**block [1]** 956/5

**blocking [2]** 1030/4 1030/6

**blocks [2]** 1027/15 1027/17

**blogging [1]** 1091/17

**blue [3]** 977/24 977/25 1042/21

**board [4]** 946/1 976/25 1000/3 1015/3

**bodily [15]** 920/15 933/14 933/16 936/14 981/9 1013/13 1013/20 1014/4 1014/4 1014/7 1024/12 1039/4 1039/6 1070/8 1072/19

**body [4]** 963/22 966/13 970/16 1045/14

**body-worn [3]** 963/22 966/13 1045/11

**bona [2]** 1026/19 1072/22

**book [2]** 916/11 1025/14

**books [1]** 934/20

**both [17]** 914/12 919/6 928/16 928/17 928/23 934/4 991/15 991/20 991/23 992/12 1003/14

1022/20 1024/24 1026/8 1047/4 1056/8 1056/19 1057/2 1058/9 1065/8 1065/22 1065/23 1066/3 1067/10 1067/25 1070/7 1070/23 1071/20 1072/11 1072/16 1074/9 1074/21 1075/1 1076/9 1089/17 1095/22

**bias [2]** 987/4 994/17

**biased [1]** 994/15

**Biden [3]** 1037/5 1058/24 1077/17

**big [1]** 1031/1

**bike [8]** 956/2 1032/1 1032/12 1034/11 1034/12 1064/19 1064/22 1082/8

**billy [4]** 1083/5 1083/6 1083/7 1083/10

**bit [16]** 930/23 950/19 950/20 953/18 973/22 979/5 1032/7 1032/17 1032/23 1033/17 1039/14 1044/11 1056/1 1070/2 1071/13 1079/17

**bjasari [1]** 911/7

**black [2]** 961/3 1037/8

**blacked [1]** 996/14

**blade [1]** 1029/5

**blades [1]** 1084/16

**bleak [1]** 1063/22

**bled [1]** 1081/1

**Blerina [2]** 911/2 913/11

**block [1]** 956/5

**blocking [2]** 1030/4 1030/6

**blocks [2]** 1027/15 1027/17

**blogging [1]** 1091/17

**blue [3]** 977/24 977/25 1042/21

**board [4]** 946/1 976/25 1000/3 1015/3

**bodily [15]** 920/15 933/14 933/16 936/14 981/9 1013/13 1013/20 1014/4 1014/4 1014/7 1024/12 1039/4 1039/6 1070/8 1072/19

**body [4]** 963/22 966/13 970/16 1045/14

**body-worn [3]** 963/22 966/13 1045/11

**bona [2]** 1026/19 1072/22

**book [2]** 916/11 1025/14

**books [1]** 934/20

**both [17]** 914/12 919/6 928/16 928/17 928/23 934/4 991/15 991/20 991/23 992/12 1003/14

1017/11 1052/3 1058/25 1069/25

**bottles [1]** 958/9

**bottom [6]** 913/24 916/18 919/2 950/8 982/3 1050/6

**bought [2]** 1028/1 1081/3

**boy [1]** 1028/22

**Boyle [25]** 911/2 911/3 913/11 916/13 933/23 934/15 938/24 939/9 942/2 943/11 947/7 947/24 950/13 951/11 968/25 972/2 972/12 973/13 974/10 982/20 1052/20 1054/16 1054/22 1056/3 1076/23

**Boyle's [1]** 934/12

**bragged [1]** 1083/5

**branch [4]** 946/12 1014/24 1014/25 1048/7

**branches [1]** 976/23

**brave [3]** 983/13 1069/9 1085/21

**brave heart [1]** 983/13

**Braveheart [5]** 980/21 1085/21 1085/23 1085/24 1086/14

**break [7]** 980/3 1047/7 1068/15 1071/12 1080/24 1083/2 1088/1

**breaking [1]** 1085/18

**bribing [1]** 1003/24

**brick [1]** 963/13

**briefly [2]** 1056/21 1091/11

**bring [7]** 1007/21 1080/15 1081/12 1083/1 1086/16 1094/11 1096/25

**bringing [6]** 980/20 1078/23 1078/23 1079/4 1085/1 1085/9

**brings [4]** 921/15 926/5 926/13 1046/2

**bro [1]** 1037/14

**broad [1]** 942/19

**broadcast [1]** 954/19

**broader [1]** 944/14

**broke [3]** 1069/15 1085/17 1088/15

**broken [3]** 950/12 1069/16 1069/17

**brought [7]** 1029/1 1077/9 1084/25 1085/2 1086/21 1087/9 1088/13

**brushed [1]** 966/17

**buffer [1]** 964/18

**building [63]** 910/14 973/6 1000/11 1015/24 1016/3 1016/11 1016/13 1017/4 1017/6 1017/8 1017/18

1018/11 1018/13 1018/24 1019/2 1019/11 1020/5 1020/9 1020/19 1020/24 1022/5 1022/12 1022/15 1022/24 1023/13 1023/17 1023/22 1024/2 1024/14 1026/22 1026/24 1027/1 1027/15 1027/17 1031/24 1033/22 1034/4 1035/16 1037/22 1037/23 1040/3 1040/10 1040/12 1040/19 1040/23 1041/12 1041/18 1041/22 1042/1 1053/7 1064/16 1065/4 1079/13 1080/6 1080/7 1080/10 1083/2 1088/3 1088/4 1088/4 1098/2

**buildings [6]** 1024/20 1025/2 1026/4 1026/11 1042/7 1042/10

**built [1]** 1061/17

**bunch [1]** 1035/11

**burden [21]** 988/1 988/11 988/17 989/7 992/22 1056/7 1057/1 1058/9 1058/12 1058/18 1065/6 1067/7 1074/18 1076/5 1076/10 1076/11 1076/14 1089/18 1089/20 1089/22 1089/23

**bureau [3]** 976/25 1000/3 1015/3

**burn [2]** 1061/21 1061/23

**bus [1]** 955/5

**business [9]** 1019/14 1019/16 1020/12 1020/15 1035/24 1036/2 1036/6 1040/25 1059/3

**businesses [1]** 1041/2

**busted [1]** 1043/20

**butterfly [1]** 927/5

## C
**call [5]** 1037/8 1055/3 1059/18 1096/4 1096/19

**called [8]** 924/22 941/4 941/5 949/16 949/20 949/25 1027/11 1032/15

**calling [2]** 949/15 1096/22

**calls [1]** 952/16

**Calmly [1]** 1093/10

**came [7]** 948/6 954/19 957/4 1062/14 1062/14 1062/15 1073/16

**camera [7]** 959/23 963/22 964/7 964/25 965/1 966/13 1045/14

**campaign [1]** 1059/2

**can [102]** 914/24 919/6 920/6 922/12 923/4 926/3 926/3 926/8 927/7 927/8 927/9 928/6 928/6 928/10 929/13 929/19 930/23 932/12 933/24 934/13 937/9 937/22 938/20 940/6 941/9 941/13 941/20 943/15 943/23 945/5 947/14 948/8 958/17 959/6 959/14 960/10 961/16 963/10 965/10 965/18 965/20 966/24 975/17 976/4 978/3 978/12 982/11 982/22 983/14 985/2 985/9 1027/12 1027/13 1028/21 1031/15 1032/7 1033/3 1036/4 1037/3 1039/1 1039/10 1042/20 1043/4 1043/12 1043/17 1044/15 1044/18 1045/1 1045/18 1046/13 1046/13 1046/17 1046/19 1047/14 1048/13 1053/1 1059/22 1060/3 1063/10 1063/16 1063/17 1065/24 1066/18 1066/21 1066/24 1068/11 1068/13 1068/17 1068/20 1080/22 1084/16 1084/18 1085/5 1085/6 1086/5 1086/6 1086/8 1090/20 1092/21 1096/12 1097/10 1097/18

**can't [13]** 926/9 933/25 937/7 943/14 944/22 979/3 1028/23 1051/23 1060/20 1067/23 1070/20 1070/21 1070/21

**candidate [1]** 1059/5

**canister [1]** 1043/6 1043/6

**cannonfodders [1]** 1064/8

**cannot [5]** 988/22 995/20 997/9 1017/14 1075/22

**capabilities [1]** 1013/22

**capability [1]** 994/18

**capable [11]** 920/14 928/23 933/14 933/16 936/14 975/4 1013/13 1013/19 1039/4 1070/8 1072/18

**Capitol [111]** 925/20 926/6 926/14 930/5

1106

**Capitol... [107]** 930/15
931/9 933/9 934/21
935/5 946/22 954/13
954/18 954/25 955/8
955/10 955/18 968/23
973/6 975/23 977/12
977/13 977/21 978/4
1000/9 1000/11
1012/20 1024/20
1024/20 1025/1 1025/8
1025/11 1025/12
1025/16 1026/4 1026/4
1026/10 1026/11
1026/16 1033/25
1034/4 1035/16
1035/18 1039/24
1041/22 1042/1 1042/7
1042/7 1042/9 1042/10
1049/8 1049/9 1049/13
1051/19 1054/11
1063/19 1064/13
1064/13 1064/16
1064/18 1064/19
1065/2 1065/12
1065/14 1066/4
1070/19 1072/23
1073/11 1073/14
1074/1 1074/3 1077/6
1077/8 1077/13
1078/14 1079/4
1079/16 1079/19
1079/19 1079/21
1079/23 1080/4 1081/5
1081/10 1081/15
1081/20 1081/22
1081/23 1082/4 1082/6
1083/1 1083/2 1083/12
1083/24 1084/2 1084/9
1084/10 1084/21
1084/22 1084/24
1084/25 1085/12
1085/12 1085/13
1085/15 1085/17
1086/23 1086/25
1087/3 1087/4 1087/9
1088/1
**Capitol Grounds [16]**
925/20 926/6 926/14
930/5 930/15 931/9
934/21 935/5 1025/8
1026/16 1033/25
1042/7 1065/2 1066/4
1072/23 1079/16
**capture [6]** 1043/2
1044/6 1044/21 1045/5
1046/7 1064/14
**captures [1]** 1034/6
**car [1]** 932/21
**care [1]** 982/22
**careful [3]** 988/21
989/1 1076/21
**carefully [1]** 1043/4
**cares [2]** 1062/10
1064/6
**carried [11]** 929/1
929/14 999/18 1016/17
1016/17 1019/18

1041/20 1059/9
**carries [5]** 933/15
937/4 939/7 940/1
1049/3
**carry [11]** 921/13
923/15 924/7 928/7
929/11 929/22 932/25
938/19 938/20 938/23
1012/16
**carrying [71]** 922/13
922/16 922/20 922/24
923/2 923/3 923/5
923/6 923/11 923/13
923/21 923/23 924/1
924/10 924/25 925/2
925/4 925/21 925/24
926/4 926/7 926/10
927/23 928/14 928/15
930/9 930/18 930/25
931/4 931/5 932/4
932/13 932/21 933/24
934/1 934/13 935/11
935/12 935/25 936/3
937/21 937/23 937/25
938/9 938/10 938/10
938/12 938/13 939/4
939/5 939/22 948/25
950/18 979/18 980/16
980/17 981/6 998/6
1011/18 1013/1
1015/25 1017/23
1018/4 1018/24
1020/20 1021/1 1021/9
1022/12 1023/23
1024/4 1040/17
**case [98]** 913/7 917/3
922/25 923/19 924/2
924/7 924/16 924/16
924/22 924/24 925/2
925/19 925/19 929/1
931/1 931/2 931/25
933/4 933/7 933/10
936/2 937/19 938/9
940/21 941/2 941/3
941/4 941/5 945/2
946/22 950/14 951/20
971/15 971/16 971/18
972/15 973/12 973/19
980/10 986/5 986/11
986/16 986/24 987/2
987/6 987/17 987/22
988/21 989/15 990/2
990/24 991/22 991/25
992/17 992/23 993/4
993/20 993/21 994/16
995/4 995/16 996/4
997/7 1005/10 1013/18
1027/10 1027/23
1036/1 1038/12
1048/14 1056/7
1057/25 1058/6
1071/14 1075/1
1076/10 1089/25
1090/10 1091/3 1091/4
1091/6 1091/16
1091/17 1092/3
1092/12 1092/15

1093/24 1094/10
1094/14 1095/17
1096/17 1096/19
1096/21 1096/24
1097/5
**cases [8]** 914/25
917/14 988/12 988/14
988/16 992/22 1056/8
1091/1
**cast [1]** 1059/14
**catch [1]** 1074/20
**catch-all [1]** 1074/20
**catches [1]** 1032/21
**categories [1]** 933/2
**caught [1]** 1084/5
**cause [9]** 935/16 981/8
989/1 993/24 1021/15
1021/20 1039/6 1071/4
1093/7
**caused [1]** 1070/22
**causes [3]** 999/8 999/9
1056/10
**causing [10]** 920/15
933/14 933/16 936/14
1013/13 1013/20
1039/4 1070/8 1072/18
1072/18
**caution [1]** 981/13
**caveat [1]** 924/13
**CCTV [3]** 968/8
1045/13 1046/10
**CDW [2]** 924/25 937/25
**cell [1]** 1066/23
**certain [11]** 990/6
995/24 997/6 1031/13
1038/3 1039/9 1043/12
1055/1 1067/10 1072/7
1093/6
**certainly [11]** 926/24
930/19 935/11 942/6
1067/5 1069/14 1071/3
1072/16 1083/13
1084/8 1098/3
**certainty [1]** 989/7
991/21
**certificates [1]** 1078/7
**certification [9]** 1028/6
1028/15 1030/25
1031/7 1036/22 1078/4
1080/11 1080/12
1081/5
**Certified [1]** 911/9
**certify [1]** 1003/8
1100/2
**cetera [3]** 1040/1
1049/22 1055/18
**CH [1]** 911/10
**challenge [1]** 974/14
**chamber [2]** 1073/15
1080/17
**chance [1]** 1096/24
**change [16]** 942/23
949/11 950/24 980/2
981/16 985/8 1050/15
1051/14 1052/18
1054/8 1054/14
1055/15 1055/21

1092/17
**changed [2]** 1053/16
1054/3
**changeover [1]** 1031/7
**changes [4]** 939/25
940/3 950/24 1058/10
**chaos [3]** 1064/13
1067/22 1068/3
**chaotic [1]** 969/5
**Chapline [1]** 910/15
**charge [29]** 910/10
919/13 919/14 934/21
941/8 948/3 948/25
949/2 949/7 975/9
978/12 1011/10
1011/17 1018/4 1018/6
1021/1 1021/4 1021/9
1021/11 1024/4 1024/7
1030/18 1030/19
1034/23 1038/4
1042/12 1046/17
1049/10 1074/15
**charged [17]** 925/21
926/3 947/22 988/6
997/4 1000/14 1004/2
1005/12 1006/1
1006/16 1006/23
1007/23 1011/2
1049/14 1049/15
1058/14 1089/24
**charges [31]** 921/18
947/16 948/23 986/4
989/11 989/13 998/1
998/3 1002/3 1002/5
1008/10 1008/15
1008/19 1014/9
1015/23 1018/22
1022/10 1024/18
1026/2 1026/21
1027/16 1027/18
1027/19 1030/11
1030/15 1053/7
1053/12 1065/1
1089/24 1090/8 1095/6
**check [6]** 977/8 1029/3
1029/4 1029/5 1059/25
1098/23
**checked [1]** 1083/25
**chest [2]** 964/11
964/12
**chief [1]** 971/18
**china [1]** 1081/3
**chose [1]** 996/9
**chosen [1]** 996/5
**chuck [1]** 1084/13
**cinderblock [1]** 963/13
**circle [5]** 960/10
961/20 968/7 1042/22
1044/25
**Circuit [5]** 924/22
930/20 941/5 941/6
948/7
**Circuit's [1]** 920/11
**circular [1]** 977/22
**circulate [1]** 1059/21
**circulated [3]** 914/12
982/14 984/9

circumstance [2]
930/7 935/24
**circumstances [19]**
923/14 927/24 928/10
930/1 931/19 936/24
936/25 989/20 991/3
997/12 997/14 997/21
1007/6 1021/24
1031/13 1032/21
1050/5 1058/6 1092/6
**circumstantial [30]**
990/25 991/4 991/13
991/15 991/19 991/20
991/24 1007/5 1032/6
1032/16 1032/19
1032/23 1033/2
1033/11 1033/14
1056/22 1056/23
1056/24 1056/25
1057/6 1057/7 1057/10
1057/20 1057/25
1058/5 1058/12
1074/17 1074/18
1077/3 1077/7
**cited [1]** 924/15
**citizens [1]** 1078/1
**city [2]** 954/16 1076/2
**city-wide [1]** 954/16
**civil [23]** 917/23
988/12 998/6 998/18
998/19 999/6 1000/16
1000/17 1000/20
1000/22 1001/4 1001/9
1001/11 1001/12
1001/20 1001/24
1034/21 1035/9
1035/10 1035/13
1035/20 1036/5
1036/10
**civility [1]** 1090/21
**claiming [1]** 1059/7
**claims [1]** 1059/12
**clarifies [1]** 947/1
**clarify [1]** 995/13
**classifications [1]**
933/3
**clause [1]** 1048/12
**clear [8]** 918/17 941/6
977/4 1001/23 1005/5
1030/24 1051/2
1063/14
**cleared [2]** 1080/10
1080/14
**clearly [6]** 921/23
925/22 929/10 931/17
934/20 1050/3
**clerk [3]** 914/12 1092/6
1094/10
**clip [10]** 1043/3 1044/6
1044/13 1044/22
1045/5 1046/7 1067/15
1067/18 1067/19
1069/21
**close [8]** 951/25
981/23 1034/14
1045/10 1045/22
1069/3 1073/16 1074/2
**closing [9]** 910/10

**closing... [8]** 942/24
973/21 974/4 985/20
1027/5 1027/9 1027/11
1052/20
**closings [1]** 981/19
**clothes [1]** 1085/23
**clothing [2]** 960/20
960/21
**clouds [1]** 1082/23
**club [1]** 1083/7
**clubbed [3]** 1083/5
1083/6 1083/10
**Coast [1]** 1076/2
**Code [2]** 924/24
1003/10
**coincide [1]** 987/9
**cold [1]** 1063/22
**College [6]** 1003/8
1077/23 1078/6
1079/11 1081/6
1081/19
**color [1]** 961/2
**colored [2]** 994/17
1044/11
**COLUMBIA [12]** 910/1
938/1 973/2 977/5
999/14 999/15 999/16
1000/6 1000/8 1025/14
1062/15 1075/24
**combat [1]** 1086/1
**combative [1]** 968/18
**come [18]** 918/15
925/3 934/21 937/9
952/19 965/12 978/6
986/1 1042/23 1045/12
1047/1 1050/25
1054/15 1059/1 1075/8
1076/1 1097/13
1097/16
**comes [12]** 917/22
920/1 920/25 928/2
980/15 1044/4 1045/2
1045/21 1065/6 1076/2
1091/8 1098/4
**coming [7]** 928/20
980/22 1036/20 1040/6
1059/19 1063/18
1068/18
**command [1]** 957/17
**comment [3]** 922/10
924/4 950/23
**commented [2]** 922/15
1060/24
**comments [2]** 915/18
1061/13
**commerce [7]** 998/20
998/21 999/13 999/13
1035/21 1035/23
1036/6
**commission [5]**
976/24 1000/2 1007/9
1008/16 1015/2
**commit [29]** 998/4
998/12 1000/15
1000/22 1000/25
1001/6 1001/17 1002/7
1004/3 1004/4 1004/8

**containers [7]** 940/4
940/8 950/25 958/21
958/22 1031/14
1059/20
**conclude [12]** 928/21
928/25 931/25 942/25
980/13 981/11 982/25
983/2 983/8 983/15
1032/8 1033/23
**concluded [3]** 985/20
1095/16 1099/5
**concludes [1]** 932/22
**concluding [3]** 918/22
919/2 919/7
**conclusion [7]** 935/10
993/10 1033/1 1033/4
1033/7 1067/1 1067/2
**conclusions [2]**
1033/15 1066/25
**concurrence [1]** 973/1
**concussion [1]** 913/24
**conduct [59]** 915/3
918/12 933/2 941/11
944/14 944/22 986/8
992/17 992/19 998/22
999/2 1002/21 1004/1
1015/8 1015/9 1015/12
1018/23 1019/2
1019/10 1019/13
1019/15 1019/16
1020/5 1020/8 1020/11
1020/13 1020/14
1020/15 1020/19
1020/24 1021/11
1021/14 1021/19
1022/2 1024/19 1025/1
1025/4 1025/17
1025/23 1026/24
1035/21 1036/11
1037/1 1040/18
1040/22 1040/25
1041/1 1041/2 1041/8
1041/22 1041/25
1042/2 1048/2 1050/2
1068/4 1079/8 1091/18
1091/19 1093/1
**confer [1]** 970/22
**conference [1]** 971/22
**conferred [3]** 970/23
976/6 1051/9
**confinement [1]**
965/15
**confirm [3]** 913/19
914/2 914/17
**confirmed [1]** 914/5
**confirms [3]** 1001/5
1004/16 1098/7
**conflicting [1]** 929/9
**confusing [2]** 945/14
1071/19
**confusion [2]** 1050/9
1064/15
**Congress [23]** 935/8
935/19 958/19 975/10
975/12 975/13 983/20
983/24 999/16 1002/25
1015/1 1025/5 1025/5
1030/4 1036/19 1042/2

1073/25 1074/4 1074/7
1074/8
**Congress's [1]** 1003/7
**Congressional [1]**
1073/25
**Congressmen [3]**
1078/8 1079/25
1080/20
**Congresspeople [3]**
1080/5 1080/16 1090/2
**Connecticut [1]** 911/3
**connection [2]** 921/11
1035/9
**conscience [1]**
1092/22
**conscientious [1]**
940/19
**conscious [1]** 1031/21
**consciousness [2]**
1003/15 1003/16
**consented [1]** 1098/10
**consequence [1]**
997/17
**consider [63]** 919/3
919/6 919/6 949/1
949/12 986/13 987/3
989/14 989/19 989/25
990/7 990/9 990/19
990/20 991/23 992/15
992/24 993/4 993/11
993/12 994/4 994/8
994/11 994/16 996/20
997/13 997/20 999/4
1007/4 1008/3 1008/8
1008/20 1009/3 1011/4
1011/5 1011/11
1011/19 1013/22
1016/6 1017/20
1017/21 1018/1 1018/6
1019/5 1020/17
1020/18 1020/23
1021/3 1021/11
1022/18 1023/20
1023/21 1024/1 1024/6
1027/23 1038/22
1039/15 1090/19
1093/25 1094/5 1094/8
1094/22 1095/7
**considerable [2]** 921/5
1093/2
**consideration [7]**
923/18 986/25 988/22
992/21 1076/5 1090/24
1097/9
**considered [5]** 995/3
1013/7 1039/13
1046/25 1093/15
**considering [5]** 947/16
948/22 1029/2 1053/6
1053/12
**consistent [1]** 1049/24
**conspiracy [1]**
1060/15
**constant [3]** 962/22
962/23 963/11
**constantly [1]** 964/18
**constitute [7]** 918/19

1073/5 1074/13
936/23 941/13 944/13
**constitutes [7]** 919/18
922/21 1010/3 1016/24
1019/25 1023/8
1046/16
**Constitution [2]**
911/10 1003/9
**constitutional [2]**
1003/21 1063/16
**construction [4]** 979/9
979/14 979/24 979/25
**consult [1]** 1092/13
**contact [24]** 940/16
940/21 940/22 940/24
941/6 941/12 941/14
941/18 941/22 942/7
942/8 942/13 942/16
943/1 943/12 943/15
944/5 1008/17 1008/25
1010/9 1010/22
1011/15 1096/14
1098/1
**contacts [1]** 942/20
**contained [1]** 998/2
**contemplated [2]**
917/7 1028/24
**context [6]** 921/24
933/21 941/8 976/21
977/2 1030/18
**contexts [1]** 1031/12
**continental [1]** 976/13
**continue [11]** 952/13
952/20 961/16 961/22
965/16 966/6 966/18
1037/19 1080/11
1097/11 1097/12
**CONTINUED [1]** 911/1
**continuously [3]** 960/3
961/23 1043/10
**contradicted [1]**
994/12
**contradictory [1]**
1071/19
**contrast [1]** 1003/23
**control [2]** 987/10
1072/5
**controller [1]** 1030/12
**controls [2]** 915/17
1067/1
**convenience [1]**
995/12
**convert [1]** 948/9
**convey [1]** 1095/18
**conveys [1]** 1063/23
**convict [7]** 1010/1
1016/22 1019/23
1023/6 1067/24
1074/14 1074/21
**convicted [14]** 922/13
926/4 926/8 926/10
928/10 930/13 930/17
932/4 932/12 933/24
933/25 934/13 937/22
1056/18
**conviction [4]** 919/13
935/1 1093/20 1093/23
**convinced [2]** 988/23

**convinced... [2]**
1017/15 1092/17
**Cooper's [3]** 924/15
924/21 937/20
**copies [1]** 985/23
**copy [2]** 948/8 1094/16
**cordoned [1]** 1018/12
**corner [3]** 965/21
1045/1 1082/16
**corporation [2]** 977/1
1015/4
**correct [19]** 914/5
914/6 914/7 921/9
925/9 932/15 940/17
941/25 943/13 969/17
970/1 970/2 974/7
1030/20 1048/13
1051/2 1051/5 1055/23
1100/3
**corrected [1]** 950/7
**correction [1]** 1054/23
**corroborates [2]**
1001/5 1004/16
**corruptly [7]** 1002/4
1002/23 1003/13
1003/19 1003/23
1004/1 1037/6
**cost [2]** 1015/19
1015/20
**could [59]** 925/13
926/18 926/22 926/24
931/15 932/4 935/1
935/16 936/23 942/25
944/11 944/19 950/9
953/17 960/2 960/22
970/21 975/13 979/18
979/20 979/23 979/24
981/6 981/11 982/24
983/2 983/2 983/7
983/15 1028/7 1028/9
1029/23 1029/24
1030/12 1033/23
1035/5 1039/6 1043/6
1044/8 1044/8 1046/23
1049/8 1049/19
1049/25 1057/8
1057/11 1062/22
1062/24 1067/8
1067/15 1069/24
1069/25 1070/2
1070/22 1078/8
1080/11 1080/15
1084/13 1085/22
**couldn't [6]** 958/7
963/6 970/9 970/10
970/12 1064/20
**counsel [18]** 929/5
948/1 967/17 970/23
976/6 982/18 983/12
987/4 1047/6 1051/9
1056/5 1087/6 1089/23
1090/4 1090/6 1090/9
1097/25 1098/16
**count [82]** 918/6 918/7
918/17 918/22 919/2
919/14 919/23 921/18
929/21 948/3 950/2

978/10 978/14 978/20
979/1 979/7 981/14
983/19 998/3 1000/14
1002/3 1002/5 1003/6
1004/2 1005/12
1007/23 1008/7
1008/10 1008/15
1011/2 1011/24 1014/9
1015/23 1017/1
1017/15 1018/10
1018/21 1018/22
1020/2 1022/9 1022/10
1023/10 1024/17
1024/18 1025/18
1026/2 1026/15
1026/23 1026/25
1027/2 1034/21
1036/13 1038/2
1039/16 1040/2
1040/18 1041/11
1041/22 1042/6 1053/5
1053/6 1053/13
1053/14 1054/25
1054/25 1055/1 1055/4
1055/5 1055/22 1072/6
1072/24 1072/25
1072/25 1073/1 1095/6
1095/9 1095/10
1095/12 1095/14
**Count 1 [4]** 918/6
998/3 1000/14 1011/2
**Count 2 [13]** 918/7
918/17 918/22 919/14
1002/3 1002/5 1003/6
1004/2 1005/12
1007/23 1008/7
1036/13 1073/1
**Count 3 [17]** 919/23
921/18 929/21 979/7
981/14 1008/10
1008/15 1017/1
1018/21 1020/2 1022/9
1023/10 1024/17
1038/2 1054/25
1054/25 1072/6
**Count 4 [6]** 948/3
978/9 978/20 1014/9
1039/16 1055/5
**Count 5 [7]** 979/1
1015/23 1026/23
1040/2 1053/5 1053/14
1072/24
**Count 6 [4]** 1018/22
1026/25 1040/18
1072/25
**Count 7 [5]** 1022/10
1025/18 1027/2
1041/11 1072/25
**Count 8 [3]** 1024/18
1026/15 1041/22
**Count 9 [1]** 1042/6
**counted [2]** 1059/13
1062/20
**counting [1]** 1028/8
**country [13]** 1031/5
1059/3 1061/2 1061/5
1062/14 1063/16

1075/13 1079/3 1081/2
1089/21
**counts [19]** 917/19
919/20 922/4 922/12
924/20 972/3 974/11
974/13 978/19 978/24
978/25 1027/3 1039/12
1039/13 1053/20
1053/23 1058/1
1076/14 1076/17
**couple [4]** 937/9
945/19 950/22 1068/4
**coupled [1]** 1012/6
**course [15]** 916/24
938/8 940/16 940/21
992/7 996/10 996/24
1013/4 1022/3 1032/20
1035/15 1038/12
1041/8 1064/2 1079/10
**court [30]** 910/1 911/8
911/9 926/19 927/6
937/17 939/13 939/16
948/4 948/8 951/5
952/3 972/10 978/16
982/17 984/4 987/8
991/7 997/3 1003/20
1003/24 1052/9
1052/22 1056/5 1072/8
1072/21 1090/15
1092/4 1092/9 1096/5
**Court's [1]** 934/5
**courthouse [2]** 910/15
1089/21
**courtroom [12]** 952/7
974/8 985/12 1047/12
1054/19 1091/7 1096/5
1096/11 1097/3
1097/13 1097/16
1097/24
**Courtyard [1]** 959/17
**coverage [1]** 1091/4
**cowardice [1]** 1064/6
**CR [1]** 910/4
**crack [2]** 1028/20
1028/20
**Craig [1]** 1085/4
**crap [1]** 1061/15
**cray [2]** 1078/8 1078/9
**crazy [2]** 1078/10
1078/17
**creases [1]** 1060/18
**creates [1]** 1050/9
**creatures [1]** 1061/16
**credibility [5]** 986/20
993/6 993/10 995/5
1059/10
**credible [1]** 994/12
**crime [23]** 928/13
990/19 1000/15
1000/18 1000/19
1000/22 1001/1 1001/6
1001/17 1001/21
1002/2 1004/3 1004/5
1004/6 1004/12
1004/17 1004/23
1005/3 1005/9 1005/15
1005/18 1032/22

**crimes [4]** 1009/2
1016/5 1019/4 1022/17
**criminal [9]** 913/7
923/5 971/25 987/22
988/16 996/4 1000/7
1007/8 1056/8
**criminalize [1]** 935/8
**CROSS** 912/4 969/2
**CROSS-EXAMINATION**
**[1]** 969/2
**crossed [1]** 1065/14
**crossing [1]** 1040/6
**crowd [12]** 955/12
959/19 962/14 962/17
1032/12 1034/13
1064/1 1064/15
1066/22 1074/11
1082/18 1085/25
**crowding [1]** 1022/1
**CRR [2]** 1100/2 1100/8
**crumpled [2]** 1046/2
1046/8
**cup [1]** 1083/9
**curfew [1]** 1036/8
**curious [1]** 976/3
**current [1]** 942/4
**Currently [1]** 953/21

**D**

**D.C [13]** 910/5 910/20
911/4 911/11 924/24
1000/12 1028/11
1057/16 1058/20
1060/4 1060/25
1078/18 1079/1
**damage [13]** 999/10
999/11 1014/21
1014/21 1015/16
1024/13 1039/20
1039/21 1039/25
1066/16 1070/2
1070/22 1071/4
**damaged [5]** 1014/16
1015/18 1015/19
1039/18 1069/17
**damaging [1]** 1014/13
**damned [1]** 1081/2
**dance [1]** 910/2
**dang [1]** 1086/20
**danger [3]** 999/8 999/9
1036/19
**dangerous [168]**
919/18 919/21 919/22
920/3 920/8 920/13
920/14 921/2 921/20
921/24 922/4 922/5
922/13 922/16 922/17
922/21 922/22 923/4
923/9 923/10 923/10
923/16 923/23 924/18
924/25 925/11 925/11
925/14 925/16 925/22
925/23 926/2 926/4
926/6 926/9 926/11
926/14 926/21 926/23
927/1 927/6 927/20
928/5 928/6 928/7

922/22 928/24 929/8
929/16 929/21 930/2
930/10 930/18 931/7
932/2 932/4 932/5
932/14 933/13 933/25
934/2 934/14 934/23
935/3 935/6 935/25
936/17 937/8 937/10
937/22 937/24 938/2
938/15 938/16 939/5
939/7 939/14 939/16
939/20 939/24 939/25
948/25 975/4 979/4
979/15 979/19 980/14
980/18 981/8 983/6
983/9 983/17 1008/16
1009/8 1009/21
1009/24 1009/25
1010/3 1010/4 1011/9
1011/18 1013/7 1013/9
1013/10 1013/10
1013/12 1013/12
1013/17 1013/19
1013/21 1015/25
1016/17 1016/20
1016/21 1016/24
1016/25 1017/23
1018/4 1018/20
1018/25 1019/19
1019/21 1019/22
1019/25 1020/1
1020/20 1021/2 1021/9
1022/8 1022/13 1023/2
1023/4 1023/5 1023/8
1023/9 1023/23 1024/5
1024/16 1026/23
1026/25 1027/2 1038/4
1038/20 1038/25
1039/2 1039/3 1039/10
1040/3 1040/15
1040/19 1041/5
1041/12 1041/20
1043/13 1046/16
1046/22 1055/2 1055/5
1061/25 1065/2
1069/24 1070/18
1071/7 1085/8 1085/14
1085/16 1086/3
1088/17
**dangerous-or-deadly-**
**weapon [1]** 922/5
**Date [1]** 1100/7
**dated [1]** 1025/11
**daughter's [1]** 913/22
**David [2]** 910/13 913/9
**david.perri [1]** 910/17
**day [16]** 910/7 961/5
965/1 968/17 981/1
982/4 1033/15 1051/19
1054/11 1077/12
1081/22 1087/3 1087/4
1088/9 1089/5 1089/21
**days [1]** 1030/9
**dboyle [1]** 911/6
**dead [4]** 1059/14
1060/18 1061/20
1063/15
**deadliness [1]** 935/15

