IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,     )
                               )
        Plaintiff,       )
                               )   CR No. 21-245
                               )   Washington, D.C.
       vs.              )   October 6, 2023
                               )   3:15 p.m.
SHANE JENKINS,            )
                               )
        Defendant.       )
_____)

TRANSCRIPT OF SENTENCING PROCEEDINGS
BEFORE THE HONORABLE AMIT P. MEHTA
UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Government:        David Perri
                         USAO
                         LRM: Weaver, Tracie
                         Federal Building
                         United States Courthouse
                         1125 Chapline Street,
                         Suite 3000
                         Wheeling, WV 26003
                         (304) 234-0100
                         Email: david.perri@usdoj.gov

                         Holly Fugiel Grosshans
                         DOJ-USAO
                         601 D Street NW
                         Washington, D.C. 20001
                         (202) 252-6737
                         Email:
                         holly.grosshans@usdoj.gov

```
APPEARANCES CONTINUED:

For the Defendant:          Dennis E. Boyle
                            Blerina Jasari
                            BOYLE & JASARI LLP
                            1050 Connecticut Ave
                            Suite 500
                            Washington, D.C. 20036
                            (202) 430-1900
                            Email:
                            dboyle@dennisboylelegal.com
                            Email:
                            bjasari@dennisboylelegal.com

Probation Officer:          Aidee Gavito


Court Reporter:             William P. Zaremba
                            Registered Merit Reporter
                            Certified Realtime Reporter
                            Official Court Reporter
                            E. Barrett Prettyman CH
                            333 Constitution Avenue, NW
                            Washington, D.C. 20001
                            (202) 354-3249


Proceedings recorded by mechanical stenography; transcript
produced by computer-aided transcription
```

PROCEEDINGS

1          P R O C E E D I N G S

2          COURTROOM DEPUTY:  All rise.

3          The Court is now in session.  The Honorable

4    Amit P. Mehta now presiding.

5          THE COURT:  Good afternoon, everyone.  Please be

6    seated.

7          COURTROOM DEPUTY:  Good afternoon, Your Honor.

8    This is Criminal Case No. 21-245, United States of America

9    versus Shane Jenkins.

10         David Perri and Holly Grosshans for the

11   government.

12         Dennis Boyle on behalf of the defense.

13         Aidee Gavito on behalf of the Probation Office.

14         The defendant is appearing in person for these

15   proceedings.

16         THE COURT:  All right.  Good afternoon again,

17   everyone.

18         Mr. Jenkins, good afternoon to you, sir.

19         All right.  So we're here for sentencing this

20   afternoon.  Are both sides ready to proceed?

21         MS. GROSSHANS:  Yes, Your Honor.

22         MR. BOYLE:  Yes, Your Honor.

23         THE COURT:  Mr. Boyle.

24         Let me just sort of preview how we'll proceed this

25   morning.

1        So I'll just go through what I've received and

2   reviewed from the parties.  I'll ask Mr. Boyle to confirm

3   that Mr. Jenkins has had the opportunity to review the

4   Presentence Investigation Report.  There are a number of

5   preliminary matters relating to the guidelines and a few

6   other aspects of sentencing that we need to discuss.

7        I'll then provide the Guidelines calculation and

8   then we will proceed into the parties' allocutions from

9   there, okay?

10       So let me just start with what I've received and

11  reviewed.

12       So I have the Presentence Investigation Report at

13  83, the Probation Office's recommendation at 84,

14  government's memorandum in aid of sentencing at 85, along

15  with the exhibits that were submitted, as well as Commander

16  Kyle's video victim impact statement.

17       And then I've reviewed and received the

18  defendant's memorandum in aid of sentencing at 86, which

19  included quite a few letters that each of which I've

20  received and reviewed.

21       So is there anything else that I should have

22  mentioned that I did not?

23       Okay.  Hearing nothing, then assume I've reviewed

24  everything I've received.

25       Mr. Boyle, can just ask you to please confirm that

1  Mr. Jenkins has had the opportunity to review the

2  Presentence Investigation Report?

3           MR. BOYLE:  He has, Your Honor.

4           THE COURT:  Okay.

5           All right.  So let's then turn to preliminaries.

6  And I understand that -- I'm just now seeing this note, that

7  Mr. Jenkins' brother would like to be heard; is that right?

8           MR. BOYLE:  He is present in the courtroom.  He

9  would like to speak for two or three minutes at the

10 appropriate time.

11          THE COURT:  Okay.

12          Let me just -- now would be the appropriate time.

13          Let me ask the government whether the government

14 has any victim impact statements it wishes to present here

15 in court today?

16          MR. PERRI:  We don't have any witnesses,

17 Your Honor.  And we don't have any additional impact

18 statements other than the one that we shared with the Court

19 the other day.  Thank you.

20          THE COURT:  All right.  Thank you.  Very good.

21          All right.  So this would be an appropriate time

22 if Mr. Jenkins' brother would like to approach, I'm happy to

23 hear from him.

24          MR. VANWINKLE:  Hello, Your Honor.

25          THE COURT:  Hello, sir.  How are you?

1          MR. VANWINKLE:  I'm well, sir.  Thank you.

2          THE COURT:  Can I just ask you to state your name

3   so the court reporter knows it and it's on the record.

4          MR. VANWINKLE:  I'm Marc Brinn Vanwinkle.

5          THE COURT:  Mr. Vanwinkle, there's a microphone

6   there, I'm going to ask you to bring it closer and keep your

7   voice up.  Thank you, sir.

8          MR. VANWINKLE:  Can you hear me?

9          THE COURT:  I can hear you fine.

10          MR. VANWINKLE:  I would just like to say, I don't

11   think anybody -- I mean, all of us need a second chance

12   sometimes.  Shane is a wonderful person.  If anybody spent

13   five minutes talking to him, you'd know what a great person

14   he is.  He mentors to at-risk youth in his community.

15   He's -- he walks -- he's an -- I know him to be a Christian

16   and he walks his faith every day.

17          We've already waited two and a half years for him

18   to -- for his, you know, speedy trial to come, and he's been

19   away from us for so long, I just like to ask that y'all give

20   him another chance and not give him a lengthy prison

21   sentence because he's the last one -- he and I are the last

22   ones of our generation of our family and lengthy prison

23   sentence would mean I'll never -- you know, I'll never get

24   to see him again.  So I just hope y'all would see clear to

25   do the right thing and give him back to us.  Thank you.

1              THE COURT:  All right.  Thank you, Mr. Vanwinkle.

2              And, Mr. Boyle, if there are others here on behalf

3    of Mr. Jenkins and you'd like to identify them, I'm happy to

4    know who they are.

5              MR. BOYLE:  Your Honor, there are a number of

6    people.  If I can ask them to rise.  These are friends and

7    supporters.  Mr. Jenkins' niece is here beside her uncle.

8    Would you like -- I'm sure I know the names of everyone.

9    Would you like the names?

10             THE COURT:  If they'd like to --

11             MR. BOYLE:  If anybody would like to identify

12   their names of somebody to supports Shane.

13             ALSO PRESENT:  Debra Ash.

14             Nicole Breadman.

15             Nicky Woodline, I support Shane.

16             Caroline Hester.

17             Serena Sampson, I support Shane.

18             Elena Gibson, I support Shane.

19             THE COURT:  All right.  Thank you, all, and

20   thank you, all, for being here.

21             Okay.

22             So anything other sort of witness statements or

23   introductions anybody would like to make before we proceed?

24   Okay.

25             All right.  Let's turn to some of the disputed

1   matters, starting with the guidelines.

2          So the first concerns the administration of

3   justice enhancements under 2J1.2(b)(1)(B) and (2), and the

4   defense's argument is that it does not apply to what is a

5   nonjudicial proceeding before Congress.

6          Anybody wish to be heard about that issue?

7          MR. BOYLE:  Nothing further from the defense,

8   Your Honor.

9          MR. PERRI:  We addressed that in our sentencing

10  memorandum, and nothing else.

11         THE COURT:  All right.

12         So I do think it does apply here.

13         Let me -- I have given a longer recitation of why

14  I believe it applies in the Oath Keepers sentencings, the

15  first set of Oath Keepers sentencings, and I believe in the

16  third, and so I'm going to have the record reflect my

17  rationale that is sort of more fulsome, at least, stated in

18  the first Oath Keeper case, that is in the United States

19  versus Stewart Rhodes.

20         But I'll just quickly summarize it here, which is

21  that if one looks at the history of how this Guideline came

22  into existence and tracks it against the development of the

23  statute and the statutory provisions that it covers, that

24  is, what the Guidelines cover.

25         And what I think that analysis does is show fairly

1    clearly that when this guideline was first enacted by the

2    Sentencing Commission, the administration of justice

3    enhancements were already in the Guideline, and the

4    Guideline made clear, through its commentary, that it

5    intended to cover the wide range of conduct that was

6    prohibited by the offenses that are subject to this

7    Guideline; that is, as the commentary indicates, 1503, 1505

8    through 1513.

9         Now, importantly, the Guideline covers expressly

10   1512(c)(2).  And when the Guideline was promulgated, that

11   was already defined as including conduct before an official

12   proceeding, and the statute at that point already defined an

13   official proceeding to include a proceeding before Congress.

14        All that history, I think, what it reveals is that

15   when the Guideline came into effect and the way it was

16   drafted and set forth, if importantly recognizes, I think,

17   two things.

18        One is that the administration of justice term was

19   used in a way that was intended to cover all of the -- at

20   least my understanding and interpretation, best

21   interpretation is, it was used to cover all of the types of

22   proceedings that could be subject to an obstruction offense

23   that is sort of through 1503, 1505 through 1513, and

24   certainly would cover obstructive offenses under 1512, and

25   including any obstructive conduct before Congress, because,

1    of course, the proceeding before Congress is included in the

2    definition of an official proceeding.

3            So I've set forth that rationale in a more

4    extended way in other sentencings and I will adopt that here

5    once more.  But for summary purposes, I'll let the record

6    reflect incorporation of those earlier proceedings, and

7    that's my explanation for why I do think the administration

8    of justice enhancements apply under 2J1.2 even though this

9    is an official proceeding not involving a judicial function.

10            Okay.  Then there is the official victim

11    enhancement that has been objected to.

12            Mr. Boyle, do you wish to be heard about that any

13    further?

14            MR. BOYLE:  Your Honor, we will rely upon our

15    previous submissions to the Court.

16            THE COURT:  Okay.

17            Does the government wish to be heard?

18            MR. PERRI:  We as well, Your Honor.

19            THE COURT:  Okay.

20            So as I understand this, the official victim

21    enhancement has been recommended for two different offenses.

22    The first is the 1512(c)(2) offense, and the second is the

23    111(a)(1)(b) offense.  It also arguably could apply to some

24    of the 1752 offenses, but it has no material impact on the

25    final score.

1        But I don't think there's any doubt that it

2   applies to Count 3, which is the 111(b) count, as under

3   3A1.2, a six-level enhancement is applicable under 3A1.2(b),

4   if the victim was a government officer or employee and the

5   conviction -- and offense of conviction was motivated by

6   such status.

7        And between the conviction in the civil disorder

8   statute and the conviction for Count 3, that is the

9   assaulting, resisting, and impeding certain officers,

10  I think the 3A1.2(b) elements are satisfied.  So at least

11  for Count 3, the official victim enhancement does apply.

12       Now, that's the less important of the two in a

13  sense, because it is the recommended official victim

14  enhancement under 3A1.2(c)(1) that probation has recommended

15  and the government has requested.

16       That enhancement provides that if in any manner

17  creating a substantial risk of serious bodily injury, the

18  defendant or a person whose conduct the defendant is

19  otherwise accountable, knowing or having reasonable cause to

20  believe that a person was a law enforcement officer,

21  assaulted such officer during the course of the offense or

22  immediate flight therefrom.

23       And so I think the defense argument here is that

24  the victim, for purposes of 1512(c)(2) is not an officer but

25  Congress, as the object, is the obstruction of an official

1    proceeding, however I don't read the Guideline to marry up

2    necessarily with the statutory victim; in other words, if

3    during the course of committing the offense that constitutes

4    the offense, even though the particular act may not go at

5    least directly to an element that doesn't require assaultive

6    behavior, I still think the official victim enhancement

7    potentially applies.

8            So to be precise, if somebody commits a violation

9    of 1512(c)(2) and in the course of doing so engages in

10   conduct that could give rise to a substantial risk of bodily

11   injury to someone that the defendant had reasonable cause to

12   believe was a law enforcement officer and then assaulted

13   such officer during the course of the offense, that official

14   victim enhancement could apply.

15           And so applying that here with respect to the

16   1512(c)(2) count, I do think it does apply just as I think

17   it would apply -- 3A1.2(c) would also apply to Count 3,

18   because we do have Mr. Jenkins having reasonable cause to

19   believe a person was a law enforcement officer.  The jury

20   certainly so found by virtue of the Count 3 conduct, and

21   so -- you know, the jury certainly found, and I would agree,

22   that he had reason to know that there were police officers

23   and reason to believe that there were police officers in the

24   tunnel, and that he then assaulted such officers during the

25   course of the offense.

1          And specifically, there were at least two objects,

2     if not more, that were hurled in the direction of police

3     officers who were inside the tunnel, that did create a

4     substantial risk of serious bodily injury, at least two.

5          One was the wooden desk drawer that was hurled at

6     the officers.  That, at least I theorize and believe by a

7     preponderance of the evidence, came from a piece of

8     furniture that was broken inside the room that was sort of

9     immediately to the left of the tunnel that was protected by

10    the window that Mr. Jenkins and others broke to get access

11    to that room.

12         There's video of materials being passed out of

13    that room, although I don't think there's a video of the

14    desk drawer, but it's hard to imagine where else it would

15    have come from, of the desk drawer, and Mr. Jenkins is seen

16    on video hurling that desk drawer toward the police

17    officers, and if it had, you know, certainly struck any one

18    of them in the head unprotected with a helmet, it could have

19    caused serious bodily injury, certainly created the

20    substantial risk of it.

21         And then there were a number of the items, in

22    particular, I think there was a flagpole that was sort of

23    looked like and thrown like a javelin at the police who were

24    in the tunnel, and certainty the manner in which Mr. Jenkins

25    threw that javelin toward the police -- line of police,

1    created a substantial risk of serious bodily injury.

2           Again, an officer who could have been struck in

3    the head, specifically in the eye, any number of places in

4    the body with the manner and force with which Mr. Jenkins

5    hurled that object, as well as some of the other objects he

6    hurled, certainly did create a substantial risk of serious

7    bodily injury even though the government's proof did not

8    specifically identify any particular officer as having been

9    injured by the conduct.  That's not what was required by the

10   Guideline.  It's simply the creation of a substantial risk

11   of serious bodily injury to some law enforcement officer.

12   And I do think the facts, by a preponderance of the

13   evidence, here satisfy 3A1.2(c)(1).  So I will apply the

14   six-level enhancement.

15          All right.  So then there is the request for the

16   terrorism enhancement under 3A1.4.  Anybody wish to be heard

17   about that?

18          MR. PERRI:  Nothing further, Your Honor.

19          THE COURT:  Mr. Boyle.

20          MR. BOYLE:  Your Honor, we've addressed this at

21   page 12 of our sentencing memorandum.  I'm sure the Court

22   read that.

23          We just don't believe that this is a sort of

24   circumstance that gives rise to a terrorism enhancement, as

25   we've explained more fully in our brief.  I'm prepared to go

 1   over that if the Court would like, but I don't think that's

 2   necessary.

 3          THE COURT:  No.

 4          So just to step back here, the terrorism

 5   enhancement applies -- this is 3A1.4.  And what the

 6   government here has requested is the application of the

 7   terrorism enhancement itself, which is defined as, if the

 8   offense is a felony that involved or was intended to promote

 9   a federal crime of terrorism, increased by 12 levels, but if

10   the resulting offense level is less than 32, to increase to

11   32.

12          And so that's how the government gets to 32 here,

13   as probation has recommended the same, and as well if that

14   enhancement is applied, Criminal History Category jumps from

15   whatever it is to Category VI.

16          Mr. Jenkins' conviction for destruction of

17   property qualifies as a federal crime of terrorism, and so

18   the Guideline, if the rest of it -- if the other elements

19   are satisfied, applies.

20          So I am not going to apply it; and let me explain

21   why.  It's really primarily two reasons.  One is, as far as

22   I'm aware, the terrorism enhancement has been applied almost

23   exclusively to one group of defendants; and that is those

24   who have engaged in conspiracies and were convicted of

25   seditious conspiracy and/or convictions of lesser

1    conspiracies, including 1512(c)(2).  I've applied it at

2    various degrees in the Oath Keepers cases, not the terrorism

3    enhancement itself, that is, the enhancement that jumps to

4    the 32 level, but, rather, the upward departure provision

5    that's provided for in the notes.  I have applied that in

6    those cases.  I believe Judge Kelly is the only one to have

7    actually applied the terrorism enhancement to any individual

8    defendant, that is, increasing the terrorism -- excuse me,

9    increasing the base level to a 32.

10          But, of course, Judge Kelly's cases were very

11   different, they involved the Proud Boys, they involved

12   convictions of seditious conspiracy.  Mr. Jenkins here, of

13   course, is not charged with any sort of conspiratorial

14   conduct.  He is charged as an individual and acting as an

15   individual.  And while his conduct certainly created a risk

16   of bodily injury, it was conduct that the jury found was

17   directed at an official proceeding, I don't think it is the

18   type of individual conduct here that was contemplated by the

19   terrorism enhancement.  With one -- the enhancement; that is

20   the 32-level increase.

21          Now, I have applied the departure in one other

22   case, and that is to another defendant by the name of --

23          MR. PERRI:  Southard-Rumsey.

24          THE COURT:  In U.S. versus Southard-Rumsey at

25   21-CR-387.

1          And I will just say, I didn't apply the 32-level

2     enhancement, but did add, I think, a single point as a

3     departure in that case.

4          But Ms. Southard-Rumsey's conduct was vastly

5     different than Mr. Jenkins in important respects.  The most

6     important of which is she got inside the building.  While

7     she was inside the building, she committed three different

8     assaults on police officers, including, most importantly,

9     finding her way through an assault of a police officer to

10    get to the very door of the House Chamber where she was

11    loudly screaming threats to the members who were in the

12    House Chamber at the time, cowering in fear.

13          There is a very sobering video that is in the

14    record in that case of, I suppose it was a Secret Service

15    agent or some other member of law enforcement with a handgun

16    drawn at the door that can be seen in the video, somebody is

17    filming it on the other side of the door and that's where

18    Ms. Southard-Rumsey stood.

19          Mr. Jenkins doesn't come close to that kind of

20    conduct.  Although it is troubling in other respects, he

21    ultimately doesn't get in the building.  He has no proximity

22    at all to the actual Members of Congress and to the House

23    Chambers itself.  And so I think his conduct sits in a very

24    different position in my mind.  And to my knowledge, she is

25    the only person to whom the enhancement has been applied, I

1  may not know of all the others, but that's the only other

2  person that I'm aware of that the departure provision has

3  been applied under Note 4, but I don't think it's warranted

4  in this case for the reasons I've just explained, okay?

5          All right.

6          The next issue concerns Mr. Jenkins' criminal

7  history, and anybody want to be heard about that?

8          MR. PERRI:  In what respect, Your Honor?

9          THE COURT:  Just anybody want to -- I think there

10  was an issue raised by the defense about it.  Or was that

11  resolved?

12          MR. BOYLE:  I think that resolves the criminal

13  history issue.  I think that without that it's a Criminal

14  History III, as I recall.

15          THE COURT:  All right.

16          So I have a correction that I've conferred with

17  probation about concerning the criminal history that does

18  affect the Criminal History score.

19          So the Presentence Investigation Report recommends

20  that two points be assessed for the conviction for resisting

21  arrest, that is set forth in paragraph 65 of the Presentence

22  Investigation Report, and then recommends an additional

23  three criminal history points for the offense that is at

24  paragraph 66.  This is the possession of a controlled

25  substance of one gram or more.

1          That two points should not have -- do not count,

2    and the reason is if you compare the information about the

3    two offenses, they occurred on the same day and Mr. Jenkins

4    was sentenced on the same day.  You can see that the date of

5    the offenses is the same, December 22nd, 2013, and that he

6    was sentenced on the same day for both offenses, that is,

7    April 7th, 2014.  And if you look at the description of the

8    offense, the case numbers are just one digit off.

9          So for whatever reason, the folks in Texas charged

10   these by a separate charging document, but I think the

11   proper inference is that the conduct that's in 65 and 66

12   arose out of the same event, and under -- I don't remember

13   what the guideline number is, but bottom line is --

14          Do you remember what the Guideline provision is?

15          I usually write these down.

16          PROBATION OFFICER:  Yes, Your Honor.  That's

17   4A1.2.

18          THE COURT:  Right.

19          So under 4A1.2 --

20          Thank you, Ms. Gavito.

21          The 4A1.2 offenses that occurred on the same day

22   and offenses that -- in other words, offenses that are not

23   separated by arrest that are sentenced on the same day are

24   treated as a single offense.  And I've conferred with

25   probation about this, and probation agrees that the two

1    levels that are identified in 65 should not apply.

2            So the criminal history -- the revised Criminal

3    History score will be a 7 and not a 9, which will drop

4    Mr. Jenkins down to a Criminal History Category IV instead

5    of V, okay?

6            Any questions or objections to that?

7            MR. BOYLE:  No, Your Honor.

8            MR. PERRI:  No, Your Honor.

9            THE COURT:  All right.

10           Let's talk about the fine request.  The government

11   has requested a fine of in excess of $100,000 based upon

12   Mr. Jenkins having raised funds while he's been incarcerated

13   that the government contends essentially capitalizes or

14   takes advantage of his offense conduct.

15           So, Mr. Boyle, let me turn it to you and ask you

16   what your position is on this.

17           MR. BOYLE:  Your Honor, our position is that this

18   money that was raised was raised for Mr. Jenkins' criminal

19   defense and other issues associated with that.  There's been

20   no financial profit from that.

21           Furthermore, Your Honor, Mr. Jenkins --

22           THE COURT:  Well, can you -- hang on.  Can you say

23   that definitively?

24           MR. BOYLE:  Pardon me?

25           THE COURT:  I mean, can you say that definitively?

1        MR. BOYLE:  My information, yes, that's my

2    information.

3        THE COURT:  You mean the full 100-, and, I think,

4    -11 or so, or was it 118-, or whatever the number was that's

5    north of 110-, has been fully expended between legal fees

6    and other expenses?

7        MR. BOYLE:  Can I check with Mr. Jenkins a second?

8        (Defense counsel and defendant conferred off the

9    record.)

10        MR. BOYLE:  Your Honor, our understanding is the

11    $66,000 was raised by Mr. Jenkins in his account, and that

12    was used to pay for attorneys' fees and to support his

13    children during the course of his incarceration.

14        The other 35,000 is not under Mr. Jenkins'

15    control.  It never has been, it's not been used for

16    Mr. Jenkins' benefit.

17        He was just a name that was used to raise money as

18    I understand it.

19        THE COURT:  Does Mr. Jenkins, does he intend to

20    continue to keep the websites active and attempt to raise

21    either -- receive either donations or sell merchandise that

22    would be a financial benefit to him or others?

23        MR. BOYLE:  Your Honor, those websites do not

24    belong to Mr. Jenkins.  The money received from those sales

25    has not gone to Mr. Jenkins.

1          THE COURT:  All right.  So let's -- let me just

2    make sure I understand.

3          I mean, the government has identified a couple of

4    different websites.  Let's make sure we're all talking about

5    the same thing here.  These are identified on

6    government's -- in the government's memo at 32, 33, and 34.

7          And let me just ask the government first, are

8    you -- is this -- and you've suggested that there are two

9    websites, but I'm not sure whether the images all relate to

10   one website or two websites.

11         MR. PERRI:  Yes, Your Honor.

12         So there are two fundraising websites on a

13   platform that's for that purpose called GiveSendGo.

14         And then there is the commercial website, so to

15   speak, called The Real J6, and that's the website where all

16   the merchandise is on.  That website is also soliciting

17   donations but it's unclear how much has been raised or

18   really for what purpose.

19         And actually for all of these, we don't see

20   anywhere on any of these where it's indicated that the

21   purpose of raising money is for legal defense.  Rather, it

22   seems to be that the defendant is using the very fact that

23   he participated in a violent riot and the very fact that

24   he's being prosecuted for offenses related thereto to garner

25   funds, and he is, in fact, garnering a lot of money.  We

```
1    have the total around $118,000 total.

2              THE COURT:  And how does the government know those

3    numbers?

4              MR. PERRI:  Just by looking at the websites.

5              THE COURT:  Okay.

6         And --

7              MR. PERRI:  We don't have any --

8              THE COURT:  I mean, does the government have

9    any -- Mr. Boyle just represented that he doesn't control at

10   least one of them.  Do you have a reason to think otherwise?

11             MR. PERRI:  We don't have any reason to think that

12   that's true.

13             THE COURT:  Well, that may be the case, but I --

14   it's your burden to establish that he it does control the

15   funds, so you can't guess.

16             MR. PERRI:  We only have the information that's

17   available on the face of the websites, Your Honor.

18             (Pause)

19             MR. PERRI:  We have, as of September, Your Honor,

20   one of the GiveSendGo websites has raised $66,360, and

21   that's the one that's -- it says Shane Jenkins expenses, and

22   that's really the only indication that we've got from --

23             THE COURT:  And is that the one for which you've

24   pasted these images in which he's --

25             MR. PERRI:  No, that's from The Real J6,
```

1    Your Honor.

2            THE COURT:  Okay.

3            So which of the two is the one that he controls,

4    Mr. Boyle?

5            MR. BOYLE:  Your Honor, the one was 66,300 is the

6    website where money has been raised for him.

7            THE COURT:  Okay.

8            MR. BOYLE:  He does not control that money.  That

9    money is controlled by a third person who uses it to support

10   him.  So he is the beneficiary of that $66,000.

11           The other website he has no connection to, no

12   ownership interest in, and has not benefited from in any

13   way.

14           THE COURT:  So then how is it that some of these

15   items, particularly these avatars, at least, those that have

16   been attributed to him, and maybe that's not -- shouldn't be

17   attributed to him, but how is he connected to that website?

18           The government has suggested that he's created

19   these pages, or at least somebody's created them on his

20   behalf, and these avatars are being used to promote products

21   like the backpack that's on page 34.

22           MR. BOYLE:  He has in the past created content for

23   that website, but he does not own it or benefit from it and

24   has received no money from it.

25           THE COURT:  Okay.

1        Does the government have any reason to believe

2   otherwise?

3        MR. PERRI:  May I have just a moment, Your Honor?

4        (Government counsel conferred off the record.)

5        THE COURT:  All right, Counsel, what do we know

6   here?

7        MR. PERRI:  So there's no way for us to know how

8   much he's raised with The Real J6, Your Honor, or where that

9   money goes or what purpose it's for.  We have no access to

10  that.

11       But I would like to mention that I earlier stated

12  that there were two GiveSendGo websites, one of them,

13  entitled "Operation Love Wins," specifically states that it

14  was created by Shane Jenkins and The Real J6.  It says that

15  on the home page.  And that one has raised a total of

16  $52,713 as of August 24th, and we submitted this to the

17  probation officer as part of our objections to the

18  Presentence Report.

19       THE COURT:  Okay.

20       Are those pages still up and do we know whether

21  Mr. Jenkins is receiving funds, any recent funds of those

22  sites?

23       Let me just drop the pretense here.

24       The government has asked for these types of fines

25  in cases, and I understand why and it's not that it's

1    unreasonable to make the request, but it's not, in my

2    estimation, done in a way that is consistent with what the

3    law requires.  And that is, the relevant fine statute is 18

4    U.S.C. 3552(a) and it sets forth the factors the Court is to

5    consider when determining a fine amount.

6            The factors, among others, include the defendant's

7    income, earning capacity, and financial resources and the

8    need to deprive the defendant of illegally obtained gains

9    from the offense.  I don't think the latter applies because

10   whatever one may think of fundraising off of his conduct,

11   that's not unlawful.  Right?  That's not unlawful.  It may

12   be unseemly, but it's not unlawful.

13           So then the question is, well, what's the

14   defendant's income or earning capacity and financial

15   resources?  So the Guidelines speak in terms of ability to

16   pay and whether the defendant, this is Guideline 5E1.2(a),

17   is likely to become able to pay.

18           And I think there's case law to the effects that

19   this is more of a future-looking evaluation that is the --

20   does the defendant have the ability to pay in the future,

21   and that depends upon a couple of things.  One is, the

22   defendant's assets at the present time of the sentencing,

23   because certainly those would be available to make fine

24   payments.  And then, two, whatever the defendant's sort of

25   future earning capacity is.

1          And if the government's primary contention is that

2     he's raised these funds and pocketed them, I have two

3     concerns.  One is, we don't know that for sure, and you've

4     given me some numbers, but it's not clear to me they've gone

5     directly to him.

6          Two, I don't know whether any of it's left.

7          And, three, it's not simply enough to say, look,

8     he's raised money in the past, he's, therefore, going to be

9     able to raise money in the future, which is why I'm asking

10    about whether he's deriving any benefit from these

11    commercial websites.  So, you know, that's what I'm --

12    that's sort of the realm in which I'm operating.

13         In fact, the sealed case you all cite from the

14    Third Circuit, 20 F.3d 1279, you know, it does provide the

15    Court can impose a fine based upon a defendant's efforts to

16    capitalize on a crime, but, again, that still requires

17    some -- and I think there it was a book deal -- you know,

18    that requires some estimation of future ability to pay; and

19    Mr. Jenkins, at least from my understanding, doesn't really

20    have much in the way of assets, present assets, and I don't

21    know what's happened to the money and I don't think the

22    government knows what's happened to the money.  And so

23    that's kind of the state of play on the record as far as

24    ability to pay.

25         (Pause)

1          THE COURT:  All right.  Unless there's anything

2     else, I'm prepared to rule.

3          So essentially for the reasons I've just stated,

4     I'm going to deny the request for a fine.  The fine request

5     is based largely, if not entirely, upon Mr. Jenkins having

6     raised these funds from the GiveSendGo site.

7          As I said, the statute provides the factors that

8     I'm supposed to consider.  Those include the defendant's

9     income, earning capacity and financial resources, and the

10    need to deprive the defendant of illegally obtained gains

11    from the offense.

12         Again, I don't think that applies.  You know

13    fundraising, for whatever the reason may be, that's not

14    illegally obtaining gains from the offense.

15         And then the question is with respect to future

16    ability to pay based upon his income, earning capacity and

17    financial resources.

18         So, you know, other than his past fundraising,

19    it's not clear to me the past fundraising is indicative of

20    what he'll be able to raise in the future.  And so imposing

21    a fine in the magnitude the government has requested I just

22    don't think can be sustained based upon the evidence before

23    me and the requirements of the statute and the Guidelines.

24    So the government's request then for the $118,888 fine will

25    be denied.

1            Let's talk about restitution.

2            Mr. Boyle, do you have a position on restitution?

3            MR. BOYLE:  We do not, Your Honor.  I think the

4    restitution -- I can't recall the restitution figure

5    offhand.

6            THE COURT:  It's 5 -- the government's requested

7    $5,176, which consists of two parts:  $3,176 to repair the

8    window that was damaged; and an additional $2,000 that the

9    government has been asking for in these cases.

10           MR. BOYLE:  We believe that's correct, Your Honor.

11   We've been provided with receipts for the window.

12           THE COURT:  Okay.

13           MR. BOYLE:  And I know that the other aspect of it

14   has been calculated as well.

15           THE COURT:  Okay.

16           And there's no objection to the additional 2,000

17   then?

18           MR. BOYLE:  No, Your Honor.

19           THE COURT:  All right.  So I'll grant the

20   government's request then for a restitution award of $5,176.

21           Okay.  The last issue I wanted to raise is a

22   factual one that the government mentioned in its memorandum,

23   very quickly in passing, as to Mr. Jenkins allegedly having

24   been involved in some kind of assaultive conduct while

25   incarcerated.  I'd like to hear more about that if either

 1    side wishes to be heard or if probation has any further

 2    information about it.

 3            MR. PERRI:  Your Honor, it's our understanding

 4    that on July 10th, 2023, the defendant was one of 11, 12

 5    inmates who proceeded across the floor of the pod into a --

 6    what they call a TV room, and proceeded to assault another

 7    inmate named Toronto, for the reason that this inmate made

 8    derogatory comments about Ashli Babbitt and her mother.

 9            They, according to the investigation conducted by

10    the corrections officers, they beat him and then left the

11    room.

12            And we have the report of the investigation, I'm

13    happy to provide the Court with a copy, and defense counsel

14    has already seen it.  So our position is that the defendant,

15    even while incarcerated, after having been convicted of a

16    crime related to January 6th, has found a way to engage in

17    more violence related to January 6th.

18            (Pause)

19            THE COURT:  Okay.

20            So let me just sort of state for the record, the

21    government's provided me with what is an email from an

22    investigator at the Department of Corrections, at least it

23    looks like an email; but it's -- essentially looks like a

24    summary report of an inmate -- assault on an inmate on

25    July 10th of 2023, indicates that a couple of inmates were

1   assaulted in a TV room, one inmate in particular, the other

2   was assaulted while trying to prevent the assault of the

3   other inmate, and apparently it was close to a dozen or a

4   dozen inmates who were involved in the assaultive conduct

5   and through the combination of descriptions of those inmates

6   and surveillance, the investigator identified Mr. Jenkins as

7   one of the 12.  And then apparently they've been charged, or

8   at least these 12 have been charged with the charge of

9   fighting.