**deadly [143]** 919/18
919/20 919/22 920/3
920/8 920/13 920/14
921/2 921/3 921/20
921/24 922/3 922/5
922/13 922/16 922/17
922/21 923/3 923/9
923/15 924/18 925/21
928/21 928/24 929/8
929/20 930/2 930/14
931/6 931/20 932/4
932/5 932/13 932/13
933/13 934/14 934/22
935/3 935/6 935/11
935/12 935/13 935/13
935/16 935/25 936/17
937/2 937/23 938/1
938/15 939/7 939/14
939/16 939/20 939/23
939/24 948/25 975/1
975/5 979/15 979/19
980/14 980/18 981/8
983/6 983/9 983/17
1008/16 1008/8
1009/21 1009/24
1009/25 1010/3 1010/4
1011/9 1011/18 1013/7
1013/8 1013/10
1013/12 1013/12
1013/17 1013/21
1015/25 1016/17
1016/19 1016/20
1016/24 1016/25
1017/23 1018/4
1018/20 1018/24
1019/18 1019/21
1019/22 1019/25
1020/1 1020/20 1021/2
1021/10 1022/7
1022/12 1023/1 1023/3
1023/4 1023/8 1023/9
1023/23 1024/16
1026/23 1026/25
1027/2 1038/3 1038/20
1038/24 1039/2 1039/3
1039/10 1040/3
1040/14 1040/19
1041/4 1041/12
1041/20 1043/12
1046/16 1046/22
1055/2 1061/16 1065/2
1069/13 1069/24
1070/18 1071/7 1072/7
1072/12 1080/25
1085/8 1085/13
1085/16 1086/3
1088/18

**deal [7]** 914/10 921/16
922/11 950/18 1028/5
1031/1 1051/10

**dealing [2]** 957/1 963/4

**death [17]** 920/15
933/14 936/15 981/9
1013/14 1013/20
1014/5 1024/12 1039/4
1039/7 1070/8 1072/18
1072/19 1081/1

**debris [7]** 958/8 963/11
1069/12 1071/2 1071/2
1071/11 1072/15

**December [6]** 1077/19
1077/24 1078/5 1078/6
1078/12 1079/12

**decide [20]** 931/19
986/17 986/18 986/19
986/24 987/2 991/18
996/22 997/19 1015/15
1043/5 1043/7 1044/7
1044/9 1046/15
1057/15 1070/6
1076/17 1091/6
1092/15

**decided [1]** 925/14

**deciding [3]** 992/21
999/3 1007/2

**decision [8]** 916/4
920/12 924/15 924/21
937/21 996/6 996/8
1092/20

**declared [1]** 1077/17

**defendant [216]**

**defendant's [24]** 915/1
915/3 923/13 972/15
988/23 992/24 993/1
998/15 1001/16
1004/22 1006/23
1007/14 1015/7
1015/11 1019/15
1020/13 1026/19
1033/4 1044/22 1045/6
1077/10 1078/12
1082/18 1084/19

**defense [25]** 913/11
916/7 918/3 929/12
944/1 946/19 948/8
950/13 951/20 970/23
973/4 973/9 973/11
978/15 1026/21 1047/8
1050/10 1068/20
1072/24 1077/12 1087/6
1088/7 1088/7 1098/5
1098/20

**defer [1]** 972/14

**define [3]** 976/17
1051/11 1051/17

**defined [7]** 925/1 925/5
1001/2 1004/13 1010/4
1025/10 1035/22

**defines [3]** 921/23
935/14 976/11

**defining [1]** 948/4

**definition [30]** 917/21
918/9 921/12 922/3
922/18 923/9 924/18
924/19 928/22 929/8
929/20 932/16 933/22
936/11 936/13 939/13
939/24 940/2 948/4
948/14 948/19 979/7
980/16 981/14 1017/1
1020/2 1023/10
1049/23 1052/4 1052/5

**definitions [7]** 998/24

**deprive [1]** 948/11

**derailed [1]** 1028/10

**describe [1]** 976/22

**described [3]** 1008/1
1025/18 1026/18

**describing [1]** 962/22

**deserves [1]** 996/3

**designated [3]** 946/7
1047/24 1048/3

**desire [1]** 994/18

**desk [15]** 919/24
925/15 942/25 966/11
1009/25 1016/21
1019/23 1023/5
1029/25 1029/25
1038/22 1070/16
1071/5 1071/6 1071/10

**destroyed [4]** 1014/17
1015/18 1015/19
1039/18

**destroying [1]** 1014/13

**destruction [4]**
1014/10 1024/13
1039/16 1063/5

**destructive [1]** 1062/1

**detail [1]** 994/5

**detaining [1]** 1012/21

**determination [3]**
1015/22 1037/24
1093/5

**determine [13]** 916/5
969/25 986/15 986/21
989/20 990/24 993/7
994/16 995/20 996/2
1002/10 1060/13
1070/13

**determined [2]** 989/18
1029/22

**determining [4]** 993/3
994/10 997/22 1013/20

**diameter [1]** 1043/17

**did [101]** 920/23 929/2
939/14 949/9 954/12
954/12 954/15 954/20
954/25 955/11 955/11
955/22 956/8 957/19
958/5 960/22 961/7
962/25 963/8 963/16
966/16 967/3 967/5
967/20 967/24 968/1
968/6 970/7 970/12
970/15 970/18 978/6
983/2 983/17 984/19
997/18 997/18 999/5
1000/18 1002/1
1002/15 1004/5 1005/8
1006/12 1006/19
1009/13 1009/14
1010/15 1010/16
1014/1 1014/18
1017/16 1019/12
1020/10 1022/25
1023/18 1025/3
1028/15 1029/1
1029/19 1030/10
1032/8 1033/24
1036/15 1037/17
1037/21 1039/18

**degree [2]** 991/21
998/19

**delayed [3]** 975/10
975/11 998/20

**delete [1]** 978/16

**deliberate [7]** 1063/14
1081/13 1085/5 1086/5
1091/12 1092/14
1097/19

**deliberating [1]** 1097/7

**deliberations [25]**
985/18 987/11 987/15
989/25 992/13 992/16
996/12 1076/21
1090/12 1090/14
1091/14 1091/19
1091/23 1093/2
1093/11 1093/22
1094/19 1095/13
1095/16 1096/7
1097/12 1097/15
1097/17 1097/18
1097/22

**demand [8]** 1060/4
1060/10 1060/25
1078/19 1078/20
1079/2 1079/24
1080/21

**demanded [1]** 1081/15

**demeanor [1]** 993/12

**demonstrate [1]**
1062/12

**demonstrates [1]**
1073/23

**Dennis [2]** 911/2
913/11

**dennisboylegal.com
[2]** 911/6 911/7

**deny [1]** 1075/20

**department [34]** 946/5
946/20 953/13 953/15
954/4 964/23 975/22
976/10 976/17 976/17
976/24 999/19 999/22
999/23 999/25 1000/1
1000/10 1009/12
1010/14 1012/19
1014/20 1014/23
1014/24 1015/1
1035/17 1038/7
1039/20 1048/22
1050/8 1050/12
1051/15 1051/18
1052/2 1052/6

**departments [3]**
976/18 999/23 1014/23

**depending [5]** 936/24
936/25 939/25 940/3
940/3

**depends [2]** 1013/17
1032/24

**depicts [1]** 973/4

**deployed [1]** 1032/5

**deprivation [1]** 976/9

**did you [12]** 954/12
954/12 954/15 954/25
955/11 956/8 963/8
963/16 967/3 967/5
970/7 1071/16

**didn't [23]** 927/16
931/15 935/8 949/17
981/9 982/25 983/22
1029/9 1031/17
1031/18 1033/6 1034/4
1040/12 1070/3
1070/13 1070/20
1071/3 1078/14
1080/12 1083/21
1083/24 1084/1
1084/25

**died [1]** 1081/2

**difference [5]** 915/16
945/2 980/10 995/17
1051/1

**different [25]** 915/25
916/1 925/19 933/2
935/18 937/10 938/18
939/10 966/3 967/1
975/24 993/23 1032/23
1039/1 1039/14
1041/16 1046/15
1052/11 1052/14
1053/24 1056/23
1075/8 1075/8 1075/9
1092/20

**differently [2]** 923/20
994/1

**difficult [5]** 927/19
967/11 967/15 969/25
995/14

**difficulties [1]** 913/17

**difficulty [3]** 924/23
938/18 938/22

**dipped [1]** 1044/3

**direct [21]** 912/4
940/21 940/24 941/6
953/3 990/24 991/2
991/8 991/15 991/19
991/22 991/23 1007/4
1032/19 1032/20
1033/3 1053/9 1057/11
1077/3 1077/7 1081/8

**direct evidence [9]**
990/24 991/8 991/22
1032/20 1033/3
1057/11 1077/3 1077/7
1081/8

**directed [3]** 955/9
980/12 1050/2
**direction [1]** 1045/13
**directly [9]** 942/18
942/20 946/5 957/8
957/8 960/23 992/18
997/10 1027/9
**disagree [2]** 926/18
943/2
**disagreeing [1]** 936/12
**disappears [1]**
1032/13
**discharging [1]** 969/13
**discredit [1]** 993/24
**discrepancies [1]**
993/22
**discrepancy [2]** 994/4
994/6
**discuss [7]** 914/23
1091/9 1091/11
1094/14 1094/14
1096/19 1096/24
**discussing [2]** 1092/16
1093/11
**discussion [2]** 937/18
1093/8
**discussions [1]**
1090/20
**disfigurement [1]**
1014/6
**dismiss [2]** 971/24
1088/15
**dismissal [2]** 978/7
978/14
**dismissed [2]** 1097/13
1097/14
**dismissing [1]** 914/3
**disobey [1]** 1025/21
**disorder [23]** 917/23
998/7 998/18 998/19
999/6 1000/16 1000/18
1000/20 1000/23
1001/1 1001/5 1001/9
1001/11 1001/13
1001/20 1001/24
1034/22 1035/9
1035/10 1035/13
1035/20 1036/5
1036/10
**disorderly [19]**
1018/23 1019/2 1019/9
1020/4 1020/7 1020/18
1020/24 1021/11
1021/14 1021/19
1024/19 1024/25
1025/17 1026/24
1040/18 1040/22
1041/7 1041/22
1041/25
**dispute [5]** 917/2
921/25 940/17 1077/22
1077/22
**disregard [1]** 995/21
1025/21
**disrupt [8]** 1019/13
1020/11 1025/4
1028/14 1036/19

**disrupted [3]** 1019/16
1020/14 1028/7
**disruptive [18]**
1018/23 1019/2
1019/10 1020/5 1020/8
1020/19 1020/24
1021/11 1021/24
1022/2 1024/19 1025/1
1025/17 1026/24
1040/18 1040/22
1041/8 1041/25
**distance [1]** 1034/10
**distant [1]** 1064/11
**distinction [1]** 925/10
**distracted [1]** 1031/16
**DISTRICT [17]** 910/1
910/1 910/11 938/1
953/13 954/5 954/24
973/2 977/5 999/14
999/15 999/16 1000/6
1000/8 1025/13
1062/15 1075/24
**disturb [1]** 1025/4
1042/2
**disturbance [2]** 999/7
1022/2
**disturbing [1]** 1071/13
**diverse [1]** 1075/6
**diversity [1]** 1075/7
**divide [1]** 1075/14
**divided [1]** 1092/9
**do [95]** 917/3 925/6
925/7 930/13 935/21
937/11 939/11 939/17
939/23 949/1 950/21
951/17 953/10 953/12
953/20 956/21 957/5
959/12 960/17 961/20
963/16 964/23 966/13
967/7 968/13 968/16
968/21 970/18 972/12
972/19 973/23 974/10
975/17 978/12 978/24
979/16 980/19 982/18
984/24 985/2 985/3
985/4 985/9 985/19
985/24 987/13 997/18
1011/10 1011/19
1012/7 1015/21
1016/12 1017/7
1017/24 1018/5
1020/21 1021/2
1021/10 1023/24
1024/5 1025/20 1029/1
1030/11 1030/12
1031/10 1031/12
1036/1 1037/4 1038/12
1040/11 1051/4 1052/1
1058/12 1065/24
1069/4 1069/10
1069/18 1071/15
1071/15 1073/18
1080/14 1081/20
1082/6 1084/18
1086/15 1086/18
1087/7 1089/10 1091/9
1092/15 1092/21

1096/21
**do you [5]** 925/6
930/13 953/10 961/20
964/23
**do you have [5]**
953/20 972/12 972/19
974/10 1082/6
**do you recognize [3]**
959/12 960/17 966/13
**Do you remember [1]**
967/7
**do you see [2]** 963/16
1069/4
**docking [2]** 964/24
965/2
**doctor [1]** 913/22
**does [48]** 915/4 922/6
922/7 927/11 927/15
929/4 929/25 932/23
932/24 933/22 937/7
939/9 943/7 943/21
964/16 965/23 967/14
976/16 979/16 987/9
988/2 991/17 991/21
999/2 1001/25 1003/22
1004/1 1005/7 1007/13
1015/10 1015/13
1025/21 1029/7 1031/6
1034/19 1036/1
1045/25 1052/9
1056/25 1063/9 1069/8
1069/9 1073/10
1076/24 1088/15
1089/10 1089/12
1093/6
**doesn't [26]** 918/18
921/22 922/17 923/6
926/16 927/16 928/9
930/10 931/14 937/6
946/5 976/15 979/16
979/17 980/9 983/24
1043/23 1046/6
1057/21 1057/22
1057/23 1064/3 1076/1
1078/20 1088/16
1089/4
**doing [26]** 920/2 954/1
961/12 968/8 968/20
981/16 982/20 999/1
999/1 1003/17 1009/20
1030/2 1031/11
1031/22 1036/24
1037/6 1038/19
1058/16 1066/16
1067/23 1077/5
1077/13 1077/14
1079/5 1081/4 1088/25
**DOJ [1]** 910/19
**DOJ-USAO [1]** 910/19
**don't [56]** 919/5 921/25
926/7 927/9 927/25
930/8 930/17 930/24
933/6 935/11 935/21
936/9 936/11 936/16
937/1 938/24 938/25
939/11 939/18 940/17
942/22 944/1 944/25

975/17 979/12 982/11
1028/22 1028/22
1030/13 1033/18
1037/10 1044/25
1046/21 1053/10
1061/12 1061/13
1063/5 1063/24 1069/5
1069/6 1070/12 1071/2
1071/17 1071/21
1077/4 1077/6 1080/23
1080/24 1084/17
1088/10 1098/2
1098/14 1098/17
**Donald [5]** 1058/23
1059/4 1059/7 1062/21
1064/1
**Donald Trump [5]**
1058/23 1059/4 1059/7
1062/21 1064/1
**done [11]** 952/12 987/1
997/13 1028/4 1037/4
1051/12 1051/13
1056/2 1070/2 1080/15
1099/3
**double [1]** 1098/23
**double-check [1]**
1098/23
**doubt [78]** 920/21
921/8 981/7 988/1
988/4 988/9 988/12
988/18 988/18 988/19
988/19 988/24 988/25
988/25 989/4 989/4
989/5 989/6 989/8
997/23 998/10 1000/24
1001/14 1001/15
1002/14 1003/3 1004/9
1004/22 1005/15
1005/22 1007/13
1007/19 1008/4 1009/9
1010/11 1012/12
1013/2 1013/25
1014/15 1016/9
1017/16 1019/8
1022/21 1024/24
1026/8 1047/5 1056/8
1056/10 1056/10
1056/13 1056/16
1056/16 1056/19
1056/24 1057/2 1058/9
1059/18 1065/8
1065/22 1065/24
1066/2 1066/3 1067/10
1067/25 1070/7
1070/24 1071/20
1072/12 1072/17
1074/9 1074/22 1075/2
1076/9 1089/16
1089/16 1089/17
1089/17 1095/22
**Douyon [6]** 913/21
1091/10 1096/15
1097/1 1098/1 1098/15
**dovetail [1]** 1054/9
**down [13]** 954/17
954/18 955/1 955/5
971/3 983/1 1029/10

1048/24 1049/4
1061/22 1061/23
**downloads [1]** 964/24
**drafted [1]** 922/7
**drag [1]** 1084/13
**draw [4]** 990/10 990/21
1033/7 1033/15
**drawer [20]** 919/24
943/1 966/11 966/11
966/16 970/15 1009/25
1016/22 1019/23
1023/6 1029/25 1030/1
1038/22 1045/12
1045/15 1045/16
1070/17 1071/5 1071/6
1071/10
**drawing [1]** 1032/24
**drawn [1]** 991/4
**drop [2]** 917/9 978/20
**dropped [2]** 916/10
917/11
**due [2]** 913/23 938/6
**duh [1]** 1033/13
**during [50]** 916/21
919/16 924/9 939/6
953/24 963/22 967/3
967/21 970/7 985/17
986/18 987/11 987/12
987/14 989/25 990/5
992/7 996/10 996/24
997/20 998/18 1000/15
1000/17 1000/19
1000/22 1001/1 1001/4
1001/9 1001/11
1001/20 1001/24
1007/9 1016/18
1019/19 1023/2 1034/7
1034/21 1040/15
1041/5 1041/21 1047/2
1057/7 1057/9 1059/2
1077/15 1091/14
1091/18 1091/23
1094/19 1095/13
**duties [31]** 944/19
945/18 946/14 946/16
946/23 953/20 954/3
998/6 998/17 1000/11
1008/14 1008/24
1009/7 1009/19 1010/8
1010/21 1010/25
1011/8 1011/14 1035/9
1038/18 1048/1 1048/9
1048/11 1049/7 1050/7
1051/20 1054/7 1055/9
1055/14 1055/20
**duty [9]** 986/12 988/6
1012/19 1013/1 1013/4
1054/10 1072/1
1092/13 1093/22

**E**

**each [24]** 965/14
989/18 994/20 1000/24
1002/13 1004/10
1005/25 1007/25
1014/14 1016/8 1019/7
1024/23 1026/7

**each... [11]** 1058/18
1089/23 1090/22
1093/16 1093/17
1094/12 1094/18
1095/6 1095/7 1095/9
1098/5
**eagle [2]** 1043/23
1043/23
**earlier [4]** 937/14 980/7
1088/2 1096/20
**early [3]** 913/16 914/10
1064/14
**easier [1]** 1054/1
**easily [1]** 922/24
**East [1]** 1076/2
**easy [2]** 917/13 1064/5
**edge [1]** 1086/11
**effect [5]** 967/1 994/3
1002/20 1037/1
1060/16
**effectively [1]** 946/20
**effects [1]** 968/1
**efficient [1]** 986/9
**effing [2]** 1037/22
1037/23
**effort [2]** 1029/15
1035/19
**efforts [6]** 948/24
1011/17 1018/3
1020/25 1021/8 1024/3
**eggs [5]** 1028/20
1028/20 1028/22
1080/24 1080/25
**eight [2]** 941/23 944/12
**eight-year [2]** 941/23
944/12
**either [18]** 919/6
922/13 927/9 927/25
938/1 938/20 947/21
947/21 948/12 980/13
994/15 995/7 998/20
1011/2 1025/5 1042/3
1049/20 1075/22
**either/or [1]** 1049/20
**elected [3]** 1061/15
1062/11 1062/11
**election [22]** 1028/2
1028/4 1058/23
1058/24 1058/24
1058/25 1059/4 1059/6
1059/18 1059/24
1059/25 1060/5
1060/22 1061/8
1062/21 1063/14
1063/17 1063/18
1071/22 1077/17
1077/18 1078/19
**elections [1]** 1061/6
**electoral [8]** 1003/8
1030/25 1062/10
1077/22 1078/6
1079/11 1081/6
1081/19
**electronic [1]** 1091/16
**electronically [1]**
1091/20
**element [32]** 919/25

9252 ARM 947/20
988/5 988/8 1001/7
1001/18 1001/25
1004/18 1004/25
1005/7 1009/23 1011/1
1016/19 1019/20
1023/3 1035/4 1035/6
1036/4 1048/20
1048/24 1050/1 1050/1
1050/16 1050/17
1052/18 1050/20
1052/3 1054/2 1054/2
1054/3
**elementary [1]** 953/23
**elements [40]** 928/17
998/9 1000/24 1002/8
1002/14 1004/10
1005/25 1008/20
1009/2 1009/9 1010/11
1014/15 1016/4 1016/9
1019/4 1019/8 1022/17
1022/20 1024/24
1026/8 1027/14
1027/15 1027/20
1030/16 1034/23
1036/15 1038/5
1039/17 1040/4
1040/21 1041/14
1041/24 1042/8
1048/19 1049/3
1050/19 1054/8 1072/8
1073/3 1095/21
**eliminates [1]** 1058/1
**Ellipse [3]** 1084/6
1084/11 1086/25
**else [12]** 948/1 971/10
975/7 982/5 1012/6
1057/8 1064/7 1068/7
1075/3 1076/6 1091/10
1099/1
**elsewhere [2]** 1051/22
1059/22
**email [6]** 910/17
910/21 911/5 911/6
982/8 1091/17
**emailed [1]** 914/1
**embrace [2]** 1089/18
1089/20
**emphasize [1]** 915/1
**employed [1]** 954/7
**employee [1]** 945/11
945/13 946/11 946/13
946/16 946/22 947/11
999/21 1000/5 1048/6
1048/8 1048/10
1049/22
**employees [1]** 946/10
**encourage [6]** 1006/20
1006/22 1006/24
1007/15 1088/6
1090/21
**encouraged [1]**
1006/18
**encouraging [2]**
1006/9 1087/25
**end [13]** 929/7 965/1
980/3 981/16 982/4
985/3 1026/1 1029/5

end 439 1049/24
1043/20 1075/12
1086/8
**endangering [1]**
968/19
**ended [1]** 1036/20
**ends [1]** 929/9
**enemies [1]** 1075/17
**enforcement [11]**
917/21 995/2 995/9
996/25 998/5 998/14
998/16 1000/4 1000/6
1035/1 1035/7
**enforcing [1]** 1000/12
**engage [3]** 953/23
1041/6 1041/7
**engaged [33]** 945/17
946/13 998/17 1000/6
1008/13 1008/24
1009/7 1009/18 1010/8
1010/20 1010/24
1011/8 1011/13 1019/9
1020/7 1022/22
1023/15 1024/25
1026/9 1035/8 1038/17
1040/22 1041/9
1041/14 1041/24
1042/8 1047/25 1048/8
1049/6 1054/6 1055/8
1055/13 1055/19
**engaging [12]** 957/12
1003/25 1022/11
1022/15 1023/12
1023/21 1024/2 1024/6
1026/3 1027/1 1041/11
1042/6
**engulfs [1]** 1064/16
**enhancement [5]**
922/5 939/3 941/21
942/9 944/12
**enjoy [3]** 1075/10
1075/10 1075/11
**enough [8]** 917/13
930/3 945/14 1006/23
1007/10 1029/16
1046/5 1059/17
**ensues [1]** 1064/13
**ensure [1]** 934/20
**enter [10]** 978/10
1012/22 1016/15
1017/10 1017/17
1040/13 1064/20
1065/5 1073/15
1093/21
**entered [18]** 935/4
952/7 974/18 974/18
974/19 975/3 985/12
1016/10 1017/5
1035/24 1039/17
1040/5 1040/5 1054/19
1073/11 1074/1
1074/13 1096/10
**entering [14]** 949/2
949/7 1015/24 1016/2
1017/3 1017/13
1017/21 1018/1 1018/6
1021/3 1026/22 1040/2
1065/1 1093/3

enters [3] 1042/20
1043/22 1067/13
**entire [1]** 984/12
**entirely [2]** 997/18
1096/9
**entirety [1]** 920/6
**entitled [4]** 990/13
994/21 1072/22 1076/4
**entrance [6]** 955/25
957/3 958/6 964/1
969/5 1029/14
**entry [1]** 968/23
**enumerated [1]** 976/18
**envisioning [1]** 940/18
**equal [1]** 991/20
**equipment [1]** 961/4
**err [1]** 981/13
**error [1]** 994/6
**essence [1]** 929/11
**essentially [15]** 915/2
915/14 915/25 916/3
916/20 917/3 918/18
918/20 920/7 920/11
929/12 932/6 937/15
1031/4 1043/21
**establish [1]** 941/7
1012/3 1027/13 1065/7
1066/1 1066/2
**established [5]** 917/3
1013/2 1035/5 1035/6
1036/5
**establishment [3]**
976/24 1000/2 1015/2
**estimate [2]** 981/21
981/25
**et [3]** 1040/1 1049/22
1055/18
**et cetera [1]** 1040/1
1049/22 1055/18
**ethnic [1]** 986/24
**evacuated [4]** 958/19
1079/25 1080/7
1080/19
**evaluating [1]** 995/4
**even [23]** 928/8 937/11
980/16 981/4 1000/18
1004/5 1026/20
1032/11 1035/4
1036/20 1036/21
1051/21 1064/18
1067/22 1072/23
1073/16 1074/2
1074/12 1076/4
1088/16 1088/24
1089/1 1089/2
**event [9]** 917/17
921/23 969/5 981/15
995/7 1022/3 1048/5
1093/20 1093/23
**events [3]** 954/13
973/5 1066/9
**ever [4]** 935/12
1063/15 1069/20
1071/9
**every [12]** 987/22
988/4 996/4 1006/22
1032/2 1033/15
1061/19 1080/9 1080/9

everybody [21] 913/20
914/4 914/14 914/17
914/20 946/1 952/1
952/5 952/11 957/25
958/1 974/5 978/21
982/13 1047/13
1047/14 1047/17
1048/15 1050/22
1065/21 1099/4
**everyday [2]** 1012/16
1043/11
**everyone [15]** 913/5
913/14 952/9 974/6
974/9 982/6 982/15
984/2 984/6 984/8
985/14 1052/24
1054/21 1076/6 1095/4
**everything [8]** 958/9
979/2 1002/1 1005/8
1027/11 1047/1 1047/2
1080/14
**evidence [174]** 915/16
930/14 931/24 936/2
936/3 936/5 937/14
942/25 958/25 971/8
971/10 971/17 972/13
973/18 974/16 974/17
974/20 974/22 974/24
975/3 975/21 983/7
986/2 986/18 986/19
986/25 987/9 987/10
987/17 987/18 987/20
988/3 988/20 988/21
988/22 989/14 989/17
989/20 990/1 990/1
990/3 990/8 990/9
990/12 990/15 990/16
990/17 990/20 990/21
990/23 990/24 990/25
991/2 991/3 991/4
991/8 991/13 991/16
991/17 991/19 991/21
991/22 991/23 992/2
992/5 992/15 994/13
995/4 995/16 996/11
996/23 996/24 997/6
997/8 997/15 997/20
997/21 999/4 1001/15
1007/5 1007/6 1007/11
1015/22 1027/13
1027/24 1029/3 1032/6
1032/16 1032/19
1032/19 1032/20
1032/23 1033/3 1033/3
1033/11 1033/14
1035/24 1046/25
1056/14 1056/22
1056/23 1056/24
1056/25 1057/6 1057/8
1057/10 1057/11
1057/20 1057/21
1057/25 1058/5
1058/12 1062/3 1062/4
1062/5 1065/11
1065/12 1065/13
1065/14 1065/15

**E**

evidence... [54]
1065/16 1065/17
1065/19 1069/20
1070/11 1070/15
1070/17 1071/3
1071/18 1071/19
1072/2 1072/4 1072/10
1072/13 1072/16
1072/16 1073/7
1073/13 1073/14
1073/19 1073/21
1074/2 1074/10
1074/12 1074/14
1074/17 1074/18
1074/21 1075/3 1077/3
1077/3 1077/7 1077/14
1081/8 1082/5 1083/4
1084/4 1090/19
1090/21 1090/23
1090/25 1091/7
1092/23 1093/24
1094/3 1094/4 1094/7
1094/9 1094/13
1094/14 1094/16
1095/7 1095/17
1095/19

evil [1] 1075/15

exactly [10] 933/20
949/23 955/11 1033/14
1051/24 1078/13
1081/7 1084/2 1085/21
1086/14

**EXAMINATION [2]**
953/3 969/2

examine [7] 996/18
1070/11 1094/4 1094/8
1094/9 1094/13
1094/16

example [23] 922/25
925/13 927/3 930/3
930/12 935/1 935/19
941/3 941/10 942/24
966/24 991/5 1003/19
1014/24 1031/15
1032/17 1033/6
1033/18 1057/3
1057/10 1057/13
1058/3 1092/10

exceeded [2] 1014/22
1039/21

except [7] 929/21
1002/1 1005/8 1070/16
1092/1 1092/3 1094/3

exception [2] 975/3
1071/5

exclusive [1] 987/7

exclusively [1]
1093/23

excuse [9] 928/6 962/7
1001/14 1055/4
1056/25 1088/12
1089/4 1096/7 1096/12

excused [1] 1058/10

executive [6] 976/18
976/20 976/22 999/22
999/24 1014/24

exercise [1] 996/5

Exhibit [25] 959/5
965/7 972/19 972/21
973/4 977/24 996/12
996/14 996/16 1060/3
1060/7 1060/23
1061/12 1062/22
1062/24 1063/10
1066/18 1066/23
1067/15 1068/11
1068/20 1082/11
1088/7 1098/10
1098/11

Exhibit 111 [1]
1067/15

Exhibit 204.23 [1]
1061/12

Exhibit Number 2 [1]
972/21

exhibits [14] 990/3
992/13 995/12 996/10
996/19 1059/23 1062/6
1094/3 1094/6 1097/9
1098/6 1098/18
1098/21 1098/22

existed [1] 978/20

exists [1] 1096/18

exited [4] 974/8
1047/12 1097/3
1097/24

expected [2] 1060/4
1078/18

expecting [2] 945/5
1092/14

expects [1] 1071/23

experience [6] 967/10
967/13 968/1 990/12
994/3 1071/16

explain [4] 959/14
1002/8 1002/9 1008/20

explained [2] 1006/1
1072/8

explanation [2] 978/17
1052/11

explanatory [1]
1051/23

expressed [1] 987/5

expression [1] 1093/4

extent [2] 993/8
1074/24

extra [2] 948/4 948/13

extreme [1] 1014/5

extremely [1] 932/20

eyewitness [2] 991/1
1032/20

**F**

F-ing [1] 1088/4

F.2d [1] 920/12

F.3d [1] 924/22

face [2] 1045/2
1075/25

Facebook [3] 980/19
1037/3 1077/19

faces [1] 1085/24

facilitate [5] 1006/20
1006/22 1006/24
1007/15 1090/20

facilitating [1] 1006/9

facing [1] 959/9

fact [31] 919/25 927/22
929/22 979/20 983/20
983/24 988/13 990/7
991/1 991/16 997/2
1013/3 1019/15
1020/14 1026/20
1030/19 1033/8
1033/11 1033/19
1041/1 1057/23
1059/15 1069/3 1069/7
1069/21 1072/23
1073/15 1073/23
1088/15 1095/9 1098/7

facts [19] 926/22 983/1
986/16 986/17 986/21
989/19 990/3 990/6
990/10 990/24 991/3
996/23 997/14 997/19
1007/6 1013/17
1032/25 1048/14
1093/14

faculty [1] 1014/8

failed [8] 974/21 988/7
1058/17 1064/22
1066/1 1066/2 1076/10
1076/13

fails [3] 1071/19
1072/13 1076/11

failure [1] 994/2

fair [11] 917/6 924/14
968/10 986/9 986/25
989/11 989/15 1015/16
1015/18 1090/18
1090/24

fairly [3] 973/4 990/13
994/21

faith [2] 1017/13
1017/16

fall [2] 935/2 977/5

falling [3] 991/6 991/8
1033/7

falls [2] 923/12
1072/11

falsehood [1] 994/7

familiar [1] 955/17

family [3] 952/19
952/19 1018/16

far [6] 917/15 931/21
960/8 995/22 1048/22
1072/11

Farrow [1] 941/4

fashion [1] 1092/11

favor [4] 938/7 978/10
979/23 991/17

favorable [1] 934/18

favoritism [1] 986/22

favors [2] 1092/11
1092/19

FBI [3] 1067/2 1069/21
1085/3

fear [6] 967/20 967/24
986/22 1021/16
1021/21 1075/17

features [2] 915/24
995/24

federal [19] 910/14
971/25 976/4 998/7

technology [1] 951/9

teach [9] 1008/14 1012/20
1013/1 1013/3 1014/11
1016/1 1016/4 1018/25
1019/3 1022/13
1022/16 1024/21
1026/5

federally [4] 998/22
999/17 1035/21
1036/11

feel [10] 957/21 985/24
990/11 993/8 1029/3
1064/10 1085/5 1085/6
1085/7 1094/24

feet [1] 1032/3

fellow [1] 1092/16

felony [8] 942/1 947/21
1008/18 1009/1
1010/10 1011/1 1011/1
1011/16

fence [1] 1034/9

fences [1] 1064/19

fencing [7] 974/20
1031/25 1032/3
1032/11 1034/10
1064/21 1082/8

few [7] 940/10 951/5
986/5 1027/8 1088/15
1090/11 1097/8

fide [2] 1026/19
1072/22

field [1] 953/24

fifth [11] 919/25 920/2
944/4 948/7 1006/12
1009/20 1009/23
1010/22 1050/18
1050/19 1055/22

Fifth Circuit [1] 948/7

fight [1] 1063/24

fights [1] 1078/11

figure [2] 945/5
1061/20

figured [1] 1028/6

fill [1] 1096/3

filled [1] 1063/23

final [5] 923/17 980/9
982/8 1053/18 1090/11

finalized [1] 950/21

finalizing [1] 973/23

finally [7] 975/8 979/3
983/19 1026/19 1046/9
1073/1 1081/14

find [82] 916/14 926/22
930/1 932/8 943/15
943/15 955/22 988/3
988/6 988/7 988/9
989/21 989/24 990/10
997/19 998/8 998/9
1000/21 1000/23
1001/8 1001/10
1001/13 1001/14
1001/19 1001/22
1002/12 1002/13
1004/7 1004/9 1004/19
1004/21 1005/1 1005/4
1005/15 1005/19
1005/21 1006/19
1007/10 1007/16