10          MR. BOYLE:  Your Honor, we would note that this is

11  an email that is, we think, secondhand hearsay.  The fact of

12  the matter is, no investigation was initiated against

13  Mr. Jenkins, no corrective action was taken against

14  Mr. Jenkins.

15          I have a document from his financial account.  He

16  was a trustee.

17          THE COURT:  Well, let me -- if I could just make

18  two corrections to what you said.

19          I mean, there was an investigation; this is the

20  reflection of it.  We can quibble about how thorough it is,

21  but it's an investigation.  Your client was identified, and

22  there were at least some consequences.  He was moved to a

23  different housing unit, placed on pre-hearing housing, if

24  this is accurate, and then he was charged with something.

25  Now, I don't know whether, what came of that, I know he gets

1   some process.

2          MR. BOYLE:  Your Honor, my understanding is that

3   no charges were ever filed, despite what the document says.

4          THE COURT:  Well, this is -- to be clear, I'm not

5   talking about criminal charges.  This is an internal, you

6   know, administrative violation that gets adjudicated within

7   that setting.

8          MR. BOYLE:  And I understand that, Your Honor.

9          But our point is, Mr. Jenkins was never informed

10  of any charges from the prison.  They were moved temporarily

11  to another housing unit for three days, and then they were

12  returned to their original housing unit, where they remain

13  to this day, where he remains to this day.  So we don't

14  believe any formal charges or any administrative charges

15  were ever initiated against Mr. Jenkins.

16         We think the facts of this circumstance -- of this

17  altercation were probably investigated more and the prison

18  decided to take no action.

19         THE COURT:  Well, let me ask the government and

20  Probation whether they have any further information about

21  any disciplinary charges being brought against Mr. Jenkins

22  and what outcome there was, if any.

23         PROBATION OFFICER:  Your Honor, we requested

24  disciplinary records and we never received them.

25         THE COURT:  Okay.  Does the government have any

1    further information?

2              MR. PERRI:  We have no information about whether

3    administrative sanctions were imposed on these individuals

4    other than having them sent to another nearby facility

5    because of it.

6              THE COURT:  Okay.

7              MR. BOYLE:  Your Honor, we've likewise requested

8    records on any administrative action that was taken and

9    received no information.

10             THE COURT:  Okay.

11             MR. BOYLE:  The only thing I can represent to the

12   Court is Mr. Jenkins was there, he never received any formal

13   notification.  And he served as a trustee both before and

14   after this incident, and our understanding of D.C. DOC

15   policy is that if you've been involved in an altercation,

16   you can no longer be a trustee.

17             THE COURT:  What do you mean a trustee?

18             MR. BOYLE:  Someone who's trusted by the prison to

19   work for the prison at various capacities.

20             THE COURT:  Okay.  So he hasn't had any change in

21   his --

22             MR. BOYLE:  No.  I have the record here if the

23   Court would like to see it.  I haven't provided a copy to

24   the government.

25             THE COURT:  Sure, I'll take a look at it.

1          This is just sort of a report of his commissary

2     funds, huh?

3          MR. BOYLE:  There are certain things that are

4     identified with black dots that indicate when he was paid by

5     the prison as a trustee for his work, and they both precede

6     and are subsequent to the date of this alleged incident.

7          THE COURT:  I mean, I'll just note that the record

8     shows what is classified as institutional payroll payments

9     made to Mr. Jenkins' account on July 27th and August 24th.

10         Okay.  Anything else anybody would like to add

11    about that issue?

12         MR. PERRI:  No, thank you, Your Honor.

13         THE COURT:  Okay.

14         So, look, I find it troubling, to say the least,

15    Mr. Jenkins, to have your name associated with something

16    like this.  I mean, that's an understatement.  But, you

17    know, I've got to -- I'm bound by evidentiary standards.

18    And while this report is before me, it is just that, it is a

19    report.

20         I'm not -- have no information before me of any

21    actual official charges or disciplinary action taken against

22    Mr. Jenkins in connection with this offense and so alleged

23    conduct.  And so given the state of the record, I will not

24    make a preponderance finding of Mr. Jenkins' involvement in

25    this and so, therefore, I will not consider it in

1     considering his ultimate sentence.

2              Okay.  All right.  Is there anything else

3     preliminarily anybody would like to discuss?  And I can

4     provide this report.

5              Is this my copy?

6              MR. PERRI:  You can have it.

7              THE COURT:  Okay.  Thank you.

8              Anything preliminarily anybody would like to

9     discuss before I go through the Guidelines calculation?

10             MR. PERRI:  Judge, just one thing.

11             Given the Court's ruling on the terrorism

12    enhancement, the defendant ultimately, I guess, is going to

13    be a Criminal History Category IV.  We would just note for

14    the record that we don't think that a sentence in that

15    advisory Guidelines Range would be adequate, so we would ask

16    the Court for an upward departure, and we think that that

17    would be necessary to address the 3553 factors and ensure an

18    appropriate and sufficient sentence in this case.

19             THE COURT:  So what departure are you -- so I'll

20    just get to the bottom line and I'll go through the

21    calculations momentarily as they are at present.  But I've

22    got a final Guidelines Range of Offense Level of 31,

23    Criminal History IV, for 151 to 188 months.

24             MR. PERRI:  We thought a sentence of 236 months

25    was appropriate in this case, Your Honor, so we would ask

1    for an upward departure under 4A1.3(a)(1) in that direction.

2              THE COURT:  4A1 --

3              MR. PERRI:  4A1.3(a)(1).

4              THE COURT:  Because the criminal history is

5    understated in your view?

6              MR. PERRI:  Yes, Your Honor.  And I'll talk about

7    that in my allocution.

8              THE COURT:  Okay.

9              All right.  Well, I guess I'll reserve and hear

10   what the government has to say about a potential upward

11   departure of the guidelines, but any pre-upward departure,

12   the Guidelines calculations will be as follows:

13             With respect to criminal history, the offenses

14   that are scored are those set forth in paragraph 62 for

15   possession of a controlled substance between 1 and 4 grams

16   from 2006.  That receives 3 points, because it's within 15

17   years of the offense conduct.  There's a DWI offense at 64,

18   which barely falls within the ten years.  That gets a point.

19             The -- there is a -- the 65 and 66, which we

20   talked about, both a misdemeanor resisting arrest and a

21   possession of a controlled substance between 1 and 4 grams.

22   That's also 3 points.  That's a total of 7 points, for a

23   Criminal History Category of IV.

24             While we're on the subject of criminal history,

25   can anybody just illuminate me about the nature of the drug

1   offenses under Texas law?

2          You know, what these seem to be at first blush is

3   that these are essentially felony possession offenses and

4   their not distribution or possession with intent to

5   distribute offenses, given what is seemingly a low quantity,

6   but I'd be happy to hear if anybody has further thoughts.

7          MR. PERRI:  I have no information on that,

8   Your Honor.

9          MR. BOYLE:  Your Honor, I don't want to

10  misrepresent anything to the Court, and I'm not familiar

11  with how Texas treats these statutes, so I --

12         THE COURT:  It was a little jarring to me, I will

13  say.  It is Texas and it's different, but, you know, for the

14  charge in 2006 for 1 gram or more but less than 4 grams of

15  meth, you know, the punishment was nine years of custody.

16         Now, maybe there's more to it than what the charge

17  indicates, but that was pretty shocking, and particularly in

18  light of the fact that, you know, that same offense, albeit

19  with a different drug, in 2013 got two years of custody and

20  credit for time served.  So I couldn't quite make out

21  what -- heads or tails of this.

22         MR. BOYLE:  Can I check just one thing?

23         THE COURT:  Sure.

24         (Pause)

25         MR. BOYLE:  Your Honor, Mr. Jenkins believes that

1   the sentence at paragraph 62 and 63, those two offenses were

2   sentenced at the same time and given the same sentence.  One

3   was a much larger quantity of drugs but they were concurrent

4   sentences, as I understand it.  So there was no

5   applicable --

6           THE COURT:  I see.

7           MR. BOYLE:  -- additional punishment.

8           THE COURT:  Okay.  All right.  That makes sense.

9   I appreciate the clarification, Mr. Jenkins.  That makes

10  more sense.

11          But to the point, I think what that does, frankly,

12  is underscore my initial observation, which is that, you

13  know, possession of a controlled substance of one gram or

14  more is likely simply what's akin to a felony possession

15  offense in Texas.

16          But in any event -- okay.  All right.  So Criminal

17  History Category IV, let me just go through the counts,

18  Count 1 for civil disorder, that's a violation of 18 U.S.C.

19  231, controlling Guidelines 2A2.4.  The Base Offense Level

20  is a 10.  Because a weapon because possessed and it was

21  used, three levels were added.

22          There is a cross-reference applied to 2A2.2

23  because the conduct constituted an aggravated assault

24  because it was committed with the intent to commit another

25  crime, that is the 1512(c)(2) action, another felony,

1    I should say, offense, as well as the 111(a)(1) and (b)

2    offense.  That gets cross-referenced to the agg. assault

3    Guideline of 2A.2.  And so Count 1, the calculation will be

4    the same as Count 3.

5         Count 2, the Base Offense Level is a 14 for

6    causing or threatening to cause physical injury to a person

7    or property damage in order to obstruct the administration

8    of justice, eight levels.  That applies both because of the

9    property damage that Mr. Jenkins caused and was convicted of

10   and because he did cause or threaten to cause physical

11   injury by -- through the 111(b) offense and conviction, and

12   specifically that is hurdling objects, multiple objects,

13   including a desk drawer and a flagpole, among other things,

14   toward police officers, which certainly threatened to cause

15   physical injury.

16        I do think the three level enhancements for

17   substantial interference applies.  The conduct alone did not

18   cause this, the conduct in collective action with others did

19   cause the halting of a congressional proceeding, and halting

20   it for quite a long time.  That is certainly substantial,

21   and the government did have to expend some amount of funds

22   to get those proceedings back on course.  And while

23   Mr. Jenkins is one of thousands who was responsible for

24   that, he nevertheless is responsible for substantial

25   interference.

1          The official victim at 3A1.2 does apply for the

2  reasons I discussed earlier for Count 2.  So the total

3  offense level for Count 2 was a 31.

4          Count 3, for assaulting, resisting or impeding

5  certain officers using a dangerous weapon, Base Offense

6  level is 14.  A dangerous weapon was used, two levels.  And

7  when I refer to dangerous weapons, I'm referring to the

8  variety of objects that Mr. Jenkins used and that the jury

9  ultimately found were dangerous objects.

10          Two levels were added because the conviction was

11  under 111(b) and the official victim enhancement applies for

12  the reasons I discussed so the total offense level is a 26.

13          The destruction of property, Base Offense Level is

14  an 8.

15          The dangerous weapon was brandished, two levels.

16          And then the resulting offense level is less than

17  a 14, so it increases to 14.

18          For the reasons already discussed, I'm not going

19  to apply the terrorism adjustment.

20          Count 6, entering and remaining in a restricted

21  building or grounds with a deadly or dangerous weapon, Base

22  Offense Level is 4.  Any restricted building or grounds is a

23  two-level enhancement.  Dangerous weapon possession and use

24  is a two-level enhancement.

25          However, because the offense conduct was committed

1   with the intent to commit another felony, it

2   cross-references to the earlier counts.

3           The same is true for Count 7.  The Base Offense

4   Level is a 10.  Because the conduct involved a dangerous

5   weapon that was possessed or used, the Guidelines ultimately

6   end up getting cross-referenced to the agg. assault

7   Guideline 2A2.2.

8           Count 8, the calculation is the same as Count 7.

9           Counts 9 and 10 are misdemeanor counts to which

10  the Guidelines do not apply.

11          So all of these counts group, that is 1, 2, 3, 5,

12  6, 7, and 8, because the counts embody conduct that's

13  treated as a specific offense characteristic as to other

14  counts, that means the count with the -- had a conviction

15  with the highest offense level is controlling so that is the

16  31 for Count 2.

17          So taking an offense level of 31 and Criminal

18  History Category IV, the Guidelines Range is 151 to 188 --

19  151 to 188 months and a $30,000 to a $300,000 fine.

20          I'll just note at this point that the defense has

21  raised concerns about the Guidelines calculation is not

22  reflecting empirical data and not being rooted in sort of

23  empirical evidence and overstating Mr. Jenkins' degree of

24  culpability, and I'll be happy to hear those arguments and

25  take those into account in determining whether a variance is

1    appropriate.  Okay?

2          All right.  With that, everybody good to go, and

3    I'll hear from the government.

4          MR. PERRI:  Your Honor, Mr. Jenkins, in our

5    estimation and our position, is a top tier offender.  He's

6    one of the worst January 6th offenders that we've seen and

7    that this Court is probably going to see.  And, accordingly,

8    he deserves a sentence that is proportionate with the facts,

9    the circumstances, and his personal attributes, all of which

10   are extraordinary.

11         And with the Court's indulgence, I think it might

12   be helpful to just draw attention to some of the things that

13   we think are extraordinary about this case.

14         First of all, his statements of intent.  It's

15   clear from his postings and other messages that he intended

16   the intimidation of and retribution against members of

17   Congress and the Vice President.  That's what he intended.

18         And if there was any question as to whether that

19   was intent based on the statements he made before

20   January 6th, the statements he made afterwards cleared that

21   all up.

22         This is somebody who was not just regurgitating

23   rhetoric.  This was somebody who understood what was going

24   on in the Capitol that day and the significance of what was

25   going on in the Capitol that day, and he wanted these people

1   drug out.  All because they would not stop the certification

2   of the vote and allow for the installation of his preferred

3   losing candidate.

4         Second, the weapon that he brought to the Capitol,

5   Your Honor, extraordinary.  It wasn't a pole.  It wasn't --

6   I don't know, so many of the can of spray, so many of the

7   common things that we see in these cases.  He brought a

8   metal tomahawk, a purely offensive weapon, a nasty weapon.

9         And he used it.  He didn't use it on a person but

10  he used it.  He talked about bringing it, and he did.  And

11  not only did he have it on his person but he put it to use.

12        Third, his efforts to destroy property.  This

13  defendant showed preparation and determination in his

14  efforts to destroy that window.

15        Your Honor, these windows are made of special

16  shatter-resistant tempered glass.  A simple billy club

17  doesn't do it, and we could see that in one of the videos.

18  There was a guy who had a little billy club and he's kind of

19  like whacking away at it and he could have been there for

20  three and a half hours and still there wouldn't be a crack

21  in it.

22        But a metal tomahawk with a special point on the

23  other side could pierce that, it could start the shattering

24  process.  That's exactly what happened.

25        The defendant's conduct at the window is

1    extraordinary, Your Honor.

2              And if we could please play that short clip.

3              (Video played)

4              MR. PERRI:  He's even got gloves, Your Honor,

5    that's how prepared he is.

6              (Video played)

7              MR. PERRI:  "Are we going in or not?"

8              He's getting the crowd fired up.

9              So he began a process.  That window had not been

10   hit before, Your Honor.  It was intact.  He began a process

11   that was extremely significant, and I'm going to talk about

12   that, because it wasn't just a question of breaking a

13   window, it wasn't just a question of damaging a piece of

14   property, namely a pane of glass.  It had more consequences

15   than that, it had more significance than that, and I'm going

16   to talk about that.

17             That breaking of the window allowed other things

18   to happen, it allowed access to the building for lots of

19   rioters.  Other rioters came after him and finished the job,

20   they completely broke out that pane.  And you can see them

21   pouring in there.  What did they do when they got inside?

22   They got access to a very nice office that had very nice

23   furniture, quality, solid wooden furniture.  And they got

24   access to a lot of things that could be used as makeshift

25   weapons.  That's what they did with it.

1          And that wasn't it, that wasn't the end of it.

2   After they got into that room, they realized that there were

3   doors to other rooms.  They broke down those doors.  We have

4   a video of that, we shared it with the Court.  They broke

5   down those doors, and they ransacked other offices, looking

6   for lord-knows-what to support whatever conspiracy theory

7   they were motivated by.

8          Could we please show No. 7.

9          (Video played continuously)

10         MR. PERRI:  That's the window that he broke out,

11  Your Honor.  That lamp is from that office.

12         Look at the proximity of the tunnel opening.

13  Pretty soon you're going to see some additional items come

14  out of that window.

15         There's the drawer, Your Honor.

16         There's a chair, Your Honor.

17         It goes a short distance.  And we'll see who ends

18  up with that drawer.  Right there.  He benefited from his

19  own action using one of the makeshift weapons that he made

20  possible to be used.

21         In this way, he exacerbated the level of violence

22  taking place at the tunnel, by providing people that were

23  inclined toward committing acts of violence to be armed with

24  the means of carrying out harm to those police officers.

25         By helping rioters access that room, he gave them

1    access to a trove of makeshift weapons.

2            There are other items, too, the table leg,

3    absolutely nasty.  This table leg is, it's substantial,

4    it's like this big, and it's got a metal screw sticking out

5    of the top of it where it attaches to the corner of the

6    table.

7            THE COURT:  I know.  I sentenced the person that

8    handed it out the window.

9            MR. PERRI:  I'm sorry, Your Honor?

10           THE COURT:  I know, I sentenced the person that

11   handed it out the window.

12           MR. PERRI:  And that table leg, as you could see

13   from some of the photos that we submitted in our sentencing

14   memorandum, made it into the hands of an individual in a

15   pinstriped outfit.  And he was just absolutely wailing on

16   the officers in that line, so badly that the screw at one

17   point gets stuck in the shield of an officer, and he's got

18   to wrench it out.  That individual was also prosecuted in a

19   January 6th case.

20           The actual tabletop from one of these disassembled

21   tables made it out into the crowd and was heaved into the

22   tunnel.  The solid wooden table top.

23           These are people who are trying to get their

24   hands, much like this defendant, on anything they could to

25   throw, and he gave them a whole bunch more ammunition.

1    That's significant, and that's extraordinary, Your Honor.

2            The other thing that's extraordinary is the

3    deliberative, premeditated approach that this defendant

4    took.  He contemplated, he planned, he prepared for

5    violence.  But when he was there, it wasn't a situation

6    where he was simply caught up in the forward progress of a

7    mob.  He thought about what was going on and then he decided

8    to engage in it.  You can see him on that window ledge,

9    Your Honor, just watching.  Watching what most people would

10   have found horrifying, he thought it was cool, he wanted to

11   be part of that.

12           Could we please play that video.

13           (Video played)

14           MR. PERRI:  Stop, please.

15           Right there, Your Honor, I don't know if you

16   noticed, and we can play it again, but right there, there is

17   a rioter punching, repeatedly, an officer in the face, and

18   this defendant is standing there on the ledge watching,

19   taking it all in.  Looks great.

20           Can we play that again, please.

21           (Video played)

22           THE COURT:  Can I just ask a question.  Do you

23   think, is the government's view that this, in terms of the

24   timeline, this is between the breaking of the window and

25   before he throws the items, or is it before the breaking of

1   the window?

2          MR. PERRI:  It's before the breaking of the

3   window, Your Honor.

4          But sure enough, he does go over to that tunnel.

5          First he tries to get in by wading through the

6   crowd and pushing and pushing and pushing and trying to get

7   in there.  Again, his level of persistence is amazing.  He

8   gets sprayed in the face.  He gets sprayed in the face in

9   the head probably three, four, five times, and he's not

10  dissuaded, he is not deterred.  Apparently when he could

11  absolutely not see anymore or function, he finally drifts

12  back, and that's when he starts engaging in the violence.

13         And his violence at the tunnel was extraordinary.

14  It's another extraordinary thing about this case.

15         Your Honor, he just didn't throw one object, he

16  threw nine different things.  He was throwing whatever he

17  could get his hands on.  And several of those things could

18  have really caused harm.  That drawer could have really hurt

19  somebody and so could that flagpole.  It had a tapered point

20  on it that was like this.  It was substantial, it was long;

21  he threw it like a javelin.  If that thing had caught one of

22  those officers in the space between his helmet and his

23  shoulders, it would have been bad.

24         He didn't care.

25         A sustained attack on that tunnel.  That's

1    extraordinary.

2           Could we please see of the throws, please, just

3    one video.

4           (Video played)

5           MR. PERRI:  And that's just a few of the throws.

6           We think that's extraordinary.

7           But that's not it, Your Honor.  We also believe

8    that his lack of remorse is extraordinary.  As is apparent

9    from the website that he created, that has his image all

10   over it, that he's represented with some sort of cartoon

11   avatar, he just doesn't get it.  He thinks that political

12   violence is acceptable.  He thinks that what he did is

13   justified.

14          And because he doesn't appreciate the wrongfulness

15   of his actions, he's liable to engage in or to promote

16   political violence again.

17          For example, what happens if his preferred

18   candidate gets convicted of something?  How would he react?

19          The defense wants this Court to sentence him

20   lightly because January 6th was a rare event, it's unlikely

21   to happen again.  Well, Your Honor, as an American citizen,

22   I'm not willing to take that risk.

23          The defense is asking the Court to roll the dice

24   with this country's Democratic future.  He just doesn't get

25   it.

1          He fully embraces the idea of taking violent

2    action for political ends.

3          In his posts after January 6th, he didn't say

4    anything like, oh, geez, you know, that really got out of

5    hand, you know, I hope nobody got hurt.  Or, wow, you know,

6    I thought I was doing the right thing, but, you know, maybe

7    it was a bad decision.

8          No, he condoned it, he glorified his own actions.

9    He said it was the most wonderful thing ever.  Don't believe

10   the media.  It was glorious.

11         And now he's using a website to further glorify

12   the fact that he participated in this horrible event and

13   make money from it, to sell merch, to sell backpacks with

14   his avatar, with logos with crossed axes.

15         That's extraordinary, Your Honor.  We've never

16   seen anything like it.

17         It sheds light on his lack of remorse.  It sheds

18   light on the fact that he doesn't get it.  And if he doesn't

19   get it, he's a danger.

20         Another thing we think is extraordinary is his

21   sheer level of enthusiasm and determination that he

22   exhibited in connection with this event.  Wow.

23         Personal commitment, determination at every

24   aspect.  Even after he finished hitting the window,

25   Your Honor, he wasn't done helping it get broken, because

1   when another guy was trying to finish the job and was

2   restrained, this defendant restrained the restrainer.  "No,

3   no, no, we want -- I want that to finish.  We're going in

4   that building whether you like it or not, we paid for it."

5           It's an amazing video.  We shared that with the

6   Court.  You see him bear-hug this guy from behind to keep

7   him from restraining the guy that's whacking the window.

8           His efforts to get in the tunnel, his persistence

9   at throwing those objects, his posts after the event, an

10  extraordinary level of enthusiasm, personal commitment, and

11  determination.

12          Another thing we think is extraordinary is his

13  criminal history, Your Honor.  We talk about this in page 28

14  and 29 of our memorandum.  The defendant has five prior

15  convictions stemming from incidents involving physical

16  violence or the threat of physical violence.

17          In addition to that -- so he's got convictions

18  related to physical violence that count for points and then

19  he's got convictions related to physical violence that

20  didn't count for points and then he's got arrests that

21  didn't result in convictions, and all of it relates to

22  violence.

23          Two of the victims of these offenses were police

24  officers whom he violently resisted.

25          This is a pattern, Your Honor.  And we would

1   submit, although there is limited evidence, that the pattern

2   continues even with him at the jail in pretrial detention on

3   this offense, whether he was -- regardless of what

4   punishment, if at all, came from that, regardless of what

5   sanctions were imposed, he involved himself voluntarily

6   seeking out a situation where there was going to be

7   violence, he was for it.  He went into that room with those

8   other guys.

9           You would think that somebody would say, you know,

10  is that really a good idea?  But you can see it on the

11  video.  He's one of those guys that went that room, along

12  with a couple other January 6 defendants.

13          And regardless what he did in there or what

14  consequences he suffered because of it, he should not have

15  been there.  What the heck are you thinking?  That's

16  extraordinary.

17          This defendant is, in our estimation, one of the

18  worst January 6th offenders, and he should be sentenced

19  accordingly.

20          Thank you, Your Honor, for your consideration.

21          THE COURT:  Counsel, thank you.

22          Mr. Boyle.

23          MR. BOYLE:  May it please the Court.

24          For the past two and a half years, I've been

25  attempting to understand what happened on January 6th.  Some

conclusions are, I think, obvious.  It never should have
happened.  The former President behaved criminally, using
lies and prejudice to tear the country apart to maintain
power.  Political leaders and media leaders fanned the
flames of division for their own personal motives.
President Joe Biden won the election, and it was an election
that was not particularly close, especially in the Electoral
College.  And yet many people still refuse to acknowledge
even that obvious fact.  We are, indeed, in a country that
is divided.

       Like many people, Shane Jenkins believed perhaps
the greatest conman of all time.  He believed the lies of
the alternative media that profited from the nation's great
divide and the former President's great lie.  And he came to
the Capitol to see the former President speak.  And then he
went to the Capitol because the former President told him to
go to the Capitol.

       The thing about con men is that they bore into the
psyche of their victims, in a sense altering reality.  In my
usual white-collar practice, it's not unusual for fraud
victims to continue to believe the fraudster long after the
fraud should have become obvious to everybody, and some
people never believe it, regardless of evidence.

       But we're here today, Your Honor, to talk about
Shane Jenkins and what he did at the Capitol on January 6th.

1   His offenses are serious and it is important that we not

2   minimize what he -- his conduct.

3          It could be said that he broke a window and threw

4   some debris at police officers who were doing their duty.

5   We believe, Your Honor, that would understate his conduct.

6          He did bring two tomahawks to the Capitol and we

7   acknowledge that, although after breaking the window, he

8   never took the tomahawks out again.  Had he truly intended

9   to endanger police officers or harm police officers, he

10  could have been throwing those tomahawks or wielding them in

11  his hand.  Instead, the tomahawks were placed back into a

12  backpack and he, like other members in the crowd, threw

13  debris of various forms into the Capitol.

14         Nevertheless, Your Honor, his conduct was serious

15  and we acknowledge the seriousness and we acknowledge that

16  it warrants a substantial sentence.

17         It's also important, however, Your Honor, not to

18  overstate Shane's conduct on January 6th.  Much, if not all,

19  of the government's case today related to what other people

20  did, other people who entered the window, other people who

21  threw things, other people who punched police officers.

22         But, Your Honor, the important thing today is that

23  Mr. Jenkins be sentenced for what Mr. Jenkins did, not for

24  the crowd and what the crowd did, not for what other people

25  did or not because the government believes that everybody

1    associated with January 6th should receive a harsh sentence.

2           I've now participated in six of these January 6th

3    sentencings, I believe, and in every single one, the

4    government has said that this particular defendant is the

5    worst of the worst.  The fact of the matter is, Shane

6    Jenkins is not the worst of the worst.

7           He's -- we would suggest, Your Honor, that he is

8    typical, although we would certainly defer to the Judge's

9    conduct -- I'm certainly aware the Court has much more

10   experience in sentencing these cases and seen various

11   conduct than we do, and we defer to the Court in determining

12   where the defendant lays -- lies in that range of conduct

13   that occurred on January 6th.

14          But the Sentencing Guidelines themselves and what

15   happened on January 6th are only one aspect of Shane

16   Jenkins' character.

17          18 U.S.C. 3553(a) factors require the Court to

18   consider a variety of factors.

19          We would submit that there are extraordinary

20   aspects of this case, and one of those extraordinary aspects

21   is where Shane Jenkins came from and where he got to.

22          We think it's fair to say that Mr. Jenkins was

23   born into a home of violence and drug abuse.  It is perhaps

24   miraculous that he even survived his young adult years.

25          When one looks at his prior criminal record, it's

1    obvious in his early years that he was heavily involved in

2    drugs, assaultive behavior and other inappropriate conduct;

3    however, if one looks at the past ten years, there's a

4    marked change in Mr. Jenkins' criminal record.  And if one

5    looks at the letters that were submitted on Mr. Jenkins'

6    behalf, again, there's a marked change in Mr. Jenkins,

7    someone who went from clearly being on the wrong path and

8    headed in the wrong direction, to trying to make amends for

9    society and do things better.

10          Mr. Jenkins will describe his conversion to

11   Christianity and how that impacted him, how he has tried to

12   become a better person, a better human being, a better

13   citizen, a better family member.

14          He will also acknowledge, Your Honor, that on

15   January 6th, he utterly failed in that regard.  He

16   understands, and his religion teaches him, that he's

17   supposed to be self-controlled, he supposed to look out for

18   the interests of others, he's supposed to be peaceful in his

19   conduct, and he was not that day, there's no question about

20   that.

21          We can only say, Your Honor, that he got caught up

22   in a lie.  He went to the Capitol, he got caught up in a mob

23   mentality.  And we don't offer that as an excuse,

24   Your Honor, but, rather, as an explanation.

25          Mr. Jenkins certainly believed that the Congress

1    had the ability to set aside the election and send the case

2    back to the states -- or the votes back to the states to be

3    audited by the election.  That's a legal fiction but it's a

4    legal fiction that was promoted by lawyers representing the

5    former President, as well as the former President.

6               THE COURT:  Mr. Boyle, can I ask you, if I could

7    interrupt you for a moment.

8               Say I accept much or all of what you say, how does

9    one square that with the conduct after his arrest?

10              MR. BOYLE:  The conduct?

11              THE COURT:  Conduct after his arrest.

12              And I'm not talking about whatever scapes he may

13   have gotten into in prison, but viewing himself as a

14   political prisoner, selling himself as one, trying to at

15   least benefit someone commercially from those acts and

16   contributing, in his own small way, to the continued lie

17   that you just have so eloquently described.

18              MR. BOYLE:  And yet that, Your Honor, is a

19   question I ask myself in this and other cases.

20              I'll go back to what I said in the beginning.

21   I think it's the truthful answer.  Some victims of fraud

22   never realize they've been defrauded.

23              Mr. Jenkins has spoken extensively, and he's very

24   sorry about the violence that occurred that day.  I would

25   be -- it would be inaccurate for me to say that he has lost

 1   all faith in Donald Trump and now supports Joe Biden, that

 2   would be a lie.

 3                THE COURT:  And to be clear, he doesn't need to do

 4   that.

 5                MR. BOYLE:  And I understand that.

 6                But there is a reinforcing mechanism out there,

 7   there are people out there in the media still, there are

 8   politicians still that fan the flames by arguing that these

 9   folks are political prisoners.  I don't think they know what

10   a political prisoner is.  Nobody that I've ever seen in any

11   of these cases has ever been punished because of their

12   political belief.  They're punished for crimes that they

13   actually committed, and I think that Mr. Jenkins understands

14   that wholly.

15                He understands that he has to be punished and he

16   understands -- and he's willing to accept any punishment the

17   Court imposes; however, there have been times in the past

18   when he has referred to himself as a political prisoner.  We

19   don't believe he's benefited from any of the marketing of

20   any of the products that have been sold, but I would

21   concede, Your Honor, that it is very difficult to understand

22   the psychology of what's happening out there.  But what's

23   not hard to understand, though, is where Mr. Jenkins came

24   from and where he was moving to before this.

25                There are a lot of people from predominantly rural

1    areas, I myself from rural Pennsylvania, who seem to be

2    particularly susceptible to these lies and this propaganda.

3    I wish there was a way to overcome that, but I don't know

4    what it is.  I'm sorry if I'm not answering the question,

5    the Court's question adequately, I'm just trying to be

6    honest and say what I know.

7              I think, Your Honor, that what's important and

8    what is different about Mr. Jenkins is his faith, as

9    reflected in the letters that the Court has seen.

10             We do not believe there was an incident of

11   violence involving Mr. Jenkins at the prison.  We believe

12   that he, in fact, tried to avoid any violence in that case.

13             I believe that he actually made reports to the

14   prison staff indicating that there was a problem with this

15   particular inmate and things could get out of hand, which

16   I think speaks to his credit.

17             He's tried to work with people in the prison in

18   terms of helping them with their faith and helping them to

19   understand what's happening, but --

20             At this point in time, Your Honor, we would ask

21   the Court to consider the letters that have been sent on

22   Mr. Jenkins' behalf, the arguments we've made, the unique

23   nature of January 6th.

24             I think it would be inappropriate to speculate as

25   to what might happen in the future.  Certainly I would

1    anticipate that any sentence that Mr. Jenkins receives would

2    probably keep him incarcerated beyond the 2024 election

3    cycle.  But we rely upon the Court to fashion a fair

4    sentence.

5              Thank you, Your Honor.

6              THE COURT:  All right.  Thank you, Mr. Boyle.

7              Would Mr. Jenkins like to be heard?

8              Mr. Jenkins, if you'd like to be heard, sir.

9              THE DEFENDANT:  I would like to apologize in

10   advance for the length of my allocution, Your Honor.

11             THE COURT:  Well, let me interrupt you for a

12   moment.  When you say length, how long are you talking

13   about?

14             THE DEFENDANT:  It's, I don't know, probably

15   15 minutes.

16             THE COURT:  Okay.  Let's take a break.  I need to

17   give my court reporter a break.  That's why.  I don't want

18   to dissuade you from speaking, but I do want to give him a

19   break.

20             So let's -- I know it's late in the day, but let's

21   resume in 15 minutes, at just before ten after 5:00.

22   Thank you, everyone.

23             COURTROOM DEPUTY:  All rise.

24             This court stands in recess.

25             (Recess taken from 5:00 p.m. to 5:16 p.m.)