2016/4 1008/7 1009/4
1009/8 1010/5 1010/10
1011/9 1011/11
1012/10 1012/11
1014/12 1014/14
1016/7 1016/8 1017/2
1017/4 1017/14
1017/23 1017/25
1019/6 1019/7 1020/3
1020/6 1020/21
1020/22 1022/19
1022/20 1023/11
1023/13 1023/24
1023/25 1024/22
1024/23 1026/6 1026/7
1029/23 1046/17
1056/19 1057/18
1090/7 1093/9 1094/16
1095/10

finding [2] 1012/7
1012/9

fine [9] 916/17 931/21
947/9 951/18 952/19
952/20 985/7 1049/25
1061/21

finger [1] 960/10

finish [3] 951/22
981/20 1080/17

finishing [1] 1036/21
1087/21

firearm [1] 939/7

fired [1] 1061/14

firm [2] 1001/22 1005/4

firmed [1] 1098/16

firmly [1] 988/23

first [46] 914/4 921/6
931/12 944/4 945/10
945/23 946/2 947/19
948/22 974/14 981/22
998/11 1000/25 1001/7
1002/8 1002/15
1004/11 1004/18
1005/24 1009/10
1010/12 1011/5 1013/8
1014/16 1016/10
1017/5 1017/21 1019/9
1020/7 1020/18
1022/22 1023/15
1023/21 1024/25
1026/9 1030/23
1048/20 1051/16
1052/3 1054/2 1066/7
1067/12 1068/8
1073/11 1074/3
1090/13

fish [1] 1075/11

fists [1] 1028/25

fit [1] 1027/12

fits [1] 1048/13

five [5] 1005/23
1038/19 1052/19
1072/8 1098/21

fix [4] 929/19 1053/23
1054/1 1063/16

flag [2] 1045/3 1045/19

flagpole [12] 919/23
927/20 927/23 928/5
1009/25 1016/21

**F**

**flagpole... [6]** 1019/22
1023/5 1038/22
1044/24 1045/7
1072/17
**fly [2]** 1053/16 1073/10
**flying [3]** 963/11
1044/20 1046/6
**focus [2]** 1046/19
1071/17
**focused [2]** 962/5
968/20
**focuses [1]** 1071/14
**folks [1]** 1060/8
**follow [2]** 986/14
1094/22
**followers [1]** 1084/9
**following [22]** 922/19
973/3 998/9 998/24
1000/24 1002/14
1004/10 1005/23
1009/9 1010/10
1011/23 1014/14
1016/9 1017/4 1018/9
1019/8 1020/6 1022/20
1023/14 1024/24
1026/8 1026/21
**follows [4]** 1054/1
1054/4 1055/6 1055/10
**footage [2]** 964/22
978/2
**football [1]** 1075/10
**footing [1]** 958/10
**forbids [1]** 1025/20
**force [11]** 983/10
983/14 983/14 1011/25
1012/1 1012/1 1012/2
1012/8 1028/14
1043/15 1046/5
**forces [1]** 1075/14
**forcible [1]** 1072/14
**forcibly [12]** 1008/11
1009/4 1009/13 1010/5
1010/15 1011/25
1012/4 1012/12
1012/24 1013/5
1038/13 1047/22
**foregoing [1]** 1100/3
**foreign [1]** 1076/4
**foreperson [6]** 1090/14
1090/16 1090/19
1091/24 1096/2 1096/3
**foresaw [1]** 1079/10
**foresee [2]** 943/6
1079/9
**foreseeable [1]** 1003/4
**forget [1]** 1071/23
**form [22]** 914/13
949/24 950/1 950/23
950/25 979/1 982/9
982/14 984/11 984/12
985/2 991/17 1011/21
1018/7 1021/5 1021/12
1024/8 1095/15
1095/16 1095/19
1095/23 1096/4
**forma [1]** 951/16
**formal [1]** 990/18

**formatting [1]** 950/1
**formed [2]** 955/5
1060/15
**former [4]** 1064/6
1075/19 1084/7 1084/7
**forming [1]** 957/3
**forms [1]** 1058/11
**forth [1]** 958/1
**forward [7]** 974/5
1027/9 1042/25 1044/4
1045/21 1046/4 1059/2
**found [4]** 924/17
1007/22 1089/22
1095/5
**four [5]** 980/11
1014/14 1038/15
1041/4 1073/3
**fourth [17]** 1002/23
1006/7 1007/3 1009/16
1010/18 1014/21
1019/18 1019/20
1048/24 1050/11
1050/15 1050/17
1050/19 1050/20
1054/2 1054/3 1055/21
**frame [2]** 1086/6
1086/7
**fraud [4]** 1028/2
1059/7 1063/14
1063/15
**free [2]** 1094/24
1096/23
**Friday [2]** 914/12
914/16
**friend [2]** 1057/15
1085/19
**friend's [1]** 1057/19
**friends [1]** 1075/12
**friendship [1]** 993/20
**frivolous [1]** 1080/2
**front [6]** 956/16 962/4
962/5 962/6 962/12
1081/11
**frustrated [3]** 1062/7
1070/5 1072/14
**frustration [2]** 1029/21
1071/11
**Fugiel [1]** 910/18
**full [8]** 921/6 933/22
947/2 993/18 1085/20
1085/21 1086/14
1090/24
**fun [1]** 1080/2
**function [8]** 986/8
986/15 998/23 999/17
999/18 1014/7 1035/21
1036/11
**functions [6]** 1019/14
1019/17 1020/12
1020/15 1041/1 1041/3
**fur [1]** 1042/21
**furiously [1]** 985/24
**furnished [1]** 995/12
**further [9]** 967/23
968/24 970/24 971/5
978/16 1005/10
1006/21 1006/24
1080/22

**furtherance [1]** 991/9
1006/16
**furthermore [3]**
1062/12 1093/9 1098/9
**future [1]** 1012/3

**G**

**Gain [1]** 968/23
**gallows [1]** 1061/17
**gap [3]** 1061/2 1061/4
1079/3
**gas [5]** 961/8 961/9
969/11 1032/5 1082/22
**gassed [3]** 1030/8
1083/4 1083/6
**gather [1]** 1097/8
**gathering [1]** 1063/4
**gave [10]** 916/21 944/7
1003/11 1018/18
1022/7 1022/8 1024/15
1024/17 1025/24
1091/13
**gazing [1]** 1029/12
**gender [1]** 986/24
**general [5]** 954/20
954/21 986/6 992/20
1064/15
**generally [1]** 974/13
**gentleman [1]** 1067/16
**gentlemen [20]** 971/14
973/11 973/18 986/1
1029/6 1056/6 1065/7
1066/21 1067/3
1070/10 1071/6 1077/2
1077/4 1081/8 1083/11
1090/2 1090/5 1090/7
1095/2 1097/5
**Georgia [1]** 1059/17
**get [47]** 913/19 930/8
930/13 941/9 950/7
952/12 954/25 955/11
955/12 956/25 958/22
962/9 962/10 962/11
962/25 963/8 967/3
969/23 971/19 984/4
982/7 982/8 982/12
1029/10 1029/18
1031/16 1031/17
1031/17 1032/14
1036/8 1037/14
1045/25 1053/3
1057/14 1057/17
1065/13 1069/1 1078/8
1078/10 1078/17
1078/17 1088/3 1088/3
1089/14 1097/10
**gets [12]** 930/17
931/11 933/19 936/10
936/17 949/13 950/20
965/4 982/14 1043/7
1057/14 1068/17
**getting [5]** 917/18
962/14 962/16 963/2
963/17
**give [29]** 916/5 950/19
951/5 966/24 978/16
979/4 981/5 986/19

991/20 994/20 995/7
1009/1 1016/4 1019/4
1022/17 1081/1 1081/1
1084/14 1085/6
1087/17 1087/17
1087/21 1087/21
1087/24 1087/24
1090/11
**given [8]** 921/5 976/3
979/13 979/22 983/11
1008/2 1094/7 1095/20
**gives [1]** 982/3
**giving [5]** 1011/22
1018/8 1021/6 1021/13
1024/9
**glassed [1]** 1083/8
**glean [1]** 1046/13
**glorious [1]** 1030/10
**go [57]** 914/16 929/11
935/23 944/2 953/19
954/20 955/7 955/12
980/21 984/9 985/2
985/15 985/22 1011/10
1011/11 1017/24
1018/1 1020/21
1020/23 1023/24
1024/1 1027/19
1027/20 1028/11
1028/13 1028/23
1030/3 1030/11
1030/21 1034/19
1036/17 1042/12
1047/16 1053/4
1054/15 1057/15
1058/8 1058/19
1058/20 1064/3
1064/12 1077/20
1079/17 1082/14
1082/17 1084/9
1085/11 1086/5
1086/19 1087/3 1087/4
1087/18 1088/6 1089/3
1090/17 1098/6
1098/12
**go ahead [2]** 944/2
985/22
**goes [11]** 925/20
1042/25 1044/20
1045/20 1046/3 1046/4
1046/6 1057/4 1064/3
1089/10 1098/7
**going [78]** 931/10
935/23 939/11 941/16
943/11 943/14 948/21
950/13 951/10 954/2
955/23 958/23 959/2
967/17 973/24 980/3
980/13 981/13 983/12
985/2 998/1 1006/3
1008/19 1011/3
1017/19 1020/16
1023/19 1027/19
1027/20 1028/17
1028/20 1028/24
1029/13 1030/20
1037/3 1036/3 1036/12
1037/17 1037/21

991/21 994/20 995/7

1047/3 1050/25
1054/14 1055/25
1060/8 1060/21 1063/6
1063/24 1072/9
1073/13 1077/8
1077/25 1078/2 1078/7
1078/10 1078/16
1078/17 1078/17
1079/6 1079/17
1081/16 1082/3
1083/17 1084/20
1084/21 1085/6
1085/12 1085/13
1085/20 1086/15
1086/19 1086/22
1086/24 1087/14
1089/14 1096/13
1096/18
**gone [5]** 974/21 974/23
1064/23 1072/9
1075/25
**gong [1]** 978/18
**good [20]** 913/4 913/6
913/14 913/15 941/2
951/3 953/6 953/7
984/9 1017/13 1017/16
1027/7 1029/9 1033/3
1033/16 1033/18
1048/23 1062/2
1092/22 1097/21
**good morning [4]**
913/4 913/15 953/6
953/7
**good-faith [2]** 1017/13
1017/16
**got [32]** 913/21 931/16
935/20 942/2 955/21
963/13 963/20 964/3
967/6 975/10 982/20
983/20 985/15 1029/9
1029/20 1030/7 1030/8
1032/12 1032/13
1037/18 1040/9
1042/23 1043/20
1045/20 1050/2
1058/21 1065/16
1065/18 1065/25
1080/1 1083/7 1085/15
**gotten [1]** 1087/2
**governing [1]** 1059/3
**government [104]**
910/13 913/10 920/20
921/7 922/6 923/12
923/20 928/3 928/16
928/18 928/20 929/22
934/20 936/12 939/15
942/23 943/3 946/12
951/12 952/14 953/2
971/4 971/11 971/15
971/18 975/3 975/19
976/23 978/9 978/12
987/25 988/4 988/7
988/11 989/5 992/21
993/3 997/6 997/22
1000/23 1001/25
1002/13 1003/3 1004/9

G

**government... [57]** 1004/21 1005/7
1005/10 1005/22
1006/16 1007/18
1013/24 1014/10
1014/14 1015/8
1015/10 1015/13
1016/8 1019/7 1019/14
1019/16 1020/12
1020/15 1024/23
1026/7 1027/5 1039/16
1040/25 1041/2 1048/7
1051/9 1056/17
1056/21 1057/1 1058/2
1058/3 1058/11
1058/15 1058/17
1058/22 1061/3
1061/18 1062/4 1065/3
1065/8 1065/10
1065/19 1065/24
1069/13 1071/13
1072/9 1072/11 1074/7
1074/24 1075/25
1076/9 1076/10
1076/11 1076/15
1076/24 1092/11
1095/22
**government's [19]**
912/5 951/7 988/17
997/7 1060/3 1060/7
1060/23 1061/12
1062/22 1062/24
1063/10 1066/18
1066/23 1067/1
1067/15 1068/11
1073/22 1082/11
1098/6
**Government's Exhibit
502.1 [1]** 1082/11
**grabbed [1]** 962/13
**grabs [1]** 1068/9
**grave [1]** 1056/11
**graver [1]** 989/2
**grazes [1]** 1086/13
**great [2]** 1063/21
1076/1
**greater [9]** 989/23
991/21 995/7 1017/11
1050/16 1050/17
1050/20 1052/3 1055/3
**grenade [2]** 937/9
979/21
**gritty [1]** 917/18
**Grosshans [2]** 910/18
913/9
**ground [15]** 958/9
991/10 991/11 1029/24
1033/8 1033/11
1034/18 1044/19
1057/4 1057/6 1057/8
1057/17 1057/19
1057/23 1070/5
**grounds [73]** 925/20
926/6 926/14 927/14
930/5 930/15 931/9
934/21 935/5 937/11
982/24 1000/12

1016/11 1016/14
1017/14 1017/6 1017/9
1017/22 1018/2
1018/11 1018/13
1018/24 1019/3
1019/11 1020/5 1020/9
1020/19 1020/25
1022/5 1022/12
1022/16 1022/24
1023/13 1023/17
1023/22 1024/3
1024/14 1024/20
1025/2 1025/8 1025/11
1025/16 1026/4
1026/10 1026/16
1026/22 1026/25
1027/2 1031/24
1033/22 1033/25
1040/3 1040/11
1040/12 1040/19
1040/23 1041/12
1041/18 1041/23
1042/1 1042/7 1042/10
1053/8 1065/2 1065/4
1065/9 1065/11 1066/4
1072/23 1079/16
1080/10
**group [2]** 1064/2
1075/15
**groups [1]** 999/7
**guess [9]** 920/6 938/17
955/15 959/17 976/14
979/4 996/21 1015/21
1049/19
**guessing [1]** 1077/9
**guesswork [1]** 989/4
**guidance [1]** 995/13
**guidelines [1]** 995/5
**guilt [11]** 988/23 989/6
989/7 990/21 990/22
1033/5 1065/7 1066/2
1074/21 1076/9
1076/16
**guilty [58]** 935/25
937/12 987/25 988/6
988/9 988/12 996/9
998/8 1000/21 1001/8
1001/10 1001/19
1002/12 1004/7
1004/19 1005/1
1005/13 1005/19
1007/10 1007/16
1007/22 1008/7 1009/4
1010/5 1011/5 1011/10
1011/11 1014/12
1016/7 1017/2 1017/14
1017/15 1017/21
1017/24 1018/1 1018/1
1019/6 1020/4 1020/18
1020/21 1020/23
1020/23 1022/19
1023/11 1023/21
1023/24 1024/1 1024/1
1024/22 1026/6
1046/17 1076/12
1089/22 1090/8
1095/10 1095/10

**gun [7]** 922/23 922/24
926/6 926/7 926/8
937/8 979/19
**guns [1]** 1013/10
**guy [3]** 960/23 1032/8
1043/23
**guys [4]** 963/4 1086/5
1086/6 1086/10

H

**H-u-n-t-e-r [1]** 953/11
**had [50]** 913/24 917/15
917/15 919/15 922/8
937/18 937/18 939/15
952/11 955/1 960/18
962/13 977/21 981/1
981/12 983/23 990/6
991/7 991/12 991/13
993/18 1007/2 1029/10
1031/12 1036/7
1036/17 1036/19
1037/4 1053/24 1055/5
1056/2 1058/23
1058/24 1069/14
1069/14 1074/4
1074/13 1079/12
1080/6 1080/6 1080/10
1080/13 1080/14
1080/15 1083/18
1084/10 1085/12
1085/13 1087/4
1098/19
**half [2]** 914/19 981/22
**halfway [2]** 1034/1
1083/19
**halls [1]** 935/19
**hammer [13]** 925/20
925/22 926/23 927/8
930/12 930/13 930/14
930/16 931/10 931/12
935/20 936/17 937/2
**hand [31]** 927/19
928/25 934/19 937/9
941/17 952/22 960/15
965/21 967/6 979/21
988/7 991/2 1042/24
1043/5 1043/15 1044/3
1044/12 1044/19
1044/22 1045/6
1045/20 1045/21
1045/23 1046/3 1046/8
1046/12 1068/14
1083/18 1086/1 1086/1
1088/22
**handle [1]** 982/11
**hands [5]** 931/11
1029/3 1029/24
1090/10 1097/6
**Hang [2]** 945/24
1053/2
**happen [11]** 935/9
991/9 1028/15 1031/6
1063/6 1070/13
1077/25 1078/2
1080/12 1086/23
1086/25
**happened [14]** 966/10

1058/19 1058/21
1060/22 1062/9 1063/8
1067/25 1070/13
1071/23 1073/17
1081/21 1084/4
**happening [8]** 1030/6
1036/18 1067/24
1078/13 1078/25
1079/9 1079/12
1079/13
**happens [5]** 1031/7
1046/5 1064/4 1091/11
1096/17
**happy [3]** 925/6 977/10
1029/11
**hard [4]** 935/7 981/21
1087/19 1088/24
**harm [4]** 935/7 935/16
1024/12 1068/6
**harmed [2]** 1021/17
1021/22
**harmful [1]** 944/25
**harming [1]** 1069/2
**has [91]** 917/3 919/19
922/6 923/12 924/9
926/9 927/23 928/5
928/22 928/23 929/14
930/13 934/20 936/7
936/8 937/1 937/17
938/20 944/22 958/25
965/7 971/15 973/11
974/15 977/2 978/11
980/17 983/12 986/1
986/8 987/25 988/4
988/7 988/11 989/14
992/22 993/3 993/16
993/19 993/19 994/12
994/14 994/17 996/4
996/5 996/13 996/21
997/22 1003/11
1004/21 1015/4
1016/25 1018/18
1018/20 1020/1 1022/8
1023/9 1024/16
1025/17 1025/24
1026/14 1027/24
1031/10 1044/3 1045/2
1048/2 1049/14 1056/9
1056/21 1058/17
1065/10 1067/14
1067/14 1072/8 1072/8
1072/9 1072/21 1075/7
1075/24 1075/24
1075/25 1076/10
1076/13 1076/18
1088/7 1089/24
1094/12 1096/23
1098/1 1098/6 1098/7
**hat [4]** 1042/21
1043/23 1045/9
1068/22
**hate [1]** 1063/23
**have [171]** 914/25
920/10 921/1 924/17
925/19 926/7 926/12
926/24 933/1 933/17
935/2 937/23 938/12

939/17 939/18 940/10
942/2 944/9 944/24
945/16 949/19 950/6
950/13 950/19 950/22
951/8 951/24 952/8
952/10 953/14 953/20
954/1 955/11 960/22
961/7 964/24 967/10
967/20 967/24 968/1
968/6 970/21 971/5
971/10 972/12 972/17
972/19 973/22 974/9
974/10 975/13 976/5
977/7 978/2 980/19
981/14 982/21 983/20
985/13 985/16 985/23
987/1 987/5 987/12
987/19 988/20 988/24
990/10 992/10 993/11
994/22 996/15 1001/2
1004/12 1006/1 1008/2
1013/18 1017/16
1022/6 1024/15
1026/17 1027/8 1028/1
1030/12 1030/12
1031/1 1031/4 1031/12
1031/24 1033/17
1033/18 1034/6
1035/12 1035/23
1035/25 1036/1
1038/21 1039/8
1040/13 1040/16
1042/3 1042/16
1043/23 1044/9
1044/25 1046/21
1046/22 1047/13
1047/15 1049/3 1050/3
1050/10 1051/6
1052/16 1055/24
1055/24 1057/12
1058/4 1058/5 1060/16
1060/19 1061/11
1063/15 1063/18
1063/24 1065/20
1065/25 1065/25
1066/1 1066/2 1066/23
1067/8 1067/8 1069/25
1070/1 1070/2 1070/20
1070/22 1076/13
1077/7 1077/10
1077/11 1077/12
1080/24 1081/8
1081/11 1082/2 1082/5
1082/6 1083/4 1083/25
1084/15 1086/18
1087/2 1087/18
1089/23 1090/11
1092/7 1094/3 1094/23
1095/16 1095/20
1095/25 1096/1 1096/1
1096/11 1097/25
1098/10
**haven't [2]** 1051/12
1051/12
**having [6]** 915/11
919/16 936/21 938/17
975/24 993/15

**Hawa [1]** 1080/8
**he [375]**
**he didn't [4]** 927/16
931/15 1040/12 1070/3
**He knew [1]** 1079/13
**he said [8]** 977/23
1037/13 1037/17
1077/12 1079/24
1081/14 1084/2
1086/15
**He stormed [1]** 1084/2
**he's [57]** 914/1 923/2
923/22 923/25 924/10
925/21 931/22 931/22
943/8 943/11 943/14
952/19 952/20 983/15
1018/1 1029/13
1029/16 1032/12
1032/13 1037/9 1040/6
1040/6 1040/9 1042/21
1042/23 1043/15
1044/18 1044/19
1045/6 1045/20 1046/5
1066/10 1066/11
1068/25 1069/1
1069/22 1074/6 1076/4
1077/21 1077/24
1078/3 1078/4 1079/4
1082/15 1082/16
1083/18 1083/20
1084/22 1085/25
1086/1 1086/3 1087/21
1087/21 1087/23
1088/1 1089/9 1089/12
**head [13]** 913/24
925/14 930/23 963/13
976/1 978/3 980/1
1030/7 1043/15
1043/23 1045/18
1067/20 1083/9
**heal [1]** 1059/1
**healthy [1]** 1096/11
**hear [17]** 925/7 944/1
966/21 973/20 974/3
982/12 985/20 994/1
995/14 1037/17 1047/8
1061/16 1066/24
1067/5 1079/6 1084/6
1099/4
**heard [24]** 915/11
943/11 956/20 971/15
971/17 994/22 995/10
995/23 996/24 1027/16
1032/15 1032/17
1032/18 1037/13
1060/16 1064/17
1071/9 1079/6 1079/24
1080/8 1081/15 1084/7
1087/1 1089/14
**hearing [2]** 1060/10
1061/10
**heart [4]** 933/19 933/20
983/13 1085/21
**heavy [5]** 1057/11
1070/21 1071/2 1085/4
1085/7
**heck [1]** 1035/25

**helmet [4]** 960/8
960/12 961/6 963/20
**help [7]** 916/3 925/17
935/17 944/18 995/15
1088/14 1090/20
**helpful [4]** 918/2 948/7
1027/21 1030/21
**helping [1]** 1068/25
**her [4]** 913/25 915/14
995/19 1090/23
**here [36]** 913/16 914/1
914/10 916/2 917/19
919/1 922/15 923/21
925/15 937/18 939/21
945/13 952/21 974/10
986/4 998/24 1027/23
1034/6 1034/8 1034/10
1034/11 1034/11
1038/21 1039/23
1040/16 1044/25
1049/9 1053/3 1058/14
1058/21 1062/14
1063/6 1063/7 1082/24
1090/15 1092/4
**here's [6]** 935/18
938/22 946/14 1044/6
1044/13 1048/9
**hero [1]** 1064/12
**herself [1]** 994/15
**hesitancy [1]** 1056/14
**hesitate [4]** 989/2
1056/11 1092/17
1093/7
**hey [1]** 1028/21
**high [1]** 1056/17
**highlight [1]** 1051/4
**highly [1]** 988/14
**hiking [1]** 1044/8
**Hill [6]** 946/23 975/23
977/13 1049/13
1051/19 1054/11
**him [48]** 931/12 957/9
962/14 962/14 962/16
970/9 970/10 980/20
981/1 988/6 993/2
994/14 996/6 1007/10
1029/2 1029/12
1029/20 1029/23
1030/3 1037/13
1037/17 1043/14
1044/25 1045/1
1046/17 1059/9
1063/22 1064/7
1064/12 1067/14
1067/14 1067/17
1068/19 1069/4 1069/5
1069/6 1069/7 1069/14
1074/3 1084/15 1085/1
1085/10 1086/17
1087/3 1087/9 1088/13
1088/24 1089/4
**himself [4]** 983/5
1007/15 1073/11
1075/4
**his [106]** 913/22
913/25 924/10 927/15
931/16 945/17 962/13

978/3 980/21 983/13
983/24 988/2 992/18
996/8 997/15 999/2
1001/23 1002/20
1003/20 1005/5 1007/5
1008/13 1009/7
1009/19 1010/8
1010/21 1010/24
1011/8 1011/14 1013/4
1017/17 1020/14
1025/23 1028/4
1028/18 1029/7
1029/19 1029/20
1029/24 1030/4 1030/6
1037/1 1038/17
1040/17 1041/1 1042/4
1042/20 1042/21
1042/23 1042/24
1043/5 1043/15
1043/15 1043/23
1044/12 1045/2
1045/18 1045/20
1045/21 1045/23
1046/3 1046/8 1046/12
1049/7 1055/9 1059/8
1059/12 1064/2 1064/7
1064/8 1064/8 1064/9
1064/12 1066/5
1067/12 1068/13
1069/18 1069/25
1073/9 1075/25 1076/1
1076/3 1076/3 1077/7
1077/11 1078/23
1078/23 1078/23
1079/20 1079/22
1080/2 1081/23 1082/1
1083/9 1083/18 1084/8
1084/12 1085/2
1085/19 1087/16
1088/21 1090/1
1090/23
**history [3]** 1030/9
1071/8 1084/3
**hit [12]** 925/14 963/13
963/17 966/16 967/6
970/16 1030/7 1069/5
1069/9 1070/16 1071/4
1083/7
**hits [2]** 941/13 942/11
**hitting [1]** 969/7
**hold [12]** 920/5 956/24
958/3 958/18 959/10
992/3 992/25 996/6
996/22 1029/3 1032/4
1071/24
**holding [12]** 957/4
958/13 960/23 960/24
962/6 962/13 976/1
977/25 978/3 1045/10
1045/10 1045/15
**holds [1]** 1092/20
**Holly [2]** 910/18 913/9
**holly.grosshans [1]**
910/21
**home [2]** 913/23
1085/2
**Homeland [2]** 999/23

**honest [2]** 988/21
1092/23
**honestly [3]** 1061/12
1061/13 1084/13
**Honor [101]** 913/6
914/7 915/5 915/6
915/21 916/15 916/22
917/10 918/1 918/4
918/24 919/10 921/4
924/3 925/8 926/18
927/18 929/6 930/22
935/4 936/20 937/3
938/4 940/10 941/3
941/15 941/25 942/4
943/7 943/13 943/18
943/19 943/24 944/3
944/24 945/7 945/22
946/25 947/4 947/8
947/18 947/25 948/2
948/14 948/17 948/20
948/21 949/13 950/5
950/15 951/1 951/2
951/9 951/12 951/20
952/15 958/25 965/8
970/21 970/24 971/6
971/10 971/12 971/23
972/8 972/14 972/17
973/9 973/16 974/12
975/1 975/8 975/15
976/5 977/6 977/14
978/2 978/15 980/5
980/20 981/22 981/25
984/10 1047/18
1048/17 1049/18
1050/10 1050/21
1050/23 1051/6
1051/22 1052/7 1052/8
1052/21 1054/12
1054/17 1056/4 1077/1
1098/14 1098/18
1098/24
**HONORABLE [2]**
910/10 913/2
**hoodie [3]** 977/24
977/25 1042/21
**hook [1]** 1028/2
**hope [5]** 940/13 952/11
1028/7 1028/10
1062/16
**hopefully [1]** 1027/20
**hoping [1]** 1063/6
**hostility [1]** 993/20
**hour [3]** 962/21 974/2
981/22
**hours [2]** 1057/15
1074/6
**house [9]** 931/11
935/24 1025/5 1028/19
1042/3 1057/16
1057/19 1064/3
1073/15
**Houses [2]** 1030/5
1036/21
**how [51]** 915/18 917/1
919/3 921/16 922/11
924/19 925/3 930/23
931/13 950/17 953/10

954/15 954/25 955/11
958/5 960/17 960/20
962/19 963/4 965/12
965/25 967/14 968/16
976/3 977/4 987/2
991/18 997/5 1002/9
1027/12 1027/13
1043/22 1044/15
1045/10 1045/10
1049/24 1057/8
1057/22 1058/17
1061/20 1062/2
1070/21 1071/2 1080/8
1086/12 1090/16
1092/7 1092/9
**however [19]** 930/25
931/3 989/3 991/9
995/15 997/19 1001/24
1005/6 1007/6 1025/22
1040/9 1057/18 1062/5
1065/10 1075/12
1090/17 1096/24
1097/17 1098/3
**Huh [1]** 970/11
**Huh-uh [1]** 970/11
**human [2]** 980/12
1071/24
**humanity [1]** 1088/9
**hunt [1]** 1075/11
**Hunter [14]** 952/16
953/2 953/9 959/5
959/12 960/5 965/12
965/20 966/21 967/10
967/20 968/6 969/4
971/2
**Hunter's [1]** 1045/13
**hurled [2]** 1042/15
1070/25
**hurls [1]** 1064/1
**hurt [5]** 958/23
1031/17 1031/18
1071/3 1071/12
**hyperbole [1]** 1061/24
**hypnosis [1]** 1031/11
**hypothetically [1]**
930/4

**I**

**I also [1]** 1091/13
**I am [3]** 998/1 1021/6
1061/8
**I apologize [1]** 1076/18
**I assume [1]** 951/16
**I believe [10]** 917/22
941/5 942/24 955/5
959/24 963/5 969/4
975/25 1080/19
1098/22
**I can [6]** 947/14 948/8
982/22 1060/3 1084/18
1096/12
**I can't [1]** 1060/20
**I did [4]** 949/9 960/22
1098/15 1098/19
**I don't [14]** 921/25
927/9 930/8 930/17
936/9 936/11 936/16

I

I don't... [7] 937/1
944/25 945/1 975/17
1084/17 1098/2
1098/17
I estimate [1] 981/25
I found [1] 1095/5
I gave [6] 916/21
1003/11 1022/7 1022/8
1024/15 1091/13
I give [1] 1019/4
I guess [6] 920/6
938/17 955/15 959/17
976/14 1049/19
I have [12] 914/25
925/19 926/12 987/5
987/12 1001/2 1004/12
1006/1 1008/2 1051/6
1086/18 1095/20
I honestly [1] 1084/13
I hope [1] 952/11
I just [5] 916/2 938/17
949/11 984/18 1090/11
I know [3] 938/8 941/4
957/16
I mean [26] 917/8
923/22 927/3 928/12
930/3 931/13 931/13
932/5 932/11 933/19
933/20 934/10 934/15
935/18 937/7 939/3
939/8 940/2 941/9
977/9 979/24 981/1
1041/6 1049/19 1050/5
1059/24
I misspoke [1] 919/11
I should [1] 927/5
I think [59] 917/8
917/10 921/21 925/10
926/22 927/3 927/5
927/18 928/3 928/18
929/7 929/18 929/25
931/18 931/20 932/1
932/6 932/8 934/3
934/3 934/16 935/10
936/2 936/23 942/4
942/12 943/10 944/10
945/2 945/14 948/2
949/13 950/20 960/9
971/9 975/25 979/7
979/23 981/12 982/22
983/6 984/22 985/7
1032/16 1049/5
1049/24 1050/8
1052/11 1052/13
1052/17 1053/7
1053/23 1056/22
1060/9 1098/21
1098/23
I thought [3] 922/8
943/11 977/17
I told [4] 986/6 987/15
1077/15 1096/8
I understand [2] 978/5
1049/15
I want [11] 913/19
946/18 950/19 979/4

1058/15 1058/18
1061/19 1088/3
I wanted [1] 1056/1
I was [14] 917/1
956/16 957/7 957/8
957/16 962/5 962/7
962/9 962/13 962/21
970/5 1055/25 1081/15
1095/5
I went [1] 1053/24
I will [23] 939/10
951/17 972/14 978/9
979/6 980/2 981/17
1002/9 1008/20 1009/2
1011/22 1016/1 1016/5
1018/8 1019/1 1019/4
1021/13 1022/14
1022/17 1024/9
1091/11 1092/1
1094/18
I'd [3] 915/9 965/6
1091/1
I'll [15] 944/2 950/11
972/6 972/12 973/13
981/16 985/16 985/18
1051/4 1052/1 1052/13
1060/25 1079/1 1081/2
1094/2
I'm [63] 914/15 914/20
919/11 928/19 931/10
932/7 932/8 933/6
935/23 937/17 938/17
940/18 940/18 943/10
948/21 953/21 957/19
959/8 960/22 967/17
974/22 976/3 977/9
977/19 978/13 979/6
979/23 980/3 980/15
981/4 981/13 984/12
1008/19 1011/3
1017/19 1020/16
1023/19 1027/19
1027/20 1030/12
1032/7 1047/20
1050/25 1053/13
1054/14 1061/7
1063/18 1071/9 1072/9
1077/18 1079/14
1079/17 1079/17
1080/1 1081/25
1081/25 1082/3 1085/6
1085/20 1085/20
1087/14 1096/13
1096/18
I'm going [16] 967/17
980/3 981/13 1008/19
1011/3 1017/19
1020/16 1023/19
1027/20 1032/7
1050/25 1054/14
1079/17 1082/3
1085/20 1096/13
I'm just [1] 977/19
I'm not [6] 937/17
1061/7 1072/9 1079/14
1081/25 1085/6
I'm not sure [4] 974/22

I'm sorry [8] 919/11
933/6 948/21 957/19
959/8 1030/12 1047/20
1079/17
I'm sure [1] 978/13
I've [17] 915/13 916/10
916/12 916/18 918/8
918/16 919/25 920/7
921/2 921/16 922/7
922/10 925/18 937/20
979/3 1035/10 1071/9
idea [4] 937/21 941/9
1059/21 1084/17
identifiable [1] 995/24
identification [3]
916/10 916/25 1094/6
identified [4] 919/17
919/22 937/20 975/25
identify [1] 995/15
identity [1] 917/2
ignorance [1] 999/2
ignore [6] 986/14
987/6 992/8 992/11
1090/5 1094/23
ignored [1] 1064/10
image [1] 1085/22
imaginary [1] 989/3
imagination [1]
1030/19
immediate [5] 999/8
999/9 1018/16 1021/17
1021/21
immediately [1] 1059/6
impacted [1] 1036/2
impairment [1] 1014/7
impartial [3] 988/22
989/12 989/16
impede [19] 942/7
944/19 998/5 1002/6
1002/15 1002/18
1002/21 1003/18
1012/15 1019/13
1020/11 1025/4
1036/15 1036/23
1040/24 1041/1 1042/1
1073/4 1073/6
impeded [16] 946/3
1009/11 1009/17
1010/13 1010/19
1012/25 1019/15
1020/14 1038/6
1038/16 1048/21
1048/25 1049/2 1054/4
1055/7 1055/11
impedes [3] 944/15
1003/24 1047/23
impeding [17] 921/20
968/10 998/13 1003/22
1008/11 1008/22
1009/5 1010/6 1011/6
1011/12 1034/25
1035/3 1037/2 1038/3
1038/10 1055/1 1072/7
implicate [1] 996/18
implies [1] 988/19
importance [3] 919/16
958/13 1093/3