1          THE COURT:  Please be seated, everyone.  Thank you
2    for the break.
3          Mr. Jenkins, why don't you come on up, sir.
4          THE DEFENDANT:  Are you ready, Your Honor?
5          Good afternoon, Your Honor.  Thank you for the
6    opportunity to address you and the Court today.
7          I'm thankful for everyone in attendance,
8    especially my family, my friends and loved ones.
9          Judge Mehta, I respect what you do and the service
10   you provide to this community.  I appreciate what this Court
11   does.  I have no ill-will towards the prosecution.  They
12   have a job to do and I understand that.
13         I want everyone to know I don't take this
14   personally.  I hold no grudges.  My heart holds no
15   resentments.  I truly am thankful for my attorneys.  To
16   everyone here in support of me, thank you so much for
17   enduring this with me.  I love you all.
18         This has been a long time coming, thirty-three
19   months to the day since January the 6th.  Thirty-one months
20   that I have been incarcerated.  This has been an emotional
21   and physically training experience.
22         I want to address my criminal record, Your Honor,
23   because it's been a topic of conversation today.  I know
24   it's extensive and I can't change that.  What I can do is
25   share some of my life experiences that led me down that

1  path, and some things that have changed my life for the

2  better.

3          I was raised my Bob and Sandy Jenkins.  My early

4  life seemed pretty mundane.  My seventh year -- my seventh

5  grade year, my mom and dad had a rough path and eventually

6  separated.  I was around 13 years old.  My sister had come

7  to visit and she and I got into a huge argument.  I don't

8  really recall what it was about, I do recall being very

9  upset.

10          My mom was present.  My sister said to her, "If

11  you don't tell him, I'm going to tell him."  And I kept

12  asking my mom, "Tell me what, tell me what?"

13          Later that evening, my mom and I sat down to talk

14  and she told me that I was adopted.  I was dumbfounded,

15  shocked.  I felt as if someone had jerked the road right out

16  from under my feet.  I felt the wound of a sister, whom I

17  was extremely close to, who had used this as a weapon to

18  hurt me.  I felt betrayal, I felt lied to.  I was hurt.

19  I was in the formative years of my life psychologically, and

20  I had just been told my whole life was a lie.

21          In retrospect, I see that how immature of a

22  reaction this was.  I'm still thankful for the life and the

23  love my family has given me.  I'm sharing all of this with

24  you to give you some insight into my life.

25          At some point, I began to question what was so

wrong with me that my own mother didn't even want me, why

wasn't I good enough?  How could someone who was supposed to

love me just throw me away like that?

I felt like a throwaway, a piece of trash.

I recall looking at my baby pictures, and I feel like I was

an adorable little redheaded, blue-eyed, freckled-face kid.

I didn't understand how she could do that to me.

I'm pretty sure I had an identity crisis at this

young age.  I remember thinking I had an opportunity to

create who and what I thought a man was, at least to an

immature boy, which I thought was a tough guy, someone to be

feared or respected.

From this point forward, the arc of my life

changed.  Sports and school took a back seat to the wrong

friends and drugs and alcohol.  I became a hoodlum.

My adopted dad also passed way around this time.

I was incarcerated from the age of 16 to 19.  Upon my

release, I moved home.  My mom remarried shortly after this.

She married a man named Wesley Selman.  He was a Vietnam War

hero, an addict and an alcoholic, and what we would soon

find out is that he was abusive.  He went to jail twice for

beating my mom.  He pulled a gun on me and held one to my

friend's head.

One night I came home and he told me I needed to

leave for good.  I refused.  He and my mom had had an

1   argument.  I intervened and he threatened to kill me whilst

2   a shotgun lay a few feet from his grasp.

3          Later that night I would again hear fighting, a

4   loud thud, followed by a scream.  I ran to my mom's room.  I

5   had armed myself with my mother's pistol.  Fearing for her

6   life, I gently tried the door knob it was locked.  I stepped

7   back and listened as she cried and he called her everything

8   you would never want to hear your mother be called.  I

9   kicked the door down and came through the entryway alone.

10  As I did, he yelled, "I'm going to kill you motherfucker."

11          The barrel of the shotgun looked like a gaping

12  mall of death as it belched fire.  I felt the heat from the

13  flame of the shotgun blast on my face.  The shot left of

14  volleyball size hole in the top of the door frame.

15          I ran.  I don't think I touched a stair on the way

16  down.  I called 911.  This was before cordless phones so I

17  was anchored where I was at.

18          As I crouched behind the kitchen counter, my mom

19  came and stood by me and begged me not to call the police.

20  I told her she was crazy and he'd almost blown my head off.

21          It was dark.  The only light was moonlight shining

22  through the windows.  I heard Wesley's ominous voice saying,

23  "I'm coming to get you, boy.  I'm coming to get you,

24  motherfucker."

25          He got almost to the bottom of the stairs,

1    approximately 15 feet from me when I started shooting, I

2    shot seven times and he shot, and I shot six more times.  He

3    fell down the stairs and would die on the way to the

4    hospital.  I was arrested and charged with murder.  I was 20

5    years old.

6           I would eventually be no-billed by a grand jury.

7    You would think that the Court clearing me of any wrongdoing

8    would be the end.  That was not the end of it.  I was not

9    prepared for the nightmares and for the shame and guilt of

10   taking a man's life, a man I lived with for a year,

11   someone's father, a war hero, my stepdad.  Part of me said

12   he was trying to kill you, and he got what he concerned.

13          But the accuser said, you killed a man, murderer.

14   And so the war for my soul began.  It tore me apart and I

15   tried to destroy myself.

16          I began to numb everything with drugs, alcohol,

17   women, anything not to feel the anguish and torment in my

18   heart and soul.

19          This would lead me down a very dark path.  It's

20   played a major role in my criminal record.  I realize there

21   is no excuse for how I live my life.

22          These two experiences were my permission

23   statements.  I blame my whole messed up life on these

24   things.  They were my reasons to quit, to give up, to use

25   drugs and alcohol, to sell drugs, to run wild, to run from

1    life, and who I was.  Most importantly, it allowed me to run

2    from God and who he called me to be.

3              I was in and out of prison from 23 on.  I was

4    looking for something to make me whole and looking for

5    something to fill the hole in my heart.

6              My mom died in 2012.  I was not prepared for her

7    sudden death.  As usual, when life got hard, I turned back

8    to drugs and alcohol.  It wasn't long until I was back in

9    prison.  Three years in and I had been denied parole three

10   times.  They didn't want to let me out because they knew I'd

11   be right back.

12             My wife divorced me around this time in 2016.  I

13   had really made a mess of my life and I was falling apart.

14   Not only that, but I had five children and I wasn't being a

15   father to any of them.  This is one of my biggest regrets.

16   I have always been so focused on myself, my pain or my

17   needs, that I neglected my children.  Something had to give.

18             Still in prison in 2016, I heard about a program.

19   If you got accepted and completed it, you were released from

20   prison.

21             In 2016 I applied for the program.  The program is

22   called Prison Fellowship and was started by Charles "Chuck"

23   Colson, the hatchet man for Richard Nixon and the fall guy

24   for Watergate.  It was an 18-month program based on the life

25   of Jesus Christ.  I got accepted and arrived to the program

1    the day before Thanksgiving in 2016.  I wasn't a believer in

2    Christ, I wasn't looking for a savior.  However, I was

3    looking for a way out of prison.  God is funny like that.

4            Basketball has been a love of mine my whole life

5    from the age of ten.  I played in prison.  I play every day.

6    Nothing has changed -- nothing had changed in this new

7    prison.

8            A few weeks into my stay the guys told me a

9    ministry was coming to the prison to visit us, and they

10   bring some really good basketball players.  I was recruited

11   by the fellow inmates to play against these good players

12   from this ministry.

13           CHARM is the name of that ministry.  It stands for

14   Christ, Hope And Reconciliation Ministry.  All of the staff

15   and volunteers wore these red shirts so they stand out.

16           About 30 of them came on this day, December 19th,

17   2016.  There were some guys 6-foot 6, 6-foot 8, easy, and

18   they came to play basketball.  They kicked up our butts up

19   and down the court.  Out of eight games, we might have won

20   one.  It was all done in love.  In between games there was

21   fellowship on the sidelines.  People were sharing their

22   stories and their faith.  On this day, I wasn't repelled by

23   the mention of Jesus, and my heart happened to be open to

24   him.

25           After the games, we, the inmates, were sent back

1    to our housing units to clean ourselves up.  The day wasn't
2    over.  CHARM had brought brisket and gumbo.  They had be me
3    at brisket.

4         We all in lined up outside the chapel where they
5    had the food.  As we came to the entrance, all the guys we
6    had just played against sat eating.  I followed the line
7    around to where the food was and there were these women
8    smiling and serving the foods.  In that moment it hit me.
9    I was blown away.  These volunteers had given their time,
10   their weekends, sacrificed their time away from their
11   friends and family to come to a prison.  And they were happy
12   about it.  They came to see me.

13        Someone who had laid a path of destruction through
14   his own life, through his children's lives, his family's
15   lives, I felt about one-inch tall.

16        I got my food and went and sat down.  As I sat
17   there, something broke inside of me.  Tears began to pour
18   down by face.  I was overcome by this love I didn't
19   understand.  I had a spiritual experience.

20        I remember sitting there and it was as if Jesus
21   Christ was standing behind me, and I hear the words, "Son,
22   I'll never leave you nor forsake you."  And when he said,
23   "Son," that mended the wound of my childhood.  I was in
24   God's family now and could forgive the wounds of my earthly
25   family.  When he said, "I'll never leave you nor forsake

you," I knew I would never be alone again.  Instant healing that would take years to complete.  Salvation is instant.  Sanctification is a lifelong process.

I had just experienced an encounter with the Master, the King of Kings.  After we finished eating, there was a musical performance followed by the gospel message.  At the end of the service they asked if anyone wanted to accept Jesus Christ as their Lord and Savior.  I did.  So I stood and prayed with the volunteers.  This was the best decision of my life.

In the weeks that followed, God would take the guilt and shame from me for shooting my stepdad.  I would learn who God called me to be.  He would give me my identity and my purpose.  I liken the healing to a backpack full of rocks of different sizes.  Every day God had me sit down and chip away at those rocks, or sometimes he would just take them away from me and my backpack got lighter and lighter.

One of the greatest gifts I got during the 18 months of this program was accountability.  I was in a class and a volunteer asked me, "Shane, do you think your past is responsible for your present?"

I thought about it for a minute and I said, "Yes."  In my mind I was a victim of the adoption issue and I was a victim of the circumstances of my stepdad's situation.  I thought that if those things hadn't happened, my life

1    would have been normal.

2              He then told me, "No, your present is a result of

3    your choices."

4              And I know that's not some deep philosophical

5    statement, but it hit me like a ton of bricks.  My life was

6    like the prisoner with the big ball and chain attached to

7    his ankle.  That metal ball was my past and I could never

8    get away from it.  I couldn't change what had happened in my

9    past.  As long as I blamed all my failures and everything

10   else on that, I was destined to remain broken.  It impacted

11   every daily decision and future decision of my life, excuse

12   me, every future decision I would make because I was at its

13   mercy.

14             After this group ended, it took me three days to

15   digest what the volunteers said and hold myself accountable

16   for all the destruction I had caused.  In that moment of

17   healing, I went from victim to victor.  I refused to allow

18   my past to dictate who I was.  I intended to walk in who God

19   said I was from this point forward.  I was no longer bound

20   by my past, not by the State, not by Facebook, or anything

21   else.  I didn't need a backpack to carry these things around

22   with me any longer, the weight was gone.

23             The ministry I mentioned earlier, CHARM, has eight

24   transitional discipleship homes in west Houston.  I felt God

25   was calling me out of my comfort zone.  So I left

1    Dallas/Fort Worth and went to CHARM in Houston.

2         I got out of prison in July of 2018.  I became a

3    member of Houston's First Baptist Church.  God had taken my

4    old life from me and given me a wonderful new one.

5         I got to lead a Thursday night basketball youth

6    event every week.  It was always 15 to 30 kids from the

7    inner city, west Houston, mostly fatherless children.  We

8    played basketball for two hours and then would have a

9    15-minute grown man session, where we talked about scripture

10   or a specific topic, and we would all sit down and eat

11   dinner together.  It was something that paid zero, but I was

12   the richest man on Earth on Thursday nights.

13        I'm still thankful for that time at the ministry.

14   I began to work on my relationships with my children.  They

15   began to heal and grow.  It wasn't easy, but I'm so happy

16   that we all worked at it together and I'm thankful for any

17   time we get to talk or visit together.  My children have

18   blessed me more than I can ever earn or think to ask for.

19   I am so proud of them.

20        I would like to say January 6th was a mere few

21   hours, but a page in the book of my life.  If I had any

22   inkling things were going to go the way they did, I never

23   would have been there.  It's not worth all the pain and

24   suffering I've caused to my friends, family, and to this

25   community.

1          I attended all these speeches at the Ellipse.

2     After I attended those speeches, I accompanied to my friends

3     to their hotel where they went to freshen up in their room.

4     I caught coffee and protein shakes from Starbucks for

5     everyone.  After we enjoyed our snacks, we made our way to

6     the Capitol Grounds where a second round of speeches was set

7     to take place.  Speeches were not underway when I arrived,

8     something else had happened.

9          During the events of January 6th, I would like it

10    to be noted that I did escort a police officer to safety.

11    Things definitely got out of hand.  I do regret not doing

12    more to de-escalate the situation.  I did get caught up in

13    the heat of the moment, but I never had a malicious plan or

14    intent.  There was never any premeditated anything to

15    January 6th for me.

16         I was not a good ambassador for Christ or a good

17    leader that day.  I believe God, people -- places people in

18    positions of authority so I accept whatever it is you decide

19    today, as it is your duty, and I respect that.

20         I would ask that the Court consider my children

21    and the fact that they need their father.  Also that this is

22    a unique and politically charged incident.  It is not

23    something that I would engage or be a part of ever again.

24         My stepdad was a Vietnam veteran.  My adopted dad

25    was a World War II veteran.  My brothers' father, AKA

1   grandpa, was a Korean War vet.  So to be labeled by the FBI
2   a Tier 1 anti-government extremest or to consider using the
3   terrorist enhancement against me absolutely hurts my heart.
4   I love this country.  I was raised by veterans, and I'm not
5   some crazed maniac set out to destroy this nation.
6           Upon my release, I will move back to Houston and
7   continue to serve at CHARM Prison Ministry.  I hope someday
8   to build a recreation center in west Houston to serve the
9   same community as I did before.
10          I would ask the Court to consider my service at
11  the D.C. DOC as a detail member or a trustee, as it is
12  called where I'm from.  I have been a detail member for
13  two-plus years.  I have had zero disciplinaries.  I serve
14  the men in the J6 pod and I am a leader there.  I have built
15  a rapport with the jail staff and serve as a go-between to
16  keep the tensions down and see that our needs are met.
17          I would also ask the Court to consider potentially
18  helping me be evaluated for PTSD from my life experiences.
19  I don't know that it played a role on January 6th, but I do
20  want to be the best man I can for me and my children, and
21  I believe good mental health goes a long way in that aspect.
22          I will close with a quote from Alan Redpath.
23  "There's nothing -- no circumstance, no trouble, no
24  testing -- that can ever touch me until, first of all, it
25  has gone past God and past Christ right through to me.  If

1    it has come that far, it has come with great purpose, which

2    I may not understand at the moment.  But as I refuse to

3    become panicky, as I lift my eyes up to Him and accept it as

4    coming from the throne of God for some great purpose of

5    blessing to my own heart, no sorrow will ever disturb me, no

6    circumstance will cause me to fret, for I shall rest in the

7    joy of what my Lord is.  That is the rest of victory."

8              I appreciate the Court's time.  I appreciate my

9    friends and family for being here, and, again, I appreciate

10   the service that this Court provides to the community.  I

11   even saw some jurors in the audience earlier, and I thank

12   them for their service to the community as well.

13             Thank you, Your Honor, and God bless you all.

14             THE COURT:  All right.  Thank you, Mr. Jenkins.

15             All right, everyone.  I'm going to take couple

16   minutes.  I just want to collect my thoughts and I will be

17   back.

18             Thank you, everyone.

19             COURTROOM DEPUTY:  All rise.  This Court stands in

20   recess.

21             (Recess from 5:33 p.m. to 5:44 p.m.)

22             COURTROOM DEPUTY:  All rise.  This Court is again

23   in session.

24             THE COURT:  Please be seated.  Thank you,

25   everyone.

1          All right, everyone.  Thank you for your patience.

2          So let me just reiterate what I believe to be the

3     final Guidelines.  To the extent the government is

4     requesting an upward departure, because the criminal history

5     understates the seriousness of the criminal history, I

6     disagree and I'll explain why when I go through Mr. Jenkins'

7     criminal history momentarily.

8          So the Guidelines will be 151 to 188 months, along

9     with a $30,000 to a $300,000 fine.  I've already ruled on

10    the fine issue.

11         In addition, I must consider all the factors set

12    forth in 18 U.S.C. 3553(a) and impose a sentence that's

13    sufficient but not greater than necessary to achieve the

14    objectives of sentencing set forth in the statute.

15         The factors I must consider are the nature and

16    circumstances of the offense and the history and

17    characteristics of the defendant; the need for the sentence

18    imposed to reflect the seriousness of the offense; to

19    promote respect for the law, and to provide just punishment

20    for the offense; to afford adequate deterrence; to protect

21    the public; to provide the defendant with any needed

22    educational, vocational training or medical care; the kinds

23    of sentences that are available, and the need to avoid

24    unwanted disparities.

25         Let me just start with the factors about

1    reflecting the seriousness of the offense, promoting respect

2    for the law and providing just punishment.  All of those

3    factors weigh here in favor of an incarceral sentence, and

4    I think, as the defense has acknowledged, all of those

5    factors do weigh in favor of a sentence that recognizes the

6    seriousness of the conduct and, frankly, the context of the

7    conduct.

8              In terms of deterrence, specific and general, you

9    know, there is something to be said about general deterrent

10   effect from a high sentence, although it is fair to say

11   that, as the defense has pointed out, that the general

12   deterrent effect has sort of marginally incremental value as

13   the sentence increases.

14             In terms of specific deterrence and deterring

15   Mr. Jenkins, I'll talk about that momentarily, but I do

16   think the sentence should reflect the need to specifically

17   deter Mr. Jenkins specifically to avoid future acts of

18   violence.

19             Let me turn to the history and characteristics of

20   Mr. Jenkins, which he has -- Mr. Jenkins himself has

21   described in a way that I certainly will do no justice to

22   and will try and briefly encapsulate.

23             So he's now 46 years old.  I've heard about the

24   challenges that Mr. Jenkins faced during his childhood,

25   between learning of his adoption, the difficulty that

brought about in terms of his own emotional and

psychological state at a young age; the fact that he then

turned to alcohol abuse and drug abuse; the challenge he

faced as a juvenile as a result of that; the difficulties

that arose obviously after the shooting incident with his

stepfather and the saving of his mother's life and his own;

the combination of all of those factors, as Mr. Jenkins so

eloquently described, set him on a path of self-destruction,

which he achieved at many stages.

        The resulting -- the result of that, as his

criminal record reflects, multiple offenses, particularly

over the course of his 20s into his 30s, an early aggravated

assault at the age of 21; felony drug possession; multiple

counts of felony drug possession at the age of 22;

possession at 22; assaultive behavior and conduct at 22;

again, 24, 24.  So, you know, the number of these offenses

all occurred before the age of 24.

        Then in 2006 we get to the misdemeanor evading and

felon in possession, felony possession charge, that also

included the high quantities, as Mr. Jenkins acknowledged,

that resulted in a rather lengthy sentence.  DWI at 34, and

then another misdemeanor of aiding and felony possession at

36.

        I don't think the criminal history understates

Mr. Jenkins' past.  You know, the criminal history is not

1    just a function of number, it's a function of type and when

2    things occurred.  And as I've just recited, Mr. Jenkins'

3    criminal history is largely when he was 25 and younger.  It

4    was a long time ago.  A lot happens between the time a young

5    man is 18 and 25, particularly given some of the challenges

6    that he's faced.  And so I don't think the Criminal History

7    score is unfair in that regard.

8           In some sense, although I think not inaccurate, in

9    some sense it may even overstate the dangerousness he

10   presents in the sense that his violent acts are really much,

11   very much prior to the age of 25.  His more recent offenses

12   are involving narcotics and narcotics trafficking.  And

13   while I don't minimize that kind of behavior and that kind

14   of offense, I think it puts into perspective overall where

15   Mr. Jenkins falls, at least in terms of my thinking of

16   what -- how his criminal history plays a role in the Court's

17   ultimate sentence.

18          And to make the point that no one is as bad as

19   their worst days and the worst acts that they've done in

20   their life, you know, Mr. Jenkins seems to have been on a

21   path of redemption and recovery and making contributions,

22   meaningful contributions to his community.  He has been a

23   positive influence in the lives of his children, as the

24   letters have so eloquently stated and passionately stated.

25   He has been a real pillar in his community and the

1    contributions he's made to young -- to youth and work with

2    the Prison Ministry does show, I think, that there is

3    redemption and it can be found, notwithstanding what you've

4    done in your past.  All of which makes it very difficult to

5    understand why you did what you did on January the 6th.

6            You know, it's one thing, as your lawyer has

7    suggested, to be influenced by propaganda and lies.  It's

8    another thing to be so overcome by them to come to the

9    District of Columbia, on an important day in our Democratic

10   tradition, armed and ready for violence.

11           Now, I'm not suggesting you came here with the

12   intent to act conveniently, but the bringing of those

13   tomahawks clearly demonstrates that you were ready for it if

14   it came about, and so were your words.

15           You know, as early as December 28th, you're

16   acknowledging that there would be potential fights and riots

17   on January 6th.  January 2nd and 3rd, more statements

18   alluding to violence and bringing of weapons.

19           January 5th, "I'm bringing tomahawks and knives,

20   going full *Braveheart*."

21           And then you came to the District of Columbia with

22   those tomahawks in hand.  And regrettably you used them.

23           You arrived at the Lower West Tunnel area just to

24   the left of it facing it, as the government rightly points

25   out.  It's not as if you acted immediately once you got

1    there.  You actually stood there.  You watched.  You soaked

2    in everything that was happening around you for at least 45

3    minutes.  You could see police officers being assaulted in

4    front of you.  And the crowd becoming growingly even more

5    and more chaotic and threatening.  And instead of falling

6    back on what you'd learned, your Christian values, your

7    faith in God, for some reason, it left you that day.

8    I don't know why.  I don't know why.

9            The conduct as described in the videos or as

10   depicted in the videos is clear as can be.  Perhaps it was

11   because of the egging on of the crowd that you pulled that

12   tomahawk out of your backpack and caused to make the first

13   cracks in that window, both literally and figuratively and

14   symbolically.

15           You know, we're all familiar with the imagery of

16   people on the other side, or actually I shouldn't say on the

17   other side, toward the Senate doorways where somebody took a

18   riot shield and was the first one to break that window, and

19   people began pouring in.  Somebody breaks -- takes that

20   first crack and creates the first crack that then causes the

21   dam to break, and I dare say in this one part of the Capitol

22   and on January 6th, that was you, Mr. Jenkins.

23           And I am not putting on you the conduct of others,

24   but it is fair to say that without that first crack in the

25   window, there wouldn't have been a second and a third until

1    that window actually did break.  Somebody, not you, in fact,

2    another defendant that I'm familiar with, assisted in

3    breaking that out, people went in, did what they did, and

4    weapons came out, and police officers were hurt as a result.

5         The video imagery captures what happened that day

6    in terms of your conduct, further conduct, picking up a desk

7    drawer.  And this was not a Ikea desk drawer, this was a

8    wooden desk drawer that, if it had hit a police officer who

9    was not wearing a helmet, could have done real damage,

10   throwing a flagpole in like a javelin.  And what is

11   particularly remarkable about the video is that it's not the

12   number, although that in and of itself is pretty

13   significant.  It's that it shows you go back for more.

14        You've got what you got, you throw some things in,

15   that's not enough, you go back down the stairs, you find

16   something else, you go up, you throw it, and that happens at

17   least twice.  There's a purposefulness and an aggression, an

18   anger, and I don't know where it comes from, I wish I could

19   understand it.

20        You were pepper-sprayed in that line.  You know,

21   that did not deter you.  Thirty minutes later is when you

22   are throwing these objects at the police.

23        You ultimately leave shortly after that, and it is

24   fair to say celebrate what you did that day, sort of bask in

25   it, saying to someone about the Congressmen and the Vice

1    President, "I'm pretty sure they got the message, it wasn't

2    frivolous, it wasn't for fun, it wasn't vandalism.  It was a

3    message.  You have to break eggs to make an omelet."

4              January 8th, this is two days later.  "No

5    self-reflection.  It was the most amazing thing ever, man.

6    Damn what the media says."

7              It's very hard to reconcile that, Mr. Jenkins,

8    with the person that people in the audience here, people in

9    the letters have said you are.  I believe that's who you

10   are, but I have a hard time reconciling that with someone

11   who, as early as December, three days after Christmas, was

12   prepared to -- for violence, and then two days after

13   January 6th was still reveling in it.

14             And if that weren't enough, I don't know what to

15   make, Mr. Jenkins, of the characterization, characterizing

16   yourself as a political prison.  Maybe you believe it,

17   I don't know.  It's hard for me to say what's in a man's

18   heart.  What I know is what you've said and what you've

19   done, what you posted and associated yourself with.

20             I've said this at a number of sentencings.  I'll

21   say it again.  You aren't a political prisoner.  Anybody

22   that sat here today this afternoon for two hours and watched

23   the video knows that you aren't incarcerated, you weren't

24   charged, you weren't convicted because of anything you said

25   or anything you believed.  It had nothing to do with that.

1          It had everything to do with you taking out a

2     metal object with a sharp edge and trying to break a window

3     to get into a Capitol Building and then finding what you

4     could to assault police officers.  That's why you're here

5     today and for no other reason.

6          And what bothers me about this notion of being

7     political prisoner is it continues to fuel the lie that

8     somehow an election was stolen, that somehow people who are

9     being charged because of their actions and not their beliefs

10    are the victims.  That is false.

11         The victims, and unfortunately I didn't even hear

12    you talk about them, are those police officers who were in

13    that tunnel, who for hours, hours fought off a mob of people

14    who were throwing at them everything they could possibly

15    find, throwing their bodies at them, putting -- spraying

16    them with pepper spray, bear spray.  I mean, you want to

17    know who went Braveheart?  You and the people around you.

18    And those police officers were able to fend you off.  They

19    were the victims.  Not you, not anybody that's currently

20    incarcerated at the D.C. jail.

21         You want to stand for something?  Stand for being

22    accountable, stand for taking responsibility for your

23    actions instead of deflecting blame on others.  Recognize

24    that what you've done is not just wrong but contributed to

25    what is a toxic environment and only made it worse.

1          The country should mean more to you than that.

2    Democratic norms, values, institutions should mean more to

3    you than not.

4          There's this notion that somehow folks are coming

5    here to D.C., they're being put in front of D.C. juries,

6    they're being convicted without process.  Nothing could be

7    further from the truth.  You got all the process you were

8    due.  Twelve people looked at the same evidence that people

9    who are here today just saw.  And it's hard for me to

10   believe anybody could come to any other conclusion.  It's

11   all on video.

12         I agree with the government that the conduct here

13   certainly falls on the more serious side of the spectrum.  I

14   agree with the government that some of the conduct and

15   actions after that day and what you've posted and how you

16   tried to capitalize on it is really shameful.  I mean,

17   shameful.  You know, there's no other way to describe it.

18         But my job is ultimately not to impose a sentence

19   that is retributive.  That is not my job.  My job is to

20   impose a sentence that is just and that is consistent with

21   the factors that I'm required to by law, and the most

22   important of these that I have been guided by in all of

23   these sentences is trying to right-size people's conduct

24   against the conduct of others.

25         And while Mr. Jenkins' conduct was bad and it

1   falls on the bad end of the spectrum, it's not the worst.

2   And some of the comparators that I have considered and

3   thought about in terms of where Mr. Jenkins falls, there are

4   those who directly, physically harmed police officers, laid

5   hands on them, used weapons against them.

6           We had the individuals who tasered Officer Fanone.

7   We had Mr. Webster, who I sentenced, who tackled a police

8   officer and tried to rip his gas mask off after trying to

9   hit with a flagpole.

10          We have people who were at the front of the line

11  in that west tunnel who caused police officers to get stuck

12  in doors and causing them direct injury as we heard them cry

13  out in pain.  That's not you.

14          Those people, like Mr. Head, Mr. McCaughey, were

15  recipients of sentences of about 90 months.

16          Mr. Webster got 120.

17          The government has cited Mr. Schwartz, who I

18  sentenced to 170 months.  You're not Mr. Schwartz.

19  Mr. Schwartz assaulted four different police officers using

20  a chair, pepper-sprayed people multiple times, and talk

21  about a criminal history.  And that sentence of 170 months

22  was a substantial variance from the Guidelines.

23          So I want to be clear that that's what I -- so

24  there are those folks who've received those types of

25  sentences and then there are the conspirators.  You're not

1    in that category.  They have received, and deservedly so,

2    sentences that are substantial for conspiring against the

3    United States.  You didn't do that.  You're not in that

4    category.

5            But the conduct is serious and it is comparable to

6    others who have received serious sentences.

7            Not only because of the assaultive behavior, but

8    also in your case, uniquely, because of the destruction of

9    property.

10           And I'm only aware of one other person who sort of

11   comes close to that, and that was Mr. Gardner, who was on

12   the video, who was the one actually handing out the wooden

13   leg of the desk that he helped destroy.  He also

14   pepper-sprayed an officer.  He received 55 months, but

15   importantly, he took a plea, had no prior criminal history.

16           You're differently situated than Mr. Gardener,

17   both in terms of criminal history, some of the

18   post-conviction statements, lack of remorse.

19           And so thinking about the right place to put you

20   on that spectrum of conduct, the sentence of the Court will

21   be as follows:

22           You will be committed to the custody of the

23   Bureau of Prisons for a term of 84 months as to Counts 2, 3,

24   5, 6, 7, and 8; a term of 60 months as to Count 1, six

25   months as to Counts 9 and 10, all of those counts are to run

1    concurrently.

2            You are further sentenced to serve 36 months, that

3    is, three years, of supervised release as to each count.

4    Those will run concurrently as well.

5            You're also ordered to pay a Special Assessment of

6    $720 to the Court.

7            While you are on supervision, you shall abide by

8    the following mandatory conditions as well as all the

9    discretionary conditions recommended by the Probation Office

10   in Part D of the sentencing options of the Presentence

11   Investigation Report, which have been established to --

12   which are being imposed to establish the basic expectations

13   for your conduct while on supervision.

14           Those mandatory conditions, include not committing

15   another federal, state, or local crime, not unlawfully

16   possessing a controlled substance.  You must refrain from

17   unlawful use of a controlled substance, and must submit to

18   one drug test within 15 days of placement on supervision and

19   at least two periodic drug tests thereafter as determined by

20   the Court.  You must cooperate in the collection of DNA, and

21   you must make restitution.  The restitution is in the amount

22   of $5,176 to the Architect of the Capitol.

23           The restitution amount shall be paid to the U.S.

24   District Court for the District of Columbia for payment to

25   the Architect of the Capitol.

1        You must provide the probation officer with any

2   access to -- with access to any financial information that's

3   requested and authorize the release of the financial

4   information.  The Probation Office may share that financial

5   information with the U.S. Attorney's Office.

6        In addition, there will be two additional special

7   conditions.  They will be drug testing and treatment and --

8   for both alcohol and any other substances as is recommended

9   by Probation, and I will recommend -- or I will impose a

10  special condition of mental health treatment and counseling

11  as requested -- excuse me, as recommended by the Probation

12  Office.

13        The Court finds that you don't have the ability to

14  pay a fine and, therefore, will not impose a fine.

15        The financial obligations to the Court are

16  immediately payable to the Clerk of the Court of the U.S.

17  District Court at 333 Constitution Avenue.  If the amount

18  remains unpaid, within 30 days of any change of address, you

19  shall notify the Clerk of the Court until the change of

20  address until such time as that financial obligation is paid

21  in full.

22        The Probation Office shall release the Presentence

23  Investigation Report to all appropriate agencies, which

24  includes the U.S. Probation Office in the approved district

25  of residence in order to execute the sentence of the Court.

1    Any treatment agency shall return the presentence report to

2    the Probation Office upon the defendant's completion or

3    treatment -- termination from treatment.

4          The Court will authorize the transfer of

5    supervision to the jurisdiction of residence, but I will

6    maintain jurisdiction over the case, which means,

7    Mr. Jenkins, you will be supervised in the district where

8    you will reside, but if any issues arise, it will come back

9    to me.

10          You have the right to appeal your convictions, as

11   well as your sentence.  If you wish to file an appeal, any

12   notice of appeal must be filed within 14 days after the

13   entry of judgment or within 14 days of the filing of a

14   notice of appeal by the government.

15          If you are unable to afford the cost of an appeal,

16   you may request permission from the Court of Appeals to file

17   an appeal without cost to you.  You also may request

18   court-appointed counsel if you cannot afford one for

19   purposes of your appeal.

20          You also have the right under 28 U.S.C. 2255 to

21   challenge the conviction and the sentences that have been

22   entered to the extent that are permitted by that statute,

23   including its time limitations.  You also have reserved the

24   right to raise on appeal, and in any 2255 motion, any motion

25   for based upon ineffective assistance of counsel either in

1   connection with your representation at trial or in

2   connection with your sentencing.

3          All right.  So that'll be the sentence of the

4   Court.

5          Is there anything anybody would like to place on

6   the record at this point in terms of additional objections

7   or requests?

8          MR. BOYLE:  Your Honor, would the Court consider

9   recommending that the defendant be incarcerated either in El

10  Levo -- El Reno in Oklahoma City or Sizerville in Dallas --

11  Seagoville, I'm sorry, I don't know these facilities -- in

12  Texas.  Those are in close proximity to his family.

13  We believe they would assist in his rehabilitation.

14         THE COURT:  I'm happy to do that.  If you would

15  just make sure Mr. Douyon has the proper spelling of those

16  facilities so that they're reflected in the judgment.