989/3 994/5 1031/5
1033/2 1033/20
1052/17 1056/12
1058/1 1058/8 1062/13
1062/16 1066/9
1066/14 1067/12
1070/2 1073/5
Importantly [1] 920/10
imposed [2] 1013/5
1036/8
imposing [4] 1008/22
1009/5 1011/6 1093/22
impossible [1] 1067/3
1067/5
impresses [2] 993/14
993/15
imprinted [1] 977/8
improbability [1] 994/9
improper [1] 996/7
improperly [2] 986/22
986/23
inadmissible [1]
996/17
inadvertently [1]
1091/8
Inasmuch [1] 917/2
inaugural [1] 1034/1
incident [4] 924/9
993/25 998/6 998/18
inciting [2] 1084/8
1087/23
include [10] 919/20
948/18 979/20 983/3
985/3 1013/10 1039/13
1051/17 1052/4 1052/6
included [33] 916/2
916/12 916/18 917/9
919/1 919/20 919/22
919/25 920/20 922/8
922/10 949/6 949/12
949/16 949/17 949/22
949/25 950/1 984/11
984/16 984/23 985/1
985/5 1016/2 1017/3
1017/25 1019/1 1020/4
1020/22 1022/14
1023/12 1023/25
1027/3
includes [18] 918/5
948/25 976/12 976/23
999/22 999/24 1000/1
1002/24 1011/18
1015/1 1018/4 1018/16
1021/1 1021/9 1024/4
1049/23 1050/5
1091/16
including [11] 914/25
915/4 918/21 983/4
996/17 999/4 999/14
999/15 1007/5 1025/15
1029/25
inclusion [1] 917/24
Inconsistencies [1]
993/22
inconsistency [2]
994/3 994/6
inconsistent [1]

incorrect [1] 1055/10
incrimination [1]
1003/21
independent [4]
976/24 1000/2 1015/2
1091/18
independently [1]
1004/1
INDEX [1] 912/2
indicate [2] 993/11
974/16 997/15 1074/25
indicated [1] 987/5
indicates [1] 1073/25
indicating [3] 913/22
987/2 987/4
indictment [24] 919/18
990/18 990/20 998/2
998/3 1002/3 1003/6
1008/10 1009/24
1013/16 1014/9
1015/23 1016/20
1018/22 1019/21
1022/10 1023/4
1024/18 1026/2
1049/21 1072/25
1095/6 1095/11
1095/12
indictment's [1]
919/21
indirect [2] 940/24
941/11
indirectly [2] 942/7
942/19
individual [10] 917/19
968/7 970/1 970/3
999/9 999/11 1003/23
1024/12 1028/1
1042/13
individual's [3] 996/18
999/10 999/12
individuals [2] 961/14
1012/25
infer [4] 997/2 997/11
997/16 997/16
inference [4] 990/22
1032/24 1032/25
1033/1
inferences [2] 990/11
991/4
inflict [1] 1012/6
1012/10 1012/13
inflicted [1] 1059/1
infliction [2] 1024/11
1024/12
influence [1] 1093/21
1095/11
influenced [2] 986/23
1092/18
information [4] 997/4
1050/6 1096/14 1098/2
informing [1] 997/5
ing [1] 1088/4
inherent [3] 928/5
928/6 938/14
inherently [34] 920/13
922/17 922/22 923/10
925/10 925/16 925/23

**inherently... [27]** 926/2
926/4 926/5 926/9
926/11 926/14 926/21
926/23 927/1 927/6
929/15 930/10 931/6
932/5 932/13 933/25
934/1 934/14 934/22
935/5 937/8 937/10
938/15 979/19 1013/9
1013/11 1039/2
**initial [1]** 1093/9
**injured [3]** 967/3
1014/16 1071/10
**injures [1]** 976/8
**injuries [2]** 970/18
970/20
**injuring [1]** 1014/12
**injury [20]** 913/24
920/15 933/14 933/17
936/14 967/5 981/9
999/8 999/11 1012/6
1012/10 1012/14
1013/14 1013/20
1014/4 1014/5 1039/4
1039/7 1070/9 1072/19
**ink [1]** 1060/14
**innocence [2]** 987/23
988/2
**innocent [5]** 938/14
987/23 994/1 994/6
1039/9
**insert [1]** 948/4
**inserted [1]** 940/23
**insertion [1]** 948/13
**inside [4]** 955/9 956/8
1037/9 1073/13
**Insofar [1]** 983/6
**Inspector [1]** 1080/8
**instance [5]** 923/1
927/12 979/21 1031/3
1035/13
**Instead [3]** 1001/22
1005/4 1064/3
**instruct [15]** 951/25
986/3 986/10 986/12
1002/21 1008/19
1008/21 1011/3 1016/2
1017/19 1019/1
1020/16 1022/14
1023/19 1096/18
**instructed [5]** 994/24
1012/18 1025/14
1056/9 1072/21
**instruction [36]** 914/24
915/4 915/10 915/13
915/18 915/23 916/12
916/11 916/12 916/19
916/21 918/6 920/6
920/9 921/3 925/8
934/4 940/19 942/23
943/22 948/6 978/13
978/16 981/5 981/14
1051/1 1051/3 1052/10
1052/14 1054/9 1057/3
1079/7 1089/15
1089/15 1091/13
1096/20

**instructions [51]** 914/8
914/11 914/13 914/21
918/15 920/10 922/7
940/9 945/14 945/15
973/20 973/23 974/1
974/2 978/25 980/4
982/9 982/13 984/9
984/22 985/17 985/23
985/23 985/25 986/7
986/13 997/25 1008/2
1026/18 1027/4 1031/9
1032/15 1032/18
1035/11 1035/22
1047/15 1051/22
1053/19 1054/23
1055/24 1074/25
1090/11 1094/19
1094/20 1094/21
1094/22 1094/24
1094/25 1095/20
1095/21 1097/2 1097/9
**instrumentality [1]**
999/20
**insular [1]** 976/13
**integrity [2]** 1031/2
1061/6
**intend [5]** 930/10
932/22 939/17 939/23
1052/9
**intended [22]** 919/8
920/24 929/3 930/1
930/14 931/17 935/15
939/15 939/19 976/22
977/3 981/7 987/20
990/15 998/12 1000/25
1001/6 1004/11
1004/17 1012/13
1012/13 1014/3
**intending [7]** 923/15
930/8 983/16 983/16
983/25 1001/17
1004/24
**intends [4]** 926/15
928/8 934/23 997/17
**intent [48]** 923/13
925/5 928/2 928/11
928/14 930/18 931/20
933/15 934/5 935/2
936/5 937/12 937/14
937/23 938/12 938/16
948/11 980/17 981/5
983/13 997/9 997/12
997/15 1001/23
1002/17 1005/5
1006/13 1007/3
1007/14 1008/17
1009/1 1010/10
1010/25 1011/15
1019/13 1020/11
1025/3 1025/20
1036/23 1040/24
1042/1 1061/24
1061/25 1068/5 1073/6
1074/23 1077/8 1081/9
**intention [3]** 980/21
981/12 1042/4
**intentional [3]** 994/7
1012/5 1061/14

**intentionally [1]** 994/23
920/1 920/4 920/22
921/8 984/20 997/18
1005/17 1009/15
1009/22 1010/17
1013/4 1013/25
1038/14 1038/20
**interest [3]** 977/2
993/19 1015/5
**interesting [4]** 938/2
938/8 939/1 939/12
**interfere [2]** 998/5
1012/16
**interfered [15]** 946/4
1009/11 1009/17
1010/13 1010/19
1012/25 1013/6 1038/6
1038/16 1048/21
1049/1 1054/5 1055/7
1055/12 1055/16
**interferes [3]** 944/16
1021/25 1047/23
**interfering [11]** 968/11
998/13 1008/12
1008/22 1009/6 1010/7
1011/7 1011/12
1034/25 1035/3
1038/10
**interior [1]** 955/17
**Internet [4]** 1091/2
1091/20 1096/20
1096/22
**interpret [1]** 926/1
**interpretation [4]**
929/12 934/11 934/12
937/4
**interpreted [2]** 934/17
979/15
**interpreting [2]** 924/24
930/20
**interpretive [1]** 938/21
**interrupted [2]**
1029/10 1037/18
**interrupts [1]** 1022/3
**intervene [1]** 1060/8
**interview [1]** 994/25
**intimidate [1]** 1012/16
**intimidated [16]** 946/3
1009/11 1009/17
1010/13 1010/19
1012/25 1013/5 1038/6
1038/16 1048/21
1048/25 1049/2 1054/5
1055/7 1055/12
1055/16
**intimidates [2]** 944/16
1047/23
**intimidating [7]**
1008/12 1008/22
1009/5 1010/6 1011/6
1011/12 1038/10
**introduced [1]** 997/6
**introduction [1]**
918/11
**investigation [2]** 997/1
1091/18
**investigator [1]** 994/25
**investigators [1]**

**invite [1]** 1090/22
**invoking [1]** 1003/20
**involve [2]** 941/22
1003/19
**involved [6]** 954/12
954/13 954/15 1007/7
1014/19 1040/1
**involvement [1]** 918/20
**involves [3]** 992/17
1014/5 1032/24
**involving [2]** 999/7
1024/11
**irrelevant [1]** 996/13
**is [500]**
**is that correct [1]**
970/1
**Is there [1]** 1098/13
**isn't [8]** 922/21 924/1
935/25 983/25 1012/8
1070/24 1077/7
1089/17
**issue [16]** 921/16
921/17 921/18 922/10
924/17 927/19 928/1
933/20 933/20 950/18
952/19 975/17 979/4
1092/12 1098/13
1098/17
**issues [3]** 949/14
982/10 986/4
**it [424]**
**it would be [1]** 996/7
**it's [143]** 915/15
915/16 915/19 916/4
917/6 917/6 917/14
919/11 921/21 922/23
922/23 923/21 923/23
924/25 925/3 925/15
926/2 927/18 928/12
928/15 928/16 929/2
929/3 929/15 930/6
932/5 932/13 933/24
934/2 934/10 933/3
935/7 935/14 936/18
937/2 938/8 938/9
938/9 938/10 938/18
938/25 939/1 939/2
939/3 940/25 941/16
941/17 943/8 944/10
944/11 944/15 944/25
945/3 945/3 947/1
949/21 949/25 950/11
950/12 958/16 958/25
959/16 964/9 964/19
966/2 976/14 976/19
977/4 977/7 977/16
979/13 981/21 1030/19
1031/5 1031/19
1031/21 1031/21
1032/12 1032/16
1033/15 1033/19
1035/22 1037/23
1039/2 1041/7 1043/5
1043/20 1043/20
1044/4 1044/14
1044/15 1047/9
1048/12 1050/2

1051/22 1052/17
1053/8 1055/15
1056/16 1056/19
1057/7 1057/22 1058/8
1058/10 1058/10
1061/1 1061/4 1061/16
1061/25 1062/13
1062/16 1063/14
1063/22 1064/5
1064/13 1065/22
1065/23 1066/9
1066/20 1066/24
1067/1 1067/1 1067/5
1067/7 1067/9 1067/12
1068/2 1070/11
1071/13 1071/15
1071/18 1071/19
1079/2 1080/25
1081/10 1087/19
1087/19 1088/4
1088/24 1089/17
1098/8
**It's like [1]** 934/10
**item [9]** 934/6 945/22
1039/15 1040/16
1044/14 1044/22
1045/6 1046/8 1046/12
**items [4]** 919/21 945/8
945/19 1070/7
**its [18]** 920/6 935/14
948/11 952/14 971/15
971/18 973/1 973/12
989/7 992/22 993/4
1002/9 1027/5 1057/1
1058/17 1071/14
1076/14 1086/7
**itself [3]** 916/21 956/8
1031/14

**J**

**jabbing [1]** 963/19
**jacket [2]** 960/22 961/2
**January [39]** 914/25
933/9 954/7 954/13
963/23 967/15 973/5
1000/10 1012/21
1047/3 1060/25
1062/15 1071/23
1073/17 1077/6
1078/14 1079/1
1079/20 1079/20
1079/22 1080/3
1080/13 1080/18
1081/10 1081/14
1081/24 1082/1 1082/4
1083/5 1083/12
1083/24 1084/4
1084/12 1084/19
1084/20 1085/10
1085/19 1086/18
1087/9
**January 4th [1]**
1060/25
**January 6 [1]** 1081/10
**January 6th [21]**
914/25 954/7 954/13
963/23 967/15 973/5

**J**

**January 6th... [15]**
1000/10 1047/3
1062/15 1071/23
1073/17 1077/6
1078/14 1079/20
1079/22 1080/3
1081/24 1082/1 1082/4
1083/5 1087/9
**Jasari [8]** 911/2 911/3
913/11 916/13 972/14
972/16 972/20 973/10
**Jason [1]** 1039/24
**javelin [4]** 1043/21
1070/25 1085/25
1086/11
**JENKINS [79]** 910/6
913/8 913/15 915/12
916/13 916/15 923/12
923/22 923/24 927/13
928/21 970/7 972/24
974/15 974/16 974/24
975/10 975/11 976/1
982/23 983/5 983/9
983/23 995/11 996/5
998/3 1002/3 1002/5
1004/19 1005/1
1005/11 1006/15
1006/17 1007/2 1007/7
1007/16 1007/22
1008/10 1008/15
1010/1 1010/5 1014/9
1015/24 1016/23
1019/24 1023/7 1053/3
1056/18 1058/4 1058/7
1058/20 1060/24
1061/13 1062/13
1065/3 1065/9 1065/20
1066/5 1067/9 1067/16
1071/17 1071/18
1073/11 1073/19
1073/23 1074/2 1074/8
1074/15 1074/25
1075/3 1075/18
1075/23 1077/5 1082/1
1082/3 1082/13
1082/25 1084/5
1084/10
**Jenkins' [8]** 990/21
1006/19 1006/21
1006/25 1059/23
1060/2 1065/7 1072/21
**job [4]** 968/13 968/17
1030/2 1080/17
**jobs [1]** 1099/3
**Joe [2]** 1037/5 1058/24
**Joe Biden [2]** 1037/5
1058/24
**joint [3]** 1003/7
1030/24 1042/3
**jostling [1]** 1021/25
**journey [1]** 1058/22
**JUDGE [11]** 910/11
924/15 924/21 933/4
937/20 1046/18 1053/1
1053/5 1056/9 1057/3
1079/7
**Judge Cooper's [2]**

**Judge Mehta [2]**
1056/9 1079/7
**Judge Mehta's [1]**
1057/3
**judge's [1]** 1035/11
**judges [3]** 986/16
993/6 1093/14
**judgment [5]** 951/13
971/24 990/13 994/21
1093/16
**judicial [1]** 976/22
**jumbled [1]** 965/12
**Jump [1]** 1048/24
**June [1]** 1025/11
**juries [1]** 1093/9
**jurisdiction [1]** 976/13
**juror [17]** 913/21 914/3
914/3 914/4 940/19
952/18 1033/19
1090/22 1092/19
1093/3 1093/7 1093/16
1093/17 1096/7
1096/12 1096/17
1097/3
**jurors [9]** 987/12
987/18 1054/14 1091/9
1092/7 1092/13
1092/16 1093/1 1097/7
**jurors' [1]** 1092/25
**jury [69]** 910/10 914/10
914/13 915/2 916/21
918/17 919/3 919/17
921/11 923/24 926/21
926/22 928/21 929/25
931/15 931/19 931/24
934/7 942/24 945/4
948/8 952/6 952/7
974/8 978/11 980/13
982/8 982/24 983/2
983/7 983/15 984/8
984/22 985/11 985/12
986/15 987/14 989/10
1047/12 1049/7
1049/25 1054/18
1054/19 1054/23
1056/6 1071/23 1072/1
1074/21 1076/17
1081/13 1090/13
1091/12 1091/15
1091/25 1091/25
1092/2 1092/9 1093/4
1093/10 1094/2
1094/12 1094/15
1096/17 1096/25
1097/9 1097/23
1097/24 1098/12
1099/4
**just [130]** 913/19
914/16 914/22 914/25
916/2 917/1 917/8
917/9 917/13 917/20
918/8 918/10 918/10
918/13 919/2 920/5
922/20 922/24 923/2
923/3 923/4 923/11
926/6 926/4 925/4
926/10 926/23 927/8

930/3 930/9 930/13
930/15 931/3 934/25
936/9 936/21 937/13
938/11 938/17 940/6
940/7 945/12 945/13
945/16 945/24 946/1
946/18 946/19 947/11
949/11 949/19 950/6
950/7 950/9 950/17
950/23 951/17 953/17
954/20 958/3 964/16
964/17 966/3 966/10
970/21 971/14 971/19
972/3 973/13 976/5
976/19 977/8 977/19
978/16 978/19 978/20
979/7 980/3 980/6
981/14 981/19 982/7
982/10 982/12 982/19
984/18 995/3 1008/2
1021/7 1027/22
1031/10 1031/20
1032/16 1033/3 1035/5
1037/13 1039/14
1042/13 1044/21
1049/21 1049/24
1050/17 1051/5 1051/6
1051/14 1051/16
1052/9 1052/9 1052/13
1054/3 1054/22
1058/23 1064/7
1072/14 1072/20
1075/11 1075/21
1077/2 1085/1 1086/12
1090/11 1090/18
1091/10 1092/19
1095/2 1095/4 1095/25
**justice [4]** 1062/20
1073/18 1073/24
1075/21
**justified [1]** 990/11

**K**

**keep [11]** 937/16
938/24 945/4 958/3
961/14 962/14 962/16
983/4 1030/20 1035/17
1094/5
**kept [1]** 956/24
**key [1]** 1048/9
**keys [1]** 932/21
**kill [5]** 931/10 931/23
935/23 946/11 1048/5
**killary [1]** 1084/13
**killed [1]** 1071/9
**kills [2]** 946/10 1048/5
**kind [13]** 929/18 943/8
958/10 963/20 980/22
981/21 988/25 990/20
1027/11 1043/17
1045/18 1046/6
1056/10
**knew [49]** 974/16
982/23 1006/2 1007/11
1012/24 1015/9
1015/14 1016/13
1016/14 1017/8 1017/9

1037/4 1037/6 1056/1
1058/7 1065/3 1065/9
1065/11 1073/13
1073/14 1074/12
1074/13 1077/25
1077/25 1078/2
1078/10 1078/13
1078/15 1078/24
1079/13 1079/18
1079/20 1079/21
1081/16 1081/17
1081/18 1081/19
1082/3 1082/25 1083/1
1083/13 1083/16
1083/25 1084/20
1084/21 1086/16
1086/24
**knife [2]** 927/5 927/7
**knives [2]** 1085/20
1086/19
**knocked [1]** 1031/17
**know [87]** 916/14
920/11 922/25 925/13
925/19 925/21 926/20
927/4 927/12 927/20
927/22 928/8 930/4
930/24 931/7 931/10
932/1 932/20 932/21
933/6 934/16 934/19
935/15 936/3 936/8
936/11 936/13 937/8
937/9 938/3 938/8
938/11 939/1 939/2
939/11 941/4 942/6
944/21 946/9 949/24
950/6 957/16 959/6
960/5 962/3 979/8
979/12 979/12 979/22
980/2 980/11 980/13
981/2 981/4 981/6
981/17 982/10 982/25
983/2 984/19 1032/8
1033/24 1034/5
1034/13 1036/14
1047/3 1049/23
1051/22 1052/17
1053/11 1058/11
1061/13 1061/13
1062/9 1064/21
1064/23 1065/21
1066/6 1071/2 1071/10
1074/3 1077/10
1077/13 1078/14
1083/21 1088/10
1091/10
**knowing [5]** 997/10
1007/9 1040/11
1040/12 1079/15
**knowingly [33]** 948/9
998/11 998/25 999/4
1002/19 1003/11
1005/16 1006/7
1016/16 1018/18
1019/12 1020/10
1022/6 1022/25
1023/18 1024/15
1025/7 1025/24

1031/8 1031/9 1031/18
1031/20 1034/24
1036/25 1040/14
1040/24 1041/4
1041/19 1042/5
1042/11 1073/8
**knowledge [6]** 991/1
997/9 997/12 997/15
1007/3 1015/7
**known [3]** 1058/4
1058/5 1065/20
**knows [4]** 1060/12
1077/13 1078/2
1083/20

**L**

**lack [2]** 988/20
1073/21
**lacked [4]** 1012/22
1016/14 1017/9 1065/5
**ladder [3]** 1068/8
1068/9 1068/14
**ladies [20]** 971/14
973/11 973/18 986/1
1029/6 1056/5 1065/6
1066/20 1067/2
1070/10 1071/6 1077/2
1077/4 1081/8 1083/11
1090/2 1090/4 1090/7
1095/2 1097/5
**land [1]** 1076/3
**language [23]** 917/1
917/5 918/8 918/13
918/16 918/21 919/1
919/20 920/19 921/12
929/10 933/5 938/23
939/8 942/5 942/5
942/18 945/11 947/1
1051/23 1055/15
1056/13 1063/20
**large [2]** 1076/2
1086/11
**largely [1]** 1098/5
**larger [1]** 977/21
**last [46]** 913/24 939/10
945/23 947/20 948/23
953/10 1002/1 1005/8
1042/4 1071/22 1074/6
1096/1 1098/20
**lasting [1]** 968/1
**late [1]** 913/17
**later [4]** 991/7 1029/16
1039/11 1054/9
**latest [2]** 922/9 951/23
**law [46]** 914/12 917/21
941/2 942/8 975/2
986/3 986/6 986/10
986/10 986/12 988/2
991/15 991/17 995/2
995/9 996/25 998/5
998/7 998/13 998/16
1000/4 1000/12
1000/12 1002/5 1007/1
1008/14 1014/11
1015/11 1016/1 1016/4
1018/25 1019/3
1022/13 1022/16

1119

**L**

**law... [12]** 1024/21 1025/20 1025/21 1025/23 1026/5 1031/14 1034/25 1035/7 1072/2 1072/4 1076/7 1095/20

**lawful [10]** 997/8 998/17 1016/11 1016/15 1017/6 1017/10 1017/13 1017/17 1035/8 1040/11

**lawfully [1]** 998/5

**lawn [1]** 1082/13

**laws [3]** 999/18 1000/7 1031/2

**lawyer [4]** 992/2 992/4 994/24 1063/16

**lawyer's [2]** 992/5 992/8

**lawyers [4]** 971/20 990/14 990/17 991/25

**lay [1]** 1027/11

**leaning [1]** 979/6

**least [11]** 924/16 931/14 978/1 980/11 983/8 1006/18 1010/2 1016/24 1019/25 1023/8 1069/19

**leave [7]** 927/12 1033/19 1051/14 1052/10 1057/16 1080/6 1096/13

**leaves [2]** 1066/8 1074/6

**leaving [1]** 1054/2

**led [1]** 955/14

**ledge [4]** 1029/10 1029/12 1034/3 1037/9

**left [7]** 935/6 960/8 964/1 973/19 983/23 1042/21 1045/1

**leg [1]** 962/13

**legal [2]** 973/20 1065/5

**legislative [2]** 976/22 1014/25

**legitimate [2]** 927/8 1059/12

**length [3]** 981/18 1076/1 1076/19

**Lenity [1]** 979/23

**less [4]** 944/22 1015/21 1036/7 1044/14

**lesser [35]** 940/15 949/12 949/15 949/16 949/17 949/20 949/22 949/25 984/11 984/15 984/16 984/23 985/1 985/5 995/7 1008/21 1011/19 1016/2 1017/3 1017/11 1017/25 1019/1 1020/4 1020/22 1022/14 1023/12 1023/25 1027/3 1049/4 1049/4 1050/18 1050/19 1052/3

**lesser-included [20]** 949/12 949/16 949/17 949/22 949/25 984/11 984/16 984/23 985/1 985/5 1016/2 1017/3 1017/25 1019/1 1020/4 1020/22 1022/14 1023/12 1023/25 1027/3

**let [30]** 916/14 923/20 925/24 931/8 942/22 944/2 945/24 946/1 950/17 959/6 960/5 966/12 967/23 980/2 981/17 982/10 985/22 991/5 1021/7 1021/18 1029/19 1051/25 1052/19 1053/3 1061/7 1073/1 1080/23 1083/25 1084/1 1091/10

**let's [21]** 914/9 914/16 920/5 927/12 937/13 945/4 951/5 959/10 1027/22 1030/22 1034/19 1042/12 1042/13 1042/14 1047/7 1048/19 1057/13 1077/14 1082/14 1082/17 1090/1

**level [1]** 1034/18

**liberty [4]** 1081/1 1087/17 1087/21 1087/24

**lies [2]** 1028/2 1064/5

**lieutenant [6]** 1030/23 1031/24 1034/7 1064/17 1082/6 1082/10

**life [5]** 967/24 968/19 989/3 1056/12 1076/3

**light [4]** 915/11 978/6 990/11 1044/11

**light-colored [1]** 1044/11

**like [58]** 919/24 926/6 926/23 927/7 927/8 927/8 927/24 928/4 934/10 936/17 937/8 937/14 940/11 941/3 944/17 956/2 956/2 956/23 957/24 958/24 959/5 963/14 963/19 965/6 967/8 972/18 979/19 979/21 980/21 985/24 994/2 1010/1 1016/22 1019/23 1023/6 1027/15 1027/17 1028/23 1031/19 1032/2 1032/13 1032/20 1032/22 1036/9 1038/23 1041/7 1045/24 1051/23 1055/16 1064/12 1070/24 1070/25

**likelihood [1]** 1096/22

**likely [5]** 988/13 1021/17 1021/22 1021/23 1060/10

**Likewise [1]** 992/13

**limitations [1]** 1074/17

**limited [1]** 977/3

**limiting [1]** 916/20

**limits [1]** 1058/4

**line [24]** 913/25 920/17 931/21 944/4 945/23 947/16 957/3 958/3 958/18 960/25 969/21 982/3 1028/2 1034/9 1043/22 1045/4 1045/11 1051/16 1068/10 1068/15 1068/17 1071/12 1082/12 1082/20

**lines [7]** 924/6 983/3 1031/25 1031/25 1032/4 1032/4 1035/2

**list [3]** 1038/21 1098/10 1098/11

**listed [1]** 945/15

**listen [6]** 995/13 1066/21 1067/3 1067/7 1091/5 1091/5

**listening [1]** 1061/9

**listing [1]** 1042/16

**literally [1]** 940/20

**little [20]** 918/8 928/12 930/23 940/10 940/13 950/19 950/20 953/17 973/22 979/5 1032/7 1032/17 1032/21 1035/2 1039/14 1044/11 1056/1 1061/16 1079/17 1086/10

**live [1]** 1075/5

**lives [1]** 1057/15

**LLP [1]** 911/3

**loading [2]** 1043/15 1043/15

**location [6]** 955/8 955/12 955/21 973/8 975/12 1026/20

**logo [3]** 977/7 978/4 978/4

**LOL [1]** 1083/25 1084/17 1084/18

**long [13]** 926/7 943/23 944/1 953/14 954/1 962/19 981/1 982/1 983/22 1013/2 1057/22 1065/22 1076/18

**longer [2]** 952/20 1055/15

**look [37]** 916/3 917/8 926/2 927/6 928/21 934/15 939/8 941/9 946/8 959/5 970/7 974/5 976/11 976/19 977/9 977/10 980/9

**lot [14]** 917/14 926/17 927/7 952/12 956/17 956/18 958/8 958/8 1031/10 1060/7 1074/16 1075/23 1075/24 1076/19

**lots [2]** 956/12 1032/6

**loud [2]** 969/17 1021/24

**loved [1]** 1030/10

**lower [8]** 973/6 1025/15 1029/14 1034/2 1041/9 1045/1 1066/5 1082/9

**Lower West Terrace [1]** 1082/9

**LRM [1]** 910/14

**luck [1]** 1097/21

**lunch [2]** 973/24 980/2

**M**

**mad [1]** 1077/18

**made [22]** 917/20 921/2 943/1 944/5 950/23 992/1 992/4 995/11 997/13 1001/20 1005/2 1008/17 1010/22 1050/15 1052/17 1054/8 1060/14 1066/5 1078/21 1078/22 1078/22 1082/14

**main [1]** 954/24

**mainly [2]** 962/5 966/25

**make [36]** 924/3 926/17 927/16 929/4 941/6 945/24 946/1 946/18 950/11 950/24 971/23 972/2 972/4 974/11 974/13 976/4 979/18 980/10 981/19 1007/21 1028/14

**makes [4]** 918/17 932/2 945/1 1065/21

**making [15]** 940/16 941/17 943/4 948/24 951/13 957/4 972/6 1008/25 1010/9 1011/14 1011/16 1018/3 1020/25 1021/8 1024/3

**manner [19]** 920/16 920/18 933/16 933/18 934/6 936/9 936/16 986/9 993/14 1013/15 1013/19 1013/23 1021/15 1021/20 1039/5 1043/12 1070/9 1072/20 1093/25

**many [15]** 930/23 965/25 1032/2 1059/7 1059/12 1059/21 1059/21 1061/20 1062/15 1064/5 1064/9 1064/9 1064/14 1085/18 1093/9

**map [2]** 1025/10 1025/10

**March [1]** 910/5

**marked [1]** 1094/6

**market [2]** 1015/16 1015/18

**marks [1]** 1035/10

**marshal [3]** 1094/11 1094/12 1094/15

**mask [2]** 961/7 961/8 961/9 969/11

**massive [2]** 956/23 1059/7

**master [1]** 1076/8

**material [1]** 1044/11

**mathematical [1]** 989/6

**matter [12]** 921/22 936/6 938/6 975/2 992/20 993/11 994/4 1092/2 1092/10 1093/13 1094/1 1100/4

**matters [15]** 914/18 989/3 993/18 1056/12 1093/2

**may [85]** 916/22 923/18 924/3 930/22 934/22 938/4 940/14 940/24 943/2 944/9 949/19 950/7 971/3 976/5 978/4 982/24 983/20 986/14 987/1 987/1 987/3 987/13 989/25 990/20 990/23 991/4 992/18 992/23 993/11 993/11 993/12 993/24 993/24 993/25

**may... [51]** 994/8
994/11 994/16 996/15
997/2 997/11 997/13
997/16 999/4 1001/8
1001/10 1001/19
1003/20 1004/19
1005/1 1005/13 1007/4
1007/16 1007/22
1013/7 1013/18
1013/22 1025/23
1031/12 1035/23
1051/6 1056/5 1057/19
1062/3 1074/24
1075/23 1076/4
1090/12 1091/2 1091/4
1091/15 1091/18
1091/19 1091/23
1092/12 1093/3 1093/7
1094/4 1094/16
1094/19 1094/20
1094/22 1095/9
1095/13 1097/19
1100/7
**maybe [17]** 921/21
922/9 928/19 943/10
949/4 949/12 981/1
981/23 1043/6 1049/12
1051/4 1060/11
1064/23 1088/9 1088/9
1088/10 1088/12
**mayhem [1]** 1069/23
**mayor [1]** 1036/8
**McCree [3]** 1030/23
1082/6 1082/10
**McCree's [2]** 1031/24
1034/7
**McIntyre [1]** 1039/24
**me [77]** 914/20 916/14
922/11 922/15 922/19
923/20 925/17 925/24
926/17 927/17 928/6
928/19 931/8 931/24
934/24 934/25 935/17
937/16 937/19 942/22
944/7 945/24 946/1
947/11 950/17 958/22
962/6 962/7 962/12
963/10 963/15 966/12
966/17 967/23 968/18
968/19 971/19 973/19
974/3 977/4 985/3
985/22 986/2 991/5
1001/14 1021/7
1021/18 1047/17
1053/9 1055/4 1061/7
1061/15 1061/19
1062/18 1073/1 1081/1
1081/1 1087/17
1087/17 1087/21
1087/21 1087/24
1087/24 1091/10
1091/22 1092/1 1092/7
1092/8 1093/23
1094/24 1094/25
1095/2 1095/4 1095/18
1095/25 1096/1 1096/2
**mean [42]** 917/8

928/24 926/11 926/20
927/11 927/15 928/3
928/12 930/3 931/13
931/13 932/5 932/11
933/19 933/20 934/10
934/15 934/25 935/18
935/24 937/7 939/1
939/3 939/8 940/2
941/9 941/12 943/21
944/1 956/2 957/6
977/9 979/24 980/11
981/1 983/25 1041/6
1049/19 1050/5
1051/10 1052/16
1059/24
**meaning [9]** 979/13
1003/11 1018/18
1018/21 1022/8
1024/16 1025/18
1025/24 1026/15
**meanings [4]** 1012/17
1022/7 1024/15
1026/17
**means [32]** 921/24
938/19 938/20 939/24
948/9 971/16 973/19
976/17 991/16 999/6
999/13 999/16 999/17
1000/4 1000/11
1003/14 1003/16
1012/5 1014/4 1014/23
1015/16 1018/11
1024/10 1025/8 1031/4
1035/4 1037/6 1049/8
1051/12 1060/13
1091/19 1092/8
**meant [4]** 943/17
943/19 982/18 1095/23
**measured [1]** 1015/19
**measures [1]** 1080/22
**mechanical [1]** 911/13
**media [10]** 935/22
935/22 1028/13
1059/22 1059/23
1060/15 1062/25
1077/11 1080/23
1091/4
**meet [8]** 922/18
1056/17 1057/15
1058/17 1071/19
1076/10 1076/11
1076/14
**meeting [3]** 980/16
994/22 1057/1
**MEHTA [4]** 910/10
913/3 1056/9 1079/7
**Mehta's [1]** 1057/3
**member [5]** 1014/8
1051/18 1080/9
1091/25 1092/2
**members [5]** 958/19
1030/4 1036/18
1051/19 1091/24
**memory [5]** 975/20
987/17 987/18 987/19
993/16
**men [2]** 1061/1 1079/3
**mental [4]** 992/24