17         MR. BOYLE:  I will.

18         PROBATION OFFICER:  Your Honor, we just want to

19  clarify for the record that the 36-month supervised-release

20  term is on counts -- all the counts with the exception of 9

21  and 10.

22         THE COURT:  Right.

23         PROBATION OFFICER:  Thank you, Your Honor.

24         THE COURT:  Correct.

25         All right.  Anything else, Counsel?

1          MR. PERRI:  No, Your Honor.

2          MR. BOYLE:  No, Your Honor.

3          THE COURT:  All right.  Thank you, all, very much.

4     Mr. Jenkins, good luck to you, sir.

5          COURTROOM DEPUTY:  All rise.  This Court stands in

6    recess.

7          (Proceedings concluded at 6:12 p.m.)

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

C E R T I F I C A T E

       I, William P. Zaremba, RMR, CRR, certify that the foregoing is a correct transcript from the record of proceedings in the above-titled matter.

Date:__October 13, 2023_____   

        William P. Zaremba, RMR, CRR

**ALSO PRESENT: [1]** 7/13

**COURTROOM DEPUTY: [6]** 3/2 3/7 60/23 74/19 74/22 91/5

**MR. BOYLE: [42]** 3/22 5/3 5/8 7/5 7/11 8/7 10/14 14/20 18/12 20/7 20/17 20/24 21/1 21/7 21/10 21/23 24/5 24/8 24/22 29/3 29/10 29/13 29/18 31/10 32/2 32/8 33/7 33/11 33/18 33/22 34/3 37/9 37/22 37/25 38/7 52/23 57/10 57/18 58/5 90/8 90/17 91/2

**MR. PERRI: [35]** 5/16 8/9 10/18 14/18 16/23 18/8 20/8 22/11 23/4 23/7 23/11 23/16 23/19 23/25 25/3 25/7 30/3 33/2 34/12 35/6 35/10 35/24 36/3 36/6 37/7 42/4 44/4 44/7 45/10 46/9 46/12 47/14 48/2 49/5 91/1

**MR. VANWINKLE: [5]** 5/24 6/1 6/4 6/8 6/10

**MS. GROSSHANS: [1]** 3/21

**PROBATION OFFICER: [4]** 19/16 32/23 90/18 90/23

**THE COURT: [82]** 3/5 3/16 3/23 5/4 5/11 5/20 5/25 6/2 6/5 6/9 7/1 7/10 7/19 8/11 10/16 10/19 14/19 15/3 16/24 18/9 18/15 19/18 20/9 20/22 20/25 21/3 21/19 22/1 23/2 23/5 23/8 23/13 23/23 24/2 24/7 24/14 24/25 25/5 25/19 28/1 29/6 29/12 29/15 29/19 30/19 31/17 32/4 32/19 32/25 33/6 33/10 33/17 33/20 33/25 34/7 34/13 35/7 35/19 36/2 36/4 36/8 37/12 37/23 38/6 38/8 46/7 46/10 47/22 52/21 57/6 57/11 58/3 60/6 60/11 60/16 61/1 74/14 74/24 90/14 90/22 90/24 91/3

**THE DEFENDANT: [3]** 60/9 60/14 61/4

**$**

**$100,000 [1]** 20/11
**$118,000 [1]** 23/1
**$118,888 [1]** 28/24
**$2,000 [1]** 29/8
**$3,176 [1]** 29/7
**$30,000 [2]** 41/19 75/9
**$300,000 [2]** 41/19 75/9
**$5,176 [3]** 29/7 29/20

**$52,713 [1]** 25/16
**$66,000 [2]** 21/11 24/10
**$66,360 [1]** 23/20
**$720 [1]** 87/6

**-**

**-11 [1]** 21/4

**0**

**0100 [1]** 1/17

**1**

**10 [5]** 38/20 41/4 41/9 86/25 90/21
**100 [1]** 21/3
**1050 [1]** 2/3
**10th [2]** 30/4 30/25
**11 [2]** 21/4 30/4
**110 [1]** 21/5
**111 [5]** 10/23 11/2 39/1 39/11 40/11
**1125 [1]** 1/15
**118 [1]** 21/4
**12 [5]** 14/21 15/9 30/4 31/7 31/8
**120 [1]** 85/16
**1279 [1]** 27/14
**13 [2]** 62/6 92/7
**14 [6]** 39/5 40/6 40/17 40/17 89/12 89/13
**15 [5]** 36/16 60/21 65/1 71/6 87/18
**15 minutes [1]** 60/15
**15-minute [1]** 71/9
**1503 [2]** 9/7 9/23
**1505 [2]** 9/7 9/23
**151 [4]** 35/23 41/18 41/19 75/8
**1512 [8]** 9/10 9/24 10/22 11/24 12/9 12/16 16/1 38/25
**1513 [2]** 9/8 9/23
**16 [1]** 63/17
**170 [2]** 85/18 85/21
**1752 [1]** 10/24
**18 [3]** 26/3 69/18 78/5
**18 U.S.C [3]** 38/18 55/17 75/12
**18-month [1]** 66/24
**188 [4]** 35/23 41/18 41/19 75/8
**19 [1]** 63/17
**1900 [1]** 2/5
**19th [1]** 67/16

**2**

**2,000 [1]** 29/16
**20 [2]** 27/14 65/4
**20001 [2]** 1/20 2/12
**20036 [1]** 2/4
**2006 [3]** 36/16 37/14 77/18
**2012 [1]** 66/6
**2013 [2]** 19/5 37/19
**2014 [1]** 19/7
**2016 [5]** 66/12 66/18 66/21 67/1 67/17

**202 [3]** 1/20 2/5 2/13
**2023 [4]** 1/5 30/4 30/25 92/7
**2024 [1]** 60/2
**20s [1]** 77/12
**21 [1]** 77/13
**21-245 [2]** 1/4 3/8
**21-CR-387 [1]** 16/25
**22 [3]** 77/14 77/15 77/15
**2255 [2]** 89/20 89/24
**22nd [1]** 19/5
**23 [1]** 66/3
**231 [1]** 38/19
**234-0100 [1]** 1/17
**236 [1]** 35/24
**24 [3]** 77/16 77/16 77/17
**245 [2]** 1/4 3/8
**24th [2]** 25/16 34/9
**25 [3]** 78/3 78/5 78/11
**252-6737 [1]** 1/20
**26 [1]** 40/12
**26003 [1]** 1/16
**27th [1]** 34/9
**28 [2]** 51/13 89/20
**28th [1]** 79/15
**29 [1]** 51/14
**2A.2 [1]** 39/3
**2A2.2 [2]** 38/22 41/7
**2A2.4 [1]** 38/19
**2J1.2 [2]** 8/3 10/8
**2nd [1]** 79/17

**3**

**30 [3]** 67/16 71/6 88/18
**3000 [1]** 1/16
**304 [1]** 1/17
**30s [1]** 77/12
**31 [4]** 35/22 40/3 41/16 41/17
**32 [6]** 15/10 15/11 15/12 16/4 16/9 22/6
**32-level [2]** 16/20 17/1
**3249 [1]** 2/13
**33 [1]** 22/6
**333 [2]** 2/12 88/17
**34 [3]** 22/6 24/21 77/21
**35,000 [1]** 21/14
**354-3249 [1]** 2/13
**3552 [1]** 26/4
**3553 [3]** 35/17 55/17 75/12
**36 [2]** 77/23 87/2
**36-month [1]** 90/19
**387 [1]** 16/25
**3:15 [1]** 1/6
**3A1.2 [7]** 11/3 11/3 11/10 11/14 12/17 14/13 40/1
**3A1.4 [2]** 14/16 15/5
**3rd [1]** 79/17

**4**

**430-1900 [1]** 2/5
**45 [1]** 80/2
**46 [1]** 76/23

**4A1.2 [3]** 19/17 19/19 19/21
**4A1.3 [2]** 36/1 36/3

**5**

**500 [1]** 2/4
**55 [1]** 86/14
**5:00 [2]** 60/21 60/25
**5:16 [1]** 60/25
**5:33 [1]** 74/21
**5:44 [1]** 74/21
**5E1.2 [1]** 26/16
**5th [1]** 79/19

**6**

**6-foot [2]** 67/17 67/17
**60 [1]** 86/24
**601 [1]** 1/19
**62 [2]** 36/14 38/1
**63 [1]** 38/1
**64 [1]** 36/17
**65 [4]** 18/21 19/11 20/1 20/19
**66 [3]** 18/24 19/11 36/19
**66,300 [1]** 24/5
**6737 [1]** 1/20
**6:12 [1]** 91/7
**6th [26]** 30/16 30/17 42/6 42/20 46/19 49/20 50/3 52/18 52/25 53/25 54/18 55/1 55/2 55/13 55/15 56/15 59/23 61/19 71/20 72/9 72/15 73/19 79/5 79/17 80/22 82/13

**7**

**7th [1]** 19/7

**8**

**83 [1]** 4/13
**84 [2]** 4/13 86/23
**85 [1]** 4/14
**86 [1]** 4/18
**8th [1]** 82/4

**9**

**90 [1]** 85/15
**911 [1]** 64/16

**A**

**abide [1]** 87/7
**ability [7]** 26/15 26/20 27/18 27/24 28/16 57/1 88/13
**able [4]** 26/17 27/9 28/20 83/18
**about [60]** 8/6 10/12 14/17 18/7 18/10 18/17 19/2 19/25 20/10 22/4 27/10 29/1 29/25 30/2 30/8 31/20 32/5 32/20 33/2 34/11 36/6 36/10 36/20 36/25 41/21 42/13 43/10 44/11 44/16 47/7 48/14 51/13 53/18 53/24 56/19

**4A1.2 [3]** 19/17 19/19 19/21 62/8 66/18 67/16 68/12 68/15 69/22 71/9 75/25 76/9 76/15 76/23 77/1 79/14 81/11 81/25 83/6 83/12 85/3 85/15 85/21 86/19
**above [1]** 92/4
**above-titled [1]** 92/4
**absolutely [4]** 46/3 46/15 48/11 73/3
**abuse [3]** 55/23 77/3 77/3
**abusive [1]** 63/21
**accept [5]** 57/8 58/16 69/8 72/18 74/3
**acceptable [1]** 49/12
**accepted [2]** 66/19 66/25
**access [9]** 13/10 25/9 44/18 44/22 44/24 45/25 46/1 88/2 88/2
**accompanied [1]** 72/2
**according [1]** 30/9
**accordingly [2]** 42/7 52/19
**account [4]** 21/11 31/15 34/9 41/25
**accountability [1]** 69/19
**accountable [3]** 11/19 70/15 83/22
**accurate [1]** 31/24
**accuser [1]** 65/13
**achieve [1]** 75/13
**achieved [1]** 77/9
**acknowledge [5]** 53/8 54/7 54/15 54/15 56/14
**acknowledged [2]** 76/4 77/20
**acknowledging [1]** 79/16
**across [1]** 30/5
**act [2]** 12/4 79/12
**acted [1]** 79/25
**acting [1]** 16/14
**action [8]** 31/13 32/18 33/8 34/21 38/25 39/18 45/19 50/2
**actions [5]** 49/15 50/8 83/9 83/23 84/15
**active [1]** 21/20
**acts [5]** 45/23 57/15 76/17 78/10 78/19
**actual [3]** 17/22 34/21 46/20
**actually [8]** 16/7 22/19 58/13 59/13 80/1 80/16 81/1 86/12
**add [2]** 17/2 34/10
**added [2]** 38/21 40/10
**addict [1]** 63/20
**addition [3]** 51/17 75/11 88/6
**additional [8]** 5/17 18/22 29/8 29/16 38/7 45/13 88/6 90/6
**address [5]** 35/17 61/6

**address...** [3] 61/22 88/18 88/20
**addressed** [2] 8/9 14/20
**adequate** [2] 35/15 75/20
**adequately** [1] 59/5
**adjudicated** [1] 32/6
**adjustment** [1] 40/19
**administration** [5] 8/2 9/2 9/18 10/7 39/7
**administrative** [4] 32/6 32/14 33/3 33/8
**adopt** [1] 10/4
**adopted** [3] 62/14 63/16 72/24
**adoption** [1] 69/23 76/25
**adorable** [1] 63/6
**adult** [1] 55/24
**advance** [1] 60/10
**advantage** [1] 20/14
**advisory** [1] 35/15
**affect** [1] 18/18
**afford** [3] 75/20 89/15 89/18
**after** [25] 30/15 33/14 44/19 45/2 50/3 50/24 51/9 53/21 54/7 57/9 67/25 69/5 70/14 72/2 72/5 77/5 81/23 82/11 82/12 84/15 85/8 89/12
**afternoon** [7] 3/5 3/7 3/16 3/18 3/20 61/5 82/22
**afterwards** [1] 42/20
**again** [19] 3/16 6/24 14/2 27/16 28/12 47/16 47/20 48/7 49/16 49/21 54/8 56/6 64/3 69/1 72/23 74/9 74/22 77/16 82/21
**against** [13] 8/22 31/12 31/13 32/15 32/21 34/21 42/16 67/11 68/6 73/3 84/24 85/5 86/2
**age** [8] 63/9 63/17 67/5 77/2 77/13 77/14 77/17 78/11
**agencies** [1] 88/23
**agency** [1] 89/1
**agent** [1] 17/15
**agg** [2] 39/2 41/6
**aggravated** [2] 38/23 77/12
**aggression** [1] 81/17
**ago** [1] 78/4
**agree** [3] 12/21 84/12 84/14
**agrees** [1] 19/25
**aid** [2] 4/14 4/18
**Aidee** [2] 2/8 3/13
**aiding** [1] 77/22
**AKA** [1] 72/25
**akin** [1] 38/14

**albeit** [1] 37/18
**alcohol** [6] 63/15 65/16 65/25 66/8 77/3 88/8
**alcoholic** [1] 63/20
**all** [89] 3/2 3/16 3/19 5/5 5/20 5/21 6/11 7/1 7/19 7/19 7/20 7/25 8/11 9/14 9/19 9/21 14/15 17/22 18/1 18/5 18/15 20/9 22/1 22/4 22/9 22/15 22/19 25/5 27/13 28/1 29/19 35/2 36/9 38/8 38/16 41/11 42/2 42/9 42/14 42/21 43/1 47/19 49/9 51/21 52/4 53/12 54/18 57/8 58/1 60/6 60/23 61/17 62/23 67/14 67/20 68/4 68/5 70/9 70/16 71/10 71/16 71/23 72/1 73/24 74/13 74/14 74/15 74/19 74/22 75/1 75/11 76/2 76/4 77/7 77/17 79/4 80/15 84/7 84/11 84/22 86/25 87/8 88/23 90/3 90/20 90/25 91/3 91/3 91/5
**All right** [5] 8/11 18/5 25/5 74/15 75/1
**alleged** [2] 34/6 34/22
**allegedly** [1] 29/23
**allocution** [2] 36/7 60/10
**allocutions** [1] 4/8
**allow** [2] 43/2 70/17
**allowed** [3] 44/17 44/18 66/1
**alluding** [1] 79/18
**almost** [3] 15/22 64/20 64/25
**alone** [3] 39/17 64/9 69/1
**along** [3] 4/14 52/11 75/8
**already** [7] 6/17 9/3 9/11 9/12 30/14 40/18 75/9
**also** [18] 10/23 12/17 22/16 36/22 46/18 49/7 54/17 56/14 63/16 72/21 73/17 77/19 86/8 86/13 87/5 89/17 89/20 89/23
**altercation** [2] 32/17 33/15
**altering** [1] 53/19
**alternative** [1] 53/13
**although** [8] 13/13 17/20 52/1 54/7 55/8 76/10 78/8 81/12
**always** [2] 66/16 71/6
**am** [5] 15/20 61/15 71/19 73/14 80/23
**amazing** [3] 48/7 51/5 82/5
**ambassador** [1] 72/16
**amends** [1] 56/8

**AMERICA** [2] 1/4 3/4
**American** [1] 49/21
**AMIT** [2] 1/10 3/4
**Amit P** [1] 3/4
**ammunition** [1] 46/25
**among** [2] 26/6 39/13
**amount** [2] 26/5 39/21 87/21 87/23 88/17
**analysis** [1] 8/25
**anchored** [1] 64/17
**anger** [1] 81/18
**anguish** [1] 65/17
**ankle** [1] 70/7
**another** [16] 6/20 16/22 30/6 32/11 33/4 38/24 38/25 41/1 48/14 50/20 51/1 51/12 77/22 79/8 81/2 87/15
**answer** [1] 57/21
**answering** [1] 59/4
**anti** [1] 73/2
**anti-government** [1] 73/2
**anticipate** [1] 60/1
**any** [61] 5/14 5/16 5/17 9/25 10/12 11/1 11/16 13/17 14/3 14/8 16/7 16/13 20/6 22/20 23/7 23/9 23/11 24/12 25/1 25/21 27/6 27/10 30/1 32/10 32/14 32/14 32/20 32/21 32/22 32/25 33/8 33/12 33/20 34/20 36/11 38/16 40/22 42/18 58/10 58/16 58/19 58/20 59/12 60/1 65/7 66/15 70/22 71/16 71/21 72/14 75/21 84/10 88/1 88/2 88/8 88/18 89/1 89/8 89/19 89/24 89/24
**anybody** [17] 6/11 6/12 7/11 7/23 8/6 14/16 18/7 18/9 34/10 35/3 35/8 36/25 37/6 82/21 83/19 84/10 90/5
**anymore** [1] 48/11
**anyone** [1] 69/7
**anything** [7] 4/21 7/22 28/1 34/10 35/2 35/8 37/10 46/24 50/4 50/16 65/17 70/20 72/14 82/24 82/25 90/5 90/25
**anywhere** [1] 22/20
**apart** [3] 53/3 65/14 66/13
**apologize** [1] 60/9
**apparent** [1] 49/8
**apparently** [3] 31/3 31/7 48/10
**appeal** [8] 89/10 89/11 89/12 89/14 89/15 89/17 89/19 89/24
**Appeals** [1] 89/16
**APPEARANCES** [2] 1/12 1/22
**appearing** [1] 3/14

**applicable** [2] 37/9 38/5
**application** [1] 15/6
**applied** [10] 15/14 15/22 16/1 16/5 16/7 16/21 17/25 18/3 38/22 66/21
**applies** [10] 8/14 11/2 12/7 15/5 15/19 26/9 28/12 39/8 39/17 40/11
**apply** [6] 8/4 8/12 10/8 10/23 11/11 12/14 12/16 12/17 12/17 14/13 15/20 17/1 20/1 40/1 40/19 41/10
**applying** [1] 12/15
**appointed** [1] 89/18
**appreciate** [6] 38/9 49/14 61/10 74/8 74/8 74/9
**approach** [2] 5/22 47/3
**appropriate** [7] 5/10 5/12 5/21 35/18 35/25 42/1 88/23
**approved** [1] 88/24
**approximately** [1] 65/1
**April** [1] 19/7
**arc** [1] 63/13
**Architect** [2] 87/22 87/25
**are** [75] 3/20 4/4 5/25 6/21 7/2 7/4 7/5 7/6 9/6 11/10 15/19 19/8 19/22 19/23 19/23 20/1 22/5 22/7 22/8 22/12 24/20 25/20 34/3 34/3 34/6 35/19 35/21 36/14 36/14 37/3 41/9 42/10 42/13 43/15 44/7 46/2 46/23 46/23 52/15 53/1 53/9 54/1 55/15 55/19 58/7 58/7 58/9 58/25 60/12 61/4 73/16 75/15 75/23 78/10 78/12 81/22 82/9 82/10 83/8 83/10 83/12 84/4 84/9 85/3 85/24 85/25 86/2 86/25 87/2 87/7 87/12 88/15 89/15 89/22 90/12
**area** [1] 79/23
**areas** [1] 59/1
**aren't** [2] 82/21 82/23
**arguably** [1] 10/23
**arguing** [1] 58/8
**argument** [4] 8/4 11/23 62/7 64/1
**arguments** [2] 41/24 59/22
**arise** [1] 89/8
**armed** [3] 45/23 64/5 79/10
**arose** [2] 19/12 77/5
**around** [8] 23/1 62/6 63/16 66/12 68/7 70/21 80/2 83/17
**arrest** [5] 18/21 19/23 36/20 57/9 57/11

**arrested** [1] 65/4
**arrests** [1] 51/20
**arrived** [3] 66/25 72/7 79/23
**as** [122]
**Ash** [1] 7/13
**Ashli** [1] 30/8
**aside** [1] 57/1
**ask** [20] 4/2 4/25 5/13 6/2 6/6 6/19 7/6 20/15 22/7 32/19 35/15 35/25 47/22 57/6 57/19 59/20 71/18 72/20 73/10 73/17
**asked** [3] 25/24 69/7 69/20
**asking** [4] 27/9 29/9 49/23 62/12
**aspect** [4] 29/13 50/24 55/15 73/21
**aspects** [3] 4/6 55/20 55/20
**assault** [9] 17/9 30/6 30/24 31/2 38/23 39/2 41/6 77/13 83/4
**assaulted** [7] 11/21 12/12 12/24 31/1 31/2 80/3 85/19
**assaulting** [2] 11/9 40/4
**assaultive** [6] 12/5 29/24 31/4 56/2 77/15 86/7
**assaults** [1] 17/8
**assessed** [1] 18/20
**Assessment** [1] 87/5
**assets** [3] 26/22 27/20 27/20
**assist** [1] 90/13
**assistance** [1] 89/25
**assisted** [1] 81/2
**associated** [4] 20/19 34/15 55/1 82/19
**assume** [1] 4/23
**attached** [1] 70/6
**attaches** [1] 46/5
**attack** [1] 48/25
**attempt** [1] 21/20
**attempting** [1] 52/25
**attendance** [1] 61/7
**attended** [2] 72/1 72/2
**attention** [1] 42/12
**Attorney's** [1] 88/5
**attorneys** [1] 61/15
**attorneys'** [1] 21/12
**attributed** [2] 24/16 24/17
**attributes** [1] 42/9
**audience** [2] 74/11 82/8
**audited** [1] 57/3
**August** [2] 25/16 34/9
**authority** [1] 72/18
**authorize** [2] 88/3 89/4
**available** [3] 23/17 26/23 75/23
**avatar** [2] 49/11 50/14
**avatars** [2] 24/15 24/20

## A

**Ave** [1] 2/3
**Avenue** [2] 2/12 88/17
**avoid** [3] 59/12 75/23
76/17
**award** [1] 29/20
**aware** [4] 15/22 18/2
55/9 86/10
**away** [6] 6/19 43/19
63/3 68/9 68/10 69/16
69/17 70/8
**axes** [1] 50/14

## B

**Babbitt** [1] 30/8
**baby** [1] 63/5
**back** [20] 6/25 15/4
39/22 48/12 54/11 57/2
57/2 57/20 63/14 64/7
66/7 66/8 66/11 67/25
73/6 74/17 80/6 81/13
81/15 89/8
**backpack** [6] 24/21
54/12 69/14 69/17
70/21 80/12
**backpacks** [1] 50/13
**bad** [5] 48/23 50/7
78/18 84/25 85/1
**badly** [1] 46/16
**ball** [2] 70/6 70/7
**Baptist** [1] 71/3
**barely** [1] 36/18
**barrel** [1] 64/11
**Barrett** [1] 2/11
**base** [7] 16/9 38/19
39/5 40/5 40/13 40/21
41/3
**based** [8] 20/11 27/15
28/5 28/16 28/22 42/19
66/24 89/25
**basic** [1] 87/12
**bask** [1] 81/24
**basketball** [5] 67/4
67/10 67/18 71/5 71/8
**be** [97]
**bear** [2] 51/6 83/16
**bear-hug** [1] 51/6
**beat** [1] 30/10
**beating** [1] 63/22
**became** [2] 63/15 71/2
**because** [37] 6/21 9/25
11/13 12/18 26/9 26/23
33/5 36/4 36/16 38/20
38/20 38/23 38/24 39/8
39/10 40/10 40/25 41/4
41/12 43/1 44/12 49/14
49/20 50/25 52/14
53/16 54/25 58/11
61/23 66/10 70/12 75/4
80/11 82/24 83/9 86/7
86/8
**become** [4] 26/17
53/22 56/12 74/3
**becoming** [1] 80/4
**been** [53] 6/18 10/11
10/21 14/2 14/8 15/22
17/25 18/3 20/12 20/19
21/5 21/15 21/15 22/17

29/14 29/24 30/15 31/7
31/8 33/15 43/19 44/9
48/23 52/15 52/24
54/10 57/22 58/11
58/17 58/20 59/21
61/18 61/20 61/20
61/23 62/20 66/9 66/16
67/4 70/1 71/23 73/12
78/20 78/22 78/25
80/25 84/22 87/11
89/21
**before** [23] 1/10 7/23
8/5 9/11 9/13 9/25 10/1
28/22 33/13 34/18
34/20 35/9 42/19 44/10
47/25 47/25 48/2 58/24
60/21 64/16 67/1 73/9
77/17
**began** [9] 44/9 44/10
62/25 65/14 65/16
68/17 71/14 71/15
80/19
**begged** [1] 64/19
**beginning** [1] 57/20
**behalf** [6] 3/12 3/13 7/2
24/20 56/6 59/22
**behaved** [1] 53/2
**behavior** [5] 12/6 56/2
77/15 78/13 86/7
**behind** [3] 51/6 64/18
68/21
**being** [18] 7/20 13/12
22/24 24/20 32/21
41/22 56/7 56/12 62/8
66/14 74/9 80/3 83/6
83/9 83/21 84/5 84/6
87/12
**belched** [1] 64/12
**belief** [1] 58/12
**beliefs** [1] 83/9
**believe** [29] 8/14 8/15
11/20 12/12 12/19
12/23 13/6 14/23 16/6
25/1 29/10 32/14 49/7
50/9 53/21 53/23 54/5
55/3 58/19 59/10 59/11
59/13 72/17 73/21 75/2
82/9 82/16 84/10 90/13
**believed** [4] 53/11
53/12 56/25 82/25
**believer** [1] 67/1
**believes** [2] 37/25
54/25
**belong** [1] 21/24
**beneficiary** [1] 24/10
**benefit** [5] 21/16 21/22
24/23 27/10 57/15
**benefited** [3] 24/12
45/18 58/19
**beside** [1] 7/7
**best** [3] 9/20 69/9
73/20
**betrayal** [1] 62/18
**better** [6] 56/9 56/12
56/12 56/12 56/13 62/2
**between** [10] 11/7 21/5
36/15 36/21 47/24

76/25 78/4
**beyond** [1] 60/2
**Biden** [2] 53/6 58/1
**big** [2] 46/4 70/6
**biggest** [1] 66/15
**billed** [1] 65/6
**billy** [2] 43/16 43/18
**bjasari** [1] 2/7
**black** [1] 34/4
**blame** [2] 65/23 83/23
**blamed** [1] 70/9
**blast** [1] 64/13
**Blerina** [1] 2/2
**bless** [1] 74/13
**blessed** [1] 71/18
**blessing** [1] 74/5
**blown** [2] 64/20 68/9
**blue** [1] 63/6
**blue-eyed** [1] 63/6
**blush** [1] 37/2
**Bob** [1] 62/3
**bodies** [1] 83/15
**bodily** [8] 11/17 12/10
13/4 13/19 14/1 14/7
14/11 16/16
**body** [1] 14/4
**book** [2] 27/17 71/21
**bore** [1] 53/19
**born** [1] 55/23
**both** [9] 3/20 19/6
33/13 34/5 36/20 39/8
80/13 86/17 88/8
**bothers** [1] 83/6
**bottom** [3] 19/13 35/20
64/25
**bound** [2] 34/17 70/19
**boy** [2] 63/11 64/23
**Boyle** [16] 2/2 3/16
3/23 4/2 4/25 7/2 10/12
14/19 20/15 23/9 24/4
29/2 52/22 57/6 60/6
**Boys** [1] 16/11
**brandished** [1] 40/15
**Braveheart** [2] 79/20
83/17
**Breadman** [1] 7/14
**break** [9] 60/16 60/17
60/19 61/2 80/18 80/21
81/1 82/3 83/2
**breaking** [7] 44/12
44/17 47/24 47/25 48/2
54/7 81/3
**breaks** [1] 80/19
**bricks** [1] 70/5
**brief** [1] 14/25
**briefly** [1] 76/22
**bring** [3] 6/6 54/6
67/10
**bringing** [4] 43/10
79/12 79/18 79/19
**Brinn** [1] 6/4
**brisket** [2] 68/2 68/3
**broke** [7] 13/10 44/20
45/3 45/4 45/10 54/3
68/17
**broken** [3] 13/8 50/25
70/10

**brother** [4] 7/8 11/21
60/22 17/3 17/14 18/4
**brothers'** [1] 72/25
**brought** [5] 32/21 43/4
43/7 68/2 77/1
**build** [1] 73/8
**building** [9] 1/14 17/6
17/7 17/21 40/21 40/22
44/18 51/4 83/3
**built** [1] 73/14
**bunch** [1] 46/25
**burden** [1] 23/14
**Bureau** [1] 86/23
**butts** [1] 67/18

## C

**calculated** [1] 29/14
**calculation** [5] 4/7
35/9 39/3 41/8 41/21
**calculations** [2] 35/21
36/12
**call** [2] 30/6 64/19
**called** [9] 22/13 22/15
64/7 64/8 64/16 66/2
66/22 69/13 73/12
**calling** [1] 70/25
**came** [20] 8/21 9/15
13/7 31/25 44/19 52/4
53/14 55/21 58/23
63/24 64/9 64/19 67/16
67/18 68/5 68/12 79/11
79/14 79/21 81/4
**can** [35] 4/25 6/2 6/8
6/9 7/6 17/16 19/4
20/22 20/22 20/25 21/7
27/15 28/22 31/20
33/11 33/16 35/3 35/6
36/25 37/22 43/6 44/20
47/8 47/16 47/20 47/22
52/10 56/21 57/6 61/24
71/18 73/20 73/24 79/3
80/10
**can't** [3] 23/15 29/4
61/24
**candidate** [2] 43/3
49/18
**cannot** [1] 89/18
**capacities** [1] 33/19
**capacity** [5] 26/7 26/14
26/25 28/9 28/16
**capitalize** [2] 27/16
84/16
**capitalizes** [1] 20/13
**Capitol** [15] 42/24
42/25 43/4 43/15 53/16
53/17 53/25 54/6 54/13
56/22 72/6 80/21 83/3
87/22 87/25
**Capitol Building** [1]
83/3
**Capitol Grounds** [1]
72/6
**captures** [1] 81/5
**care** [2] 48/24 75/22
**Caroline** [1] 7/16
**carry** [1] 70/21
**carrying** [1] 45/24
**cartoon** [1] 49/10
**case** [21] 3/8 8/18

90/22 17/3 17/14 18/4
10/9 23/13 26/18 27/13
35/18 35/25 42/13
46/19 48/14 54/19
55/20 57/1 59/12 86/8
89/6
**cases** [9] 16/2 16/6
16/10 25/25 29/9 43/7
55/10 57/19 58/11
**category** [9] 15/14
15/15 20/4 35/13 36/23
38/17 41/18 86/1 86/4
**caught** [6] 47/6 48/21
56/21 56/22 72/4 72/12
**cause** [10] 11/19 12/11
12/18 39/6 39/10 39/10
39/14 39/18 39/19 74/6
**caused** [7] 13/19 39/9
48/18 70/16 71/24
80/12 85/11
**causes** [1] 80/20
**causing** [2] 39/6 85/12
**celebrate** [1] 81/24
**center** [1] 73/8
**certain** [3] 11/9 34/3
40/5
**certainly** [16] 9/24
12/20 12/21 13/17
13/19 14/6 16/15 26/23
39/14 39/20 55/8 55/9
56/25 59/25 76/21
84/13
**certainty** [1] 13/24
**certification** [1] 43/1
**Certified** [1] 2/10
**certify** [1] 92/2
**CH** [1] 2/11
**chain** [1] 70/6
**chair** [2] 45/16 85/20
**challenge** [2] 77/3
89/21
**challenges** [2] 76/24
78/5
**Chamber** [2] 17/10
17/12
**Chambers** [1] 17/23
**chance** [2] 6/11 6/20
**change** [7] 33/20 56/4
56/6 61/24 70/8 88/18
88/19
**changed** [4] 62/1 63/14
67/6 67/6
**chaotic** [1] 80/5
**chapel** [1] 68/4
**Chapline** [1] 1/15
**character** [1] 55/16
**characteristic** [1]
41/13
**characteristics** [2]
75/17 76/19
**characterization** [1]
82/15
**characterizing** [1]
82/15
**charge** [4] 31/8 37/14
37/16 77/19
**charged** [10] 16/13
16/14 19/9 31/7 31/8