1014/8
**mention [2]** 917/4
940/11 1053/1
**mentioned [3]** 960/25
1056/21 1056/23
**mere [7]** 918/18 922/15
923/23 936/3 937/23
938/12 938/13
**merely [14]** 936/9
936/16 939/22 990/18
995/8 1001/9 1001/12
1001/20 1004/20
1005/2 1007/7 1007/8
1007/8 1092/24
**Merit [1]** 911/8
**merits [1]** 1092/3
**message [12]** 913/21
935/22 1037/3 1063/13
1063/22 1063/23
1080/1 1080/23 1081/6
1086/18 1090/2 1090/3
**messages [2]** 1081/11
1083/23
**met [4]** 992/22 1089/19
1089/20 1089/23
**metal [7]** 967/9 1029/1
1044/7 1046/2 1046/8
1072/18 1085/7
**Metro [1]** 955/5
**Metropolitan [21]**
946/4 946/20 953/13
953/14 975/22 1000/9
1009/12 1010/14
1012/19 1035/17
1038/7 1048/22 1050/7
1050/11 1050/12
1052/2 1052/6 1054/10
1070/19
**Michigan [1]** 1059/16
**microphone [1]** 953/17
**middle [3]** 953/23
964/10 964/12
**midst [1]** 1029/17
**might [12]** 925/3
989/21 989/24 1033/13
1033/17 1035/25
1043/5 1065/25
1065/25 1067/8 1087/2
1087/18
**Mike [4]** 1060/9
1063/15 1077/20
1078/7
**million [2]** 1060/4
1078/18
**Millions [1]** 1063/15
**mind [9]** 980/2 981/17
997/24 998/1 1028/4
1029/8 1030/20 1092/5
1094/5
**mindful [1]** 1090/18
**minds [1]** 1059/20
**minimum [1]** 1046/24
**minute [4]** 964/18
976/5 1029/16 1042/13
**minutes [13]** 945/5
950/22 951/5 962/21

985/19 1066/8 1074/4
1088/15 1097/8 1098/4
**mirror [1]** 981/14
**misdemeanor [1]**
939/4
**misrecollection [1]**
994/1
**mission [1]** 1090/18
**misspoke [1]** 919/11
**mistake [5]** 920/23
939/18 999/2 1014/2
1078/24
**mob [4]** 1080/9
1082/21 1084/5 1089/3
**modification [1]**
915/10
**modifications [1]**
921/2
**modified [2]** 915/13
920/7
**modifies [1]** 1095/21
**modify [2]** 915/9 917/4
**moment [6]** 920/5
927/13 940/7 1027/22
1051/6 1095/3
**momentarily [1]**
971/20
**moments [1]** 986/5
**money [1]** 948/10
**monitor [1]** 959/8
**monitoring [1]** 954/16
**montage [1]** 1034/7
**Monument [1]** 1063/2
**more [39]** 918/20 936/3
945/7 950/17 950/19
973/22 976/16 977/3
979/5 988/13 988/17
989/2 989/22 993/25
998/13 999/8 1015/16
1033/10 1034/10
1034/10 1034/11
1034/25 1035/5
1038/12 1039/11
1044/14 1046/23
1058/7 1059/13
1059/17 1062/5 1074/4
1074/16 1077/25
1083/23 1089/11
1091/24 1093/12
1098/3
**morning [17]** 913/4
913/6 913/15 913/18
952/12 952/21 953/6
953/7 970/8 1033/9
1036/22 1057/5
1057/14 1063/13
1080/13 1084/11
1097/19
**most [4]** 1058/24
1060/10 1073/5 1078/1
**motion [7]** 941/16
951/13 971/23 971/24
973/14 1086/4 1086/12
**motioning [1]** 1068/23
**motivated [1]** 1058/20
**motivation [1]** 915/3
**motive [1]** 993/17

**mouth [1]** 928/19
**move [7]** 950/8 953/17
958/7 967/17 979/2
1059/2 1068/23
**moved [4]** 950/9 958/1
1067/11 1068/8
**movement [1]** 962/2
998/21 1062/13
**moving [4]** 945/4
1038/2 1068/19 1069/7
**MPD [17]** 946/6 946/21
975/21 976/2 977/11
977/17 977/21 977/25
978/1 1048/12 1048/13
1049/6 1049/10
1049/16 1049/24
1050/1 1050/5
**MPD-shaped [1]**
977/11
**Mr. [74]** 913/15 913/21
915/12 916/13 916/13
916/15 923/2 923/22
923/24 927/13 928/21
933/23 934/12 934/15
938/24 939/9 942/2
943/11 947/7 947/24
950/13 951/11 968/25
970/7 972/2 972/12
973/13 974/10 974/14
974/16 974/24 975/10
975/11 976/1 982/20
982/23 983/5 983/9
983/23 990/21 995/11
996/5 1002/5 1004/19
1006/15 1006/17
1006/25 1007/2 1007/7
1007/16 1007/22
1008/10 1008/15
1010/1 1010/5 1016/23
1019/24 1023/7
1052/20 1053/3
1054/16 1054/22
1056/3 1056/18 1058/4
1058/7 1058/20 1067/9
1076/23 1091/10
1096/15 1097/1 1098/1
1098/15
**Mr. Boyle [22]** 916/13
933/23 934/15 938/24
939/9 942/2 943/11
947/7 947/24 950/13
951/11 968/25 972/2
972/12 973/13 974/10
982/20 1052/20
1054/16 1054/22
1056/3 1076/23
**Mr. Boyle's [1]** 934/12
**Mr. Douyon [6]** 913/21
1091/10 1096/15
1097/1 1098/1 1098/15
**Mr. Jenkins [42]**
913/15 915/12 916/13
916/15 923/2 923/22
923/24 927/13 928/21
970/7 974/16 974/24
975/10 975/11 976/1
982/23 983/5 983/9
983/23 995/11 996/5

1121

# M

**Mr. Jenkins... [21]**
1002/5 1004/19
1006/15 1006/17
1007/2 1007/7 1007/16
1007/22 1008/10
1008/15 1010/1 1010/5
1016/23 1019/24
1023/7 1053/3 1056/18
1058/4 1058/7 1058/20
1067/9
**Mr. Jenkins' [2]** 990/21
1006/25
**Mr. Shane [1]** 974/14
**Ms. [5]** 916/13 972/14
972/16 972/20 973/10
**Ms. Jasari [5]** 916/13
972/14 972/16 972/20
973/10
**much [7]** 971/2 991/18
1047/5 1082/5 1097/1
1097/2 1097/21
**murder [1]** 1048/4
**must [66]** 936/14
942/20 988/9 988/18
989/12 989/14 990/19
992/3 992/9 992/15
993/4 995/18 995/21
996/6 996/8 998/9
1000/23 1001/13
1001/14 1001/22
1002/13 1003/3
1003/13 1003/15
1004/8 1004/21 1005/4
1005/21 1006/19
1007/18 1008/20
1009/8 1010/2 1010/10
1012/11 1014/14
1015/8 1015/9 1015/15
1016/8 1016/23 1017/4
1019/7 1019/24 1020/6
1022/20 1023/7
1023/13 1024/23
1026/7 1058/4 1058/5
1065/8 1065/20 1072/5
1074/7 1074/8 1091/5
1091/6 1092/15
1093/15 1093/17
1093/18 1095/22
1096/6 1097/17
**mutual [1]** 1090/22
**my [26]** 914/12 916/18
916/19 960/16 960/18
960/22 962/9 967/6
968/19 977/11 978/1
980/1 980/2 981/15
986/7 986/8 986/17
987/3 1027/4 1047/21
1076/4 1076/7 1085/3
1088/1 1094/18
1096/19
**Myself [1]** 955/4

# N

**name [3]** 953/8 953/10
988/19
**Nancy [1]** 1084/13
**narrower [2]** 979/24

**natural [3]** 997/17
1002/20 1036/25
**nature [3]** 989/10
989/13 999/1
**near [3]** 973/6 1040/23
1041/18
**necessarily [1]** 989/17
**necessary [14]** 921/13
934/8 940/25 941/7
988/13 997/24 1002/2
1005/9 1012/23 1029/7
1029/8 1056/19
1091/22 1094/17
**neck [1]** 1075/25
**need [29]** 917/3 918/12
919/6 920/17 929/22
933/1 933/17 939/23
943/21 949/11 951/25
971/19 985/24 1002/25
1006/21 1007/1 1008/7
1015/10 1015/13
1049/24 1054/22
1067/24 1077/4 1077/6
1078/20 1079/8
1090/11 1096/16
1096/25
**needed [5]** 954/17
984/12 1055/25
1076/19 1079/8
**needs [7]** 920/1
1006/16 1049/5 1050/2
1056/22 1064/8 1064/8
**neither [1]** 927/1
**neutral [1]** 1062/6
**never [19]** 927/14
931/11 931/16 935/20
938/15 978/20 980/25
980/25 988/1 1058/10
1058/10 1058/10
1069/19 1069/22
1073/11 1073/16
1092/2 1092/5 1092/8
**nevertheless [1]**
1051/2
**new [2]** 1053/5
1053/11
**news [2]** 1033/18
1083/25
**newspaper [1]** 1091/2
**next [13]** 918/15
920/17 944/3 947/1
950/9 952/14 967/18
1031/6 1049/4 1063/8
1080/13 1082/15
1082/16
**nice [2]** 952/10 952/11
**night [6]** 1036/21
1057/7 1057/9 1077/16
1085/19 1098/20
**nine [4]** 1041/15
1046/15 1046/21
1088/17
**Ninth [1]** 941/5
**nitty [1]** 917/18
**nitty-gritty [1]** 917/18
**no [105]** 910/4 913/7
913/21 915/5 915/6

918/1 918/3 918/23
918/24 919/9 919/10
923/19 925/2 928/5
930/6 930/14 930/18
933/1 935/7 940/21
940/22 943/2 943/10
943/12 944/24 947/25
948/17 950/15 951/1
951/2 952/20 955/13
955/19 956/4 957/18
957/20 968/24 970/19
970/20 970/24 971/1
971/5 972/3 972/4
973/16 974/17 974/23
977/12 978/16 985/9
991/10 992/12 995/6
997/10 1031/18 1032/8
1033/23 1034/4
1050/10 1050/17
1052/8 1055/15 1057/4
1057/11 1057/17
1058/6 1059/24
1065/12 1065/13
1065/14 1065/15
1065/15 1065/17
1067/14 1067/14
1069/4 1069/10
1069/20 1070/11
1070/15 1070/17
1070/25 1071/3
1071/22 1071/24
1072/2 1072/3 1072/3
1072/16 1073/7
1073/12 1073/14
1073/19 1074/2
1074/11 1074/14
1075/2 1078/24
1086/19 1090/15
1091/25 1098/3
**nobody [2]** 932/4
957/4
**noise [1]** 1064/15
**non [2]** 923/10 923/10
**non-dangerous [1]**
923/10
**non-inherently [1]**
923/10
**None [1]** 916/7
**noon [1]** 974/23
**normal [3]** 1022/3
1059/4 1059/4
**normally [1]** 927/20
**not [277]**
**note [11]** 973/13 980/6
987/21 1056/13
1091/23 1092/1
1094/10 1094/24
1096/1 1096/2 1098/4
**note-taker's [1]** 987/21
**notebooks [1]** 987/14
**notes [5]** 978/1 987/13
987/16 987/19 987/20
**noteworthy [1]** 1068/5
**nothing [6]** 971/10
1064/6 1095/17
1095/19 1095/20
1096/9

961/20 963/16 965/20
968/7 974/14 995/17
1089/7
**noticed [8]** 984/10
1030/14 1031/9
1033/17 1035/11
1035/23 1053/19
1055/25
**notify [1]** 1094/10
**November [2]** 1028/4
1077/16
**now [57]** 919/15
935/10 939/8 946/18
949/19 964/9 970/15
971/15 971/16 972/12
973/11 973/18 973/22
973/24 973/25 980/1
986/1 986/2 989/9
998/1 1011/3 1017/19
1020/16 1023/19
1027/5 1027/22 1038/8
1044/4 1046/18
1046/20 1047/9
1049/12 1053/8
1056/21 1057/13
1057/19 1057/25
1061/3 1061/7 1062/2
1062/12 1066/20
1070/4 1071/13 1072/6
1077/18 1079/14
1082/3 1084/3 1085/6
1088/7 1088/23
1089/14 1096/6
1096/12 1096/23
1097/5
**nuance [1]** 922/11
**number [20]** 914/3
914/4 972/19 972/21
989/18 989/22 989/23
1042/2 1044/17
1044/23 1044/24
1045/7 1045/8 1045/16
1045/17 1045/25
1046/9 1053/11
1058/14 1068/20
**numbers [1]** 1059/14
**nuts [1]** 1083/7
**NW [2]** 910/19 911/10

# O

**oath [1]** 952/23
**object [59]** 915/4
920/12 920/13 920/14
920/18 920/22 920/25
921/9 922/4 923/10
923/15 923/22 926/20
927/4 930/1 932/17
933/13 933/13 933/18
934/14 935/3 936/14
937/22 937/24 938/14
938/14 939/15 939/17
941/16 942/10 942/23
943/3 967/7 975/20
978/7 992/5 1013/7
1013/8 1013/11
1013/12 1013/13
1013/21 1013/22

1039/1 1042/25 1043/4
1043/7 1044/3 1044/8
1044/18 1045/23
1045/24 1048/2
1048/14 1049/10
1078/8
**objected [1]** 991/25
**objecting [2]** 944/2
992/2
**objection [22]** 915/20
915/21 916/8 917/24
918/3 918/21 918/23
918/24 919/9 919/10
944/24 947/24 948/16
948/17 958/15 968/3
968/12 980/6 992/8
992/14 1050/11 1052/8
**objections [2]** 916/6
992/3
**objective [1]** 957/1
**objects [35]** 919/17
919/24 923/25 924/1
925/16 927/1 930/25
937/8 963/8 963/12
975/2 979/19 979/20
980/12 983/3 983/8
983/17 1010/1 1010/3
1013/16 1013/18
1016/22 1016/24
1019/23 1019/25
1023/6 1023/8 1038/23
1039/9 1039/12
1042/14 1043/12
1046/16 1046/22
1070/15
**obliterated [1]** 1064/25
**observe [2]** 956/9
993/18
**obstruct [20]** 983/25
998/4 1000/17 1001/8
1001/11 1001/19
1001/24 1002/6
1002/15 1002/18
1002/21 1003/18
1007/24 1036/15
1036/23 1073/4 1073/6
1073/9 1073/19
1073/23
**obstructed [4]** 975/13
998/20 1007/23 1074/8
**obstructing [13]**
998/13 1000/15
1000/19 1000/22
1001/1 1001/4 1002/4
1003/22 1034/21
1034/25 1035/3 1037/1
1073/1
**obstructing/impeding/i
nterfering [1]** 1034/25
**obstruction [25]** 918/7
919/4 975/9 983/19
1004/3 1004/4 1004/6
1004/8 1004/12
1004/15 1004/20
1005/2 1005/6 1005/12
1005/20 1005/24
1006/2 1006/10

# O

**obstruction... [7]**
1006/14 1007/17
1007/25 1008/5 1008/9
1036/13 1073/22
**obstructs [1]** 1003/23
**obtained [2]** 997/1
997/6
**obtaining [1]** 997/7
**obvious [2]** 1014/6
1041/7
**obviously [4]** 920/13
1013/9 1013/11 1039/3
**OC [4]** 962/9 969/13
1069/6 1082/22
**occurred [2]** 996/13
1020/13
**occurring [1]** 916/1
**occurs [2]** 1021/14
1021/19
**odd [2]** 934/25 940/1
**off [11]** 913/20 970/23
976/6 1018/12 1044/18
1051/9 1058/4 1070/5
1084/17 1085/23
1089/8
**off-limits [1]** 1058/4
**offense [99]** 919/4
919/13 923/5 939/6
940/15 941/23 949/12
949/15 949/16 949/21
949/22 949/25 984/16
984/16 988/5 988/6
988/8 988/10 998/9
1001/2 1002/7 1002/8
1002/10 1002/11
1002/13 1003/1 1003/2
1004/13 1005/13
1005/14 1005/21
1006/1 1006/6 1006/10
1006/13 1006/16
1006/18 1006/21
1006/23 1006/25
1007/9 1007/12
1007/16 1007/20
1007/22 1008/1 1008/3
1008/5 1008/8 1008/21
1010/2 1011/20
1011/23 1016/2 1016/8
1016/18 1016/23
1017/3 1017/11
1017/14 1017/24
1017/25 1018/10
1019/1 1019/7 1019/19
1019/24 1020/4
1020/21 1020/22
1022/14 1022/20
1023/2 1023/7 1023/12
1023/24 1023/25
1024/23 1026/7
1039/17 1040/4
1040/15 1040/21
1041/5 1041/21
1048/14 1049/4
1050/16 1050/17
1050/18 1050/20
1050/20 1056/19
1056/20 1058/18
1095/7
**offenses [16]** 921/19
947/22 997/4 1011/2
1011/4 1017/20
1020/17 1023/20
1027/3 1027/14 1047/4
1052/4 1055/22
1058/11 1058/14
1058/16
**offer [1]** 1065/19
**offered [2]** 992/2
1065/10
**offers [1]** 1065/19
**Office [1]** 1025/13
**officer [110]** 917/21
941/1 941/11 941/13
941/17 941/20 941/21
942/7 942/11 942/11
942/21 943/1 944/18
944/19 945/13 945/16
946/4 946/11 946/13
946/15 946/19 946/22
946/23 952/16 953/9
954/9 957/7 957/11
957/12 959/5 959/12
960/5 960/23 962/6
962/12 962/19 965/12
965/20 966/21 967/10
967/14 967/20 968/6
969/4 971/2 977/20
978/6 995/9 998/16
999/20 1000/4 1000/5
1008/12 1009/6
1009/11 1009/17
1010/7 1010/13
1010/19 1010/23
1011/7 1011/13 1012/2
1012/19 1013/3 1013/6
1038/7 1038/16
1045/13 1048/6 1048/8
1048/10 1048/12
1048/22 1049/2 1049/5
1049/6 1049/8 1049/9
1049/9 1049/21 1050/1
1050/3 1050/4 1050/5
1050/8 1050/11
1050/12 1051/11
1051/14 1051/15
1051/16 1051/17
1052/2 1052/5 1055/8
1055/17 1068/16
1068/23 1068/24
1068/25 1069/1 1069/2
1070/16 1088/11
1088/14 1089/2 1089/3
1089/9 1089/13
**officer's [5]** 944/18
944/19 995/2 995/4
1068/18
**officers [69]** 921/20
946/9 946/21 955/3
955/4 956/5 956/12
956/22 957/14 962/2
963/2 968/20 969/7
969/9 975/24 977/13
983/11 996/25 998/5
998/14 998/16 1000/15
1000/22 1001/1 1001/4
1001/9 1001/11
1001/20 1001/24
1008/23 1012/20
1013/1 1029/19 1032/3
1032/4 1032/5 1034/9
1034/11 1034/21
1035/1 1035/8 1035/15
1035/18 1035/19
1038/3 1042/15
1043/22 1044/20
1049/10 1049/13
1049/16 1054/5
1054/11 1055/2
1055/12 1055/19
1067/22 1069/4 1069/5
1069/6 1072/7 1083/14
1086/1 1086/2 1086/13
1088/18 1088/24
**official [84]** 911/9
918/7 918/9 945/17
946/14 998/6 998/17
1000/10 1001/1 1002/4
1002/6 1002/16
1002/18 1002/22
1002/24 1002/25
1003/1 1003/4 1003/7
1003/18 1004/3 1004/4
1004/6 1004/8 1004/12
1004/15 1004/20
1005/2 1005/6 1005/12
1005/20 1005/25
1006/3 1006/10
1006/14 1007/17
1007/23 1007/24
1007/25 1008/6 1008/9
1008/14 1008/24
1009/7 1009/19 1010/8
1010/21 1010/25
1011/8 1011/14
1012/19 1013/1
1019/14 1019/16
1020/12 1020/15
1030/5 1030/22 1031/3
1035/9 1036/13
1036/14 1036/15
1036/17 1036/23
1037/2 1038/18 1041/1
1041/3 1047/25 1048/9
1049/7 1050/7 1051/20
1054/7 1055/9 1055/14
1073/2 1073/4 1073/6
1078/15 1078/16
1079/7 1079/11
**often [2]** 1093/12
1094/16
**oh [10]** 922/9 933/11
947/6 949/3 982/18
985/19 1028/22
1070/24 1083/7
1083/24
**okay [132]** 914/2 914/5
914/8 914/17 915/7
915/22 916/5 916/21
917/17 918/25 919/14
929/25 933/11 940/12
941/11 942/17 943/5
945/4 945/9 945/21
946/19 947/6 947/7
947/8 947/9 947/10
947/14 947/23 948/15
949/10 949/15 950/3
950/4 950/16 951/3
951/21 951/25 952/10
953/25 954/6 954/11
954/22 955/6 955/20
956/1 956/7 956/11
957/10 958/11 959/21
959/25 960/14 960/19
961/11 961/22 963/7
963/21 964/2 964/15
964/21 966/5 967/2
970/6 970/14 971/4
971/7 971/13 972/1
972/8 973/17 975/6
975/14 977/15 978/8
978/21 979/2 979/3
980/4 980/5 980/24
981/24 982/2 982/13
982/14 984/8 984/14
1027/4 1030/14 1031/9
1031/13 1031/22
1032/10 1033/21
1034/20 1037/12
1040/9 1041/6 1043/2
1047/19 1048/3
1048/18 1049/3 1050/1
1050/14 1050/20
1050/22 1051/3 1051/5
1051/25 1052/6
1052/15 1052/20
1053/4 1053/15
1053/17 1053/21
1054/11 1054/15
1054/24 1076/23
1082/19 1084/5
1088/13 1089/19
1090/10 1097/4
1097/25 1098/25
1099/1
**ole [1]** 1084/13
**omelet [1]** 1028/21
**omelette [1]** 1080/24
**OMG [1]** 1080/25
**omissions [1]** 996/19
**omitted [1]** 997/13
**once [6]** 964/19 964/22
964/22 981/2 985/20
1058/21
**one [94]** 922/9 922/23
926/1 937/20 938/11
944/11 945/2 945/24
948/2 949/14 950/6
951/8 952/17 957/7
957/11 957/25 962/12
970/1 975/17 976/17
977/16 978/12 979/2
979/8 979/10 979/14
981/4 981/8 981/11
982/23 988/16 989/9
989/22 991/17 998/13
999/14 1006/24 1008/6
1010/2 1012/8 1013/8
1014/23 1016/24
945/4 945/9 945/21
1026/20 1026/21
1029/4 1030/9 1030/18
1031/6 1034/8 1034/25
1035/4 1035/5 1035/5
1035/12 1035/23
1036/5 1036/9 1037/22
1038/9 1038/10
1038/12 1039/2
1039/14 1044/8 1046/9
1046/16 1046/20
1046/23 1046/23
1046/24 1053/1 1053/2
1054/23 1055/4
1062/25 1065/1 1069/9
1069/9 1069/25
1070/17 1071/23
1075/5 1075/15
1087/18 1089/24
1091/24 1092/13
1093/6 1095/2 1095/10
1098/22
**ones [3]** 1052/16
1060/13 1061/20
**online [2]** 1028/12
1078/5
**only [47]** 924/16
925/11 926/2 926/3
926/12 931/5 931/6
932/12 933/24 934/13
938/9 938/10 940/1
943/6 943/15 944/12
952/21 977/17 981/2
983/16 983/23 987/16
988/13 989/14 989/25
990/15 992/25 996/11
996/16 996/20 996/23
1006/24 1015/22
1028/21 1028/25
1046/15 1046/22
1057/20 1058/1
1066/15 1071/5
1072/24 1082/5
1092/16 1092/21
1094/6 1095/23
**open [5]** 923/17 972/10
1092/4 1092/9 1096/5
**opened [1]** 1078/7
**opening [3]** 1072/20
1076/7 1077/15
**openly [1]** 938/1
**opera [1]** 1075/10
**operating [1]** 914/15
**operation [1]** 999/18
**opinion [5]** 987/5
1092/17 1092/20
1093/4 1095/18
**opinions [2]** 1071/24
1092/25
**opponents [1]** 1075/16
**opportunities [1]**
1027/8
**opportunity [3]** 968/6
993/18 1094/13
**oppose [1]** 1012/15
**opposed [16]** 946/3
1009/10 1009/16
1010/12 1010/18

**opposed... [11]**
1012/24 1038/6
1038/15 1048/21
1048/25 1049/1 1054/4
1055/7 1055/11
1055/16 1055/18
**opposes [2]** 944/15
1047/23
**opposing [4]** 1008/11
1010/6 1011/12
1038/10
**opposite [3]** 989/24
1065/23 1065/23
**optimism [3]** 1062/16
1062/19 1062/19
**option [3]** 917/8
1039/8 1052/1
**orally [1]** 1092/4
**order [47]** 919/7 937/2
947/16 948/22 998/8
1000/21 1002/12
1004/7 1005/19 1008/4
1009/2 1009/4 1010/1
1010/5 1011/3 1011/21
1012/10 1014/12
1016/5 1016/7 1016/22
1017/2 1017/19 1018/7
1019/5 1019/6 1019/23
1020/3 1020/16 1021/5
1021/12 1022/18
1022/19 1023/6
1023/11 1023/19
1024/8 1024/22 1026/6
1035/17 1053/6
1053/12 1056/18
1065/7 1067/24 1068/2
1093/16
**ordered [3]** 992/14
997/3 1098/19
**orderly [9]** 986/9
1019/13 1019/16
1020/11 1020/14
1025/4 1040/25 1041/2
1042/2
**ordinarily [1]** 997/9
**ordinary [1]** 1012/17
**organ [1]** 1014/8
**organize [1]** 1090/21
**origin [1]** 986/24
**originally [1]** 1055/5
**other [94]** 917/8
917/11 922/18 922/20
926/5 926/25 927/19
928/16 928/18 928/25
930/2 933/23 934/11
934/19 935/12 937/19
938/12 939/12 939/17
940/7 940/8 944/21
945/19 945/22 948/2
949/2 949/14 950/22
950/24 955/3 955/4
957/14 961/4 963/2
965/14 966/2 967/15
968/20 978/18 979/17
979/20 983/1 983/3
988/7 989/24 991/2
992/1 993/7 993/21

996/17 997/14 999/15
1003/25 1007/6 1008/9
1011/10 1014/25
1018/6 1021/3 1021/11
1024/6 1024/11 1025/9
1029/5 1029/11 1039/5
1043/19 1043/19
1045/12 1049/12
1051/10 1057/11
1057/23 1068/17
1074/11 1075/4 1075/5
1075/20 1081/25
1087/2 1087/23
1088/12 1089/5 1089/8
1091/9 1091/21
1092/10 1092/22
1092/24 1093/17
1095/12
**others [22]** 1002/7
1005/11 1005/21
1005/24 1006/4 1006/9
1006/13 1006/18
1006/20 1007/20
1021/23 1029/20
1059/11 1062/16
1066/16 1074/11
1075/10 1075/11
1087/23 1087/25
1088/6 1094/23
**otherwise [11]** 932/16
932/19 938/13 939/3
982/11 996/14 1007/15
1018/12 1039/9 1049/7
1094/14
**ought [2]** 925/7 934/17
**our [28]** 913/17 914/4
929/8 937/3 943/3
945/4 945/10 949/14
951/5 952/18 955/1
979/3 980/6 981/17
984/13 1028/25
1030/23 1037/23
1047/7 1061/6 1073/18
1075/7 1076/7 1080/16
1088/4 1089/23 1097/6
1097/6
**ours [1]** 981/25
**out [66]** 914/22 916/14
917/13 920/19 925/17
927/15 928/20 931/10
931/16 935/21 941/2
941/4 941/5 945/5
947/11 947/14 954/17
954/20 958/4 959/16
959/17 959/18 960/18
964/13 970/16 976/4
978/20 982/7 983/12
984/18 991/6 991/10
996/14 996/21 998/6
999/18 1003/8 1013/1
1027/11 1029/3 1029/4
1029/5 1029/13
1029/20 1041/17
1044/3 1052/2 1057/18
1058/22 1061/20
1061/20 1062/2
1066/22 1068/2 1069/7

1069/19 1069/20
1069/25 1071/11
1076/1 1083/16
1084/14 1089/3 1096/3
**outcome [1]** 993/20
**outreach [2]** 953/21
953/22
**outset [2]** 1058/8
1093/6
**outside [5]** 959/16
1036/18 1061/17
1067/13 1069/11
**over [35]** 913/20
913/21 914/2 918/14
925/14 925/18 951/17
954/21 976/1 980/2
991/17 1021/18
1027/16 1027/16
1027/16 1027/19
1027/20 1030/7
1030/17 1030/17
1031/17 1032/13
1060/8 1060/10 1072/9
1077/20 1078/4
1081/18 1082/15
1086/13 1087/14
1087/20 1087/20
1090/14 1098/15
**overcome [1]** 1075/17
**overlap [1]** 1030/15
**overnight [1]** 1033/12
**overruled [1]** 958/16
**own [7]** 987/9 987/18
987/19 1056/12
1073/22 1075/16
1092/21
**owned [1]** 977/4
**owner [1]** 948/11

---

**P**

**p.m [8]** 977/24 984/5
1052/23 1052/23
1066/6 1074/4 1082/21
1099/5
**packed [1]** 957/25
**page [38]** 914/17
914/17 914/20 914/24
915/8 915/13 915/23
916/11 916/12 916/18
916/23 917/19 917/20
918/5 918/13 918/14
919/2 919/15 920/7
921/6 922/8 922/9
940/14 944/4 945/8
945/19 947/1 947/3
947/4 947/15 947/19
948/21 950/6 950/9
1025/14 1053/9
1053/10 1053/11
**page 1 [1]** 914/20
**pages [4]** 914/21
914/22 918/14 1047/15
**paid [2]** 1037/23
1088/4
**pain [1]** 1014/6
**paint [1]** 1085/23
**pandemonium [1]**

**panel [4]** 952/6 985/11
1054/18 1097/23
**panned [1]** 1087/19
**pans [1]** 1087/20
**paper [4]** 974/21
1060/14 1064/20
1064/22
**paragraph [6]** 920/20
940/15 945/23 947/2
947/19 949/8
**parrots [1]** 916/20
**part [11]** 941/11 992/13
996/25 1006/22
1012/18 1021/23
1025/15 1027/10
1027/10 1029/15
1051/20
**participate [1]** 1028/17
**participated [3]**
1007/19 1030/9 1041/8
**participation [1]**
1006/17
**particular [11]** 930/25
955/8 988/5 988/8
991/18 995/20 1008/4
1057/9 1070/16
1092/20 1094/21
**parties [7]** 972/22
973/21 974/3 985/21
990/4 990/5 1059/1
**parties' [1]** 920/8
**partisans [1]** 1093/13
**partner [2]** 1085/3
1088/2
**partook [1]** 1081/21
**parts [3]** 996/11 996/13
1006/25
**party [2]** 992/4 996/22
**pass [1]** 1029/20
**passageway [1]**
955/14
**passed [2]** 1001/16
1004/23
**passing [1]** 919/16
**passion [1]** 1072/3
**past [2]** 958/22 1075/6
**patch [1]** 1076/2
**patience [1]** 985/14
**Patrol [1]** 954/5
**patting [1]** 1068/23
**pause [3]** 940/5 940/7
960/7
**peaceful [3]** 926/24
1013/18 1031/4
**Pence [8]** 1060/9
1063/15 1063/17
1077/21 1078/3 1078/7
1081/16 1081/17
**pending [4]** 918/12
1003/1 1003/2 1079/8
**Pennsylvania [3]**
1057/16 1057/18
1059/16
**people [46]** 934/21
935/12 958/22 962/10
966/22 969/7 969/15
983/4 993/21 1028/19

1060/16 1060/18
1061/8 1061/14 1062/3
1063/5 1063/15 1064/5
1064/9 1064/20
1064/23 1064/24
1071/15 1071/21
1073/16 1074/1
1074/11 1074/12
1075/15 1075/19
1075/23 1078/7
1078/18 1079/24
1080/22 1081/1 1081/1
1081/15 1082/18
1082/22 1082/23
1087/3 1087/23 1089/4
**people's [1]** 1028/19
**pepper [5]** 969/9
1030/8 1043/6 1067/17
1083/8
**perceived [1]** 993/1
**perfectly [6]** 927/7
994/24 1013/18
1033/15 1033/16
1033/16
**performance [25]**
945/17 946/14 946/16
946/23 998/17 998/22
1008/13 1008/24
1009/7 1009/18 1010/8
1010/20 1010/24
1011/8 1011/14 1035/8
1038/17 1047/25
1048/8 1048/10 1049/6
1054/6 1055/9 1055/13
1055/20
**performed [3]** 1006/5
1006/7 1006/15
**perhaps [3]** 917/4
929/19 929/19
**perimeter [4]** 1032/1
1032/2 1082/7 1082/8
**perimeters [1]** 1032/1
**period [2]** 933/22
1073/12
**permanently [1]**
948/12
**permitted [7]** 987/12
990/9 991/20 1026/20
1040/7 1040/7 1075/22
**Perri [2]** 910/13 913/9
**person [95]** 913/12
917/16 917/16 917/16
920/15 925/20 926/3
926/15 927/22 928/7
928/9 928/10 930/7
930/14 933/15 935/4
935/15 935/21 935/25
936/15 939/2 939/6
939/19 940/1 941/10
941/20 946/5 946/6
946/15 957/25 961/14
961/20 964/1 977/23
977/25 989/1 990/19
991/5 991/9 991/13
993/15 997/11 997/17
998/25 1003/17
1005/13 1005/14

**person... [48]** 1005/17
1008/17 1008/23
1008/25 1009/16
1010/9 1010/18
1010/23 1011/15
1011/25 1012/24
1013/14 1017/12
1018/13 1018/15
1021/14 1021/15
1021/16 1021/19
1021/20 1021/21
1021/25 1022/1 1022/5
1022/23 1023/16
1025/19 1028/13
1031/11 1031/19
1032/21 1038/15
1039/5 1041/16
1047/24 1048/10
1048/24 1049/1 1054/4
1055/6 1055/11
1055/17 1056/10
1057/4 1057/5 1057/14
1091/20 1092/6

**person's [4]** 992/20
1021/16 1021/17
1021/21

**personal [3]** 987/21
1024/13 1096/9

**personally [3]** 954/15
954/19 957/21

**persons [5]** 918/18
993/25 995/25 999/8
1007/7

**pertains [2]** 950/1
994/4

**phase [1]** 1006/22

**phases [1]** 1006/25

**phone [4]** 951/17
971/20 1037/9 1066/24

**photograph [1]**
1082/19

**photos [1]** 1064/14

**phrase [4]** 932/24
1038/24 1050/13
1061/3

**physical [40]** 940/16
940/20 940/22 940/24
941/6 941/12 941/13
941/17 941/22 942/8
942/12 942/15 943/12
943/15 944/5 956/2
1008/25 1010/9
1010/22 1011/15
1013/22 1014/6
1022/11 1022/15
1022/22 1023/12
1023/15 1023/22
1024/2 1024/6 1024/10
1026/3 1026/10
1026/14 1027/1
1041/11 1041/15
1042/6 1042/9 1094/4