**C**

charged... [5] 31/24
65/4 72/22 82/24 83/9

charges [7] 32/3 32/5
32/10 32/14 32/14
32/21 34/21

charging [1] 19/10

Charles [1] 66/22

CHARM [5] 67/13 68/2
70/23 71/1 73/7

check [2] 21/7 37/22

childhood [2] 68/23
76/24

children [9] 21/13
66/14 66/17 71/7 71/14
71/17 72/20 73/20
78/23

children's [1] 68/14

chip [1] 69/16

choices [1] 70/3

Christ [7] 66/25 67/2
67/14 68/21 69/8 72/16
73/25

Christian [2] 6/15 80/6

Christianity [1] 56/11

Christmas [1] 82/11

Chuck [1] 66/22

Church [1] 71/3

Circuit [1] 27/14

circumstance [4]
14/24 32/16 73/23 74/6

circumstances [3]
42/9 69/24 75/16

cite [1] 27/13

cited [1] 85/17

citizen [2] 49/21 56/13

city [2] 71/7 90/10

civil [2] 11/7 38/18

clarification [1] 38/9

clarify [1] 90/19

class [1] 69/19

classified [1] 34/8

clean [1] 68/1

clear [9] 6/24 9/4 27/4
28/19 32/4 42/15 58/3
80/10 85/23

cleared [1] 42/20

clearing [1] 65/7

clearly [3] 9/1 56/7
79/13

Clerk [2] 88/16 88/19

client [1] 31/21

clip [1] 44/2

close [7] 17/19 31/3
53/7 62/17 73/22 86/11
90/12

closer [1] 6/6

club [2] 43/16 43/18

coffee [1] 72/4

collar [1] 53/20

collect [1] 74/16

collection [1] 87/20

collective [1] 39/18

College [1] 53/8

Colson [1] 66/23

COLUMBIA [4] 1/1
79/9 79/21 87/24

combination [2] 31/5

come [12] 6/18 13/15
17/19 45/13 61/3 62/6
68/11 74/1 74/1 79/8
84/10 89/8

comes [2] 81/18 86/11

comfort [1] 70/25

coming [6] 61/18 64/23
64/23 67/9 74/4 84/4

Commander [1] 4/15

commentary [2] 9/4
9/7

comments [1] 30/8

commercial [2] 22/14
27/11

commercially [1]
57/15

commissary [1] 34/1

Commission [1] 9/2

commit [2] 38/24 41/1

commitment [2] 50/23
51/10

commits [1] 12/8

committed [1] 17/7
38/24 40/25 58/13
86/22

committing [3] 12/3
45/23 87/14

common [1] 43/7

community [8] 6/14
61/10 71/25 73/9 74/10
74/12 78/22 78/25

comparable [1] 86/5

comparators [1] 85/2

compare [1] 19/2

complete [1] 69/2

completed [1] 66/19

completely [1] 44/20

completion [1] 89/2

computer [1] 2/15

computer-aided [1]
2/15

con [1] 53/18

concede [1] 58/21

concerned [1] 65/12

concerning [1] 18/17

concerns [4] 8/2 18/6
27/3 41/21

concluded [1] 91/7

conclusion [1] 84/10

conclusions [1] 53/1

concurrent [1] 38/3

concurrently [2] 87/1
87/4

condition [1] 88/10

conditions [4] 87/8
87/9 87/14 88/7

condoned [1] 50/8

conduct [55] 9/5 9/11
9/25 11/18 12/10 12/20
14/9 16/14 16/15 16/16
16/18 17/4 17/20 17/23
19/11 20/14 26/10
29/24 31/4 34/23 36/17
38/23 39/17 39/18
40/25 41/4 41/12 43/25
54/2 54/5 54/14 54/18
55/9 55/11 55/12 56/2

sense [1] 52/5 57/6
76/6 76/7 77/15 80/9
80/23 81/6 81/6 84/12
84/14 84/23 84/24
84/25 86/5 86/20 87/13

conducted [1] 30/9

conferred [4] 18/16
19/24 21/8 25/4

confirm [2] 4/2 4/25

Congress [8] 8/5 9/13
9/25 10/11 11/25 17/22
42/17 56/25

congressional [1]
39/19

Congressmen [1]
81/25

conman [1] 53/12

connected [1] 24/17

Connecticut [1] 2/3

connection [5] 24/11
34/22 50/22 90/1 90/2

consequences [3]
31/22 44/14 52/14

consider [12] 26/5
28/8 34/25 55/18 59/21
72/20 73/2 73/10 73/17
75/11 75/15 90/8

consideration [1]
52/20

considered [1] 85/2

considering [1] 35/1

consistent [1] 26/2
84/20

consists [1] 29/7

conspiracies [2] 15/24
16/1

conspiracy [3] 15/25
16/12 45/6

conspiratorial [1]
16/13

conspirators [1] 85/25

conspiring [1] 86/2

constituted [1] 38/23

constitutes [1] 12/3

Constitution [2] 2/12
88/17

contemplated [2]
16/18 47/4

contends [1] 20/13

content [1] 24/22

contention [1] 27/1

context [1] 76/6

continue [3] 21/20
53/21 73/7

continued [2] 2/1
57/16

continues [2] 52/2
83/7

continuously [1] 45/9

contributed [1] 83/24

contributing [1] 57/16

contributions [3]
78/21 78/22 79/1

control [4] 21/15 23/9
23/14 24/8

controlled [8] 18/24
24/9 36/15 36/21 38/13
56/17 87/16 87/17

controlling [2] 3/6
41/15

controls [1] 24/3

conveniently [1] 79/12

conversation [1] 61/23

conversion [1] 56/10

convicted [6] 15/24
30/15 39/9 49/18 82/24
84/6

conviction [11] 11/5
11/5 11/17 11/8 15/16
18/20 39/11 40/10
41/14 86/18 89/21

convictions [7] 15/25
16/12 51/15 51/17
51/19 51/21 89/10

cool [1] 47/10

cooperate [1] 87/20

copy [3] 30/13 33/23
35/5

cordless [1] 64/16

corner [1] 46/5

correct [3] 29/10 90/24
92/3

correction [1] 18/16

corrections [3] 30/10
30/22 31/18

corrective [1] 31/13

cost [2] 89/15 89/17

could [38] 9/22 10/23
12/10 12/14 13/18 14/2
31/17 43/17 43/19
43/23 43/23 44/2 44/24
45/8 46/12 46/24 47/12
48/10 48/17 48/17
48/18 48/19 49/2 54/3
54/10 57/6 59/15 63/2
63/7 68/24 70/7 80/3
81/9 81/18 83/4 83/14
84/6 84/10

couldn't [2] 37/20 70/8

counsel [8] 21/8 25/4
25/5 30/13 52/21 89/18
89/25 90/25

counseling [1] 88/10

count [25] 11/2 11/2
11/8 11/11 12/16 12/17
12/20 19/1 38/18 39/3
39/4 39/5 40/2 40/3
40/4 40/20 41/3 41/8
41/8 41/14 41/16 51/18
51/20 86/24 87/3

Count 1 [3] 38/18 39/3
86/24

Count 2 [3] 40/2 40/3
41/16

Count 3 [7] 11/2 11/8
11/11 12/17 12/20 39/4
40/4

Count 6 [1] 40/20

Count 7 [2] 41/3 41/8

Count 8 [1] 41/8

counter [1] 64/18

country [4] 53/3 53/9
73/4 84/1

country's [1] 49/24

counts [13] 38/17 41/2
41/9 41/11 41/12

14/14 77/14 86/23
86/25 86/25 90/20
90/20

couple [5] 22/3 26/21
30/25 52/12 74/15

course [12] 10/1 11/21
12/3 12/9 12/13 12/25
16/10 16/13 21/13
39/22 77/12

court [58] 1/1 2/9 2/11
3/3 5/15 5/18 6/3 10/15
14/21 15/1 26/4 27/15
30/13 33/12 33/23
35/16 37/10 42/7 45/4
49/19 49/23 51/6 52/23
55/9 55/11 55/17 58/17
59/9 59/21 60/3 60/17
60/24 61/6 61/10 65/7
67/19 72/20 73/10
73/17 74/10 74/19
74/22 86/20 87/6 87/20
87/24 88/13 88/15
88/16 88/17 88/19
88/25 89/4 89/16 89/18
90/4 90/8 91/5

court reporter [1] 6/3

Court's [5] 35/11 42/11
59/5 74/8 78/16

court-appointed [1]
89/18

Courthouse [1] 1/15

courtroom [1] 5/8

cover [5] 8/24 9/5 9/19
9/21 9/24

covers [2] 8/23 9/9

cowering [1] 17/12

CR [2] 1/4 16/25

crack [4] 43/20 80/20
80/20 80/24

cracks [1] 80/13

crazed [1] 73/5

crazy [1] 64/20

create [3] 13/3 14/6
63/10

created [8] 13/19 14/1
16/15 24/18 24/19
24/22 25/14 49/9

creates [1] 80/20

creating [1] 11/17

creation [1] 14/10

credit [2] 37/20 59/16

cried [1] 64/7

crime [6] 15/9 15/17
27/16 30/16 38/25
87/15

crimes [1] 58/12

criminal [38] 3/8 15/14
18/6 18/12 18/13 18/17
18/18 18/23 20/2 20/2
20/4 20/18 32/5 35/13
35/23 36/4 36/13 36/23
36/24 38/16 41/17
51/13 55/25 56/4 61/22
65/20 75/4 75/5 75/7
77/11 77/24 77/25 78/3
78/6 78/16 85/21 86/15
86/17

criminal record [1]

## C

criminal record... [1] 55/25
criminally [1] 53/2
crisis [1] 63/8
cross [4] 38/22 39/2 41/2 41/6
cross-reference [1] 38/22
cross-referenced [2] 39/2 41/6
cross-references [1] 41/2
crossed [1] 50/14
crouched [1] 64/18
crowd [8] 44/8 46/21 48/6 54/12 54/24 54/24 80/4 80/11
CRR [2] 92/2 92/8
cry [1] 85/12
culpability [1] 41/24
currently [1] 83/19
custody [3] 37/15 37/19 86/22
cycle [1] 60/3

## D

D.C [9] 1/5 1/20 2/4 2/12 33/14 73/11 83/20 84/5 84/5
dad [3] 62/5 63/16 72/24
daily [1] 70/11
Dallas [2] 71/1 90/10
Dallas/Fort [1] 71/1
dam [1] 80/21
damage [3] 39/7 39/9 81/9
damaged [1] 29/8
damaging [1] 44/13
Damn [1] 82/6
danger [1] 50/19
dangerous [8] 40/5 40/6 40/7 40/9 40/15 40/21 40/23 41/4
dangerousness [1] 78/9
dare [1] 80/21
dark [2] 64/21 65/19
data [1] 41/22
date [3] 19/4 34/6 92/7
David [2] 1/13 3/10
david.perri [1] 1/17
day [27] 5/19 6/16 19/3 19/4 19/6 19/21 19/23 32/13 32/13 42/24 42/25 56/19 57/24 60/20 61/19 67/1 67/5 67/16 67/22 68/1 69/15 72/17 79/9 80/7 81/5 81/24 84/15
days [10] 32/11 70/14 78/19 82/4 82/11 82/12 87/18 88/18 89/12 89/13
dboyle [1] 2/6
de [1] 72/12
de-escalate [1] 72/12

deadly [1] 41/21
deal [1] 27/17
death [2] 64/12 66/7
Debra [1] 7/13
debris [2] 54/4 54/13
December [4] 19/5 67/16 79/15 82/11
decide [1] 72/18
decided [2] 32/18 47/7
decision [5] 50/7 69/10 70/11 70/11 70/12
deep [1] 70/4
defendant [30] 1/7 2/2 3/14 11/18 11/18 12/11 16/8 16/22 21/8 22/22 26/8 26/16 26/20 28/10 30/4 30/14 35/12 43/13 46/24 47/3 47/18 51/2 51/14 52/17 55/4 55/12 75/17 75/21 81/2 90/9
defendant's [9] 4/18 26/6 26/14 26/22 26/24 27/15 28/8 43/25 89/2
defendants [5] 15/23 52/12
defense [13] 3/12 8/7 11/23 18/10 20/19 21/8 22/21 30/13 48/24 49/19 49/23 76/4 76/11
defense's [1] 8/4
defer [2] 55/8 55/11
defined [3] 9/11 9/12 15/7
definitely [1] 72/11
definition [1] 10/2
definitively [2] 20/23 20/25
deflecting [1] 83/23
defrauded [1] 57/22
degree [1] 41/23
degrees [1] 16/2
deliberative [1] 47/3
Democratic [3] 49/24 79/9 84/2
demonstrates [1] 79/13
denied [2] 28/25 66/9
Dennis [2] 2/2 3/12
dennisboylelegal.com [2] 2/6 2/7
deny [1] 28/4
Department [1] 30/22
departure [10] 16/4 16/21 17/3 18/2 35/16 35/19 36/1 36/11 36/11 75/4
depends [1] 26/21
depicted [1] 80/10
deprive [2] 26/8 28/10
deriving [1] 27/10
derogatory [1] 30/8
describe [2] 56/10 84/17
described [4] 57/17 76/21 77/8 80/9
description [1] 19/7
descriptions [1] 31/5
deservedly [1] 86/1

desk [9] 13/5 13/14 13/15 13/16 13/19 81/6 81/7 81/8 86/13
despite [1] 32/3
destined [1] 70/10
destroy [5] 43/12 43/14 65/15 73/5 86/13
destruction [6] 15/16 40/13 68/13 70/16 77/8 86/8
detail [2] 73/11 73/12
detention [1] 52/2
deter [2] 76/17 81/21
determination [4] 43/13 50/21 50/23 51/11
determined [1] 87/19
determining [3] 26/5 41/25 55/11
deterred [1] 48/10
deterrence [3] 75/20 76/8 76/14
deterrent [2] 76/9 76/12
deterring [1] 76/14
development [1] 8/22
dice [1] 49/23
dictate [1] 70/18
did [34] 4/22 13/3 14/6 14/7 17/2 39/10 39/17 39/18 39/21 43/10 43/11 44/21 44/25 49/12 52/13 53/25 54/6 54/20 54/23 54/24 54/25 64/10 69/8 71/22 72/10 72/12 73/9 79/5 79/5 81/1 81/3 81/3 81/21 81/24
didn't [14] 17/1 43/9 48/15 48/24 50/3 51/20 51/21 63/1 63/7 66/10 68/18 70/21 83/11 86/3
die [1] 65/3
died [1] 66/6
different [13] 10/21 16/11 17/5 17/7 17/24 22/4 31/23 37/13 37/19 48/16 59/8 69/15 85/19
differently [1] 86/16
difficult [2] 58/21 79/4
difficulties [1] 77/4
difficulty [1] 76/25
digest [1] 70/15
digit [1] 19/8
dinner [1] 71/11
direct [1] 85/12
directed [1] 16/17
direction [3] 13/2 36/1 56/8
directly [3] 12/5 27/5 85/4
disagree [1] 75/6
disassembled [1] 46/20
discipleship [1] 70/24
disciplinaries [1] 73/13

deadly [1] dischain[1] ...

deadly [1] deals[?]...
discretionary [5] 76/24 32/24 34/21
discretionary [6] 87/9
discuss [3] 4/6 35/3 35/9
discussed [3] 40/2 40/12 40/18
disorder [2] 11/7 38/18
disparities [1] 75/24
disputed [1] 7/25
dissuade [1] 60/18
dissuaded [1] 48/10
distance [1] 45/17
distribute [1] 37/5
distribution [1] 37/4
district [10] 1/1 1/1 1/10 79/9 79/21 87/24 87/24 88/17 88/24 89/7
disturb [1] 74/5
divide [1] 53/14
divided [1] 53/10
division [1] 53/5
divorced [1] 66/12
DNA [1] 87/20
do [41] 6/25 8/12 10/7 10/12 12/16 12/18 14/12 19/1 19/14 21/23 23/10 25/5 25/20 29/2 29/3 33/17 39/16 41/10 43/17 44/21 47/22 55/11 56/9 58/3 59/10 60/18 61/9 61/12 61/24 62/8 63/7 69/20 72/11 73/19 76/5 76/15 76/21 82/25 83/1 86/3 90/14
do you [1] 10/12
Do you have [2] 23/10
Do you remember [1] 19/14
DOC [2] 33/14 73/11
document [3] 19/10 31/15 32/3
does [24] 8/4 8/12 8/25 10/17 11/11 12/16 18/17 21/19 21/19 23/2 23/8 23/14 24/8 24/23 25/1 26/20 27/14 32/25 38/11 40/1 48/4 57/8 61/11 79/2
doesn't [12] 12/5 17/19 17/21 23/9 27/19 43/17 49/11 49/14 49/24 50/18 50/18 58/3
doing [4] 12/9 50/6 54/4 72/11
DOJ [1] 1/19
DOJ-USAO [1] 1/19
don't [50] 5/16 5/17 6/10 11/1 12/1 13/13 14/23 15/1 16/17 18/3 19/12 22/19 23/7 23/11 26/9 27/3 27/6 27/20 27/21 28/12 28/22 31/25 32/13 35/14 35/23 43/6 47/15 50/9 56/23 58/9 58/19 59/3 60/14 60/17 61/3 61/13 62/7 62/11 64/15 73/19

24 78/6 78/13 80/8 80/18 81/18 82/14 82/17 88/13 90/11
Donald [1] 58/1
Donald Trump [1] 58/1
donations [2] 21/21 22/17
done [8] 26/2 50/25 67/20 78/19 79/4 81/9 82/19 83/24
door [6] 17/10 17/16 17/17 64/6 64/9 64/14
doors [4] 45/3 45/3 45/5 85/12
doorways [1] 80/17
dots [1] 34/4
doubt [1] 11/1
Douyon [1] 90/15
down [17] 19/15 20/4 45/3 45/5 61/25 62/13 64/9 64/16 65/3 65/19 67/19 68/16 68/18 69/15 71/10 73/16 81/15
dozen [2] 31/3 31/4
drafted [1] 9/16
draw [1] 42/12
drawer [11] 13/5 13/14 13/15 13/16 13/19 45/15 45/18 48/18 81/7 81/7 81/8
drawn [1] 17/16
drifts [1] 48/11
drop [2] 20/3 25/23
drug [10] 36/25 37/19 43/1 55/23 77/3 77/13 77/14 87/18 87/19 88/7
drugs [7] 38/3 56/2 63/15 65/16 65/25 65/25 66/8
due [1] 84/8
dumbfounded [1] 62/14
during [8] 11/21 12/2 12/13 12/24 21/13 69/18 72/9 76/24
duty [2] 54/4 72/19
DWI [2] 36/17 77/21

## E

each [2] 4/19 87/3
earlier [6] 10/6 25/11 40/2 41/2 70/23 74/11
early [5] 56/1 62/3 77/12 79/15 82/11
earn [1] 71/18
earning [5] 26/7 26/14 26/25 28/9 28/16
Earth [1] 71/12
earthly [1] 68/24
easy [2] 67/17 71/15
eat [1] 71/10
eating [2] 68/6 69/5
edge [1] 83/2
educational [1] 75/22
effect [3] 9/15 76/10 76/12
effects [1] 26/18

**E**

efforts [4]  27/15 43/12
43/14 51/8
egging [1]  80/11
eggs [1]  82/3
eight [3]  39/8 67/19
70/23
either [5]  21/21 21/21
29/25 89/25 90/9
El [2]  90/9 90/10
election [6]  53/6 53/6
57/1 57/3 60/2 83/8
Electoral [1]  53/7
element [1]  12/5
elements [2]  11/10
15/18
Elena [1]  7/18
Ellipse [1]  72/1
eloquently [3]  57/17
77/8 78/24
else [11]  4/21 8/10
13/14 28/2 34/10 35/2
70/10 70/21 72/8 81/16
90/25
email [27]  1/17 1/21 2/5
2/6 30/21 30/23 31/11
embody [1]  41/12
embraces [1]  50/1
emotional [2]  61/20
77/1
empirical [2]  41/22
41/23
employee [1]  11/4
enacted [1]  9/1
encapsulate [1]  76/22
encounter [1]  69/4
end [6]  41/6 45/1 65/8
65/8 69/7 85/1
endanger [1]  54/9
ended [1]  70/14
ends [2]  45/17 50/2
enduring [1]  61/17
enforcement [5]  11/20
12/12 12/19 14/11
17/15
engage [4]  30/16 47/8
49/15 72/23
engaged [1]  15/24
engages [1]  12/9
engaging [1]  48/12
enhancement [27]
10/11 10/21 11/3 11/11
11/14 11/16 12/6 12/14
14/14 14/16 14/24 15/5
15/7 15/14 15/22 16/3
16/3 16/7 16/19 16/19
17/2 17/25 35/12 40/11
40/23 40/24 73/3
enhancements [4]  8/3
9/3 10/8 39/16
enjoyed [1]  72/5
enough [5]  27/7 48/4
63/2 81/15 82/14
ensure [1]  35/17
entered [2]  54/20
89/22
entering [1]  40/20
enthusiasm [2]  50/21

entirely [1]  28/5
entitled [1]  25/13
entrance [1]  68/5
entry [1]  89/13
entryway [1]  64/9
environment [1]  83/25
escalate [1]  72/12
escort [1]  72/10
especially [2]  53/7
61/8
essentially [4]  20/13
28/3 30/23 37/3
establish [2]  23/14
87/12
established [1]  87/11
estimation [4]  26/2
27/18 42/5 52/17
evading [1]  77/18
evaluated [1]  73/18
evaluation [1]  26/19
even [14]  10/8 12/4
14/7 30/15 44/4 50/24
52/2 53/9 55/24 63/1
74/11 78/9 80/4 83/11
evening [1]  62/13
event [7]  19/12 38/16
49/20 50/12 50/22 51/9
71/6
events [1]  72/9
eventually [2]  62/5
65/6
ever [10]  32/3 32/15
50/9 58/10 58/11 71/18
72/23 73/24 74/5 82/5
every [8]  6/16 50/23
55/3 67/5 69/15 70/11
70/12 71/6
everybody [3]  42/2
53/22 54/25
everyone [13]  3/5 3/17
7/8 60/22 61/1 61/7
61/13 61/16 72/5 74/15
74/18 74/25 75/1
everything [7]  4/24
64/7 65/16 70/9 80/2
83/1 83/14
evidence [7]  13/7
14/13 28/22 41/23 52/1
53/23 84/8
evidentiary [1]  34/17
exacerbated [1]  45/21
exactly [1]  43/24
example [1]  49/17
exception [1]  90/20
excess [1]  20/11
exclusively [1]  15/23
excuse [5]  16/8 56/23
65/21 70/11 88/11
execute [1]  88/25
exhibited [1]  50/22
exhibits [1]  4/15
existence [1]  8/22
expectations [1]  87/12
expend [1]  39/21
expended [1]  21/5
expenses [2]  21/6
23/21

experience [3]  15/24
61/21 68/19
experienced [1]  69/4
experiences [3]  61/25
65/22 73/18
explain [2]  15/20 75/6
explained [2]  14/25
18/4
explanation [2]  10/7
56/24
expressly [1]  9/9
extended [1]  10/4
extensive [1]  61/24
extensively [1]  57/23
extent [2]  75/3 89/22
extraordinary [18]
42/10 42/13 43/5 44/1
47/1 47/2 48/13 48/14
49/1 49/6 49/8 50/15
50/20 51/10 51/12
52/16 55/19 55/20
extremely [2]  44/11
62/17
extremest [1]  73/2
eye [1]  14/3
eyed [1]  63/12
eyes [1]  74/3

**F**

F.3d [1]  27/14
face [7]  23/17 47/17
48/8 48/8 63/6 64/13
68/18
Facebook [1]  70/20
faced [3]  76/24 77/4
78/6
facilities [2]  90/11
90/16
facility [1]  33/4
facing [1]  79/24
fact [14]  22/22 22/23
22/25 27/13 31/11
37/18 50/12 50/18 53/9
55/5 59/12 72/21 77/2
81/1
factors [13]  26/4 26/6
28/7 35/17 55/17 55/18
75/11 75/15 75/25 76/3
76/5 77/7 84/21
facts [3]  14/12 32/16
42/8
factual [1]  29/22
failed [1]  56/15
failures [1]  70/9
fair [5]  55/22 60/3
76/10 80/24 81/24
fairly [1]  8/25
faith [6]  6/16 58/1 59/8
59/18 67/22 80/7
fall [1]  66/23
falling [2]  66/13 80/5
falls [5]  36/18 78/15
84/13 85/1 85/3
false [1]  83/10
familiar [3]  37/10 80/15
81/2
family [10]  6/22 56/13
61/8 62/23 68/11 68/24

family's [1]  68/14
fan [1]  58/8
fanned [1]  53/4
Fanone [1]  85/6
far [3]  15/21 27/23 74/1
fashion [1]  60/3
father [4]  65/11 66/15
72/21 72/25
fatherless [1]  71/7
favor [2]  76/3 76/5
FBI [1]  73/1
fear [1]  17/12
feared [1]  63/12
Fearing [1]  64/5
federal [4]  1/14 15/9
15/17 87/15
feel [2]  63/5 65/17
fees [2]  21/5 21/12
feet [3]  62/16 64/2 65/1
fell [1]  65/3
fellow [1]  67/11
fellowship [2]  66/22
67/21
felon [1]  77/19
felony [5]  15/8 37/3
38/14 38/25 41/1 77/13
77/14 77/19 77/22
felt [8]  62/15 62/16
62/18 62/18 63/4 64/12
68/15 70/24
fend [1]  83/18
few [6]  4/5 4/19 49/5
64/2 67/8 71/20
fiction [2]  57/3 57/4
fighting [2]  31/9 64/3
fights [1]  79/16
figuratively [1]  80/13
figure [1]  29/4
file [2]  89/11 89/16
filed [2]  32/3 89/12
filing [1]  89/13
fill [1]  66/5
filming [1]  17/17
final [3]  10/25 35/22
75/3
finally [1]  48/11
financial [12]  20/20
21/22 26/7 26/14 28/9
28/17 31/15 88/2 88/3
88/4 88/15 88/20
find [4]  34/14 63/21
81/15 83/15
finding [3]  17/9 34/24
83/3
finds [1]  88/13
fine [16]  6/9 20/10
20/11 26/3 26/5 26/23
27/15 28/4 28/4 28/21
28/24 41/19 75/9 75/10
88/14 88/14
fines [1]  25/24
finish [2]  51/1 51/3
finished [3]  44/19
50/24 69/5
fire [1]  64/12
fired [1]  44/8
first [16]  8/2 8/15 8/18

8/24 10/22 22/7 37/2
42/14 48/5 71/3 73/24
80/12 80/18 80/20
80/20 80/24
five [4]  6/13 48/9 51/14
66/14
flagpole [3]  13/22
39/13 48/19 81/10 85/9
flame [1]  64/13
flames [2]  53/5 58/8
flight [1]  11/22
floor [1]  30/5
focused [1]  66/16
folks [4]  19/9 58/9 84/4
85/24
followed [4]  64/4 68/6
69/6 69/11
following [1]  87/8
follows [2]  36/12 86/21
food [3]  68/5 68/7
68/16
foods [1]  68/8
foot [2]  67/17 67/17
force [1]  14/4
foregoing [1]  92/3
forgive [1]  68/24
formal [2]  32/14 33/12
formative [1]  62/19
former [6]  53/2 53/14
53/15 53/16 57/5 57/5
forms [1]  54/13
forsake [2]  68/22 68/25
Fort [1]  71/1
forth [7]  9/16 10/3
18/21 26/4 36/14 75/12
75/14
forward [3]  47/6 63/13
70/19
fought [1]  83/13
found [7]  12/20 12/21
16/16 30/16 40/9 47/10
79/3
four [2]  48/9 85/19
frame [1]  64/14
frankly [2]  38/11 76/6
fraud [3]  53/20 53/22
57/21
fraudster [1]  53/21
freckled [1]  63/6
freckled-face [1]  63/6
freshen [1]  72/3
fret [1]  74/6
friend's [1]  63/23
friends [7]  7/6 61/8
63/15 68/11 71/24 72/2
74/9
frivolous [1]  82/2
front [3]  80/4 84/5
85/10
fuel [1]  83/7
Fugiel [1]  1/18
full [4]  21/3 69/14
79/20 88/21
fully [3]  14/25 21/5
50/1
fulsome [1]  8/17
fun [1]  82/2
function [4]  10/9 48/11

**F**

function... [2] 78/1 78/1
fundraising [5] 22/12 26/10 28/13 28/18 28/19
funds [9] 20/12 22/25 23/15 25/21 25/21 27/2 28/6 34/2 39/21
funny [1] 67/3
furniture [3] 13/8 44/23 44/23
further [11] 8/7 10/13 14/18 30/1 32/20 33/1 37/6 50/11 81/6 84/7 87/2
Furthermore [1] 20/21
future [12] 26/19 26/20 26/25 27/9 27/18 28/15 28/20 49/24 59/25 70/11 70/12 76/17
future-looking [1] 26/19

**G**

gains [3] 26/8 28/10 28/14
games [3] 67/19 67/20 67/25
gaping [1] 64/11
Gardener [1] 86/16
Gardner [1] 86/11
garner [1] 22/24
garnering [1] 22/25
gas [1] 85/8
gave [2] 45/25 46/25
Gavito [3] 2/8 3/13 19/20
geez [1] 50/4
general [3] 76/8 76/9 76/11
generation [1] 6/22
gently [1] 64/6
get [25] 6/23 13/10 17/10 17/21 35/20 39/22 46/23 48/5 48/6 48/17 49/11 49/24 50/18 50/19 50/25 51/8 59/15 64/23 64/23 70/8 71/17 72/12 77/18 83/3 85/11
gets [9] 15/12 31/25 32/6 36/18 39/2 46/17 48/8 48/8 49/18
getting [2] 41/6 44/8
Gibson [1] 7/18
gifts [1] 69/18
give [10] 6/19 6/20 6/25 12/10 60/17 60/18 62/24 65/24 66/17 69/13
given [10] 8/13 27/4 34/23 35/11 37/5 38/2 62/23 68/9 71/4 78/5
gives [1] 14/24
GiveSendGo [4] 22/13 23/20 25/12 28/6
glass [2] 43/16 44/14

glorify [1] 50/11
glorious [1] 50/10
gloves [1] 44/4
go [16] 4/1 12/4 14/25 35/9 35/20 38/17 42/2 48/4 53/17 57/20 71/22 73/15 75/6 81/13 81/15 81/16
go-between [1] 73/15
God [13] 66/2 67/3 69/11 69/13 69/15 70/18 70/24 71/3 72/17 73/25 74/4 74/13 80/7
God's [1] 68/24
goes [3] 25/9 45/17 73/21
going [22] 6/6 8/16 15/20 27/8 28/4 35/12 40/18 42/7 42/23 42/25 44/7 44/11 44/15 45/13 47/7 51/3 52/6 62/11 64/10 71/22 74/15 79/20
gone [4] 21/25 27/4 70/22 73/25
good [16] 3/5 3/7 3/16 3/18 5/20 42/2 52/10 61/5 63/2 63/25 67/10 67/11 72/16 72/16 73/21 91/4
gospel [1] 69/6
got [38] 17/6 23/22 34/17 35/22 37/19 44/4 44/21 44/22 44/23 45/2 46/4 46/17 50/4 50/5 51/17 51/19 51/20 55/21 56/21 56/22 62/7 64/25 65/12 66/7 66/19 66/25 68/16 69/17 69/18 71/2 71/5 72/11 79/25 81/14 81/14 82/1 84/7 85/16
gotten [1] 57/13
government [38] 1/13 3/11 5/13 5/13 10/17 11/4 11/15 15/6 15/12 20/10 20/13 22/3 22/7 23/2 23/8 24/18 25/1 25/4 25/24 27/22 28/21 29/9 29/22 32/19 32/25 33/24 36/10 39/21 42/3 54/25 55/4 73/2 75/3 79/24 84/12 84/14 85/17 89/14
government's [11] 4/14 14/7 22/6 22/6 27/1 28/24 29/6 29/20 30/21 47/23 54/19
grade [1] 62/5
gram [3] 18/25 37/14 38/13
grams [3] 36/15 36/21 37/14
grand [1] 65/6
grandpa [1] 73/1
grant [1] 29/19
grasp [1] 64/2

great [6] 52/3 52/13 53/13 53/14 74/1 74/4
greater [1] 75/13
greatest [2] 53/12 69/18
Grosshans [2] 1/18 3/10
grounds [4] 40/21 40/22 72/6
group [3] 15/23 41/11 70/14
grow [1] 71/15
growingly [1] 80/4
grown [1] 71/9
grudges [1] 61/14
guess [3] 23/15 35/12 36/9
guided [1] 84/22
guideline [16] 8/21 9/1 9/3 9/4 9/7 9/9 9/10 9/15 12/1 14/10 15/18 19/13 19/14 26/16 39/3 41/7
guidelines [20] 4/5 4/7 8/1 8/24 26/15 28/23 35/9 35/15 35/22 36/11 36/12 38/19 41/5 41/10 41/18 41/21 55/14 75/3 75/8 85/22
Guidelines Range [2] 35/15 35/22
guilt [2] 65/9 69/12
gumbo [1] 68/2
gun [1] 63/22
guy [6] 43/18 51/1 51/6 51/7 63/11 66/23
guys [5] 52/8 52/11 67/8 67/17 68/5