**physically [3]** 937/1
957/12 973/7

**pic [1]** 1084/15

**pick [2]** 964/19
1066/22

picked [2] 1044/8
1070/7

**picking [1]** 1070/5

**picks [1]** 1089/11

**picture [3]** 1027/24
1063/4 1083/9

**piece [3]** 1071/10
1072/17 1085/7

**pin [1]** 930/24

**pipe [2]** 1044/17
1044/23

**pit [1]** 1075/15

**place [7]** 973/5
1015/17 1032/9 1062/2
1069/1 1078/15
1078/16

**placed [1]** 952/23

**places [1]** 976/12

**plain [1]** 929/10

**Plaintiff [1]** 910/4

**plan [4]** 941/18 951/6
1073/15 1074/13

**planned [3]** 1028/11
1028/13 1028/13

**plans [6]** 1001/21
1005/3 1084/10
1085/12 1085/13
1087/4

**platoon [1]** 955/5

**play [6]** 925/3 925/17
960/2 961/16 961/22
992/12

**played [25]** 959/7
960/3 961/17 961/23
965/9 965/17 966/7
966/19 996/15 1034/16
1037/11 1037/15
1037/20 1037/25
1042/19 1043/10
1062/23 1063/11
1066/19 1068/12
1068/21 1087/12
1087/15 1088/20
1089/6

**plays [1]** 917/1

**plaza [1]** 1034/15

**please [27]** 913/4
916/23 952/8 952/22
953/8 960/2 961/16
961/18 963/10 965/18
966/6 967/18 982/10
984/6 1029/2 1047/13
1052/24 1054/20
1056/5 1060/23
1062/22 1063/3 1094/5
1094/10 1094/25
1098/1 1098/5

**plenty [2]** 982/3 983/1

**plus [1]** 985/19

**pocket [1]** 1037/10

**podium [1]** 1063/22

**point [19]** 921/15
924/14 926/25 941/19
956/14 957/14 962/12
978/5 984/13 984/18
1029/4 1035/23
1043/20 1062/2
1064/21 1066/13

**pointed [2]** 983/12
1061/18

**pointing [2]** 937/19
964/10

**points [1]** 1058/22

**pointy [2]** 1086/8
1086/11

**poisonous [1]** 1075/19

**poked [1]** 963/20

**pole [9]** 963/15 963/17
967/8 967/9 1043/9
1043/18 1045/2 1046/8
1046/13

**poles [2]** 963/11
1089/11

**police [78]** 931/12
941/10 941/13 941/20
942/21 946/4 946/20
946/23 953/13 953/15
967/14 969/7 969/9
969/21 969/23 975/22
975/23 977/13 977/21
978/1 978/4 983/3
983/4 983/10 995/2
995/9 1000/9 1000/10
1009/12 1010/14
1012/19 1035/17
1035/18 1035/18
1038/7 1045/11
1048/22 1049/9 1049/9
1049/13 1050/8
1050/11 1050/12
1051/15 1051/18
1051/19 1052/2 1052/6
1054/10 1068/6
1068/10 1068/15
1068/16 1068/18
1068/23 1068/23
1068/25 1069/1 1069/2
1069/4 1069/5 1069/5
1070/16 1070/19
1070/19 1071/12
1082/7 1082/12
1082/19 1082/23
1083/14 1083/15
1086/13 1088/11
1088/18 1088/24
1089/9 1089/13

**policing [1]** 1000/11

**polish [1]** 951/24

**political [10]** 915/1
992/18 992/20 992/23
993/1 1064/11 1071/21
1075/16 1075/18
1076/3

**politicians [1]** 1058/25

**poor [2]** 1028/22
1080/25

**popping [1]** 1084/17

**popular [1]** 1059/8

**portion [2]** 996/16
1094/21

**portions [4]** 940/9
995/14 996/17 996/20

**position [3]** 931/22
958/13 1093/8

**positioned [2]** 964/7

possesses [1] 931/23

**possession [2]**
1021/17 1021/22

**possibilities [1]**
1058/2

**possibility [1]** 1096/18

**possible [6]** 977/7
977/16 1038/21 1068/2
1093/19 1096/15

**post [3]** 1060/24
1077/19 1084/12

**posted [3]** 1018/12
1032/3 1083/9

**posting [1]** 935/23

**posts [3]** 980/19
1060/2 1062/25

**potential [1]** 1050/9

**potentially [3]** 923/25
924/23 1078/10

**power [2]** 1031/5
1057/10

**powerful [2]** 988/17
1057/7

**precedes [1]** 940/4

**precisely [1]** 1033/10

**predominantly [1]**
1064/10

**prefer [2]** 917/10
978/22

**prejudice [2]** 986/21
994/17

**prejudiced [1]** 994/15

**preliminary [2]** 986/7
997/25

**prelude [1]** 918/10

**preparation [4]** 994/25
1001/21 1005/3
1043/16

**prepared [3]** 1028/12
1086/21 1086/22

**preparing [1]** 1028/9
1084/23

**prescribed [1]** 944/14

**presence [3]** 983/24
1033/10 1056/24

**present [12]** 919/23
971/18 972/15 973/7
1007/8 1012/7 1065/16
1065/17 1074/10
1076/24 1094/15
1097/17

**presentations [1]**
1099/3

**presented [3]** 989/15
991/23 1091/7

**preserve [1]** 964/23

**preside [3]** 1060/8
1060/10 1090/14

**presided [1]** 1077/20

**president [28]** 1018/16
1018/17 1037/5 1059/9
1059/20 1061/9 1062/7
1062/11 1063/8
1063/20 1064/6
1075/19 1077/17
1077/21 1077/21
1078/3 1078/3 1080/1

**president [cont...]** 1080/16
1080/19 1081/17
1081/18 1084/7 1084/7
1085/11 1087/1 1087/2

**President Trump [3]**
1085/11 1087/1 1087/2

**presiding [3]** 913/3
1078/4 1081/18

**pressed [1]** 965/14

**presumably [1]** 924/10

**presume [1]** 980/3

**presumed [1]** 987/22

**presuming [1]** 916/12

**presumption [1]**
987/23

**presumptively [1]**
979/12

**pretty [4]** 941/2 941/6
969/25 1080/1

**Prettyman [1]** 911/10

**prevail [1]** 1062/20
1075/22

**prevent [1]** 1037/5

**prevented [1]** 1066/16

**previously [6]** 1003/12
1018/19 1022/7
1024/15 1025/25
1051/5

**pride [1]** 1093/7

**principle [1]** 979/14

**printer [1]** 1060/17

**prior [1]** 954/3

**privacy [1]** 996/18

**privilege [1]** 1003/21

**pro [1]** 951/16

**probability [1]** 994/9

**probable [4]** 988/15
997/17 1002/20 1037/1

**probably [11]** 945/3
951/22 974/2 977/24
981/16 985/19 1030/14
1031/8 1051/21 1078/2
1086/19

**problem [8]** 921/10
921/12 926/12 929/18
943/6 985/8 1059/24
1098/23

**problems [1]** 1060/19

**procedure [2]** 971/25
1028/6

**proceed [1]** 1093/12

**proceeding [61]** 918/7
918/10 918/11 1002/4
1002/6 1002/16
1002/18 1002/22
1002/24 1002/25
1002/25 1003/2 1003/4
1003/7 1003/19
1003/20 1003/22
1003/24 1003/25
1004/4 1004/5 1004/6
1004/8 1004/12
1004/15 1004/20
1005/2 1005/6 1005/12
1005/20 1005/25
1006/3 1006/11
1006/14 1007/17
1007/23 1007/24

**P**

**proceeding... [24]**
1007/25 1008/6 1008/9
1028/14 1030/6
1030/22 1031/3 1031/7
1036/13 1036/14
1036/16 1036/17
1036/20 1036/24
1037/2 1073/4 1073/7
1073/9 1078/15
1078/16 1079/7
1079/11 1079/22
1080/4

**proceedings [11]**
910/10 911/13 913/13
984/1 1031/2 1073/2
1078/1 1079/19
1081/19 1099/5 1100/4

**process [7]** 938/6
967/3 1022/4 1030/7
1030/21 1036/22
1096/9

**produce [2]** 988/3
1021/23

**produced [1]** 911/13

**promote [1]** 1090/24

**proof [19]** 988/17
992/22 1025/22
1039/23 1056/7 1056/8
1057/2 1058/9 1058/9
1058/13 1058/18
1065/6 1065/22
1065/23 1067/7
1070/23 1074/9
1075/1 1076/5

**propaganda [1]**
1075/19

**proper [2]** 992/3
994/24

**properly [2]** 949/6
990/1

**property [35]** 948/10
974/17 974/24 975/19
976/4 976/9 977/4
978/9 978/12 999/10
999/12 1014/10
1014/13 1014/17
1014/19 1014/19
1014/22 1015/14
1015/16 1015/17
1015/19 1015/20
1015/22 1021/16
1021/21 1022/23
1023/16 1024/13
1039/16 1039/18
1039/19 1039/19
1039/21 1041/16
1058/4

**propose [1]** 915/9

**proposed [4]** 920/8
920/10 920/17 1051/13

**proprietary [2]** 977/2
1015/4

**prosecution [1]** 1000/7

**protect [3]** 958/5
1031/2 1035/16

**protected [9]** 998/22
999/17 1018/13

1045/15 1102/6
1035/21 1036/11
1064/19 1066/16

**protecting [1]** 1012/20

**protection [1]** 946/9

**protest [2]** 1035/14
1078/22

**protester [1]** 1072/15

**protesters [11]** 956/15
956/17 956/21 957/8
957/12 957/15 969/21
969/23 970/4 1032/5
1068/18

**protracted [2]** 1014/6
1014/7

**prove [30]** 920/21
920/24 921/7 929/22
939/15 939/19 988/2
988/8 988/13 989/6
989/7 1002/1 1003/3
1005/8 1007/13
1007/18 1013/24
1014/2 1015/8 1015/10
1015/13 1057/21
1057/22 1057/23
1058/2 1065/3 1065/8
1074/8 1076/9 1095/22

**proved [14]** 993/3
997/10 997/22 1000/23
1001/13 1001/15
1002/13 1004/9
1005/22 1014/14
1016/8 1019/7 1024/23
1026/7

**proven [4]** 987/25
988/4 990/10 1004/22

**proves [1]** 1057/21

**provide [8]** 948/8
973/20 985/25 1054/23
1094/18 1096/14
1096/14 1097/1

**provided [7]** 915/14
997/4 1050/6 1072/10
1088/7 1095/15 1096/4

**provides [1]** 1048/4

**providing [1]** 985/16

**proving [4]** 988/11
991/16 1057/1 1072/11

**provision [2]** 924/24
979/18

**proximity [5]** 1019/10
1020/8 1022/23
1023/16 1069/4

**public [2]** 935/7 999/6

**publicity [1]** 1091/8

**pull [2]** 935/20 1068/2

**pulled [5]** 927/14
962/13 962/14 962/16
1068/17

**pulling [1]** 1089/8

**punch [1]** 1084/18

**punish [2]** 1071/21
1073/17

**punishment [3]**
1093/19 1093/25
1094/1

**purpose [11]** 934/24
947/19 947/20 997/5

997/8? 991/003 -no.00/8
1007/14 1015/7
1031/20 1034/24

**purposely [1]** 949/20

**purposes [9]** 919/23
924/20 936/13 938/21
1003/6 1011/1 1013/18
1042/16 1094/11

**pursuant [2]** 971/24
971/25

**push [1]** 961/15

**pushback [1]** 956/23

**pushed [1]** 1032/12

**pushes [3]** 941/10
1068/9 1083/19

**pushing [9]** 956/17
956/24 957/21 958/2
962/11 962/11 1068/14
1083/15 1083/19

**put [8]** 920/5 923/20
965/1 984/25 1029/9
1035/10 1069/18
1069/18

**puts [1]** 1037/9

**putting [4]** 928/19
940/7 941/16 1068/13

**Q**

**qualifies [3]** 922/24
923/22 937/22

**qualify [4]** 927/10
938/15 980/16 1039/1

**qualities [1]** 928/5

**quality [1]** 1056/14

**quarter [1]** 1047/9

**question [24]** 916/22
917/6 922/2 923/4
923/8 925/2 926/21
927/11 931/18 934/10
934/10 943/9 967/18
992/1 992/8 992/9
992/10 992/12 1014/22
1039/21 1052/9
1069/11 1092/19
1093/19

**questionable [1]**
1059/17

**questioning [1]** 1061/7

**questions [6]** 968/24
970/24 986/9 989/9
990/16 1094/23

**quite [2]** 1063/13
1070/2

**quotation [1]** 1035/10

**quoting [1]** 920/11

**R**

**race [1]** 986/23

**racks [1]** 956/3 1032/1
1032/12 1034/11
1034/12 1064/19
1064/22 1082/8

**radio [3]** 954/16 954/21
1091/2

**rail [1]** 955/15

**raise [3]** 952/22 975/17
1059/11

**raised [3]** 921/16

**raises [1]** 934/9

**ran [1]** 1031/19

**random [1]** 1096/9

**rather [4]** 917/11 946/6
989/19 1065/19

**re [4]** 1021/7 1050/25
1052/10 1084/3

**re-read [3]** 1021/7
1050/25 1052/10

**re-write [1]** 1084/3

**reach [12]** 948/24
1011/17 1018/3 1021/1
1021/8 1024/4 1033/1
1033/4 1090/18
1092/14 1092/21
1099/3

**reached [3]** 1092/7
1095/25 1096/1

**reaching [4]** 991/22
993/10 1043/25 1094/8

**read [11]** 944/12
972/18 974/3 1021/7
1050/25 1052/10
1054/14 1055/5 1072/9
1091/4 1091/5

**reading [3]** 951/19
985/18 1049/25

**reads [6]** 920/2 939/5
940/19 940/20 946/2
1047/20

**ready [6]** 952/5 952/13
952/14 985/15 1028/16
1056/3

**real [5]** 921/25 923/19
959/3 1024/13 1056/16

**real-time [1]** 959/3

**realizes [1]** 998/25

**really [16]** 915/15
918/14 922/17 922/21
924/1 924/17 929/2
938/18 958/7 976/15
980/10 983/21 1031/5
1060/22 1062/9
1088/10

**Realtime [1]** 911/9

**reason [13]** 917/14
930/16 944/10 979/8
980/7 980/9 988/19
988/20 989/5 989/12
996/7 1039/8 1075/17

**reasonable [79]**
920/21 921/8 948/24
981/7 987/25 988/4
988/9 988/12 988/18
988/18 988/24 988/25
989/1 989/8 990/11
991/3 997/23 998/10
1000/24 1001/14
1001/15 1002/14
1003/3 1004/9 1004/22
1005/15 1005/22
1007/13 1007/18
1008/4 1009/9 1010/11
1011/17 1012/11
1013/2 1013/25
1014/15 1016/9
1017/16 1018/3 1019/8

raises [1] 934/9

1021/8 1021/8
1021/15 1021/20
1022/21 1024/3
1024/24 1026/8 1047/4
1056/8 1056/9 1056/10
1056/13 1056/16 1056/
1056/19 1056/24
1057/2 1058/9 1065/8
1065/22 1065/24
1066/2 1066/3 1067/10
1067/25 1070/7
1070/24 1071/20
1072/12 1072/17
1074/9 1074/22 1075/2
1076/9 1089/16
1089/16 1089/17
1095/22

**reasonableness [1]**
994/8

**reasonably [4]** 983/2
1003/4 1079/9 1079/10

**reasons [6]** 927/8
981/13 996/8 996/16
1013/8 1073/10

**rebuttal [2]** 973/15
1076/25

**recall [1]** 1054/25

**receive [3]** 967/5
990/13 994/21

**received [3]** 997/15
997/20 1089/15

**recess [9]** 952/3 952/4
982/17 984/4 984/5
1036/18 1051/7
1052/22 1052/23

**recognize [5]** 959/6
959/12 960/6 960/17
966/13

**recollection [4]** 987/9
987/10 993/16 994/2

**recommended [1]**
913/22

**reconvenes [1]** 1074/7

**record [13]** 913/20
953/8 959/14 964/10
964/16 970/23 973/13
976/6 980/6 1051/2
1051/9 1073/25 1100/3

**recorded [3]** 911/13
964/22 1025/13

**recording [7]** 995/13
995/14 995/15 995/18
995/19 995/20 1095/23

**recordings [3]** 915/12
995/24 996/1

**records [3]** 964/19
1035/24 1036/1

**recovered [1]** 1085/2

**RECROSS [1]** 912/4

**red [5]** 916/11 961/20
968/7 1045/9 1068/22

**Red Book [1]** 916/11

**redacted [1]** 1098/19

**redirect [3]** 912/4
970/25 971/1

**redline [2]** 914/15
921/7

**redlines [1]** 917/20

**R**

redlining [1] 950/11
refer [2] 1094/20
1094/20
reference [1] 987/8
referred [1] 921/11
refers [2] 947/21
1011/2
reflect [1] 983/13
reflected [7] 1011/21
1018/7 1021/5 1021/12
1024/8 1053/18
1055/21
reflection [1] 989/2
refuse [4] 986/14
1003/20 1003/24
1080/21
regarding [3] 984/13
1090/16 1090/23
regions [1] 1075/9
registered [2] 911/8
1061/21
regrettably [1] 952/18
regular [1] 1096/17
regularly [1] 979/9
reinforce [1] 955/24
reinforcing [1] 963/5
reject [1] 939/14
rejoin [1] 1096/16
related [1] 1036/9
relates [1] 1074/10
relation [8] 939/6
956/21 1016/18
1019/19 1023/2
1040/15 1041/5
1041/21
relaxed [1] 1058/10
released [1] 1044/14
releases [2] 1042/25
1045/21
relevant [7] 915/3
983/21 992/18 992/21
992/23 996/18 997/22
relied [1] 915/25
relieve [1] 955/24
rely [5] 925/5 987/19
995/18 1033/4 1033/14
relying [2] 924/23
930/19
remain [7] 1016/15
1017/10 1017/17
1040/13 1065/5
1094/12 1098/2
remained [6] 983/21
1016/10 1017/5 1040/5
1040/5 1096/11
remaining [16] 940/8
949/2 949/7 1015/24
1016/3 1017/3 1017/22
1018/2 1018/6 1021/3
1026/22 1040/2 1040/8
1065/1 1076/17 1097/6
remains [2] 987/23
1017/12
remark [3] 918/22
919/2 919/7
remember [7] 967/7
1043/11 1051/24

1093/12
remind [2] 1091/1
1091/13
remote [1] 975/12
removed [3] 984/11
984/17 996/14
removes [1] 1066/13
render [2] 989/11
1072/1
rendered [1] 1095/1
rendering [1] 989/15
renders [1] 937/4
renewed [1] 973/14
renumber [3] 978/19
978/24 978/25
repair [1] 1040/1
repairing [1] 1015/20
repeat [1] 986/6
replace [2] 987/18
1040/1
replaces [2] 1095/19
1095/21
replacing [2] 914/3
1015/20
reporter [5] 911/8
911/8 911/9 911/9
951/5
reports [2] 1091/2
1091/6
represent [2] 992/4
1093/15
request [2] 978/15
984/20
requests [1] 929/12
require [8] 929/25
937/13 988/2 991/21
1001/25 1005/7
1025/22 1098/2
required [11] 920/21
920/24 921/7 942/8
989/5 997/16 1007/2
1008/3 1013/24 1014/2
1076/12
requirement [2] 934/5
1007/3
requirements [2]
932/23 1005/23
requires [8] 918/19
922/3 922/19 932/17
940/20 1065/3 1074/22
1076/8
research [3] 1086/18
1091/20 1096/21
reservations [1]
1025/9
reserve [1] 972/6
resist [2] 944/15
1012/15
resisted [16] 946/3
1009/10 1009/16
1010/12 1010/18
1012/24 1013/5 1038/6
1048/21 1048/25
1049/1 1054/4 1055/6
1055/11 1055/16
1055/18
resisting [12] 921/20

1009/5 1010/6 1011/6
1011/12 1038/3 1038/9
1055/1 1055/4 1072/6
resists [1] 1047/23
resolved [4] 913/20
914/9 938/7 979/3
resource [1] 954/9
respect [28] 916/25
948/3 967/13 974/11
975/1 975/9 975/18
977/23 981/6 982/19
982/21 982/21 982/23
992/25 1001/7 1001/18
1004/18 1004/25
1009/23 1016/19
1019/20 1023/3 1055/3
1076/14 1090/22
1095/12 1095/14
1098/13
respond [1] 955/7
responded [2] 954/18
955/1
responding [1] 955/24
response [1] 937/3
responsibility [4]
986/17 987/7 992/5
1098/9
rest [1] 951/10
rested [2] 971/15
973/12
resting [1] 971/11
restricted [51] 974/17
982/24 1012/22
1015/24 1016/3
1016/11 1016/14
1017/4 1017/6 1017/9
1017/12 1017/18
1017/22 1018/2
1018/11 1018/12
1018/23 1019/2
1019/10 1020/5 1020/8
1020/19 1020/24
1022/5 1022/11
1022/15 1022/24
1023/13 1023/17
1023/22 1024/2
1024/14 1026/21
1026/22 1026/24
1027/1 1031/23
1033/21 1040/2
1040/10 1040/12
1040/19 1040/23
1041/12 1041/18
1053/7 1065/4 1065/9
1065/11 1072/23
1072/24
rests [4] 923/11 951/12
973/9 1093/3
result [1] 934/25
results [3] 994/6
999/10 999/11
resume [5] 973/25
983/22 984/1 1047/9
1097/15
retire [1] 1091/12
retired [1] 1085/3
retiring [1] 1093/10

return [6] 1090/13
1092/24 1093/16
1094/25 1095/8
1095/13
reveal [1] 1092/6
review [1] 1098/20
reviewed [1] 1098/6
reviewing [2] 977/6
1093/10
revised [2] 914/13
1038/15
reworded [1] 915/19
Richard [1] 933/8
ridiculous [2] 1079/16
1083/21
right [106] 913/14
916/9 916/17 917/12
917/18 919/15 921/9
921/14 921/15 922/9
922/23 924/8 924/12
926/6 928/2 928/4
929/17 929/24 931/15
932/10 933/11 933/21
934/11 934/16 935/18
935/21 937/18 938/9
939/3 940/2 941/23
943/20 944/13 944/16
947/7 947/10 947/12
948/1 948/18 949/9
950/17 951/4 951/8
951/22 952/1 952/5
952/8 952/22 957/3
960/2 964/6 964/9
964/9 965/21 967/6
970/17 971/14 971/20
972/5 972/9 972/11
973/10 974/4 974/9
978/8 978/23 980/1
982/3 982/5 982/7
984/1 985/13 996/6
996/6 997/25 1026/1
1027/22 1029/16
1033/7 1033/14 1038/2
1042/12 1042/18
1044/1 1044/12 1047/6
1047/7 1049/17
1049/25 1050/24
1053/6 1053/8 1053/12
1053/22 1054/13
1054/16 1054/20
1062/14 1063/6
1076/24 1077/18
1081/11 1082/15
1086/8 1089/10 1099/2
right-hand [1] 965/21
rights [1] 1076/6
riot [10] 933/9 1028/16
1035/14 1036/2 1036/5
1036/9 1041/9 1047/3
1063/7 1078/22
rioter [2] 1046/1
1080/9
rioters [10] 956/14
968/16 1029/11
1071/14 1071/15
1081/25 1083/16
1084/5 1089/3 1089/8

rise [8] 913/2 922/17
952/2 974/7 982/16
984/3 1047/11 1052/22
rising [1] 1044/19
risk [1] 1014/5
RMR [2] 1100/2 1100/8
roadways [1] 1025/9
Robertson [2] 924/15
937/21
rocking [1] 958/1
room [12] 987/14
1072/3 1072/3 1072/4
1081/13 1090/13
1091/12 1093/4
1093/10 1094/2
1094/12 1094/15
rooting [1] 1029/23
roots [1] 1075/9
route [2] 1030/6
1065/13
row [1] 956/17
rule [7] 951/13 971/25
972/6 979/23 982/22
986/9 1025/23
ruled [1] 992/11
rules [2] 986/6 1090/16
run [1] 1031/16
rural [2] 1064/10
1076/2
rush [1] 944/18

**S**

safe [1] 1089/2
safety [3] 967/21
1068/19 1069/1
Safeway [3] 1035/24
1036/3 1036/7
said [33] 915/9 920/10
927/6 937/15 937/17
937/24 945/15 949/19
977/23 983/14 985/16
987/1 999/5 1037/13
1037/17 1050/4 1051/5
1067/8 1067/8 1067/9
1067/9 1074/16 1076/7
1076/19 1077/12
1079/24 1080/18
1081/1 1081/14 1084/2
1086/15 1087/6 1090/1
sales [1] 1036/7
same [38] 916/1 922/2
929/21 954/4 966/2
979/13 995/5 1003/11
1012/9 1016/25
1018/18 1018/20
1020/1 1022/7 1022/8
1023/9 1024/15
1025/18 1025/24
1026/14 1026/17
1030/16 1030/17
1043/2 1044/6 1044/13
1044/21 1050/2 1054/8
1057/10 1062/3 1062/4
1074/23 1076/5 1076/5
1076/6 1089/22
1097/20
satisfy [1] 932/23

**satisfy...** [1] 1007/3
**saved** [1] 1070/20
**saw** [12] 956/20 974/18 991/6 991/9 991/10 991/11 1031/8 1045/12 1065/15 1069/15 1082/9 1082/14
**say** [46] 915/12 915/14 916/3 922/25 926/2 927/5 927/12 927/13 927/22 928/20 930/3 930/12 931/15 932/8 935/18 935/19 935/24 937/2 937/7 939/10 940/2 940/2 941/19 943/11 943/14 949/17 957/5 957/19 965/23 968/10 979/3 985/19 988/22 1028/22 1028/22 1034/19 1037/21 1049/5 1053/7 1057/13 1057/16 1061/3 1061/7 1067/25 1069/16 1086/19
**saying** [22] 924/7 928/4 929/11 929/13 932/6 932/9 933/23 937/14 939/21 940/25 946/19 957/15 966/22 970/1 1061/8 1066/25 1067/4 1067/5 1067/23 1088/2 1088/5 1088/8
**says** [25] 920/20 929/10 929/20 931/3 931/23 935/23 938/19 939/2 939/16 939/22 940/16 940/20 944/4 946/9 948/9 976/8 991/15 1030/8 1041/11 1047/22 1050/1 1053/6 1054/10 1063/17 1082/17
**scaffolding** [2] 1082/15 1082/16
**scenarios** [1] 937/10
**scenes** [1] 973/5
**school** [3] 913/23 953/23 953/23
**Schwartz** [1] 1053/25
**scientific** [1] 989/7
**screaming** [3] 956/18 969/19 969/21
**screams** [1] 1068/1
**screen** [3] 960/9 1034/6 1044/21
**sea** [1] 1089/4
**seal** [1] 1063/21
**search** [2] 916/19 997/1
**searching** [1] 1062/8
**seat** [7] 952/8 952/18 974/9 985/13 1047/13 1096/12 1097/25
**seated** [4] 913/4 984/6 1052/24 1054/20
**seats** [1] 1096/10

**second** [5] 914/2 933/12 938/5 945/24 947/2 956/16 957/5 959/10 960/8 960/25 964/1 965/10 966/12 970/21 981/23 998/15 1001/3 1002/17 1004/14 1006/2 1009/13 1010/15 1013/11 1014/18 1016/13 1017/8 1019/12 1020/10 1022/25 1023/18 1025/3 1026/12 1028/17 1028/18 1036/10 1039/3 1039/8 1052/1 1053/2 1058/18 1060/3 1062/18 1068/16 1073/5 1084/22
**seconds** [3] 965/25 966/1 1088/9
**Secret** [4] 999/24 1018/13 1018/15 1022/6
**section** [11] 918/9 918/17 918/22 946/7 976/16 976/18 979/10 979/11 1047/24 1048/3 1052/5
**Section 1** [1] 976/18
**Section 114** [1] 1047/24
**secured** [1] 1082/7
**security** [4] 999/23 1014/25 1080/14 1094/11
**see** [86] 914/24 917/20 919/19 923/25 952/1 956/14 959/22 963/6 963/16 970/9 970/10 970/12 974/5 977/7 978/4 980/23 982/15 983/14 994/1 996/19 1027/12 1027/13 1029/12 1029/23 1031/17 1033/6 1034/8 1034/10 1034/11 1034/11 1036/3 1036/12 1037/10 1042/20 1042/23 1043/4 1043/17 1044/3 1044/11 1044/15 1044/18 1045/1 1045/4 1045/9 1045/18 1046/3 1046/9 1046/12 1047/10 1049/25 1059/22 1060/2 1060/3 1060/22 1062/3 1062/16 1062/22 1062/24 1063/10 1064/5 1066/18 1066/21 1067/4 1067/15 1067/17 1067/19 1068/11 1068/13 1068/17 1068/20 1068/22 1069/4 1069/5 1069/6

**seeing** [2] 938/18 974/5
**seek** [4] 945/12 945/15 949/25 1075/14
**seeking** [1] 981/5
**seem** [5] 926/13 927/16 934/25 939/21 1076/4
**seemed** [1] 925/24
**seems** [9] 922/11 922/15 927/23 931/5 931/24 934/24 951/23 1046/12 1064/11
**seen** [10] 971/16 991/7 991/12 1066/1 1066/11 1069/22 1074/6 1081/22 1082/8 1085/17
**sees** [1] 1062/4
**select** [2] 1090/14 1090/16
**selected** [1] 1096/10
**selecting** [2] 989/10 1090/19
**selection** [1] 1096/8
**self** [1] 1003/21
**self-incrimination** [1] 1003/21
**selfie** [2] 1034/14 1044/9
**selfish** [1] 1075/16
**semblance** [1] 1068/2
**Senate** [5] 1073/15 1077/20 1077/21 1078/3 1081/18
**Senators** [4] 1078/8 1079/25 1080/5 1080/19
**send** [5] 1090/1 1090/3 1091/23 1094/24 1095/25
**sending** [1] 1094/2
**sense** [13] 923/18 926/17 927/17 929/4 934/16 976/15 977/3 1033/17 1033/19 1064/15 1065/21 1088/17 1093/6
**sent** [5] 914/15 950/25 1081/12 1084/15 1098/16
**sentence** [10] 921/6 921/9 929/20 933/12 940/23 940/25 947/20 948/23 949/11 1093/22
**sentencing** [1] 939/2
**sentiment** [2] 949/10 1061/15
**separate** [2] 1095/6 1095/9
**separately** [1] 1095/8
**separation** [1] 930/24
**September** [1] 953/16

**serious** [14] 920/15 933/14 933/16 936/14 981/9 1013/13 1013/20 1014/4 1039/4 1039/6 1061/17 1070/8 1072/18 1080/25
**serve** [1] 1064/8
**serves** [2] 975/20 1027/13
**service** [6] 955/14 999/24 1018/14 1018/15 1022/6 1097/1
**serving** [1] 1081/2
**session** [5] 983/22 1003/7 1025/5 1030/24 1042/4
**set** [4] 932/21 1003/8 1063/17 1064/22
**Seventh** [1] 941/4
**several** [3] 974/13 1057/15 1073/10
**SHANE** [57] 910/6 913/8 972/24 974/14 998/3 1002/3 1005/1 1005/11 1006/19 1006/21 1014/9 1015/23 1059/23 1060/2 1060/24 1061/13 1062/13 1062/17 1063/1 1065/3 1065/7 1065/9 1065/20 1066/4 1067/5 1067/11 1067/16 1067/19 1068/9 1068/13 1068/17 1068/22 1069/3 1069/11 1069/17 1069/23 1071/7 1071/18 1072/21 1073/11 1073/19 1073/23 1074/2 1074/8 1074/12 1074/14 1074/24 1075/3 1075/18 1075/25 1077/5 1082/1 1082/3 1082/13 1082/25 1084/5 1084/9
**Shane's** [4] 1066/22 1066/24 1068/4 1076/16
**shape** [2] 975/24 1027/24
**shaped** [1] 977/11
**sharp** [1] 1070/25
**she** [8] 913/23 913/24 915/11 915/25 991/7 993/19 995/8 995/25
**shield** [13] 960/23 960/24 962/6 975/20 975/21 975/22 976/1 976/2 977/8 977/18 977/25 978/1 978/3
**shields** [5] 975/24 977/11 977/16 977/21 1083/15
**shifts** [1] 988/1
**shipments** [1] 1036/8
**shirt** [1] 1028/18

**shoes** [3] 935/2 1072/11 1073/12
**shortly** [4] 952/1 974/5 982/15 1047/10
**should** [75] 919/3 927/5 929/9 938/6 939/9 951/22 979/11 979/12 986/13 986/21 986/22 986/23 987/2 987/6 987/10 987/17 987/19 989/19 990/7 990/12 991/23 992/8 992/11 992/11 992/12 992/24 992/25 993/9 994/20 995/3 995/5 995/7 996/20 996/21 996/22 997/20 1008/7 1009/3 1011/4 1011/4 1016/5 1017/20 1020/17 1020/17 1022/18 1023/20 1023/20 1053/7 1054/3 1055/10 1066/11 1090/13 1090/16 1091/3 1091/25 1092/8 1092/15 1092/17 1092/18 1092/21 1092/22 1093/21 1093/24 1093/25 1094/13 1094/24 1095/7 1095/8 1095/11 1095/17 1095/19 1096/3 1098/3
**shoulder** [1] 1086/13
**shouldn't** [2] 915/2 1086/16
**shout** [1] 914/22
**shoving** [1] 957/22
**show** [22] 958/24 965/6 1006/15 1006/17 1012/23 1015/9 1036/2 1058/6 1062/6 1062/6 1065/11 1068/5 1070/12 1070/12 1071/1 1071/2 1072/13 1074/8 1087/7 1087/8 1087/8 1087/10
**showed** [3] 1034/7 1088/2 1088/9
**showing** [5] 1025/10 1044/22 1045/5 1046/7 1077/11
**shown** [4] 981/6 994/14 1062/16 1076/13
**shows** [11] 923/24 976/21 977/2 1007/11 1032/21 1044/7 1044/14 1063/1 1082/11 1084/4 1088/10
**sic** [1] 1071/24
**side** [14] 970/17 981/13 982/1 989/19 989/22 989/24 992/1 994/16 1064/18 1065/23 1067/16