**H**

had [53] 4/3 5/1 12/11 12/22 13/17 33/20 41/14 43/18 44/9 44/14 44/15 44/22 48/19 48/21 54/8 57/1 62/5 62/6 62/15 62/17 62/20 63/8 63/9 63/25 63/25 64/5 66/9 66/13 66/14 66/17 67/6 68/2 68/2 68/5 68/6 68/9 68/13 68/19 69/4 69/15 70/8 70/16 71/3 71/21 72/8 72/13 73/13 81/8 82/25 83/1 85/6 85/7 86/15
hadn't [1] 69/25
half [3] 6/17 43/20 52/24
halting [2] 39/19 39/19
hand [5] 50/5 54/11 59/15 72/11 79/22
handed [2] 46/8 46/11
handgun [1] 17/15
handing [1] 86/12
hands [4] 46/14 46/24 48/17 85/5
hang [1] 20/22
happen [3] 44/18 49/21 59/25

great [6] ...
27/22 43/24 52/25 53/2 55/15 67/23 69/25 70/8 72/8 81/5
happening [3] 58/22 59/19 80/2
happens [3] 49/17 78/4 81/16
happy [8] 5/22 7/3 30/13 37/6 41/24 68/11 71/15 90/14
hard [7] 13/14 58/23 66/7 82/7 82/10 82/17 84/9
harm [3] 45/24 48/18 54/9
harmed [1] 85/4
harsh [1] 55/1
has [69] 4/3 5/1 5/3 5/14 10/11 10/21 10/24 11/14 11/15 15/6 15/13 15/22 17/21 17/25 18/2 20/11 21/5 21/15 21/25 22/3 22/17 23/20 24/6 24/11 24/12 24/18 24/22 24/24 25/15 25/24 28/21 29/9 29/14 30/1 30/14 30/16 36/10 37/6 41/20 49/9 51/14 55/4 55/9 56/11 57/23 57/25 58/11 58/15 58/18 59/9 61/18 61/20 62/23 67/4 67/6 70/23 73/25 74/1 74/1 76/4 76/11 76/12 76/20 76/20 78/22 78/25 79/6 85/17 90/15
hasn't [1] 33/20
hatchet [1] 66/23
have [90] 4/12 4/21 5/16 5/17 8/13 8/16 12/18 13/15 13/18 14/2 15/24 16/5 16/6 16/21 18/16 19/1 23/1 23/7 23/8 23/10 23/11 23/16 23/19 24/15 25/1 25/3 25/9 26/20 27/2 27/20 29/2 30/12 31/8 31/15 32/20 32/25 33/2 33/22 34/15 34/20 35/6 37/7 39/21 43/11 43/19 45/3 47/10 48/18 48/18 48/23 52/14 53/1 53/22 54/10 57/13 57/17 58/17 58/20 59/21 61/11 61/12 61/20 62/1 66/16 67/19 70/1 71/8 71/17 71/23 73/12 73/13 73/14 78/20 78/24 80/25 81/9 82/3 82/9 82/10 84/22 85/2 85/10 86/1 86/6 87/11 88/13 89/10 89/20 89/21 89/23
haven't [1] 33/23
having [8] 11/19 12/18 14/8 20/12 28/5 29/22 30/15 33/4

he said [3] 50/9 68/22 68/25
he'd [1] 64/20
he'll [1] 28/20
he's [37] 6/15 6/15 6/18 6/21 20/12 22/24 23/24 24/18 25/8 27/2 27/8 27/8 27/10 42/5 43/18 44/4 44/8 46/17 48/9 49/10 49/15 50/11 50/19 51/17 51/19 51/20 52/11 55/7 56/16 56/18 57/23 58/16 58/19 59/17 76/23 78/6 79/1
head [6] 13/18 14/3 48/9 63/23 64/20 85/14
headed [1] 56/8
heads [1] 37/21
heal [1] 71/15
healing [3] 69/1 69/14 70/17
health [2] 73/21 88/10
hear [12] 5/23 6/8 6/9 29/25 36/9 37/6 41/24 42/3 64/3 64/8 68/21 83/11
heard [13] 5/7 8/6 10/12 10/17 14/16 18/7 30/1 60/7 60/8 64/22 66/18 76/23 85/12
hearing [2] 4/23 31/23
hearsay [1] 31/11
heart [7] 61/14 65/18 66/5 67/23 73/3 74/5 82/18
heat [2] 64/12 72/13
heaved [1] 46/21
heavily [1] 56/1
heck [1] 52/15
held [1] 63/22
Hello [2] 5/24 5/25
helmet [3] 13/18 48/22 81/9
helped [1] 86/13
helpful [1] 42/12
helping [5] 45/25 50/25 59/18 59/18 73/18
her [8] 7/7 17/9 30/8 62/10 64/5 64/7 64/20 66/6
here [31] 3/19 5/14 7/2 7/7 7/20 8/12 8/20 10/4 11/23 12/15 14/13 15/4 15/6 15/12 16/12 16/18 22/5 25/6 25/23 33/22 53/24 61/16 74/9 76/3 79/11 82/8 82/22 83/4 84/5 84/9 84/12
hero [2] 63/20 65/11
Hester [1] 7/16
high [2] 76/10 77/20
highest [1] 41/15
him [31] 5/23 6/13 6/15 6/17 6/20 6/20 6/24 6/25 21/22 24/6 24/10

**H**

him... [20] 24/16 24/17
27/5 30/10 44/19 47/8
49/19 51/6 51/7 52/2
53/16 56/11 56/16 60/2
60/18 62/11 62/11
67/24 74/3 77/8
**himself [5]** 52/5 57/13
57/14 58/18 76/20
**his [83]** 6/14 6/16 6/18
16/15 17/23 20/14
21/11 21/12 21/13
24/19 26/10 28/16
28/18 31/15 33/21 34/1
34/5 35/1 42/9 42/14
42/15 43/2 43/11 43/12
43/13 45/18 48/7 48/13
48/17 48/22 48/22 49/8
49/9 49/15 49/17 50/3
50/8 50/14 50/17 50/20
51/8 51/8 51/9 51/12
54/1 54/2 54/5 54/11
54/14 55/24 55/25 56/1
56/10 56/16 56/18 57/9
57/11 57/16 59/8 59/16
64/2 68/14 68/14 68/14
70/7 76/24 76/25 77/1
77/5 77/6 77/6 77/10
77/12 77/12 78/10
78/11 78/16 78/22
78/23 78/25 85/8 90/12
90/13
**history [34]** 8/21 9/14
15/14 18/7 18/13 18/14
18/17 18/18 18/23 20/2
20/3 20/4 35/13 35/23
36/4 36/13 36/23 36/24
38/17 41/18 51/13 75/4
75/5 75/7 75/16 76/19
77/24 77/25 78/3 78/6
78/16 85/21 86/15
86/17
**hit [5]** 44/10 68/8 70/5
81/8 85/9
**hitting [1]** 50/24
**hold [2]** 61/14 70/15
**holds [1]** 61/14
**hole [2]** 64/14 66/5
**Holly [2]** 1/18 3/10
**holly.grosshans [1]**
1/21
**home [4]** 25/15 55/23
63/18 63/24
**homes [1]** 70/24
**honest [1]** 59/6
**Honor [88]** 3/7 3/21
3/22 5/3 5/17 5/24 7/5
8/8 10/14 10/18 14/18
14/20 18/8 19/16 20/7
20/8 20/17 20/21 21/10
21/23 22/11 23/17
23/19 24/1 24/5 25/3
25/8 29/3 29/10 29/18
30/3 31/10 32/2 32/8
32/23 33/7 34/12 35/25
36/6 37/8 37/9 37/25
42/4 43/5 43/15 44/1
44/4 44/10 45/11 45/15

47/15 48/3 48/15 49/7
49/21 50/15 50/25
51/13 51/25 52/20
53/24 54/5 54/14 54/17
54/22 55/7 56/14 56/21
56/24 57/18 58/21 59/7
59/20 60/5 60/10 61/4
61/5 61/22 74/13 90/8
90/18 90/23 91/1 91/2
**HONORABLE [2]** 1/10
3/3
**hoodlum [1]** 63/15
**hope [4]** 6/24 50/5
67/14 73/7
**horrible [1]** 50/12
**horrifying [1]** 47/10
**hospital [1]** 65/4
**hotel [1]** 72/3
**hours [6]** 43/20 71/8
71/21 82/22 83/13
83/13
**House [3]** 17/10 17/12
17/22
**housing [5]** 31/23
31/23 32/11 32/12 68/1
**Houston [5]** 70/24 71/1
71/7 73/6 73/8
**Houston's [1]** 71/3
**how [23]** 3/24 5/25
8/21 15/12 22/17 23/2
24/14 24/17 25/7 31/20
37/11 44/5 49/18 56/11
56/11 57/8 60/12 62/21
63/2 63/7 65/21 78/16
84/15
**however [6]** 12/1 40/25
54/17 56/3 58/17 67/2
**hug [1]** 51/6
**huge [1]** 62/7
**huh [1]** 34/2
**human [1]** 56/12
**hurdling [1]** 39/12
**hurled [4]** 13/2 13/5
14/5 14/6
**hurling [1]** 13/16
**hurt [5]** 48/18 50/5
62/18 62/18 81/4
**hurts [1]** 73/3

**I**

**I am [4]** 15/20 71/19
73/14 80/23
**I believe [9]** 8/14 8/15
16/6 55/3 59/13 72/17
73/21 75/2 82/9
**I can [4]** 33/11 35/3
61/24 71/18
**I can't [1]** 61/24
**I couldn't [1]** 70/8
**I did [6]** 4/22 64/10
69/8 72/10 72/12 73/9
**I didn't [3]** 17/1 70/21
83/11
**I don't [29]** 6/10 11/1
12/1 13/13 15/1 16/17
18/3 26/9 27/6 27/20
27/21 28/12 31/25 43/6

62/7 64/15 73/19 78/6
78/13 80/8 80/8 81/18
82/14 82/17 90/11
**I guess [2]** 35/12 36/9
**I had [1]** 69/4
**I have [15]** 4/12 8/13
16/5 16/21 25/3 27/2
31/15 33/22 37/7 61/11
66/16 73/12 73/14
82/10 85/2
**I haven't [1]** 33/23
**I hope [2]** 50/5 73/7
**I just [4]** 6/19 6/24
28/21 74/16
**I know [11]** 6/15 7/8
29/13 31/25 46/7 46/10
59/6 60/20 61/23 70/4
82/18
**I left [1]** 70/25
**I mean [8]** 6/11 20/25
22/3 23/8 31/19 34/16
83/16 84/16
**I recall [2]** 18/14 63/5
**I should [2]** 4/21 39/1
**I think [26]** 8/25 9/14
11/10 12/16 13/22 17/2
18/9 18/12 18/13 19/10
21/3 26/18 27/17 29/3
38/11 42/11 53/1 57/21
58/13 59/7 59/16 59/24
76/4 78/8 78/14 79/2
**I thought [5]** 50/6
63/10 63/11 69/22
69/25
**I told [1]** 64/20
**I understand [8]** 5/6
10/20 21/18 22/2 32/8
38/4 58/5 61/12
**I want [3]** 51/3 61/13
85/23
**I wanted [1]** 29/21
**I was [27]** 50/6 62/3
62/14 62/14 62/18
62/19 63/5 63/17 64/17
66/1 66/3 66/6 66/8
66/13 67/2 67/10 68/9
68/18 69/19 69/23
69/23 70/18 70/19
70/19 71/1 72/16 73/4
**I will [13]** 10/4 14/13
17/1 34/23 34/25 37/12
73/6 73/22 74/16 88/9
88/9 89/5 90/17
**I would [1]** 58/20
**I'd [3]** 29/25 37/6 66/10
**I'll [23]** 4/1 4/2 4/7 6/23
6/23 8/20 10/5 29/19
33/25 34/7 35/19 35/20
36/6 36/9 41/20 41/24
42/3 57/20 68/22 68/25
75/6 76/15 82/20
**I'm [57]** 5/6 5/22 6/1
6/4 6/6 7/3 7/8 8/16
14/21 14/25 15/22 18/2
22/9 27/9 27/11 27/12
28/2 28/4 28/8 30/12
32/4 34/17 34/20 37/10

46/9 49/22 55/9 57/12
59/4 59/4 59/5 61/7
62/11 62/22 62/23 63/8
64/10 64/23 64/23
71/13 71/15 71/16 73/4
73/12 74/15 79/11
79/19 81/2 82/1 84/21
86/10 90/11 90/14
**I'm going [4]** 6/6 44/11
44/15 64/10
**I'm just [2]** 5/6 59/5
**I'm not [7]** 32/4 34/20
37/10 40/18 49/22
57/12 59/4
**I'm not sure [1]** 22/9
**I'm sorry [3]** 46/9 59/4
90/11
**I'm sure [1]** 14/21
**I've [22]** 4/1 4/10 4/17
4/19 4/23 4/24 10/3
16/1 18/4 18/16 19/24
28/3 34/17 35/21 52/24
55/2 58/10 71/24 75/9
76/23 78/2 82/20
**idea [2]** 50/1 52/10
**identified [6]** 20/1 22/3
22/5 31/6 31/21 34/4
**identify [3]** 7/3 7/11
14/8
**identity [2]** 63/8 69/13
**II [1]** 72/25
**III [1]** 18/14
**Ikea [1]** 81/7
**ill [1]** 61/11
**ill-will [1]** 61/11
**illegally [2]** 26/8 28/10
28/14
**illuminate [1]** 36/25
**image [1]** 49/9
**imagery [2]** 80/15 81/5
**images [2]** 22/9 23/24
**imagine [1]** 13/14
**immature [2]** 62/21
63/11
**immediate [1]** 11/22
**immediately [2]** 13/9
79/25 88/16
**impact [4]** 4/16 5/14
5/17 10/24
**impacted [2]** 56/11
70/10
**impeding [2]** 11/9 40/4
**important [9]** 11/12
17/5 17/6 54/1 54/17
54/22 59/7 79/9 84/22
**importantly [5]** 9/9
9/16 17/8 66/1 86/15
**impose [6]** 27/15 75/12
84/18 84/20 88/9 88/14
**imposed [4]** 33/3 52/5
75/18 87/12
**imposes [1]** 58/17
**imposing [1]** 28/20
**inaccurate [2]** 57/25
78/8
**inappropriate [2]** 56/2
59/24

**incarceral [1]** 76/3
**incarcerated [9]** 20/12
29/25 30/15 60/2 61/20
63/17 82/23 83/20 90/9
**incarceration [1]** 21/13
**inch [1]** 68/15
**incident [5]** 33/14 34/6
59/10 72/22 77/5
**incidents [1]** 51/15
**inclined [1]** 45/23
**include [4]** 9/13 26/6
28/8 87/14
**included [3]** 4/19 10/1
77/20
**includes [1]** 88/24
**including [6]** 9/11 9/25
16/1 17/8 39/13 89/23
**income [2]** 26/7 26/14
28/9 28/16
**incorporation [1]** 10/6
**increase [2]** 15/10
16/20
**increased [1]** 15/9
**increases [2]** 40/17
76/13
**increasing [2]** 16/8
16/9
**incremental [1]** 76/12
**indeed [1]** 53/9
**indicate [1]** 34/4
**indicated [1]** 22/20
**indicates [3]** 9/7 30/25
37/17
**indicating [1]** 59/14
**indication [1]** 23/22
**indicative [1]** 23/9
**individual [6]** 16/7
16/14 16/15 16/18
46/14 46/18
**individuals [2]** 33/3
85/6
**indulgence [1]** 42/11
**ineffective [1]** 89/25
**inference [1]** 19/11
**influence [1]** 78/23
**influenced [1]** 79/7
**information [14]** 19/2
21/1 21/2 23/16 30/2
32/20 33/1 33/2 33/9
34/20 37/7 88/2 88/4
88/5
**informed [1]** 32/9
**initial [1]** 38/12
**initiated [2]** 31/12
32/15
**injured [1]** 14/9
**injury [12]** 11/17 12/11
13/4 13/19 14/1 14/7
14/11 16/16 39/6 39/11
39/15 85/12
**inkling [1]** 71/22
**inmate [7]** 30/7 30/7
30/24 30/24 31/1 31/3
59/15
**inmates [6]** 30/5 30/25
31/4 31/5 67/11 67/25
**inner [1]** 71/7
**inside [2]** 13/3 13/8

**I**

inside... [4]  17/6 17/7 44/21 68/17
insight [1]  62/24
installation [1]  43/2
instant [2]  69/1 69/2
instead [4]  20/4 54/11 80/5 83/23
institutional [1]  34/8
institutions [1]  84/2
intact [1]  44/10
intend [1]  21/19
intended [7]  9/5 9/19 15/8 42/15 42/17 54/8 70/18
intent [7]  37/4 38/24 41/1 42/14 42/19 72/14 79/12
interest [1]  24/12
interests [1]  56/18
interference [2]  39/17 39/25
internal [1]  32/5
interpretation [2]  9/20 9/21
interrupt [2]  57/7 60/11
intervened [1]  64/1
intimidation [1]  42/16
introductions [1]  7/23
investigated [1]  32/17
investigation [12]  4/4 4/12 5/2 18/19 18/22 30/9 30/12 31/12 31/19 31/21 87/11 88/23
investigator [2]  30/22 31/6
involved [9]  15/8 16/11 16/11 29/24 31/4 33/15 41/4 52/5 56/1
involvement [1]  34/24
involving [4]  10/9 51/15 59/11 78/12
is [266]
is that right [1]  5/7
is there [2]  4/21 90/5
issue [8]  8/6 18/6 18/10 18/13 29/21 34/11 69/23 75/10
issues [2]  20/19 89/8
it [222]
it would be [2]  57/25 59/24
it's [56]  6/3 13/14 14/10 15/21 18/3 18/13 21/15 22/17 22/20 23/14 25/9 25/25 25/25 26/1 26/12 27/4 27/6 27/7 28/19 29/6 30/3 37/13 42/14 46/3 46/4 46/4 48/2 48/14 49/20 51/5 53/20 54/17 55/22 55/25 57/3 57/21 60/14 60/20 61/23 61/24 65/19 71/23 78/1 79/6 79/7 79/25 81/11 81/13 82/7 82/17 84/9 84/10 85/1

**items [5]**  13/21 24/15 45/13 46/2 47/25
**its [4]**  9/4 29/22 70/12 89/23
**itself [4]**  15/7 16/3 17/23 81/12
**IV [6]**  20/4 35/13 35/23 36/23 38/17 41/18

**J**

**J6 [5]**  22/15 23/25 25/8 25/14 73/14
**jail [4]**  52/2 63/21 73/15 83/20
**January [30]**  30/16 30/17 42/6 42/20 46/19 49/20 50/3 52/12 52/18 52/25 53/25 54/18 55/1 55/2 55/13 55/15 56/15 59/23 61/19 71/20 72/9 72/15 73/19 79/5 79/17 79/17 79/19 80/22 82/4 82/13
**January 6 [1]**  52/12
**January 6th [20]**  30/16 30/17 42/6 42/20 46/19 49/20 50/3 52/18 53/25 55/2 55/15 56/15 59/23 71/20 72/9 72/15 73/19 79/17 80/22 82/13
**jarring [1]**  37/12
**Jasari [2]**  2/2 2/3
**javelin [4]**  13/23 13/25 48/21 81/10
**JENKINS [80]**  1/6 3/9 3/18 4/3 5/1 7/3 12/18 13/10 13/15 13/24 14/4 16/12 17/5 17/19 19/3 20/4 20/12 20/21 21/7 21/11 21/19 21/24 21/25 23/21 25/14 25/21 27/19 28/5 29/23 31/6 31/13 31/14 32/9 32/15 32/21 33/12 34/15 34/22 37/25 38/9 39/9 39/23 40/8 42/4 53/11 53/25 54/23 54/23 55/6 55/25 55/23 56/6 56/10 56/25 57/23 58/13 58/23 59/8 59/11 60/1 60/7 60/8 61/3 62/3 74/14 76/15 76/17 76/20 76/20 76/24 77/7 77/20 78/15 78/20 80/22 82/7 82/15 85/3 89/7 91/4
**Jenkins' [19]**  5/7 5/22 7/7 15/16 18/6 20/18 21/14 21/16 34/9 34/24 41/23 55/16 56/4 56/5 59/22 75/6 77/25 78/2 84/25
**jerked [1]**  62/15
**Jesus [4]**  66/25 67/23 68/20 69/8
**job [6]**  44/19 51/1 61/12 84/18 84/19

**Joe [2]**  53/6 58/1
**Joe Biden [2]**  53/6 58/1
**joy [1]**  74/7
**JUDGE [5]**  1/10 16/6 16/10 35/10 61/9
**Judge Kelly [1]**  16/6
**Judge Kelly's [1]**  16/10
**Judge Mehta [1]**  61/9
**Judge's [1]**  55/8
**judgment [2]**  89/13 90/16
**judicial [1]**  10/9
**July [4]**  30/4 30/25 34/9 71/2
**July 10th [1]**  30/25
**jumps [2]**  15/14 16/3
**juries [1]**  84/5
**jurisdiction [2]**  89/5 89/6
**jurors [1]**  74/11
**jury [5]**  12/19 12/21 16/16 40/8 65/6
**just [72]**  3/24 4/1 4/10 4/25 5/6 5/12 6/2 6/10 6/19 6/24 8/20 12/16 14/23 15/4 17/1 18/4 18/9 19/8 21/17 22/1 22/7 23/4 23/9 25/3 25/23 28/3 28/21 30/20 31/17 34/1 34/7 34/18 35/10 35/13 35/20 36/25 37/22 38/17 41/20 42/12 42/22 44/12 44/13 46/15 47/9 47/22 48/15 49/2 49/5 49/11 49/24 57/17 59/20 60/21 62/20 63/3 68/6 69/4 69/16 74/16 75/2 75/19 75/25 76/2 78/1 78/2 79/23 83/24 84/9 84/20 90/15 90/18
**justice [6]**  8/3 9/2 9/18 10/8 39/8 76/21
**justified [1]**  49/13
**juvenile [1]**  77/4

**K**

**keep [5]**  6/6 21/20 51/6 60/2 73/16
**Keeper [1]**  8/18
**Keepers [3]**  8/14 8/15 16/2
**Kelly [1]**  16/6
**Kelly's [1]**  16/10
**kept [1]**  62/11
**kicked [2]**  64/9 67/18
**kid [1]**  63/6
**kids [1]**  71/6
**kill [3]**  64/1 64/10 65/12
**killed [1]**  65/13
**kind [6]**  17/19 27/23 29/24 43/18 78/13 78/13
**kinds [1]**  75/22

**King [4]** [1]  67/7
**Kings [1]**  69/5
**kitchen [1]**  64/18
**knew [2]**  66/10 69/1
**knives [1]**  79/19
**knob [1]**  64/6
**know [67]**  6/13 6/15 6/18 6/23 7/4 7/8 12/21 12/22 13/17 18/1 23/2 25/5 25/7 25/20 27/3 27/6 27/11 27/14 27/17 27/21 28/12 28/18 29/13 31/25 31/25 32/6 34/17 37/2 37/13 37/15 46/10 47/15 50/4 50/5 50/5 50/6 52/9 58/9 59/3 59/6 60/14 60/20 61/13 61/23 70/4 73/19 76/9 77/16 77/25 78/20 79/6 79/15 80/8 80/8 80/15 81/18 81/20 82/14 82/17 82/18 83/17 84/17 90/11
**knowing [1]**  11/19
**knowledge [1]**  17/24
**knows [4]**  6/3 27/22 45/6 82/23
**Korean [1]**  73/1
**Kyle's [1]**  4/16

**L**

**labeled [1]**  73/1
**lack [3]**  49/8 50/17 86/18
**laid [2]**  68/13 85/4
**lamp [1]**  45/11
**largely [2]**  28/5 78/3
**larger [1]**  38/3
**last [3]**  6/21 6/21 29/21
**late [1]**  60/20
**later [4]**  62/13 64/3 81/21 82/4
**latter [1]**  26/9
**law [11]**  11/20 12/12 12/19 14/11 17/15 26/3 26/18 37/1 75/19 76/2 84/21
**lawyer [1]**  79/6
**lawyers [1]**  57/4
**lay [1]**  64/2
**lays [1]**  55/12
**lead [2]**  65/19 71/5
**leader [2]**  72/17 73/14
**leaders [2]**  53/4 53/4
**learn [1]**  69/13
**learned [1]**  80/6
**learning [1]**  76/25
**least [21]**  8/17 9/20 11/10 12/5 13/1 13/4 13/6 23/10 24/15 24/19 27/19 30/22 31/8 31/22 34/14 57/15 63/10 78/15 80/2 87/17 87/19
**leave [4]**  63/25 68/22 68/25 81/23
**led [1]**  61/25
**ledge [1]**  47/8 47/18

**King [7]**  13/9 27/6 30/10 64/13 70/25 79/24 80/7
**leg [4]**  46/2 46/3 46/12 86/13
**legal [4]**  21/5 22/21 57/3 57/4
**length [2]**  60/10 60/12
**lengthy [3]**  6/20 6/22 77/21
**less [4]**  11/12 15/10 37/14 40/16
**lesser [1]**  15/25
**let [20]**  3/24 4/10 5/12 5/13 8/13 10/5 15/20 20/15 22/1 22/7 25/23 30/20 31/17 32/19 38/17 60/11 66/10 75/2 75/25 76/19
**let's [9]**  5/5 7/25 20/10 22/1 22/4 29/1 60/16 66/10
**letters [6]**  4/19 56/5 59/9 59/21 78/24 82/9
**level [26]**  11/3 14/14 15/10 16/4 16/9 16/20 17/1 35/22 38/19 39/5 39/16 40/3 40/6 40/12 40/13 40/16 40/22 40/23 40/24 41/4 41/15 41/17 45/21 48/7 50/21 51/10
**levels [7]**  15/9 20/1 38/21 39/8 40/6 40/10 40/15
**Levo [1]**  90/10
**liable [1]**  49/15
**lie [6]**  53/14 56/22 57/16 58/2 62/20 83/7
**lied [1]**  62/18
**lies [5]**  53/3 53/12 55/12 59/2 79/7
**life [27]**  61/25 62/1 62/4 62/19 62/20 62/22 62/24 63/13 64/6 65/10 65/21 65/23 66/1 66/7 66/13 66/24 67/4 68/14 69/10 69/25 70/5 70/11 71/4 71/21 73/18 77/6 78/20
**lifelong [1]**  69/3
**lift [1]**  74/3
**light [4]**  37/18 50/17 50/18 64/21
**lighter [2]**  69/17 69/17
**lightly [1]**  49/20
**like [49]**  5/7 5/9 5/22 6/10 6/19 7/3 7/8 7/9 7/10 7/11 7/23 13/23 13/23 15/1 24/21 25/11 29/25 30/23 30/23 33/23 34/10 34/16 35/3 35/8 43/19 46/4 46/24 48/20 48/21 50/4 50/16 51/4 53/11 54/12 60/7 60/8 60/9 63/3 63/4 63/5 64/11 67/3 70/5 70/6 71/20 72/9 81/10 85/14 90/5

## L

likely [2]  26/17 38/14
liken [1]  69/14
likewise [1]  33/7
limitations [1]  89/23
limited [1]  52/1
line [7]  13/25 19/13
35/20 46/16 68/6 81/20
85/10
lined [1]  68/4
listened [1]  64/7
literally [1]  80/13
little [3]  37/12 43/18
63/6
live [1]  65/21
lived [1]  65/10
lives [3]  68/14 68/15
78/23
LLP [1]  2/3
local [1]  87/15
locked [1]  64/6
logos [1]  50/14
long [10]  6/19 39/20
48/20 53/21 60/12
61/18 66/8 70/9 73/21
78/4
longer [4]  8/13 33/16
70/19 70/22
look [6]  19/7 27/7
33/25 34/14 45/12
56/17
looked [3]  13/23 64/11
84/8
looking [8]  23/4 26/19
45/6 63/5 66/4 66/4
67/2 67/3
looks [7]  8/21 30/23
30/23 47/19 55/25 56/3
56/5
lord [3]  45/6 69/8 74/7
lord-knows-what [1]
45/6
losing [1]  43/3
lost [1]  57/25
lot [4]  22/25 44/24
58/25 78/4
lots [1]  44/18
loud [1]  64/4
loudly [1]  17/11
love [8]  25/13 61/17
62/23 63/3 67/4 67/20
68/18 73/4
loved [1]  61/8
low [1]  37/5
Lower [1]  79/23
LRM [1]  1/14
luck [1]  91/4

## M

made [15]  9/4 30/7
34/9 42/19 42/20 43/15
45/19 46/14 46/21
59/13 59/22 66/13 72/5
79/1 83/25
magnitude [1]  28/21
maintain [2]  53/3 89/6
major [1]  65/20
make [18]  7/23 22/2

34/14 37/20 50/13 56/8
66/4 70/12 78/18 80/12
82/3 82/15 87/21 90/15
makes [3]  38/8 38/9
79/4
makeshift [1]  44/24
45/19 46/1
making [1]  78/21
malicious [1]  72/13
mall [1]  64/12
man [10]  63/10 63/19
65/10 65/13 66/8 71/9
71/12 73/20 78/5 82/5
man's [2]  65/10 82/17
mandatory [2]  87/8
87/14
maniac [1]  73/5
manner [3]  11/16
13/24 14/4
many [5]  43/6 43/6
53/8 53/11 77/9
Marc [1]  6/4
marginally [1]  76/12
marked [2]  56/4 56/6
marketing [1]  58/19
married [1]  63/19
marry [1]  12/1
mask [1]  85/8
Master [1]  69/5
material [1]  10/24
materials [1]  13/12
matter [3]  31/12 55/5
92/4
matters [2]  4/5 8/1
may [14]  12/4 18/1
23/13 25/3 26/10 26/11
28/13 52/23 57/12 74/2
78/9 88/4 89/16 89/17
maybe [4]  24/16 37/16
50/6 82/16
McCaughey [1]  85/14
me [93]
mean [14]  6/11 6/23
20/25 21/3 22/3 23/8
31/19 33/17 34/7 34/16
83/16 84/1 84/2 84/16
meaningful [1]  78/22
means [3]  41/14 45/24
89/6
mechanical [1]  2/14
mechanism [1]  58/6
media [5]  50/10 53/4
53/13 58/7 82/6
medical [1]  75/22
MEHTA [3]  1/10 3/4
61/9
member [5]  17/15
56/13 71/3 73/11 73/12
members [4]  17/11
17/22 42/16 54/12
memo [1]  22/6
memorandum [7]  4/14
4/18 8/10 14/21 29/22
46/14 51/14
men [2]  53/18 73/14
mended [1]  68/23
mental [2]  73/21 88/10

mentality [1]  66/20
mention [2]  25/11
67/23
mentioned [3]  4/22
29/22 70/23
mentors [1]  6/14
merch [1]  50/13
merchandise [2]  21/21
22/16
mercy [1]  70/13
mere [1]  71/20
Merit [1]  2/10
mess [1]  66/13
message [3]  69/6 82/1
82/3
messages [1]  42/15
messed [1]  65/23
met [1]  73/16
metal [5]  43/8 43/22
46/4 70/7 83/2
meth [1]  37/15
microphone [1]  6/5
might [3]  42/11 59/25
67/19
mind [2]  17/24 69/23
mine [1]  67/4
minimize [1]  54/2
78/13
ministry [8]  67/9 67/12
67/13 67/14 70/23
71/13 73/7 79/2
minute [2]  69/22 71/9
minutes [7]  5/9 6/13
60/15 60/21 74/16 80/3
81/21
miraculous [1]  55/24
misdemeanor [4]
36/20 41/9 77/18 77/22
misrepresent [1]  37/10
mob [3]  47/7 56/22
83/13
mom [9]  62/5 62/10
62/12 62/13 63/18
63/22 63/25 64/18 66/6
mom's [1]  64/4
moment [7]  25/3 57/7
60/12 68/8 70/16 72/13
74/2
momentarily [1]  35/21
75/7 76/15
money [15]  20/18
21/17 21/24 22/21
22/25 24/6 24/8 24/9
24/24 25/9 27/8 27/9
27/21 27/22 50/13
month [2]  66/24 90/19
months [15]  35/23
35/24 41/19 61/19
61/19 69/19 75/8 85/15
85/18 85/21 86/14
86/23 86/24 86/25 87/2
moonlight [1]  64/21
more [29]  8/17 10/3
10/5 13/2 14/25 18/25
26/19 29/25 30/17
32/17 37/14 37/16
38/10 38/14 44/14
44/15 46/25 55/9 65/2

79/17 80/4 80/5 81/13
84/1 84/2 84/13
morning [1]  3/25
most [7]  17/5 17/8 47/9
50/9 66/1 82/5 84/21
mostly [1]  71/7
mother [3]  30/8 63/1
64/8
mother's [2]  64/5 77/6
motherfucker [2]
64/10 64/24
motion [2]  89/24 89/24
motivated [1]  11/5
45/7
motives [1]  53/5
move [1]  73/6
moved [3]  31/22 32/10
63/18
moving [1]  58/24
Mr [2]  21/19 86/16
Mr. [112]
Mr. Boyle [13]  3/23 4/2
4/25 7/2 10/12 14/19
20/15 23/9 24/4 29/2
52/22 57/6 60/6
Mr. Douyon [1]  90/15
Mr. Gardner [1]  86/11
Mr. Head [1]  85/14
Mr. Jenkins [70]  3/18
4/3 5/1 7/3 12/18 13/10
13/15 13/24 14/4 16/12
17/5 17/19 19/3 20/4
20/12 20/21 21/7 21/11
21/24 21/25 25/21
27/19 28/5 29/23 31/6
31/13 31/14 32/9 32/15
32/21 33/12 34/15
34/22 37/25 38/9 39/9
39/23 40/8 42/4 54/23
54/23 55/22 56/6 56/10
56/25 57/23 58/13
58/23 59/8 59/11 60/1
60/7 60/8 61/3 74/14
76/15 76/17 76/20
76/20 76/24 77/7 77/20
78/15 78/20 80/22 82/7
82/15 85/3 89/7 91/4
Mr. Jenkins' [18]  5/7
5/22 7/7 15/16 18/6
20/18 21/14 21/16 34/9
34/24 41/23 56/4 56/5
59/22 75/6 77/25 78/2
84/25
Mr. McCaughey [1]
85/14
Mr. Schwartz [3]  85/17
85/18 85/19
Mr. Vanwinkle [2]  6/5
7/1
Mr. Webster [2]  85/7
85/16
Ms. [3]  17/4 17/18
19/20
Ms. Gavito [1]  19/20
Ms. Southard-Rumsey
[1]  17/18
Ms.
Southard-Rumsey's
[1]  17/4

much [12]  22/17 25/8
27/20 38/3 46/24 54/18
55/9 57/8 61/16 78/10
78/11 91/3
multiple [4]  39/12
77/11 77/13 85/20
mundane [1]  62/4
murder [1]  65/4
murderer [1]  65/13
musical [1]  69/6
must [8]  75/11 75/15
87/16 87/17 87/20
87/21 88/1 89/12
my [115]
myself [6]  57/19 59/1
64/5 65/15 66/16 70/15