1128

# S

side... [3] 1075/20 1087/20 1098/5
sidebar [1] 951/17
sign [2] 1096/2 1096/3
signage [1] 974/21
signal [1] 919/3
signatures [1] 1060/18
signed [2] 1091/24 1092/1
significantly [1] 976/16
signs [8] 1032/2 1034/8 1034/10 1064/20 1064/22 1064/23 1065/15 1065/16
silently [1] 1081/3
similar [1] 930/20
similarities [1] 1030/15
similarly [2] 919/19 990/16
simple [1] 929/19
simply [7] 925/4 1068/2 1071/6 1073/19 1074/14 1075/2 1097/14
since [3] 1079/12 1096/11 1096/17
single [3] 1080/9 1080/9 1089/21
sinker [1] 1028/2
sir [8] 913/15 952/25 953/12 958/17 969/6 969/18 969/20 971/3
sirens [1] 1068/1
sit [1] 936/21
sits [1] 1067/13
sitting [1] 925/15
situation [8] 940/18 957/2 967/14 967/21 1028/23 1028/24 1028/25 1049/23
situations [2] 967/11 967/15
six [2] 954/2 1085/18
Sixth [1] 953/13 954/5 954/24
slashes [2] 1035/2 1038/8
sleep [2] 991/11 1031/11
slide [1] 1038/1
slight [1] 922/11
slightly [4] 926/19 1053/24 1054/3 1057/13
slimy [1] 1061/16
slippery [1] 958/10
slow [2] 1086/4 1086/12
small [2] 918/13 1096/24
smaller [3] 975/25 977/22 989/22
smiling [1] 1063/1
snow [18] 991/6 991/8 991/10 991/11 1031/25

1032/8 1033/6 1033/6 1033/8 1033/10 1057/4 1057/5 1057/8 1057/11 1057/17 1057/18 1064/19 1064/21
snowed [8] 991/13 1033/12 1057/6 1057/9 1057/20 1057/21 1057/22 1057/24
so [205]
So I think [1] 925/15
so it's [2] 966/2 1055/15
So this isn't [1] 924/1
soccer [1] 1075/11
social [8] 935/22 935/22 1028/13 1059/22 1059/23 1060/15 1062/25 1077/11
socioeconomic [1] 1075/9
SOG [3] 1084/15 1085/1 1085/9 993/6
sole [3] 986/16 987/6 993/6
solely [5] 986/24 997/5 1091/6 1092/24 1093/24
soliciting [1] 1006/9
solid [1] 1085/7
some [68] 914/18 915/12 917/4 917/20 918/16 918/20 920/19 933/5 934/1 934/5 936/18 937/14 938/21 941/2 942/20 946/25 950/17 951/24 955/3 975/23 977/7 978/2 983/11 986/4 986/5 986/6 988/14 992/22 995/11 996/10 1001/20 1001/21 1001/22 1005/3 1005/3 1005/4 1006/17 1006/19 1006/25 1007/19 1012/2 1028/20 1028/20 1029/11 1030/17 1031/12 1033/13 1034/6 1035/24 1045/23 1046/2 1046/13 1049/12 1049/13 1050/6 1051/23 1058/15 1059/12 1064/21 1066/13 1069/12 1075/9 1083/23 1084/15 1086/18 1087/2 1091/1 1094/23
somebody [29] 922/12 922/20 925/14 926/5 926/13 930/9 930/12 931/9 931/23 932/22 934/23 935/1 935/19 937/1 939/22 941/19 944/17 944/19 962/13 1031/16 1048/2 1062/6

1067/9 1067/24
1068/15 1074/21
somehow [1] 1028/10
someone [7] 958/23 963/19 966/11 1005/16 1012/6 1075/21 1089/22
someone's [2] 997/9 997/11
someplace [1] 1089/2
something [34] 917/7 922/20 926/5 926/10 926/13 928/4 930/9 931/16 934/1 934/22 934/23 935/8 935/16 936/17 937/10 941/13 944/22 956/3 963/14 967/8 1007/20 1021/7 1025/20 1031/14 1032/15 1036/22 1037/10 1042/23 1044/16 1045/20 1061/17 1081/20 1096/17 1098/8
sometimes [4] 991/25 996/11 1039/9 1043/11
soon [5] 916/14 974/6 982/9 1091/10 1097/10
sorry [13] 919/11 933/6 948/21 957/19 959/8 971/24 1024/7 1030/12 1047/20 1053/13 1079/17 1095/4 1095/4
sort [9] 914/16 921/15 924/18 979/7 981/5 982/20 1045/23 1046/2 1046/13
sought [1] 997/1
sound [2] 964/20 1087/14
source [1] 1075/7
space [1] 965/15
speak [5] 946/5 1037/13 1084/7 1084/8 1090/23
Speaker [2] 931/11 935/23
speakers [1] 995/15
speaking [1] 949/21
speaks [3] 946/6 1049/21 1063/9
spear [1] 1044/1
special [3] 953/20 961/4 1038/24
specific [10] 926/22 972/2 972/4 972/7 974/10 986/3 986/4 1015/11 1025/23 1090/16
specifically [1] 1058/17
specified [2] 979/20 1013/16
specify [2] 919/17 919/21
spectator [1] 1007/9

speculate [2] 952/9 953/10
996/7 1015/21 1065/24 1077/4 1077/6 1079/14
speculating [3] 1070/24 1077/10 1081/10
speculation [4] 989/4 1065/20 1065/21 1075/2
spell [1] 953/10
spin [1] 1080/23
spitting [1] 941/3
splotches [1] 959/22
spoke [1] 1059/8
spoken [1] 995/21
spokesperson [1] 1090/15
spouse [1] 913/25
spray [6] 962/9 969/13 1043/6 1067/17 1069/6 1082/22
sprayed [4] 1030/8 1067/17 1083/6 1083/8
spraying [1] 969/9
squares [1] 1025/9
stab [1] 1081/16
stage [4] 1001/16 1004/23 1034/1 1063/7
stand [6] 993/13 1061/1 1061/4 1079/3 1081/2 1093/5
standard [8] 914/21 915/10 916/10 916/19 978/13 1056/17 1089/19 1089/20
standing [10] 938/24 944/17 956/5 957/7 1034/3 1063/1 1066/11 1082/15 1082/16 1083/14
stands [5] 952/3 982/17 984/4 1052/22 1054/2
start [10] 913/17 951/6 951/7 959/2 973/24 1021/18 1030/22 1052/19 1087/14 1087/24
started [5] 913/19 982/12 1059/7 1059/11 1059/21
starts [1] 921/6
state [9] 953/8 992/24 997/24 999/14 999/15 1001/16 1004/23 1029/7 1058/8
stated [4] 933/1 980/7 1033/10 1055/6
statement [3] 950/14 997/13 1076/7
statements [8] 983/12 987/3 990/14 995/11 995/17 1032/22 1077/11 1077/15
states [93] 910/1 910/3 910/11 910/15 913/7 933/8 945/12 945/16 946/10 946/11 946/12

962 952/16 959/1
965/7 972/25 973/1 976/9 976/12 976/14 977/1 977/1 999/19 999/20 999/24 1000/3 1000/5 1000/7 1003/9 1003/10 1008/13 1008/23 1009/6 1009/18 1010/7 1010/20 1010/24 1011/7 1011/13 1014/13 1014/20 1015/3 1015/4 1015/15 1024/19 1025/1 1025/8 1025/11 1025/16 1026/3 1026/10 1026/16 1034/4 1038/17 1039/19 1041/25 1042/9 1048/6 1048/7 1049/2 1049/8 1049/22 1050/3 1050/4 1050/13 1051/11 1051/14 1051/16 1051/17 1052/5 1054/6 1055/8 1055/13 1055/17 1055/19 1059/9 1059/13 1059/15 1059/20 1060/11 1060/11 1061/1 1061/9 1062/8 1063/9 1063/21 1063/21 1064/16 1071/8 1078/1 1079/2 1080/17 1082/6
States' [1] 934/6
station [1] 954/24
stationed [1] 1064/18
statistics [1] 1060/19
statute [35] 917/22 917/23 921/25 924/25 925/2 925/4 926/2 927/24 929/13 930/20 931/3 932/19 932/23 932/24 933/21 934/12 934/19 937/25 938/5 938/9 938/10 938/13 938/19 939/1 939/5 942/5 944/12 946/5 976/7 976/19 977/5 979/10 979/17 1047/20 1048/4
statutes [1] 934/16
statutory [4] 939/8 940/2 979/9 979/14
stay [2] 913/23 913/25
stayed [2] 1040/9 1040/10
stays [1] 1066/7
steal [4] 948/5 948/9 1063/12 1063/18
stealing [1] 1063/17
stenography [1] 911/13
step [10] 938/4 967/23 971/3 1001/3 1001/18 1001/25 1002/2 1004/14 1004/25 1005/7

**S**

**Stepping** [1] 958/8
**steps** [1] 964/23
**stick** [17] 919/24
927/20 927/23 928/5
1010/1 1016/22
1019/23 1023/6
1038/23 1044/9
1045/24 1046/3
1070/25 1072/17
1086/7 1086/7 1086/10
**stick-like** [1] 919/24
1010/1 1016/22
1019/23 1023/6
1038/23 1045/24
**sticks** [6] 922/25 923/2
923/5 958/9 1044/8
1089/11
**still** [19] 928/10 962/10
973/2 979/18 981/11
983/25 984/22 1043/2
1044/6 1044/13 1045/2
1045/5 1046/7 1075/11
1082/21 1083/3
1086/17 1086/21
1096/20
**stipulate** [1] 973/2
**stipulated** [2] 990/4
990/6
**stipulation** [6] 917/1
917/4 951/19 972/17
972/22 990/7
**stipulations** [1] 971/9
**stolen** [1] 966/25
**stood** [1] 1066/15
**stop** [12] 931/12
933/22 961/18 965/10
965/18 966/8 1037/16
1063/5 1063/12
1063/18 1066/15
1089/9
**stopped** [5] 926/15
1028/10 1079/22
1080/4 1086/9
**stopping** [1] 1081/5
**stops** [1] 1066/15
**Storemski** [1] 1085/4
**stores** [3] 1035/25
1036/3 1036/7
**stormed** [6] 1079/19
1079/21 1079/23
1080/3 1083/23 1084/2
**storming** [1] 1081/5
**straight** [3] 917/22
959/16 964/13
**straightforward** [1]
914/21
**Stratton** [1] 941/5
**street** [3] 910/15
910/19 1031/16
**streets** [1] 1025/9
**strength** [2] 1075/7
1075/8
**stricken** [3] 937/2
992/11 992/14
**strict** [1] 925/1
**strike** [5] 945/12 949/7
950/1 1045/4 1069/5

**strikes** [1] 1066/20
**striking** [2] 969/15
1044/20
**strong** [2] 1033/16
1093/4
**strongly** [2] 1001/5
1004/16
**struck** [3] 942/6 963/8
1067/19
**students** [1] 953/24
**stuff** [6] 950/8 950/20
1036/9 1060/15
1061/10 1070/5
**subject** [4] 972/6
976/13 993/12 1048/13
**submit** [8] 932/24
1067/2 1070/10 1071/6
1087/13 1089/1
1098/15 1098/19
**subsequently** [1]
921/10
**substantial** [9] 974/20
1001/3 1001/18
1001/25 1004/14
1004/25 1005/7 1014/5
1059/10
**substantive** [4] 914/18
918/15 919/4 1002/8
**substituting** [1]
1050/11
**subway** [1] 955/15
**succeed** [1] 1007/21
**successfully** [1] 928/9
**such** [40] 920/2 928/8
929/9 930/10 930/19
934/6 941/22 946/13
946/15 946/16 946/21
946/23 987/5 988/16
990/10 990/12 990/25
992/3 992/22 993/24
994/17 994/20 995/24
1008/16 1009/13
1009/14 1009/20
1010/15 1010/16
1013/10 1021/15
1021/20 1039/6 1048/7
1048/10 1048/11
1091/3 1091/6 1091/16
1092/1
**sufficient** [6] 929/23
931/24 974/15 983/7
1005/14 1012/3
**suggest** [13] 922/7
925/24 926/13 938/5
939/9 941/12 947/21
1061/23 1062/5
1072/10 1073/13
1074/24 1095/18
**suggested** [5] 922/6
923/12 980/17 1053/24
1058/3
**suggesting** [3] 928/17
929/5 941/24
**suggestion** [1] 932/11
**Suite** [2] 910/16 911/4
**sum** [2] 1014/22
1039/22
**summon** [1] 1096/16

**support** [1] 919/13
**supported** [2] 994/12
1071/22
**supporter** [1] 1075/21
**supporters** [6] 1059/8
1059/12 1061/10
1064/2 1064/7 1064/9
**supports** [1] 935/10
**suppose** [5] 931/13
978/12 981/11 1049/12
1084/1
**supposed** [13]
1033/24 1033/25
1034/1 1034/3 1079/15
1082/4 1082/24
1082/25 1083/1
1083/16 1083/20
1083/22 1088/12
**sure** [28] 917/12
937/17 943/17 944/6
945/25 946/1 946/18
950/11 957/4 974/22
978/13 980/15 981/4
981/19 984/12 984/21
1028/14 1029/15
1056/1 1059/25
1062/11 1071/9 1080/1
1087/5 1096/14 1098/1
1098/5 1098/9
**surge** [1] 956/23
**surplus** [1] 979/18
**surrender** [1] 1092/22
**surrounding** [2]
997/12 1066/10
**Surveyor** [1] 1025/13
**suspect** [1] 944/11
**suspended** [1] 1042/4
**sustain** [1] 992/14
**sustained** [3] 968/4
968/14 992/7
**sway** [1] 915/2
**sweatshirt** [1] 1084/23
**sweep** [1] 1080/15
**swing** [4] 1059/15
1060/11 1061/1 1079/2
**sworn** [3] 953/2 990/2
1076/8
**sympathy** [1] 986/22
**sync** [2] 915/25 995/25
**system** [7] 955/15
955/16 964/24 965/2
1062/10 1064/11
1073/18

**T**

**table** [1] 1027/12
**tackled** [1] 1031/19
**tactical** [1] 1084/16
**take** [35] 917/13
930/12 938/4 942/20
947/11 947/14 948/10
959/5 962/8 964/23
967/23 969/17 969/25
970/3 974/2 977/10
982/9 982/22 985/19
986/5 987/1 987/13
987/13 1027/22

**taken** [11] 923/14
977/16 987/19 996/21
1021/18 1021/22
1027/24 1069/25
1082/19 1089/10
1095/17
**taker's** [1] 987/21
**takes** [1] 1067/12
**taking** [2] 1078/15
1085/20
**Talia** [1] 941/4
**talk** [15] 914/18 920/6
980/20 986/3 986/5
1027/8 1032/7 1039/10
1042/13 1042/14
1058/7 1058/15 1082/3
1085/1 1087/1
**talked** [8] 919/15
1028/12 1028/12
1031/25 1034/8
1039/24 1074/16
1074/18
**talking** [16] 940/14
945/13 1032/17
1033/21 1058/16
1060/9 1075/11
1077/22 1077/24
1078/4 1079/12
1079/18 1081/25
1082/1 1084/22 1085/9
**talks** [2] 939/13 1050/7
**tangible** [1] 1094/9
**tapping** [1] 1088/11
**task** [1] 1090/17
**tattoos** [2] 1075/25
1076/1
**tear** [6] 1030/8 1032/5
1082/22 1083/4 1083/6
1083/8
**technical** [1] 913/17
**technically** [1] 949/21
**telephone** [1] 925/13
**television** [2] 1064/4
1091/3
**tell** [21] 928/19 960/22
963/10 963/15 979/6
994/19 1009/2 1016/5
1019/4 1022/17 1029/7
1037/3 1046/18 1051/1
1052/13 1063/9
1067/23 1088/25
1092/8 1096/2 1096/23
**telling** [7] 937/16
993/17 1064/20 1082/7
1082/23 1089/9 1096/1
**tells** [2] 929/13 1081/6
**temporarily** [2] 948/12
1018/14
**tempted** [1] 1091/4
**ten** [3] 945/5 973/25
1088/9
**tendency** [1] 1073/16
**tens** [1] 1064/24

**term** [35] 976/21
976/23 977/3 999/6
999/13 999/17 999/22
1000/1 1000/4 1000/10
1002/24 1003/11
1010/4 1012/5 1014/4
1014/23 1015/1
1016/25 1018/11
1018/15 1018/18
1018/20 1020/1 1022/5
1022/7 1023/9 1024/10
1024/14 1024/16
1025/8 1025/17
1025/24 1026/14
1026/15 1035/22
**terms** [11] 921/16
945/6 955/22 967/10
979/9 981/18 1012/15
1026/16 1030/16
1035/12 1035/13
**Terrace** [7] 973/6
1025/15 1025/15
1029/14 1034/2
1041/10 1082/9
**Terrific** [2] 914/8
1098/25
**territorial** [1] 976/15
**testified** [8] 915/11
969/4 977/21 991/7
993/19 994/23 1030/24
1069/21
**testify** [5] 917/15 996/5
996/9 1003/20 1003/25
**testifying** [5] 916/13
916/16 989/18 993/14
1082/10
**testimony** [42] 915/14
915/24 916/3 971/3
975/23 977/9 977/10
977/17 977/20 978/5
989/21 989/23 990/2
991/2 991/8 991/12
993/4 993/22 993/23
993/24 994/10 994/17
994/20 994/22 995/3
995/6 995/8 995/10
995/12 995/16 995/18
995/19 995/21 995/23
996/2 1027/25 1031/24
1032/21 1034/8
1039/23 1047/1
1064/17
**Texas** [1] 1076/3
**text** [1] 917/24
**texting** [1] 1091/17
**than** [22] 917/11 936/3
937/19 944/14 944/23
950/22 988/14 988/17
989/23 991/21 1035/5
1038/12 1046/23
1053/24 1057/23
1059/13 1059/17
1065/19 1074/4 1075/4
1078/1 1098/4
**thank** [36] 913/16
943/18 948/20 952/11
952/15 952/24 953/19
961/24 971/2 972/8

thank... [26] 973/10
974/6 975/15 975/16
982/15 984/2 984/7
985/10 985/14 1047/5
1047/6 1052/21
1052/25 1054/17
1056/4 1076/20
1076/20 1076/22
1076/23 1090/8 1090/9
1096/25 1097/2
1097/21 1099/2 1099/4
thank you [28] 913/16
948/20 952/11 952/15
952/24 953/19 971/2
972/8 973/10 975/15
975/16 982/15 984/7
985/10 985/14 1047/5
1052/21 1052/25
1054/17 1056/4
1076/20 1076/20
1076/22 1076/23
1090/8 1096/25 1099/2
1099/4
Thank you very much
 [2] 1097/2 1097/21
that [999]
that'll [1] 951/20
that's [123] 914/7
914/10 915/15 918/1
919/7 919/23 921/9
921/13 921/21 922/16
924/14 925/4 926/5
926/8 926/14 926/25
927/6 928/1 928/3
929/18 930/3 930/9
931/6 932/6 932/7
932/8 932/10 932/11
933/20 934/1 934/18
935/5 937/15 937/24
937/24 937/25 938/14
938/14 939/22 940/17
941/11 941/18 941/24
943/13 944/14 945/3
947/15 948/3 949/20
949/22 950/5 951/16
951/18 952/19 952/20
960/16 965/20 975/18
977/24 979/14 980/1
980/3 980/22 981/15
981/16 985/8 1027/10
1027/17 1028/7 1028/8
1028/8 1028/9 1028/21
1029/18 1029/24
1030/20 1030/24
1031/1 1031/14
1031/20 1033/14
1036/9 1037/18
1041/17 1043/7 1043/7
1043/22 1044/1
1044/22 1047/1
1048/13 1051/13
1051/21 1056/14
1060/2 1061/3 1066/7
1067/6 1068/8 1076/17
1079/16 1079/23
1080/12 1080/21
1081/4 1081/14

1082/17 1082/22
1084/2 1084/22
1084/23 1086/9 1086/9
1087/10 1088/5 1088/5
1088/10 1088/12
1089/12 1089/19
1090/4
theft [5] 948/3 975/19
976/4 978/9 978/11
theft-of-government-pr
operty [1] 975/19
their [37] 925/12
931/11 935/13 935/20
955/15 955/15 971/16
974/3 977/16 983/22
987/19 991/7 996/25
998/6 998/17 1008/24
1012/16 1030/2 1030/5
1035/8 1036/8 1047/14
1051/20 1054/7
1055/14 1055/20
1056/12 1057/16
1057/19 1071/21
1074/13 1075/16
1080/17 1083/15
1085/23 1085/24
1093/2
them [52] 919/6 922/7
923/3 923/3 923/6
924/10 930/13 944/20
956/19 956/24 958/1
958/4 961/15 982/11
983/10 983/10 983/15
983/16 983/17 986/14
987/14 992/4 992/15
992/25 1009/3 1016/6
1019/5 1022/18
1029/21 1029/22
1031/19 1031/20
1038/11 1042/16
1046/23 1052/13
1059/8 1061/10 1063/9
1064/25 1070/1 1070/1
1070/20 1072/9
1073/17 1084/14
1085/2 1085/6 1085/7
1086/21 1089/11
1094/4
themselves [3] 962/3
989/13 1007/1
then [79] 917/18
918/14 919/1 919/5
920/7 920/19 920/19
922/8 922/24 923/4
923/8 923/8 923/13
926/13 926/16 927/11
928/9 929/2 929/3
929/25 931/14 932/3
939/10 941/21 941/23
943/21 945/5 945/17
946/8 947/15 947/17
951/6 951/8 951/10
951/10 951/24 951/25
971/20 973/20 973/24
974/3 976/11 977/23
978/19 979/22 983/19
988/23 991/10 1002/9

1009/18 1010/8
1010/20 1010/24
1011/8 1011/13 1032/1
1032/25 1034/9
1036/21 1049/6
1050/15 1051/17
1054/6 1054/9 1054/15
1055/8 1055/13
1055/19 1061/21
1066/8 1066/15
1080/21 1087/20
1088/16 1088/17
1096/4 1098/16
theoretically [1] 931/3
theory [8] 915/2 919/5
923/21 926/1 928/16
934/17 944/11 944/17
there [160] 914/18
914/18 916/3 917/14
917/21 917/21 917/25
918/9 921/9 925/2
929/19 931/22 933/1
933/4 934/5 935/6
936/3 936/10 937/8
937/13 939/9 939/16
940/6 940/8 940/16
940/21 940/23 940/24
941/2 943/12 944/4
944/6 944/10 944/11
945/7 949/24 950/8
950/24 952/20 953/19
955/11 956/17 959/10
960/15 962/2 962/19
962/21 963/11 965/13
966/10 969/5 969/19
974/15 974/20 975/10
975/23 977/12 977/12
977/14 977/15 978/11
982/10 983/1 983/7
983/20 983/22 989/12
990/23 996/15 996/19
1016/15 1017/10
1028/7 1028/10
1028/13 1029/16
1029/18 1030/14
1030/15 1030/16
1032/8 1032/18 1033/8
1033/23 1034/17
1034/17 1034/18
1035/2 1035/11
1037/17 1038/8
1038/24 1038/24
1039/1 1040/9 1040/10
1040/10 1040/13
1042/3 1044/1 1044/5
1044/19 1045/9
1045/15 1046/5
1046/11 1046/12
1049/12 1049/13
1051/14 1051/23
1055/24 1057/12
1057/18 1058/14
1059/13 1059/14
1059/17 1062/19
1065/17 1065/18
1065/25 1066/6 1066/8
1067/22 1068/4

1068/24 1070/24
1072/7 1073/3 1074/3
1074/22 1075/14
1075/20 1076/19
1077/9 1077/13
1077/14 1081/11
1082/15 1082/22
1083/13 1083/22
1084/1 1084/20
1084/21 1086/8 1086/9
1088/6 1089/2 1090/15
1091/1 1091/3 1096/23
1096/24 1098/13
1098/17 1098/21
there's [74] 914/22
915/16 919/12 921/25
923/19 925/10 930/6
930/14 930/18 930/24
931/24 934/15 935/22
936/2 936/5 941/2
941/4 943/15 945/19
946/25 964/18 974/17
974/22 974/23 978/13
997/10 1030/15 1034/4
1036/4 1039/14
1045/23 1057/4 1057/5
1057/11 1057/17
1058/6 1059/24 1060/7
1063/4 1065/12
1065/13 1065/14
1065/15 1065/15
1065/17 1068/1 1068/1
1068/1 1068/8 1068/16
1069/10 1069/20
1070/11 1070/15
1070/17 1071/3 1072/2
1072/3 1072/3 1072/16
1073/7 1073/10
1073/12 1073/14
1073/16 1073/18
1074/2 1074/11
1074/14 1074/16
1075/2 1075/5 1098/22
1098/23
thereby [1] 1003/21
thereof [4] 976/10
999/21 1014/20
1039/20
these [48] 913/12
914/20 914/22 914/25
917/14 923/25 930/25
934/16 958/21 964/22
982/22 985/23 985/25
986/6 997/25 1008/1
1008/6 1008/19 1009/2
1010/3 1016/5 1016/24
1019/4 1019/25
1022/17 1023/8
1030/15 1031/2 1031/2
1047/4 1048/14 1050/4
1059/19 1062/6
1062/17 1063/4
1070/18 1070/20
1074/12 1075/18
1085/4 1085/5 1085/8
1085/9 1085/13 1086/1
1087/5 1094/20

919/6 919/7 930/15
933/2 935/2 935/13
935/20 935/21 937/15
937/16 939/19 942/6
942/6 954/17 956/24
957/17 958/19 958/23
959/23 962/3 963/5
963/19 964/24 968/18
968/19 968/20 968/20
975/24 975/25 980/12
980/13 983/21 983/22
984/1 984/24 987/17
987/17 990/15 991/7
992/4 992/5 992/12
994/23 997/18 1030/2
1030/2 1030/3 1030/5
1030/6 1031/17
1031/17 1035/15
1035/16 1036/7 1036/7
1036/19 1036/20
1050/25 1051/1
1052/17 1054/15
1057/14 1057/16
1057/17 1057/18
1059/1 1059/2 1059/15
1059/19 1061/17
1062/6 1064/12
1064/20 1066/1 1066/2
1070/1 1070/9 1070/12
1070/15 1070/17
1070/20 1070/21
1070/22 1071/1 1071/2
1071/16 1071/22
1074/8 1074/10
1074/13 1075/16
1075/17 1075/17
1075/22 1076/4
1077/20 1079/25
1080/1 1080/6 1080/11
1080/13 1080/14
1080/15 1080/19
1080/20 1080/21
1083/24 1084/1 1085/2
1087/6 1087/7 1087/8
1087/10 1098/6
1098/20
they'll [1] 1052/16
they're [14] 927/23
934/17 940/13 962/11
1027/15 1027/17
1059/25 1060/9
1060/21 1063/6 1063/7
1063/17 1064/7
1083/15
they've [2] 935/20
1062/7
thing [20] 922/23
935/11 939/10 939/12
940/1 944/3 948/2
948/10 950/7 951/16
981/1 1033/2 1043/14
1048/9 1049/14
1052/12 1057/20
1063/6 1070/3 1096/6
things [13] 927/9
940/11 956/18 966/22
967/1 978/13 980/21

**T**

things... [6] 985/15
1027/12 1032/22
1041/16 1068/4
1077/12
think [98] 917/8 917/10
917/22 918/1 921/21
921/25 925/6 925/10
925/15 926/22 927/3
927/5 927/9 927/18
928/3 928/18 929/7
929/18 929/25 930/8
930/17 931/18 931/20
932/1 932/6 932/7
932/8 932/10 934/3
934/3 934/16 935/10
936/2 936/10 936/12
936/16 936/21 936/23
937/1 942/4 942/8
942/12 942/19 943/10
944/10 944/25 945/1
945/2 945/14 946/25
948/2 948/7 948/23
949/4 949/9 949/13
950/17 950/20 960/9
971/9 974/15 975/25
979/7 979/23 980/1
980/9 981/12 982/22
983/6 984/20 984/22
985/4 985/7 987/2
997/21 1028/18
1030/10 1032/16
1044/9 1049/5 1049/8
1049/24 1050/8
1051/21 1052/11
1052/13 1052/17
1053/7 1053/23
1056/22 1060/9
1070/18 1080/23
1080/25 1083/21
1098/17 1098/21
1098/23
thinking [7] 925/18
981/15 981/22 997/11
1001/16 1004/23
1033/13
thinks [2] 930/7 976/3
third [17] 947/16
998/19 1002/19 1006/5
1009/14 1010/16
1014/19 1016/16
1016/19 1019/15
1020/13 1023/1 1023/3
1025/6 1036/4 1040/14
1073/8
this [277]
This is [1] 913/7
thoroughly [1] 1092/16
those [59] 921/1 924/9
927/9 927/24 928/17
931/18 932/22 959/22
973/23 974/2 977/11
979/11 981/13 983/8
985/18 987/12 987/18
995/22 995/25 997/2
1000/12 1027/4
1027/19 1032/5 1034/8
1035/2 1035/2 1035/3
1036/1 1038/8 1038/9
1039/13 1042/13
1042/15 1044/8
1046/16 1046/21
1058/2 1058/15
1064/24 1067/3 1067/6
1075/20 1079/4 1080/2
1080/5 1080/5 1080/25
1082/23 1083/14
1084/16 1085/1
1088/14 1090/2
1097/10 1098/21
though [3] 1066/14
1066/25 1096/15
thought [14] 921/5
922/8 923/17 942/2
943/11 950/19 977/17
979/5 1001/9 1004/21
1028/7 1028/24 1029/6
1029/8
thoughtful [1] 989/1
thoughts [2] 921/1
981/18
thousands [2] 1064/23
1064/24
threat [3] 1012/2
1012/6 1024/11
threaten [1] 1012/13
threatened [2] 1012/8
1012/9
threatens [1] 1012/1
three [10] 919/12
923/25 979/22 980/11
983/8 999/7 1008/1
1008/6 1035/15
1035/20
threshold [1] 1040/6
threw [9] 966/11
1029/25 1041/15
1042/14 1043/14
1069/11 1070/8
1086/11 1088/17
through [15] 914/16
923/23 955/12 955/14
955/14 955/15 972/24
978/6 999/2 1003/10
1027/24 1030/11
1030/21 1031/9
1055/25
throughout [7] 945/15
962/23 984/21 987/24
988/1 1071/14 1089/21
throw [19] 983/10
929/24 1042/16
1042/18 1043/9
1043/16 1044/2
1044/17 1044/23
1044/24 1045/6 1045/7
1045/8 1045/16
1045/17 1045/25
1046/9 1061/20
1069/24
throwing [9] 923/25
941/12 956/18 959/23
983/15 1070/5 1072/15
1085/25 1086/3
thrown [9] 967/8
1070/1 1070/15
1070/25 1071/11
1071/12
throws [4] 941/20
1042/14 1046/15
1089/11
thumb [1] 967/6
Thus [1] 1017/14
tight [1] 965/15
time [47] 916/1 918/12
950/20 951/24 952/12
954/9 954/23 955/18
958/12 959/3 960/18
962/8 962/23 963/23
965/20 966/2 970/13
971/3 972/7 973/9
982/4 986/1 991/9
992/19 998/15 1003/1
1003/2 1012/2 1012/25
1015/17 1035/7 1061/1
1061/4 1062/25
1065/16 1065/18
1066/10 1069/10
1070/4 1070/14
1073/12 1074/3 1079/3
1079/8 1082/13
1095/12 1097/20
timeline [1] 1073/22
times [3] 973/7
1085/18 1085/18
timing [2] 945/6 995/25
tinker [1] 1051/25
tired [4] 962/25 963/2
1061/15 1080/20
title [6] 946/7 946/8
950/8 976/14 976/19
1047/24
titled [2] 1025/10
1100/4
today [4] 914/1 937/18
1097/12 1098/16
together [3] 1027/12
1059/1 1075/13
told [17] 934/7 958/14
958/18 978/11 979/9
986/6 987/15 990/5
1059/15 1062/7
1077/15 1085/3 1085/4
1085/11 1085/19
1089/23 1096/8
tomahawk [20] 926/24
927/9 927/13 927/14
929/1 930/5 930/8
975/4 980/15 1016/21
1019/22 1023/5 1029/1
1039/13 1040/17
1066/13 1069/15
1069/18 1069/22
1083/2
tomahawks [12] 924/7
924/10 980/20 1069/15
1069/25 1078/23
1084/15 1085/1
1085/10 1085/20
1086/17 1086/19
tomorrow [3] 913/23
1079/1 1097/15

throws... [6] 1042/5
1059/21 1082/2
1087/19 1088/6
took [12] 920/18 955/5
973/5 1001/3 1001/22
1004/14 1005/4
1029/20 1034/14
1065/13 1069/19
1069/20
tool [1] 1033/20
top [8] 915/23 944/4
950/9 950/11 1032/13
1044/15 1063/16
1086/8
topic [1] 946/19
tossed [1] 1072/20
1086/10
tossing [1] 942/10
total [1] 1098/21
touch [2] 941/1 960/9
touching [2] 940/22
943/16
toward [6] 956/16
980/12 983/10 987/4
1001/4 1004/15
towards [2] 953/18
993/21
Tracie [1] 910/14
track [1] 981/19
tracks [1] 942/5
traitor [1] 966/25
trample [1] 1032/13
trampled [3] 1034/12
1034/12 1064/24
transaction [1] 993/25
transcript [4] 910/9
911/13 915/13 1100/3
transcription [1]
911/13
transcripts [1] 915/10
transition [1] 1031/5
translates [1] 924/19
trash [2] 941/20 958/9
travel [1] 999/13
trial [18] 910/10 916/21
919/16 986/8 986/18
987/12 987/16 987/24
988/1 990/1 990/5
992/7 995/1 996/10
996/24 997/20 1091/8
1091/14
tried [1] 1029/18
trips [1] 953/24
true [6] 949/22 979/13
988/14 994/11 1053/19
1072/1
truly [2] 1062/11
1070/18
Trump [15] 1058/23
1059/4 1059/7 1061/21
1062/21 1063/13
1063/23 1064/1 1064/2
1064/11 1075/21
1084/8 1085/11 1087/1
1087/2
truth [6] 988/14 993/17
994/19 1062/8 1062/20
1064/12

truthful [1] 993/15
try [3] 1059/1 1059/2
1091/25
trying [17] 932/7
944/18 956/5 956/21
956/24 958/3 1032/4
1035/16 1035/16
1037/13 1058/2
1068/15 1088/1 1088/6
1088/8 1088/14 1089/1
tunnel [65] 924/1
955/15 955/16 955/21
955/25 955/25 956/6
956/8 956/10 956/16
956/18 956/25 957/4
958/6 959/16 959/17
959/18 962/3 962/5
962/10 962/20 963/23
964/4 967/14 969/5
973/6 977/13 983/11
1029/14 1034/2
1041/10 1042/15
1043/1 1044/20
1045/22 1046/4
1049/11 1049/13
1066/5 1066/10
1067/11 1067/13
1067/13 1068/9 1069/3
1069/8 1069/11
1069/12 1069/24
1070/6 1071/16
1073/12 1082/9
1083/15 1083/16
1083/17 1083/19
1083/20 1083/20
1086/4 1086/10
1086/14 1088/18
1088/23 1089/12
tunnels [1] 955/9
turn [8] 914/9 972/12
998/1 1027/5 1047/14
1054/22 1075/16
1075/18
turned [2] 1013/19
1035/14
turning [1] 1072/6
tweak [1] 918/13
1055/25
two [22] 919/3 927/1
933/2 945/7 955/4
964/18 964/20 978/12
979/15 990/23 993/24
1004/10 1008/9 1013/8
1029/16 1032/18
1036/4 1038/13
1040/24 1053/19
1062/2 1098/22
two-minute [1] 964/18
twofold [1] 979/8
type [2] 1060/15
1060/17
types [2] 990/23
1032/18
typically [1] 975/17
typo [1] 949/4