## N

name [5]  6/2 16/22
21/17 34/15 67/13
named [2]  30/7 63/19
namely [1]  44/14
names [3]  7/8 7/9 7/12
narcotics [2]  78/12
78/12
nasty [2]  43/8 46/3
nation [1]  73/5
nation's [1]  53/13
nature [3]  36/25 59/23
75/15
nearby [1]  33/4
necessarily [1]  12/2
necessary [3]  15/2
35/17 75/13
need [11]  4/6 6/11 26/8
28/10 58/3 60/16 70/21
72/21 75/17 75/23
76/16
needed [2]  63/24 75/21
needs [2]  66/17 73/16
neglected [1]  66/17
never [19]  6/23 6/23
21/15 32/9 32/24 33/12
50/15 53/1 53/23 54/8
57/22 64/8 68/22 68/25
69/1 70/7 71/22 72/13
72/14
nevertheless [2]  39/24
54/14
new [2]  67/6 71/4
next [1]  18/6
nice [2]  44/22 44/22
Nicky [1]  7/15
Nicole [1]  7/14
niece [1]  7/7
night [2]  63/24 64/3
71/5
nightmares [1]  65/9
nights [1]  71/12
nine [2]  37/15 48/16
Nixon [1]  66/23
no [54]  1/4 3/8 10/24
15/3 17/21 20/7 20/8
20/20 23/25 24/11
24/11 24/24 25/7 25/9
29/16 29/18 31/12
31/13 32/3 32/18 33/2
33/9 33/16 33/22 34/12

**N**

no... [29] 34/20 37/7 38/4 45/8 50/8 51/2 51/3 51/3 56/19 61/11 61/14 61/14 65/6 65/21 70/2 70/19 73/23 73/23 73/23 74/5 74/5 76/21 78/18 82/4 83/5 84/17 86/15 91/1 91/2

no-billed [1] 65/6
nobody [1] 8/5
nonjudicial [1] 8/5
normal [1] 70/1
norms [1] 84/2
north [1] 21/5
not [119]
note [6] 5/6 18/3 31/10 34/7 35/13 41/20
noted [1] 72/10
notes [1] 16/5
nothing [9] 4/23 8/7 8/10 14/18 67/6 67/6 73/23 82/25 84/6
notice [2] 89/12 89/14
noticed [1] 47/16
notification [1] 33/13
notify [1] 88/19
notion [2] 83/6 84/4
notwithstanding [1] 79/3
now [15] 3/3 3/4 5/6 5/12 9/9 11/12 16/21 31/25 37/16 50/11 55/2 58/1 68/24 76/23 79/11
numb [1] 65/16
number [10] 4/4 7/5 13/21 14/3 19/13 21/4 77/16 78/1 81/12 82/20
numbers [3] 19/8 23/3 27/4
NW [2] 1/19 2/12

**O**

Oath [4] 8/14 8/15 8/18 16/2
object [4] 11/25 14/5 48/15 83/2
objected [1] 10/11
objection [1] 29/16
objections [3] 20/6 25/17 90/6
objectives [1] 75/14
objects [8] 13/1 14/5 39/12 39/12 40/8 40/9 51/9 81/22
obligation [1] 88/20
obligations [1] 88/15
observation [1] 38/12
obstruct [1] 39/7
obstruction [2] 9/22 11/25
obstructive [2] 9/24 9/25
obtained [2] 26/8 28/14
obtaining [1] 28/14
obvious [4] 53/1 53/9 53/22 56/1

occurred [6] 19/3 19/21 55/13 57/24 77/17 78/2
October [2] 1/5 92/7
off [8] 19/8 21/8 25/4 26/10 64/20 83/13 83/18 85/8
offender [1] 42/5
offenders [2] 42/6 52/18
offense [46] 9/22 10/22 10/23 11/5 11/21 12/3 12/4 12/13 12/25 15/8 15/10 18/23 19/8 19/24 20/14 26/9 28/11 28/14 34/22 35/22 36/17 36/17 37/18 38/15 38/19 39/1 39/2 39/5 39/11 40/3 40/5 40/12 40/13 40/16 40/22 40/25 41/3 41/13 41/15 41/17 52/3 75/16 75/18 75/20 76/1 78/14
offenses [21] 9/6 9/24 10/21 10/24 19/3 19/5 19/6 19/21 19/22 19/22 22/24 36/13 37/1 37/3 37/5 38/1 51/23 54/1 77/11 77/16 78/11
offensive [1] 43/8
offer [1] 56/23
offhand [1] 29/5
office [10] 3/13 44/22 45/11 87/9 88/4 88/5 88/12 88/22 88/24 89/2
Office's [1] 4/13
officer [21] 2/8 11/4 11/20 11/21 11/24 12/12 12/13 12/19 14/2 14/8 14/11 17/9 25/17 46/17 47/17 72/10 81/8 85/6 85/8 86/14 88/1
officers [27] 11/9 12/22 12/23 12/24 13/3 13/6 13/17 17/8 30/10 39/14 40/5 45/24 46/16 48/22 51/24 54/4 54/9 54/9 54/21 80/3 81/4 83/4 83/12 83/18 85/4 85/11 85/19
offices [1] 45/5
official [16] 2/11 9/11 9/13 10/2 10/9 10/10 10/20 11/11 11/13 11/25 12/6 12/13 16/17 34/21 40/1 40/11
oh [1] 50/4
okay [33] 4/9 4/23 5/4 5/11 7/21 7/24 10/10 10/16 10/19 18/4 20/5 23/5 24/2 24/7 24/25 25/19 29/12 29/15 29/21 30/19 32/25 33/6 33/10 33/20 34/10 34/13 35/2 35/7 36/8 38/8 38/16 42/1 60/16
Oklahoma [1] 90/10

**sent** [40] 2/6 5/15 76/23
omelet [1] 82/3
ominous [1] 64/22
once [2] 10/5 79/25
one [58] 5/18 6/21 8/21 9/18 13/5 13/17 15/21 15/23 16/6 16/19 16/21 18/25 19/8 22/10 23/10 23/20 23/21 23/23 24/3 24/5 25/12 25/15 26/10 26/21 27/3 29/22 30/4 31/1 31/7 35/10 37/22 38/2 38/13 39/23 42/6 46/20 48/15 48/21 49/3 52/11 52/17 55/3 55/15 55/20 55/25 56/3 56/4 57/9 57/14 61/19 63/22 63/24 66/15 67/20 68/15 69/18 71/4 78/18 79/6 80/18 80/21 86/10 86/12 87/18 89/18
one-inch [1] 68/15
ones [2] 6/22 61/8
only [14] 16/6 17/25 18/1 23/16 23/22 33/11 43/15 55/16 56/21 64/21 66/14 83/25 86/7 86/10
open [1] 67/23
opening [1] 45/12
operating [1] 27/12
Operation [1] 25/13
opportunity [4] 4/3 5/1 61/6 63/9
options [1] 87/10
order [2] 39/7 88/25
ordered [1] 87/5
original [1] 32/12
other [50] 4/6 5/18 5/19 7/22 10/4 12/2 14/5 15/18 16/21 17/15 17/17 17/20 18/1 19/22 20/19 21/6 21/14 24/11 28/18 29/13 31/1 31/3 33/4 39/13 41/13 42/15 42/23 44/17 44/19 45/3 45/5 46/2 47/2 52/8 52/12 54/12 54/19 54/20 54/20 54/21 54/24 56/2 57/19 80/16 80/17 83/5 84/10 84/17 86/10 88/8
others [11] 7/2 13/10 18/1 21/22 26/6 39/18 56/18 80/23 83/23 84/24 86/6
otherwise [3] 11/19 23/10 25/2
our [24] 6/22 6/22 8/9 10/14 14/21 14/25 20/17 21/10 25/17 30/3 30/14 32/9 33/14 42/4 42/5 46/13 51/14 52/17 67/18 68/1 72/5 72/5 73/16 79/9
ourselves [1] 68/1

37/20 43/1 44/20 45/10 45/14 45/24 46/4 46/8 46/11 46/18 46/21 50/4 52/6 54/8 56/17 58/6 58/7 58/22 59/15 62/15 63/21 66/3 66/10 67/3 67/15 67/19 70/25 71/2 72/11 73/5 76/11 79/25 80/12 81/3 81/4 83/1 85/13 86/12

outcome [1] 32/22
outfit [1] 46/15
outside [1] 68/4
over [6] 15/1 48/4 49/10 68/2 77/12 89/6
overall [1] 78/14
overcome [3] 59/3 68/18 79/8
overstate [2] 54/18 78/9
overstating [1] 41/23
own [10] 24/23 45/19 50/8 53/5 57/16 63/1 68/14 74/5 77/1 77/6
ownership [1] 24/12

**P**

p.m [6] 1/6 60/25 60/25 74/21 74/21 91/7
page [5] 14/21 24/21 25/15 51/13 71/21
pages [2] 24/19 25/20
paid [5] 34/4 51/4 71/11 87/23 88/20
pain [3] 66/16 71/23 85/13
pane [2] 44/14 44/20
panicky [1] 74/3
paragraph [4] 18/21 18/24 36/14 38/1
Pardon [1] 20/24
parole [1] 66/9
part [2] 25/17 47/11 65/11 72/23 80/21 87/10
participated [3] 22/23 50/12 55/2
particular [6] 12/4 13/22 14/8 31/1 55/4 59/15
particularly [7] 24/15 37/17 53/7 59/2 77/11 78/5 81/11
parties [1] 4/2
parties' [1] 4/8
parts [1] 29/7
passed [2] 13/12 63/16
passing [1] 29/23
passionately [1] 78/24
past [16] 24/22 27/8 28/18 28/19 52/24 56/3 58/17 69/20 70/7 70/9 70/18 70/20 73/25 73/25 77/25 79/4
pasted [1] 33/14
path [7] 56/7 62/1 62/5 65/19 68/13 77/8 78/21

patience [1] 75/1
pattern [2] 51/25 52/1
Pause [2] 23/18 27/25 30/18 37/24
pay [9] 21/12 26/16 26/17 26/20 27/18 27/24 28/16 87/5 88/14
payable [1] 88/16
payment [1] 87/24
payments [2] 26/22 34/8
payroll [1] 34/8
peaceful [1] 56/18
Pennsylvania [1] 59/1
people [32] 7/6 42/25 45/22 46/23 47/9 53/8 53/11 53/23 54/19 54/20 54/20 54/21 54/24 58/7 58/25 59/17 67/21 72/17 72/17 80/16 80/19 81/3 82/8 82/8 83/8 83/13 83/17 84/8 84/8 85/10 85/14 85/20
people's [1] 84/23
pepper [4] 81/20 83/16 85/20 86/14
pepper-sprayed [3] 81/20 85/20 86/14
performance [1] 69/6
perhaps [3] 53/11 55/23 80/10
periodic [1] 87/19
permission [2] 65/22 89/16
permitted [1] 89/22
Perri [2] 1/13 3/10
persistence [2] 48/7 51/8
person [17] 3/14 6/12 6/13 11/18 11/20 12/19 17/25 18/2 24/9 39/6 43/9 43/11 46/7 46/10 56/12 82/8 86/10
personal [4] 42/9 50/23 51/10 53/5
personally [1] 61/14
perspective [1] 78/14
philosophical [1] 70/4
phones [1] 64/16
photos [1] 46/13
physical [7] 39/6 39/10 39/15 51/15 51/16 51/18 51/19
physically [2] 61/21 85/4
picking [1] 81/6
pictures [1] 63/5
piece [3] 13/7 44/13 63/4
pierce [1] 43/23
pillar [1] 78/25
pinstriped [1] 46/15
pistol [1] 51/6
place [4] 45/22 72/7 86/19 90/5
placed [2] 31/23 54/11 87/18
placement [1] 87/18

**P**

**places [2]** 14/3 72/17
**Plaintiff [1]** 1/4
**plan [1]** 72/13
**planned [1]** 47/4
**platform [1]** 22/13
**play [8]** 27/23 44/2
47/12 47/16 47/20 67/5
67/11 67/18
**played [11]** 44/3 44/6
45/9 47/13 47/21 49/4
65/20 67/5 68/6 71/8
73/19
**players [2]** 67/10 67/11
**plays [1]** 78/16
**plea [1]** 86/15
**please [12]** 3/5 4/25
44/2 45/8 47/12 47/14
47/20 49/2 49/2 52/23
61/1 74/24
**plus [1]** 73/13
**pocketed [1]** 27/2
**pod [2]** 30/5 73/14
**point [15]** 9/12 17/2
32/9 36/18 38/11 41/20
43/22 46/17 48/19
59/20 62/25 63/13
70/19 78/18 90/6
**pointed [1]** 76/11
**points [9]** 18/20 18/23
19/1 36/16 36/22 36/22
51/18 51/20 79/24
**pole [1]** 43/5
**police [29]** 12/22 12/23
13/2 13/16 13/23 13/25
13/25 17/8 17/9 39/14
45/24 51/23 54/4 54/9
54/9 54/21 64/19 72/10
80/3 81/4 81/8 81/22
83/4 83/12 83/18 85/4
85/7 85/11 85/19
**policy [1]** 33/15
**political [12]** 49/11
49/16 50/2 53/4 57/14
58/9 58/10 58/12 58/18
82/16 82/21 83/7
**politically [1]** 72/22
**politicians [1]** 58/8
**position [6]** 17/24
20/16 20/17 29/2 30/14
42/5
**positions [1]** 72/18
**positive [1]** 78/23
**possessed [2]** 38/20
41/5
**possessing [1]** 87/16
**possession [14]** 18/24
36/15 36/21 37/3 37/4
38/13 38/14 40/23
77/13 77/14 77/15
77/19 77/19 77/22
**possible [1]** 45/20
**possibly [1]** 83/14
**post [1]** 86/18
**post-conviction [1]**
86/18
**posted [2]** 82/19 84/15
**postings [1]** 42/15

**potential [2]** 36/10
79/16
**potentially [2]** 12/7
73/17
**pour [1]** 68/17
**pouring [2]** 44/21
80/19
**power [1]** 53/4
**practice [1]** 53/20
**prayed [1]** 69/9
**pre [2]** 31/23 36/11
**pre-hearing [1]** 31/23
**pre-upward [1]** 36/11
**precede [1]** 34/5
**precise [1]** 12/8
**predominantly [1]**
58/25
**preferred [2]** 43/2
49/17
**prejudice [1]** 53/3
**preliminaries [1]** 5/5
**preliminarily [2]** 35/3
35/8
**preliminary [1]** 4/5
**premeditated [2]** 47/3
72/14
**preparation [1]** 43/13
**prepared [7]** 14/25
28/2 44/5 47/4 65/9
66/6 82/12
**preponderance [3]**
13/7 14/12 34/24
**present [8]** 5/8 5/14
26/22 27/20 35/21
62/10 69/21 70/2
**presentence [9]** 4/4
4/12 5/2 18/19 18/21
25/18 87/10 88/22 89/1
**presents [1]** 78/10
**President [8]** 42/17
53/2 53/6 53/15 53/16
57/5 57/5 82/1
**President's [1]** 53/14
**presiding [1]** 3/4
**pretense [1]** 25/23
**pretrial [1]** 52/2
**pretty [6]** 37/17 45/13
62/4 63/8 81/12 82/1
**Prettyman [2]** 2/11
**prevent [1]** 31/2
**preview [1]** 3/24
**previous [1]** 10/15
**primarily [1]** 15/21
**primary [1]** 27/1
**prior [4]** 51/14 55/25
78/11 86/15
**prison [25]** 6/20 6/22
32/10 32/17 33/18
33/19 34/5 57/13 59/11
59/14 59/17 66/3 66/9
66/18 66/20 66/22 67/3
67/5 67/7 67/9 68/11
71/2 73/7 79/2 82/16
**prisoner [6]** 57/14
58/10 58/18 70/6 82/21
83/7
**prisoners [1]** 58/9

**probably [5]** 32/17
42/7 48/9 60/2 60/14
**probation [19]** 2/8 3/13
4/13 11/14 15/13 18/17
19/25 19/25 25/17 30/1
32/20 87/9 88/1 88/4
88/9 88/11 88/22 88/24
89/2
**problem [1]** 59/14
**proceed [4]** 3/20 3/24
4/8 7/23
**proceeded [2]** 30/5
30/6
**proceeding [10]** 8/5
9/12 9/13 9/13 10/1
10/2 10/9 12/1 16/17
39/19
**proceedings [8]** 1/9
2/14 3/15 9/22 10/6
39/22 91/7 92/4
**process [7]** 32/1 43/24
44/9 44/10 69/3 84/6
84/7
**produced [1]** 2/15
**products [2]** 24/20
58/20
**profit [1]** 20/20
**profited [1]** 53/13
**program [6]** 66/18
66/21 66/21 66/24
66/25 69/19
**progress [1]** 47/6
**prohibited [1]** 9/6
**promote [4]** 15/8 24/20
49/15 75/19
**promoted [1]** 57/4
**promoting [1]** 76/1
**promulgated [1]** 9/10
**proof [1]** 14/7
**propaganda [2]** 59/2
79/7
**proper [2]** 19/11 90/15
**property [7]** 15/17 39/7
39/9 40/13 43/12 44/14
86/9
**proportionate [1]** 42/8
**prosecuted [2]** 22/24
46/18
**prosecution [1]** 61/11
**protect [1]** 75/20
**protected [1]** 13/9
**protein [1]** 72/4
**proud [2]** 16/11 71/19
**provide [8]** 4/7 27/14
30/13 35/4 61/10 75/19
75/21 88/1
**provided [4]** 16/5
29/11 30/21 33/23
**provides [3]** 11/16
28/7 74/10
**providing [2]** 45/22
76/2
**provision [3]** 16/4 18/2
19/14
**provisions [1]** 8/23
**proximity [3]** 17/21
45/12 90/12

**psychological [1]** 77/2
**psychologically [1]**
62/19
**psychology [1]** 58/22
**PTSD [1]** 73/18
**public [1]** 75/21
**pulled [3]** 63/22 80/11
**punched [1]** 54/21
**punching [1]** 47/17
**punished [3]** 58/11
58/12 58/15
**punishment [6]** 37/15
38/7 52/4 58/16 75/19
76/2
**purely [1]** 43/8
**purpose [7]** 22/13
22/18 22/21 25/9 69/14
74/1 74/4
**purposefulness [1]**
81/17
**purposes [3]** 10/5
11/24 89/19
**pushing [3]** 48/6 48/6
48/6
**put [3]** 43/11 84/5
86/19
**puts [1]** 78/14
**putting [2]** 80/23 83/15

**Q**

**qualifies [1]** 15/17
**quality [1]** 44/23
**quantities [1]** 77/20
**quantity [2]** 37/5 38/3
**question [11]** 26/13
28/15 42/18 44/12
44/13 47/22 56/19
57/19 59/4 59/5 62/25
**questions [1]** 20/6
**quibble [1]** 31/20
**quickly [2]** 8/20 29/23
**quit [1]** 65/24
**quite [3]** 4/19 37/20
39/20
**quote [1]** 73/22

**R**

**raise [6]** 21/17 21/20
27/9 28/20 29/21 89/24
**raised [16]** 18/10 20/12
20/18 20/18 21/11
22/17 23/20 24/6 25/8
25/15 27/2 27/8 28/6
41/21 62/3 73/4
**raising [1]** 22/21
**ran [2]** 64/4 64/15
**range [5]** 9/5 35/15
35/22 41/18 55/12
**ransacked [1]** 45/5
**rapport [1]** 73/15
**rare [1]** 49/20
**rather [4]** 16/4 22/21
56/24 77/21
**rationale [2]** 8/17 10/3
**react [1]** 49/18
**reaction [1]** 62/22
**read [2]** 12/1 14/22

**ready [4]** 3/20 61/4
79/10 79/13
**real [6]** 22/15 23/25
25/8 25/14 78/25 81/9
**reality [1]** 53/19
**realize [2]** 57/22 65/20
**realized [1]** 45/2
**really [13]** 15/21 22/18
23/22 27/19 48/18
48/18 50/4 52/10 62/8
66/13 67/10 78/10
84/16
**realm [1]** 27/12
**Realtime [1]** 2/10
**reason [11]** 12/22
12/23 19/2 19/9 23/10
23/11 25/1 28/13 30/7
80/7 83/5
**reasonable [3]** 11/19
12/11 12/18
**reasons [5]** 15/21 18/4
28/3 40/2 40/12 40/18
65/24
**recall [5]** 18/14 29/4
62/8 62/8 63/5
**receipts [1]** 29/11
**receive [2]** 21/21 55/1
**received [14]** 4/1 4/10
4/17 4/20 4/24 21/24
24/24 32/24 33/9 33/12
85/24 86/1 86/6 86/14
**receives [2]** 36/16 60/1
**receiving [1]** 25/21
**recent [2]** 25/21 78/11
**recess [5]** 60/24 60/25
74/20 74/21 91/6
**recipients [1]** 85/15
**recitation [1]** 8/13
**recited [1]** 78/2
**Recognize [1]** 83/23
**recognizes [2]** 9/16
76/5
**recommend [1]** 88/9
**recommendation [1]**
4/13
**recommended [7]**
10/21 11/13 11/14
15/13 87/9 88/8 88/11
**recommending [1]**
90/9
**recommends [2]** 18/19
18/22
**reconcile [1]** 82/7
**Reconciliation [1]**
67/14
**reconciling [1]** 82/10
**record [20]** 6/3 8/16
10/5 17/14 21/9 25/4
27/23 30/20 33/22 34/7
34/23 35/14 55/25 56/4
61/22 65/20 77/11 90/6
90/19 92/3
**recorded [1]** 2/14
**records [2]** 32/24 33/8
**recovery [1]** 78/21
**recreation [1]** 73/8
**recruited [1]** 67/10
**red [1]** 67/15

**R**

redemption [2]  78/21
79/3
redheaded [1]  63/6
Redpath [1]  73/22
refer [1]  40/7
reference [1]  38/22
referenced [2]  39/2
41/6
references [1]  41/2
referred [1]  58/18
referring [1]  40/7
reflect [4]  8/16 10/6
75/18 76/16
reflected [2]  59/9
90/16
reflecting [2]  41/22
76/1
reflection [2]  31/20
82/5
reflects [1]  77/11
refrain [1]  87/16
refuse [2]  53/8 74/2
refused [2]  63/25
70/17
regard [2]  56/15 78/7
regardless [4]  52/3
52/4 52/13 53/23
Registered [1]  2/10
regret [1]  72/11
regrets [1]  66/15
regrettably [1]  79/22
regurgitating [1]  42/22
rehabilitation [1]  90/13
reinforcing [1]  58/6
reiterate [1]  75/2
relate [1]  22/9
related [6]  22/24 30/16
30/17 51/18 51/19
54/19
relates [1]  51/21
relating [1]  4/5
relationships [1]  71/14
release [6]  63/18 73/6
87/3 88/3 88/22 90/19
released [1]  66/19
relevant [1]  26/3
religion [1]  56/16
rely [2]  10/14 60/3
remain [2]  32/12 70/10
remaining [1]  40/20
remains [2]  32/13
88/18
remarkable [1]  81/11
remarried [1]  63/18
remember [4]  19/12
19/14 63/9 68/20
remorse [3]  49/8 50/17
86/18
Reno [1]  90/10
repair [1]  29/7
repeatedly [1]  47/17
repelled [1]  67/22
report [15]  4/4 4/12 5/2
18/19 18/22 25/18
30/12 30/24 34/1 34/18
34/19 35/4 87/11 88/23
89/1

reporter [1]  2/9
2/10 2/11 6/3 60/17
reports [1]  59/13
represent [1]  33/11
representation [1]
90/1
represented [2]  23/9
49/10
representing [1]  57/4
request [9]  14/15
20/10 26/1 28/4 28/4
28/24 29/20 89/16
89/17
requested [9]  11/15
15/6 20/11 28/21 29/6
32/23 33/7 88/3 88/11
requesting [1]  75/4
requests [1]  90/7
require [2]  12/5 55/17
required [2]  14/9 84/21
requirements [1]  28/23
requires [3]  26/3 27/16
27/18
resentments [1]  61/15
reserve [1]  36/9
reserved [1]  89/23
reside [1]  89/8
residence [2]  88/25
89/5
resistant [1]  43/16
resisted [1]  51/24
resisting [4]  11/9
18/20 36/20 40/4
resolved [1]  18/11
resolves [1]  18/12
resources [4]  26/7
26/15 28/9 28/17
respect [8]  12/15 18/8
28/15 36/13 61/9 72/19
75/19 76/1
respected [1]  63/12
respects [2]  17/5 17/20
responsibility [1]
83/22
responsible [3]  39/23
39/24 69/21
rest [3]  15/18 74/6 74/7
restitution [8]  29/1
29/2 29/4 29/4 29/20
87/21 87/21 87/23
restrained [2]  51/2
51/2
restrainer [1]  51/2
restraining [1]  51/7
restricted [2]  40/20
40/22
result [5]  51/21 70/2
77/4 77/10 81/4
resulted [1]  77/7
resulting [3]  15/10
40/16 77/10
resume [1]  60/21
retribution [1]  42/16
retributive [1]  84/19
retrospect [1]  62/21
return [1]  89/1
returned [1]  32/12
reveals [1]  9/14

review [2]  4/3 5/1
reviewed [5]  4/2 4/11
4/17 4/20 4/23
revised [1]  20/2
rhetoric [1]  42/23
Rhodes [1]  8/19
Richard [1]  66/23
richest [1]  71/12
right [46]  3/16 3/19 5/5
5/7 5/20 5/21 6/25 7/1
7/19 7/25 8/11 14/15
18/5 18/15 19/18 20/9
22/1 25/5 26/11 28/1
29/19 35/2 36/9 38/8
38/16 42/2 45/18 47/15
47/16 50/6 60/6 62/15
66/11 73/25 74/14
74/15 75/1 84/23 86/19
89/10 89/20 89/24 90/3
90/22 90/25 91/3
right-size [1]  84/23
rightly [1]  79/24
riot [2]  22/23 80/18
rioter [1]  47/17
rioters [3]  44/19 44/19
45/25
riots [1]  79/16
rip [1]  85/8
rise [8]  3/2 7/6 12/10
14/24 60/23 74/19
74/22 91/5
risk [10]  6/14 11/17
12/10 13/4 13/20 14/1
14/6 14/10 16/15 49/22
RMR [2]  92/2 92/8
road [1]  62/15
rocks [2]  69/15 69/16
role [3]  65/20 73/19
78/16
roll [1]  49/23
room [12]  13/8 13/11
13/13 30/6 30/11 31/1
45/2 45/25 52/7 52/11
64/4 72/3
rooms [1]  45/3
rooted [1]  41/22
rough [1]  62/5
round [1]  72/6
rule [1]  28/2
ruled [1]  75/9
ruling [1]  35/11
Rumsey [3]  16/23
16/24 17/18
Rumsey's [1]  17/4
run [5]  65/25 65/25
66/1 86/25 87/4
rural [2]  58/25 59/1

**S**

sacrificed [1]  68/10
safety [1]  72/10
said [19]  28/7 31/18
50/9 54/3 55/4 57/20
62/10 65/11 65/13
68/22 68/25 69/22
70/15 70/19 76/9 82/9
82/18 82/20 82/24

sales [1]  56/24
Salvation [1]  69/2
same [17]  15/13 19/3
19/4 19/5 19/6 19/12
19/21 19/23 22/5 37/18
38/2 38/2 39/4 41/3
41/8 73/9 84/8
Sampson [1]  7/17
Sanctification [1]  69/3
sanctions [2]  33/3 52/5
Sandy [1]  62/3
sat [5]  62/13 68/6
68/16 68/16 82/22
satisfied [2]  11/10
15/19
satisfy [1]  14/13
saving [1]  77/6
savior [2]  67/2 69/8
saw [2]  74/11 84/9
say [26]  6/10 17/1
20/22 20/25 27/7 34/14
36/10 37/13 39/1 50/3
52/9 55/22 56/21 57/8
57/8 57/25 59/6 60/12
71/20 76/10 80/16
80/21 80/24 81/24
82/17 82/21
saying [2]  64/22 81/25
says [4]  23/21 25/14
32/3 82/6
scapes [1]  57/12
school [1]  63/14
Schwartz [3]  85/17
85/18 85/19
score [4]  10/25 18/18
20/3 78/7
scored [1]  36/14
scream [1]  64/4
screaming [1]  17/11
screw [2]  46/4 46/16
scripture [1]  71/9
Seagoville [1]  90/11
sealed [1]  27/13
seat [1]  63/14
seated [3]  3/6 61/1
74/24
second [6]  6/11 10/22
21/7 43/4 72/6 80/25
secondhand [1]  31/11
Secret [1]  17/14
seditious [2]  15/25
16/12
see [23]  6/24 6/24 19/4
22/19 33/23 38/6 42/7
43/7 43/17 44/20 45/13
45/17 46/12 47/8 48/11
49/2 51/6 52/10 53/15
62/21 68/12 73/16 80/3
seeing [1]  5/6
seeking [1]  52/6
seem [2]  37/2 59/1
seemed [1]  62/4
seemingly [1]  37/5
seems [2]  22/22 78/20
seen [8]  13/15 17/16
30/14 42/6 50/16 55/10
58/10 59/9
self [3]  56/17 77/8 82/5

self-controlled [1]
56/17
self-destruction [1]
77/8
self-reflection [1]  82/5
sell [4]  21/21 50/13
50/13 65/25
selling [1]  57/14
Selman [1]  63/19
Senate [1]  80/17
send [1]  57/1
sense [7]  11/13 38/8
38/10 53/19 78/8 78/9
78/10
sent [3]  33/4 59/1
67/25
sentence [30]  6/21
6/23 35/1 35/14 35/18
35/24 38/1 38/2 42/8
49/19 54/16 55/1 60/1
60/4 75/12 75/17 76/3
76/5 76/10 76/13 76/16
77/21 78/17 84/18
84/20 85/21 86/20
88/25 89/11 90/3
sentenced [11]  19/4
19/6 19/23 38/2 46/7
46/10 52/18 54/23 85/7
85/18 87/2
sentences [8]  38/4
75/23 84/23 85/15
85/25 86/2 86/6 89/21
sentencing [15]  1/9
3/19 4/6 4/14 4/18 8/9
9/2 14/21 26/22 46/13
55/10 55/14 75/14
87/10 90/2
Sentencing
Commission [1]  9/2
sentencings [5]  8/14
8/15 10/4 55/3 82/20
separate [1]  19/10
separated [2]  19/23
62/6
September [1]  23/19
Serena [1]  7/17
serious [11]  11/17 13/4
13/19 14/1 14/6 14/11
54/1 54/14 84/13 86/5
86/6
seriousness [5]  54/15
75/5 75/18 76/1 76/6
serve [5]  73/7 73/8
73/13 73/15 87/2
served [2]  33/13 37/20
service [6]  17/14 61/9
69/7 73/10 74/10 74/12
serving [1]  68/8
session [3]  3/3 71/9
74/23
set [11]  8/15 9/16 10/3
15/24 75/11 75/17 72/6
73/5 75/11 75/14 77/8
sets [1]  26/4
setting [1]  32/7
seven [1]  65/2
seventh [2]  62/4 62/4
several [1]  48/17