**U**

U.S [5] 924/22 1000/9

**U**

U.S... [3] 1000/11 1012/20 1035/18
U.S. [1] 1014/10
U.S. Government [1] 1014/10
U.S.C [6] 921/19 976/8 976/11 976/16 1047/16 1047/21
uh [1] 970/11
ultimately [3] 916/2 916/4 996/1
unable [3] 913/25 914/1 1089/19
unanimous [6] 1010/2 1016/23 1019/24 1023/7 1092/8 1093/18
uncaring [1] 1064/11
uncommon [1] 994/2
unconscious [1] 1031/12
undeniable [2] 1001/23 1005/5
under [18] 921/19 923/5 925/22 926/10 926/22 931/18 933/24 933/25 935/1 936/8 951/13 952/23 999/18 1021/24 1031/11 1048/12 1048/14 1092/5
underlying [2] 944/13 944/21
understand [2] 978/5 1049/15
understanding [4] 958/12 977/12 990/16 1003/16
understood [1] 1080/20
undisputed [1] 990/7
uniform [1] 964/8
unimportant [1] 994/5
unit [1] 955/1
UNITED [88] 910/1 910/3 910/11 910/15 913/7 933/8 934/6 945/12 945/16 946/10 946/11 946/12 947/12 952/16 959/1 965/7 972/25 973/1 976/9 976/12 976/14 977/1 977/1 999/19 999/20 999/24 1000/3 1000/5 1000/7 1003/9 1003/10 1008/13 1008/23 1009/6 1009/18 1010/7 1010/20 1010/24 1011/7 1011/13 1014/13 1014/20 1015/3 1015/4 1015/15 1024/19 1025/1 1025/8 1025/11 1025/16 1026/3 1026/10 1026/16 1034/4 1038/17 1039/19 1041/25 1042/9 1048/6 1048/7 1049/2 1049/8

1050/13 1051/11 1051/14 1051/16 1051/17 1052/5 1054/6 1055/8 1055/13 1055/17 1055/19 1059/9 1059/20 1061/9 1062/8 1063/9 1063/21 1063/21 1064/16 1071/8 1078/1 1080/17 1082/6
United States [72] 933/8 945/12 945/16 946/10 946/11 947/12 952/16 959/1 965/7 973/1 976/9 976/12 976/14 977/1 977/1 999/19 999/20 1000/5 1000/7 1003/9 1003/10 1008/13 1008/23 1009/6 1009/18 1010/7 1010/20 1010/24 1011/7 1011/13 1014/13 1014/20 1015/3 1015/4 1015/15 1024/19 1025/8 1025/11 1025/16 1026/10 1026/16 1034/4 1038/17 1039/19 1041/25 1042/9 1048/6 1048/7 1049/2 1049/8 1049/22 1050/4 1050/13 1051/11 1051/14 1051/16 1051/17 1054/6 1055/8 1055/13 1055/19 1059/9 1059/20 1061/9 1063/9 1063/21 1063/21 1064/16 1071/8 1078/1 1080/17
United States of [2] 913/7 972/25
units [1] 954/18
unlawful [6] 928/7 1003/14 1003/14 1004/1 1015/8 1015/10 1015/21
unless [13] 922/22 929/15 932/5 933/2 934/2 935/13 936/18 976/21 977/2 987/24 1017/15 1021/18 1057/9
unlikely [1] 1096/16
unnecessarily [1] 1022/1
unreasonableness [1] 994/9
unreasonably [1] 1021/24
unspecified [1] 1012/2
until [13] 974/24 983/22 985/3 987/24 1036/21 1036/22 1061/21 1080/9 1080/12 1080/14 1092/7 1096/19 1097/12

up [48] 915/25 923/17 925/25 929/7 929/9 937/9 950/12 951/22 951/24 952/19 957/16 957/16 957/16 962/7 964/19 966/12 973/24 976/7 979/2 980/3 981/2 981/16 982/4 985/15 986/2 991/11 996/1 997/19 1031/19 1036/20 1042/23 1043/5 1043/7 1044/19 1046/2 1052/19 1057/5 1057/14 1061/14 1070/7 1083/15 1083/18 1084/5 1089/11 1090/17 1090/23 1097/8 1098/16
updated [1] 914/13
uphold [1] 1076/8
uploaded [1] 965/4
upon [17] 915/25 923/19 924/21 936/24 936/25 939/25 940/3 940/3 942/25 988/20 1012/6 1056/14 1066/10 1071/17 1072/2 1093/3 1093/10
upper [1] 965/21
upshot [1] 932/11
us [24] 931/5 937/2 945/5 952/11 956/19 956/23 956/24 958/2 959/6 960/5 966/24 982/3 982/10 984/25 985/14 1051/25 1052/19 1061/16 1075/10 1075/14 1081/16 1083/25 1084/1 1097/8
USAfx [1] 1098/20
USAO [2] 910/13 910/19
usdoj.gov [2] 910/17 910/21
use [89] 920/18 920/23 920/24 922/3 922/17 922/19 923/6 923/21 923/23 925/3 925/3 925/12 926/7 926/15 926/16 927/16 928/8 928/9 928/11 928/23 929/2 929/3 929/10 929/22 930/8 930/10 930/14 930/19 930/25 931/15 931/17 931/21 931/21 931/22 932/1 932/17 932/22 932/25 934/6 934/7 934/23 935/2 935/2 935/13 935/14 935/15 936/4 936/22 936/23 937/12 937/23 938/10 938/19 938/21 938/23 939/17 939/19 939/23 948/11 950/18 980/18 981/7

983/16 983/17 984/22 985/5 987/14 987/21 995/5 997/7 1003/13 1009/23 1012/1 1012/1 1012/2 1012/8 1014/1 1014/3 1016/19 1019/20 1023/3 1028/14 1029/9 1075/17 1095/16 1096/20
used [65] 920/1 920/3 920/4 920/16 920/22 921/8 923/7 923/15 926/9 927/7 927/13 928/21 928/23 928/23 929/2 929/13 929/14 930/2 931/20 931/25 933/16 933/17 934/2 934/4 936/8 936/15 936/18 939/16 976/14 977/3 979/24 980/14 980/25 981/2 983/8 983/10 995/25 1008/16 1009/20 1009/21 1012/8 1013/14 1013/19 1013/23 1013/23 1014/1 1016/16 1016/17 1019/18 1023/1 1030/16 1038/19 1039/5 1039/6 1039/9 1040/14 1041/4 1041/20 1043/12 1053/10 1060/17 1070/9 1072/12 1072/19 1085/15
useful [3] 1093/3 1093/9 1093/12
uses [7] 923/6 926/24 932/24 939/6 940/1 1011/25 1021/22
using [29] 921/20 922/13 922/21 923/3 925/21 929/7 931/4 939/4 939/5 939/20 962/9 983/4 983/16 985/17 1009/8 1011/9 1015/25 1017/22 1018/24 1020/20 1022/12 1023/23 1032/25 1038/3 1046/5 1055/2 1055/4 1069/6 1072/7
utmost [1] 1029/19

**V**

vague [1] 932/20
valid [1] 1060/13
value [7] 938/21 948/10 1015/15 1015/16 1015/17 1015/18 1015/21
vandalism [1] 1080/22
variety [1] 996/16
various [2] 1008/20 1042/14
vast [1] 1059/14

vehicle [3] 955/1 955/2 955/4
vengeance [1] 1072/3
venture [1] 1007/8
verb [1] 940/3
verbs [4] 1035/3 1035/4 1035/6 1038/9
verdict [50] 914/13 948/24 949/24 950/1 950/23 950/25 978/10 979/1 982/9 982/13 984/11 984/12 985/2 987/6 989/12 989/14 989/16 991/22 1011/17 1011/21 1018/3 1018/7 1021/1 1021/5 1021/9 1021/12 1024/4 1024/8 1072/2 1076/11 1090/18 1092/8 1092/24 1093/6 1093/15 1093/16 1093/17 1093/24 1094/8 1094/25 1095/11 1095/13 1095/15 1095/24 1095/25 1096/1 1096/3 1096/4 1096/5 1096/23
verdicts [3] 1093/18 1094/5 1095/9
versions [1] 982/8
versus [6] 913/8 924/22 933/8 950/18 1040/7 1075/2
vertical [1] 1044/14
very [18] 927/18 931/21 940/19 947/1 948/7 968/18 969/5 971/2 1030/24 1045/22 1047/5 1056/17 1057/1 1057/7 1059/8 1097/1 1097/2 1097/21
vexing [1] 928/12
via [1] 1091/20
Vice [8] 1018/16 1018/17 1077/21 1078/2 1080/1 1080/6 1080/16 1081/17
victim [3] 941/22 1013/3 1075/18
video [71] 915/12 915/15 915/16 915/24 917/16 923/24 942/25 959/7 960/2 960/3 961/13 961/17 961/23 963/17 964/16 964/17 965/9 965/17 966/3 966/7 966/14 966/19 968/8 972/23 977/7 977/10 983/14 995/11 995/15 995/24 996/15 1027/25 1032/21 1034/7 1034/14 1034/16 1037/8 1037/11 1037/15 1037/20 1037/25 1042/19 1043/10 1045/13 1047/1 1062/23 1063/11

1133

**V**

video... [24] 1066/7
1066/19 1066/24
1068/12 1068/21
1069/21 1077/11
1082/2 1082/9 1082/9
1082/14 1082/14
1085/17 1087/11
1087/12 1087/15
1088/10 1088/11
1088/19 1088/20
1088/25 1089/6 1089/7
1089/10
videos [14] 915/25
1062/17 1064/14
1066/12 1066/21
1067/4 1067/6 1070/12
1071/1 1087/5 1087/6
1087/7 1088/2 1098/19
view [12] 932/3 959/12
959/14 959/16 959/18
964/13 965/12 966/3
993/1 1044/4 1045/2
1062/6
views [5] 992/19
992/20 992/23 993/1
1090/23
Vinton [10] 924/22
924/23 924/24 925/1
927/3 927/4 930/21
937/25 938/9 939/22
violate [1] 1073/18
violated [1] 1015/12
violating [1] 1025/23
violation [14] 931/14
942/7 998/7 1002/5
1008/14 1014/11
1016/1 1016/4 1018/25
1019/3 1022/13
1022/16 1024/21
1026/5
violence [39] 979/17
999/7 1021/23 1022/11
1022/15 1022/23
1023/12 1023/16
1023/22 1024/2 1024/6
1024/10 1026/3
1026/10 1026/14
1027/1 1041/9 1041/11
1041/15 1041/17
1042/6 1042/9 1061/4
1062/5 1063/7 1068/6
1079/4 1081/21
1081/23 1084/10
1084/20 1084/24
1084/25 1085/16
1086/22 1086/24
1087/8 1088/12 1089/5
violent [9] 1029/20
1062/13 1069/10
1078/17 1078/21
1078/21 1078/22
1078/22 1087/25
visiting [1] 1018/14
visitor [1] 1083/12
vitriol [1] 1063/23
voice [3] 1066/22
1066/24 1093/4

voluntarily [3] 1007/4
1010/16 1038/14
vote [9] 966/25 1003/8
1030/25 1061/20
1077/23 1081/6
1092/11 1092/18
1093/10
voted [2] 1059/14
1063/15
voter [2] 1059/7
1063/14
votes [9] 1059/13
1059/17 1059/25
1060/5 1060/11 1061/1
1061/20 1062/20
1078/19
voting [2] 1060/19
1092/7
vs [1] 910/5

**W**

waistband [1] 931/16
wait [2] 1060/20
1080/13
wakes [1] 1057/5
waking [1] 991/11
walk [3] 937/11 1069/8
1069/8
walked [4] 927/14
930/15 935/6 935/22
walking [4] 936/9
936/16 1031/11
1031/15
walks [4] 930/4 931/9
935/19 1025/9
wall [2] 1034/9
1083/18
want [23] 913/19 935/8
935/12 938/25 946/18
947/11 950/19 974/13
979/4 984/25 985/3
986/5 1030/11 1046/19
1049/15 1051/2
1058/15 1058/18
1060/21 1061/19
1088/3 1094/20
1098/23
wanted [11] 968/21
977/8 984/18 987/13
1029/15 1030/3 1037/4
1056/1 1069/23
1069/23 1081/19
wants [6] 914/23
931/23 1062/9 1062/10
1084/3 1088/3
war [4] 1084/17
1084/21 1086/1
1086/22
warrants [4] 916/19
916/20 997/2 997/3
was [310]
Was an [1] 1049/6
Washington [7] 910/5
910/20 911/4 911/11
1028/11 1058/20
1063/2
Washington
Monument [1] 1063/2

wears [99]
944/5 1028/4 1028/5
1029/10 1032/9
1033/24 1033/25
1034/1 1034/2 1079/15
1080/2 1080/2 1080/22
1082/4 1082/25 1083/1
1083/13 1083/16
1083/21 1084/1 1084/5
watch [14] 1043/22
1064/3 1066/9 1066/11
1086/6 1086/6 1086/12
1087/11 1087/13
1087/18 1088/19
1088/23 1091/5 1091/6
watching [1] 1087/5
waters [1] 976/12
waving [1] 1088/21
way [60] 925/5 926/1
928/9 928/11 929/3
930/20 931/6 931/17
932/8 933/1 934/18
935/3 936/18 940/3
944/18 945/2 945/3
950/10 979/16 980/25
981/10 981/12 983/9
990/18 997/10 998/19
1006/20 1007/19
1028/21 1032/8
1032/11 1033/23
1034/4 1036/9 1036/10
1037/22 1039/3 1039/6
1039/10 1043/23
1043/25 1046/18
1049/15 1051/10
1051/12 1051/13
1057/11 1062/3
1065/22 1066/5
1074/13 1076/3
1077/16 1085/10
1086/7 1088/22
1091/21 1092/19
1093/12 1093/22
ways [6] 1008/1 1008/3
1008/6 1008/9 1036/4
1039/1
we [220]
we believe [5] 917/15
921/9 925/8 932/19
1072/14
we will [16] 916/14
951/19 973/24 973/25
974/1 982/7 1027/5
1047/9 1052/1 1052/4
1060/8 1096/4 1096/16
1096/22 1096/25
1099/3
we would [1] 1067/2
we'd [4] 940/11 949/7
949/15 949/25
we'll [17] 917/13
948/18 950/19 950/24
951/6 951/24 974/3
978/24 978/24 978/25
982/8 982/12 982/12
985/20 1052/19
1054/15 1058/7
we're [21] 914/9 920/7

946/18 949/15 949/24
959/2 977/6 980/22
981/19 981/22 1026/1
1037/13 1037/21
1039/10 1061/24
1071/24 1071/24
1075/12
we've [7] 917/15 921/5
937/18 1050/5 1052/17
1074/16 1074/18
weapon [137] 919/18
920/1 920/3 920/4
920/8 920/14 920/25
921/3 921/3 921/21
921/24 922/5 922/14
922/16 922/21 922/22
923/4 923/9 923/16
923/23 924/19 924/25
925/14 925/22 925/23
926/4 926/23 927/4
927/6 927/21 928/22
928/24 929/9 929/16
929/21 930/2 930/18
931/7 931/20 932/1
932/5 932/13 932/22
933/13 935/3 935/5
935/11 935/14 935/16
936/1 936/4 936/18
938/2 938/16 939/5
939/7 939/14 939/16
939/20 939/24 939/25
948/25 975/2 979/4
979/15 980/18 981/8
983/6 983/18 1008/16
1009/8 1009/21
1009/21 1009/24
1009/25 1010/3 1010/4
1011/9 1011/18 1013/8
1013/9 1013/13
1013/21 1014/3 1016/1
1016/17 1016/20
1016/21 1016/25
1016/25 1017/23
1018/5 1018/20
1018/25 1019/19
1019/21 1019/22
1020/1 1020/1 1020/20
1021/2 1021/10 1022/8
1022/13 1023/2 1023/4
1023/5 1023/9 1023/9
1023/23 1024/5
1024/16 1026/23
1026/25 1027/2 1038/4
1038/20 1038/25
1039/2 1040/3 1040/15
1040/20 1041/5
1041/13 1041/21
1046/17 1055/2 1055/5
1069/14 1069/24
1071/7 1071/12 1072/7
1072/12 1077/9
1085/16 1086/3
weapons [33] 919/21
919/22 925/11 925/11
926/3 927/2 931/6
933/3 935/12 935/12
935/13 935/14 975/5

1013/17 1013/19
1038/21 1038/22
1043/13 1046/22
1065/2 1067/14
1069/14 1070/19
1070/21 1078/23
1085/5 1085/8 1085/14
1088/18 1089/11
wearing [3] 961/4
963/22 969/11
Weaver [1] 910/14
week [1] 913/24
weekend [6] 913/21
913/22 914/2 925/18
952/11 1098/15
weeks [1] 1078/15
weigh [1] 993/4
weighing [1] 994/3
weight [11] 916/5
986/19 989/17 990/12
991/18 991/20 994/21
995/7 996/2 1029/4
1092/23
welcome [5] 952/10
952/25 985/13 1083/12
1083/13
well [44] 914/13 923/8
923/20 926/25 928/15
928/15 929/13 929/15
929/24 932/7 933/19
934/9 940/20 942/12
943/10 944/9 945/20
954/16 958/14 974/24
978/18 978/22 979/1
980/24 1028/1 1031/18
1033/13 1033/18
1036/1 1036/17
1041/15 1049/4
1049/14 1053/10
1067/7 1072/25
1080/21 1084/10
1085/10 1086/25
1087/1 1087/25
1098/21 1099/3
went [16] 954/17
991/11 1029/18
1053/24 1070/17
1073/12 1077/2 1081/9
1084/6 1084/7 1084/11
1086/7 1086/14
1086/25 1088/16
1088/17
were [138] 914/2 924/6
937/14 938/11 939/19
944/6 944/11 945/7
946/21 952/12 954/3
954/7 954/9 954/16
954/23 955/7 955/9
955/14 955/17 955/24
956/5 956/10 956/14
956/21 957/3 957/5
957/11 957/14 957/17
957/21 958/3 958/14
958/14 958/18 958/21
958/22 958/23 959/23
961/4 962/3 962/16
962/19 962/19 962/2

1134

**were... [94]** 963/4
963/5 963/19 963/22
963/23 963/25 965/14
966/21 966/22 968/16
968/18 968/19 968/20
969/7 969/11 969/13
969/15 969/21 969/23
970/3 975/24 975/25
977/11 977/12 977/12
977/14 977/15 977/21
977/22 980/13 981/4
982/25 983/1 983/4
983/8 983/11 989/9
989/10 990/3 990/5
995/21 996/11 996/12
996/14 996/20 997/3
998/16 1030/2 1030/3
1030/3 1030/6 1032/2
1033/7 1035/8 1035/15
1035/16 1035/18
1036/19 1040/12
1046/22 1046/23
1049/12 1049/13
1050/8 1054/6 1055/13
1055/19 1059/13
1059/13 1059/14
1059/15 1059/17
1059/19 1061/9
1061/10 1061/21
1064/22 1064/23
1065/9 1065/11
1065/16 1065/17
1070/8 1070/9 1070/18
1070/21 1071/16
1072/14 1074/12
1085/2 1094/6 1094/6
1098/20 1098/21
**weren't [3]** 984/1
984/20 1036/7
**west [11]** 973/6
1025/15 1025/15
1029/14 1034/2
1034/15 1041/9
1064/18 1066/5 1082/9
1082/13
**what [232]**
**what's [11]** 914/18
923/9 938/23 946/14
1029/13 1029/13
1041/15 1043/19
1052/14 1066/14
1067/23
**whatever [7]** 930/15
959/23 1029/23
1029/24 1046/13
1098/9 1098/11
**Wheeling [1]** 910/16
**when [80]** 918/15
921/10 925/16 932/3
939/13 950/7 951/12
955/21 955/22 957/25
959/6 960/5 963/25
963/25 964/3 973/7
974/18 974/18 980/15
986/2 989/9 990/9
990/25 991/25 1012/6
1013/19 1015/17

1021/19 1029/2
1029/19 1037/18
1039/9 1043/12
1046/25 1050/25
1054/15 1055/23
1056/3 1057/16
1057/17 1057/22
1062/14 1062/14
1065/12 1065/25
1066/7 1066/7 1067/3
1067/13 1069/3
1069/11 1069/15
1071/16 1074/21
1076/11 1077/12
1079/24 1079/25
1080/3 1080/4 1080/19
1080/25 1082/10
1082/19 1083/14
1083/18 1085/5
1085/15 1086/5
1086/12 1087/5
1090/13 1092/17
1093/6 1094/25
1095/16 1095/25
1099/3
**where [47]** 928/1
928/20 937/10 940/19
941/21 945/5 947/3
953/12 954/23 963/25
964/7 964/9 964/18
970/15 974/18 975/12
977/7 979/6 979/9
980/1 980/3 980/22
981/15 996/13 996/19
1015/17 1027/11
1029/18 1030/3 1030/5
1030/5 1031/6 1037/8
1040/7 1040/7 1050/13
1051/24 1060/14
1060/14 1065/6
1066/24 1070/17
1082/14 1088/11
1088/23 1088/23
1089/21
**Where's [1]** 1039/23
**Whereas [1]** 939/21
**whether [47]** 916/4
922/2 923/14 925/3
926/20 929/2 929/3
930/6 931/19 939/25
982/23 984/21 989/10
991/19 992/21 993/3
993/8 993/14 993/15
993/16 993/17 993/19
994/4 994/5 994/10
994/11 994/16 996/1
997/22 999/3 1002/10
1002/11 1007/2 1008/8
1011/5 1013/16
1013/21 1015/15
1017/21 1018/1
1020/18 1020/23
1023/21 1024/1 1070/7
1070/9 1092/11
**which [82]** 917/22
919/17 919/21 920/1
920/7 921/21 922/3

924/16 924/17 925/20
928/4 928/20 929/10
930/7 932/12 933/21
934/12 934/15 937/20
937/25 938/2 939/24
940/1 946/20 950/23
965/7 968/22 973/5
977/1 978/4 978/19
979/6 979/19 983/1
983/7 983/9 983/15
988/5 988/20 989/20
990/23 991/3 992/13
993/8 993/18 997/15
998/7 999/8 999/23
1001/5 1002/4 1006/17
1008/14 1011/4
1013/23 1014/5
1014/11 1015/4 1016/1
1016/3 1017/20
1018/25 1019/3
1020/17 1022/13
1022/16 1023/20
1024/20 1026/4 1031/4
1040/16 1050/6
1052/11 1053/13
1060/13 1060/14
1081/9 1095/8 1095/22
**whichever [1]** 1015/20
**while [31]** 939/19
940/16 946/13 958/18
962/3 962/19 983/21
985/14 986/17 991/13
1000/6 1008/25 1009/7
1010/8 1011/8 1011/14
1015/8 1015/25
1017/22 1018/24
1020/20 1022/12
1023/23 1029/12
1047/25 1048/7
1066/10 1081/3
1094/12 1094/15
1094/20
**white [4]** 959/22
1044/17 1044/23
1064/3
**White House [1]**
1064/3
**who [53]** 914/4 926/13
934/21 945/16 945/17
983/11 987/13 987/19
992/4 1003/23 1008/13
1008/23 1009/6
1009/18 1010/7
1010/20 1010/23
1010/24 1011/7
1011/13 1012/21
1017/12 1028/1
1038/17 1048/3 1049/6
1049/10 1051/18
1054/6 1055/8 1055/13
1055/17 1055/19
1057/15 1060/8
1060/12 1061/9 1062/9
1062/10 1064/10
1064/17 1066/25
1069/9 1069/9 1071/22
1074/12 1075/15

1090/20 1090/21
1090/22 1090/24
**who's [10]** 922/20
944/17 946/6 1062/7
1062/8 1062/11 1067/4
1067/23 1067/23
1068/15
**who've [1]** 993/5
**Whoever [5]** 946/10
976/8 1047/20 1047/22
1048/5
**whole [4]** 962/23
986/13 1071/8 1094/22
**wholly [1]** 999/16
**whose [1]** 960/15
**why [32]** 925/4 938/18
944/6 944/11 945/3
951/6 952/20 996/16
1030/2 1031/1 1034/13
1048/13 1052/11
1052/17 1059/23
1059/25 1061/11
1073/10 1077/8 1077/8
1077/9 1079/23
1080/12 1081/7 1081/9
1081/14 1081/20
1081/21 1082/3
1084/23 1086/9 1088/5
**wide [1]** 954/16
**wild [1]** 1028/25
**will [92]** 916/14 916/14
916/15 922/5 922/12
929/21 939/10 942/23
951/17 951/19 953/16
964/19 971/19 972/14
973/24 973/25 974/1
974/2 978/9 979/1
979/2 979/6 980/2
981/17 981/25 982/7
985/17 985/18 985/23
986/6 1002/7 1002/9
1008/20 1009/2
1011/21 1011/22
1016/1 1016/5 1018/7
1018/8 1018/14 1019/1
1019/4 1021/5 1021/12
1021/13 1022/14
1022/17 1024/8 1024/9
1027/5 1027/21 1038/9
1046/18 1047/9
1050/15 1052/1 1052/4
1053/18 1054/25
1055/21 1055/23
1060/8 1060/9 1060/10
1070/6 1077/20
1090/20 1090/21
1090/22 1090/24
1091/11 1092/1 1094/7
1094/11 1094/12
1094/18 1095/15
1096/4 1096/4 1096/16
1096/22 1096/25
1097/1 1097/8 1097/10
1097/11 1097/12
1097/13 1097/15
1097/16 1099/3
**willfully [11]** 976/8

1025/19 1025/21
1026/12 1026/17
1039/18 1042/5
1042/11
**William [3]** 911/8
1100/2 1100/8
**win [1]** 1062/21
**window [17]** 981/3
991/6 991/10 1014/11
1014/17 1034/3
1039/25 1041/17
1066/14 1066/17
1067/11 1069/15
1069/16 1083/2
1085/17 1085/18
1088/16
**Wisconsin [1]** 1059/16
**wish [10]** 919/7 972/2
972/3 974/11 987/15
1075/5 1076/24
1084/13 1091/13
1094/9
**wished [1]** 1007/21
**wishes [1]** 971/18
**within [3]** 977/5 999/16
1098/3
**without [7]** 937/11
986/21 996/15 1016/11
1017/6 1040/11
1052/10
**witness [34]** 912/2
951/7 951/8 952/14
952/23 953/2 958/24
960/11 965/6 990/25
992/10 993/8 993/9
993/11 993/13 993/13
993/14 993/15 993/16
993/17 993/19 993/23
994/10 994/11 994/14
994/18 994/19 994/20
994/25 995/6 995/8
1003/19 1003/24
1030/23
**witness's [2]** 991/2
993/13
**witnesses [14]** 912/4
971/5 971/17 972/13
986/20 989/18 989/21
989/22 989/23 990/2
993/5 993/7 993/23
994/22
**witnessing [1]** 993/25
**won [1]** 1058/24
**won't [1]** 1051/1
**wondering [3]** 917/1
940/18 1035/25
**wooden [4]** 963/11
966/11 1043/9 1043/17
**word [6]** 923/6 937/4
948/5 1027/16 1031/8
1060/20
**words [34]** 922/18
922/20 926/5 927/1
928/16 928/18 928/19
930/2 933/23 934/11
938/12 939/18 944/6
944/21 979/10 979/11

**W**

**words... [18]** 979/17
993/7 995/20 995/22
1007/5 1015/1 1021/22
1039/5 1059/19
1064/12 1078/12
1079/5 1080/3 1084/19
1087/16 1090/1
1092/22 1093/17
**wore [1]** 1084/23
**work [4]** 953/12 973/22
1030/5 1038/9
**working [1]** 959/9
**workings [1]** 955/17
**works [1]** 1038/11
**world [1]** 934/15
**worn [3]** 963/22 966/13
1045/14
**worst [2]** 1030/9
1063/14
**worth [1]** 1032/16
**would [94]** 915/9 915/9
917/10 923/24 925/23
926/12 926/16 927/19
930/11 931/5 931/19
932/19 932/23 933/1
934/25 935/6 935/8
936/19 936/22 938/5
938/15 940/23 941/18
941/19 941/25 942/12
942/14 942/15 943/3
945/12 945/15 946/22
947/21 948/4 948/7
948/13 953/8 958/24
959/5 971/23 972/18
974/12 974/14 975/2
975/8 977/5 978/7
978/15 978/22 980/6
980/16 981/8 983/3
983/13 985/7 985/19
988/25 989/11 991/8
991/12 992/10 996/7
1002/21 1029/7 1029/8
1029/19 1032/20
1037/1 1039/25
1050/10 1052/12
1054/8 1054/9 1061/3
1061/23 1062/5
1062/20 1062/20
1062/21 1065/21
1067/2 1069/16
1070/10 1070/18
1070/20 1071/5
1072/10 1073/9
1073/18 1075/1
1075/14 1075/15
1075/20 1087/13
**wouldn't [2]** 922/18
927/24
**wounds [1]** 1059/1
**wrapped [2]** 982/4
985/15
**write [2]** 985/24 1084/3
**writing [3]** 1055/23
1092/3 1092/9
**written [4]** 945/3 945/3
1052/16 1094/10
**wrong [6]** 943/10

1076/4 1092/18
**wrongdoing [2]**
1003/15 1003/16
**wrongfully [1]** 948/10
**wrote [3]** 1079/21
1083/23 1086/17
**WV [1]** 910/16

**Y**

**yeah [21]** 916/24 924/5
924/14 925/17 931/15
936/7 937/16 945/1
949/5 949/17 949/20
950/10 951/5 951/15
963/18 980/8 984/19
985/6 985/9 1052/13
1053/16
**year [3]** 941/23 944/12
1059/4
**years [5]** 953/16 954/2
967/13 1058/24 1075/6
**yell [1]** 1087/23
**yelling [7]** 956/19
957/16 962/10 969/23
1068/1 1087/22
1087/24
**Yellow [1]** 961/3
**yells [1]** 931/10
**Yep [1]** 947/17
**yes [66]** 921/4 932/18
941/15 941/15 947/13
949/18 951/9 954/8
954/10 954/14 956/13
957/13 957/23 959/13
959/20 960/13 961/1
961/8 961/10 961/21
962/18 962/24 963/1
963/3 963/9 963/24
964/5 964/14 965/3
965/5 965/22 966/4
966/15 966/17 966/23
967/4 967/12 967/22
967/25 968/9 969/6
969/8 969/10 969/12
969/14 969/16 969/18
969/20 969/22 969/24
971/12 985/4 1031/1
1031/23 1047/18
1048/16 1048/17
1049/18 1050/21
1050/23 1051/8 1052/7
1077/1 1078/20 1083/5
1084/8
**yet [2]** 949/25 1067/24
**you [761]**
**you know [5]** 922/25
927/4 979/8 979/22
1058/11
**you see [2]** 1046/9
1067/17
**you'll [8]** 917/19
919/19 952/17 1044/9
1070/1 1070/1 1081/12
1090/5
**you're [35]** 922/23
926/7 928/4 929/5
929/11 929/12 930/19

937/19 939/4 941/15
941/24 947/7 949/10
951/3 951/10 962/22
964/10 976/7 981/5
1021/10 1029/2
1031/22 1036/3
1036/11 1047/3
1063/24 1077/9 1077/9
1079/6 1081/10 1087/5
1089/14
**you've [16]** 917/15
925/24 967/16 971/14
971/16 973/14 980/17
1027/16 1046/25
1079/6 1081/22 1082/8
1085/17 1086/4
1089/14 1089/15
**your [224]**
**Your Honor [101]**
913/6 914/7 915/5
915/6 915/21 916/15
916/22 917/10 918/1
918/4 918/24 919/10
921/4 924/3 925/8
926/18 927/18 929/6
930/22 935/4 936/20
937/3 938/4 940/10
941/3 941/15 941/25
942/4 943/7 943/13
943/18 943/19 943/24
944/3 944/24 945/7
945/22 946/25 947/4
947/8 947/18 947/25
948/2 948/14 948/17
948/20 948/21 949/13
950/5 950/15 951/1
951/2 951/9 951/12
951/20 952/15 958/25
965/8 970/21 970/24
971/6 971/10 971/12
971/23 972/8 972/14
972/17 973/9 973/16
974/12 975/1 975/8
975/15 976/5 977/6
977/14 978/2 978/15
980/5 980/20 981/22
981/25 984/10 1047/18
1048/17 1049/18
1050/10 1050/21
1050/23 1051/6
1051/22 1052/7 1052/8
1052/21 1054/12
1054/17 1056/4 1077/1
1098/14 1098/18
1098/24
**yours [1]** 1093/21
**yourself [10]** 959/6
960/6 960/10 960/17
963/16 963/16 967/20
1044/7 1066/12
1092/15
**yourselves [1]** 1094/15

**Z**

**Zaremba [3]** 911/8
1100/2 1100/8