**S**

shakes [1] 72/4
shall [6] 74/6 87/7
87/23 88/19 88/22 98/7
shame [2] 65/9 69/12
shameful [2] 84/16
84/17
SHANE [15] 1/6 3/9
6/12 7/12 7/15 7/17
7/18 23/21 25/14 53/11
53/25 55/5 55/15 55/21
69/20
Shane's [1] 54/18
share [2] 61/25 88/4
shared [3] 5/18 45/4
51/5
sharing [2] 62/23
67/21
sharp [1] 83/2
shatter [1] 43/16
shatter-resistant [1]
43/16
shattering [1] 43/23
she [11] 17/6 17/7 17/7
17/10 17/24 62/7 62/14
63/7 63/19 64/7 64/20
sheds [2] 50/17 50/17
sheer [1] 50/21
shield [2] 46/17 80/18
shining [1] 64/21
shirts [1] 67/15
shocked [1] 62/15
shocking [1] 37/17
shooting [3] 65/1
69/12 77/5
short [2] 44/2 45/17
shortly [2] 63/18 81/23
shot [4] 64/13 65/2
65/2 65/2
shotgun [3] 64/2 64/11
64/13
should [12] 4/21 19/1
20/1 39/1 52/14 52/18
53/1 53/22 55/1 76/16
84/1 84/2
shoulders [1] 48/23
shouldn't [2] 24/16
80/16
show [3] 8/25 45/8
79/2
showed [1] 43/13
shows [2] 34/8 81/13
side [6] 17/17 30/1
43/23 80/16 80/17
84/13
sidelines [1] 67/21
sides [1] 3/20
significance [2] 42/24
44/15
significant [3] 44/11
47/1 81/13
simple [1] 43/16
simply [4] 14/10 27/7
38/14 47/6
since [1] 61/19
single [3] 17/2 19/24
55/3
sir [1] 3/18 5/25 6/1 6/7

sister [3] 62/6 62/10
62/16
sit [2] 69/15 71/10
site [1] 28/6
sites [1] 25/22
sits [1] 17/23
sitting [1] 68/20
situated [1] 86/16
situation [4] 47/5 52/6
69/24 72/12
six [5] 11/3 14/14 55/2
65/2 86/24
six-level [2] 11/3 14/14
size [2] 64/14 84/23
Sizerville [1] 90/10
sizes [1] 69/15
small [1] 57/16
smiling [1] 68/8
snacks [1] 72/5
so [112]
so I think [2] 11/23
17/23
soaked [1] 80/1
sobering [1] 17/13
society [1] 56/9
sold [1] 58/20
soliciting [1] 22/16
solid [2] 44/23 46/22
some [39] 7/25 10/23
14/5 14/11 17/15 24/14
27/4 27/17 27/18 29/24
31/22 32/1 39/21 42/12
45/13 46/13 49/10
52/25 53/22 54/4 57/21
61/25 62/1 62/24 62/25
67/10 67/17 70/4 73/5
74/4 74/11 78/5 78/8
78/9 80/7 81/14 84/14
85/2 86/17
somebody [10] 7/12
12/8 17/16 42/22 42/23
48/19 52/9 80/17 80/19
81/1
somebody's [1] 24/19
someday [1] 73/7
somehow [3] 83/8 83/8
84/4
someone [10] 12/11
33/18 56/7 57/15 62/15
63/2 63/11 68/13 81/25
82/10
someone's [1] 65/11
something [13] 31/24
34/15 49/18 66/4 66/5
66/17 68/17 71/11 72/8
72/23 76/9 81/16 83/21
sometimes [2] 6/12
69/16
Son [2] 68/21 68/23
soon [2] 45/13 63/20
sorrow [1] 74/5
sorry [4] 46/9 57/24
59/4 90/11
sort [17] 3/24 7/22 8/17
9/23 13/8 13/22 14/23
16/13 26/24 27/12
30/20 34/1 41/22 49/10

soul [2] 65/14 65/18
Southard [4] 16/23
16/24 17/4 17/18
Southard-Rumsey [2]
16/23 16/24
space [1] 48/22
speak [4] 5/9 22/15
26/15 53/15
speaking [1] 60/18
speaks [1] 59/16
special [5] 43/15 43/22
87/5 88/6 88/10
specific [4] 41/13
71/10 76/8 76/14
specifically [7] 13/1
14/3 14/8 25/13 39/12
76/16 76/17
spectrum [3] 84/13
85/1 86/20
speculate [1] 59/24
speeches [4] 72/1 72/2
72/6 72/7
speedy [1] 6/18
spelling [1] 90/15
spent [1] 6/12
spiritual [1] 68/19
spoken [1] 57/23
Sports [1] 63/14
spray [3] 43/6 83/16
83/16
sprayed [5] 48/8 48/8
81/20 85/20 86/14
spraying [1] 83/15
square [1] 57/9
staff [3] 59/14 67/14
73/15
stages [1] 77/9
stair [1] 64/15
stairs [3] 64/25 65/3
81/15
stand [4] 67/15 83/21
83/21 83/22
standards [1] 34/17
standing [2] 47/18
68/21
stands [6] 60/24 67/13
74/19 91/5
Starbucks [1] 72/4
start [4] 4/10 43/23
75/25
started [1] 65/1 66/22
starting [1] 8/1
starts [1] 48/12
state [7] 6/2 27/23
30/20 34/23 70/20 77/2
87/15
stated [5] 8/17 25/11
28/3 78/24 78/24
statement [2] 4/16
70/5
statements [9] 5/14
5/18 7/22 42/14 42/19
42/25 65/23 79/17
86/18
states [10] 1/1 1/3 1/10
1/15 3/8 8/18 25/13
57/2 57/2 86/3

statute [8] 8/23 9/12
11/8 26/3 28/7 28/23
75/14 89/22
statutes [1] 37/11
statutory [2] 8/23 12/2
stay [1] 67/8
stemming [1] 51/15
stenography [1] 2/14
step [1] 15/4
stepdad [3] 65/11
69/12 72/24
stepdad's [1] 69/24
stepfather [1] 77/6
stepped [1] 64/6
Stewart [1] 8/19
sticking [1] 46/4
still [11] 12/6 25/20
27/16 43/20 53/8 58/7
58/8 62/22 66/18 71/13
82/13
stolen [1] 83/8
stood [4] 17/18 64/19
69/9 80/1
stop [2] 43/1 47/14
stories [1] 67/22
Street [2] 1/15 1/19
struck [2] 13/17 14/2
stuck [2] 46/17 85/11
subject [3] 9/6 9/22
36/24
submissions [1] 10/15
submit [3] 52/1 55/19
87/17
submitted [4] 4/15
25/16 46/13 56/5
subsequent [1] 34/6
substance [6] 18/25
36/15 36/21 38/13
87/16 87/17
substances [1] 88/8
substantial [15] 11/17
12/10 13/4 13/20 14/1
14/6 14/10 39/17 39/20
39/24 46/3 48/20 54/16
85/22 86/2
such [5] 11/6 11/21
12/13 12/24 88/20
sudden [1] 66/7
suffered [1] 52/14
suffering [1] 71/24
sufficient [2] 35/18
75/13
suggest [1] 55/7
suggested [3] 22/8
24/18 79/7
suggesting [1] 79/11
Suite [2] 1/16 2/4
summarize [1] 8/20
summary [1] 10/5
30/24
supervised [3] 87/3
89/7 90/19
supervised-release [1]
90/19
supervision [4] 87/7
87/13 87/18 89/5
support [7] 7/15 7/17

24/9 45/6
61/16
supporters [1] 7/7
supports [2] 7/12 58/1
suppose [1] 17/14
supposed [5] 28/8
56/17 56/17 56/18 63/2
sure [12] 7/8 14/21
22/2 22/4 22/9 27/3
33/25 37/23 48/4 63/8
82/1 90/15
surveillance [1] 31/6
survived [1] 55/24
susceptible [1] 59/2
sustained [2] 28/22
48/25
symbolically [1] 80/14

**T**

table [5] 46/2 46/3 46/6
46/12 46/22
tables [1] 46/21
tabletop [1] 46/20
tackled [1] 85/7
tails [1] 37/21
take [11] 32/18 33/25
41/25 49/22 60/16
61/13 69/2 69/11 69/16
72/7 74/15
taken [5] 31/13 33/8
34/21 60/25 71/3
takes [2] 20/14 80/19
taking [7] 41/17 45/22
47/19 50/1 65/10 83/1
83/22
talk [12] 20/10 29/1
36/6 44/11 44/16 51/13
53/24 62/13 71/17
76/15 83/12 85/20
talked [3] 36/20 43/10
71/9
talking [5] 6/13 22/4
32/5 57/12 60/12
tall [1] 68/15
tapered [1] 48/19
tasered [1] 85/6
teaches [1] 56/16
tear [1] 53/3
Tears [1] 68/17
tell [4] 62/11 62/11
62/12 62/12
tempered [1] 43/16
temporarily [1] 32/10
ten [4] 36/18 56/3
60/21 67/5
tensions [1] 73/16
term [4] 9/18 86/23
86/24 90/20
termination [1] 89/3
terms [11] 26/15 47/23
59/18 76/8 76/14 77/1
78/15 81/6 85/3 86/17
90/6
terrorism [13] 14/16
14/24 15/4 15/7 15/9
15/17 15/22 16/2 16/7
16/8 16/19 35/11 40/19
terrorist [1] 73/3

**T**

test [1] 87/18
testing [2] 73/24 88/7
tests [1] 87/19
Texas [6] 19/9 37/1
37/11 37/13 38/15
90/12
than [16] 5/18 15/10
17/5 28/18 33/4 37/14
37/16 40/16 44/15
44/15 55/11 71/18
75/13 84/1 84/3 86/16
thank [27] 5/19 5/20
6/1 6/7 6/25 7/1 7/19
7/20 19/20 34/12 35/7
52/20 52/21 60/5 60/6
60/22 61/1 61/5 61/16
74/11 74/13 74/14
74/18 74/24 75/1 90/23
91/3
thank you [17] 5/19
5/20 6/25 7/1 7/19 7/20
19/20 35/7 52/21 60/5
60/6 60/22 61/5 74/13
74/14 75/1 90/23
thank you so much [1]
61/16
thankful [5] 61/7 61/15
62/22 71/13 71/16
Thanksgiving [1] 67/1
that [505]
that'll [1] 90/3
that's [61] 10/7 11/12
14/9 15/1 15/12 16/5
17/17 18/1 19/11 19/16
21/1 21/4 22/13 22/15
23/12 23/16 23/21
23/21 23/22 23/25
24/16 24/21 26/11
26/11 27/11 27/12
27/23 28/13 29/10
34/16 36/22 36/22
38/18 41/12 42/17
43/24 44/5 44/25 45/10
47/1 47/1 47/2 48/12
48/25 49/5 49/6 49/7
50/15 51/7 52/15 57/3
60/17 70/4 75/12 81/15
82/9 83/4 83/19 85/13
85/23 88/2
their [25] 7/12 32/12
37/4 46/23 53/5 53/19
54/4 58/11 59/18 67/21
67/22 68/9 68/10 68/10
68/10 69/8 72/3 72/3
72/21 74/12 78/19
78/20 83/9 83/9 83/15
them [30] 7/3 7/6 13/18
23/10 24/19 25/12 27/2
32/24 33/4 44/20 45/25
46/25 54/10 59/18
59/18 66/15 67/16
69/17 71/19 74/12 79/8
79/22 83/12 83/14
83/15 83/16 85/5 85/5
85/12 85/12
themselves [1] 55/14
then [38] 4/7 4/8 4/17

12/24 13/21 14/15
18/22 22/14 24/14
26/13 26/24 28/15
28/24 29/17 29/20
30/10 31/7 31/24 32/11
40/16 47/7 51/18 51/20
53/15 70/2 71/8 77/2
77/18 77/22 79/21
80/20 82/12 83/3 85/25
theorize [1] 13/6
theory [1] 45/6
there [80] 4/4 4/9 4/21
6/6 7/2 7/5 10/10 12/22
12/23 13/1 13/21 13/22
14/15 17/13 18/9 22/8
22/12 22/14 25/12
27/17 31/19 31/22
32/22 33/12 34/3 35/2
36/19 38/4 38/22 42/18
43/18 43/19 43/20
44/21 45/2 45/18 46/2
47/5 47/15 47/16 47/16
47/18 48/7 52/1 52/6
52/13 52/15 55/19 58/6
58/6 58/7 58/7 58/7
58/17 58/22 58/25 59/3
59/10 59/14 65/20
67/17 67/20 68/7 68/17
68/20 69/5 71/23 72/14
73/14 76/9 79/2 79/16
80/1 80/1 80/25 85/3
85/24 85/25 88/6 90/5
there's [20] 6/5 11/1
13/12 13/13 20/19 25/7
26/18 28/1 29/16 36/17
37/16 45/15 45/16 56/3
56/6 56/19 73/23 81/17
84/4 84/17
thereafter [1] 87/19
therefore [3] 27/8
34/25 88/14
therefrom [1] 11/22
thereto [1] 43/12
these [47] 3/14 7/6
19/10 19/15 22/5 22/19
22/20 23/24 24/14
24/15 24/19 24/20
25/24 27/2 27/10 28/6
29/9 31/8 33/3 37/2
37/3 37/11 41/11 42/25
43/7 43/15 46/20 46/23
51/23 55/2 55/10 58/8
58/11 59/2 65/22 65/23
67/11 67/15 68/7 68/9
70/21 72/1 77/16 81/22
84/22 84/23 90/11
they [55] 7/4 16/11
16/11 19/3 30/6 30/9
30/10 32/10 32/11
32/12 32/20 34/5 35/21
38/3 43/1 44/20 44/21
44/21 44/22 44/23
44/25 45/2 45/2 45/3
45/4 45/5 45/7 46/24
53/18 58/9 58/12 61/11
65/24 66/10 66/10 67/9
67/15 67/18 67/18 68/2

71/14 71/24 72/3 72/11
81/3 82/1 83/14 83/18
86/1 88/7 90/13
they'd [1] 7/10
they're [4] 58/12 84/5
84/6 90/16
they've [4] 27/4 31/7
57/22 78/19
thing [17] 6/25 22/5
33/11 35/10 37/22 47/7
48/14 48/21 50/6 50/9
50/20 51/12 53/18
54/22 79/6 79/8 82/5
things [21] 9/17 26/21
34/3 39/13 42/12 43/7
44/17 44/24 48/16
48/17 54/21 56/9 59/15
62/1 65/24 69/25 70/21
71/22 72/11 78/2 81/14
think [67] 6/11 8/12
8/25 9/14 9/16 10/7
11/1 11/10 11/23 12/6
12/16 12/16 13/13
13/22 14/12 15/1 16/17
17/2 17/23 18/3 18/9
18/12 18/13 19/10 21/3
23/10 23/11 26/9 26/10
26/18 27/17 27/21
28/12 28/22 29/3 31/11
32/16 35/14 35/16
38/11 39/16 42/11
42/13 47/23 49/6 50/20
51/12 52/9 53/1 55/22
57/21 58/9 58/13 59/7
59/16 59/24 64/15 65/7
69/20 71/18 76/4 76/16
77/24 78/6 78/8 78/14
79/2
thinking [4] 52/15 63/9
78/15 86/19
thinks [2] 49/11 49/12
third [5] 8/16 24/9
27/14 43/12 80/25
thirty [3] 61/18 61/19
81/21
Thirty-one [1] 61/19
thirty-three [1] 61/18
this [122]
This is [1] 3/8
thorough [1] 31/20
those [47] 10/6 15/23
16/6 21/23 21/24 23/2
24/15 25/20 25/21
26/23 28/8 31/5 36/14
38/1 39/22 41/24 41/25
45/3 45/5 45/24 48/17
48/22 51/9 52/7 52/11
54/10 55/20 57/15
69/16 69/25 72/2 76/2
76/4 77/7 79/12 79/22
83/12 83/18 85/4 85/14
85/24 85/24 86/25 87/4
87/14 90/12 90/15
though [4] 10/8 12/4
14/7 58/23
thought [9] 35/24 47/7
47/10 50/6 63/10 63/11

thoughts [2] 37/6
74/16
thousands [1] 39/23
threat [1] 51/16
threaten [1] 39/10
threatened [2] 39/14
64/1
threatening [2] 39/6
80/5
threats [1] 17/11
three [15] 5/9 17/7
18/23 27/7 32/11 38/21
39/16 43/20 48/9 61/18
66/9 66/9 70/14 82/11
87/3
threw [6] 13/25 48/16
48/21 54/3 54/12 54/21
throne [1] 74/4
through [18] 4/1 9/4
9/8 9/23 9/23 17/9 31/5
35/9 35/20 38/17 39/11
48/5 64/9 64/22 68/13
68/14 73/25 75/6
throw [5] 46/25 48/15
63/3 81/14 81/16
throwaway [1] 63/4
throwing [7] 48/16
51/9 54/10 81/10 81/22
83/14 83/15
thrown [1] 13/23
throws [3] 47/25 49/2
49/5
thud [1] 64/4
Thursday [2] 71/5
71/12
tier [2] 42/5 73/2
time [23] 5/10 5/12
5/21 17/12 26/22 37/20
38/2 39/20 53/12 59/20
61/18 63/16 66/12 68/9
68/10 71/13 71/17 74/8
78/4 78/4 82/10 88/20
89/23
timeline [1] 47/24
times [6] 48/9 58/17
65/2 65/2 66/10 85/20
titled [1] 92/4
today [10] 5/15 53/24
54/19 54/22 61/6 61/23
72/19 82/22 83/5 84/9
together [3] 71/11
71/16 71/17
told [7] 53/16 62/14
62/20 63/24 64/20 67/8
70/2
tomahawk [3] 43/8
43/22 80/12
tomahawks [7] 54/6
54/8 54/10 54/11 79/13
79/19 79/22
ton [1] 70/5
too [1] 46/2
took [6] 47/4 54/8
63/14 70/14 80/17
86/15
top [4] 42/5 46/5 46/22
64/14

topic [2] 61/23 71/10
tore [1] 65/14
torment [1] 65/17
Toronto [1] 30/7
total [6] 23/1 23/1
25/15 36/22 40/2 40/12
touch [1] 73/24
touched [1] 64/15
tough [1] 63/11
toward [5] 13/16 13/25
39/14 45/23 80/17
towards [1] 61/11
toxic [1] 83/25
Tracie [1] 1/14
tracks [1] 8/22
tradition [1] 79/10
trafficking [1] 78/12
training [2] 61/21
75/22
transcript [3] 1/9 2/14
92/3
transcription [2] 2/15
transfer [1] 89/4
transitional [1] 70/24
trash [1] 63/4
treated [2] 19/24 41/13
treatment [5] 88/7
88/10 89/1 89/3 89/3
treats [1] 37/11
trial [2] 6/18 90/1
tried [7] 56/11 59/12
59/17 64/6 65/15 84/16
85/8
tries [1] 48/5
trouble [1] 73/23
troubling [2] 17/20
34/14
trove [1] 46/1
true [2] 23/12 41/3
truly [2] 54/8 61/15
Trump [1] 58/1
trusted [1] 33/18
trustee [6] 31/16 33/13
33/16 33/17 34/5 73/11
truth [1] 84/7
truthful [1] 57/21
try [1] 76/22
trying [11] 31/2 46/23
48/6 51/1 56/8 57/14
59/5 65/12 83/22 84/23
85/8
tunnel [14] 12/24 13/3
13/9 13/24 45/12 45/22
46/22 48/4 48/13 48/25
51/8 79/23 83/13 85/11
turn [4] 5/5 7/25 20/15
76/19
turned [2] 66/7 77/3
TV [2] 30/6 31/1
Twelve [1] 84/8
twice [2] 63/21 81/17
two [40] 5/9 6/17 9/7
10/21 11/12 13/1 13/4
15/21 18/20 19/1 19/3
19/25 22/8 22/10 22/12
24/3 25/12 26/24 27/2
27/6 29/7 31/18 37/19
38/1 40/6 40/10 40/15

**T**

two... **[13]** 40/23 40/24 51/23 52/24 54/6 65/22 71/8 73/13 82/4 82/12 82/22 87/19 88/6
two-level **[2]** 40/23 40/24
two-plus **[1]** 73/13
type **[2]** 16/18 78/1
types **[3]** 9/21 25/24 85/24
typical **[1]** 55/8

**U**

U.S **[4]** 16/24 87/23 88/16 88/24
U.S. **[1]** 88/5
U.S. Attorney's Office **[1]** 88/5
U.S.C **[5]** 26/4 38/18 55/17 75/12 89/20
ultimate **[2]** 35/1 78/17
ultimately **[6]** 17/21 35/12 40/9 41/5 81/23 84/18
unable **[1]** 89/15
uncle **[1]** 7/7
unclear **[1]** 22/17
under **[16]** 8/3 9/24 10/8 11/2 11/3 11/14 14/16 18/3 19/12 19/9 21/14 36/1 37/1 40/11 62/16 89/20
underscore **[1]** 38/12
understand **[18]** 5/6 10/20 21/18 22/2 25/25 32/8 38/4 52/25 58/5 58/21 58/23 59/19 61/12 63/7 68/19 74/2 79/5 81/19
understanding **[6]** 9/20 21/10 27/19 30/3 32/2 33/14
understands **[1]** 56/16 58/13 58/15 58/16
understate **[1]** 54/5
understated **[1]** 36/5
understatement **[1]** 34/16
understates **[2]** 75/5 77/24
understood **[1]** 42/23
underway **[1]** 72/7
unfair **[1]** 78/7
unfortunately **[1]** 83/11
unique **[2]** 59/22 72/22
uniquely **[1]** 86/8
unit **[3]** 31/23 32/11 32/12
UNITED **[7]** 1/1 1/3 1/10 1/15 3/8 8/18 86/3
United States **[2]** 8/18 86/3
United States of **[1]** 3/8
units **[1]** 68/1
unlawful **[4]** 26/11

unlawfully **[1]** 87/15
Unless **[1]** 28/1
unlikely **[1]** 49/20
unpaid **[1]** 88/18
unprotected **[1]** 13/18
unreasonable **[1]** 26/1
unseemly **[1]** 26/12
until **[5]** 66/8 73/24 80/25 88/19 88/20
unusual **[1]** 53/20
unwanted **[1]** 75/24
up **[22]** 6/7 12/1 25/20 41/6 42/21 44/8 45/18 47/6 56/21 56/22 61/3 65/23 65/24 67/18 67/18 68/1 68/4 72/3 72/12 74/3 81/6 81/16 89/2 89/25
upset **[1]** 62/9
upward **[6]** 16/4 35/16 36/1 36/10 36/11 75/4 89/21
us **[5]** 6/11 6/19 6/25 25/7 67/9
USAO **[2]** 1/13 1/19
usdoj.gov **[2]** 1/17 1/21
use **[5]** 40/23 43/9 43/11 65/24 87/17
used **[17]** 9/19 9/21 21/12 21/15 21/17 24/20 38/21 40/6 40/8 41/5 43/9 43/10 44/24 45/20 62/17 79/22 85/5
uses **[1]** 24/9
using **[7]** 22/22 40/5 45/19 50/11 53/2 73/2 85/19
usual **[2]** 53/20 66/7
usually **[1]** 19/15
utterly **[1]** 56/15

**V**

value **[1]** 76/12
values **[2]** 80/6 84/2
vandalism **[1]** 82/2
Vanwinkle **[3]** 6/4 6/5 7/1
variance **[2]** 41/25 85/22
variety **[2]** 40/8 55/18
various **[4]** 16/2 33/19 54/13 55/10
vastly **[1]** 17/4
versus **[3]** 3/9 8/19 16/24
very **[18]** 5/20 16/10 17/10 17/13 17/23 22/22 22/23 29/23 44/22 44/22 57/23 58/21 62/8 65/19 78/11 79/4 82/7 91/3
vet **[1]** 73/1
veteran **[2]** 72/24 72/25
veterans **[1]** 73/4

Vice **[2]** 42/17 81/25
victim **[16]** 4/16 5/14 10/10 10/20 11/4 11/11 11/13 11/24 12/2 12/6 12/14 40/1 40/11 69/23 69/24 70/17
victims **[7]** 51/23 53/19 53/21 57/21 83/10 83/11 83/19
victor **[1]** 70/17
victory **[1]** 74/7
video **[22]** 4/16 13/12 13/13 13/16 17/13 17/16 44/3 44/6 45/4 45/9 47/12 47/13 47/21 49/3 49/4 51/5 52/11 81/5 81/11 82/23 84/11 86/12
videos **[3]** 43/17 80/9 80/10
Vietnam **[2]** 63/19 72/24
view **[2]** 36/5 47/23
viewing **[1]** 57/13
violation **[3]** 12/8 32/6 38/18
violence **[22]** 30/17 45/21 45/23 47/5 48/12 48/13 49/12 49/16 51/16 51/16 51/18 51/19 51/22 52/7 55/23 57/24 59/11 59/12 76/18 79/10 79/18 82/12
violent **[3]** 22/23 50/1 78/10
violently **[1]** 51/24
virtue **[1]** 12/20
visit **[3]** 62/7 67/9 71/17
vocational **[1]** 75/22
voice **[2]** 6/7 64/22
volleyball **[1]** 64/14
voluntarily **[1]** 52/5
volunteer **[1]** 69/20
volunteers **[4]** 67/15 68/9 69/9 70/15
vote **[1]** 43/2
votes **[1]** 57/2
vs **[1]** 1/5

**W**

wading **[1]** 48/5
wailing **[1]** 46/15
waited **[1]** 6/17
walk **[1]** 70/18
walks **[2]** 6/15 6/16
want **[18]** 18/7 18/9 37/9 51/3 51/3 60/17 60/18 61/13 61/22 63/1 64/8 66/10 73/20 74/16 83/16 83/21 85/23 90/18
wanted **[4]** 29/21 42/25 47/10 69/7
wants **[1]** 49/19
war **[5]** 63/19 65/11

warranted **[1]** 18/3
warrants **[1]** 54/16
was **[213]**
Washington **[4]** 1/5 1/20 2/4 2/12
wasn't **[19]** 43/5 43/5 44/12 44/13 45/1 45/1 47/5 50/25 63/2 66/8 66/14 67/1 67/2 67/22 68/1 71/15 82/1 82/2 82/2
watched **[2]** 80/1 82/22
watching **[3]** 47/9 47/9 47/18
Watergate **[1]** 66/24
way **[21]** 9/15 9/19 10/4 17/9 24/13 25/7 26/2 27/20 30/16 45/21 57/16 59/3 63/16 64/15 65/3 67/3 71/22 72/5 73/21 76/21 84/17
we **[102]**
We believe **[3]** 29/10 59/11 90/13
we will **[2]** 4/8 10/14
we'll **[2]** 3/24 45/17
we're **[6]** 3/19 22/4 36/24 51/3 52/24 80/15
we've **[9]** 6/17 14/20 14/25 23/22 29/11 33/7 42/6 50/15 59/22
weapon **[11]** 38/20 40/5 40/6 40/15 40/21 40/23 41/5 43/4 43/8 43/8 62/17
weapons **[7]** 40/7 44/25 45/19 46/1 79/18 81/4 85/5
wearing **[1]** 81/9
Weaver **[1]** 1/14
website **[10]** 22/10 22/14 22/15 22/16 24/6 24/11 24/17 24/23 49/9 50/11
websites **[11]** 21/20 21/23 22/4 22/9 22/10 22/12 23/4 23/17 23/20 25/12 27/11
Webster **[2]** 85/7 85/16
week **[1]** 71/6
weekends **[1]** 68/10
weeks **[2]** 67/8 69/11
weigh **[2]** 76/3 76/5
weight **[1]** 70/22
well **[21]** 4/15 6/1 10/18 14/5 15/13 20/22 23/13 26/13 29/14 31/17 32/4 32/19 36/9 39/1 49/21 57/5 60/11 74/12 87/4 87/8 89/11
went **[12]** 52/7 52/11 53/16 56/7 56/22 63/21 68/16 70/17 71/1 72/3 81/3 83/17
were **[56]** 4/15 9/3 12/22 12/23 13/1 13/2 13/3 13/21 13/23 15/24

30/25 31/4 31/22 32/3 32/10 32/11 32/15 32/17 33/3 38/1 38/3 38/21 40/9 40/10 45/2 45/7 45/22 51/23 52/5 54/4 54/11 56/5 65/22 65/24 66/19 67/17 67/21 67/25 68/7 68/11 71/22 72/7 79/13 79/14 81/4 81/20 83/12 83/14 83/18 83/19 84/7 85/10 85/14
weren't **[3]** 82/14 82/23 82/24
Wesley **[1]** 63/19
Wesley's **[1]** 64/22
west **[5]** 70/24 71/7 73/8 79/23 85/11
whacking **[1]** 43/19 51/7
what **[100]**
what's **[9]** 26/13 27/21 27/22 38/14 58/22 58/22 59/7 59/19 82/17
whatever **[10]** 15/15 19/9 21/4 26/10 26/24 28/13 45/6 48/16 57/12 72/18
Wheeling **[1]** 1/16
when **[23]** 9/1 9/10 9/15 26/5 34/4 40/7 44/21 47/5 48/10 48/12 51/1 55/25 58/18 60/12 65/1 66/7 68/22 68/25 72/7 75/6 78/1 78/3 81/21
where **[29]** 13/14 17/10 17/17 22/15 22/20 24/6 25/8 32/12 32/13 46/5 47/6 52/6 55/12 55/21 55/21 58/23 58/24 64/17 68/4 68/7 71/9 72/3 72/6 73/12 78/14 80/17 81/18 85/3 89/7
whether **[13]** 5/13 22/9 25/20 26/16 27/6 27/10 31/25 32/20 33/2 41/25 42/18 51/4 52/3
which **[31]** 4/18 4/19 8/20 11/12 13/24 14/4 15/7 17/6 20/3 23/23 29/7 36/18 36/19 38/12 39/14 41/9 42/9 59/15 63/11 74/1 76/20 77/9 79/4 87/11 87/12 88/23 89/6
while **[13]** 16/15 17/6 20/12 29/24 30/15 31/2 34/18 36/24 39/22 78/13 84/25 87/7 87/13
whilst **[1]** 64/1
white **[1]** 53/20
white-collar **[1]** 53/20
who **[50]** 7/4 13/3 13/23 14/2 15/24 17/11 24/9 30/5 31/4 39/25

**W**

**who... [40]** 42/22 42/23 43/18 45/17 46/23 54/4 54/20 54/20 54/21 56/7 59/1 62/17 63/2 63/10 66/1 66/2 68/13 69/13 70/18 70/18 81/8 82/9 82/11 83/8 83/12 83/13 83/14 83/17 84/9 85/4 85/6 85/7 85/7 85/10 85/11 85/17 86/6 86/10 86/11 86/12
**who's [1]** 33/18
**who've [1]** 85/24
**whole [5]** 46/25 62/20 65/23 66/4 67/4
**wholly [1]** 58/14
**whom [3]** 17/25 51/24 62/16
**whose [1]** 11/18
**why [13]** 8/13 10/7 15/21 25/25 27/9 60/17 61/3 63/1 75/6 79/5 80/8 80/8 83/4
**wide [1]** 9/5
**wielding [1]** 54/10
**wife [1]** 66/12
**wild [1]** 65/25
**will [38]** 4/8 10/4 10/14 14/13 17/1 20/3 20/3 28/24 34/23 34/25 36/12 37/12 39/3 56/10 56/14 61/11 73/6 73/22 74/5 74/6 74/16 75/8 76/21 76/22 86/20 86/22 87/4 88/6 88/7 88/9 88/9 88/14 89/4 89/5 89/7 89/8 89/8 90/17
**William [3]** 2/9 92/2 92/8
**willing [2]** 49/22 58/16
**window [26]** 13/10 29/8 29/11 43/14 43/25 44/9 44/13 44/17 45/10 45/14 46/8 46/11 47/8 47/24 48/1 48/3 50/24 51/7 54/3 54/7 54/20 80/13 80/18 80/25 81/1 83/2
**windows [2]** 43/15 64/22
**Wins [1]** 25/13
**wish [7]** 8/6 10/12 10/17 14/16 59/3 81/18 89/11
**wishes [2]** 5/14 30/1
**within [7]** 32/6 36/16 36/18 87/18 88/18 89/12 89/13
**without [4]** 18/13 80/24 84/6 89/17
**witness [1]** 7/22
**witnesses [1]** 5/16
**women [2]** 65/17 68/7
**won [2]** 53/6 67/19
**wonderful [3]** 6/12 50/9 71/4

**Wooden [5]** 3/5 9/20 46/22 81/8 86/12
**Woodline [1]** 7/15
**words [4]** 12/2 19/22 68/21 79/14
**wore [1]** 67/15
**work [5]** 33/19 34/5 59/17 71/14 79/1
**worked [1]** 71/16
**World [1]** 72/25
**World War II [1]** 72/25
**worse [1]** 83/25
**worst [9]** 42/6 52/18 55/5 55/5 55/6 55/6 78/19 78/19 85/1
**worth [2]** 71/1 71/23
**would [82]** 5/7 5/9 5/12 5/21 5/22 6/10 6/23 6/24 7/8 7/9 7/11 7/23 9/24 12/17 12/17 12/21 13/14 15/1 21/22 25/11 26/23 31/10 33/23 34/10 35/3 35/8 35/13 35/15 35/15 35/17 35/25 43/1 47/9 48/23 49/18 51/25 52/9 52/9 54/5 55/7 55/8 55/19 57/24 57/25 58/2 58/20 59/20 59/24 59/25 60/1 60/7 60/9 63/20 64/3 64/8 65/3 65/6 65/7 65/8 65/19 69/1 69/2 69/11 69/12 69/13 69/16 70/1 70/12 71/8 71/10 71/20 71/23 72/9 72/20 72/23 73/10 73/17 79/16 90/5 90/8 90/13 90/14
**wouldn't [2]** 43/20 80/25
**wound [2]** 62/16 68/23
**wounds [1]** 68/24
**wow [2]** 50/5 50/22
**wrench [1]** 46/18
**write [1]** 19/15
**wrong [5]** 56/7 56/8 63/1 63/14 83/24
**wrongdoing [1]** 65/7
**wrongfulness [1]** 49/14
**WV [1]** 1/16

**Y**

**y'all [2]** 6/19 6/24
**year [3]** 62/4 62/5 65/10
**years [17]** 6/17 36/17 36/18 37/15 37/19 52/24 55/24 56/1 56/3 62/6 62/19 65/5 66/9 69/2 73/13 76/23 87/3
**yelled [1]** 64/10
**yes [7]** 3/21 3/22 19/16 21/1 22/11 36/6 69/22
**yet [2]** 53/8 57/18
**you [212]**
**you'd [4]** 6/13 7/3 60/8 80/6

83/4 85/18 85/25 86/3 86/16 87/5
**you've [10]** 22/8 23/23 27/3 33/15 79/3 81/14 82/18 82/18 83/24 84/15
**young [5]** 55/24 63/9 77/2 78/4 79/1
**younger [1]** 78/3
**your [118]**
**Your Honor [88]** 3/7 3/21 3/22 5/3 5/17 5/24 7/5 8/8 10/14 10/18 14/18 14/20 18/8 19/16 20/7 20/8 20/17 20/21 21/10 21/23 22/11 23/17 23/19 24/1 24/5 25/3 25/8 29/3 29/10 29/18 30/3 31/10 32/2 32/8 32/23 33/7 34/12 35/25 36/6 37/8 37/9 37/25 42/4 43/5 43/15 44/1 44/4 44/10 45/11 45/15 45/16 46/9 47/1 47/9 47/15 48/3 48/15 49/7 49/21 50/15 50/25 51/13 51/25 52/20 53/24 54/5 54/14 54/17 54/22 55/7 56/14 56/21 56/24 57/18 58/21 59/7 59/20 60/5 60/10 61/4 61/5 61/22 74/13 90/8 90/18 90/23 91/1 91/2
**yourself [2]** 82/16 82/19
**youth [3]** 6/14 71/5 79/1

**Z**

**Zaremba [3]** 2/9 92/2 92/8
**zero [2]** 71/11 73/13
**zone [1]** 70/25